UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

Eastern District of Kentucky
FILED

MAR 03 2009

AT LEXINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

CRIMINAL ACTION NO. 09-16-ART

UNITED STATES OF AMERICA                                          PLAINTIFF

V.                          ORDER SEALING INDICTMENT,
                  MOTION, AND SUBSEQUENT PLEADINGS

RUSSELL CLETUS MARICLE,
DOUGLAS C. ADAMS,
CHARLES WAYNE JONES,
WILLIAM E. STIVERS,
     aka AL MAN,
FREDDY W. THOMPSON,
PAUL E. BISHOP,
WILLIAM B. MORRIS,
     aka BART and
DEBRA L. MORRIS
     aka DEBBIE                                                  DEFENDANTS

                        *    *    *    *    *

The Court ORDERS that the motion of the United States to seal is GRANTED,

and the indictment, the motion to seal, this order, and subsequent pleadings shall remain

UNDER SEAL pending further order of the Court.

On this 3RD day of March, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

Copy: Stephen C. Smith, Assistant United States Attorney