UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

Eastern District of Kentucky
**FILED**

MAR 0 3 2009

AT LEXINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

CRIMINAL ACTION NO. 09-16-ART

UNITED STATES OF AMERICA                                    PLAINTIFF

V.            **MOTION OF UNITED STATES
              FOR ISSUANCE OF ARREST WARRANTS**

RUSSELL CLETUS MARICLE,
DOUGLAS C. ADAMS,
CHARLES WAYNE JONES,
WILLIAM E. STIVERS,
    aka AL MAN,
FREDDY W. THOMPSON,
PAUL E. BISHOP,
WILLIAM B. MORRIS,
    aka BART and
DEBRA L. MORRIS
    aka DEBBIE                                              DEFENDANTS

\* \* \* \* \*

The United States moves for the issuance of arrest warrants for the presence of the Defendants, Russell Cletus Maricle, Douglas C. Adams, Charles Wayne Jones, William E. Stivers, aka Al Man, Freddy W. Thompson, Paul E. Bishop, William B. Morris, aka Bart, and Debra L. Morris, aka Debbie, returnable forthwith.

Respectfully submitted,

JAMES A. ZERHUSEN
UNITED STATES ATTORNEY

By: _____
Stephen C. Smith
Assistant United States Attorney
601 Meyers Baker Road, Suite 200
London, Kentucky 40741
(606) 864-5523
FAX (606) 864-3590
Stephen.Smith4@usdoj.gov