UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

**CRIMINAL ACTION NO. 6:09-CR-16-ART**                         **UNDER SEAL**

**UNITED STATES OF AMERICA**                                               **PLAINTIFF**

V.                           **NOTICE BY UNITED STATES**
                       **REGARDING RELATED PROSECUTIONS**

**RUSSELL CLETUS MARICLE,**
**DOUGLAS C. ADAMS,**
**CHARLES WAYNE JONES,**
**WILLIAM E. STIVERS,**
    **aka AL MAN,**
**FREDDY W. THOMPSON,**
**PAUL E. BISHOP,**
**WILLIAM B. MORRIS,**
    **aka BART and**
**DEBRA L. MORRIS**
    **aka DEBBIE**                                                          **DEFENDANTS**

\* \* \* \* \*

This criminal action is related to *United States v. Bobby Joe Curry, et al.*, London Criminal Action No. 06-82-DCR, *United States v. D. Kennon White*, London Criminal Action No. 07-48-DCR, and *United States v. Richard Todd Roberts*, London Criminal Action No. 07-65-DCR, all of which were assigned to Judge Danny C. Reeves.

Respectfully submitted,

JAMES A. ZERHUSEN
UNITED STATES ATTORNEY

By: /s/ Stephen C. Smith
Stephen C. Smith
Assistant United States Attorney
601 Meyers Baker Road, Suite 200
London, Kentucky 40741
(606) 864-5523
(606) 864-3590
Stephen.smith4@usdoj.gov

