Eastern District of Kentucky
FILED
MAR 10 2009
AT LONDON
LESLIE G. WHITMER
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

FILED UNDER SEAL
ON 3/10/09
LESLIE G. WHITMER, CLERK
BY: _____ D.C

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Criminal No. 09-16-ART |
| RUSSELL CLETUS MARICLE,<br>DOUGLAS C. ADAMS,<br>CHARLES WAYNE JONES,<br>WILLIAM E. STIVERS,<br>FREDDY W. THOMPSON,<br>PAUL E. BISHOP,<br>WILLIAM B. MORRIS, and<br>DEBRA L. MORRIS, | ) **SEALED ORDER** |
| Defendants. | ) |

*** *** *** ***

The undersigned is required to recuse himself from participation in this action. The United States has filed a notice of related prosecutions. *See* R. 6. Accordingly, it is hereby **ORDERED** that this action is assigned to the Honorable Danny C. Reeves of the United States District Court for the Eastern District of Kentucky. Since the underlying case is sealed, this Order shall also be **SEALED** and can be unsealed when the remainder of the case is unsealed.

This the 10th day of March, 2009.



Signed By:
**Amul R. Thapar** AT
**United States District Judge**