Eastern District of Kentucky
**FILED**

MAR 19 2009

AT LONDON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

CRIMINAL ACTION NO. 09-16-DCR

UNITED STATES OF AMERICA     PLAINTIFF

V.     **MOTION TO UNSEAL INDICTMENT**

RUSSELL CLETUS MARICLE,
DOUGLAS C. ADAMS,
CHARLES WAYNE JONES,
WILLIAM E. STIVERS,
   aka AL MAN,
FREDDY W. THOMPSON,
PAUL E. BISHOP,
WILLIAM B. MORRIS,
   aka BART and
DEBRA L. MORRIS
   aka DEBBIE     DEFENDANTS

\*\*\*\*\*\*\*\*\*\*\*\*

Comes now the United States of America, by counsel, and hereby moves to unseal the sealed indictment of the above referenced case. It is necessary for the Court to unseal the record for purposes of arraigning the defendants in this matter.

Wherefore, the United States requests that the above referenced matters be unsealed.

Respectfully submitted,

JAMES A. ZERHUSEN
UNITED STATES ATTORNEY

By: Stephen C. Smith
Assistant United States Attorney
601 Meyers Baker Road
Suite 200
London, Kentucky 40741
(606) 864-5523