UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

Eastern District of Kentucky
FILED
MAR 19 2009
AT LONDON
LESLIE G. WHITMER
CLERK U.S. DISTRICT COURT

CRIMINAL ACTION NO. 09-16-DCR

UNITED STATES OF AMERICA                                     PLAINTIFF

V.                    ORDER TO UNSEAL INDICTMENT

RUSSELL CLETUS MARICLE,
DOUGLAS C. ADAMS,
CHARLES WAYNE JONES,
WILLIAM E. STIVERS,
    aka AL MAN,
FREDDY W. THOMPSON,
PAUL E. BISHOP,
WILLIAM B. MORRIS,
    aka BART and
DEBRA L. MORRIS
    aka DEBBIE                                               DEFENDANTS

************

The United States of America, having moved to unseal, good cause having been shown;

IT IS HEREBY ORDERED that this action, including the indictment in the above matter be unsealed.

This 19th day of March, 2009.

_____
UNITED STATES MAGISTRATE JUDGE