```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF KENTUCKY
                          SOUTHERN DIVISION
                               LONDON
                  CRIMINAL MINUTES-ARRAIGNMENT AND PLEA
```

Case No. **6:09-CR-16-06-DCR**           At: **London**           Date **March 20, 2009**

U.S.A. vs **Paul E. Bishop**    **X** present   **X** custody   ___ OR         AGE _____

---

**DOCKET ENTRY:** Defendant arraigned on indictment and advised of all constitutional rights. Based on the evaluation of the United States Probation Office and in the absence of any motion for detention, the Court finds the conditions of release proposed by the US Probation Office, as amended, are appropriate under the Bail Reform Act. Any requests for a continuance of the current pretrial or trial dates should be addressed in the form of a motion and should be filed as soon as possible. The United States's oral motion to file a sealed motion regarding disqualification of counsel is GRANTED. Should the United States file this motion, response time will be governed by Local Rules.

---

PRESENT:   **HON. ROBERT E. WIER, MAGISTRATE JUDGE**

|  |  | Jason Parman |
|---|---|---|
| **Rebecca Christian** | **Sandy Wilder** | **Stephen Craig Smith** |
| Deputy Clerk | Court Reporter | Assistant U.S. Attorney |

Counsel for Deft **Lowell Lundy**    **X** present **X** retained   _____ appointed

PROCEEDINGS:

**X** Copy of Indictment/Information given to the defendant.

**X** Defendant states true name is as it appears on the indictment.

___ Ordered _____ is appointed Attorney under the Criminal Justice Act.

**X** Defendant waived formal arraignment and was advised of his/her rights pursuant to Rule 10, F.R.Cr.P. Court stated substance of charges and advised Defendant of possible penalties.

**X** Defendant waives reading of Indictment-Information   _____ Indictment-Information read.

**X** Defendant pleads _____ Guilty to Counts _____   **X** Not guilty to **all** counts

**X** Assigned for jury trial before Judge Danny C. Reeves on **May 19, 2009, at 9:30 a.m., United States District Court, London, Kentucky, attorneys to be present at 9:00 a.m. The anticipated length of trial is four (4) days.**

**X** Assigned for a pretrial conference before Judge Danny C. Reeves on **April 30, 2009 at 10:00 a.m., United States District Court, London, Kentucky.**

**X** The United States advised the Court that it had fulfilled its victim notification duties as required under 18 USC §3771.

___ Defendant remanded to the custody of the United States Marshal pending further orders of the Court.

**X** Defendant is released under the terms and conditions of the Order Setting Conditions of Release and as stated on the record.


Copies: USA, USP, USM,
        Lowell Lundy
        Court Diary                                Initials of Deputy Clerk: **rlc**

TIC: 8 minutes