UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON
CRIMINAL MINUTES-ARRAIGNMENT AND PLEA

Case No. <u>6:09-CR-16-01-DCR</u>        At: <u> London </u>        Date <u> March 20, 2009 </u>

U.S.A. vs<u> Russell Cletus Maricle </u>   <u> X </u>present  <u> X </u> custody   ___OR       AGE_____

DOCKET ENTRY: Defendant arraigned on indictment and advised of all constitutional rights. The United States made an oral motion to detain Defendant pending trial. Defendant objected to continued detention. The Court heard proffer and argument of counsel. The United States informed the Court of its intent to file a motion for disqualification of retained counsel, Mark Wohlander. For the reasons stated on the record, the Court ORDERS that the United States file any motion for disqualification of counsel no later than Monday, March 23, 2009 at 10:30 a.m. Further, this matter is scheduled for a detention hearing on Monday, March 23, 2009 at 1:00 p.m. The Court found that the United States established a basis for a hearing per § 3142(f)(2)(A) & (B). Defendant made an oral motion that any search warrant affidavits or wire tap transcripts remain sealed and to prevent the United States Attorneys Office from issuing any further press releases. **The Court directed written motions by Defendant on such topics by March 24, 2009.** At the request of the Court, Hon. Derek Gordon, CJA counsel appeared on behalf of Defendant for the pretrial services interview.

PRESENT:  <u>HON. ROBERT E.  WIER, MAGISTRATE JUDGE</u>

|  |  | Jason Parman |
| :---: | :---: | :---: |
| <u>Rebecca Christian</u> | <u>Sandy Wilder</u> | <u>Stephen Craig Smith</u> |
| Deputy Clerk | Court Reporter | Assistant U.S. Attorney |

Counsel for Deft<u> Mark Wohlander </u>  <u> X </u> present<u> X </u> retained  _____appointed

PROCEEDINGS:

<u> X </u> Copy of Indictment/Information given to the defendant.

<u> X </u> Defendant states true name is as it appears on the indictment.

<u>   Ordered             </u>is appointed Attorney under the Criminal Justice Act.

<u> X </u> Defendant waived formal arraignment and was advised of his/her rights pursuant to Rule 10, F.R.Cr.P. Court stated substance of charges and advised Defendant of possible penalties.

<u> X </u> Defendant waives reading of Indictment-Information     _____Indictment-Information read.

<u> X </u> Defendant pleads_____Guilty to Counts_____   <u> X </u> Not guilty to <u>all</u> counts

<u> X </u> Assigned for jury trial before Judge Danny C. Reeves on<u> May 19, 2009, at 9:30 a.m., United States District Court, London, Kentucky, attorneys to be present at 9:00 a.m.  The anticipated length of trial is four (4) weeks.</u>

<u> X </u> Assigned for pretrial conference before Judge Danny C. Reeves on<u> April 30, 2009 at 10:00 a.m., Courtroom C, United States District Court, London, Kentucky.</u>

<u> X </u> The United States advised the Court that it had fulfilled its victim notification as required under 18 USC §3771.

<u> X </u> Defendant remanded to the custody of the United States Marshal pending further orders of the Court.

**Copies: USA, USP,USM,**
        **Mark Wohlander**
        **Court Diary**                                 **Initials of Deputy Clerk: rlc**

```
TIC: 1 hour 29 minutes
```