## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## SOUTHERN DIVISION
## at LONDON

**CRIMINAL ACTION NO. 09-16-DCR**          *ELECTRONICALLY FILED*

**UNITED STATES OF AMERICA**                                    **PLAINTIFF**

**VS.**            **MOTION OF COUNSEL FOR DEFENDANT**
**MARICLE TO PROVIDE ALL COUNSEL**
**A COPY OF RECORD ENTRY 38**
**THE SEALED MOTION OF THE UNITED STATES**

**RUSSELL CLETUS MARICLE;**
**DOUGLAS C. ADAMS;**
**CHARLES WAYNE JONES;**
**WILLIAM E. STIVERS, a/k/a**
**AL MAN; FREDDY W. THOMPSON;**
**PAUL E. BISHOP; WILLIAM**
**B. MORRIS, a/k/a BART and**
**DEBRA L. MORRIS, a/k/a**
**DEBBIE**                                                      **DEFENDANTS**

* * * * * * * * * * * * * * * *

Comes counsel for the Defendant, Russell Cletus Maricle, and respectfully moves the Court for an Order authorizing counsel for all defendants in the above captioned case access to a copy of record entry 38, the sealed motion of the United States. As grounds for said motion, undersigned counsel would submit that certain of the matters set forth by the United States in its motion raise serious legal issues which implicate substantial legal rights for all of the defendants involved in this case.

1

## CONCLUSION

For the foregoing reason, undersigned counsel requests an Order from this Court authorizing counsel for each defendant access to record entry 38, the sealed motion of the United States.

Respectfully submitted,


/s/*Mark A. Wohlander*
Mark A. Wohlander
mark@wallingfordlaw.com
Wallingford Law, PSC
3141 Beaumont Centre Circle, Suite 302
Lexington, KY  40513
Telephone: (859) 219-0066
Facsimile: (859) 219-0077
*Counsel for Defendant*
  *Russell Cletus Maricle*

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2009, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of the electronic filing to the following:

Stephen Craig Smith
*Assistant U.S. Attorney*                    Stephen.Smith4@usdoj.gov


/s/ *Mark A. Wohlander*
*Counsel for Defendant*
  *Russell Cletus Maricle*