# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# SOUTHERN DIVISION
# at LONDON

CRIMINAL ACTION NO. 09-16-DCR                    *ELECTRONICALLY FILED*

UNITED STATES OF AMERICA                                        PLAINTIFF

VS.                     **PROPOSED ORDER**

RUSSELL CLETUS MARICLE;
DOUGLAS C. ADAMS;
CHARLES WAYNE JONES;
WILLIAM E. STIVERS, a/k/a
AL MAN; FREDDY W. THOMPSON;
PAUL E. BISHOP; WILLIAM
B. MORRIS, a/k/a BART and
DEBRA L. MORRIS, a/k/a
DEBBIE                                                          DEFENDANTS

* * * * * * * * * * * * * * * *

Counsel for the Defendant, Russell Cletus Maricle, having moved the Court for an Order authorizing disclosure of record entry 38, the sealed motion of the United States to counsel for all defendants; and the Court having fully considered the matter and being otherwise sufficiently advised;

IT IS HEREBY ORDERED that the Defendant's motion is hereby sustained and counsel for all defendants shall be provided copies of record entry 38.

IT IS FURTHER ORDERED that the motion shall remain under seal until further orders of this Court.

This the _____ day of March, 2009.

                                                                  _____
                                                                  United States District Judge

Prepared by:

/s/*Mark A. Wohlander*
Mark A. Wohlander
mark@wallingfordlaw.com
Wallingford Law, PSC
3141 Beaumont Centre Circle, Suite 302
Lexington, KY  40513
Telephone: (859) 219-0066
Facsimile: (859) 219-0077
*Counsel for Defendant Russell Cletus Maricle*