**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**at LONDON**

**CRIMINAL ACTION NO. 09-16-DCR**                    *ELECTRONICALLY FILED*

**UNITED STATES OF AMERICA**                                              **PLAINTIFF**

**VS.**          **MOTION FOR EXTENSION OF TIME**
**TO RESPOND TO GOVERNMENT'S SEALED MOTION**
**AND FOR EXTENTION OF TIME TO REQUEST DISCOVERY**

**RUSSELL CLETUS MARICLE, et al.**                             **DEFENDANTS**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Comes the Defendant, Russell Cletus Maricle, and respectfully moves the Court for an Order extending the time to respond to the government's sealed motion, record entry 38. As grounds for said motion, and for the reasons set forth in the attached memorandum in support, the Defendant would submit that based on matters set forth in the sealed motion, undersigned counsel needs an opportunity to provide the Defendant with an opportunity to consider other counsel.

        Respectfully submitted,

        /s/*Mark A. Wohlander*
        Mark A. Wohlander
        mark@wallingfordlaw.com
        Wallingford Law, PSC
        3141 Beaumont Centre Circle, Suite 302
        Lexington, KY  40513
        Telephone: (859) 219-0066
        Facsimile: (859) 219-0077
        *Counsel for Defendant*
          *Russell Cletus Maricle*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on Friday, March 27, 2009, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of the electronic filing to the following:

Stephen Craig Smith
*Assistant U.S. Attorney*                                          Stephen.Smith4@usdoj.gov


                                 /s/ *Mark A. Wohlander*
                              *Counsel for Defendant*
                                *Russell Cletus Maricle*