## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## SOUTHERN DIVISION
## at LONDON

**CRIMINAL ACTION NO. 09-16-DCR**　　　　　　　　*ELECTRONICALLY FILED*

**UNITED STATES OF AMERICA**　　　　　　　　　　　　**PLAINTIFF**

**VS.**　　　　　　　　　　　**PROPOSED ORDER**

**RUSSELL CLETUS MARICLE, et al.**　　　　　　　　**DEFENDANTS**

* * * * * * * * * * * * * * * *

　　Counsel for the Defendant, Russell Cletus Maricle, having moved the Court for an Order for an extension of time to respond to the sealed motion of the Government and for an extension of time to request discovery in order to allow the Defendant time to consider obtaining different counsel; and the Court having fully considered the matter and being otherwise sufficiently advised;

　　IT IS HEREBY ORDERED that the Defendant's motion is hereby granted and the Defendant will have ten (10) days from the date of this Order to consider his options relating to representation.

　　This the _____ day of March, 2009.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Prepared by:

/s/*Mark A. Wohlander*
Mark A. Wohlander
mark@wallingfordlaw.com
Wallingford Law, PSC
3141 Beaumont Centre Circle, Suite 302
Lexington, KY  40513
Telephone: (859) 219-0066
Facsimile: (859) 219-0077
*Counsel for Defendant Russell Cletus Maricle*