## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## LONDON DIVISION

CASE NO. 09-16-ART                                    ELECTRONICALLY FILED

UNITED STATES OF AMERICA,                                          PLAINTIFF,

VS.                          REQUEST FOR DISCOVERY

RUSSELL CLETUS MARICLE,                                          DEFENDANT.

* * * * *

Comes now the Defendant, Russell Cletus Maricle, by and through the undersigned counsel, pursuant to Federal Rule of Criminal Procedure 16(a), and hereby requests discovery from the government as follows:

1.  The substance of any relevant oral statement made by the defendant in response to interrogation by a person the defendant knew was a government agent if the government intends to use the statement at trial.

2.  Any relevant written or recorded statement by the defendant within the government's possession, custody, or control.

3.  The portion of any written record containing the substance of any relevant oral statement by the defendant in response to interrogation by a person the defendant knew was a government agent.

4.  The defendant's recorded testimony before a grand jury relating to the charged offense.

5.  The defendant's prior criminal record.

6.  The opportunity to inspect and copy or photograph all books, papers, documents, data, photographs, tangible objects, buildings or places, or copies or portions of any of these items within the government's possession, custody, or control, and which;

(a) is material to preparing the defense;

(b) the government intends to use in it's case-in-chief at trial; or

(c) was obtained from or belongs to the defendant.

7.  The opportunity to inspect and copy or photograph the results or reports of any physical or mental examination and of any scientific test or experiment within the government's possession, custody, or control which is material to preparing the defense or which the government intends to use in it's case-in-chief at trial.

8.  A written summary of any testimony that the government intends to use under Rules 702,703, or 705 of the Federal Rule of Evidence during it's case-in-chief at trial, describing the witness's opinions, the bases and reasons for those opinions, and the witness's qualifications.

Respectfully submitted,


/s/David S. Hoskins
Attorney At Law
107 East First Street
Corbin, KY 40701
Telephone: (606) 526-9009
Facsimile: (606) 526-1021
Email:  davidhoskins@bellsouth.net
ATTORNEY FOR DEFENDANT

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that on this 3rd day of April, 2009, the foregoing was filed electronically with the Clerk of the Court by using CM/ECF System which will send notice of filing to all counsel of record.


/s/David S. Hoskins
Attorney At Law
ATTORNEY FOR DEFENDANT