# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# SOUTHERN DIVISION
# (at London)

CASE NO. 09-16-ART                                       ELECTRONICALLY FILED

UNITED STATES OF AMERICA,                                                PLAINTIFF,

VS.                    **MOTION FOR REVIEW OF DETENTION ORDER**

**RUSSELL CLETUS MARICLE,**                                              DEFENDANT.

\*\* \*\* \*\*

Comes now the Defendant Russell Cletus Maricle, pursuant to 18 U.S.C. §3145 and all other applicable law, and moves the Court to review the order of detention as to this Defendant. The Defendant further moves the Court to conduct a de novo hearing, affording the Defendant the opportunity to present evidence. The Defendant submits that release under conditions will reasonably assure the appearance of the Defendant as required and will protect the safety and all other interests of the public. A memorandum in support of this motion is filed herewith.

WHEREFORE, an order in conformity herewith is respectfully requested

                                                      Respectfully submitted,

                                                      /s/David S. Hoskins
                                                      Attorney At Law
                                                      107 East First Street
                                                      Corbin, KY 40701
                                                      Telephone: (606) 526-9009
                                                      Facsimile: (606) 526-1021

Email:   davidhoskins@bellsouth.net
ATTORNEY FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on this 3rd day of April, 2009, the foregoing was filed electronically with the Clerk of the Court by using CM/ECF System which will send notice of filing to all counsel of record.

/s/David S. Hoskins
Attorney At Law
ATTORNEY FOR DEFENDANT