# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
### SOUTHERN DIVISION
#### (at London)

CASE NO. 09-16-ART                                    <u>ELECTRONICALLY FILED</u>

UNITED STATES OF AMERICA,                                           PLAINTIFF,


VS.                                    <u>ORDER</u>


RUSSELL CLETUS MARICLE,                                           DEFENDANT.

** ** **

This matter being before the Court on Motion of the Defendant, Russell Cletus

Maricle, for review of an order of detention, and the Court being fully advised,

IT IS HEREBY ORDERED that this motion shall come on for a de novo hearing as

to the issue of pre-trial detention on the _____ day of _____, 2009.

DATED this the _____ day of April, 2009.


_____
JUDGE, UNITED STATES DISTRICT COURT