# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# SOUTHERN DIVISION
# at LONDON

**CRIMINAL ACTION NO. 09-16-DCR**               *ELECTRONICALLY FILED*

**UNITED STATES OF AMERICA**                                         **PLAINTIFF**

**VS.**            **MOTION TO WITHDRAW AS COUNSEL**

**RUSSELL CLETUS MARICLE, et al.**                            **DEFENDANTS**

* * * * * * * * * * * * * * * *

Comes the undersigned, Mark A. Wohlander, counsel of record for the Defendant, Russell Cletus Maricle, in the above captioned case and moves the Court for an Order allowing undersigned counsel to withdraw as counsel for said defendant. In support of this motion, the undersigned counsel states that AUSA Stephen Smith publicly announced at the arraignment of the defendant that he would seek to disqualify undersigned counsel for reasons which were later set forth in a sealed motion. Although undersigned counsel does not believe that the matters raised by AUSA Smith in his sealed motion in any way disqualify undersigned counsel from continuing his representation of the Defendant, it appears that undersigned counsel cannot answer the matters set forth in AUSA Smith's motion and continue to effectively represent Defendant Maricle. As such, in the interest of protecting the right of Defendant Maricle to the full and effective assistance of counsel, and without acknowledging that AUSA Smith had cause to publicly announce that there were matters which might cause undersigned counsel's disqualification from representing the Defendant in the above

1

2

captioned matter undersigned counsel respectfully requests that he be permitted to withdraw.

        Respectfully submitted,

        /s/*Mark A. Wohlander*
        Mark A. Wohlander
        mark@wallingfordlaw.com
        Wallingford Law, PSC
        3141 Beaumont Centre Circle, Suite 302
        Lexington, KY  40513
        Telephone: (859) 219-0066
        Facsimile: (859) 219-0077
        *Counsel for Defendant*
          *Russell Cletus Maricle*

## **CERTIFICATE OF SERVICE**

I hereby certify that on Wednesday, April 8, 2009, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of the electronic filing to all counsel of record and to the following:

Stephen Craig Smith
*Assistant U.S. Attorney*                              Stephen.Smith4@usdoj.gov


/s/ *Mark A. Wohlander*
*Counsel for Defendant*
  *Russell Cletus Maricle*