**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**at LONDON**

**CRIMINAL ACTION NO. 09-16-DCR**

**UNITED STATES OF AMERICA**                                                                 **PLAINTIFF**

**VS.**                                      **PROPOSED ORDER**

**RUSSELL CLETUS MARICLE, et al.**                                                    **DEFENDANTS**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Upon the motion of Mark A. Wohlander to withdraw as counsel for the Defendant, Russell Cletus Maricle; and the Court having fully considered the matter and being otherwise sufficiently advised;

IT IS HEREBY ORDERED that the motion is hereby sustained and Mark A. Wohlander is relieved as counsel for the Defendant, Russell Cletus Maricle.

This the _____ day of April, 2009.

_____
United States Magistrate Judge

Prepared by:

/s/*Mark A. Wohlander*
Mark A. Wohlander
mark@wallingfordlaw.com
Wallingford Law, PSC
3141 Beaumont Centre Circle, Suite 302
Lexington, KY  40513
Telephone: (859) 219-0066
Facsimile: (859) 219-0077
*Co-Counsel for Defendant Russell Cletus Maricle*