**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)**

| | |
|---|---|
| **CASE NO. 09-16-ART** | **ELECTRONICALLY FILED** |
| **UNITED STATES OF AMERICA,** | **PLAINTIFF,** |
| **V.** | **MOTION FOR ENLARGEMENT OF TIME TO FILE DEFENSIVE MOTIONS AND TO CONTINUE FINAL PRETRIAL CONFERENCE AND TRIAL** |
| **RUSSELL CLETUS MARICLE,** | **DEFENDANT.** |

**\*\* \*\* \*\***

Comes now the Defendant, by counsel, and moves the Court for an Order enlarging the time in which to file defensive motions, continuing the final pretrial conference now scheduled for April 30, 2009, and continuing the trial now scheduled for May 19, 2009. Defendant requests that the time for filing defensive motions be enlarged to a date thirty days after the United States makes full compliance with the Court's discovery order and that the final pretrial conference and trial be rescheduled so as to allow for resolution of such pretrial motions as counsel may deem appropriate after complete review of the discovery materials.

WHEREFORE, an Order in conformity herewith is respectfully requested.

        Respectfully submitted,

        /s/David S. Hoskins
        Attorney At Law
        107 East First Street
        Corbin, KY 40701
        Telephone: (606) 526-9009
        Facsimile: (606) 526-1021
        Email:  davidhoskins@bellsouth.net
        ATTORNEY FOR DEFENDANT
        RUSSELL CLETUS MARICLE

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 10th day of April, 2009, the foregoing was filed electronically with the Clerk of the Court by using CM/ECF System which will send notice of filing to all counsel of record.

        /s/David S. Hoskins
        Attorney At Law
        ATTORNEY FOR DEFENDANT
        RUSSELL CLETUS MARICLE