UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

CASE NO. 09-16-ART                       ELECTRONICALLY FILED

UNITED STATES OF AMERICA,                       PLAINTIFF,

VS.          **MEMORANDUM IN SUPPORT OF MOTION FOR ENLARGEMENT OF TIME TO FILE DEFENSIVE MOTIONS AND TO CONTINUE FINAL PRETRIAL CONFERENCE AND TRIAL**

RUSSELL CLETUS MARICLE,                       DEFENDANT.

\*\* \*\* \*\*

     Defendant Russell Cletus Maricle submits this memorandum in support of his motion for enlargement of time to file defensive motions and continuance of the final pretrial conference and trial. Mr. Maricle was arraigned on March 20, 2009, and the Court's pretrial order provides that defensive motions must be filed within thirty days of that date. The United States moved to disqualify Mr. Maricle's original attorney, which eventually resulted in the undersigned counsel entering his appearance as counsel for Mr. Maricle on March 31, 2009.

     On April 3, 2009, a discovery request was filed, and on April 6, 2009, the United States released approximately 20 disks containing a large amount of discovery, including many hours of surreptitiously recorded conversations involving many different people. The sound quality of these recordings is such that repeated listenings will be required to determine exactly what is contained thereon. It may also be necessary to obtain the

services of an audio engineer to enhance the quality of the recordings. Moreover, it is clear that a large amount of discovery material has yet to be released by the United States.

Despite diligent efforts, the review of the discovery material is in its early stages, and the requested enlargement of time is necessary to provide an adequate opportunity to determine whether or not defensive motions are appropriate. The requested extensions and continuances are thus required by the interests of justice, and the Defendant Maricle respectfully requests that his motion be granted.

Respectfully submitted,

/s/David S. Hoskins
Attorney At Law
107 East First Street
Corbin, KY 40701
Telephone: (606) 526-9009
Facsimile: (606) 526-1021
Email: davidhoskins@bellsouth.net
ATTORNEY FOR DEFENDANT
RUSSELL CLETUS MARICLE

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 10th day of April, 2009, the foregoing was filed electronically with the Clerk of the Court by using CM/ECF System which will send notice of filing to all counsel of record.

/s/David S. Hoskins