# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# SOUTHERN DIVISION
# (at London)

CASE NO. 09-16-ART                                    **ELECTRONICALLY FILED**

**UNITED STATES OF AMERICA,**                                            **PLAINTIFF,**

**VS.**                                    **ORDER**

**RUSSELL CLETUS MARICLE,**                                    **DEFENDANT.**

\*\* \*\* \*\*

This matter having come before the Court on the defendant Russell Cletus Maricle's motion to enlarge the time for filing defensive motions to a date thirty days after the United States makes full discovery and to continue the pretrial conference and trial as currently scheduled, and the Court being sufficiently advised, said motions are granted.

On this the _____ day of April, 2009.

_____
JUDGE, UNITED STATES DISTRICT COURT