UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | |
|---|---|
| CASE NO. 09-16-ART | ELECTRONICALLY FILED |
| UNITED STATES OF AMERICA, | PLAINTIFF, |
| V. | MOTION |
| RUSSELL CLETUS MARICLE, | DEFENDANT. |

\*\* \*\* \*\*

Comes now the Defendant, Russell Cletus Maricle, and moves the Court for an order allowing counsel for this Defendant a complete transcript of detention hearing of the March 23, 2009.

WHEREFORE, an Order in conformity herewith is respectfully requested.

Respectfully submitted,

/s/David S. Hoskins
Attorney At Law
107 East First Street
Corbin, KY 40701
Telephone: (606) 526-9009
Facsimile: (606) 526-1021
Email:  davidhoskins@bellsouth.net
ATTORNEY FOR DEFENDANT
RUSSELL CLETUS MARICLE

1

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 14th day of April, 2009, the foregoing was filed electronically with the Clerk of the Court by using CM/ECF System which will send notice of filing to all counsel of record.

/s/David S. Hoskins
Attorney At Law
ATTORNEY FOR DEFENDANT
RUSSELL CLETUS MARICLE