# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# SOUTHERN DIVISION
# (at London)

CASE NO. 09-16-ART                                        ELECTRONICALLY FILED

UNITED STATES OF AMERICA,                                              PLAINTIFF,

VS.                         **MEMORANDUM IN SUPPORT OF MOTION**

RUSSELL CLETUS MARICLE,                                                DEFENDANT.

** ** **

Defendant Russell Cletus Maricle submits this memorandum in support of his motion for an order allowing his counsel to have a complete transcript of the detention hearing on March 23, 2009.

Defendant Russell Cletus Maricle was originally represented by the Hon. Mark Wohlander and the Hon. Henry Hughes. Mr. Wohlander appeared at Mr. Maricle's arraignment on March 20, 2009, when the United States notified Mr. Wohlander that he might be disqualified from representing Mr. Maricle. Mr. Hughes therefore appeared at the March 23, 2009 detention hearing as counsel for Mr. Maricle. Mr. Hughes advised the Court that he was entering his appearance for the limited purpose of the detention hearing. Mr. Hughes further advised the Court that he expected to enter a general appearance but has not done so. Mr. Wholander's motion to withdraw as counsel was sustained on April 9, 2009.

The undersigned counsel entered his appearance on March 31, 2009 and was not

present at the detention hearing. As the Court had ordered Mr. Maricle to be detained pending trial, the undersigned immediately requested a transcript of the detention hearing and filed a still pending motion pursuant to 18 U.S.C. §3145 for review of the detention order. Upon receipt of the transcript, the undersigned noted several portions of the transcript were sealed and thus not included in the furnished transcript. The undersigned has no direct knowledge of the contents of the sealed portions of the transcript, but believes that he should have access to the entire transcript, as the issue of detention is unresolved and there is no significant reason to require the Defendant and counsel to proceed without full disclosure.

Respectfully submitted,

/s/David S. Hoskins
Attorney At Law
107 East First Street
Corbin, KY 40701
Telephone: (606) 526-9009
Facsimile: (606) 526-1021
Email:  davidhoskins@bellsouth.net
ATTORNEY FOR DEFENDANT
RUSSELL CLETUS MARICLE

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 14th day of April, 2009, the foregoing was filed electronically with the Clerk of the Court by using CM/ECF System which will send notice of filing to all counsel of record.

/s/David S. Hoskins