# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
### SOUTHERN DIVISION
(at London)

CASE NO. 09-16-ART                                                                    **ELECTRONICALLY FILED**

UNITED STATES OF AMERICA,                                                                         PLAINTIFF,

VS.                                                        **ORDER**

RUSSELL CLETUS MARICLE,                                                                          DEFENDANT.

\*\* \*\* \*\*

This matter being before the Court on Motion of the Defendant, Russell Cletus Maricle, and the Court being fully advised,

IT IS HEREBY ORDERED the Defendant Russell Cletus Maricle's motion to be allowed a complete transcript of the detention hearing held on March 23, 2009 is sustained. The Court reporter is authorized and directed to provide a copy of the entire transcript, including the portions now sealed, to counsel for the Defendant Russell Cletus Maricle at the Defendant's expense.

DATED this the ____ day of April, 2009.

_____
JUDGE, UNITED STATES DISTRICT COURT