UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

Eastern District of Kentucky
FILED
APR 1 5 2009
AT LONDON
LESLIE G. WHITMER
CLERK U.S. DISTRICT COURT

IN RE: MAGISTRATE JUDGE'S NO. 09-6014M

## MOTION OF UNITED STATES TO UNSEAL APPLICATION AND AFFIDAVIT FOR SEARCH AND SEIZURE WARRANT

\* \* \* \* \*

The grand jury has returned an indictment regarding this matter in *United States v. Russell Cletus Maricle, et al.*, London Criminal Action No. 09-16-DCR. Therefore, the United States moves to unseal the application and affidavit for search and seizure warrant.

Respectfully submitted,

JAMES A. ZERHUSEN
UNITED STATES ATTORNEY

By: /s/ Stephen C. Smith
Stephen C. Smith
Assistant United States Attorney
601 Meyers Baker Road, Suite 200
London, Kentucky 40741
(606) 864-5523
FAX (606) 864-3590
Stephen.smith4@usdoj.gov