UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

**CRIMINAL ACTION NO. 09-16-DCR**          <u>**ELECTRONICALLY FILED**</u>

**UNITED STATES OF AMERICA**                                        **PLAINTIFF**

<u>**RESPONSE OF UNITED STATES TO**</u>
**V.**   <u>**DEFENDANT RUSSELL CLETUS MARICLE'S MOTION**</u>
       <u>**FOR EXTENSION OF TIME AND CONTINUANCE**</u>

**RUSSELL CLETUS MARICLE**                                         **DEFENDANT**

\* \* \* \* \*

The United States, in response to the motion for enlargement of time to file defensive motions and for continuance of the final pretrial and trial, states that it has no objection. The United States understands that counsel has lengthy and numerous recordings to review as well as numerous documents and election related documents.

Wherefore, the United States states that it has no objection to Defendant's motion for enlargement of time to file defensive motions and for continuance of the final pretrial and trial.

                                                  Respectfully submitted,

                                                  JAMES A. ZERHUSEN
                                                  UNITED STATES ATTORNEY

By:   s/Stephen C. Smith
      Assistant United States Attorney
      601 Meyers Baker Road, Suite 200
      London, KY 40741
      (606) 864-5523
      Stephen.smith4@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Response was filed using the CM/ECF system which will send notification to counsel of record this the 20th day of April, 2009.

                                                s/Stephen C. Smith
                                                Assistant United States Attorney