# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF KENTUCKY-SOUTHERN DIV. @ LONDON

UNITED STATES OF AMERICA

V.

RUSSELL CLETUS MARICLE

## EXHIBIT AND WITNESS LIST

Case Number: 6:09-CR-16-01-DCR

| PRESIDING JUDGE DANNY C. REEVES | | PLAINTIFF'S ATTORNEY STEPHEN SMITH & JASON PARMAN | | DEFENDANT'S ATTORNEY DAVID HOSKINS |
|---|---|---|---|---|
| TRIAL DATE(S): Detention Review Hrg: 4/20/2009 | | COURT REPORTER CINDY OAKES | | COURTROOM DEPUTY JACKIE BROCK |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | W1 | 4/20/09 |  |  | **OFFICER EDSEL BLAIR, JR.** |
|  | W2 | 4/20/09 |  |  | **SPECIAL AGENT TIMOTHY S. BRIGGS** |
|  | 1 | 4/20/09 | X | X | Copy of Trial, Jury and Judgment in Clay Circuit Court Civil Action No. 89-CI-381 |
| CT 1 |  | 4/20/09 |  |  | **COURT EXHIBIT: Filed Under Seal** |
|  | W3 | 4/20/09 |  |  | **RICHARD COUCH** |
|  | 2 | 4/20/09 | X | X | Plea Agreement for Eugene Corky Price |
|  | 3 | 4/20/09 | X | X | Case history printout for Clay Circuit Court Case No. 05-CR-62 Eugene Corky Price |
|  | W4 | 4/20/09 |  |  | **GARY GREGORY** |
|  | W5 | 4/20/09 |  |  | **BARBARA CARNES** |
|  | W6 | 4/20/09 |  |  | **WENDY CRAIG** |
|  | 4 | 4/20/09 | X | X | Letter from Brian Collins to Judge Maricle |
|  | 5 | 4/20/09 | X | X | Motion to Recuse Judge filed in Cr Case of Commonwealth v. John Wayne Collins |
|  | W7 | 4/20/09 |  |  | **BOBBY MORRIS** |
|  | W8 | 4/20/09 |  |  | **MARILYN ROBERTS** |
|  | W9 | 4/20/09 |  |  | **LISA HUBBARD** |
|  | W10 | 4/20/09 |  |  | **LISA FRAZIER** |
|  | W11 | 4/20/09 |  |  | **BECKY WELCH** |
|  | W12 | 4/20/09 |  |  | **ANTHONY LOVETT** |
|  | 6 | 4/20/09 | X | X | Video of Corky Price entering guilty plea |
|  | 7 | 4/20/09 | X | X | Video of Corky Price testimony during trial of co-dfts |
| W1 |  | 4/20/09 |  |  | **SPECIAL AGENT TIMOTHY S. BRIGGS** |
| 1 |  | 4/20/09 | X | X | Page from Day Planner taken from Mr. Maricle's residence for date of May 4, 2006 |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

≊AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| UNITED STATES OF AMERICA | | vs. | | RUSSELL CLETUS MARICLE | CASE NO. 6:09-CR-16-01-DCR |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 2 | | 4/20/09 | X | X | Picture of houseboat owned by R. Cletus Maricle and Judy Maricle |
| 3 | | 4/20/09 | X | X | Picture of houseboat owned by R. Cletus Maricle and Judy Maricle |
| 4 | | 4/20/09 | X | X | Certificate of Documentation from National Vessel Documentation Center for houseboat |
| 5 | | 4/20/09 | X | X | Insurance policy for houseboat in amount of $140,000 |
| 6 | | 4/20/09 | X | X | Lee's Ford Marina Slip Rental Agreement |
| | W 13 | 4/20/09 | | | **JUDY MARICLE** |
| | 8 | 4/20/09 | X | X | Newpaper article re swearing in of Judge Maricle |

Page   2   of   2   Pages