UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

CRIMINAL NO. 09-16-DCR

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| V. | ORDER |
| RUSSELL CLETUS MARICLE;<br>DOUGLAS C. ADAMS;<br>CHARLES WAYNE JONES;<br>WILLIAM E. STIVERS;<br>FREDDY W. THOMPSON;<br>PAUL E. BISHOP;<br>WILLIAM B. MORRIS; and<br>DEBRA L. MORRIS | DEFENDANTS |

\* \* \* \* \*

Upon the Court's own motion,

IT IS ORDERED that the pretrial conference set for April 30, 2009 is cancelled and in place thereof, a **status conference** before the undersigned will be held on **April 30, 2009 at 10:00 a.m.** Counsel should be prepared to discuss the pretrial and trial schedule and any issues regarding sealed pleadings or papers.

This the 24th day of April, 2009.



Signed By:
*Robert E. Wier*  REW
United States Magistrate Judge