# Case History

## COMMONWEALTH VS. MARICLE, LINSEY NICOLE
### Case# 00-M-00252

| | |
|---|---|
| County | CLAY |
| Court | DISTRICT Court |
| Opening Judge | HON. RENEE H. MUNCY |
| Current Judge | |
| Closing Judge | HON. RENEE H. MUNCY |

Page #

| Date | Event | Details |
|---|---|---|
| 03/03/2000 | **Charge Filed** <br><br> CHARGE 1 ORIGINAL <br> *DISMISSED W/O PREJUDICE* | 0023030 PUBLIC INTOXICATION CONTROLLED SUBS (EXCLUDES ALC Citation: 0A2227922-1   Citation Date: 03/09/2000 |
| 03/03/2000 | **Charge Filed** <br><br> CHARGE 2 ORIGINAL | 0420750 USE/POSSESS DRUG PARAPHERNALIA, 1ST OFFENSE Citation: 0A2227922-2   Citation Date: 03/09/2000 |
| 03/03/2000 | **Charge Filed** <br><br> CHARGE 3 ORIGINAL | 0026210 CRIMINAL LITTERING Citation: 0A2227922-3   Citation Date: 03/09/2000 |
| 03/04/2000 | **Bail Posted** <br> CASH <br> *MONEY IN THE NAME OF HEATHER   MCQUEEN            **BOND RELEASED TO HOLDER* | $ 500.00 |
| 03/06/2000 | **Bail Posted** <br> PERSONAL RECOGNIZANCE | $ 0.00 |
| 03/09/2000 | **Case Filed** <br> MISDEMEANOR | |
| 03/27/2000 | **Charge Disposed** <br><br> CHARGE 1 ORIGINAL <br> DISMISSED <br> *DISMISSED W/O PREJUDICE* | 0023030 PUBLIC INTOXICATION CONTROLLED SUBS (EXCLUDES ALC |
| 03/27/2000 | **Charge Disposed** <br> CHARGE 2 ORIGINAL <br> DISMISSED | 0420750 USE/POSSESS DRUG PARAPHERNALIA, 1ST OFFENSE |
| 03/27/2000 | **Charge Disposed** <br> CHARGE 3 ORIGINAL <br> DISMISSED | 0026210 CRIMINAL LITTERING |
| 03/27/2000 | **Case Disposed** | 18   Days |
| 03/27/2000 | **Scheduled Event** <br> ARRAIGNMENT <br> HON. RENEE H. MUNCY | Mar 27 2000 at 09:30 AM |

CERTIFICATION OF COURT RECORDS
I, JAMES S. PHILLIPS, CLERK OF THE CLAY CIRCUIT/DISTRICT COURT DO CERTIFY THAT THE FOREGOING ARE TRUE AND CORRECT COPY(S) OF THE ORIGINAL DOCUMENT(S) AS RECORDED IN MY OFFICE.
IN TESTIMONY WHEREOF WITNESS MY HAND AS CLERK AFORESAID, THIS THE _____
DAY OF _____ 2009
BY: _____ D.C.

| | | |
|---|---|---|
| Lindsey Nicole Maricle | Date 3-6-00 | Case No. |
| Defendant's Name | District Court | Charge $25,100 |
| Rt 5 Box 91 Manchester, Ky. | Clay County | 218A.500(2) |
| Defendant's Address | | 512.070 |
| Citation No.: _____ | 2-6-81 | |
| Defendant's Occupation _____ | Defendant's Date of Birth | |
| | Defendant's Telephone Number | 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 |
| | | Defendant's Soc. Sec. No. (Voluntary) |

**YOU ARE HEREBY RELEASED FROM CUSTODY ON THE CONDITIONS INDICATED BELOW:**

| PERSONAL PROMISE | [X] | PERSONAL RECOGNIZANCE. Your personal recognizance, provided that you promise to appear at all scheduled hearings, trials, or otherwise as required by the Court. |
|---|---|---|
| MONEY BOND OF $ -0- | ☐ | UNSECURED BAIL BOND OR SURETY BOND. An unsecured appearance bond from you or your surety to be forfeited should you fail to appear as required by the Court. |
| | ☐ | GUARANTEED ARREST BOND CERTIFICATE. |
| Amount in accordance with uniform schedule of bail | ☐ | PARTIALLY SECURED BOND. Cash bail secured by cash deposit of $_____. 90% of the deposit (but not less than $5) will be returned if you are found guilty and the court determines that you have performed the conditions of your release. The entire cash bond to be forfeited should you fail to appear, or required by the Court, or $50 forfeited if you fail to pay public advocate fee, if required. |
| | ☐ | CASH BAIL BOND, Full amount of bail paid into the court, to be forfeited should you fail to appear by the Court, or $50 forfeited if you fail to pay public advocate fee, if required. |
| YES ___ | ☐ | STOCKS AND BONDS, PROPERTY BOND. Property is offered to secure the bail bond. If you fail to appear as required by the Court the state will foreclose on the property used as security. |
| NO __ OR | [X] | RELEASED PURSUANT TO KRS 222.204 CONDITIONS: County no contact with Judge or County Attorney |

