# Case History
## COMMONWEALTH VS. WHITE, LINSEY N.
### Case# 03-M-00780

**County** CLAY
**Court** DISTRICT Court
**Opening Judge** HON. RENEE H. MUNCY
**Current Judge**
**Closing Judge** HON. RENEE H. MUNCY

Page #

| Date | Event | Details |
|---|---|---|
| 07/18/2003 | **Charge Filed** | 0026160 CRIMINAL TRESPASS-1ST DEGREE Citation: 397862653-1 Citation Date: 07/22/2003 |
|  | CHARGE 1 ORIGINAL |  |
| 07/18/2003 | **Bail Posted** | $ 0.00 |
|  | PERSONAL RECOGNIZANCE |  |
|  | *NOT TO BE AT RESIDENCE ON 393 CIRCLE DRIVE* |  |
| 07/22/2003 | **Case Filed** |  |
|  | MISDEMEANOR |  |
| 08/11/2003 | **Scheduled Event** | Aug 11 2003 at 09:30 AM |
|  | ARRAIGNMENT |  |
|  | HON. RENEE H. MUNCY |  |
| 09/22/2003 | **Case Disposed** | 62 Days |
| 09/22/2003 | **Charge Disposed** | 0026160 CRIMINAL TRESPASS-1ST DEGREE |
|  | CHARGE 1 ORIGINAL |  |
|  | DISMISSED |  |
| 09/22/2003 | **Scheduled Event** | Sep 22 2003 at 09:30 AM |
|  | PRETRIAL CONFERENCE |  |
|  | HON. RENEE H. MUNCY |  |

**CERTIFICATION OF COURT RECORDS**
I, JAMES S. PHILLIPS, CLERK OF THE CLAY CIRCUIT/DISTRICT COURT DO CERTIFY THAT THE FOREGOING ARE TRUE AND CORRECT COPY(S) OF THE ORIGINAL DOCUMENT(S) AS RECORDED IN MY OFFICE.
IN TESTIMONY WHEREOF WITNESS MY HAND AS CLERK AFORESAID, THIS THE 14th DAY OF April 2009
BY: _____ D.C.

AOC-365 Rev. 8-01

Date: 7-18-03   Case No. _____

**Defendant's Name:** Linsey White   Dist. Court   Charge: CJ1°

**Defendant's Address:** 393 Circle Drive, Manchester Ky   Clay County

Citation No.: _____

Defendant's Date of Birth: 2-6-81

Defendant's Occupation _____   Defendant's Telephone Number _____   Defendant's Soc. Sec. No. (Voluntary): 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

### YOU ARE HEREBY RELEASED FROM CUSTODY ON THE CONDITIONS INDICATED BELOW:

**PERSONAL PROMISE** — PERSONAL RECOGNIZANCE. Your personal recognizance, provided that you promise to appear at all scheduled hearings, trials, or otherwise as required by the Court.

**MONEY BOND** — [X] UNSECURED BAIL BOND OR SURETY BOND. An unsecured appearance bond from you or your surety to be forfeited should you fail to appear as required by the Court.

**RELEASE CONDITIONS:** [illegible] ... residence at 393 Circle Drive, Manchester Ky. Not to contact judge or County Attorney.

**BAIL BOND:** Linsey White being admitted to bail in the sum of $10,000 unsecured, we undertake that he/she will appear and be amenable to the orders and process of this and any other court in which this proceeding may be pending for any and all purposes and at all stages (including, in event of indictment, proceedings thereafter) in accordance with RCr 4.54. By entering into this bond obligation, I submit to the jurisdiction of the courts of Kentucky in which any forfeiture proceeding arising out of my bail obligation may be pending, and do further irrevocably appoint the clerk of such court as my agent upon whom any process affecting my liability on such bond may be served, such clerk to forthwith mail copies to me at the address below. **I further understand that if the court has ordered payment of a public advocate fee, (up to $50.00), and the defendant does not pay the fee, it (along with a $2.50 handling fee) will be deducted from any posted cash bond or will constitute a lien upon any property securing the defendant's bail.** KRS 31.051(2). **AFFIDAVIT OF SURETY** on Unsecured or Partially Secured Bond: I affirm I am a resident or owner of real estate in Kentucky, and intend to secure this bond with the following stocks, bonds or real property:

Linsey Maricle White
(Signature of Defendant)

* Surety's Social Security Number

**Violation of Conditions:** You are warned that failure to comply with the above provisions will be deemed a violation of the terms and conditions of your release for which a warrant may be issued for your arrest; you may be detained, the release privilege revoked, and any bail bond posted may be forfeited.

