Case: 6:09-cr-00016-KKC Doc #: 192-4 Filed: 05/04/09 Page: 2 of 6 - Page ID#: 740

Case: 6:09-cr-00016-KKC   Doc #: 192-4   Filed: 05/04/09   Page: 4 of 6 - Page ID#: 742

Case: 6:09-cr-00016-KKC  Doc #: 192-4  Filed: 05/04/09  Page: 6 of 6 - Page ID#: 744