# Case History
## COMMONWEALTH VS. WHITE, LINSEY N.
### Case# 04-F-00121

| | |
|---|---|
| County | CLAY |
| Court | DISTRICT Court |
| Opening Judge | HON. OSCAR GAYLE HOUSE |
| Current Judge | |
| Closing Judge | HON. RENEE H. MUNCY |

Page #

| Date | Event | Details |
|---|---|---|
| 03/02/2004 | **Charge Filed**<br>CHARGE 1 ORIGINAL | 0421030 1ST DEG TICS/COCAINE, 1ST OFFENSE Citation:<br>4F9525572-1   Citation Date: 03/03/2004 |
| 03/03/2004 | **Case Filed**<br>FELONY<br>VIOLTIME = 2300    ARRSTDT = 03/02/2004 | |
| 03/03/2004 | **Scheduled Event**<br>ARRAIGNMENT<br>HON. OSCAR GAYLE HOUSE | Mar 3 2004 at 10:00 AM |
| 03/03/2004 | **Bail Set**<br>SURETY<br>NO USE OF ALCOHOL OR DRUGS; TO STAY AT<br>ALL TIMES WITH EITHER ONE OR BOTH PARENTS | $ 5,000.00 |
| 03/06/2004 | **Bail Posted**<br>SURETY<br>NO USE OF ALCOHOL OR DRUGS; TO STAY AT<br>ALL TIMES WITH EITHER ONE OR BOTH PARENTS | $ 5,000.00 |
| 03/08/2004 | **Scheduled Event**<br>PRELIMINARY HEARING<br>HON. RENEE H. MUNCY<br>AND FOR APPOINTMENT OF COUNSEL<br>OWES $52.50 PUBLIC DEF. FEE | Mar 8 2004 at 09:30 AM |
| 04/05/2004 | **Scheduled Event**<br>OTHER HEARING<br>HON. R. CLETUS MARICLE<br>TO ANSWER INDICTMENT<br>WAIVED TO GRAND JURY<br>JUDGE MUNCY | Apr 5 2004 at 11:00 AM |
| 12/10/2004 | **Case Disposed**<br>VIOLTIME = 2300    ARRSTDT = 03/02/2004 | 282 Days |
| 12/10/2004 | **Charge Disposed**<br>CHARGE 1 ORIGINAL<br>NO TRUE BILL RETURNED BY GRAND JRY | 0421030 1ST DEG TICS/COCAINE, 1ST OFFENSE |

**CERTIFICATION OF COURT RECORDS**
I, JAMES S. PHILLIPS, CLERK OF THE CLAY CIRCUIT/DISTRICT COURT DO CERTIFY THAT THE FOREGOING ARE TRUE AND CORRECT COPY(S) OF THE ORIGINAL DOCUMENT(S) AS RECORDED IN MY OFFICE.
IN TESTIMONY WHEREOF WITNESS MY HAND AS CLERK AFORESAID, THIS THE _____
DAY OF April _____ 2009
BY: _____ D.C.

COMMONWEALTH OF KENTUCKY
CLAY DISTRICT COURT
CASE NO. 04-F-00121

COMMONWEALTH OF KENTUCKY                                    PLAINTIFF

VS:                              **ORDER**

LINSEY N. WHITE                                             DEFENDANT

It appearing to the Court, that the defendants surety has revoked her bond and the defendant is presently in Joshua's Dream,

**IT IS HEREBY ORDERED,** that in the event the defendant should leave Joshua's Dream, that she should be taken into custody.

Dated this __27__ day of September, 2004.

_____
JUDGE, CLAY DISTRICT COURT

**ENTERED**
SEP 27 2004
BY _JAMES S. PHILLIPS_, CLERK
_____ D.C.

09/27/2004 MON 12:18 FAX 6065984047   CLAY CIRCUIT CLERK   ☒002

COMMONWEALTH OF KENTUCKY
CLAY DISTRICT COURT
CASE NO. 04-F-00121

COMMONWEALTH OF KENTUCKY         PLAINTIFF

VS:        **ORDER**

LINSEY N. WHITE         DEFENDANT

It appearing to the Court, that the defendants surety has revoked her bond and the defendant is presently in Joshua's Dream,

**IT IS HEREBY ORDERED**, that in the event the defendant should leave Joshua's Dream, that she should be taken into custody.

