# Case History
Generated: 04/17/2009 11:21:45AM

## COMMONWEALTH VS. COLLINS, HAROLD WA
### Case# 04-CR-00176-001

| | |
|---|---|
| County | CLAY |
| Court | CIRCUIT Court |
| Opening Judge | HON. R. CLETUS MARICLE |
| Current Judge | HON. OSCAR GAYLE HOUSE |
| Closing Judge | HON. OSCAR GAYLE HOUSE |

| Date | Event | Details | Page # |
|---|---|---|---|
| 10/10/2004 | Charge Filed<br>CHARGE 1 ORIGINAL | 0091500 Murder Citation: 4F7728813-1  Citation Date: 11/30/2004 | |
| 11/30/2004 | Case Filed<br>CIRCUIT CRIMINAL<br>*ARRSTDT = 11/29/2004* | | |
| 11/30/2004 | Warrant Issued<br>WARRANT OF ARREST ON INDICTMENT | @00000002319 | |
| 11/30/2004 | Warrant Served/ Withdrawn<br>WARRANT OF ARREST ON INDICTMENT | @00000002319 | |
| 11/30/2004 | Cross Reference<br>GDJ | DI 04-F-00496 | |
| 11/30/2004 | Document Filed<br>INDICTMENT | | |
| 11/30/2004 | Document Filed<br>ORDER OF ARRAIGNMENT - NOT GUILTY PLEA | | |
| 11/30/2004 | Document Filed<br>DISTRICT COURT FILE | | |
| 11/30/2004 | NOE to All Counsel of Record and Parties Not Represented by Counsel.<br>INDICTMENT | | |
| 11/30/2004 | NOE to All Counsel of Record and Parties Not Represented by Counsel.<br>ORDER OF ARRAIGNMENT - NOT GUILTY PLEA | | |
| 11/30/2004 | Scheduled Event<br>ARRAIGNMENT<br>HON. R. CLETUS MARICLE | Nov 30 2004 at 5:00 PM | |
| 12/01/2004 | NOE to All Counsel of Record and Parties Not Represented by Counsel.<br>DISTRICT COURT FILE | | |
| 12/06/2004 | Scheduled Event<br>OTHER HEARING<br>HON. R. CLETUS MARICLE<br>*TO HAVE ATTORNEY PRESENT* | Dec 6 2004 at 10:00 AM | |
| 12/06/2004 | Motion Filed<br>MOTION FOR DISCOVERY AND INSPECTION<br>ATTORNEY-PRIVATE | | |
| 12/06/2004 | Document Filed<br>ENTRY OF APPEARANCE<br>APR | | |
| 12/06/2004 | Document Filed<br>ORDER FOR DISCOVERY<br>JUD | | |
| 12/13/2004 | Document Filed<br>REPORT | | |
| 02/11/2005 | Motion Filed<br>MOTION TO REDUCE BOND<br>ATTORNEY-PRIVATE | | |

CERTIFICATION OF COURT RECORDS
I, JAMES S. PHILLIPS, CLERK OF THE CLAY CIRCUIT/DISTRICT COURT DO CERTIFY THAT THE FOREGOING ARE TRUE AND CORRECT COPY(S) OF THE ORIGINAL DOCUMENT(S) AS RECORDED IN MY OFFICE.
IN TESTIMONY WHEREOF WITNESS MY HAND AS CLERK AFORESAID, THIS THE ___ DAY OF ___ 2009
BY: ___ D.C.

