# Case History

## COMMONWEALTH VS. COLLINS, JOHN WAYNE
## Case# 04-CR-00176-002

| | |
|---|---|
| County | CLAY |
| Court | CIRCUIT Court |
| Opening Judge | HON. R. CLETUS MARICLE |
| Current Judge | |
| Closing Judge | HON. THOMAS R. LEWIS |

Page #

| Date | Event | Details |
|---|---|---|
| | **Scheduled Event**<br>MOTION HOUR<br>HON. R. CLETUS MARICLE | |
| | **Scheduled Event**<br>JURY TRIAL<br>HON. R. CLETUS MARICLE<br>*CONSOLIDATE WITH 05-CR 00172* | at 09:00 AM |
| | **Scheduled Event**<br>JURY TRIAL<br>HON. THOMAS R. LEWIS<br>*BOWLING GREEN* | at 09:00 AM |
| 10/10/2004 | **Charge Filed**<br>CHARGE 1 ORIGINAL<br>*TRANSFERED TO WARREN CO.* | 0091500 Murder Citation: 4F7728803-1   Citation Date: 12/01/2004 |
| 11/30/2004 | **NOE to All Counsel of Record and Parties Not Represented by Counsel.**<br>INDICTMENT | |
| 11/30/2004 | **NOE to All Counsel of Record and Parties Not Represented by Counsel.**<br>ORDER OF ARRAIGNMENT - NOT GUILTY PLEA | |
| 11/30/2004 | **Scheduled Event**<br>ARRAIGNMENT<br>HON. R. CLETUS MARICLE | Nov 30 2004 at 5:00 PM |
| 11/30/2004 | **Warrant Issued**<br>WARRANT OF ARREST ON INDICTMENT | @00000002321 |
| 11/30/2004 | **Warrant Served/ Withdrawn**<br>WARRANT OF ARREST ON INDICTMENT | @00000002321 |
| 12/01/2004 | **Case Filed**<br>CIRCUIT CRIMINAL<br>*TRANSFERED TO WARREN CO.* | |
| 12/01/2004 | **Document Filed**<br>INDICTMENT | |
| 12/01/2004 | **Document Filed**<br>DISTRICT COURT FILE | |
| 12/01/2004 | **Document Filed**<br>ORDER OF ARRAIGNMENT - NOT GUILTY PLEA JUD | |
| 12/01/2004 | **NOE to All Counsel of Record and Parties Not Represented by Counsel.**<br>DISTRICT COURT FILE | |
| 12/01/2004 | **Cross Reference**<br>GDJ | DI 04-F-00497 |
| 12/06/2004 | **Scheduled Event**<br>OTHER HEARING<br>HON. R. CLETUS MARICLE<br>*OPA TO HAVE ATTORNEY PRESENT* | Dec 6 2004 at 10:00 AM |

**CERTIFICATION OF COURT RECORDS**
I, JAMES S. PHILLIPS, CLERK OF THE CLAY CIRCUIT/DISTRICT COURT DO CERTIFY THAT THE FOREGOING ARE TRUE AND CORRECT COPY(S) OF THE ORIGINAL DOCUMENT(S) AS RECORDED IN MY OFFICE.
IN TESTIMONY WHEREOF WITNESS MY HAND AS CLERK AFORESAID, THIS THE _____ DAY OF _____
BY: _____ D.C.

## COMMONWEALTH VS. COLLINS, JOHN WAYNE
### Case# 04-CR-00176-002

| | |
|---|---|
| County | CLAY |
| Court | CIRCUIT Court |
| Opening Judge | HON. R. CLETUS MARICLE |
| Current Judge | |
| Closing Judge | HON. THOMAS R. LEWIS |

