# Case History

## COMMONWEALTH VS. COBB, EDDIE JOE
### Case# 05-CR-00063-001

| | |
|---|---|
| County | CLAY |
| Court | CIRCUIT Court |
| Opening Judge | HON. R. CLETUS MARICLE |
| Current Judge | |
| Closing Judge | HON. R. CLETUS MARICLE |

Page #

| Date | Event | Details | |
|---|---|---|---|
| 04/06/2005 | **Charge Filed**<br>CHARGE 1 ORIGINAL | 0131500 Assault, 1st Degree Citation: NA | Citation Date: 05/02/2005 |
| 04/06/2005 | **Charge Filed**<br>CHARGE 2 ORIGINAL | 0091501 ATTEMPT Murder Citation: NA<br>05/02/2005 | Citation Date: |
| 04/06/2005 | **Charge Filed**<br>CHARGE 3 ORIGINAL | 0512010 Intimidating a Participant in Legal Process Citation: NA<br>Citation Date: 05/02/2005 | |
| 04/06/2005 | **Charge Filed**<br>CHARGE 4 ORIGINAL | 0100000 *OBS* KIDNAPPING Citation: NA<br>05/02/2005 | Citation Date: |
| 05/02/2005 | **Case Filed**<br>CIRCUIT CRIMINAL<br>   MAILED OUT APPEAL ON 05-09-2006 TO COURT OF APPEALS APPEAL WAS AFFIRMED IN PART AND REVERSED IN PART FILED 11-28-07 | | |
| 05/02/2005 | **Cross Reference**<br>GDJ | DI 05-F-00176 | |
| 05/02/2005 | **Document Filed**<br>INDICTMENT | | |
| 05/02/2005 | **Document Filed**<br>DISTRICT COURT FILE | | |
| 05/02/2005 | **NOE to All Counsel of Record and Parties Not Represented by Counsel.**<br>INDICTMENT | | |
| 05/02/2005 | **Warrant Issued**<br>WARRANT OF ARREST ON INDICTMENT | @00000003280 | |
| 05/03/2005 | **NOE to All Counsel of Record and Parties Not Represented by Counsel.**<br>DISTRICT COURT FILE | | |
| 05/09/2005 | **Scheduled Event**<br>ARRAIGNMENT<br>HON. R. CLETUS MARICLE | May 9 2005 at 09:00 AM | |
| 05/09/2005 | **Warrant Served/ Withdrawn**<br>WARRANT OF ARREST ON INDICTMENT | @00000003280 | |
| 05/09/2005 | **Document Filed**<br>ORDER OF ARRAIGNMENT - NOT GUILTY PLEA<br>JUD | | |
| 05/09/2005 | **Bail Set**<br>CASH | $ 500,000.00 | |
| 06/29/2005 | **Scheduled Event**<br>JURY TRIAL<br>HON. R. CLETUS MARICLE<br>   TO PAY 600.00 TO OPA; 05-11-05 PA ID $600 OPA | Jun 29 2005 at 09:00 AM | |
| 08/25/2005 | **Motion Filed**<br>MOTION TO SET FOR TRIAL<br>COMMONWEALTH'S ATTORNEY | | |

**CERTIFICATION OF COURT RECORDS**

I, JAMES S. PHILLIPS, CLERK OF THE CLAY CIRCUIT/DISTRICT COURT DO CERTIFY THAT THE FOREGOING ARE TRUE AND CORRECT COPY(S) OF THE ORIGINAL DOCUMENT(S) AS RECORDED IN MY OFFICE.

IN TESTIMONY WHEREOF WITNESS MY HAND AS CLERK AFORESAID, THIS THE 17th DAY OF April, 2009

BY: [signature] _____ D.C.

