# Case History

## COMMONWEALTH VS. HATFIELD, GRANT JUNIOR
## Case# 05-CR-00063-002

**County** CLAY
**Court** CIRCUIT Court
**Opening Judge** HON. R. CLETUS MARICLE
**Current Judge**
**Closing Judge** HON. R. CLETUS MARICLE

Page #

| | | | |
|---|---|---|---|
| | Scheduled Event<br>MOTION NOT REQUIRING HEARING<br>HON. R. CLETUS MARICLE | | |
| 04/06/2005 | Charge Filed<br><br>CHARGE 1 ORIGINAL | 0131500 Assault, 1st Degree Citation: NA | Citation Date: 05/03/2005 |
| 04/06/2005 | Charge Filed<br><br>CHARGE 2 ORIGINAL | 0091501 ATTEMPT Murder Citation: NA 05/03/2005 | Citation Date: |
| 04/06/2005 | Charge Filed<br><br>CHARGE 3 ORIGINAL | 0512010 Intimidating a Participant in Legal Process Citation: NA<br>Citation Date: 05/03/2005 | |
| 04/06/2005 | Charge Filed<br><br>CHARGE 4 ORIGINAL | 0100000 *OBS* KIDNAPPING Citation: NA 05/03/2005 | Citation Date: |
| 05/02/2005 | NOE to All Counsel of Record and Parties Not Represented by Counsel.<br>INDICTMENT | | |
| 05/03/2005 | Case Filed<br>CIRCUIT CRIMINAL<br>*CAME FROM COURT OF APPEALS 05-23-0 8* | | |
| 05/03/2005 | Cross Reference<br>GDJ | DI 05-F-00177 | |
| 05/03/2005 | Document Filed<br>INDICTMENT | | |
| 05/03/2005 | Document Filed<br>DISTRICT COURT FILE | | |
| 05/03/2005 | NOE to All Counsel of Record and Parties Not Represented by Counsel.<br>DISTRICT COURT FILE | | |
| 05/03/2005 | Warrant Issued<br>WARRANT OF ARREST ON INDICTMENT | @00000003282 | |
| 05/09/2005 | Scheduled Event<br>ARRAIGNMENT<br>HON. R. CLETUS MARICLE | May 9 2005 at 09:00 AM | |
| 05/09/2005 | Document Filed<br>ORDER OF ARRAIGNMENT - NOT GUILTY PLEA<br>JUD | | |
| 05/09/2005 | Bail Set<br>CASH | $ 650,000.00 | |
| 06/28/2005 | Warrant Served/ Withdrawn<br>WARRANT OF ARREST ON INDICTMENT | @00000003282 | |
| 06/28/2005 | Motion Filed<br>MOTION FOR CONTINUANCE<br>ATTORNEY-PRIVATE | | |
| 06/29/2005 | Scheduled Event<br>JURY TRIAL<br>HON. R. CLETUS MARICLE | Jun 29 2005 at 09:00 AM | |

CERTIFICATION OF COURT RECORDS
I, JAMES S. PHILLIPS, CLERK OF THE CLAY CIRCUIT/DISTRICT COURT DO CERTIFY THAT THE FOREGOING ARE TRUE AND CORRECT COPY(S) OF THE ORIGINAL DOCUMENT(S) AS RECORDED IN MY OFFICE.
IN TESTIMONY WHEREOF WITNESS MY HAND AS CLERK AFORESAID, THIS THE ___ DAY OF _____ 2005
BY: _____ D.C.

## COMMONWEALTH VS. HATFIELD, GRANT JUNIOR
### Case# 05-CR-00063-002

**County** CLAY
**Court** CIRCUIT Court
**Opening Judge** HON. R. CLETUS MARICLE
**Current Judge**
**Closing Judge** HON. R. CLETUS MARICLE

