# Case History
## COMMONWEALTH VS. COLLINS, BRIAN CURTIS
## Case# 05-CR-00063-003

| | |
|---|---|
| County | CLAY |
| Court | CIRCUIT Court |
| Opening Judge | HON. R. CLETUS MARICLE |
| Current Judge | |
| Closing Judge | HON. R. CLETUS MARICLE |

Page #

| Date | Event | Details | |
|---|---|---|---|
| 04/06/2005 | **Charge Filed**<br>CHARGE 1 ORIGINAL | 0131500 Assault, 1st Degree Citation: NA | Citation Date: 05/02/2005 |
| 04/06/2005 | **Charge Filed**<br>CHARGE 2 ORIGINAL | 0091501 ATTEMPT Murder Citation: NA<br>05/02/2005 | Citation Date: |
| 04/06/2005 | **Charge Filed**<br>CHARGE 3 ORIGINAL | 0512010 Intimidating a Participant in Legal Process Citation: NA<br>Citation Date: 05/02/2005 | |
| 04/06/2005 | **Charge Filed**<br>CHARGE 4 ORIGINAL<br>*HE RECEIVED 20 YEARS BUT WAS REVER SED IN SUPREME COURT* | 0100000 *OBS* KIDNAPPING Citation: NA<br>05/02/2005 | Citation Date: |
| 05/02/2005 | **Case Filed**<br>CIRCUIT CRIMINAL | | |
| 05/02/2005 | **Cross Reference**<br>GDJ | DI 05-F-00178 | |
| 05/02/2005 | **Document Filed**<br>INDICTMENT | | |
| 05/02/2005 | **Document Filed**<br>DISTRICT COURT FILE | | |
| 05/02/2005 | **NOE to All Counsel of Record and Parties Not Represented by Counsel.**<br>INDICTMENT | | |
| 05/02/2005 | **Warrant Issued**<br>WARRANT OF ARREST ON INDICTMENT | @00000003284 | |
| 05/03/2005 | **NOE to All Counsel of Record and Parties Not Represented by Counsel.**<br>DISTRICT COURT FILE | | |
| 05/09/2005 | **Scheduled Event**<br>ARRAIGNMENT<br>HON. R. CLETUS MARICLE | May 9 2005 at 09:00 AM | |
| 05/09/2005 | **Warrant Served/ Withdrawn**<br>WARRANT OF ARREST ON INDICTMENT | @00000003284 | |
| 05/09/2005 | **Document Filed**<br>ORDER OF ARRAIGNMENT - NOT GUILTY PLEA<br>JUD | | |
| 05/09/2005 | **Bail Set**<br>CASH | $ 500,000.00 | |
| 05/18/2005 | **Motion Filed**<br>MOTION FOR DISCOVERY AND INSPECTION<br>ATTORNEY-PUBLIC ADVOCATE | | |
| 06/01/2005 | **Document Filed**<br>NOTICE - OTHER<br>APR<br>*NOTICE TO WITHDRAW MOTION* | | |

CERTIFICATION OF COURT RECORDS
I, JAMES S. PHILLIPS, CLERK OF THE CLAY CIRCUIT/DISTRICT COURT DO CERTIFY THAT THE FOREGOING ARE TRUE AND CORRECT COPY(S) OF THE ORIGINAL DOCUMENT(S) AS RECORDED IN MY OFFICE.
IN TESTIMONY WHEREOF WITNESS MY HAND AS CLERK AFORESAID, THIS THE 17th
DAY OF April, 2009
BY: [signature] D.C.

## COMMONWEALTH VS. COLLINS, BRIAN CURTIS
### Case# 05-CR-00063-003

| | |
|---|---|
| County | CLAY |
| Court | CIRCUIT Court |
| Opening Judge | HON. R. CLETUS MARICLE |
| Current Judge | |
| Closing Judge | HON. R. CLETUS MARICLE |

