# Case History
## COMMONWEALTH VS. PRICE, EUGENE
## Case# 94-M-01192

Generated: 04/06/2009 10:05:31AM

| | |
|---|---|
| County | CLAY |
| Court | DISTRICT Court |
| Opening Judge | HON. OSCAR GAYLE HOUSE |
| Current Judge | |
| Closing Judge | HON. OSCAR GAYLE HOUSE |

Page #

| Date | Event | Details |
|---|---|---|
| 11/21/1994 | **Charge Filed**<br>CHARGE 1 ORIGINAL | 0026950 GIVING OFFICER FALSE NAME OR ADDRESS Citation: 453067442-1  Citation Date: 11/23/1994 |
| 11/21/1994 | **Charge Filed**<br>CHARGE 2 ORIGINAL<br>*ANOTHER DEFENDANT HAS PLED* | 0005560 *OBS* LEAVING SCENE OF ACCIDENT - HIT & RUN Citation: 453067442-2  Citation Date: 11/23/1994 |
| 11/22/1994 | **Bail Posted**<br>CASH<br>*NO CONTACT WITH JUDGE OR COUNTY ATTORNEY* | $ 500.00 |
| 11/22/1994 | **Bail Set**<br>CASH<br>*NO CONTACT WITH JUDGE OR COUNTY ATTORNEY* | $ 500.00 |
| 11/23/1994 | **Case Filed**<br>MISDEMEANOR | |
| 11/23/1994 | **Document Filed**<br>COMPLAINT / PETITION | |
| 12/05/1994 | **Scheduled Event**<br>ARRAIGNMENT<br>HON. OSCAR GAYLE HOUSE | Dec 5 1994 at 09:30 AM |
| 12/19/1994 | **Case Disposed** | 26   Days |
| 12/19/1994 | **Charge Disposed**<br>CHARGE 1 ORIGINAL<br>GUILTY | 0026950 GIVING OFFICER FALSE NAME OR ADDRESS |
| 12/19/1994 | **Charge Disposed**<br>CHARGE 2 ORIGINAL<br>DISMISSED<br>*ANOTHER DEFENDANT HAS PLED* | 0005560 *OBS* LEAVING SCENE OF ACCIDENT - HIT & RUN |
| 12/19/1994 | **Scheduled Event**<br>OTHER HEARING<br>HON. OSCAR GAYLE HOUSE<br>*TO APPEAR WITH COUNSEL* | Dec 19 1994 at 09:30 AM |
| 12/19/1994 | **Sentence Imposed**<br>*PAID IN FULL* | |

