# Case History
## COMMONWEALTH VS. PRICE, EUGENE
### Case# 95-F-00005

| | |
|---|---|
| County | CLAY |
| Court | DISTRICT Court |
| Opening Judge | HON. OSCAR GAYLE HOUSE |
| Current Judge | |
| Closing Judge | HON. OSCAR GAYLE HOUSE |

| Date | Event | Details | Page # |
|---|---|---|---|
| 01/13/1995 | **Charge Filed**<br>CHARGE 1 ORIGINAL | 0240000 *OBS* THEFT BY UNLAW TAKING (OVER $300) AUTO<br>Citation: 553398552-1   Citation Date: 01/17/1995 | |
| 01/17/1995 | **Case Filed**<br>FELONY | | |
| 01/17/1995 | **Scheduled Event**<br>ARRAIGNMENT<br>HON. OSCAR GAYLE HOUSE | Jan 17 1995 at 10:00 AM | |
| 01/19/1995 | **Document Filed**<br>RETURN OF SUBPOENA<br>*MITCHELL ALLEN, ROUTE 1, BOX 219   MANCHESTER, KENTUCKY       CLIFTON JONES, CCSO*<br>*TODD ROBERTS, CCSO* | | |
| 01/30/1995 | **Scheduled Event**<br>PRELIMINARY HEARING<br>HON. OSCAR GAYLE HOUSE<br>*DEF. WAIVED TIME LIMITS* | Jan 30 1995 at 09:30 AM | |
| 02/21/1995 | **Scheduled Event**<br>OTHER HEARING<br>HON. RENEE H. MUNCY | Feb 21 1995 at 09:30 AM | |
| 03/02/1995 | **Scheduled Event**<br>OTHER HEARING<br>HON. R. CLETUS MARICLE<br>*TO ANSWER INDICTMENT* | Mar 2 1995 at 11:00 AM | |
| 04/04/1995 | **Scheduled Event**<br>OTHER HEARING<br>HON. RENEE H. MUNCY | Apr 4 1995 at 09:30 AM | |
| 04/06/1995 | **Scheduled Event**<br>OTHER HEARING<br>HON. R. CLETUS MARICLE<br>*TO ANSWER INDICTMENT* | Apr 6 1995 at 11:00 AM | |
| 04/11/1995 | **Scheduled Event**<br>OTHER HEARING<br>HON. OSCAR GAYLE HOUSE | Apr 11 1995 at 09:30 AM | |
| 05/04/1995 | **Scheduled Event**<br>OTHER HEARING<br>HON. R. CLETUS MARICLE<br>*TO ANSWER INDICTMENT* | May 4 1995 at 11:00 AM | |
| 05/08/1995 | **Case Disposed** | 111 Days | |
| 05/08/1995 | **Charge Disposed**<br>CHARGE 1 ORIGINAL<br>DISMISSED | 0240000 *OBS* THEFT BY UNLAW TAKING (OVER $300) AUTO | |
| 05/08/1995 | **Document Filed**<br>ORDER - OTHER<br>*ORDER DISMISSING* | | |
| 05/08/1995 | **Scheduled Event**<br>OTHER HEARING<br>HON. OSCAR GAYLE HOUSE<br>*MOTION OF DEF TO DISMISS* | May 8 1995 at 09:30 AM | |

# COMMONWEALTH VS. PRICE, EUGENE
## Case# 95-F-00005

| | |
|---|---|
| County | CLAY |
| Court | DISTRICT Court |
| Opening Judge | HON. OSCAR GAYLE HOUSE |
| Current Judge | |
| Closing Judge | HON. OSCAR GAYLE HOUSE |

Page #

| Date | Event | Time |
|---|---|---|
| 06/01/1995 | **Scheduled Event**<br>OTHER HEARING<br>HON. R. CLETUS MARICLE<br>*TO ANSWER INDICTMENT* | Jun 1 1995 at 11:00 AM |
| 06/27/1995 | **Scheduled Event**<br>OTHER HEARING<br>HON. RENEE H. MUNCY | Jun 27 1995 at 09:30 AM |