# Case History

Generated: 04/06/2009 10:05:52AM

## COMMONWEALTH VS. PRICE, EUGENE
## Case# 95-F-00024

| | |
|---|---|
| County | CLAY |
| Court | DISTRICT Court |
| Opening Judge | HON. OSCAR GAYLE HOUSE |
| Current Judge | |
| Closing Judge | HON. OSCAR GAYLE HOUSE |

Page #

| Date | Event | Details | |
|---|---|---|---|
| 01/13/1995 | **Charge Filed**<br><br>CHARGE 1 ORIGINAL | 0732000 *OBS* FUGITIVE FROM ANOTHER STATE-WARRANT REQUIRED  Citation: 553398561-1  Citation Date: 01/27/1995 | |
| 01/27/1995 | **Case Filed**<br>FELONY | | |
| 01/30/1995 | **Scheduled Event**<br>ARRAIGNMENT<br>HON. OSCAR GAYLE HOUSE | Jan 30 1995 at 09:30 AM | |
| 02/16/1995 | **Scheduled Event**<br>OTHER HEARING<br>HON. OSCAR GAYLE HOUSE | Feb 16 1995 at 09:30 AM | |
| 02/16/1995 | **Summons Filed** - SHORT, CARL ANTHONY II<br>CERTIFIED MAIL<br>*REGULAR MAIL* | | |
| 02/16/1995 | **Summons Served/Recalled** - SHORT, CARL ANTHONY II<br>CERTIFIED MAIL<br>*REGULAR MAIL* | | |
| 02/21/1995 | **Scheduled Event**<br>OTHER HEARING<br>HON. RENEE H. MUNCY | Feb 21 1995 at 09:30 AM | |
| 03/13/1995 | **Scheduled Event**<br>OTHER HEARING<br>HON. OSCAR GAYLE HOUSE<br>*EXTRADITION HEARING* | Mar 13 1995 at 09:30 AM | |
| 04/04/1995 | **Scheduled Event**<br>OTHER HEARING<br>HON. RENEE H. MUNCY<br>*EXTRADITION HEARING* | Apr 4 1995 at 09:30 AM | |
| 04/11/1995 | **Scheduled Event**<br>OTHER HEARING<br>HON. OSCAR GAYLE HOUSE<br>*EXTRADITION HEARING* | Apr 11 1995 at 09:30 AM | |
| 04/11/1995 | **Scheduled Event**<br>OTHER HEARING<br>HON. OSCAR GAYLE HOUSE<br>*EXTRADITION HEARING* | Apr 11 1995 at 09:30 AM | |
| 05/08/1995 | **Case Disposed** | 101  Days | |
| 05/08/1995 | **Charge Disposed**<br><br>CHARGE 1 ORIGINAL<br>EXTRADITION | 0732000 *OBS* FUGITIVE FROM ANOTHER STATE-WARRANT REQUIRED | |
| 05/08/1995 | **Document Filed**<br>WAIVER OF EXTRADITION | | |



# COMMONWEALTH VS. PRICE, EUGENE
## Case# 95-F-00024

|  |  |
|---|---|
| County | CLAY |
| Court | DISTRICT Court |
| Opening Judge | HON. OSCAR GAYLE HOUSE |
| Current Judge |  |
| Closing Judge | HON. OSCAR GAYLE HOUSE |

Page #

| 06/27/1995 | **Scheduled Event**<br>OTHER HEARING<br>HON. RENEE H. MUNCY<br>*EXTRADITION HEARING* | Jun 27 1995 at 09:30 AM |
|---|---|---|