# Case History

## COMMONWEALTH VS. PRICE, EUGENE
### Case# 95-F-00338

| | |
|---|---|
| County | CLAY |
| Court | DISTRICT Court |
| Opening Judge | HON. RENEE H. MUNCY |
| Current Judge | |
| Closing Judge | HON. RENEE H. MUNCY |

Page #

| Date | Event | Details |
|---|---|---|
| 09/23/1995 | **Charge Filed**<br>CHARGE 1 ORIGINAL<br>*WITHOUT PREJUDICE ON MOTION OF   COMMONWEALTH* | 0240600 *OBS* RECEIVING STOLEN PROPERTY-VEHICLE-OVER $300 Citation: 559372322-1   Citation Date: 09/29/1995 |
| 09/29/1995 | **Case Filed**<br>FELONY | |
| 10/02/1995 | **Bail Set**<br>CASH | $ 25,000.00 |
| 10/02/1995 | **Scheduled Event**<br>ARRAIGNMENT<br>HON. RENEE H. MUNCY | Oct 2 1995 at 10:00 AM |
| 10/04/1995 | **Scheduled Event**<br>OTHER HEARING<br>HON. RENEE H. MUNCY<br>*TO APPEAR WITH COUNSEL* | Oct 4 1995 at 09:30 AM |
| 10/05/1995 | **Document Filed**<br>RETURN OF SUBPOENA<br>*MARTY HICKS, CCSO     JEFF RUTH, CCSO* | |
| 10/16/1995 | **Case Disposed** | 17  Days |
| 10/16/1995 | **Charge Disposed**<br>CHARGE 1 ORIGINAL<br>DISMISSED<br>*WITHOUT PREJUDICE ON MOTION OF   COMMONWEALTH* | 0240600 *OBS* RECEIVING STOLEN PROPERTY-VEHICLE-OVER $300 |
| 10/16/1995 | **Scheduled Event**<br>PRELIMINARY HEARING<br>HON. RENEE H. MUNCY | Oct 16 1995 at 09:30 AM |