# Case History

Generated: 04/06/2009  10:06:14AM

## COMMONWEALTH VS. PRICE, EUGENE
### Case# 95-F-00339

| | |
|---|---|
| County | CLAY |
| Court | DISTRICT Court |
| Opening Judge | HON. RENEE H. MUNCY |
| Current Judge | |
| Closing Judge | HON. RENEE H. MUNCY |

| Date | Event | Details | Page # |
|---|---|---|---|
| 10/19/1957 | Charge Disposed<br>CHARGE 1 ORIGINAL<br>AMENDED DOWN | 0232900 THEFT BY UNLAWFUL TAKING/DISP-ALL OTHERS - OVER $300 | |
| 09/20/1995 | Charge Filed<br>CHARGE 1 ORIGINAL | 0232900 THEFT BY UNLAWFUL TAKING/DISP-ALL OTHERS - OVER $300  Citation: 559372342-1   Citation Date: 09/29/1995 | |
| 09/20/1995 | Charge Filed<br>CHARGE 2 ORIGINAL | 0232900 THEFT BY UNLAWFUL TAKING/DISP-ALL OTHERS - OVER $300  Citation: 559372342-2   Citation Date: 09/29/1995 | |
| 09/28/1995 | Bail Set<br>CASH | $ 25,000.00 | |
| 09/29/1995 | Case Filed<br>FELONY | | |
| 10/02/1995 | Scheduled Event<br>ARRAIGNMENT<br>HON. RENEE H. MUNCY | Oct  2 1995 at 10:00 AM | |
| 10/04/1995 | Scheduled Event<br>OTHER HEARING<br>HON. RENEE H. MUNCY<br>*TO APPEAR WITH COUNSEL* | Oct  4 1995 at 09:30 AM | |
| 10/05/1995 | Document Filed<br>RETURN OF SUBPOENA<br>*CLAUDE DAVIS, MPD* | *RANDY RADER, MPD* | |
| 10/16/1995 | Case Disposed | 17   Days | |
| 10/16/1995 | Charge Disposed<br>CHARGE 2 ORIGINAL<br>AMENDED DOWN | 0232900 THEFT BY UNLAWFUL TAKING/DISP-ALL OTHERS - OVER $300 | |
| 10/16/1995 | Charge Disposed<br>CHARGE 1 AMENDED<br>GUILTY | 0240010 *OBS* THEFT BY UNLAWFUL TAKING(UNDER $300)AUTO | |
| 10/16/1995 | Charge Disposed<br>CHARGE 2 AMENDED<br>GUILTY | 0240010 *OBS* THEFT BY UNLAWFUL TAKING(UNDER $300)AUTO | |
| 10/16/1995 | Charge Filed<br>CHARGE 1 AMENDED | 0240010 *OBS* THEFT BY UNLAWFUL TAKING(UNDER $300)AUTO Citation: NA    Citation Date: | |
| 10/16/1995 | Charge Filed<br>CHARGE 2 AMENDED | 0240010 *OBS* THEFT BY UNLAWFUL TAKING(UNDER $300)AUTO Citation: NA    Citation Date: | |
| 10/16/1995 | Scheduled Event<br>PRELIMINARY HEARING<br>HON. RENEE H. MUNCY | Oct 16 1995 at 09:30 AM | |
| 10/16/1995 | Sentence Imposed | | |
| 10/16/1995 | Sentence Imposed | | |

# COMMONWEALTH VS. PRICE, EUGENE
## Case# 95-F-00339

| | |
|---|---|
| County | CLAY |
| Court | DISTRICT Court |
| Opening Judge | HON. RENEE H. MUNCY |
| Current Judge | |
| Closing Judge | HON. RENEE H. MUNCY |

