# Case History

## COMMONWEALTH VS. PRICE, EUGENE
### Case# 95-F-00362

| | |
|---|---|
| County | CLAY |
| Court | DISTRICT Court |
| Opening Judge | HON. OSCAR GAYLE HOUSE |
| Current Judge | |
| Closing Judge | HON. RENEE H. MUNCY |

Page #

| Date | Event | Details |
|---|---|---|
| 10/11/1995 | **Charge Filed**<br>CHARGE 1 ORIGINAL | 0732000 *OBS* FUGITIVE FROM ANOTHER STATE-WARRANT REQUIRED Citation: 559998992-1  Citation Date: 10/12/1995 |
| 10/12/1995 | **Case Filed**<br>FELONY | |
| 10/12/1995 | **Scheduled Event**<br>ARRAIGNMENT<br>HON. OSCAR GAYLE HOUSE | Oct 12 1995 at 09:30 AM |
| 10/16/1995 | **Case Disposed** | 4   Days |
| 10/16/1995 | **Charge Disposed**<br>CHARGE 1 ORIGINAL<br>EXTRADITION | 0732000 *OBS* FUGITIVE FROM ANOTHER STATE-WARRANT REQUIRED |
| 10/16/1995 | **Document Filed**<br>WAIVER OF EXTRADITION<br>*COPIES SENT* | |
| 10/16/1995 | **Scheduled Event**<br>ARRAIGNMENT<br>HON. RENEE H. MUNCY | Oct 16 1995 at 09:30 AM |

