# Case History
## COMMONWEALTH VS. PRICE, EUGENE CORKY
## Case# 96-CR-00037-001

| | |
|---|---|
| County | CLAY |
| Court | CIRCUIT Court |
| Opening Judge | HON. R. CLETUS MARICLE |
| Current Judge | |
| Closing Judge | HON. R. CLETUS MARICLE |

Page #

| Date | Event | Details | |
|---|---|---|---|
| 08/01/1996 | **Charge Filed**<br>CHARGE 1 ORIGINAL | 0220220 *OBS* BURGLARY-2ND DEGREE-FORCED ENTRY-RESIDENCE Citation: 669117554-1  Citation Date: 08/02/1996 | |
| 08/01/1996 | **Charge Filed**<br>CHARGE 2 ORIGINAL | 0232900 THEFT BY UNLAWFUL TAKING/DISP-ALL OTHERS - OVER $300 Citation: 669117554-2  Citation Date: 08/02/1996 | |
| 08/01/1996 | **Cross Reference**<br>GDJ | DI 96-F-00216 | |
| 08/01/1996 | **Document Filed**<br>INDICTMENT | | |
| 08/01/1996 | **Document Filed**<br>DISTRICT COURT FILE | | |
| 08/01/1996 | **Document Filed**<br>ORDER OF ARRAIGNMENT - NOT GUILTY PLEA | | |
| 08/01/1996 | **Scheduled Event**<br>ARRAIGNMENT<br>HON. R. CLETUS MARICLE | Aug 1 1996 at 1:00 PM | |
| 08/02/1996 | **Case Filed**<br>CIRCUIT CRIMINAL | | |
| 08/02/1996 | **Summons Filed** - PRICE, EUGENE CORKY<br>PERSONAL SERVICE | | |
| 08/05/1996 | **Summons Served/Recalled** - PRICE, EUGENE CORKY<br>PERSONAL SERVICE | | |
| 09/05/1996 | **Scheduled Event**<br>OTHER HEARING<br>HON. R. CLETUS MARICLE<br>*TO HAVE HIS LAWYER HERE TODAY* | Sep 5 1996 at 11:00 AM | |
| 11/06/1996 | **Document Filed**<br>BOND - OTHER<br>*TEMP. RELEASE, RETURN TO JAIL   IN 3 HOURS, 12;30 TO 3;00 P.M.   GOOD FOR ALL CASES.* | | |
| 11/07/1996 | **Scheduled Event**<br>PRETRIAL CONFERENCE<br>HON. R. CLETUS MARICLE | Nov 7 1996 at 11:00 AM | |
| 12/02/1996 | **Motion Filed**<br>MOTION TO REDUCE BOND<br>ATTORNEY-PRIVATE<br>*ONE COPY SENT FOR ALL CASES* | | |
| 12/03/1996 | **Scheduled Event**<br>OTHER HEARING<br>HON. R. CLETUS MARICLE | Dec 3 1996 at 1:00 PM | |
| 12/11/1996 | **Bail Posted**<br>SURETY<br>*BOND CHANGED TO 10,000 SU. TO BE SIGNED BY WANDA AND KENNON WHITE   GOOD FOR ALL CASES ON MR. PRICE.* | $ 10,000.00 | |

# COMMONWEALTH VS. PRICE, EUGENE CORKY
## Case# 96-CR-00037-001

|  |  |
|---|---|
| County | CLAY |
| Court | CIRCUIT Court |
| Opening Judge | HON. R. CLETUS MARICLE |
| Current Judge |  |
| Closing Judge | HON. R. CLETUS MARICLE |

| Date | Event | Details | Page # |
|---|---|---|---|
| 12/11/1996 | **Bail Set** SURETY | $ 10,000.00 |  |
|  | BOND CHANGED TO 10,000 SU. TO BE  SIGNED BY WANDA AND KENNON WHITE   GOOD FOR ALL CASES ON MR. PRICE. | | |
| 12/11/1996 | **Document Filed** ORDER AMENDING | | |
|  | ORDER AMENDING BOND FOR ALL    CASES ON MR. PRICE | | |
| 12/12/1996 | **Document Filed** BOND - OTHER | | |
|  | BOND GOOD FOR ALL CASES ON MR.    PRICE, BOND IS IN 96-CR-00037-001 | | |
| 12/30/1996 | **Document Filed** BILL OF PARTICULARS | | |
| 01/13/1997 | **Charge Disposed** CHARGE 1 ORIGINAL AMENDED DOWN | 0220220 *OBS* BURGLARY-2ND DEGREE-FORCED ENTRY-RESIDENCE | |
| 01/13/1997 | **Charge Filed** CHARGE 1 AMENDED | 0220610 Burglary, 2nd Degree Citation: NA     Citation Date: | |
| 01/13/1997 | **Document Filed** COMMONWEALTH OFFER ON A PLEA OF GUILTY | | |
| 01/13/1997 | **Motion Disposed** MOTION TO ENTER GUILTY PLEA | 0   Days | |
| 01/13/1997 | **Motion Filed** MOTION TO ENTER GUILTY PLEA | | |
| 01/13/1997 | **Scheduled Event** JURY TRIAL HON. R. CLETUS MARICLE | Jan 13 1997 at 09:00 AM | |
| 01/14/1997 | **Charge Disposed** CHARGE 2 ORIGINAL DISMISSED | 0232900 THEFT BY UNLAWFUL TAKING/DISP-ALL OTHERS - OVER $300 | |
| 01/24/1997 | **Document Filed** ORDER TO TRANSPORT | | |
|  | THIS ORDER IS GOOD FOR ALL CASES   ON MR. PRICE, ONLY ONE COPY SENT. | | |
| 01/24/1997 | **NOE to All Counsel of Record and Parties Not Represented by Counsel.** ORDER TO TRANSPORT FIRST CLASS MAIL | | |
|  | THIS ORDER IS GOOD FOR ALL CASES   ON MR. PRICE, ONLY ONE COPY SENT. | | |
| 02/04/1997 | **Scheduled Event** SENTENCING HON. R. CLETUS MARICLE | Feb  4 1997 at 09:00 AM | |
| 02/06/1997 | **Document Filed** ORDER TO TRANSPORT | | |
|  | ORDER GOOD FOR ALL CASES ON MR.    PRICE | | |

