# Case History

## COMMONWEALTH VS; PRICE, EUGENE CORKY
### Case# 96-CR-00047-001

| | |
|---|---|
| County | CLAY |
| Court | CIRCUIT Court |
| Opening Judge | HON. R. CLETUS MARICLE |
| Current Judge | |
| Closing Judge | HON. R. CLETUS MARICLE |

| Date | Event | Details | Page # |
|---|---|---|---|
| 08/01/1996 | **Case Filed**<br>CIRCUIT CRIMINAL | | |
| 08/01/1996 | **Charge Filed**<br>CHARGE 1 ORIGINAL | 0220210 *OBS* BURGLARY-1ST DEGREE-FORCED ENTRY-RESIDENCE Citation: 669117524-1   Citation Date: 08/05/1996 | |
| 08/01/1996 | **Charge Filed**<br>CHARGE 2 ORIGINAL | 0232900 THEFT BY UNLAWFUL TAKING/DISP-ALL OTHERS - OVER $300 Citation: 669117524-2   Citation Date: 08/05/1996 | |
| 08/01/1996 | **Cross Reference**<br>GDJ | DI 96-F-00218 | |
| 08/01/1996 | **Document Filed**<br>INDICTMENT | | |
| 08/01/1996 | **Document Filed**<br>DISTRICT COURT FILE | | |
| 08/01/1996 | **Document Filed**<br>ORDER OF ARRAIGNMENT - NOT GUILTY PLEA | | |
| 08/01/1996 | **Scheduled Event**<br>ARRAIGNMENT<br>HON. R. CLETUS MARICLE | Aug 1 1996 at 11:00 AM | |
| 08/05/1996 | **Summons Filed** - PRICE, EUGENE CORKY<br>PERSONAL SERVICE | | |
| 08/05/1996 | **Summons Served/Recalled** - PRICE, EUGENE CORKY<br>PERSONAL SERVICE | | |
| 09/05/1996 | **Scheduled Event**<br>OTHER HEARING<br>HON. R. CLETUS MARICLE<br>*IS TO HAVE HIS LAWYER HERE TODAY* | Sep 5 1996 at 11:00 AM | |
| 11/07/1996 | **Scheduled Event**<br>PRETRIAL CONFERENCE<br>HON. R. CLETUS MARICLE | Nov 7 1996 at 11:00 AM | |
| 12/11/1996 | **Bail Posted**<br>SURETY<br>*BOND TO BE SIGNED BY KENNON AND WANDA WHITE* | $ 10,000.00 | |
| 12/11/1996 | **Bail Set**<br>SURETY<br>*BOND TO BE SIGNED BY KENNON AND WANDA WHITE* | $ 10,000.00 | |
| 12/30/1996 | **Motion Filed**<br>MOTION TO AMEND | | |
| 01/02/1997 | **Motion Disposed**<br>MOTION TO AMEND | -3   Days | |
| 01/02/1997 | **Scheduled Event**<br>OTHER HEARING<br>HON. R. CLETUS MARICLE | Jan 2 1997 at 2:00 PM | |
| 01/10/1997 | **Document Filed**<br>ORDER AMENDING INDICTMENT | | |

# COMMONWEALTH VS. PRICE, EUGENE CORKY
## Case# 96-CR-00047-001

|  |  |
|---|---|
| County | CLAY |
| Court | CIRCUIT Court |
| Opening Judge | HON. R. CLETUS MARICLE |
| Current Judge | |
| Closing Judge | HON. R. CLETUS MARICLE |

