# Case History
## COMMONWEALTH VS. PRICE, EUGENE CORKY
### Case# 96-CR-00048-001

| | |
|---|---|
| County | CLAY |
| Court | CIRCUIT Court |
| Opening Judge | HON. R. CLETUS MARICLE |
| Current Judge | |
| Closing Judge | HON. R. CLETUS MARICLE |

| Date | Event | Details | Page # |
|---|---|---|---|
| 08/01/1996 | Case Filed<br>CIRCUIT CRIMINAL | | |
| 08/01/1996 | Charge Filed<br>CHARGE 1 ORIGINAL | 0220210 *OBS* BURGLARY-1ST DEGREE-FORCED ENTRY-RESIDENCE Citation: 669117004-1  Citation Date: 08/05/1996 | |
| 08/01/1996 | Charge Filed<br>CHARGE 2 ORIGINAL | 0232900 THEFT BY UNLAWFUL TAKING/DISP-ALL OTHERS - OVER $300 Citation: 669117004-2  Citation Date: 08/05/1996 | |
| 08/01/1996 | Cross Reference<br>GDJ | DI 96-F-00217 | |
| 08/01/1996 | Document Filed<br>INDICTMENT | | |
| 08/01/1996 | Document Filed<br>DISTRICT COURT FILE | | |
| 08/01/1996 | Document Filed<br>ORDER OF ARRAIGNMENT - NOT GUILTY PLEA | | |
| 08/01/1996 | Scheduled Event<br>ARRAIGNMENT<br>HON. R. CLETUS MARICLE | Aug  1 1996 at 11:00 AM | |
| 08/05/1996 | Summons Filed  - PRICE, EUGENE CORKY<br>PERSONAL SERVICE | | |
| 08/05/1996 | Summons Served/Recalled - PRICE, EUGENE CORKY<br>PERSONAL SERVICE | | |
| 09/05/1996 | Scheduled Event<br>OTHER HEARING<br>HON. R. CLETUS MARICLE<br>*IS TO HAVE HIS LAWYER HERE TODAY* | Sep  5 1996 at 11:00 AM | |
| 11/07/1996 | Scheduled Event<br>PRETRIAL CONFERENCE<br>HON. R. CLETUS MARICLE | Nov  7 1996 at 11:00 AM | |
| 12/11/1996 | Bail Posted<br>SURETY<br>*BOND TO BE SIGNED BY KENNON AND   WANDA WHITE* | $ 10,000.00 | |
| 12/11/1996 | Bail Set<br>SURETY<br>*BOND TO BE SIGNED BY KENNON AND   WANDA WHITE* | $ 10,000.00 | |
| 12/30/1996 | Document Filed<br>BILL OF PARTICULARS | | |
| 12/30/1996 | Motion Filed<br>MOTION TO AMEND | | |
| 01/02/1997 | Motion Disposed<br>MOTION TO AMEND | -3   Days | |
| 01/02/1997 | Scheduled Event<br>OTHER HEARING<br>HON. R. CLETUS MARICLE | Jan  2 1997 at 2:00 PM | |

# COMMONWEALTH VS. PRICE, EUGENE CORKY
## Case# 96-CR-00048-001

**County** CLAY
**Court** CIRCUIT Court
**Opening Judge** HON. R. CLETUS MARICLE
**Current Judge**
**Closing Judge** HON. R. CLETUS MARICLE

