# Case History

## COMMONWEALTH VS. PRICE, EUGENE C.
### Case# 02-M-00978

| | |
|---|---|
| County | CLAY |
| Court | DISTRICT Court |
| Opening Judge | HON. RENEE H. MUNCY |
| Current Judge | |
| Closing Judge | HON. OSCAR GAYLE HOUSE |

Page #

| Date | Event | Details |
|---|---|---|
| 08/14/2002 | **Charge Filed** <br> CHARGE 1 ORIGINAL | 0027630 VIOLATION OF KENTUCKY E.P.O./D.V.O. Citation: 2D0722573-1  Citation Date: 08/15/2002 |
| 08/14/2002 | **Bail Posted** <br> CASH | $ 500.00 <br> *BOND IN THE NAME OF SONJIA PRICE  ***BOND REVOKED AND MONEY RETURNED ON 8-22-02* |
| 08/15/2002 | **Case Filed** <br> MISDEMEANOR | |
| 09/09/2002 | **Scheduled Event** <br> ARRAIGNMENT <br> HON. RENEE H. MUNCY | Sep 9 2002 at 09:30 AM |
| 09/09/2002 | **Bail Set** <br> CASH | $ 500.00 |
| 09/16/2002 | **Case Disposed** | 32   Days |
| 09/16/2002 | **Charge Disposed** <br> CHARGE 1 ORIGINAL <br> GUILTY | 0027630 VIOLATION OF KENTUCKY E.P.O./D.V.O. |
| 09/16/2002 | **Scheduled Event** <br> PRETRIAL CONFERENCE <br> HON. OSCAR GAYLE HOUSE | Sep 16 2002 at 09:30 AM |
| 09/16/2002 | **Sentence Imposed** | |