# Case History

## COMMONWEALTH VS. PRICE, EUGENE
### Case# 02-F-00328

County CLAY
Court DISTRICT Court
Opening Judge HON. RENEE H. MUNCY
Current Judge
Closing Judge HON. RENEE H. MUNCY

Page #

| Date | Event | Details |
|---|---|---|
| 08/22/2002 | **Charge Filed**<br>CHARGE 1 ORIGINAL | 0027630 VIOLATION OF KENTUCKY E.P.O./D.V.O. Citation: 2D0722623-1  Citation Date: 08/26/2002 |
| 08/22/2002 | **Charge Filed**<br>CHARGE 2 ORIGINAL | 0521960 Convicted Felon in Possession of a Firearm Citation: 2D0722623-2  Citation Date: 08/26/2002 |
| 08/26/2002 | **Case Filed**<br>FELONY | |
| 08/26/2002 | **Scheduled Event**<br>ARRAIGNMENT<br>HON. RENEE H. MUNCY | Aug 26 2002 at 10:00 AM |
| 08/26/2002 | **Bail Set**<br>CASH | $ 10,000.00 |
| 09/09/2002 | **Scheduled Event**<br>PRELIMINARY HEARING<br>HON. RENEE H. MUNCY | Sep 9 2002 at 09:30 AM |
| 09/16/2002 | **Scheduled Event**<br>PRETRIAL CONFERENCE<br>HON. OSCAR GAYLE HOUSE | Sep 16 2002 at 09:30 AM |
| 09/16/2002 | **Sentence Imposed** | |
| 09/17/2002 | **Charge Disposed**<br>CHARGE 1 ORIGINAL<br>GUILTY | 0027630 VIOLATION OF KENTUCKY E.P.O./D.V.O. |
| 10/03/2002 | **Scheduled Event**<br>OTHER HEARING<br>HON. R. CLETUS MARICLE<br>*TO ANSWER INDICTMENT REF DATE 9/9/02 JUDGE MUNCY* | Oct 3 2002 at 11:00 AM |
| 05/29/2003 | **Case Disposed** | 276  Days |
| 05/29/2003 | **Charge Disposed**<br>CHARGE 2 ORIGINAL<br>NO ACTION TAKEN BY GRAND JURY | 0521960 Convicted Felon in Possession of a Firearm |
| 05/29/2030 | **Document Filed**<br>ORDER - OTHER<br>*NO ACTION BY GRAND JURY* | |

