# Case History

## COMMONWEALTH VS. PRICE, EUGENE
### Case# 03-F-00373

| | |
|---|---|
| County | CLAY |
| Court | DISTRICT Court |
| Opening Judge | HON. OSCAR GAYLE HOUSE |
| Current Judge | |
| Closing Judge | HON. RENEE H. MUNCY |

Page #

| Date | Event | Details |
|---|---|---|
| 09/04/2003 | **Charge Filed**<br>CHARGE 1 ORIGINAL | 0220830 *OBS* BURGLARY-3RD DEGREE-NONE OF THE ABOVE<br>Citation: 3D0726522-1   Citation Date: 09/29/2003 |
| 09/04/2003 | **Charge Filed**<br>CHARGE 2 ORIGINAL | 0232900 THEFT BY UNLAWFUL TAKING/DISP-ALL OTHERS - OVER $300 Citation: 3D0726522-2   Citation Date: 09/29/2003 |
| 09/29/2003 | **Case Filed**<br>FELONY<br>VIOLTIME = 1000    ARRSTDT = 0 9/28/2003 | |
| 09/29/2003 | **Document Filed**<br>COMPLAINT / PETITION | |
| 09/29/2003 | **Scheduled Event**<br>ARRAIGNMENT<br>HON. OSCAR GAYLE HOUSE | Sep 29 2003 at 10:00 AM |
| 10/06/2003 | **Scheduled Event**<br>PRELIMINARY HEARING<br>HON. RENEE H. MUNCY | Oct 6 2003 at 09:30 AM |
| 10/06/2003 | **Bail Set**<br>CASH | $ 50,000.00 |
| 11/03/2003 | **Scheduled Event**<br>OTHER HEARING<br>HON. R. CLETUS MARICLE<br>*WAIVED TO GRAND JURY ON 10/06/2003*<br>*JUDGE MUNCY* | Nov 3 2003 at 11:00 AM |
| 12/10/2003 | **Case Disposed**<br>VIOLTIME = 1000   ARRSTDT = 0 9/28/2003 | 72   Days |
| 12/10/2003 | **Charge Disposed**<br>CHARGE 1 ORIGINAL<br>NO ACTION TAKEN BY GRAND JURY | 0220830 *OBS* BURGLARY-3RD DEGREE-NONE OF THE ABOVE |
| 12/10/2003 | **Charge Disposed**<br>CHARGE 2 ORIGINAL<br>NO ACTION TAKEN BY GRAND JURY | 0232900 THEFT BY UNLAWFUL TAKING/DISP-ALL OTHERS - OVER $300 |
| 12/10/2003 | **Document Filed**<br>ORDER - OTHER<br>*ORDER RELEASING FROM CUSTODY AND/O R BOND*<br>*DUE TO NO ACTION TAKEN BY GRAND JURY WITHIN*<br>*60 DAYS OF BEIN G WAIVED* | |
| 01/06/2004 | **Cross Reference**<br>GDJ | CI 04-CR-00003-001 |