# Case History

## COMMONWEALTH VS. PRICE, EUGENE
### Case# 03-M-01024

Generated: 04/06/2009 10:05:14AM

| | |
|---|---|
| County | CLAY |
| Court | DISTRICT Court |
| Opening Judge | HON. OSCAR GAYLE HOUSE |
| Current Judge | |
| Closing Judge | HON. RENEE H. MUNCY |

Page #

| Date | Event | Details |
|---|---|---|
| 09/05/2003 | **Charge Filed**<br>CHARGE 1 ORIGINAL | 0007970 Assault 4th Degree Domestic Violence No Visible Injury Citation: 3D9164402-1   Citation Date: 09/29/2003 |
| 09/05/2003 | **Charge Filed**<br>CHARGE 2 ORIGINAL | 0008220 Terroristic Threatening, 3rd Degree Citation: 3D9164402-2<br>Citation Date: 09/29/2003 |
| 09/29/2003 | **Case Filed**<br>MISDEMEANOR<br>   VIOLTIME = 1000   ARRSTDT = 09/28/2003 | |
| 09/29/2003 | **Scheduled Event**<br>ARRAIGNMENT<br>HON. OSCAR GAYLE HOUSE | Sep 29 2003 at 10:00 AM |
| 10/06/2003 | **Scheduled Event**<br>PRETRIAL CONFERENCE<br>HON. RENEE H. MUNCY<br>   AND TO APPEAR WITH ATTORNEY | Oct 6 2003 at 09:30 AM |
| 01/13/2004 | **Case Disposed**<br>   VIOLTIME = 1000   ARRSTDT = 09/28/2003 | 106 Days |
| 01/13/2004 | **Scheduled Event**<br>JURY TRIAL<br>HON. RENEE H. MUNCY<br>   WITNESS BEVERLY PRICE RECOGNIZED | Jan 13 2004 at 09:30 AM |
| 01/13/2004 | **Warrant Issued**<br>BENCH WARRANT<br>   CCSO<br>   FAILURE TO APEPAR<br>   BOND $1,0 00. CASH;  JUDGE MUNCY | @00000000300 |
| 02/15/2004 | **Warrant Served/ Withdrawn**<br>BENCH WARRANT<br>   CCSO<br>   FAILURE TO APEPAR<br>   BOND $1,0 00. CASH;  JUDGE MUNCY | @00000000300 |
| 02/15/2004 | **Charge Filed**<br>CHARGE 3 ORIGINAL | 0011500 FAILURE TO APPEAR, CITATION FOR MISDEMEANOR<br>Citation: NA   Citation Date: 02/16/2004 |
| 02/16/2004 | **Case Reopened**<br>RE-OPENED | |
| 02/16/2004 | **Scheduled Event**<br>ARRAIGNMENT<br>HON. OSCAR GAYLE HOUSE | Feb 16 2004 at 10:00 AM |
| 03/02/2004 | **Charge Disposed**<br>CHARGE 1 ORIGINAL<br>GUILTY | 0007970 Assault 4th Degree Domestic Violence No Visible Injury |
| 03/02/2004 | **Charge Disposed**<br>CHARGE 2 ORIGINAL<br>GUILTY | 0008220 Terroristic Threatening, 3rd Degree |
| 03/02/2004 | **Charge Disposed**<br>CHARGE 3 ORIGINAL<br>GUILTY | 0011500 FAILURE TO APPEAR, CITATION FOR MISDEMEANOR |

DISTRICT Court    03-M-01024

Page 1 of 2

## COMMONWEALTH VS. PRICE, EUGENE
## Case# 03-M-01024

| | |
|---|---|
| County | CLAY |
| Court | DISTRICT Court |
| Opening Judge | HON. OSCAR GAYLE HOUSE |
| Current Judge | |
| Closing Judge | HON. RENEE H. MUNCY |

| Date | Event | Details | Page # |
|---|---|---|---|
| 03/02/2004 | Scheduled Event<br>JURY TRIAL<br>HON. OSCAR GAYLE HOUSE | Mar 2 2004 at 09:30 AM | |
| 03/02/2004 | Sentence Imposed<br>*WRITE OFF COSTS PER JUDGE HOUSE* | | |
| 03/02/2004 | Sentence Imposed | | |
| 03/02/2004 | Sentence Imposed | | |