# Case History
## COMMONWEALTH VS. PRICE, EUGENE C
## Case# 04-M-00335

**County** CLAY
**Court** DISTRICT Court
**Opening Judge** HON. OSCAR GAYLE HOUSE
**Current Judge**
**Closing Judge** HON. RENEE H. MUNCY

Page #

| Date | Event | Details |
|---|---|---|
| 03/26/2004 | **Charge Filed**<br>CHARGE 1 ORIGINAL<br>*DISMISSED W/O PREJUDICE FOR LACK OF PROSECUTION; SET ASIDE PD FEE* | 0008030 MENACING Citation: 4F7725702-1   Citation Date: 03/30/2004 |
| 03/26/2004 | **Charge Filed**<br>CHARGE 2 ORIGINAL | 0014020 CRIMINAL MISCHIEF-2ND DEGREE Citation: 4F7725702-2 Citation Date: 03/30/2004 |
| 03/30/2004 | **Case Filed**<br>MISDEMEANOR<br>*VIOLTIME = 1820   ARRSTDT = 03/26/2004* | |
| 03/30/2004 | **Scheduled Event**<br>ARRAIGNMENT<br>HON. OSCAR GAYLE HOUSE | Mar 30 2004 at 10:00 AM |
| 04/20/2004 | **Case Disposed**<br>*VIOLTIME = 1820   ARRSTDT = 03/26/2004* | 21   Days |
| 04/20/2004 | **Charge Disposed**<br>CHARGE 1 ORIGINAL<br>DISMISSED<br>*DISMISSED W/O PREJUDICE FOR LACK OF PROSECUTION; SET ASIDE PD FEE* | 0008030 MENACING |
| 04/20/2004 | **Charge Disposed**<br>CHARGE 2 ORIGINAL<br>DISMISSED | 0014020 CRIMINAL MISCHIEF-2ND DEGREE |
| 04/20/2004 | **Scheduled Event**<br>JURY TRIAL<br>HON. RENEE H. MUNCY<br>*OWES $52.50 PUBLIC DEF. FEE* | Apr 20 2004 at 09:30 AM |