# Case History
## COMMONWEALTH VS. PRICE, EUGENE CORKY
## Case# 04-CR-00003-001

**County** CLAY
**Court** CIRCUIT Court
**Opening Judge** HON. R. CLETUS MARICLE
**Current Judge**
**Closing Judge** HON. R. CLETUS MARICLE

Page #

| Date | Event | Details | Page # |
|---|---|---|---|
| 09/04/2003 | Charge Filed<br>CHARGE 1 ORIGINAL | 0220600 Burglary, 1st Degree Citation: NA   Citation Date: 01/06/2004 | |
| 09/04/2003 | Charge Filed<br>CHARGE 2 ORIGINAL | 0232900 THEFT BY UNLAWFUL TAKING/DISP-ALL OTHERS - OVER $300 Citation: NA   Citation Date: 01/06/2004 | |
| 01/05/2004 | NOE to All Counsel of Record and Parties Not Represented by Counsel.<br>INDICTMENT | | |
| 01/06/2004 | Case Filed<br>CIRCUIT CRIMINAL | | |
| 01/06/2004 | Document Filed<br>INDICTMENT | | |
| 01/06/2004 | Cross Reference<br>GDJ | DI 03-F-00373 | |
| 01/06/2004 | Warrant Issued<br>WARRANT OF ARREST ON INDICTMENT | @00000000209 | |
| 02/01/2004 | Warrant Served/ Withdrawn<br>WARRANT OF ARREST ON INDICTMENT | @00000000209 | |
| 02/02/2004 | Scheduled Event<br>ARRAIGNMENT<br>HON. R. CLETUS MARICLE | Feb 2 2004 at 11:00 AM | |
| 02/02/2004 | Bail Set<br>CASH | $ 100,000.00 | |
| 02/05/2004 | Scheduled Event<br>ARRAIGNMENT<br>HON. R. CLETUS MARICLE | Feb 5 2004 at 09:00 AM | |
| 02/05/2004 | Document Filed<br>ORDER OF ARRAIGNMENT - NOT GUILTY PLEA<br>JUD | | |
| 02/18/2004 | Motion Filed<br>MOTION FOR DISCOVERY AND INSPECTION<br>DEFENDANT / RESPONDENT | | |
| 03/01/2004 | Scheduled Event<br>OTHER HEARING<br>HON. R. CLETUS MARICLE<br>*TO GET ATTORNEY AND TRIAL DATE* | Mar 1 2004 at 09:00 AM | |
| 03/22/2004 | Document Filed<br>ORDER FOR DISCOVERY<br>JUD | | |
| 03/24/2004 | Motion Filed<br>MOTION TO REDUCE BOND<br>DEFENDANT / RESPONDENT | | |
| 04/05/2004 | Scheduled Event<br>OTHER HEARING<br>HON. R. CLETUS MARICLE<br>*OPA TO HAVE ATTORNEY PRESENT* | Apr 5 2004 at 09:00 AM | |

# COMMONWEALTH VS. PRICE, EUGENE CORKY
## Case# 04-CR-00003-001

| | |
|---|---|
| County | CLAY |
| Court | CIRCUIT Court |
| Opening Judge | HON. R. CLETUS MARICLE |
| Current Judge | |
| Closing Judge | HON. R. CLETUS MARICLE |

