Generated: 04/14/2009 9:49:30AM

# Case History

## COMMONWEALTH VS. WHITE, LINSEY MARICLE

## Case# 04-F-00456

**County** CLAY
**Court** DISTRICT Court
**Opening Judge** HON. RENEE H. MUNCY
**Current Judge**
**Closing Judge** HON. OSCAR GAYLE HOUSE

| Date | Event | Details | Page # |
|---|---|---|---|
| | **Scheduled Event**<br>PRELIMINARY HEARING<br>HON. RENEE H. MUNCY<br>*DEF. WAIVED DAYS*<br>*WAS SCHEDULED FO R 01/10/2005 BUT DISPOSED OF ON 12 /20/2004* | at 09:30 AM | |
| 10/13/2004 | **Charge Filed**<br>CHARGE 1 ORIGINAL<br>*DISMISSED W/O PREJUDICE AT REQUEST OF ALLEGED VICTIM; NEITHER PARTY HAS OBJECTION* | 0250620 CRIMINAL POSSESSION FORGED INSTRUMENT-2ND DEGREE-I Citation: 4F9919422-1 Citation Date: 10/14/2004 | |
| 10/14/2004 | **Case Filed**<br>FELONY | | |
| 10/14/2004 | **Document Filed**<br>CRIMINAL COMPLAINT/WARRANT/SUMMONS<br>*WARRANT* | | |
| 10/18/2004 | **Scheduled Event**<br>ARRAIGNMENT<br>HON. RENEE H. MUNCY | Oct 18 2004 at 10:00 AM | |
| 10/18/2004 | **Bail Set**<br>CASH | $ 50,000.00 | |
| 10/25/2004 | **Scheduled Event**<br>PRELIMINARY HEARING<br>HON. OSCAR GAYLE HOUSE<br>*ALSO FOR APT OF COUNSEL* | Oct 25 2004 at 09:30 AM | |
| 10/28/2004 | **Bail Posted**<br>SURETY<br>*MEREDITH AND AARON MOBLEY ONLY TO SIGN AS SURETY*<br>*MUST BE HOME BY 6:00 PM UNLESS WITH FAMILY*<br>*MUST ABIDE BY RULES OF SURETY* | $ 10,000.00 | |
| 10/28/2004 | **Bail Set**<br>SURETY<br>*MEREDITH AND AARON MOBLEY ONLY TO SIGN AS SURETY*<br>*MUST BE HOME BY 6:00 PM UNLESS WITH FAMILY*<br>*MUST ABIDE BY RULES OF SURETY* | $ 10,000.00 | |
| 11/15/2004 | **Scheduled Event**<br>PRELIMINARY HEARING<br>HON. RENEE H. MUNCY<br>*DEF. WAIVED DAYS*<br>*OWES $52.50 PUBL IC DEF. FEE* | Nov 15 2004 at 09:30 AM | |
| 12/20/2004 | **Case Disposed** | 67 Days | |
| 12/20/2004 | **Charge Disposed**<br>CHARGE 1 ORIGINAL<br>DISMISSED<br>*DISMISSED W/O PREJUDICE AT REQUEST OF ALLEGED VICTIM; NEITHER PARTY HAS OBJECTION* | 0250620 CRIMINAL POSSESSION FORGED INSTRUMENT-2ND DEGREE-I | |

CERTIFICATION OF COURT RECORDS
I, JAMES S. PHILLIPS, CLERK OF THE CLAY CIRCUIT/DISTRICT COURT DO CERTIFY THAT THE FOREGOING ARE TRUE AND CORRECT COPY(S) OF THE ORIGINAL DOCUMENT(S) AS RECORDED IN MY OFFICE.
IN TESTIMONY WHEREOF WITNESS MY HAND AS CLERK AFORESAID, THIS THE 14 DAY OF Apr. 2009
BY: ______ D.C.

☐ COMMERCIAL VEHICLE
☐ HAZARDOUS COMMERCIAL VEHICLE

COMMONWEALTH OF KENTUCKY

# UNIFORM CITATION

☐ JUVENILE OFFENDER

KSP 206 (REV. 1/1/88)

COURT

**OFFENDER/VIOLATOR**

AGENCY: Clay Co. Sheriff Dept — ORI: KY0260000

NAME (L-F-M) SKIP A SPACE BETWEEN NAMES: White Linsey — ATTN. ☐

HOME PHONE:

ALIAS:

EMERGENCY PHONE:

ADDRESS (RFD/STREET/APT. NO., ETC.): 393 Circle Dr.

