UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

CASE NO. 09-16-ART                                    **ELECTRONICALLY FILED**

UNITED STATES OF AMERICA,                                              PLAINTIFF,

VS.                              **NOTICE OF FILING**

RUSSELL CLETUS MARICLE,                                                DEFENDANT.

\*\* \*\* \*\*

Comes the Defendant, Russell Cletus Maricle, by counsel, and hereby gives notice of the filing of the attached records from the Clay Circuit and District Courts to be considered as evidence in the detention issue now before the Court. Specifically, the following case files are attached in their entirety:

1. Commonwealth of Kentucky v. Linsey Nicole Maricle, 00-M-00252

2. Commonwealth of Kentucky v. Linsey N. White, 03-M-00780

3. Commonwealth of Kentucky v. Linsey Maricle White, 04-F-00456

4. Commonwealth of Kentucky v. Linsey N. White, 04-F-00121

The following case histories are also filed herewith:

1. Commonwealth of Kentucky v. Harold Wayne Collins,  04-CR-00176-001

2. Commonwealth of Kentucky v. John Wayne Collins, 04-CR-00176-002

3. Commonwealth of Kentucky v. Eddie Joe Cobb, 05-CR-00063-001

4. Commonwealth of Kentucky v. Grant Junior Hatfield, 05-CR-00063-002

5. Commonwealth of Kentucky v. Brian Curtis Collins, 05-CR-00063-003

6. Commonwealth of Kentucky v. Eugene Price, 94-M-01192

7. Commonwealth of Kentucky v. Eugene Price, 95-F-00005

8. Commonwealth of Kentucky v. Eugene Price, 95-F-00024

9. Commonwealth of Kentucky v. Eugene Price, 95-F-00338

10. Commonwealth of Kentucky v. Eugene Price, 95-F-00339

11. Commonwealth of Kentucky v. Eugene Price, 95-F-00362

12. Commonwealth of Kentucky v. Eugene Price, 96-CR-00037-001

13. Commonwealth of Kentucky v. Eugene Price, 96-CR-00046-001

14. Commonwealth of Kentucky v. Eugene Price, 96-CR-00047-001

15. Commonwealth of Kentucky v. Eugene Price, 96-CR-00048-001

16. Commonwealth of Kentucky v. Eugene Price, 02-M-00978

17. Commonwealth of Kentucky v. Eugene Price, 02-F-00328

18. Commonwealth of Kentucky v. Eugene Price, 03-F-00373

19. Commonwealth of Kentucky v. Eugene Price, 03-M-01024

20. Commonwealth of Kentucky v. Eugene Price, 04-M-00335

21. Commonwealth of Kentucky v. Eugene Price, 04-CR-00003-001

    Respectfully submitted,

    /s/ David S. Hoskins
    Attorney At Law
    107 East First Street
    Corbin, Kentucky 40701
    TELEPHONE: (606) 526-9009
    FAX: (606) 526-1021
    Email: davidhoskins@bellsouth.net

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 4th day of May, 2009, the foregoing was filed electronically with the Clerk of the Court by using CM/ECF System which will send notice of filing to all counsel of record.

/s/ David S. Hoskins