# Case History
## COMMONWEALTH VS. WHITE, LINSEY MARICLE
### Case# 04-F-00456

| | |
|---|---|
| County | CLAY |
| Court | DISTRICT Court |
| Opening Judge | HON. RENEE H. MUNCY |
| Current Judge | |
| Closing Judge | HON. OSCAR GAYLE HOUSE |

Page #

| Date | Event | Details |
|---|---|---|
| | **Scheduled Event** PRELIMINARY HEARING HON. RENEE H. MUNCY *DEF. WAIVED DAYS* *WAS SCHEDULED FOR 01/10/2005 BUT DISPOSED OF ON 12/20/2004* | at 09:30 AM |
| 10/13/2004 | **Charge Filed** CHARGE 1 ORIGINAL *DISMISSED W/O PREJUDICE AT REQUEST OF ALLEGED VICTIM; NEITHER PARTY HAS OBJECTION* | 0250620 CRIMINAL POSSESSION FORGED INSTRUMENT-2ND DEGREE-I Citation: 4F9919422-1  Citation Date: 10/14/2004 |
| 10/14/2004 | **Case Filed** FELONY | |
| 10/14/2004 | **Document Filed** CRIMINAL COMPLAINT/WARRANT/SUMMONS *WARRANT* | |
| 10/18/2004 | **Scheduled Event** ARRAIGNMENT HON. RENEE H. MUNCY | Oct 18 2004 at 10:00 AM |
| 10/18/2004 | **Bail Set** CASH | $ 50,000.00 |
| 10/25/2004 | **Scheduled Event** PRELIMINARY HEARING HON. OSCAR GAYLE HOUSE *ALSO FOR APT OF COUNSEL* | Oct 25 2004 at 09:30 AM |
| 10/28/2004 | **Bail Posted** SURETY *MEREDITH AND AARON MOBLEY ONLY TO SIGN AS SURETY* *MUST BE HOME BY 6:00 PM UNLESS WITH FAMILY* *MUST ABIDE BY RULES OF SURETY* | $ 10,000.00 |
| 10/28/2004 | **Bail Set** SURETY *MEREDITH AND AARON MOBLEY ONLY TO SIGN AS SURETY* *MUST BE HOME BY 6:00 PM UNLESS WITH FAMILY* *MUST ABIDE BY RULES OF SURETY* | $ 10,000.00 |
| 11/15/2004 | **Scheduled Event** PRELIMINARY HEARING HON. RENEE H. MUNCY *DEF. WAIVED DAYS* *OWES $52.50 PUBLIC DEF. FEE* | Nov 15 2004 at 09:30 AM |
| 12/20/2004 | **Case Disposed** | 67  Days |
| 12/20/2004 | **Charge Disposed** CHARGE 1 ORIGINAL DISMISSED *DISMISSED W/O PREJUDICE AT REQUEST OF ALLEGED VICTIM; NEITHER PARTY HAS OBJECTION* | 0250620 CRIMINAL POSSESSION FORGED INSTRUMENT-2ND DEGREE-I |

**CERTIFICATION OF COURT RECORDS**
I, JAMES S. PHILLIPS, CLERK OF THE CLAY CIRCUIT/DISTRICT COURT DO CERTIFY THAT THE FOREGOING ARE TRUE AND CORRECT COPY(S) OF THE ORIGINAL DOCUMENT(S) AS RECORDED IN MY OFFICE.
IN TESTIMONY WHEREOF WITNESS MY HAND AS CLERK AFORESAID, THIS THE ___ DAY OF _____, 2005
BY: _____ D.C.

# COMMONWEALTH OF KENTUCKY
## UNIFORM CITATION

KSP 206 (REV. 1/1/88)

☐ COMMERCIAL VEHICLE
☐ HAZARDOUS COMMERCIAL VEHICLE
☐ JUVENILE OFFENDER

**AGENCY:** Clay Co. Sheriff Dept
**ORI:** KY0260000

**OFFENDER/VIOLATOR**
- NAME (L-F-M): White, Linsey
- ALIAS:
- ADDRESS: 393 Circle Dr.
- CITY: Manchester  STATE: Ky  ZIP: 40962
- I.D. TYPE/STATE: SS#
- S.S. NUMBER: 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
- DATE OF BIRTH: 2/6/81
- SEX: ☒ FEMALE
- RACE: ☒ WHITE
- ETHNIC ORIGIN: ☒ NON HISPANIC
- KENTUCKY RESIDENT STATUS: ☒ FULL-TIME
- MARITAL STATUS: Married
- HEIGHT: 5'7  WEIGHT: 125  HAIR COLOR: br  EYE COLOR: blu

**VEHICLE**
- ALCOHOL/DRUG INVOLVEMENT: ☒ UNK

**DATE/TIME**
- EXACT LOCATION OF VIOLATION/ARREST: Charlie Sizemore Rd
- DATE OF ARREST: 10/13/04
- TIME OF ARREST: 1109
- MILES: 3
- DIRECTION: N
- CITY: Manchester 0261
- COUNTY OF VIOLATION: Clay 024

**CHARGES**
| VIOLATION CODE | ASCF | STATUTE/ORD. | CHARGE(S) | # |
|---|---|---|---|---|
| 2502 | | 516.060 | | 1 |

**COURT**
- COURT DATE: Arraign
- COURT LOCATION: Clay Dist
- COURT CASE NO.: 04F-456

**POST-ARREST COMPLAINT:**
(1) Criminal Possession of a Forged Instrument 2nd Degree

Executed Arrest Warrant

FILED
OCT 14 2004
JAMES S. PHILLIPS CLERK
BY B.C.

