AOC-315
Rev. 5-03
Page 1 of 2
Commonwealth of Kentucky
Court of Justice   www.kycourts.net
RCr 2.06; RCr 4

Doc. Code: CWS

**CRIMINAL COMPLAINT AND**
[X] ARREST WARRANT OR [ ] SUMMONS

Case No. _____
Court _____ District _____
County _Clay_

COMMONWEALTH OF KENTUCKY                                    PLAINTIFF
VS.
                                                            DEFENDANT

Name: _Linsey Maricle White_
Address: _Manchester, KY_

Telephone No.

| SEX | RACE | BIRTHDATE | HAIR | EYES | HEIGHT | WEIGHT | OP LIC NO. and LIC. State |
|---|---|---|---|---|---|---|---|
| F | W | 2-6-81 | | | | | 407 31 8591 |

[ ] Armed or Dangerous  [X] Felony  [ ] Misdemeanor   Scars/Marks/Tattoos _____
Employer Name: _____
Address: _____

**CRIMINAL COMPLAINT**

Affiant says that on to 12-1-03, 2003, in Clay County, Kentucky, Defendant unlawfully: November 18, 2003 and with the knowledge that the commercial instrument, to wit: a check on the account of Judy C. Maricle DBA Country Living General Fund, being check # 7120, and being in the amount of $200.00, was forged, and with the intent to defraud, deceive or injure another, she uttered and possessed said check by endorsing same & cashing same at Winn Dixie in Manchester, Clay County, Kentucky, in violation of KRS 516.060

Affiant's Name (type or print): _Hon. R. Cletus Maricle_
Affiant's Address: _77 Hwy 80, Suite #1, Manchester, KY 40962_

Affiant's Phone No.: _598-5251_

Date: _9-8-_, 2004.

Affiant's Signature

Subscribed and sworn to before me on _9-8-_, 2004. If a Notary, my commission ___
__8-03__, 2006.
_____ Clay Co. Attorney + Notary
Name and Title

AOC-315
Rev. 5-03
Page 2 of 2

Defendant's Name: Linsey Maricle White

Case No.: _____

## [X] WARRANT OF ARREST

TO ALL PEACE OFFICERS IN THE COMMONWEALTH OF KENTUCKY:

You are commanded to arrest Defendant and bring him/her forthwith before the judge of the District Court of __Clay__ County, Kentucky, (or, if he/she be absent or unable to act, before the nearest available magistrate) to answer a complaint made by __Hon. R. Cletus Maricle__ charging him/her with the offense(s) of __Criminal Possession of a Forged Instrument- Second Degree: KRS 516.060__

Defendant may give bail in the amount of $ _____ secured by _____

Bail in accordance with the Uniform Schedule of Bail is denied because:
[ ] The amount stated therein is not commensurate with the nature of the offense charged; [ ] Defendant has heretofore failed to appear pursuant to citations, evidencing that release under the uniform schedule will inadequately guarantee his/her appearance; [ ] Other _____

JUDGE: _____
Date: _____

## [ ] SUMMONS

TO THE DEFENDANT:

You are summonsed to appear before the judge of the District Court of _____ County, Kentucky, on _____, 2____, at _____ [ ] a.m. [ ] p.m. at (location) _____ to answer charge(s) of _____ in response to a complaint filed by _____

Failure to appear at the stated time and place, will subject you to contempt of Court.

ISSUED AT __Manchester__, __Clay__ County, Kentucky.
Date: __9-8__, 2004

__Renee H Muncy__ Judge
__Clay District__ Court

### SHERIFF'S RETURN

[✓] Served on Defendant named herein this __13__ day of __October__, 2004

[ ] Not served because: _____

| | Filed:10/14/2004 |
|---|---|
| CLAY COUNTY COURT SYSTEM | Judge No: 741001 |

### Defendant Information

**WHITE, LINSEY MARICLE**

393 CIRCLE DRIVE          ****** DOB:   02/06/1981
                                   SSN: 407318591

MANCHESTER, KY 40962-9736
DLN#: OLKY M97927980

### Charges

10/13/2004   Cit# 4F9919422-1   Chg: 1   UOR0250620
CRIMINAL POSSESSION FORGED INSTRUMENT-2ND DEGREE-I

516060

### Witnesses

CW COUCH, JEFF,                         CCSS02JC
CW MARICLE, R. CLETUS              @00000128769

### Bail / Bond Information

### Scheduled Events

ARR    10/18/2004   10:00 AM

*10.20.04 Subp m. ser + ptnd*
*10.27.04 Subp m. sh a ptnd*
*11.17.04 Subp m. sno ptnd*

DI    04-F-00456   KyCourtsII   10/14/2004 11:58:51AM
COMMONWEALTH VS. WHITE, LINSEY MARICLE

Page 1 of 1