UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

CASE NO. 09-16-DCR                                    ELECTRONICALLY FILED

UNITED STATES OF AMERICA,                                              PLAINTIFF,


VS.                          NOTICE OF FILING


RUSSELL CLETUS MARICLE, ET AL,                                        DEFENDANT,

** ** **

Comes the Defendant, Russell Cletus Maricle, by counsel, and herby gives notice of filing correction to Document 193, Notice of Filing. Specifically the following legible Exhibits are attached:

Exhibit No. 1.  <u>Commonwealth of Kentucky v. Linsey Nicole Maricle,</u> 00-M-00252, Pages 2, 3, and 4.

Exhibit No. 2.  <u>Commonwealth of Kentucky v. Linsey N.</u> White, 03-M-00780, Pages 2, 3, and 4.

Exhibit No. 4.  <u>Commonwealth of Kentucky v. Linsey N. White</u>, 04-F-00121, Pages 6 and 7.

DE (193), <u>Commonwealth of Kentucky v. Linsey Maricle White</u>, Arrest Warrant and Cover Document to Case No. 04-F-00456, Pages 4, 5, and 6.

                                         Respectfully submitted,

                                         <u>/s/ David S. Hoskins</u>
                                         Attorney At Law
                                         107 East First Street
                                         Corbin, Kentucky  40701
                                         TELEPHONE:  (606) 526-9009
                                         FAX: (606) 526-1021
                                         Email:  <u>davidhoskins@bellsouth.net</u>

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 7th day of May, 2009, the foregoing was filed electronically with the Clerk of Court by using CM/ECF System which will send the Notice of Filing to all counsel of record.

/s/ David S. Hoskins
Attorney At Law