7-98

**Defendant's Name:** Linsey Nicole Maricle
**Defendant's Address:** Rt 5 Box 91 Manchester Ky

**Citation No.:** _____

**Defendant's Occupation:** _____

**Date:** 3-6-00
**Court:** District Court
**County:** Clay

**Defendant's Date of Birth:** 2-6-81
**Defendant's Telephone Number:** _____

**Case No.:** _____
**Charge:** 525.100, 218A.500(2), 512.070

**Defendant's Soc. Sec. No. (Voluntary):** 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

## YOU ARE HEREBY RELEASED FROM CUSTODY ON THE CONDITIONS INDICATED BELOW:

**PERSONAL PROMISE** [X] PERSONAL RECOGNIZANCE. Your personal recognizance, provided that you promise to appear at all scheduled hearings, trials, or otherwise as required by the Court.

**MONEY BOND OF $ -0-**
Amount in accordance with uniform schedule of bail
YES ___
NO ___
OR

[ ] UNSECURED BAIL BOND OR SURETY BOND. An unsecured appearance bond from you or your surety to be forfeited should you fail to appear as required by the Court.
[ ] GUARANTEED ARREST BOND CERTIFICATE.
[ ] PARTIALLY SECURED BOND. Cash bail secured by cash deposit of $_____. 90% of the deposit (but not less than $5) will be returned if you are found guilty and the court determines that you have performed the conditions of your release. The entire cash bond to be forfeited should you fail to appear as required by the Court, or $50 forfeited if you fail to pay public advocate fee, if required.
[ ] CASH BAIL BOND, Full amount of bail paid into the court, to be forfeited should you fail to appear as required by the Court, or $50 forfeited if you fail to pay public advocate fee, if required.
[ ] STOCKS AND BONDS, PROPERTY BOND. Property is offered to secure the bail bond. If you fail to appear as required by the Court the state will foreclose on the property used as security.
[ ] RELEASED PURSUANT TO KRS 222.204
[X] CONDITIONS: no contact with Judge or county building

**BAIL BOND** Linsey Nicole Maricle being admitted to bail in the sum of $_____ we undertake that he/she will appear and be amenable to the orders and process of this and any other court in which this proceeding may be pending hereafter for any and all purposes and at all stages of the proceeding (including, in event of indictment, proceedings thereafter) in accordance with RCr 4.54. By entering into this bond obligation, I do hereby submit to the jurisdiction of the courts of Kentucky in which any forfeiture proceeding arising out of my bail obligation, may be pending, and do further irrevocably appoint the clerk of such court as my agent upon whom any process affecting my liability on such bond may be served, such clerk to forthwith mail copies to me at the address below. AFFIDAVIT OF SURETY on Unsecured or Partially Secured Bond. I hereby affirm that I am a resident or owner of real estate in Kentucky, and intend to secure this bond with the following stocks, bonds or real property:

_____

(Signature of Defendant) / Surety's Social Security Number

(Surety's Name Printed) / Surety's Date of Birth & Occupation

(Signature of Surety) Donna Mobley (Address)

**BAIL BOND TAKEN BY:** _____ FROM [ ] Defendant [ ] Surety

**Violation of Conditions:** You are warned that failure to comply with the above provisions will be deemed to be a violation of the terms and conditions of your release for which a warrant may be issued for your arrest; you may be detained, the release privilege revoked, and any bail bond posted may be forfeited.

**Failure to Appear:** For any failure to appear as required before a judge or other judicial officer, you shall be subject to the following penalties:
(IF FELONY CHARGE) A fine to be determined by the Court not more than $10,000 and imprisonment for not less than 1 and not more than 5 years;
(IF MISDEMEANOR CHARGE) A fine of not more than $500 and imprisonment for not more than 1 year.

**NEXT DUE BACK:** in courtroom Dist at 9:30 a.m./p.m. on 3-27-00 or when notified and you must appear at all subsequent continued dates. You must also appear Co Court 7 Circle

**DEFENDANT'S SIGNATURE** > Linsey N Maricle
I understand the penalties which may be imposed on me for willful failure to appear or for violation of any condition of release and agree to comply with the conditions of my release and to appear as required. I have received a copy of this order and any bail bond.

[ ] REPORT TO YOUR LOCAL PRETRIAL SERVICES OFFICE
LOCATED AT Clay Co Courthouse
TELEPHONE 598-8163
WITNESSED BY _____
*Required on bonds where more than $10,000 is collected.

**JUDGE:** Muncy District Court

**BOND FEE** [ ] PAID [ ] NOT PAID

# COMMONWEALTH OF KENTUCKY
## UNIFORM CITATION

KSP 206 (REV. 1-88)

**AGENCY:** Manchester Police Dept
**ORI:** KY 0260100

**NAME (L-F-M):** Miracle Lindsey Nicole

**ADDRESS:** R+S Bx 91
**CITY:** Manchester **STATE:** KY **ZIP:** 40962

**I.D. TYPE/STATE:** SS
**S.S. NUMBER:** 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

**DATE OF BIRTH:** 02 06 81
**SEX:** Female
**RACE:** White
**ETHNIC ORIGIN:** Non Hispanic
**HEIGHT:** 5-08 **WEIGHT:** 110 **HAIR COLOR:** Bl **EYE COLOR:** Blue

**VEH. MAKE:** Toyo **VEH. TYPE:** 01 **VEH. YEAR:** 91 **COLOR:** Gold
**ALCOHOL/DRUG INVOLVEMENT:** Yes — Marijuana

**REG. STATE:** KY **REG. YEAR:** 00 **REGISTRATION NO:** 940BAW

**VIOLATION DATE:** 03 03 00 **VIOLATION TIME:** 2130 **EXACT LOCATION:** Muddy Gap

**DATE OF ARREST:** 03 03 00 **TIME OF ARREST:** 2138 **DIRECTION:** Limits **CITY:** 02601 Manchester **COUNTY OF VIOLATION:** 026 Clay

### CHARGES

| Violation Code | Statute/Ord. | Charge(s) |
|---|---|---|
| 02363 | 525.100 | (1) |
| 42075 | 218A.500(2) | (2) |
| 02621 | 512.070 | (3) |

**COURT DATE:** Arrested
**COURT LOCATION:** Clay Dist.
**COURT CASE NO:** 00-M-1052

### POST-ARREST COMPLAINT
1) Public Intoxication - Controlled Substance (excludes Alcohol)
2) Drug Paraphanalia, Use Possession 1st offense
3) Criminal Littering

Subject Threw Clear Marijuana Pipe in Muddy Gap Church Yard.

FILED MAR 04 2000
JAMES S. PHILLIPS, CLERK

Patrol 2

```
                    Case #: 00-M-00252              Page: 01
                    Filed:  03/09/00

                         CLAY DISTRICT COURT

                    Commonwealth of Kentucky, vs.

          MARICLE, LINSEY NICOLE
          RT.5 BOX 91
          MANCHESTER                    KY   40962
          DOB: 02/06/81          Judge No: 741001
          SSN: 407 31 8591
          -----------------------------------------------

          Cit #: 0A2227922-1 Chg 1         0023030
          525100        P.I.(C.S.) EXCL ALC       cf28

          Cit #: 0A2227922-2 Chg 2         0420750
          218A500(2)    DRUG PARAPH;USE/POSSES;1ST cf28

          Cit #: 0A2227922-3 Chg 3         0026210
          512070        CRIMINAL LITTERING

          03/27/00 ARRAIGNMENT
```

Bond:        $500.00 Posted 03/04/00 Type: CA

CW: ROBINSON, PATRICK