*Pgs. 6, 7 of Exhibit 4*

# COMMONWEALTH OF KENTUCKY
## 41ST JUDICIAL DISTRICT
## CLAY CIRCUIT COURT

FILED
DEC 0 9 2004
JAMES S. PHILLIPS, CLERK
BY _____ D.C.

COMMONWEALTH OF KENTUCKY,　　　　　　　　　PLAINTIFF,

VS:　　　　　　　　　REPORT OF NO TRUE BILL

　　　　　　　　　　　　　　　　　　　　　　　　　　　DEFENDANT.

**LINSEY WHITE,
04-F-00121
(Accused)**

\*\*\*　\*\*\*　\*\*\*　\*\*\*　\*\*\*

The Grand Jury, after consideration of the evidence presented, returns a NO TRUE BILL.

_____
FOREMAN OF THE GRAND JURY

NO TRUE BILL:

No True Bill was presented
by the Foreman of the Grand
Jury to the Court, in the presence
of the Grand Jury, and received
from the Court by me and filed in
Open Court this:

10 day of Dec, 2004

_____
Clerk, Clay Circuit Court

COMMONWEALTH VS. WHITE, LINSEY N.

| CLAY COUNTY COURT SYSTEM | Filed:03/03/2004 Judge No: 741002 |
|---|---|

### Defendant Information

**WHITE, LINSEY N.**

393 CIRCLE DRIVE    W/F    DOB: 02/06/1981
                           SSN: 407318591

MANCHESTER, KY 40962-0000

### Charges

03/02/2004   Cit# 4F9525572-1   Chg: 1    UOR0421030
1ST DEG TICS/COCAINE, 1ST OFFENSE
                                                    218A1412

### Witnesses

| CW FULTZ, CHRIS, | MPD114CF |
| CW STEWART, GEORGE, | MPD109GS |
| CW DAVIS, CLAUDE MPD, | MPD107CD |
| CW ROBERTS, TODD, | MPD103TR |
| CW ROBINSON, PATRICK, | MPD110PR |

### Bail / Bond Information

### Scheduled Events

ARR    03/03/2004  10:00 AM

3-3-04 *[handwritten notation]*

DI    04-F-00121    KyCourtsII    03/03/2004 8:18:57AM
COMMONWEALTH VS. WHITE, LINSEY N.
                                                    Page 1 of 1