| AOC-315 Doc. Code: CWS | | Case No. _____ |
|---|---|---|
| Rev. 5-03 Page 1 of 2 Commonwealth of Kentucky Court of Justice www.kycourts.net RCr 2.06; RCr 4 | **CRIMINAL COMPLAINT AND** [X] **ARREST WARRANT** OR [ ] **SUMMONS** | Court _____ District _____ County _Clay_ |

**COMMONWEALTH OF KENTUCKY**                                                                     PLAINTIFF

VS.

                                                                                                                                              DEFENDANT

Name: _Linsey Maricle White_

Address: _Manchester, KY_

Telephone No.

| SEX | RACE | BIRTHDATE | HAIR | EYES | HEIGHT | WEIGHT | OP LIC NO. and LIC. State |
|---|---|---|---|---|---|---|---|
| F | W | 2-6-81 | | | | | 407 31 8591 |

[ ] Armed or Dangerous  [X] Felony  [ ] Misdemeanor   Scars/Marks/Tattoos _____

Employer Name: _____

Address: _____

## CRIMINAL COMPLAINT

Affiant says that on ~~November 18, 2003~~ to 12-1-03, 2003, in _Clay_ County, Kentucky, Defendant unlawfully: and with the knowledge that the commercial instrument, to wit: a check on the account of Judy C. Maricle DBA Country Living General Fund, being check # 7120, and being in the amount of $200.00, was forged, and with the intent to defraud, deceive or injure another, she uttered and possessed said check by endorsing same & cashing same at Winn Dixie in Manchester, Clay County, Kentucky, in violation of KRS 516.060

Affiant's Name (type or print): _Hon. R. Cletus Maricle_
Affiant's Address: _77 Hwy 80, Suite #1, Manchester, KY 40962_

Affiant's Phone No.: _598-5257_

Date: _9-8-_, 2004.                                                     _[signature]_ Affiant's Signature

Subscribed and sworn to before me on _9-8-_, 2004. If a Notary, my commission ex___
__8-03__, 2006.    _[signature]_ _Clay Co. Attorney + Notary_
                                                                       Name and Title

AOC-315
Rev. 5-03
Page 2 of 2

Defendant's Name: _Linsey Maricle White_

Case No.: _____

## [X] WARRANT OF ARREST

TO ALL PEACE OFFICERS IN THE COMMONWEALTH OF KENTUCKY:

You are commanded to arrest Defendant and bring him/her forthwith before the judge of the District Court of _Clay_ County, Kentucky, (or, if he/she be absent or unable to act, before the nearest available magistrate) to answer a complaint made by _Hon. R. Cletus Maricle_ charging him/her with the offense(s) of _Criminal Possession of a Forged Instrument-Second Degree : KRS 516.060_

Defendant may give bail in the amount of $_____ secured by _____

Bail in accordance with the Uniform Schedule of Bail is denied because:
[ ] The amount stated therein is not commensurate with the nature of the offense charged; [ ] Defendant has heretofore failed to appear pursuant to citations, evidencing that release under the uniform schedule will inadequately guarantee his/her appearance; [ ] Other _____

JUDGE: _____
Date: _____

## [ ] SUMMONS

TO THE DEFENDANT:

You are summonsed to appear before the judge of the District Court of _____ County, Kentucky, on _____, 2____, at _____ [ ] a.m. [ ] p.m. at (location) _____ to answer charge(s) of _____ in response to a complaint filed by _____

Failure to appear at the stated time and place, will subject you to contempt of Court.

ISSUED AT _Manchester_, _Clay_ County, Kentucky.
Date: _9-8_, _2004_   _Renee H Muncy_ Judge
_Clay District_ Court

### SHERIFF'S RETURN

[✓] Served on Defendant named herein this _13_ day of _October_, _2004_

[ ] Not served because: _____

Filed: 10/14/2004

CLAY COUNTY COURT SYSTEM  Judge No: 741001

### Defendant Information

**WHITE, LINSEY MARICLE**

393 CIRCLE DRIVE  ****** DOB: 02/06/1981
SSN: 407318591

MANCHESTER, KY 40962-9736

DLN#: OLKY M97927980

### Charges

10/13/2004  Cit# 4F9919422-1  Chg: 1  UOR0250620
CRIMINAL POSSESSION FORGED INSTRUMENT-2ND DEGREE-I

516060

### Witnesses

CW COUCH, JEFF,  CCSS02JC
CW MARICLE, R. CLETUS  @00000128769

### Bail / Bond Information

### Scheduled Events

ARR  10/18/2004  10:00 AM

*10.20.04 Subp m. ser + petnl*
*10.27.04 Subp m. sh & petnl*
*11.17.04 Subp m. sно pled*

DI  04-F-00456  KyCourtsII  10/14/2004 11:58:51AM
COMMONWEALTH VS. WHITE, LINSEY MARICLE

Page 1 of 1