# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# SOUTHERN DIVISION
# LONDON

**CRIMINAL ACTION NO. 09-16 DCR**                *ELECTRONICALLY FILED*

**UNITED STATES OF AMERICA**                                         **PLAINTIFF**

**V.**        **NOTICE BY UNITED STATES OF AUSA APPEARANCE**

**RUSSELL CLETUS MARICLE, ET AL.**                          **DEFENDANTS**

\* \* \* \* \*

The United States gives notice that, in addition to Assistant United States Attorney Stephen C. Smith, the undersigned Assistant United States Attorney, Jason D. Parman, will also represent the United States in this case.

        Respectfully submitted,

        JAMES A. ZERHUSEN
        UNITED STATES ATTORNEY

By:    <u>s/ Stephen C. Smith</u>
        Assistant United States Attorney
        601 Meyers Baker Rd., Suite 200
        London, KY 40741
        (606) 864-5523
        FAX (606) 864-3590
        stephen.smith4@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

On May 15, 2009, I electronically filed this document through the ECF system, which will send the notice of electronic filing to all counsel of record.

s/ Stephen C. Smith
Assistant United States Attorney
