UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

CASE NO. 09-16-DCR                                                                ELECTRONICALLY FILED

UNITED STATES OF AMERICA,                                                          PLAINTIFF,


VS.                                              NOTICE OF FILING


RUSSELL CLETUS MARICLE, ET AL,                                                     DEFENDANT,

** ** **

Comes the Defendant, Russell Cletus Maricle, by counsel, and herby gives notice of filing correction to Document 193, Notice of Filing. Specifically the following legible Exhibits are attached:

   Exhibit No. 1.  Commonwealth of Kentucky v. Linsey Nicole Maricle, 00-M-00252, Pages 2, 3, and 4.

   Exhibit No. 2.  Commonwealth of Kentucky v. Linsey N. White, 03-M-00780, Pages 2, 3, and 4.

   Exhibit No. 4.  Commonwealth of Kentucky v. Linsey N. White, 04-F-00121, Pages 6 and 7.

   DE (193), Commonwealth of Kentucky v. Linsey Maricle White, Arrest Warrant and Cover Document to Case No. 04-F-00456, Pages 4, 5, and 6.

                                             Respectfully submitted,

                                             /s/ David S. Hoskins
                                             Attorney At Law
                                             107 East First Street
                                             Corbin, Kentucky  40701
                                             TELEPHONE:  (606) 526-9009
                                             FAX: (606) 526-1021
                                             Email:  davidhoskins@bellsouth.net

CERTIFICATE OF SERVICE

The undersigned certifies that on this 7th day of May, 2009, the foregoing was filed electronically with the Clerk of Court by using CM/ECF System which will send the Notice of Filing to all counsel of record.

/s/ David S. Hoskins
Attorney At Law