**BAIL BOND** Lindsey Nicole Maricle being admitted to bail in the sum of $_____ we undertake that he/she will appear and be amenable to the orders and process of this and any other court in which this proceeding may be pending hereafter for any and all purposes and at all stages of the proceeding (including, in event of indictment, proceedings thereafter) in accordance with RCr 4.54. By entering into this bond obligation, I do hereby submit to the jurisdiction of the courts of Kentucky in which any forfeiture proceeding arising out of my bail obligation, may be pending, and do further irrevocably appoint the clerk of such court as my agent upon whom any process affecting my liability on such bond may be served, such clerk to forthwith mail copies to me at the address below. AFFIDAVIT OF SURETY on Unsecured or Partially Secured Bond. I hereby affirm that I am a resident or owner of real estate in Kentucky, and intend to secure this bond with the following stocks, bonds or real property:

_____

(Signature of Defendant)    *Surety's Social Security Number

(IF FELONY CHARGE) A fine to be determined by the Court not more than $10,000 and imprisonment for not less than 1 and not more than 5 years.
(IF MISDEMEANOR CHARGE) A fine of not more than $500 and imprisonment for not more than 1 year.

**NEXT DUE BACK:** in courtroom Dist at 9:30 a.m/p.m. on 3-27-00 or when notified and you must appear at all subsequent continued dates. You must also appear as court require

**DEFENDANT'S SIGNATURE** ▶ Lindsey N. Maricle  I understand the penalties which may be imposed on me for willful failure to appear or for violation of any condition of release and agree to comply with the conditions of my release and to appear as required. I have received a copy of this order and any bail bond.

☐ REPORT TO YOUR LOCAL PRETRIAL SERVICES OFFICE
LOCATED AT Clay Co. Courthouse
TELEPHONE 598-8663
WITNESSED BY _____

**JUDGE** Muncy District Court
*Required on bonds where more than $10,000 is collected.

BOND FEE    ☐ PAID    ☐ NOT PAID

3/27

# COMMONWEALTH OF KENTUCKY
# UNIFORM CITATION

KSP 206 (REV. 1/1/88)

ORI: KY 0260100

COURT

| Field | Value |
|---|---|
| AGENCY | Manchester Police Dept |
| ATTN. | ☐ |
| HOME PHONE | |
| NAME (L-F-M) | Miracle Lindsey Nicole |
| EMERGENCY PHONE | |
| ALIAS | |
| KENTUCKY RESIDENT STATUS | F.☐ FULL-TIME; P.☐ PART-TIME; N ☐ NON RESIDENT |
| ADDRESS | R+5 Bx 9 |
| MARITAL STATUS | |
| CITY | Manchester |
| STATE | KY |
| ZIP | 40962 |
| VICTIM'S RELATIONSHIP TO OFFENDER | |
| I.D. TYPE/STATE | SS |
| S.S. NUMBER | 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 |
| ETHNIC ORIGIN | ☐ HISPANIC  ✗ NON HISPANIC |
| DATE OF BIRTH | 02 06 81 |
| SEX | ☐ MALE ✗ FEMALE |
| RACE | ✗ WHITE ☐ BLACK ☐ AM. INDIAN OR ALASKA ☐ ASIAN |

DATE OF ARREST: 03 03 00    TIME OF ARREST: 2138    MILES: Muddy Gap    DIRECTION: Limits    CITY: 02601 Manchester    COUNTY OF VIOLATION: 026 Clay

| VIOLATION CODE | ASCF | STATUTE/ORD. | CHARGE(S) | # | PLEA | FIND-ING | FINAL VIOLATION CODE | DISPN. CODE | FINE | COSTS | FEE | JAIL/PRISON | PROB. TIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02303 | | 525.100 | (1) | 1 | | | | | | | | | |
| 42075 | | 218A.500(2) | (2) | 2 | | | | | | | | | |
| 02621 | | 512.070 | (3) | 3 | | | | | | | | | |
| | | | | 4 | | | | | | | | | |

COURT DATE: Arrested    COURT TIME: ☐ AM ☐ PM    PAYABLE ☐  ✗ COURT    COURT LOCATION: Clay Dist.    COURT CASE NO: 00-M-0052    DISPN. DATE:    TRIAL: ☐ B ☐ J ☐ N

POST-ARREST COMPLAINT: 1) Public Intoxication - Controlled Substance (excludes Alcohol)

FILED MAR 04 2000 BY JAMES S. PHILLIPS CLERK D.C.

NAME OF WITNESS    ADDRESS CITY/STATE
NAME OF WITNESS    ADDRESS
CASE NO.   1    2    3    4

CARRIED FOR UCR BY CONTRIBUTOR: ✗
OTHER AGENCY: ☐ SPECIFY
☐ FINGERPRINTS
☐ PHOTOS
EVIDENCE HELD

OFFICER'S SIGNATURE: x Patrick Robinson    BADGE/I.D. NUMBER: 110    ASSIGNMENT: Patrol

YEAR: 0    CONTROL NUMBER: A222792    TYPE: N

Case #: 00-M-00252
Filed: 03/09/00

Commonwealth of Kentucky

MARICLE LINDSEY NICOLE
RT 5 BOX 31
MANCHESTER, KY 40962
DOB: 02/20/81           Judge No: 741001
SSN:

Cit #: 0A227922-1 Chg 1          023030
Cit #: 0A227922-2 Chg 2          042750
Cit #: 0A227922-3 Chg 3          026210

03/27/00 ARRAIGNMENT

Bond:      $500.00 Posted 03/08/00 Type: CA

CW: ROBINSON, PATRICK