**Failure to Appear:** For any failure to appear as required before a judge or other judicial officer, you shall be subject to the following penalties:
(IF FELONY CHARGE) A fine to be determined by the Court of not more than $10,000 and imprisonment for not less than 1 and not more than 5 years;
(IF MISDEMEANOR CHARGE) A fine of not more than $500 and imprisonment for not more than 1 year.

**NEXT DUE BACK:** in courtroom Dist at 9:30 a.m./p.m. on Aug. 11, 2003 or when notified and you must appear at all subsequent continued dates. You must also appear as ordered.

**DEFENDANT'S SIGNATURE** ► Linsey Maricle White   I understand the penalties which may be imposed on me for willful failure to appear or for violation of any condition of release and agree to comply with the conditions of my release and to appear as required. I have received a copy of this order and any bail bond.

☐ REPORT TO YOUR LOCAL PRETRIAL SERVICES OFFICE
LOCATED AT _____
TELEPHONE _____
WITNESSED BY J. Dawson

JUDGE: Muncy   Dist COURT   *Required on bonds where more than $10,000 is collected.

BOND FEE   ☐ PAID   [X] NOT PAID

# COMMONWEALTH OF KENTUCKY
## UNIFORM CITATION

KSP 206 (REV. 1/1/88)

8/11

**COURT**

| Field | Value |
|---|---|
| AGENCY | MANCHESTER POLICE DEPT. |
| ORI | KY0260100 |
| NAME (L-F-M) | WHITE LINSEY N |
| ATTN | ☐ |
| HOME PHONE | 598-4673 |
| ALIAS | |
| EMERGENCY PHONE | |
| ADDRESS | HWY 472 |
| KENTUCKY RESIDENT STATUS | F ☒ FULL-TIME; P ☐ PART-TIME; N ☐ NON RESIDENT |
| CITY | MANCHESTER |
| STATE | KY |
| ZIP | 40862 |
| MARITAL STATUS | Married |
| S.S. NUMBER | 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 |
| VICTIM'S RELATIONSHIP TO OFFENDER | FATHER |
| RACE | ☒ WHITE |
| ETHNIC ORIGIN | ☒ NON HISPANIC |

| DATE OF ARREST | TIME OF ARREST | MILES | DIRECTION | CITY | COUNTY OF VIOLATION | SECTOR |
|---|---|---|---|---|---|---|
| 07/18/03 | 1145 | | Limits | 02601 | 026 | 02 |

### CHARGE(S)

| VIOLATION CODE | ASCF | STATUTE/ORD. | CHARGE(S) | # | PLEA | FIND-ING | FINAL VIOLATION CODE | DISPN. CODE | FINE | COSTS | FEE | JAIL/PRISON | PROB. TIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02616 | | 511.060 | CR. TRES. 1st | 1 | | | | | | | | | |
| | | | | 2 | | | | | | | | | |
| | | | | 3 | | | | | | | | | |
| | | | | 4 | | | | | | | | | |

| COURT DATE | COURT TIME | PAYABLE | COURT LOCATION | COURT CASE NO. | DISPN. DATE | TRIAL | CLERK'S INITIALS |
|---|---|---|---|---|---|---|---|
| ARRESTED | ☐ AM ☐ PM | ☐ PAYABLE ☒ COURT | CLAY DISTRICT | 03-M-00780 | | ☐ B ☐ J ☐ N | |

**POST-ARREST COMPLAINT**
1) CRIMINAL TRESPASS 1st°

[text partially obscured] ... WERE AT RESIDENTS WITHOUT ... [illegible] ... WANTED TO PRESS CHARGES.

| NAME OF WITNESS | Judge C. Maricle | ADDRESS | 393 CIRCLE DR. |
|---|---|---|---|
| NAME OF WITNESS | | ADDRESS | |

CASE NO.  1    2    3    4

CARRIED FOR UCR BY CONTRIBUTOR: ☒
OTHER AGENCY: ☐ SPECIFY
☐ FINGERPRINTS   ☐ PHOTOS   EVIDENCE HELD

OFFICER'S SIGNATURE: X [signature]
BADGE/I.D. NUMBER: 105
ASSIGNMENT: PATROL

CONTROL NUMBER: 9786265

```
Case #: 03-M-00780                    Page: 01
Filed:  07/22/03

              CLAY DISTRICT COURT

         Commonwealth of Kentucky, vs.

WHITE, LINSEY N.
HWY 472
MANCHESTER                        KY  40962
DOB: 02/06/81              Judge No: 741001
SSN: 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
```

Cit #: 397862653-1 Chg:1       0026160
511960         CRIMINAL TRESPASS 3RD     $128

08/11/03 ARRAIGNMENT

8/18/03 _Duplicate case file_

Bond: $ _____ Posted 07/18/03 Type: OR

CW: CULVER, JEFF  MPD