Dated this 27 day of September, 2004.

_____
JUDGE, CLAY DISTRICT COURT

**ENTERED**
SEP 27 2004

B   Case No. 04-F-00121

**Defendant's Name:** Linsey White
**Defendant's Address:** 393 Circle Drive, Manchester, Ky, Clay County
**Charge:** TCS 1°

**Citation No.:** ___
**Defendant's Date of Birth:** 2-6-81
**Defendant's Occupation:** ___
**Defendant's Telephone Number:** ___
**Defendant's Soc. Sec. No. (Voluntary):** 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

## YOU ARE HEREBY RELEASED FROM CUSTODY ON THE CONDITIONS INDICATED BELOW:

**PERSONAL PROMISE** — ☐ PERSONAL RECOGNIZANCE. Your personal recognizance, provided that you promise to appear at all scheduled hearings, trials, or otherwise as required by the Court.

**MONEY BOND OF $ 0** — ☒ UNSECURED BAIL BOND OR SURETY BOND. An unsecured appearance bond from you or your surety to be forfeited should you fail to appear as required by the Court.

☐ GUARANTEED ARREST BOND CERTIFICATE.
☐ PARTIALLY SECURED BOND. Cash bail secured by cash deposit of $_____. 10% of the deposit (but not less than $5) will be retained if you are found guilty and the court determines you have performed the conditions of your release. The entire cash bond will be forfeited should you fail to appear as required by the Court.

**Amount in accordance with uniform schedule of bail**
☐ CASH BAIL BOND. Full amount of bail paid into the court, to be forfeited should you fail to appear as required by the Court.
☐ STOCKS AND BONDS, PROPERTY BOND. Property is offered to secure the bail bond. If you fail to appear as required by the Court the state will foreclose on the property used as security.

YES ___
NO ___ 5,000 surety

☒ RELEASED PURSUANT TO KRS 222.204
**CONDITIONS:** No use of drugs or alcohol, to stay at all times with at least one or both parents.

### BAIL BOND
Linsey White being admitted to bail in the sum of $ 5,000 Surety we undertake that he/she will appear and be amenable to the orders and process of this and any other court in which this proceeding may be pending for any and all purposes and at all stages (including, in event of indictment, proceedings thereafter) in accordance with RCr 4.54. By entering into this bond obligation, I submit to the jurisdiction of the courts of Kentucky in which any forfeiture proceeding arising out of my bail obligation may be pending, and do further irrevocably appoint the clerk of such court as my agent upon whom any process affecting my liability on such bond may be served, such clerk to forthwith mail copies to me at the address below. **AFFIDAVIT OF SURETY** on Unsecured or Partially Secured Bond: I affirm I am a resident or owner of real estate in Kentucky, and intend to secure this bond with the following stocks, bonds or real property:

X _Judy Maricle_ (Signature of Defendant)
Judy Maricle (Surety's Name Printed)
X Linsey Maricle-White (Signature of Surety)

Surety's Social Security Number: 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
Surety's Date of Birth & Occupation: 12-26-71
Address: 393 Circle Drive

BAIL BOND TAKEN BY _Richard Button_   FROM ☐ Defendant ☒ Surety

**Violation of Conditions:**
You are warned that failure to comply with the above provisions will be deemed a violation of the terms and conditions of your release for which a warrant may be issued for your arrest; you may be detained, the release privilege revoked, and any bail bond posted may be forfeited.

**Failure to Appear:**
For any failure to appear as required before a judge or other judicial officer, you shall be subject to the following penalties:
(IF FELONY CHARGE) A fine to be determined by the Court of not more than $10,000 and imprisonment for not less than 1 and not more than 5 years;
(IF MISDEMEANOR CHARGE) A fine of not more than $500 and imprisonment for not more than 1 year.

**NEXT DUE BACK:** in courtroom _Dist_ at 9:30 a.m. on March 8, 2004 or when notified and you must appear at all subsequent continued dates. You must also appear as ordered

**DEFENDANT'S SIGNATURE** ) X Linsey Maricle-White
I understand the penalties which may be imposed on me for willful failure to appear or for violation of any condition of release and agree to comply with the conditions of my release and to appear as required. I have received a copy of this order and any bail bond.

☐ REPORT TO YOUR LOCAL PRETRIAL SERVICES OFFICE
LOCATED AT ___
TELEPHONE ___
WITNESSED BY _Jamison_
*Required on bonds where more than $10,000 is collected.