# COMMONWEALTH VS COLLINS, HAROLD WA
## Case# 04-CR-00176-001

**County** CLAY
**Court** CIRCUIT Court
**Opening Judge** HON. R. CLETUS MARICLE
**Current Judge** HON. OSCAR GAYLE HOUSE
**Closing Judge** HON. OSCAR GAYLE HOUSE

Page #

| Date | Event | Details | |
|---|---|---|---|
| 02/17/2005 | Document Filed REPORT | | |
| 02/28/2005 | Scheduled Event MOTION HOUR HON. R. CLETUS MARICLE | Feb 28 2005 at 09:00 AM | |
| 02/28/2005 | Motion Disposed MOTION TO REDUCE BOND ATTORNEY-PRIVATE | -17 Days | |
| 02/28/2005 | Bail Set CASH *MILLION* | $ 5,000,000.00 | |
| 04/22/2005 | Motion Filed MOTION TO SEVER COMMONWEALTH'S ATTORNEY | | |
| 04/28/2005 | Document Filed ORDER TO TRANSPORT JUD | | |
| 05/02/2005 | Scheduled Event MOTION HOUR HON. R. CLETUS MARICLE | May 2 2005 at 09:00 AM | |
| 05/03/2005 | Motion Filed MOTION TO SEVER COMMONWEALTH'S ATTORNEY *MOTION CONT. FROM 05-02-05* | | |
| 05/05/2005 | Document Filed ORDER TO TRANSPORT JUD | | |
| 05/09/2005 | Document Filed ORDER TO TRANSPORT JUD *AMENDED* | | |
| 05/10/2005 | Scheduled Event MOTION HOUR HON. R. CLETUS MARICLE | May 10 2005 at 09:00 AM | |
| 05/10/2005 | Motion Disposed MOTION TO SEVER COMMONWEALTH'S ATTORNEY *MOTION CONT. FROM 05-02-05* | -7 Days | |
| 05/23/2005 | Document Filed ORDER TO TRANSPORT JUD | | |
| 05/31/2005 | Motion Filed MOTION FOR RECUSAL ATTORNEY-PRIVATE | | |
| 06/03/2005 | Motion Filed MOTION TO TRANSPORT ATTORNEY-PRIVATE | | |

## COMMONWEALTH VS. COLLINS, HAROLD WA
### Case# 04-CR-00176-001

| | |
|---|---|
| County | CLAY |
| Court | CIRCUIT Court |
| Opening Judge | HON. R. CLETUS MARICLE |
| Current Judge | HON. OSCAR GAYLE HOUSE |
| Closing Judge | HON. OSCAR GAYLE HOUSE |

Page #

| Date | Event | Details |
|---|---|---|
| 06/06/2005 | Scheduled Event<br>MOTION HOUR<br>HON. R. CLETUS MARICLE | Jun 6 2005 at 09:00 AM |
| 06/15/2005 | Document Filed<br>ORDER TO SEVER<br>JUD | |
| 06/24/2005 | Document Filed<br>RETURN OF SUBPOENA<br>*SHANNON FINLEY DAVID PAUL SMITH TI M FINLEY CHARLES MARCUM* | |
| 06/24/2005 | Motion Filed<br>MOTION TO TRANSPORT<br>ATTORNEY-PRIVATE | |
| 06/24/2005 | Motion Filed<br>MOTION FOR CONTINUANCE<br>ATTORNEY-PRIVATE | |
| 06/27/2005 | Document Filed<br>ORDER TO TRANSPORT<br>JUD<br>*RODNEY MAYS AND DONALD SIMMONS* | |
| 06/28/2005 | Motion Filed<br>MOTION TO QUASH<br>OTHER PARTY | |
| 06/28/2005 | Document Filed<br>RETURN OF SUBPOENA<br>*TRP. MATTHEW REID* | |
| 06/29/2005 | Scheduled Event<br>JURY TRIAL<br>HON. R. CLETUS MARICLE | Jun 29 2005 at 09:00 AM |
| 07/31/2006 | Scheduled Event<br>OTHER HEARING<br>HON. R. CLETUS MARICLE<br>*TO GET TRIAL DATE* | Jul 31 2006 at 09:00 AM |
| 09/21/2006 | Motion Filed<br>MOTION TO REDUCE BOND<br>ATTORNEY-PRIVATE | |
| 10/02/2006 | Scheduled Event<br>OTHER HEARING<br>HON. R. CLETUS MARICLE<br>*TO GET TRIAL DATE* | Oct 2 2006 at 09:00 AM |
| 10/02/2006 | Bail Set<br>CASH<br>*OR F/S* | $ 1,000,000.00 |
| 10/26/2006 | Document Filed<br>ORDER SETTING BOND<br>JUD | |
| 03/23/2007 | Document Filed<br>RETURN OF SUBPOENA<br>*CALEB COLLINS JR.* | |