Page #

| Date | Event | Details |
|---|---|---|
| 02/23/2005 | Motion Filed<br>MOTION NOT FILED TIMELY<br>ATTORNEY-PUBLIC ADVOCATE | |
| 03/28/2005 | Motion Filed<br>MOTION TO REDUCE BOND<br>ATTORNEY-PUBLIC ADVOCATE | |
| 04/04/2005 | Scheduled Event<br>MOTION HOUR<br>HON. R. CLETUS MARICLE | Apr 4 2005 at 09:00 AM |
| 04/04/2005 | Bail Set<br>CASH | $ 5,000,000.00 |
| 04/22/2005 | Motion Filed<br>MOTION TO SEVER<br>COMMONWEALTH'S ATTORNEY | |
| 04/26/2005 | Motion Filed<br>MOTION FOR FUNDS<br>ATTORNEY-PUBLIC ADVOCATE | |
| 04/28/2005 | Document Filed<br>ORDER - OTHER<br>JUD<br>*ORDER TO TRANSPORT* | |
| 05/02/2005 | Scheduled Event<br>MOTION HOUR<br>HON. R. CLETUS MARICLE | May 2 2005 at 09:00 AM |
| 05/02/2005 | Document Filed<br>ORDER - OTHER<br>JUD<br>*ORDER FOR INVESTIGATIVE FUNDS* | |
| 05/03/2005 | Motion Filed<br>MOTION TO SEVER<br>COMMONWEALTH'S ATTORNEY | |
| 05/05/2005 | Document Filed<br>ORDER TO TRANSPORT<br>JUD | |
| 05/09/2005 | Document Filed<br>ORDER TO TRANSPORT<br>JUD<br>*AMENDED* | |
| 05/10/2005 | Scheduled Event<br>MOTION HOUR<br>HON. R. CLETUS MARICLE | May 10 2005 at 09:00 AM |
| 05/10/2005 | Motion Disposed<br>MOTION TO SEVER<br>COMMONWEALTH'S ATTORNEY | -7   Days |
| 05/31/2005 | Motion Filed<br>MOTION FOR RECUSAL<br>ATTORNEY-PRIVATE | |

CIRCUIT Court       04-CR-00176-002

## COMMONWEALTH VS. COLLINS, JOHN WAYNE
## Case# 04-CR-00176-002

**County** CLAY
**Court** CIRCUIT Court
**Opening Judge** HON. R. CLETUS MARICLE
**Current Judge**
**Closing Judge** HON. THOMAS R. LEWIS

Page #

| Date | Event | Time |
|---|---|---|
| 06/06/2005 | **Scheduled Event**<br>MOTION HOUR<br>HON. R. CLETUS MARICLE | Jun 6 2005 at 09:00 AM |
| 06/15/2005 | **Document Filed**<br>ORDER TO SEVER<br>JUD | |
| 06/23/2005 | **Motion Filed**<br>MOTION FOR CONTINUANCE<br>ATTORNEY-PUBLIC ADVOCATE | |
| 06/28/2005 | **Document Filed**<br>RETURN OF SUBPOENA<br>*MATTHEW REID* | |
| 06/29/2005 | **Scheduled Event**<br>JURY TRIAL<br>HON. R. CLETUS MARICLE | Jun 29 2005 at 09:00 AM |
| 07/18/2005 | **Document Filed**<br>ORDER TO TRANSPORT<br>JUD<br>*WAS FOR 06-29-05* | |
| 07/19/2005 | **Document Filed**<br>MISCELLANEOUS<br>D<br>*LETTER* | |
| 08/25/2005 | **Motion Filed**<br>MOTION TO SET FOR TRIAL<br>COMMONWEALTH'S ATTORNEY | |
| 08/26/2005 | **Document Filed**<br>ORDER TO TRANSPORT<br>JUD | |
| 10/03/2005 | **Scheduled Event**<br>MOTION HOUR<br>HON. R. CLETUS MARICLE | Oct 3 2005 at 09:00 AM |
| 10/12/2005 | **Document Filed**<br>RETURN OF SUBPOENA<br>*JIM TROSPER* | |
| 10/20/2005 | **Document Filed**<br>RETURN OF SUBPOENA<br>*SGT. TOM LIDLEY* | |
| 10/24/2005 | **Scheduled Event**<br>JURY TRIAL<br>HON. R. CLETUS MARICLE | Oct 24 2005 at 09:00 AM |
| 11/07/2005 | **Document Filed**<br>RETURN OF SUBPOENA<br>*SGT. TOM LILLEY* | |
| 11/18/2005 | **Document Filed**<br>ORDER TO TRANSPORT<br>JUD | |