## COMMONWEALTH VS. COBB, EDDIE JOE
### Case# 05-CR-00063-001

| | |
|---|---|
| County | CLAY |
| Court | CIRCUIT Court |
| Opening Judge | HON. R. CLETUS MARICLE |
| Current Judge | |
| Closing Judge | HON. R. CLETUS MARICLE |

Page #

| Date | Event | Details |
|---|---|---|
| 08/26/2005 | Document Filed | ORDER TO TRANSPORT<br>JUD |
| 10/03/2005 | Scheduled Event | Oct 3 2005 at 09:00 AM<br>MOTION HOUR<br>HON. R. CLETUS MARICLE |
| 10/12/2005 | Document Filed | RETURN OF SUBPOENA<br>*CAROLYN ELLIOT* |
| 10/19/2005 | Document Filed | RETURN OF SUBPOENA<br>*KENNY PRICE* |
| 10/24/2005 | Scheduled Event | Oct 24 2005 at 1:00 PM<br>JURY TRIAL<br>HON. R. CLETUS MARICLE |
| 10/24/2005 | Document Filed | ORDER TO TRANSPORT<br>JUD |
| 11/23/2005 | Document Filed | RESPONSE<br>AP<br>*TO DEFENDANTS MOTION* |
| 11/28/2005 | Scheduled Event | Nov 28 2005 at 09:00 AM<br>JURY TRIAL<br>HON. R. CLETUS MARICLE |
| 11/28/2005 | Document Filed | ORDER TO TRANSPORT<br>JUD |
| 11/28/2005 | Document Filed | STRIKE SHEET |
| 11/28/2005 | Document Filed | STRIKE SHEET |
| 11/28/2005 | Document Filed | JURY LIST |
| 11/29/2005 | Scheduled Event | Nov 29 2005 at 09:00 AM<br>JURY TRIAL<br>HON. R. CLETUS MARICLE<br>*CONT.* |
| 11/30/2005 | Scheduled Event | Nov 30 2005 at 09:00 AM<br>JURY TRIAL<br>HON. R. CLETUS MARICLE |
| 11/30/2005 | Document Filed | JURY INSTRUCTIONS<br>*TENDERED* |
| 11/30/2005 | Document Filed | EXHIBIT LIST<br>CW |
| 11/30/2005 | Document Filed | JURY INSTRUCTIONS |

## COMMONWEALTH VS. COBB, EDDIE JOE
### Case# 05-CR-00063-001

| | |
|---|---|
| County | CLAY |
| Court | CIRCUIT Court |
| Opening Judge | HON. R. CLETUS MARICLE |
| Current Judge | |
| Closing Judge | HON. R. CLETUS MARICLE |

| Date | Event | Details | Page # |
|---|---|---|---|
| 11/30/2005 | **Document Filed** JURY INSTRUCTIONS | | |
| 12/02/2005 | **Document Filed** ORDER - OTHER JUD | ORDER TO REIMBURSE SHERIFFS EXPENSES | |
| 12/07/2005 | **Motion Filed** MOTION AND GROUNDS FOR NEW TRIAL ATTORNEY-PUBLIC ADVOCATE | | |
| 12/07/2005 | **Motion Filed** MOTION - OTHER ATTORNEY-PUBLIC ADVOCATE | MOTION FOR JUDGEMENT OF ACQUITTAL | |
| 01/30/2006 | **Scheduled Event** SENTENCING HON. R. CLETUS MARICLE | Jan 30 2006 at 09:00 AM | |
| 02/09/2006 | **Document Filed** ORDER TO TRANSPORT JUD | MAILED OUT TO GARY GREGORY CHRIS MINIARD HUGH RICHARDS CLAY COUNTY SHERIFF PERRY COUNTY JAIL CHARLES KEITH | |
| 02/09/2006 | **NOE to All Counsel of Record and Parties Not Represented by Counsel.** ORDER TO TRANSPORT FIRST CLASS MAIL | MAILED OUT TO GARY GREGORY CHRIS MINIARD HUGH RICHARDS CLAY COUNTY SHERIFF PERRY COUNTY JAIL CHARLES KEITH | |
| 03/06/2006 | **Case Disposed** OTHER | 308 Days  MAILED OUT APPEAL ON 05-09-2006 TO COURT OF APPEALS APPEAL WAS AFFIRMED IN PART AND REVERSED IN PART FILED 11-28-07 | |
| 03/06/2006 | **Charge Disposed** CHARGE 1 ORIGINAL DISMISSED | 0131500 Assault, 1st Degree | |
| 03/06/2006 | **Charge Disposed** CHARGE 2 ORIGINAL GUILTY | 0091501 ATTEMPT Murder | |
| 03/06/2006 | **Charge Disposed** CHARGE 3 ORIGINAL GUILTY | 0512010 Intimidating a Participant in Legal Process | |
| 03/06/2006 | **Scheduled Event** SENTENCING HON. R. CLETUS MARICLE | Mar 6 2006 at 09:00 AM | |
| 03/06/2006 | **Document Filed** JUDGMENT / SENTENCE - PLEA OF GUILTY JUD | | |
| 03/06/2006 | **Sentence Imposed** | | |
| 03/06/2006 | **Sentence Imposed** | | |
| 03/27/2006 | **Document Filed** NOTICE OF APPEAL | | |