Page #

| Date | Entry | |
|---|---|---|
| 06/29/2005 | Document Filed<br>RETURN OF SUBPOENA<br>APR<br>*JULIE KEY THOMAS SMITH* | |
| 08/25/2005 | Motion Filed<br>MOTION TO SET FOR TRIAL<br>COMMONWEALTH'S ATTORNEY | |
| 08/26/2005 | Document Filed<br>ORDER TO TRANSPORT<br>JUD | |
| 09/23/2005 | Motion Filed<br>MOTION TO REDUCE BOND<br>ATTORNEY FOR DEFENDANT (CIVIL)<br>*RENEWED* | |
| 10/03/2005 | Scheduled Event<br>MOTION HOUR<br>HON. R. CLETUS MARICLE | Oct 3 2005 at 09:00 AM |
| 10/06/2005 | Document Filed<br>ORDER - OTHER<br>JUD<br>*ORDER TO TEMPORARY RELEASE FOR FUR NERAL* | |
| 10/12/2005 | Document Filed<br>RETURN OF SUBPOENA<br>*CAROLYN ELLIOT* | |
| 10/19/2005 | Document Filed<br>RETURN OF SUBPOENA<br>*KENNY PRICE* | |
| 10/19/2005 | Document Filed<br>ORDER TO TRANSPORT<br>JUD | |
| 10/24/2005 | Scheduled Event<br>JURY TRIAL<br>HON. R. CLETUS MARICLE | Oct 24 2005 at 1:00 PM |
| 10/24/2005 | Document Filed<br>ORDER TO TRANSPORT<br>JUD | |
| 11/28/2005 | Scheduled Event<br>JURY TRIAL<br>HON. R. CLETUS MARICLE | Nov 28 2005 at 09:00 AM |
| 11/28/2005 | Document Filed<br>ORDER TO TRANSPORT<br>JUD | |
| 11/28/2005 | Document Filed<br>STRIKE SHEET | |
| 11/28/2005 | Document Filed<br>STRIKE SHEET | |
| 11/28/2005 | Document Filed<br>JURY LIST | |

CIRCUIT Court     05-CR-00063-002

# COMMONWEALTH VS HATFIELD, GRANT JUNIOR
## Case# 05-CR-00063-002

**County** CLAY  
**Court** CIRCUIT Court  
**Opening Judge** HON. R. CLETUS MARICLE  
**Current Judge**  
**Closing Judge** HON. R. CLETUS MARICLE

Page #

| Date | Event | Details | Page # |
|---|---|---|---|
| 11/29/2005 | Scheduled Event<br>JURY TRIAL<br>HON. R. CLETUS MARICLE | Nov 29 2005 at 09:00 AM | |
| 11/30/2005 | Scheduled Event<br>JURY TRIAL<br>HON. R. CLETUS MARICLE | Nov 30 2005 at 09:00 AM | |
| 11/30/2005 | Document Filed<br>EXHIBIT LIST<br>CW | | |
| 11/30/2005 | Document Filed<br>EXHIBIT LIST<br>APR | | |
| 11/30/2005 | Document Filed<br>JURY INSTRUCTIONS | | |
| 11/30/2005 | Document Filed<br>JURY INSTRUCTIONS | | |
| 12/02/2005 | Document Filed<br>ORDER - OTHER<br>JUD<br>   ORDER TO REIMURSE SHERIFFS EXPENSE | | |
| 12/05/2005 | Motion Filed<br>MOTION AND GROUNDS FOR NEW TRIAL<br>ATTORNEY-PRIVATE | | |
| 01/30/2006 | Scheduled Event<br>SENTENCING<br>HON. R. CLETUS MARICLE | Jan 30 2006 at 09:00 AM | |
| 02/06/2006 | Scheduled Event<br>MOTION HOUR<br>HON. R. CLETUS MARICLE | Feb 6 2006 at 09:00 AM | |
| 02/09/2006 | Document Filed<br>ORDER TO TRANSPORT<br>JUD<br>   MAILED OUT TO GARY GREGORY  CHRIS  MINIARD<br>   HUGH RICHARDS  CLAY COUNTY SHERIFF  PERRY COUNTY JAIL  CHARLES KEITH | | |
| 02/09/2006 | NOE to All Counsel of Record and<br>Parties Not Represented by Counsel.<br>ORDER TO TRANSPORT<br>FIRST CLASS MAIL<br>   MAILED OUT TO GARY GREGORY  CHRIS  MINIARD<br>   HUGH RICHARDS  CLAY COUNTY SHERIFF  PERRY COUNTY JAIL  CHARLES KEITH | | |
| 03/06/2006 | Case Disposed<br>   CAME FROM COURT OF APPEALS 05-23-08 | 307   Days | |
| 03/06/2006 | Charge Disposed<br>CHARGE 1 ORIGINAL<br>DISMISSED | 0131500 Assault, 1st Degree | |
| 03/06/2006 | Charge Disposed<br>CHARGE 2 ORIGINAL<br>GUILTY | 0091501 ATTEMPT Murder | |

CIRCUIT Court     05-CR-00063-002

## COMMONWEALTH VS. HATFIELD, GRANT JUNIOR
### Case# 05-CR-00063-002

| | |
|---|---|
| County | CLAY |
| Court | CIRCUIT Court |
| Opening Judge | HON. R. CLETUS MARICLE |
| Current Judge | |
| Closing Judge | HON. R. CLETUS MARICLE |