Page #

| Date | Event | Time |
|---|---|---|
| 06/06/2005 | Scheduled Event<br>MOTION HOUR<br>HON. R. CLETUS MARICLE | Jun 6 2005 at 09:00 AM |
| 06/24/2005 | Motion Filed<br>MOTION FOR CHANGE OF VENUE<br>ATTORNEY-PRIVATE | |
| 06/24/2005 | Document Filed<br>AFFIDAVIT | |
| 06/24/2005 | Document Filed<br>AFFIDAVIT | |
| 06/29/2005 | Scheduled Event<br>JURY TRIAL<br>HON. R. CLETUS MARICLE | Jun 29 2005 at 09:00 AM |
| 08/25/2005 | Motion Filed<br>MOTION TO SET FOR TRIAL<br>COMMONWEALTH'S ATTORNEY | |
| 08/26/2005 | Document Filed<br>ORDER TO TRANSPORT<br>JUD | |
| 09/29/2005 | Motion Filed<br>MOTION - OTHER<br>ATTORNEY-PRIVATE | |
| 10/03/2005 | Scheduled Event<br>MOTION HOUR<br>HON. R. CLETUS MARICLE | Oct 3 2005 at 09:00 AM |
| 10/03/2005 | Document Filed<br>ORDER - AGREED<br>JUD<br>*FOR DISCOVERY* | |
| 10/03/2005 | Document Filed<br>ORDER - AGREED<br>JUD | |
| 10/12/2005 | Document Filed<br>RETURN OF SUBPOENA<br>*CAROLYN ELLIOT* | |
| 10/19/2005 | Document Filed<br>RETURN OF SUBPOENA<br>*KENNY PRICE* | |
| 10/21/2005 | Document Filed<br>RETURN OF SUBPOENA<br>*CHRIS REED* | |
| 10/21/2005 | Document Filed<br>RETURN OF SUBPOENA<br>*EDD JORDAN* | |
| 10/24/2005 | Scheduled Event<br>JURY TRIAL<br>HON. R. CLETUS MARICLE<br>*EVIDENTARY HEARING AT 12.00* | Oct 24 2005 at 1:00 PM |

# COMMONWEALTH VS. COLLINS, BRIAN CURTIS
## Case# 05-CR-00063-003

**County** CLAY
**Court** CIRCUIT Court
**Opening Judge** HON. R. CLETUS MARICLE
**Current Judge**
**Closing Judge** HON. R. CLETUS MARICLE

Page #

| Date | Event | Details | Page |
|---|---|---|---|
| 10/24/2005 | Document Filed | ORDER TO TRANSPORT<br>JUD | |
| 10/24/2005 | Document Filed | ORDER - AGREED<br>JUD | |
| 11/28/2005 | Scheduled Event | Nov 28 2005 at 09:00 AM<br>JURY TRIAL<br>HON. R. CLETUS MARICLE<br>REQ. WI: EDD JORDAN CHRIS REED RA Y AND NADINE JARVIS VERNON JARVIS DALMAS DELL GARY HENSON JENNIE COL LINS AND CRISSIA BOTTNER | |
| 11/28/2005 | Motion Filed | MOTION IN LIMINE<br>ATTORNEY-PRIVATE | |
| 11/28/2005 | Motion Filed | MOTION TO SUPPRESS<br>ATTORNEY-PRIVATE | |
| 11/28/2005 | Document Filed | ORDER TO TRANSPORT<br>JUD | |
| 11/28/2005 | Document Filed | STRIKE SHEET | |
| 11/28/2005 | Document Filed | STRIKE SHEET | |
| 11/28/2005 | Document Filed | JURY LIST | |
| 11/29/2005 | Scheduled Event | Nov 29 2005 at 09:00 AM<br>JURY TRIAL<br>HON. R. CLETUS MARICLE<br>*CONT.* | |
| 11/29/2005 | Motion Disposed | 0 Days<br>MOTION TO SUPPRESS<br>ATTORNEY-PRIVATE | |
| 11/29/2005 | Motion Filed | MOTION TO SUPPRESS<br>ATTORNEY-PRIVATE | |
| 11/30/2005 | Scheduled Event | Nov 30 2005 at 09:00 AM<br>JURY TRIAL<br>HON. R. CLETUS MARICLE | |
| 11/30/2005 | Document Filed | JURY INSTRUCTIONS<br>*TENDERED* | |
| 11/30/2005 | Document Filed | EXHIBIT LIST<br>CA | |
| 11/30/2005 | Document Filed | JURY INSTRUCTIONS | |
| 11/30/2005 | Document Filed | JURY INSTRUCTIONS | |

## COMMONWEALTH VS. COLLINS, BRIAN CURTIS
### Case# 05-CR-00063-003

**County** CLAY
**Court** CIRCUIT Court
**Opening Judge** HON. R. CLETUS MARICLE
**Current Judge**
**Closing Judge** HON. R. CLETUS MARICLE