Page #

| Date | Event | Details | |
|---|---|---|---|
| 02/06/1996 | **Scheduled Event** <br> REVIEW <br> HON. RENEE H. MUNCY | Feb 6 1996 at 09:30 AM | |
| 02/12/1996 | **Document Filed** <br> MISCELLANEOUS <br> *PROOF THAT DEF WAS NOT RELEASED FROM JAIL IN THE STATE OF INDIANA* | | |
| 02/12/1996 | **Scheduled Event** <br> REVIEW <br> HON. OSCAR GAYLE HOUSE | Feb 12 1996 at 09:30 AM | |
| 06/17/1996 | **Charge Filed** <br><br> CHARGE 3 ORIGINAL <br> *FAILED TO APPEAR FOR REVIEW* | 0011500 FAILURE TO APPEAR, CITATION FOR MISDEMEANOR <br> Citation: NA    Citation Date: | |
| 06/17/1996 | **Scheduled Event** <br> REVIEW <br> HON. OSCAR GAYLE HOUSE | Jun 17 1996 at 09:30 AM | |
| 06/17/1996 | **Warrant Issued** <br> BENCH WARRANT <br> *BILL EDD SIZEMORE/SO-18* | *SCOTT REID/ SO-07* | *JEFF RUTH/SO-04* |
| 06/25/1996 | **Warrant Served/ Withdrawn** <br> BENCH WARRANT <br> *BILL EDD SIZEMORE/SO-18* | *SCOTT REID/ SO-07* | *JEFF RUTH/SO-04* |
| 06/26/1996 | **Case Reopened** <br> RE-OPENED | | |
| 06/26/1996 | **Scheduled Event** <br> ARRAIGNMENT <br> HON. RENEE H. MUNCY <br> *FAILED TO APPEAR FOR REVIEW* <br> *JUDGE HOUSE 50,000.00 CA* | Jun 26 1996 at 09:30 AM <br><br> *ON THIS CASE* | <br><br> *BOND SET BY* |
| 07/01/1996 | **Scheduled Event** <br> ARRAIGNMENT <br> HON. OSCAR GAYLE HOUSE <br> *FAILED TO APPEAR TO REVIEW CASE; BOND SET BY JUDGE HOUSE, $50,000. CASH* | Jul 1 1996 at 09:30 AM | |
| 07/30/1996 | **Scheduled Event** <br> REVIEW <br> HON. OSCAR GAYLE HOUSE | Jul 30 1996 at 09:30 AM | |
| 07/30/1996 | **Summons Filed - WHITE, YANCEY L.** <br> CERTIFIED MAIL <br> *REGULAR MAIL* | | |
| 07/30/1996 | **Summons Served/Recalled - WHITE, YANCEY L.** <br> CERTIFIED MAIL <br> *REGULAR MAIL* | | |
| 08/13/1996 | **Scheduled Event** <br> REVIEW <br> HON. OSCAR GAYLE HOUSE | Aug 13 1996 at 09:30 AM | |

## COMMONWEALTH VS. PRICE, EUGENE
## Case# 95-F-00339

| | |
|---|---|
| **County** | CLAY |
| **Court** | DISTRICT Court |
| **Opening Judge** | HON. RENEE H. MUNCY |
| **Current Judge** | |
| **Closing Judge** | HON. RENEE H. MUNCY |

Page #

| Date | Event | Details |
|---|---|---|
| 09/23/1996 | **Scheduled Event** REVIEW HON. OSCAR GAYLE HOUSE *SEE LETTER IN FILE FROM MARION SPENT IN THE MARION COUNTY JAIL* | Sep 23 1996 at 09:30 AM  COUNTY SHERIFF DEPT. RELATIVE    TO THE DAYS THIS DEF. |
| 10/14/1996 | **Scheduled Event** REVIEW HON. RENEE H. MUNCY *SEE STATEMENTS IN FILE FROM* | Oct 14 1996 at 09:30 AM  *INDIANA          * TAKE OFF DOCKET; DEF SERVED TIME* |
| 10/16/1996 | **Case Closed** RE-OPENED | |
| 10/16/1996 | **Charge Disposed** CHARGE 3 ORIGINAL DISMISSED *FAILED TO APPEAR FOR REVIEW* | 0011500 FAILURE TO APPEAR, CITATION FOR MISDEMEANOR |

DISTRICT Court       95-F-00339