# COMMONWEALTH VS. PRICE, EUGENE CORKY
## Case# 96-CR-00037-001

| | |
|---|---|
| County | CLAY |
| Court | CIRCUIT Court |
| Opening Judge | HON. R. CLETUS MARICLE |
| Current Judge | |
| Closing Judge | HON. R. CLETUS MARICLE |

| Date | Event | Details | Page # |
|---|---|---|---|
| 02/06/1997 | NOE to All Counsel of Record and Parties Not Represented by Counsel. ORDER TO TRANSPORT FIRST CLASS MAIL *ORDER GOOD FOR ALL CASES ON MR. PRICE* | | |
| 02/10/1997 | Scheduled Event SENTENCING HON. R. CLETUS MARICLE | Feb 10 1997 at 1:00 PM | |
| 02/11/1997 | Case Disposed | 193 Days | |
| 02/11/1997 | Charge Disposed CHARGE 1 AMENDED GUILTY | 0220610 Burglary, 2nd Degree | |
| 02/11/1997 | Document Filed JUDGMENT / SENTENCE - PLEA OF GUILTY | | |
| 02/11/1997 | Sentence Imposed *TO RUN CONCURRENTLY WITH 96-CR- 00046-001, 96-CR-00047-001 AND 96-CR-00048-001.* | | |
| 01/14/2000 | Motion Filed MOTION TO PROCEED IN FORMA PAUPERIS PLAINTIFF / PETITIONER | | |
| 01/14/2000 | Motion Filed MOTION FOR PRE-RELEASE PROBATION PLAINTIFF / PETITIONER | | |
| 02/03/2000 | Scheduled Event MOTION HOUR HON. R. CLETUS MARICLE | Feb 3 2000 at 1:00 PM | |
| 02/03/2000 | Document Filed ORDER - OTHER JUD *ORDER ON MOTION FOR PRE-RELEASE PROBATION* | | |
| 02/28/2000 | Document Filed ORDER TO TRANSPORT JUD | | |
| 07/03/2001 | Document Filed ORDER TO TRANSPORT JUD | | |
| 07/05/2001 | Scheduled Event OTHER HEARING HON. R. CLETUS MARICLE | Jul 5 2001 at 1:00 PM | |
| 07/11/2001 | Document Filed ORDER GRANTING PRE-RELEASE PROBATION JUD | | |
| 08/21/2002 | Document Filed ORDER OF ARREST JUD | | |
| 08/21/2002 | Charge Filed CHARGE 3 ORIGINAL *PROBATION REVOKED* | 0026680 PROBATION VIOLATION (FOR FELONY OFFENSE) Citation: 2D0722611-1 Citation Date: 08/22/2002 | |

CIRCUIT Court        96-CR-00037-001

# COMMONWEALTH VS. PRICE, EUGENE CORKY
## Case# 96-CR-00037-001

| | | | |
|---|---|---|---|
| **County** | CLAY | | |
| **Court** | CIRCUIT Court | | |
| **Opening Judge** | HON. R. CLETUS MARICLE | | |
| **Current Judge** | | | |
| **Closing Judge** | HON. R. CLETUS MARICLE | | Page # |
| 08/21/2002 | **Case Reopened** <br> RE-OPENED | | |
| 09/05/2002 | **Scheduled Event** <br> PROBATION REVOCATION HEARING <br> HON. R. CLETUS MARICLE | Sep 5 2002 at 11:00 AM | |
| 10/03/2002 | **Charge Disposed** <br> CHARGE 3 ORIGINAL <br> GRANTED <br> *PROBATION REVOKED* | 0026680 PROBATION VIOLATION (FOR FELONY OFFENSE) | |
| 10/03/2002 | **Case Closed** <br> RE-OPENED | | |
| 10/03/2002 | **Scheduled Event** <br> PROBATION REVOCATION HEARING <br> HON. R. CLETUS MARICLE | Oct 3 2002 at 11:00 AM | |
| 10/14/2002 | **Document Filed** <br> ORDER REVOKING PROBATION <br> JUD | | |