Page #

| Date | Event | Details |
|---|---|---|
| 01/13/1997 | **Charge Disposed**<br>CHARGE 1 ORIGINAL<br>AMENDED DOWN | 0220210 *OBS* BURGLARY-1ST DEGREE-FORCED ENTRY-RESIDENCE |
| 01/13/1997 | **Charge Disposed**<br>CHARGE 2 ORIGINAL<br>DISMISSED | 0232900 THEFT BY UNLAWFUL TAKING/DISP-ALL OTHERS - OVER $300 |
| 01/13/1997 | **Charge Filed**<br>CHARGE 1 AMENDED | 0220610 Burglary, 2nd Degree Citation: NA    Citation Date: |
| 01/13/1997 | **Document Filed**<br>COMMONWEALTH OFFER ON A PLEA OF GUILTY | |
| 01/13/1997 | **Motion Disposed**<br>MOTION TO ENTER GUILTY PLEA | 0   Days |
| 01/13/1997 | **Motion Filed**<br>MOTION TO ENTER GUILTY PLEA | |
| 01/13/1997 | **Scheduled Event**<br>JURY TRIAL<br>HON. R. CLETUS MARICLE | Jan 13 1997 at 09:00 AM |
| 02/04/1997 | **Scheduled Event**<br>SENTENCING<br>HON. R. CLETUS MARICLE | Feb 4 1997 at 09:00 AM |
| 02/10/1997 | **Scheduled Event**<br>SENTENCING<br>HON. R. CLETUS MARICLE | Feb 10 1997 at 1:00 PM |
| 02/11/1997 | **Case Disposed** | 194   Days |
| 02/11/1997 | **Charge Disposed**<br>CHARGE 1 AMENDED<br>GUILTY | 0220610 Burglary, 2nd Degree |
| 02/11/1997 | **Document Filed**<br>JUDGMENT / SENTENCE - PLEA OF GUILTY | |
| 02/11/1997 | **Sentence Imposed**<br>TO RUN CONCURRENTLY WITH 96-CR-  00037-001, 96-CR-00046-001 AND   96-CR-00048-001 | |
| 01/14/2000 | **Motion Filed**<br>MOTION FOR PRE-RELEASE PROBATION<br>PLAINTIFF / PETITIONER | |
| 01/14/2000 | **Motion Filed**<br>MOTION TO PROCEED IN FORMA PAUPERIS<br>PLAINTIFF / PETITIONER | |
| 02/03/2000 | **Scheduled Event**<br>MOTION HOUR<br>HON. R. CLETUS MARICLE | Feb 3 2000 at 1:00 PM |
| 02/03/2000 | **Document Filed**<br>ORDER - OTHER<br>JUD<br>   ORDER FOR PRE-RELEASE PROBATION | |
| 07/03/2001 | **Document Filed**<br>ORDER TO TRANSPORT<br>JUD | |

Closing Judge    HON. R. CLETUS MARICLE

Page #

| Date | Event | Details |
|---|---|---|
| 07/03/2001 | **Document Filed** ORDER TO TRANSPORT JUD | |
| 07/05/2001 | **Scheduled Event** OTHER HEARING HON. R. CLETUS MARICLE | Jul 5 2001 at 1:00 PM |
| 07/11/2001 | **Document Filed** ORDER GRANTING PRE-RELEASE PROBATION JUD | |
| 08/21/2002 | **Document Filed** ORDER OF ARREST JUD | |
| 08/21/2002 | **Document Filed** AFFIDAVIT | |
| 08/21/2002 | **Case Reopened** RE-OPENED | |
| 08/21/2002 | **Charge Filed** CHARGE 3 ORIGINAL *PROBATION REVOKED* | 0026680 PROBATION VIOLATION (FOR FELONY OFFENSE) Citation: 2D0722611-1   Citation Date: 08/22/2002 |
| 09/05/2002 | **Scheduled Event** PROBATION REVOCATION HEARING HON. R. CLETUS MARICLE | Sep 5 2002 at 11:00 AM |
| 10/03/2002 | **Case Closed** RE-OPENED | |
| 10/03/2002 | **Charge Disposed** CHARGE 3 ORIGINAL GRANTED *PROBATION REVOKED* | 0026680 PROBATION VIOLATION (FOR FELONY OFFENSE) |
| 10/03/2002 | **Scheduled Event** PROBATION REVOCATION HEARING HON. R. CLETUS MARICLE | Oct 3 2002 at 11:00 AM |
| 10/14/2002 | **Document Filed** ORDER OF PROBATION JUD | |