| Date | Event | Details | Page # |
|---|---|---|---|
| 01/10/1997 | **Document Filed** ORDER AMENDING INDICTMENT | | |
| 01/13/1997 | **Charge Disposed** CHARGE 1 ORIGINAL AMENDED DOWN | 0220210 *OBS* BURGLARY-1ST DEGREE-FORCED ENTRY-RESIDENCE | |
| 01/13/1997 | **Charge Disposed** CHARGE 2 ORIGINAL DISMISSED | 0232900 THEFT BY UNLAWFUL TAKING/DISP-ALL OTHERS - OVER $300 | |
| 01/13/1997 | **Charge Filed** CHARGE 1 AMENDED | 0220610 Burglary, 2nd Degree Citation: NA    Citation Date: | |
| 01/13/1997 | **Document Filed** COMMONWEALTH OFFER ON A PLEA OF GUILTY | | |
| 01/13/1997 | **Motion Disposed** MOTION TO ENTER GUILTY PLEA | 0   Days | |
| 01/13/1997 | **Motion Filed** MOTION TO ENTER GUILTY PLEA | | |
| 01/13/1997 | **Scheduled Event** JURY TRIAL HON. R. CLETUS MARICLE | Jan 13 1997 at 09:00 AM | |
| 02/04/1997 | **Scheduled Event** SENTENCING HON. R. CLETUS MARICLE | Feb 4 1997 at 09:00 AM | |
| 02/10/1997 | **Scheduled Event** SENTENCING HON. R. CLETUS MARICLE | Feb 10 1997 at 1:00 PM | |
| 02/11/1997 | **Case Disposed** | 194  Days | |
| 02/11/1997 | **Charge Disposed** CHARGE 1 AMENDED GUILTY | 0220610 Burglary, 2nd Degree | |
| 02/11/1997 | **Document Filed** JUDGMENT / SENTENCE - PLEA OF GUILTY | | |
| 02/11/1997 | **Sentence Imposed** | TO RUN CONCURRENTLY WITH 96-CR-   00037-001, 96-CR-00046-001 AND   96-CR-00047-001 | |
| 01/14/2000 | **Motion Filed** MOTION FOR PRE-RELEASE PROBATION PLAINTIFF / PETITIONER | | |
| 01/14/2000 | **Motion Filed** MOTION TO PROCEED IN FORMA PAUPERIS PLAINTIFF / PETITIONER | | |
| 01/14/2000 | **Scheduled Event** MOTION HOUR HON. R. CLETUS MARICLE | Jan 14 2000 at 1:00 PM | |
| 02/03/2000 | **Document Filed** ORDER - OTHER JUD *ON MOTION FOR PRE-RELEASE PROBATIO* | | |

CIRCUIT Court    96-CR-00048-001

# COMMONWEALTH V.S. PRICE, EUGENE CORKY
## Case# 96-CR-00048-001

| | |
|---|---|
| County | CLAY |
| Court | CIRCUIT Court |
| Opening Judge | HON. R. CLETUS MARICLE |
| Current Judge | |
| Closing Judge | HON. R. CLETUS MARICLE |

| Date | Event | Details | Page # |
|---|---|---|---|
| 07/03/2001 | **Document Filed**<br>ORDER TO TRANSPORT<br>JUD | | |
| 07/05/2001 | **Scheduled Event**<br>OTHER HEARING<br>HON. R. CLETUS MARICLE | Jul 5 2001 at 1:00 PM | |
| 07/11/2001 | **Document Filed**<br>ORDER GRANTING PRE-RELEASE PROBATION<br>JUD | | |
| 08/21/2002 | **Document Filed**<br>ORDER OF ARREST<br>JUD | | |
| 08/21/2002 | **Document Filed**<br>AFFIDAVIT | | |
| 08/21/2002 | **Case Reopened**<br>RE-OPENED | | |
| 08/21/2002 | **Charge Filed**<br><br>CHARGE 3 ORIGINAL<br>*REVOKED* | 0026680 PROBATION VIOLATION (FOR FELONY OFFENSE) Citation: 2D0722611-1  Citation Date: 08/22/2002 | |
| 09/05/2002 | **Scheduled Event**<br>PROBATION REVOCATION HEARING<br>HON. R. CLETUS MARICLE | Sep 5 2002 at 11:00 AM | |
| 10/03/2002 | **Case Closed**<br>RE-OPENED | | |
| 10/03/2002 | **Charge Disposed**<br>CHARGE 3 ORIGINAL<br>GRANTED<br>*REVOKED* | 0026680 PROBATION VIOLATION (FOR FELONY OFFENSE) | |
| 10/03/2002 | **Scheduled Event**<br>PROBATION REVOCATION HEARING<br>HON. R. CLETUS MARICLE | Oct 3 2002 at 11:00 AM | |
| 10/14/2002 | **Document Filed**<br>ORDER OF PROBATION<br>JUD | | |