Page #

| Date | Event | Details |
|---|---|---|
| 04/05/2004 | **Motion Disposed** <br> MOTION TO REDUCE BOND <br> DEFENDANT / RESPONDENT | -12 Days |
| 04/21/2004 | **Document Filed** <br> ORDER PRETRIAL CONFERENCE <br> JUD | |
| 04/26/2004 | **Document Filed** <br> RETURN OF SUBPOENA <br> *CLAUDE DAVIS* | |
| 04/27/2004 | **Document Filed** <br> RETURN OF SUBPOENA <br> *DON HOBBS* | |
| 05/06/2004 | **Scheduled Event** <br> PRETRIAL CONFERENCE <br> HON. R. CLETUS MARICLE | May 6 2004 at 1:30 PM |
| 05/07/2004 | **Scheduled Event** <br> PRETRIAL CONFERENCE <br> HON. R. CLETUS MARICLE | May 7 2004 at 09:00 AM |
| 06/01/2004 | **Document Filed** <br> RETURN OF SUBPOENA <br> *CLAUDE DAVIS* | |
| 06/03/2004 | **Scheduled Event** <br> OTHER HEARING <br> HON. R. CLETUS MARICLE | Jun 3 2004 at 2:00 PM |
| 06/07/2004 | **Scheduled Event** <br> OTHER HEARING <br> HON. R. CLETUS MARICLE <br> *FOR FUTHER PRETRIAL* | Jun 7 2004 at 09:00 AM |
| 06/14/2004 | **Motion Filed** <br> MOTION TO SUPPRESS <br> ATTORNEY-PRIVATE | |
| 07/23/2004 | **Document Filed** <br> RETURN OF SUBPOENA <br> *CLAUDE DAVIS AND DON HOBBS* | |
| 07/28/2004 | **Document Filed** <br> RETURN OF SUBPOENA <br> *BEVERLY PRICE SENTERS* | |
| 08/02/2004 | **Scheduled Event** <br> MOTION HOUR <br> HON. R. CLETUS MARICLE | Aug 2 2004 at 09:00 AM |
| 08/05/2004 | **Motion Disposed** <br> MOTION TO SUPPRESS <br> ATTORNEY-PRIVATE | -52 Days |
| 08/05/2004 | **Scheduled Event** <br> OTHER HEARING <br> HON. R. CLETUS MARICLE <br> *MOTION TO SUPPRESS CONT.* | Aug 5 2004 at 2:00 PM |

CIRCUIT Court    04-CR-00003-001

Closing Judge  HON. R. CLETUS MARICLE

Page #

| Date | Event | Details |
|---|---|---|
| 08/19/2004 | **Scheduled Event** <br> JURY TRIAL <br> HON. R. CLETUS MARICLE | Aug 19 2004 at 09:00 AM |
| 08/31/2004 | **Scheduled Event** <br> OTHER HEARING <br> HON. R. CLETUS MARICLE <br> *TO GET TRIAL DATE* | Aug 31 2004 at 09:00 AM |
| 09/02/2004 | **Scheduled Event** <br> OTHER HEARING <br> HON. R. CLETUS MARICLE <br> *TO GET TRIAL DATE* | Sep 2 2004 at 2:00 PM |
| 09/02/2004 | **Document Filed** <br> ENTRY OF GUILTY PLEA <br> APA | |
| 09/02/2004 | **Document Filed** <br> COMMONWEALTH OFFER ON A PLEA OF GUILTY <br> CA | |
| 09/02/2004 | **Bail Posted** <br> SURETY | $ 5,000.00 |
| 09/02/2004 | **Bail Set** <br> SURETY | $ 5,000.00 |
| 10/04/2004 | **Scheduled Event** <br> SENTENCING <br> HON. R. CLETUS MARICLE | Oct 4 2004 at 09:00 AM |
| 10/07/2004 | **Warrant Issued** <br> BENCH WARRANT | @00000002187 |
| 12/10/2004 | **Warrant Served/ Withdrawn** <br> BENCH WARRANT | @00000002187 |
| 12/15/2004 | **Document Filed** <br> MISCELLANEOUS <br> D <br> *LETTER* | |
| 01/21/2005 | **Case Disposed** | 381 Days |
| 01/21/2005 | **Charge Disposed** <br><br> CHARGE 2 ORIGINAL <br> GUILTY | 0232900 THEFT BY UNLAWFUL TAKING/DISP-ALL OTHERS - OVER $300 |
| 01/21/2005 | **Scheduled Event** <br> SENTENCING <br> HON. R. CLETUS MARICLE | Jan 21 2005 at 09:00 AM |
| 01/21/2005 | **Sentence Imposed** | |
| 01/21/2005 | **Document Filed** <br> JUDGMENT / SENTENCE - PLEA OF GUILTY <br> JUD | |
| 01/24/2005 | **Charge Disposed** <br> CHARGE 1 ORIGINAL <br> DISMISSED | 0220600 Burglary, 1st Degree |