KENTUCKY RESIDENT STATUS: F. ☒ FULL-TIME; P. ☐ PART-TIME; N ☐ NON RESIDENT

CITY: Manchester — STATE: Ky — ZIP: 40962

MARITAL STATUS: Married

I.D. TYPE/STATE: SS# — I.D. NUMBER: — S.S. NUMBER: 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

VICTIM'S RELATIONSHIP TO OFFENDER:

DATE OF BIRTH: 2 6 81

SEX: ☐ MALE ☒ FEMALE

RACE: ☒ WHITE ☐ BLACK ☐ AM. INDIAN OR ALASKA ☐ ASIAN

ETHNIC ORIGIN: ☐ HISPANIC ☒ NON HISPANIC

PLACE OF EMPLOYMENT/OCCUPATION: — CITY: — STATE:

HEIGHT: 5 7 — WEIGHT: 125 — HAIR COLOR: Br — EYE COLOR: Blue

**VEHICLE**

VEH. MAKE: — VEH. TYPE: — VEH. YEAR: — COLOR: — TOP/BOTTOM:

ALCOHOL/DRUG INVOLVEMENT (SPECIFY): ☐ NO ☐ YES ☒ UNK

REG. STATE: — REG. YEAR: — REGISTRATION NO.: — VEHICLE IDENTIFIERS: — MPH: — IN MPH ZONE: — VIOL. KEY:

**DATE/TIME**

VIOLATION DATE: — VIOLATION TIME: — EXACT LOCATION OF VIOLATION/ARREST: Charlie Sizemore rd — B.A. RESULTS:

DATE OF ARREST: 10 13 04 — TIME OF ARREST: 1109 — MILES: 3 — DIRECTION: N — CITY: Manchester 02601 — COUNTY OF VIOLATION: Clay 026 — SECTOR:

**CHARGE(S)**

| VIOLATION CODE | ASCF | STATUTE/ORD. | CHARGE(S) | # | PLEA | FINDING | FINAL VIOLATION CODE | DISPN. CODE | FINE | COSTS | FEE | JAIL/PRISON | PROB. TIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 25042 | | 516.060 | | 1 | | | | | | | | | |
| | | | | 2 | | | | | | | | | |
| | | | | 3 | | | | | | | | | |
| | | | | 4 | | | | | | | | | |

**COURT**

COURT DATE: Arrival — COURT TIME: ☒ AM ☐ PM — PAYABLE ☐ ☒ COURT — COURT LOCATION: Clay Dist — COURT CASE NO.: 04 F-456 — DISPN. DATE: — TRIAL: ☐ B ☐ J ☐ N — CLERK'S INITIALS:

**POST-ARREST COMPLAINT**

(1) Criminal Possession of a Forged Instrument 2nd Degree

Executed Arrest Warrant

FILED
OCT 14 2004
JAMES S. PHILLIPS, CLERK
BY D.C.

YEAR: 04

**CASE**

NAME OF WITNESS: R Clinton Mansfield — ADDRESS: 79 Hwy 80 — CITY / STATE: Manchester Ky

NAME OF WITNESS: — ADDRESS:

CASE NO. 1 — 2 — 3 — 4

CONTROL NUMBER: F991942

CARRIED FOR UCR BY CONTRIBUTOR: ☐ — OTHER AGENCY: ☐ SPECIFY

☐ IN-CAR VIDEO ☐ FINGERPRINTS ☐ PHOTOS — EVIDENCE HELD

OFFICERS SIGNATURE: X Jeff Carr — BADGE/I.D. NUMBER: S02 — ASSIGNMENT: CCSO

TYPE: 2

AOC-365 Rev. 8-01 Date 10-28-04 Case No. 04-F-00456

B

Linsey White — Defendant's Name

313 Circle Drive, Manchester, Ky. — Defendant's Address

Clay District Court — Clay County

Charge

Citation No.:

Defendant's Date of Birth: 2-6-81

Defendant's Occupation

Defendant's Telephone Number

Defendant's Soc. Sec. No. (Voluntary): 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