**NAME OF WITNESS:** R Clotex Marsh
**ADDRESS:** 79 Hwy 80, Mansh Ky

**OFFICERS SIGNATURE:** Jeff Carr
**BADGE/I.D. NUMBER:** 5002
**ASSIGNMENT:** CCSa

YEAR: 04
CONTROL NUMBER: F991942
TYPE: 2

AOC-365 Rev. 8-01

B

Defendant's Name: Linsey White

Defendant's Address: 393 Circle Drive, Manchester, Ky. Clay County

Citation No.: ___

Defendant's Occupation: ___

Date: 10-28-04

District Court

Defendant's Date of Birth: 2-6-81

Defendant's Telephone Number: ___

Case No.: ___

Charge: ___

Defendant's Soc. Sec. No. (Voluntary): 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

**YOU ARE HEREBY RELEASED FROM CUSTODY ON THE CONDITIONS INDICATED BELOW:**

| | |
|---|---|
| PERSONAL PROMISE | **PERSONAL RECOGNIZANCE.** Your personal recognizance, provided that you promise to appear at all scheduled hearings, trials, or otherwise as required by the Court. |
| MONEY BOND OF $10,000.00 | ☒ **UNSECURED BAIL BOND OR SURETY BOND.** An unsecured appearance bond from you or your surety to be forfeited should you fail to appear as required by the Court. |
| | ☐ **GUARANTEED ARREST BOND CERTIFICATE.** |
| | ☐ **PARTIALLY SECURED BOND.** Cash bail secured by cash deposit of $_____. 10% of the deposit (but not less than $5) will be retained if you are found guilty and the court determines you have performed the conditions of your release. The entire cash bond to be forfeited should you fail to appear as required by the Court, or $50 (+ $2.50 handling fee) deducted if you fail to pay public advocate fee, if required. |
| Amount in accordance with uniform schedule of bail | ☐ **CASH BAIL BOND.** Full amount of bail paid into the court, to be forfeited should you fail to appear as required by the Court, or $50 (+ $2.50 handling fee) deducted if you fail to pay public advocate fee, if required. |
| | ☐ **STOCKS AND BONDS, PROPERTY BOND.** Property is offered to secure the bail bond. If you fail to appear as required by the Court the state will foreclose on the property used as security. |
| YES ___ NO ___ | ☒ **RELEASED PURSUANT TO KRS 222.204** CONDITIONS: no drug/alcohol use - no new offenses must be at home by 6:00pm unless at the same - must abide by rules of Manchester Comp. Care |

**BAIL BOND** Linsey White being admitted to bail in the sum of $10,000 Surety we undertake that he/she will appear and be amenable to the orders and process of this and any other court in which this proceeding may be pending for any and all purposes and at all stages (including, in event of indictment, proceedings thereafter) in accordance with RCr 4.54. By entering into this bond obligation, I submit to the jurisdiction of the courts of Kentucky in which any forfeiture proceeding arising out of my bail obligation may be pending, and do further irrevocably appoint the clerk of such court as my agent upon whom any process affecting my liability on such bond may be served, such clerk to forthwith mail copies to me at the address below. **I further understand that if the court has ordered payment of a public advocate fee, (up to $50.00), and the defendant does not pay the fee, it (along with a $2.50 handling fee) will be deducted from any posted cash bond or will constitute a lien upon any property securing the defendant's bail.** KRS 31.051(2). **AFFIDAVIT OF SURETY** on Unsecured or Partially Secured Bond: I affirm I am a resident or owner of real estate in Kentucky, and intend to secure this bond with the following stocks, bonds or real property.

X Linsey Maricle - White
(Signature of Defendant)

Aaron W. Mobley
(Surety's Name Printed)

X Meredith Mobley
(Signature of Surety)

BAIL BOND TAKEN BY: Uava Mobley

*___
Surety's Social Security Number

*___
Surety's Date of Birth & Occupation

Foxtrail Manchester, Ky
(Address)

FROM ☐ Defendant ☐ Surety

**Violation of Conditions:**
You are warned that failure to comply with the above provisions will be deemed a violation of the terms and conditions of your release for which a warrant may be issued for your arrest; you may be detained, the release privilege revoked, and any bail bond posted may be forfeited.

**Failure to Appear:**
For any failure to appear as required before a judge or other judicial officer, you shall be subject to the following penalties:
(IF FELONY CHARGE) A fine to be determined by the Court of not more than $10,000 and imprisonment for not less than 1 and not more than 5 years;
(IF MISDEMEANOR CHARGE) A fine of not more than $500 and imprisonment for not more than 1 year.