**JUDGE** _House_   _Dist_ COURT

BOND FEE   ☐ PAID   ☒ NOT PAID

# COMMONWEALTH OF KENTUCKY
## UNIFORM CITATION

KSP 206 (REV. 1/1/88)

☐ COMMERCIAL VEHICLE
☐ HAZARDOUS COMMERCIAL VEHICLE
☐ JUVENILE OFFENDER

**AGENCY:** Manchester Police
**ORI:** KY0210010D

**NAME (L-F-M):** WHITE LINSEY N.
**ADDRESS:** 393 Circle Drive
**CITY:** Manchester  **STATE:** KY  **ZIP:** 40962
**S.S. NUMBER:** 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
**DATE OF BIRTH:** 02 06 81
**SEX:** ☒ FEMALE
**RACE:** ☒ WHITE
**ETHNIC ORIGIN:** ☒ NON HISPANIC
**KENTUCKY RESIDENT STATUS:** ☒ FULL-TIME
**HEIGHT:** 5'8  **WEIGHT:** 125  **HAIR COLOR:** BRO  **EYE COLOR:** BRN

**ALCOHOL/DRUG INVOLVEMENT:** ☒ YES

**VIOLATION DATE:** 03 02 04  **VIOLATION TIME:** 2300
**EXACT LOCATION OF VIOLATION/ARREST:** Curry Branch
**DATE OF ARREST:** 03 02 04  **TIME OF ARREST:** 2305  **MILES:** 4.5  **DIRECTION:** W
**CITY:** 02601 Manchester
**COUNTY OF VIOLATION:** 026 Clay

**CHARGES:**
| VIOLATION CODE | STATUTE/ORD. | CHARGE(S) |
|---|---|---|
| 42103 | 218A.1412 | (1) |

**COURT DATE:** ARRESTED
**COURT LOCATION:** Clay Dist.
**COURT CASE NO.:** 04F 125

**POST-ARREST COMPLAINT:**
1) Trafficking in a Controlled substance 1st degree 1st Offense Cocaine

Executed arrest warrant for the residence of Bobby Joe Curry on Curry branch subject was at the residence several drugs was layed out in the open

**NAME OF WITNESS:** Chris Fultz  **ADDRESS:** Claude Davis
**NAME OF WITNESS:** George Stewart  **ADDRESS:** Todd Roberts

☒ FINGERPRINTS

**OFFICER'S SIGNATURE:** Det. Patrick Robinson
**BADGE/I.D. NUMBER:** 115
**ASSIGNMENT:** Investigation

**CONTROL NUMBER:** 04F952557

# COMMONWEALTH OF KENTUCKY
# 41ST JUDICIAL DISTRICT
# CLAY CIRCUIT COURT



COMMONWEALTH OF KENTUCKY,                    PLAINTIFF,

REPORT OF NO TRUE BILL

The Grand Jury, after consideration of the evidence presented, returns a NO TRUE BILL.

_____
FOREMAN OF THE GRAND JURY


**NO TRUE BILL:**

No True Bill was presented by the Foreman of the Grand Jury to the Court, in the presence of the Grand Jury, and received from the Court by me and filed in Open Court this:

10 day of Dec, 2004

James Phillips
Clerk, Clay Circuit Court

COUNTY COURT SYSTEM                            Judge Nr: 741002

### Defendant Information

WHITE, LINSEY N.

393 CIRCLE DRIVE          W/F    DOB: 02/06/1981
                                 SSN: 407311391
MANCHESTER, KY 40962-0000

### Charges

03/02/2004  Cit# 4F9525572-1  Chg: 1   UOR0421050
1ST DEG TICS/COCAINE, 1ST OFFENSE

### Witnesses

CW FULTZ, CHRIS,              MPD)14C1
CW STEWART, GEORGE,           MPD10908
CW DAVIS, CLAUDE MPD          MPD101C0
CW ROBERTS, TODD,             MPD103TR
CW ROBINSON, PATRICK,         MPD110PO

### Bail / Bond Information

### Scheduled Events

ARR     03/03/2004 10:00 AM

3.04 Sign as we filed

04-F-00121   Ky.Courts   03/03/2004 8:13:17/8
COMMONWEALTH VS. WHITE, LINSEY N.