CIRCUIT Court    04-CR-00176-001

## COMMONWEALTH VS COLLINS, HAROLD WA
### Case# 04-CR-00176-001

**County** CLAY  
**Court** CIRCUIT Court  
**Opening Judge** HON. R. CLETUS MARICLE  
**Current Judge** HON. OSCAR GAYLE HOUSE  
**Closing Judge** HON. OSCAR GAYLE HOUSE  

Page #

| Date | Event | Details | Page # |
|---|---|---|---|
| 04/03/2007 | Document Filed | RETURN OF SUBPOENA<br>*DELLA JONES* | |
| 04/09/2007 | Document Filed | RETURN OF SUBPOENA<br>*WAYNE AND DEBRA ROBERTS* | |
| 04/10/2007 | Document Filed | RETURN OF SUBPOENA<br>*CHARLES RUTH, AND MIKE CAUDILL* | |
| 04/18/2007 | Document Filed | RETURN OF SUBPOENA<br>*JAMES NOMAN HARRIS* | |
| 04/27/2007 | Document Filed | RETURN OF SUBPOENA<br>*MICHAEL SMITH* | |
| 05/09/2007 | Motion Filed | MOTION IN LIMINE<br>ATTORNEY-PRIVATE | |
| 05/09/2007 | Motion Filed | MOTION IN LIMINE<br>ATTORNEY-PRIVATE | |
| 05/11/2007 | Document Filed | ORDER TO TRANSPORT<br>JUD | |
| 05/11/2007 | Document Filed | ORDER TO TRANSPORT<br>JUD<br>*SHERRIFF DEPT.* | |
| 05/14/2007 | Scheduled Event<br>JURY TRIAL<br>HON. R. CLETUS MARICLE | May 14 2007 at 09:00 AM | |
| 05/21/2007 | Document Filed | RETURN OF SUBPOENA<br>*JAMES NORMAN HARRIS* | |
| 07/30/2007 | Document Filed | ORDER TO TRANSPORT<br>JUD | |
| 12/03/2007 | Scheduled Event<br>OTHER HEARING<br>HON. R. CLETUS MARICLE<br>*TO GET TRAIL DATE* | Dec 3 2007 at 09:00 AM | |
| 04/07/2008 | Scheduled Event<br>PRETRIAL CONFERENCE<br>HON. OSCAR GAYLE HOUSE | Apr 7 2008 at 09:00 AM | |
| 04/15/2008 | Motion Filed | MOTION IN LIMINE<br>ATTORNEY FOR DEFENDANT (CIVIL)<br>*RE-NOTICE OF MOTION IN LIMINE ON EVIDENCE* | |

CIRCUIT Court        04-CR-00176-001

## COMMONWEALTH VS. COLLINS, HAROLD WA
### Case# 04-CR-00176-001

| | |
|---|---|
| County | CLAY |
| Court | CIRCUIT Court |
| Opening Judge | HON. R. CLETUS MARICLE |
| Current Judge | HON. OSCAR GAYLE HOUSE |
| Closing Judge | HON. OSCAR GAYLE HOUSE |