CIRCUIT Court    04-CR-00176-002

## COMMONWEALTH vs. COLLINS, JOHN WAYNE
## Case# 04-CR-00176-002

| | |
|---|---|
| County | CLAY |
| Court | CIRCUIT Court |
| Opening Judge | HON. R. CLETUS MARICLE |
| Current Judge | |
| Closing Judge | HON. THOMAS R. LEWIS |

Page #

| Date | Event | Details | |
|---|---|---|---|
| 11/28/2005 | Scheduled Event<br>JURY TRIAL<br>HON. R. CLETUS MARICLE | Nov 28 2005 at 09:00 AM | |
| 01/10/2006 | Motion Filed<br>MOTION FOR CONTINUANCE<br>ATTORNEY-PUBLIC ADVOCATE | | |
| 01/12/2006 | Document Filed<br>ORDER TO TRANSPORT<br>JUD | | |
| 01/17/2006 | Scheduled Event<br>JURY TRIAL<br>HON. R. CLETUS MARICLE | Jan 17 2006 at 09:00 AM | |
| 01/17/2006 | Motion Disposed<br>MOTION FOR RECUSAL<br>ATTORNEY-PUBLIC ADVOCATE | 0   Days | |
| 01/17/2006 | Motion Filed<br>MOTION FOR RECUSAL<br>ATTORNEY-PUBLIC ADVOCATE | | |
| 01/17/2006 | Motion Disposed<br>MOTION FOR CONTINUANCE<br>ATTORNEY-PUBLIC ADVOCATE | -7   Days | |
| 01/17/2006 | Motion Disposed<br>MOTION - OTHER<br>ATTORNEY-PUBLIC ADVOCATE | 0   Days | |
| 01/17/2006 | Motion Filed<br>MOTION - OTHER<br>ATTORNEY-PUBLIC ADVOCATE | | |
| 01/19/2006 | Scheduled Event<br>JURY TRIAL<br>HON. R. CLETUS MARICLE | Jan 19 2006 at 09:00 AM | |
| 01/19/2006 | Motion Disposed<br>MOTION TO CONSOLIDATE<br>COMMONWEALTH'S ATTORNEY | 0   Days | |
| 01/19/2006 | Motion Filed<br>MOTION TO CONSOLIDATE<br>COMMONWEALTH'S ATTORNEY | | |
| 01/19/2006 | Document Filed<br>NOTICE - OTHER<br>CA<br>*NOTICE OF INTENT TO SEEK THE DEATH PENALTY NOTICE OF AGGARVATING CIR CUMSTANCES NOTICE OF INTENT TO INT RODUCE DEFENDANTS PRIOR CRIMINAL R ECORD* | | |
| 02/28/2006 | Document Filed<br>ORDER TO CONSOLIDATE<br>JUD | | |
| 02/28/2006 | Document Filed<br>ORDER TO TRANSPORT<br>JUD | | |
| 02/28/2006 | Cross Reference<br>CON | CI 05-CR-00172 | |

CIRCUIT Court    04-CR-00176-002

## COMMONWEALTH VS. COLLINS, JOHN WAYNE
## Case# 04-CR-00176-002

| | |
|---|---|
| County | CLAY |
| Court | CIRCUIT Court |
| Opening Judge | HON. R. CLETUS MARICLE |
| Current Judge | |
| Closing Judge | HON. THOMAS R. LEWIS |