# COMMONWEALTH VS. COBB, EDDIE JOE
## Case# 05-CR-00063-001

| | | |
|---|---|---|
| **County** | CLAY | |
| **Court** | CIRCUIT Court | |
| **Opening Judge** | HON. R. CLETUS MARICLE | |
| **Current Judge** | | |
| **Closing Judge** | HON. R. CLETUS MARICLE | Page # |

| Date | Event | |
|---|---|---|
| 03/27/2006 | **Document Filed**<br>ORDER TO PROCEED IN FORMA PAUPERIS<br>JUD | |
| 04/13/2006 | **Document Filed**<br>DESIGNATION OF RECORD | |
| 04/13/2006 | **Document Filed**<br>ORDER TO PROCEED IN FORMA PAUPERIS<br>JUD | |
| 04/13/2006 | **Document Filed**<br>DESIGNATION OF RECORD | |
| 10/26/2006 | **Motion Filed**<br>MOTION - OTHER<br>DEFENDANT / RESPONDENT<br>*MOTION FOR BAIL PENDING APPEAL* | |
| 11/02/2006 | **Document Filed**<br>RESPONSE<br>CA | |
| 11/06/2006 | **Scheduled Event**     Nov 6 2006 at 09:00 AM<br>MOTION HOUR<br>HON. R. CLETUS MARICLE | |
| 11/13/2006 | **Motion Filed**<br>MOTION TO PROCEED IN FORMA PAUPERIS<br>DEFENDANT / RESPONDENT | |
| 11/13/2006 | **Motion Filed**<br>MOTION - OTHER<br>DEFENDANT / RESPONDENT<br>*FOR RECORDS* | |
| 12/04/2006 | **Scheduled Event**     Dec 4 2006 at 09:00 AM<br>MOTION HOUR<br>HON. R. CLETUS MARICLE | |
| 12/04/2006 | **Bail Set**     $ 500,000.00<br>CASH<br>*APPEAL BOND* | |
| 12/04/2006 | **Document Filed**<br>ORDER - OTHER<br>JUD<br>*RELATIVE TO BOND  MAILED OUT TO GARY GREGORY* | |
| 12/04/2006 | **NOE to All Counsel of Record and Parties Not Represented by Counsel.**<br>ORDER - OTHER<br>FIRST CLASS MAIL<br>*RELATIVE TO BOND  MAILED OUT TO GARY GREGORY* | |
| 01/10/2007 | **Document Filed**<br>MISCELLANEOUS<br>*LETTER* | |
| 02/01/2007 | **Motion Filed**<br>MOTION TO REDUCE BOND<br>DEFENDANT / RESPONDENT<br>*FOR APPEAL BOND* | |

CIRCUIT Court     05-CR-00063-001     Page 4 of 6



# COMMONWEALTH VS. COBB, EDDIE JOE
## Case# 05-CR-00063-001

| | |
|---|---|
| County | CLAY |
| Court | CIRCUIT Court |
| Opening Judge | HON. R. CLETUS MARICLE |
| Current Judge | |
| Closing Judge | HON. R. CLETUS MARICLE |