Page #

| Date | Event | Details |
|---|---|---|
| 03/06/2006 | **Charge Disposed**<br>CHARGE 3 ORIGINAL<br>GUILTY | 0512010 Intimidating a Participant in Legal Process |
| 03/06/2006 | **Charge Disposed**<br>CHARGE 4 ORIGINAL<br>REVERSED | 0100000 *OBS* KIDNAPPING |
| 03/06/2006 | **Scheduled Event**<br>SENTENCING<br>HON. R. CLETUS MARICLE<br>*MOTION FRO NEW TRIAL* | Mar 6 2006 at 09:00 AM |
| 03/06/2006 | **Sentence Imposed** | |
| 03/06/2006 | **Sentence Imposed** | |
| 03/06/2006 | **Document Filed**<br>JUDGMENT / SENTENCE - PLEA OF GUILTY<br>JUD | |
| 04/05/2006 | **Document Filed**<br>NOTICE OF APPEAL<br>APR | |
| 07/06/2006 | **Document Filed**<br>ORDER DISMISSING<br>JUD<br>*APPEAL ENTERED BY JUDGE LAMBERT FROM COURT OF APPEALS* | |
| 09/12/2006 | **Motion Filed**<br>MOTION - OTHER<br>DEFENDANT / RESPONDENT<br>*MOTION FOR BOND PENDING APPEAL* | |
| 10/02/2006 | **Scheduled Event**<br>MOTION HOUR<br>HON. R. CLETUS MARICLE | Oct 2 2006 at 09:00 AM |
| 10/26/2006 | **Motion Filed**<br>MOTION - OTHER<br>DEFENDANT / RESPONDENT<br>*MOTION TO DISPENSE WITH COST ASSOCIATED WITH RCR 11:42 FILING* | |
| 10/26/2006 | **Motion Filed**<br>MOTION TO VACATE<br>DEFENDANT / RESPONDENT | |
| 10/26/2006 | **Document Filed**<br>MEMORANDUM<br>D | |
| 10/26/2006 | **Motion Filed**<br>MOTION - OTHER<br>DEFENDANT / RESPONDENT<br>*MOTION AND AFFIDAVIT FOR APPOINTMENT OF COUNSEL* | |
| 10/26/2006 | **Motion Filed**<br>MOTION FOR HEARING<br>DEFENDANT / RESPONDENT<br>*EVIDENTARY HEARING* | |

## COMMONWEALTH VS. HATFIELD, GRANT JUNIOR
### Case# 05-CR-00063-002

|  | County | CLAY |
|---|---|---|
|  | Court | CIRCUIT Court |
| Opening Judge | | HON. R. CLETUS MARICLE |
| Current Judge | | |
| Closing Judge | | HON. R. CLETUS MARICLE |

Page #

| Date | Event | Details |
|---|---|---|
| 11/06/2006 | Scheduled Event<br>MOTION HOUR<br>HON. R. CLETUS MARICLE | Nov 6 2006 at 09:00 AM |
| 11/28/2006 | Document Filed<br>ORDER TO TRANSPORT<br>JUD | |
| 12/01/2006 | Scheduled Event<br>SHOW CAUSE HEARING<br>HON. R. CLETUS MARICLE<br>*150.50* | Dec 1 2006 at 10:00 AM |
| 02/01/2007 | Scheduled Event<br>SHOW CAUSE HEARING<br>HON. R. CLETUS MARICLE<br>*OWES 150.50* | Feb 1 2007 at 10:00 AM |
| 03/02/2007 | Motion Filed<br>MOTION - OTHER<br>DEFENDANT / RESPONDENT<br>*MOTION FOR BOND PENDING APPEAL* | |
| 03/06/2007 | Document Filed<br>MEMORANDUM<br>D | |
| 03/22/2007 | Document Filed<br>ORDER TO TRANSPORT<br>JUD | |
| 04/02/2007 | Scheduled Event<br>MOTION HOUR<br>HON. R. CLETUS MARICLE | Apr 2 2007 at 09:00 AM |
| 04/20/2007 | Document Filed<br>ORDER - OTHER<br>JUD<br>*ORDER OF BOND* | |
| 05/23/2008 | Document Filed<br>OPINION | |
| 07/02/2008 | Motion Filed<br>MOTION - OTHER<br>DEFENDANT / RESPONDENT<br>*MOTION FOR APPOINTMENT OF COUNSEL* | |
| 08/04/2008 | Scheduled Event<br>MOTION HOUR<br>HON. OSCAR GAYLE HOUSE | Aug 4 2008 at 09:00 AM |