Page #

| Date | Event | Details |
|---|---|---|
| 12/02/2005 | **Document Filed** ORDER - OTHER JUD *ORDERN REIMBURSE SHERIFFS EXPENSE* | |
| 12/05/2005 | **Motion Filed** MOTION AND GROUNDS FOR NEW TRIAL ATTORNEY-PRIVATE | |
| 01/12/2006 | **Motion Filed** MOTION TO REDUCE BOND DEFENDANT / RESPONDENT | |
| 01/30/2006 | **Scheduled Event** SENTENCING HON. R. CLETUS MARICLE | Jan 30 2006 at 09:00 AM |
| 02/06/2006 | **Scheduled Event** MOTION HOUR HON. R. CLETUS MARICLE | Feb 6 2006 at 09:00 AM |
| 02/09/2006 | **Document Filed** ORDER TO TRANSPORT JUD *MAILED OUT TO GARY GREGORY CHRIS MINIARD HUGH RICHARDS CLAY COUNTY SHERIFF PERRY COUNTY JAIL CHARLES KEITH* | |
| 02/09/2006 | **NOE to All Counsel of Record and Parties Not Represented by Counsel.** ORDER TO TRANSPORT FIRST CLASS MAIL *MAILED OUT TO GARY GREGORY CHRIS MINIARD HUGH RICHARDS CLAY COUNTY SHERIFF PERRY COUNTY JAIL CHARLES KEITH* | |
| 03/06/2006 | **Scheduled Event** SENTENCING HON. R. CLETUS MARICLE *MOTION FOR NEW TRIAL* | Mar 6 2006 at 09:00 AM |
| 05/01/2006 | **Scheduled Event** SENTENCING HON. R. CLETUS MARICLE | May 1 2006 at 09:00 AM |
| 05/04/2006 | **Document Filed** ORDER TO TRANSPORT JUD | |
| 05/24/2006 | **Case Disposed** | 387 Days |
| 05/24/2006 | **Charge Disposed** CHARGE 1 ORIGINAL DISMISSED | 0131500 Assault, 1st Degree |
| 05/24/2006 | **Charge Disposed** CHARGE 2 ORIGINAL GUILTY | 0091501 ATTEMPT Murder |
| 05/24/2006 | **Charge Disposed** CHARGE 3 ORIGINAL GUILTY | 0512010 Intimidating a Participant in Legal Process |

CIRCUIT Court    05-CR-00063-003

## COMMONWEALTH VS. COLLINS, BRIAN CURTIS
## Case# 05-CR-00063-003

| | |
|---|---|
| County | CLAY |
| Court | CIRCUIT Court |
| Opening Judge | HON. R. CLETUS MARICLE |
| Current Judge | |
| Closing Judge | HON. R. CLETUS MARICLE |

Page #

| Date | Event | Details |
|---|---|---|
| 05/24/2006 | **Charge Disposed**<br>CHARGE 4 ORIGINAL<br>REVERSED<br>*HE RECEIVED 20 YEARS BUT WAS REVER SED IN SUPREME COURT* | 0100000 *OBS* KIDNAPPING |
| 05/24/2006 | **Scheduled Event**<br>SENTENCING<br>HON. R. CLETUS MARICLE | May 24 2006 at 1:00 PM |
| 05/24/2006 | **Motion Disposed**<br>MOTION - OTHER<br>ATTORNEY-PRIVATE<br>*FOR ACQUITTAL* | 0   Days |
| 05/24/2006 | **Motion Filed**<br>MOTION - OTHER<br>ATTORNEY-PRIVATE<br>*FOR ACQUITTAL* | |
| 05/24/2006 | **Motion Disposed**<br>MOTION AND GROUNDS FOR NEW TRIAL<br>ATTORNEY-PRIVATE | 0   Days |
| 05/24/2006 | **Motion Filed**<br>MOTION AND GROUNDS FOR NEW TRIAL<br>ATTORNEY-PRIVATE | |
| 05/24/2006 | **Document Filed**<br>JUDGMENT / SENTENCE - PLEA OF GUILTY<br>JUD | |
| 05/24/2006 | **Sentence Imposed** | |
| 05/24/2006 | **Sentence Imposed** | |
| 06/05/2006 | **Document Filed**<br>NOTICE OF APPEAL<br>APR | |
| 06/05/2006 | **Document Filed**<br>ORDER TO PROCEED IN FORMA PAUPERIS<br>JUD | |
| 06/05/2006 | **Scheduled Event**<br>MOTION HOUR<br>HON. R. CLETUS MARICLE | Jun 5 2006 at 09:00 AM |
| 06/05/2006 | **Motion Filed**<br>MOTION TO PROCEED IN FORMA PAUPERIS<br>DEFENDANT / RESPONDENT | |
| 06/15/2006 | **Document Filed**<br>DESIGNATION OF RECORD<br>APR | |
| 09/17/2007 | **Document Filed**<br>OPINION | |