**YOU ARE HEREBY RELEASED FROM CUSTODY ON THE CONDITIONS INDICATED BELOW:**

| | | |
|---|---|---|
| PERSONAL PROMISE | | PERSONAL RECOGNIZANCE. Your personal recognizance, provided that you promise to appear at all scheduled hearings, trials, or otherwise as required by the Court. |
| MONEY BOND OF $10,000.00 | X | UNSECURED BAIL BOND OR SURETY BOND. An unsecured appearance bond from you or your surety to be forfeited should you fail to appear as required by the Court. |
| | ☐ | GUARANTEED ARREST BOND CERTIFICATE. |
| | ☐ | PARTIALLY SECURED BOND. Cash bail secured by cash deposit of $______. 10% of the deposit (but not less than $5) will be retained if you are found guilty and the court determines you have performed the conditions of your release. The entire cash bond to be forfeited should you fail to appear as required by the Court, or $50 (+ $2.50 handling fee) deducted if you fail to pay public advocate fee, if required. |
| Amount in accordance with uniform schedule of bail | ☐ | CASH BAIL BOND. Full amount of bail paid into the court, to be forfeited should you fail to appear as required by the Court, or $50 (+ $2.50 handling fee) deducted if you fail to pay public advocate fee, if required. |
| | ☐ | STOCKS AND BONDS, PROPERTY BOND. Property is offered to secure the bail bond. If you fail to appear as required by the Court the state will foreclose on the property used as security. |
| YES ____ NO ____ | ☐ X | RELEASED PURSUANT TO KRS 222.204 CONDITIONS: No drugs alcohol use - No new offenses. Must be at home by 6:00 pm, unless with family. Must abide by rules of Meredith & Aaron Mobley |

**BAIL BOND** Linsey White being admitted to bail in the sum of $10,000.00 Surety we undertake that he/she will appear and be amenable to the orders and process of this and any other court in which this proceeding may be pending for any and all purposes and at all stages (including, in event of indictment, proceedings thereafter) in accordance with RCr 4.54. By entering into this bond obligation, I submit to the jurisdiction of the courts of Kentucky in which any forfeiture proceeding arising out of my bail obligation may be pending, and do further irrevocably appoint the clerk of such court as my agent upon whom any process affecting my liability on such bond may be served, such clerk to forthwith mail copies to me at the address below. **I further understand that if the court has ordered payment of a public advocate fee, (up to $50.00), and the defendant does not pay the fee, it (along with a $2.50 handling fee) will be deducted from any posted cash bond or will constitute a lien upon any property securing the defendant's bail.** KRS 31.051(2). **AFFIDAVIT OF SURETY** on Unsecured or Partially Secured Bond: I affirm I am a resident or owner of real estate in Kentucky, and intend to secure this bond with the following stocks, bonds or real property:

X Linsey Maricle - White (Signature of Defendant)

Aaron W. Mobley (Surety's Name Printed)

X Meredith Mobley (Signature of Surety)

* Surety's Social Security Number

* Surety's Date of Birth & Occupation

95 Patrail Rd Manchester, Ky. (Address)

BAIL BOND TAKEN BY Dana Mobley DC FROM ☐ Defendant ☐ Surety

**Violation of Conditions:**

You are warned that failure to comply with the above provisions will be deemed a violation of the terms and conditions of your release for which a warrant may be issued for your arrest; you may be detained, the release privilege revoked, and any bail bond posted may be forfeited.

**Failure to Appear:**

For any failure to appear as required before a judge or other judicial officer, you shall be subject to the following penalties:

(IF FELONY CHARGE) A fine to be determined by the Court of not more than $10,000 and imprisonment for not less than 1 and not more than 5 years;

(IF MISDEMEANOR CHARGE) A fine of not more than $500 and imprisonment for not more than 1 year.

**NEXT DUE BACK:** in courtroom Dist at 9:30 a.m. / p.m. on 11-15-04 or when notified and you must appear at all subsequent continued dates. You must also appear as court requires

DEFENDANT'S SIGNATURE > X Linsey Maricle - White I understand the penalties which may be imposed on me for willful failure to appear or for violation of any condition condition of release and agree to comply with the conditions of my release and to appear as required. I have received a copy of this order and any bail bond.

☐ REPORT TO YOUR LOCAL PRETRIAL SERVICES OFFICE — LOCATED AT Clay County Courthouse TELEPHONE 598-3663

WITNESSED BY

JUDGE Murray District COURT

*Required on bonds where more than $10,000 is collected.