**NEXT DUE BACK:** in courtroom Dist at 9:30 a.m./p.m. on 11-15-04 or when notified and you must appear at all subsequent continued dates. You must also appear as court requires

**DEFENDANT'S SIGNATURE** ► X Linsey Maricle - White

I understand the penalties which may be imposed on me for willful failure to appear or for violation of any condition of release and agree to comply with the conditions of my release and to appear as required. I have received a copy of this order and any bail bond.

☐ REPORT TO YOUR LOCAL PRETRIAL SERVICES OFFICE
LOCATED AT Clay County Courthouse
TELEPHONE 598-3663

WITNESSED BY ___

JUDGE Murray District Court

*Required on bonds where more than $10,000 is collected.

☐ BOND FEE  ☐ PAID  ☐ NOT PAID

| AOC-315  Doc. Code: CWS | | Case No. _____ |
|---|---|---|
| Rev. 5-03  Page 1 of 2  Commonwealth of Kentucky  Court of Justice   www.kycourts.net  Rcr 2.06; RCr 4 | CRIMINAL COMPLAINT AND  [X] ARREST WARRANT  OR  [ ] SUMMONS | Court _____ District  County   Clay |

**COMMONWEALTH OF KENTUCKY**  **PLAINTIFF**
VS.

**DEFENDANT**

Name: Linsey Maricle White
Address: Manchester, KY

| SEX | RACE | BIRTHDATE | HAIR | EYES | HEIGHT | WEIGHT | |
|---|---|---|---|---|---|---|---|
| F | W | 2-6-81 | | | | | 407 31 8591 |

[ ] Armed or Dangerous   [X] Felony   [ ] Misdemeanor   Scars/Marks/Tattoos _____

Employer Name: _____
Address: _____

**CRIMINAL COMPLAINT**

Affiant says that on ~~to 12-1-03~~ November 18, 2003, 2003, in Clay County, Kentucky, Defendant unlawfully: and with the knowledge that the commercial instrument, to wit: a check on the account of Judy C. Maricle DBA Country Living General Fund, being check # 7120, and being in the amount of $200.00, was forged, and with the intent to defraud, deceive or injure another, she uttered said check by cashing...

Affiant's Name (type or print): Hon. R. Cletus Maricle
Affiant's Address: 79 Hwy 80, Suite #1, Manchester, KY 40962

Affiant's Phone No.: 598-5251

Date: 9-8- , 2004.

Affiant's Signature: R. Cletus Maricle

Subscribed and sworn to before me on 9-8- , 2004. If a Notary, my commission expires: 08-03 , 2006.
Name and Title: Clay Bishop, Clay Co. Attorney + Notary

AOC-315
Rev. 5-03
Page 2 of 2

Defendant's Name: Linsey Maricle White

Case No.: _____

[X] **WARRANT OF ARREST**

TO ALL PEACE OFFICERS IN THE COMMONWEALTH OF KENTUCKY:

You are commanded to arrest Defendant and bring him/her forthwith before the judge of the District Court of ___Clay___ County, Kentucky, (or, if he/she be absent or unable to act, before the nearest available magistrate) to answer a complaint made by _Hon. R. Cletus Maricle_ charging him/her with the offense(s) of _Criminal Possession of a Forged Instrument, Second Degree: KRS 516.060_

Defendant may give bail in the amount of ~~...~~

~~heretofore failed to appear~~ ...
guarantee his/her appearance; [ ] Other _____

JUDGE: _____
Date: _____

[ ] **SUMMONS**

TO THE DEFENDANT:

You are summonsed to appear before the judge of the District Court of _____ County, Kentucky, on _____, 2___, at _____ [ ] a.m. [ ] p.m. at (location) _____

~~to answer charges~~ ...

~~failure to appear~~ ...

ISSUED AT _Manchester_, _Clay_ County, Kentucky
Date: _9-8_, _2004_    _Renee H Muncy_ Judge
_Clay District_ Court

**SHERIFF'S RETURN**

[✓] Served on Defendant named herein this _13_ day of _October_, _2004_.

[ ] Not served because: _____

_Jeff Carr_
Officer

CLAY COUNTY COURT

**WHITE, LINSEY MARICLE**
393 CIRCLE DR
DOB: 02/06/1941
SSN: 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

MARICLE, LINSEY
DLN:

10/13/2004  ...  04-F-00250.020
CRIMINAL POSSESSION FORGED INSTRUMENT 2ND DEGREE
$10,000

Witness:
CW HAYNES, E CLETUS    CCSS021C
                       000001A749

Bail / Bond Information

Scheduled Events
10/15/2004  10:00 AM

10/20/04 Sup w ser filed
10/27/04 Sup w sue filed
11/17/04 Sup w sue filed

DI 04-F-00456  KyCourts  10/14/2004 11:58:51 AM
COMMONWEALTH vs WHITE, LINSEY MARICLE