Page #

| Date | Entry | Page # |
|---|---|---|
| 04/15/2008 | **Motion Filed**<br>MOTION IN LIMINE<br>ATTORNEY FOR DEFENDANT (CIVIL)<br>   RE-NOTICE OF MOTION IN LIMINE EXCLUDING ANY REFERENCE AT THE TRIAL DEATH OF KRISTA HICKS AND ASSAULT OF NATISHA SAYLOR | |
| 04/15/2008 | **Document Filed**<br>ORDER TO TRANSPORT<br>JUD<br>   HAROLD WAYNE COLLINS FOR COURT ON 05-12-2008<br>   MAILED OUT TO GARY GREGORY PAUL CROLEY PUT COPY IN SHERIFFS BOX ON 04-15-2008 | |
| 04/15/2008 | **NOE to All Counsel of Record and Parties Not Represented by Counsel.**<br>ORDER TO TRANSPORT<br>FIRST CLASS MAIL<br>   HAROLD WAYNE COLLINS FOR COURT ON 05-12-2008<br>   MAILED OUT TO GARY GREGORY PAUL CROLEY PUT COPY IN SHERIFFS BOX ON 04-15-2008 | |
| 04/15/2008 | **Document Filed**<br>ORDER TO TRANSPORT<br>JUD<br>   RODNEY MAYS FOR COURT ON 05-12-2008 MAILED OUT TO GARY GREGORY PAUL CROLEY PUT COPY IN SHERIFFS BOX ON 04-15-2008 | |
| 04/15/2008 | **NOE to All Counsel of Record and Parties Not Represented by Counsel.**<br>ORDER TO TRANSPORT<br>FIRST CLASS MAIL<br>   RODNEY MAYS FOR COURT ON 05-12-2008 MAILED OUT TO GARY GREGORY PAUL CROLEY PUT COPY IN SHERIFFS BOX ON 04-15-2008 | |
| 04/15/2008 | **Document Filed**<br>ORDER TO TRANSPORT<br>JUD<br>   DONALD A. SIMMONS FOR COURT ON 05-12-2008 MAILED OUT TO GARY GREGORY PAUL CROLEY PUT COPY IN SHERIFFS BOX ON 04-15-2008 | |
| 04/15/2008 | **NOE to All Counsel of Record and Parties Not Represented by Counsel.**<br>ORDER TO TRANSPORT<br>FIRST CLASS MAIL<br>   DONALD A. SIMMONS FOR COURT ON 05-12-2008 MAILED OUT TO GARY GREGORY PAUL CROLEY PUT COPY IN SHERIFFS BOX ON 04-15-2008 | |
| 04/15/2008 | **Document Filed**<br>ORDER TO TRANSPORT<br>JUD<br>   DAVID PAUL SMITH FOR COURT ON 05-12-2008 MAILED OUT TO GARY GREGORY PAUL CROLEY PUT COPY IN SHERIFFS BOX ON 04-15-2008 | |
| 04/15/2008 | **NOE to All Counsel of Record and Parties Not Represented by Counsel.**<br>ORDER TO TRANSPORT<br>FIRST CLASS MAIL<br>   DAVID PAUL SMITH FOR COURT ON 05-12-2008 MAILED OUT TO GARY GREGORY PAUL CROLEY PUT COPY IN SHERIFFS BOX ON 04-15-2008 | |
| 05/07/2008 | **Motion Filed**<br>MOTION FOR RECUSAL<br>ATTORNEY-PRIVATE | |

CIRCUIT Court     04-CR-00176-001

## COMMONWEALTH VS. COLLINS, HAROLD WA
### Case# 04-CR-00176-001

| | |
|---:|:---|
| County | CLAY |
| Court | CIRCUIT Court |
| Opening Judge | HON. R. CLETUS MARICLE |
| Current Judge | HON. OSCAR GAYLE HOUSE |
| Closing Judge | HON. OSCAR GAYLE HOUSE |