Page #

| Date | Event | | |
|---|---|---|---|
| 03/02/2006 | Scheduled Event<br>OTHER HEARING<br>HON. R. CLETUS MARICLE | Mar 2 2006 at 2:00 PM | |
| 03/07/2006 | Document Filed<br>ORDER FOR DISCOVERY<br>JUD | | |
| 06/06/2006 | Motion Filed<br>MOTION - OTHER<br>ATTORNEY-PUBLIC ADVOCATE<br>*MOTION TO CONTINUE TRIAL* | | |
| 06/07/2006 | Document Filed<br>ORDER TO TRANSPORT<br>JUD | | |
| 06/08/2006 | Scheduled Event<br>MOTION HOUR<br>HON. R. CLETUS MARICLE | Jun 8 2006 at 2:00 PM | |
| 08/16/2006 | Motion Filed<br>MOTION - OTHER<br>ATTORNEY-PUBLIC ADVOCATE<br>*MOTION TO CHANGE TRIAL DATE* | | |
| 08/22/2006 | Motion Filed<br>MOTION FOR CONTINUANCE<br>ATTORNEY FOR DEFENDANT (CIVIL)<br>*TRIAL* | | |
| 08/24/2006 | Scheduled Event<br>MOTION HOUR<br>HON. R. CLETUS MARICLE | Aug 24 2006 at 11:00 AM | |
| 03/22/2007 | Document Filed<br>RETURN OF SUBPOENA<br>*RANDALL BOWLING, PARKER CORUM, JIM TROSPER, JIMMY SMITH, MARION SPUR LOCK JEFF COUCH, APRIL COLLINS* | | |
| 03/24/2007 | Document Filed<br>RETURN OF SUBPOENA<br>*CHASITY DAWN HICKS, NATASHA SAYLOR ,* | | |
| 03/30/2007 | Document Filed<br>RETURN OF SUBPOENA<br>*MURRELL GRAY EDD JORDA SHANE JORDA N DENVER NAPIERGERALD SIZEMORE* | | |
| 04/03/2007 | Document Filed<br>RETURN OF SUBPOENA<br>*DELLA JONES AND EVELYN SMITH* | | |
| 04/05/2007 | Document Filed<br>ORDER - OTHER<br>JUD<br>*ORDER TO TRANSPORT PAINT SAMPLES F OR DEFENSE TESTING* | | |
| 04/09/2007 | Document Filed<br>RETURN OF SUBPOENA<br>*WAYNE ADN DEBRA ROBERTS* | | |

## COMMONWEALTH VS. COLLINS, JOHN WAYNE
## Case# 04-CR-00176-002

| | |
|---|---|
| County | CLAY |
| Court | CIRCUIT Court |
| Opening Judge | HON. R. CLETUS MARICLE |
| Current Judge | |
| Closing Judge | HON. THOMAS R. LEWIS |

Page #

| Date | Event | |
|---|---|---|
| 04/10/2007 | **Document Filed**<br>RETURN OF SUBPOENA<br>*MIKE CAUDILL AND CHARLES RUTH* | |
| 04/18/2007 | **Document Filed**<br>RETURN OF SUBPOENA<br>*JAMES NORMAN HARRIS* | |
| 04/27/2007 | **Document Filed**<br>RETURN OF SUBPOENA<br>*MELANIE HICKS, MICHAEL SMITH* | |
| 05/07/2007 | **Motion Filed**<br>MOTION FOR CONTINUANCE<br>ATTORNEY-PUBLIC ADVOCATE | |
| 05/07/2007 | **Motion Filed**<br>MOTION - OTHER<br>ATTORNEY-PUBLIC ADVOCATE<br>*MOTION FOR ACCESS TO ALL JURY FORM S* | |
| 05/07/2007 | **Motion Filed**<br>MOTION FOR HEARING<br>ATTORNEY-PUBLIC ADVOCATE<br>*MOTION FOR EVIDENTIARY HEARING* | |
| 05/07/2007 | **Motion Filed**<br>MOTION TO SEVER<br>ATTORNEY-PUBLIC ADVOCATE | |
| 05/08/2007 | **Document Filed**<br>RETURN OF SUBPOENA<br>*DORTHY LEWIS* | |
| 05/10/2007 | **Motion Filed**<br>MOTION FOR CONTINUANCE<br>ATTORNEY-PUBLIC ADVOCATE | |
| 05/11/2007 | **Document Filed**<br>ORDER TO TRANSPORT<br>JUD | |
| 05/14/2007 | **Scheduled Event**<br>JURY TRIAL<br>HON. R. CLETUS MARICLE | May 14 2007 at 09:00 AM |
| 05/14/2007 | **Motion Disposed**<br>MOTION FOR CONTINUANCE<br>ATTORNEY-PUBLIC ADVOCATE | -7  Days |
| 05/14/2007 | **Motion Disposed**<br>MOTION - OTHER<br>ATTORNEY-PUBLIC ADVOCATE<br>*MOTION FOR ACCESS TO ALL JURY FORM S* | -7  Days |
| 05/14/2007 | **Motion Disposed**<br>MOTION FOR HEARING<br>ATTORNEY-PUBLIC ADVOCATE<br>*MOTION FOR EVIDENTIARY HEARING* | -7  Days |
| 05/14/2007 | **Motion Disposed**<br>MOTION TO SEVER<br>ATTORNEY-PUBLIC ADVOCATE | -7  Days |