Page #

| Date | Event | Details |
|---|---|---|
| 03/05/2007 | Scheduled Event | Mar 5 2007 at 09:00 AM<br>MOTION HOUR<br>HON. R. CLETUS MARICLE |
| 03/05/2007 | Motion Filed | MOTION TO REDUCE BOND<br>DEFENDANT / RESPONDENT<br>*FOR APPEAL BOND* |
| 03/19/2007 | Motion Filed | MOTION TO SUPPLEMENT RECORD<br>DEFENDANT / RESPONDENT |
| 03/21/2007 | Document Filed | ORDER TO TRANSPORT<br>JUD |
| 04/02/2007 | Scheduled Event | Apr 2 2007 at 09:00 AM<br>MOTION HOUR<br>HON. R. CLETUS MARICLE |
| 04/09/2007 | Document Filed | NOTICE OF APPEAL<br>D |
| 04/09/2007 | Document Filed | DESIGNATION OF RECORD<br>D |
| 04/09/2007 | Document Filed | CERTIFICATE AS TO TRANSCRIPT FROM COURT REPORTER<br>D |
| 04/24/2007 | Document Filed | ORDER OVERRULING<br>JUD<br>*ORDER OVERRULING BOND REDUCTION FR OM APPEAL BOND* |
| 06/13/2007 | Document Filed | MISCELLANEOUS<br>*LETTER* |
| 08/01/2007 | Document Filed | ORDER - OTHER<br>*ORDER DISMISSING APPEAL* |
| 11/26/2007 | Charge Disposed | 0100000 *OBS* KIDNAPPING<br>CHARGE 4 ORIGINAL<br>REVERSED |
| 11/29/2007 | Document Filed | ORDER AFFIRMING APPEAL<br>*IN PART AND REVERSING IN PART* |
| 12/06/2007 | Document Filed | ORDER TO TRANSPORT<br>JUD |
| 12/12/2007 | Scheduled Event | Dec 12 2007 at 09:00 AM<br>SENTENCING<br>HON. OSCAR GAYLE HOUSE<br>*TO BE RESENTENCED* |

# COMMONWEALTH VS. COBB, EDDIE JOE
## Case# 05-CR-00063-001

| | | |
|---|---|---|
| County | CLAY | |
| Court | CIRCUIT Court | |
| Opening Judge | HON. R. CLETUS MARICLE | |
| Current Judge | | |
| Closing Judge | HON. R. CLETUS MARICLE | Page # |

| Date | Event | |
|---|---|---|
| 01/07/2008 | **Scheduled Event**<br>SENTENCING<br>HON. OSCAR GAYLE HOUSE | Jan 7 2008 at 09:00 AM |
| 01/07/2008 | **Document Filed**<br>ORDER TO TRANSPORT<br>JUD | |
| 02/04/2008 | **Scheduled Event**<br>SENTENCING<br>HON. OSCAR GAYLE HOUSE | Feb 4 2008 at 09:00 AM |
| 02/04/2008 | **Document Filed**<br>JUDGMENT / SENTENCE - PLEA OF GUILTY<br>JUD | |
| 02/25/2008 | **Document Filed**<br>ORDER - OTHER<br>JUD | |
| 11/17/2008 | **Motion Filed**<br>MOTION TO PROCEED IN FORMA PAUPERIS<br>DEFENDANT / RESPONDENT | |
| 11/17/2008 | **Motion Filed**<br>MOTION - OTHER<br>DEFENDANT / RESPONDENT<br>*MOTION FOR JAIL CREDIT* | |
| 11/17/2008 | **Motion Filed**<br>MOTION FOR EXPUNGEMENT<br>DEFENDANT / RESPONDENT | |
| 12/01/2008 | **Scheduled Event**<br>MOTION HOUR<br>HON. OSCAR GAYLE HOUSE | Dec 1 2008 at 09:00 AM |
| 02/13/2009 | **Motion Filed**<br>MOTION FOR RULE<br>DEFENDANT / RESPONDENT | |
| 03/02/2009 | **Scheduled Event**<br>MOTION HOUR<br>HON. OSCAR GAYLE HOUSE | Mar 2 2009 at 09:00 AM |
| 03/10/2009 | **Motion Filed**<br>MOTION FOR RULE<br>DEFENDANT / RESPONDENT | |
| 04/06/2009 | **Scheduled Event**<br>MOTION HOUR<br>HON. OSCAR GAYLE HOUSE | Apr 6 2009 at 09:00 AM |
| 04/15/2009 | **Document Filed**<br>ORDER TO PROCEED IN FORMA PAUPERIS<br>JUD | |