BOND FEE ☐ PAID ☐ NOT PAID

AOC-315 Doc. Code: CWS
Rev. 5-03
Page 1 of 2
Commonwealth of Kentucky
Court of Justice www.kycourts.net
Rcr 2.06; RCr 4

**CRIMINAL COMPLAINT AND**
[X] **ARREST WARRANT OR** [ ] **SUMMONS**

Case No. ______
Court District
County Clay

**COMMONWEALTH OF KENTUCKY** **PLAINTIFF**

VS.

**DEFENDANT**

**Name:** Linsey Maricle White
**Address:** Manchester, KY

| SEX | RACE | BIRTHDATE | HAIR | EYES | HEIGHT | WEIGHT | [illegible] |
|---|---|---|---|---|---|---|---|
| F | W | 2-6-81 | | | | | 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 |

[ ] Armed or Dangerous [X] Felony [ ] Misdemeanor Scars/Marks/Tattoos ______
*Employer Name:* ______
*Address:* ______

## CRIMINAL COMPLAINT

Affiant says that on November 18, 2003 to 12-1-03, 2003, in Clay County, Kentucky, Defendant unlawfully: and with the knowledge that the commercial instrument, to wit: a check on the account of Judy C. Maricle DBA Country Living General Fund, being check # 7120, and being in the amount of $200.00, was forged, and with the intent to defraud, deceive or injure another, she uttered [illegible] said check [illegible]

**Affiant's Name** (*type or print*): Hon. R. Cletus Maricle
**Affiant's Address:** 79 Hwy 80, Suite #1, Manchester, KY 40962

**Affiant's Phone No.:** 598-5251

**Date:** 9-8-, 2004.

[signature]
**Affiant's Signature**

Subscribed and sworn to before me on 9-8-, 2004. If a Notary, my commission expires: 08-03, 2006.

[signature] Clay Co. Attorney + Notary
Name and Title

AOC-315
Rev. 5-03
Page 2 of 2

Defendant's Name: Linsey Maricle White

Case No.: ____________

## [X] WARRANT OF ARREST

**TO ALL PEACE OFFICERS IN THE COMMONWEALTH OF KENTUCKY:**

You are commanded to arrest Defendant and bring him/her forthwith before the judge of the District Court of Clay County, Kentucky, *(or, if he/she be absent or unable to act, before the nearest available magistrate)* to answer a complaint made by Hon. R. Cletus Maricle charging him/her with the offense(s) of Criminal Possession of a Forged Instrument Second Degree : KRS 516.060

**Defendant may give bail in the amount of $**

[illegible]

therefore failed to appear pursuant to [illegible]

guarantee his /her appearance; [ ] Other ____________

JUDGE: ____________

Date: ____________ , ________

## [ ] SUMMONS

**TO THE DEFENDANT:**

You are summonsed to appear before the judge of the District Court of ____________ County, Kentucky, on ____________, 2____, at ______ [ ] a.m. [ ] p.m. at *(location)* ____________

to answer charge(s) of [illegible]

Failure to appear at the stated time and place [illegible]

**ISSUED AT** Manchester, Clay **County, Kentucky.**

**Date:** 9 - 8, 2004 [signature] **Judge**

Clay District **Court**

### SHERIFF'S RETURN

[✓] Served on Defendant named herein this 13 day of October, 2004.

[ ] Not served because: ____________

[signature]
Officer

COMMON[illegible] [illegible]10/14/2004

CLAY COUNTY COURT SYSTEM Judge No: 241001

**Defendant Information**

**WHITE, LINSEY MARICLE**

393 CIRCLE [illegible] ****** DOB 02/06/1981

SSN 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

MANCHESTER, KY [illegible]

DLN# [illegible]

**Charges**

10/13/2004 [illegible] Chg 1 [illegible] UOR0250820

CRIMINAL POSSESSION FORGED INSTRUMENT-2ND DEGREE

516060

**Witnesses**

CW [illegible] CCSS02JC

CW MARICLE, K CLETUS 00000128769

**Bail / Bond Information**

**Scheduled Events**

ARR [illegible] 10/18/2004 10:00 AM

10-20-04 Subp ur. ser + filed

10-20-04 Subp ur. ser + filed

11-15-04 Subp ur. ser + filed

DI 04-F-00456 KyCourts II 10/14/2004 11:58:51 AM

COMMONWEALTH VS. WHITE, LINSEY MARICLE