Page #

| Date | Event | Details | |
|---|---|---|---|
| 05/08/2008 | **Motion Filed**<br>MOTION - OTHER<br>ATTORNEY-PRIVATE<br>*TO PERMIT VIDEO DEPOSITION* | | |
| 05/08/2008 | **Document Filed**<br>ORDER TO TRANSPORT<br>JUD<br>*HAROLD WAYNE COLLINS* | | |
| 05/08/2008 | **Document Filed**<br>ORDER TO TRANSPORT<br>JUD<br>*DAVID PAUL SMITH* | | |
| 05/08/2008 | **Document Filed**<br>ORDER TO TRANSPORT<br>JUD<br>*RODNEY MAYS* | | |
| 05/08/2008 | **Document Filed**<br>ORDER TO TRANSPORT<br>JUD<br>*DONALD SIMMONS* | | |
| 05/09/2008 | **Document Filed**<br>RETURN OF SUBPOENA<br>*ANDREA REID* | | |
| 05/09/2008 | **Document Filed**<br>RETURN OF SUBPOENA<br>*JIMMY SMITH EDD JORDAN* | | |
| 05/12/2008 | **Charge Disposed**<br>CHARGE 1 ORIGINAL<br>AMENDED | 0091500 Murder | |
| 05/12/2008 | **Scheduled Event**<br>JURY TRIAL<br>HON. OSCAR GAYLE HOUSE | May 12 2008 at 09:00 AM | |
| 05/12/2008 | **Charge Filed**<br><br>CHARGE 1 AMENDED | 0130000 *OBS* ASSAULT - 1ST DEGREE Citation: 4F7728813-1<br>Citation Date: 11/30/2004 | |
| 05/12/2008 | **Document Filed**<br>ENTRY OF GUILTY PLEA<br>APR | | |
| 05/12/2008 | **Document Filed**<br>COMMONWEALTH OFFER ON A PLEA OF GUILTY<br>CA | | |
| 05/12/2008 | **Document Filed**<br>RETURN OF SUBPOENA<br>*CECIL HENSON* | | |
| 05/13/2008 | **Document Filed**<br>ORDER TO TRANSPORT<br>JUD | | |

CIRCUIT Court    04-CR-00176-001

# COMMONWEALTH VS. COLLINS, HAROLD WA
## Case# 04-CR-00176-001

|  |  |
|---|---|
| County | CLAY |
| Court | CIRCUIT Court |
| Opening Judge | HON. R. CLETUS MARICLE |
| Current Judge | HON. OSCAR GAYLE HOUSE |
| Closing Judge | HON. OSCAR GAYLE HOUSE |

| Date | Event | Details | Page # |
|---|---|---|---|
| 07/10/2008 | **Document Filed**<br>ORDER TO TRANSPORT<br>JUD<br>*FCM G.GREGORY, P.CROLEY, NORTHPOINT TRAINING CENTER AND K.JOHNSON* | | |
| 07/10/2008 | **NOE to All Counsel of Record and Parties Not Represented by Counsel.**<br>ORDER TO TRANSPORT<br>FIRST CLASS MAIL<br>*FCM G.GREGORY, P.CROLEY, NORTHPOINT TRAINING CENTER AND K.JOHNSON* | | |
| 07/29/2008 | **Document Filed**<br>ORDER TO TRANSPORT<br>JUD | | |
| 08/04/2008 | **Case Disposed**<br>*ARRSTDT = 11/29/2004* | 1343 Days | |
| 08/04/2008 | **Charge Disposed**<br>CHARGE 1 AMENDED<br>GUILTY | 0130000 *OBS* ASSAULT - 1ST DEGREE | |
| 08/04/2008 | **Scheduled Event**<br>SENTENCING<br>HON. OSCAR GAYLE HOUSE | Aug 4 2008 at 09:00 AM | |
| 08/04/2008 | **Sentence Imposed** | | |
| 08/04/2008 | **Document Filed**<br>JUDGMENT / SENTENCE - PLEA OF GUILTY<br>JUD | | |