CIRCUIT Court     04-CR-00176-002

# COMMONWEALTH VS. COLLINS, JOHN WAYNE
## Case# 04-CR-00176-002

| | |
|---|---|
| County | CLAY |
| Court | CIRCUIT Court |
| Opening Judge | HON. R. CLETUS MARICLE |
| Current Judge | |
| Closing Judge | HON. THOMAS R. LEWIS |

Page #

| Date | Event | |
|---|---|---|
| 05/14/2007 | **Motion Disposed** <br> MOTION FOR CONTINUANCE <br> ATTORNEY-PUBLIC ADVOCATE | -4  Days |
| 06/21/2007 | **Document Filed** <br> ORDER - OTHER <br> JUD | |
| 06/21/2007 | **Document Filed** <br> ORDER - OTHER <br> JUD | |
| 07/03/2007 | **Document Filed** <br> RETURN OF SUBPOENA <br>     CHARLES RUTH, RANDALL BOWLING, NAT ASHA SAYLORDELLA ,MAE JONES, WAYNE  AND DEBRA ROBERTS | |
| 07/09/2007 | **Document Filed** <br> RETURN OF SUBPOENA <br>     MURREL GRAY | |
| 07/16/2007 | **Scheduled Event** <br> OTHER HEARING <br> HON. THOMAS R. LEWIS | Jul 16 2007 at 09:00 AM |
| 07/16/2007 | **Motion Filed** <br> MOTION NOT FILED TIMELY <br> ATTORNEY-PUBLIC ADVOCATE | |
| 07/16/2007 | **Motion Filed** <br> MOTION - OTHER <br> ATTORNEY-PUBLIC ADVOCATE <br>     DEFENSE MOTION TO EXCLUDE EVIDENCE  AND MENTION OF NATASHA SAYLORS AS SAULT TRIAL AND RESULTING CONVICTI ONS IN THIS TRIAL | |
| 07/16/2007 | **Motion Filed** <br> MOTION - OTHER <br> ATTORNEY-PUBLIC ADVOCATE <br>     DEFENSE MOTION TO INCREASE OF PREE MPTORY CHALLENGES | |
| 07/16/2007 | **Motion Filed** <br> MOTION TO SEVER <br> ATTORNEY-PUBLIC ADVOCATE | |
| 07/16/2007 | **Motion Filed** <br> MOTION - OTHER <br> ATTORNEY-PUBLIC ADVOCATE <br>     DEFENSE MOTION FOR COURTS PERMISSI ON TO PROPOUND JUROR QUESTIONNAIRE | |
| 07/16/2007 | **Motion Filed** <br> MOTION - OTHER <br> ATTORNEY-PUBLIC ADVOCATE <br>     DEFENSE MOTION FOR IN-CHAMBERS IND IVIDUAL VOIR DIRE | |
| 07/16/2007 | **Motion Filed** <br> MOTION TO SUPPRESS <br> ATTORNEY-PUBLIC ADVOCATE <br>     ALL PAINT EVIDENCE | |
| 07/16/2007 | **Motion Filed** <br> MOTION TO DISMISS <br> ATTORNEY-PUBLIC ADVOCATE <br>     TO DISMISS KIDNAPPING COUNT | |

## COMMONWEALTH VS. COLLINS, JOHN WAYNE
## Case# 04-CR-00176-002

| | |
|---|---|
| County | CLAY |
| Court | CIRCUIT Court |
| Opening Judge | HON. R. CLETUS MARICLE |
| Current Judge | |
| Closing Judge | HON. THOMAS R. LEWIS |

Page #

| Date | Event | Days |
|---|---|---|
| 07/16/2007 | **Motion Disposed**<br>MOTION FOR CONTINUANCE<br>ATTORNEY-PUBLIC ADVOCATE | 0 Days |
| 07/16/2007 | **Motion Filed**<br>MOTION FOR CONTINUANCE<br>ATTORNEY-PUBLIC ADVOCATE | |
| 07/16/2007 | **Motion Filed**<br>MOTION - OTHER<br>ATTORNEY-PUBLIC ADVOCATE<br>*TO PRECLUDE TESTIMONY OF MELANIE HICKS AS TO STATEMENTS OF CHRISTA WILSON* | |
| 07/16/2007 | **Motion Filed**<br>MOTION - OTHER<br>ATTORNEY-PUBLIC ADVOCATE<br>*MOTION FOR EXTENSION OF TIME TO PROVIDE RECIPROCAL DISCOVERY* | |
| 07/16/2007 | **Motion Filed**<br>MOTION - OTHER<br>ATTORNEY-PUBLIC ADVOCATE<br>*MOTION FOR SPECIFIC DISCOVERY* | |
| 07/16/2007 | **Motion Filed**<br>MOTION - OTHER<br>ATTORNEY-PUBLIC ADVOCATE<br>*MOTION TO PRECLUDE EXCLUSION OF ANY JUROR BECAUSE OF RELIGIOUS BELIEFS* | |
| 07/16/2007 | **Motion Filed**<br>MOTION TO EXCLUDE DEATH PENALTY<br>ATTORNEY-PUBLIC ADVOCATE | |
| 07/16/2007 | **Document Filed**<br>NOTICE - OTHER<br>APA<br>*NOTICE OF RCR 9:38 REQUEST* | |
| 07/17/2007 | **Scheduled Event**<br>OTHER HEARING<br>HON. THOMAS R. LEWIS<br>*TO HERE MOTIONS* | Jul 17 2007 at 09:00 AM |
| 07/17/2007 | **Motion Disposed**<br>MOTION - OTHER<br>ATTORNEY-PUBLIC ADVOCATE<br>*DEFENSE MOTION TO EXCLUDE EVIDENCE AND MENTION OF NATASHA SAYLORS ASSAULT TRIAL AND RESULTING CONVICTIONS IN THIS TRIAL* | -1 Days |
| 07/17/2007 | **Motion Disposed**<br>MOTION - OTHER<br>ATTORNEY-PUBLIC ADVOCATE<br>*DEFENSE MOTION TO INCREASE OF PREEMPTORY CHALLENGES* | -1 Days |
| 07/17/2007 | **Motion Disposed**<br>MOTION TO SEVER<br>ATTORNEY-PUBLIC ADVOCATE | -1 Days |
| 07/17/2007 | **Motion Disposed**<br>MOTION - OTHER<br>ATTORNEY-PUBLIC ADVOCATE<br>*DEFENSE MOTION FOR COURTS PERMISSION TO PROPOUND JUROR QUESTIONNAIRE* | -1 Days |

CIRCUIT Court    04-CR-00176-002

**COMMONWEALTH VS. COLLINS, JOHN WAYNE**
**Case# 04-CR-00176-002**

| | |
|---|---|
| County | CLAY |
| Court | CIRCUIT Court |
| Opening Judge | HON. R. CLETUS MARICLE |
| Current Judge | |
| Closing Judge | HON. THOMAS R. LEWIS |

Page #

| Date | Event | Days | |
|---|---|---|---|
| 07/17/2007 | **Motion Disposed**<br>MOTION - OTHER<br>ATTORNEY-PUBLIC ADVOCATE<br>*DEFENSE MOTION FOR IN-CHAMBERS IND IVIDUAL VOIR DIRE* | -1 Days | |
| 07/17/2007 | **Motion Disposed**<br>MOTION TO SUPPRESS<br>ATTORNEY-PUBLIC ADVOCATE<br>*ALL PAINT EVIDENCE* | -1 Days | |
| 07/17/2007 | **Motion Disposed**<br>MOTION TO DISMISS<br>ATTORNEY-PUBLIC ADVOCATE<br>*TO DISMISS KIDNAPPING COUNT* | -1 Days | |
| 07/17/2007 | **Motion Disposed**<br>MOTION - OTHER<br>ATTORNEY-PUBLIC ADVOCATE<br>*TO PRECLUDE TESTIMONY OF MELANIE H ICKS AS TO STATEMENTS OF CHRISTA W ILSON* | -1 Days | |
| 07/17/2007 | **Motion Disposed**<br>MOTION - OTHER<br>ATTORNEY-PUBLIC ADVOCATE<br>*MOTION FOR EXTENSION OF TIME TO PR OVIDE RECIPROCAL DISCOVERY* | -1 Days | |
| 07/17/2007 | **Motion Disposed**<br>MOTION - OTHER<br>ATTORNEY-PUBLIC ADVOCATE<br>*MOTION FOR SPECIFIC DISCOVERY* | -1 Days | |
| 07/17/2007 | **Motion Disposed**<br>MOTION - OTHER<br>ATTORNEY-PUBLIC ADVOCATE<br>*MOTION TO PRECLUDE EXCLUSION OF AN Y JUROR BECAUSE OF RELIGIOUS BELIE FS* | -1 Days | |
| 07/17/2007 | **Motion Disposed**<br>MOTION TO EXCLUDE DEATH PENALTY<br>ATTORNEY-PUBLIC ADVOCATE | -1 Days | |
| 07/30/2007 | **Document Filed**<br>RETURN OF SUBPOENA<br>*PARKER CORUM, JIM TROSPER, MICHELL E COYT, JIMMY SMITH, MIKE CAUDILL, DENVER NAPIER AND CALEB COLLINS, J R.* | | |
| 07/30/2007 | **Document Filed**<br>ORDER TO TRANSPORT<br>JUD | | |
| 07/30/2007 | **Document Filed**<br>RETURN OF SUBPOENA<br>*MELANIE HICKS SMITH* | | |
| 08/02/2007 | **Document Filed**<br>RETURN OF SUBPOENA<br>*EDD JORDAN, SHANE JORDAN, GERALD S IZEMORE, APRIL COLLINS SIZEMORE, M OCHAEL SMITH* | | |
| 08/07/2007 | **Document Filed**<br>ORDER TO TRANSPORT<br>JUD | | |
| 08/09/2007 | **Document Filed**<br>RETURN OF SUBPOENA<br>*TODD ROBERTS* | | |

CIRCUIT Court          04-CR-00176-002

**COMMONWEALTH VS. COLLINS, JOHN WAYNE**
**Case# 04-CR-00176-002**

| | |
|---|---|
| County | CLAY |
| Court | CIRCUIT Court |
| Opening Judge | HON. R. CLETUS MARICLE |
| Current Judge | |
| Closing Judge | HON. THOMAS R. LEWIS |

Page #

| Date | Event | Details |
|---|---|---|
| 08/13/2007 | **Scheduled Event**<br>JURY TRIAL<br>HON. THOMAS R. LEWIS | Aug 13 2007 at 09:00 AM |
| 08/13/2007 | **Document Filed**<br>ORDER TO TRANSPORT<br>JUD | |
| 08/14/2007 | **Document Filed**<br>JURY LIST | |
| 08/14/2007 | **Document Filed**<br>RETURN OF SUBPOENA<br>  *JAMES NORMAN HARRIS, MIKE ROBERTS, SAMMIE WAYNE COLLINS, TIM HENSON, LISA WHICKER, CHASITY DAWN HICKS, DORTHY LEWIS, EVELYN SMITH* | |
| 08/20/2007 | **Case Disposed**<br>*TRANSFERED TO WARREN CO.* | 992   Days |
| 08/20/2007 | **Charge Disposed**<br>CHARGE 1 ORIGINAL<br>TRANSFER<br>*TRANSFERED TO WARREN CO.* | 0091500 Murder |
| 08/20/2007 | **Document Filed**<br>ORDER TO TRANSPORT<br>JUD | |
| 08/20/2007 | **Document Filed**<br>ORDER TRANSFERRING VENUE<br>JUD | |