7-98

**Defendant's Name:** Linsay Nicole Marcle

**Defendant's Address:** RT 5 Box 91 Manchester KY

**Citation No.:**

**Defendant's Occupation:**

**Date:** 3-6-00

**District Court**

**County:** Clay

**Defendant's Date of Birth:** 2-6-81

**Defendant's Telephone Number:**

**Case No.:**

**Charge:** 525.100 / 218A.500(2) / 512.070

**Defendant's Soc. Sec. No. (Voluntary):** 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

## YOU ARE HEREBY RELEASED FROM CUSTODY ON THE CONDITIONS INDICATED BELOW:

| | | |
|---|---|---|
| **PERSONAL PROMISE** | [X] | **PERSONAL RECOGNIZANCE.** Your personal recognizance, provided that you promise to appear at all scheduled hearings, trials, or otherwise as required by the Court. |
| **MONEY BOND OF** $ -0- Amount in accordance with uniform schedule of bail YES ___ NO ___ OR | [ ] | **UNSECURED BAIL BOND OR SURETY BOND.** An unsecured appearance bond from you or your surety to be forfeited should you fail to appear as required by the Court. |
| | [ ] | **GUARANTEED ARREST BOND CERTIFICATE.** |
| | [ ] | **PARTIALLY SECURED BOND.** Cash bail secured by cash deposit of $_____. 90% of the deposit (but not less than $5) will be returned if you are found guilty and the court determines that you have performed the conditions of your release. The entire cash bond to be forfeited should you fail to appear as required by the Court, or $50 forfeited if you fail to pay public advocate fee, if required. |
| | [ ] | **CASH BAIL BOND,** Full amount of bail paid into the court, to be forfeited should you fail to appear as required by the Court, or $50 forfeited if you fail to pay public advocate fee, if required. |
| | [ ] | **STOCKS AND BONDS, PROPERTY BOND.** Property is offered to secure the bail bond. If you fail to appear as required by the Court the state will foreclose on the property used as security. |
| | [ ] | **RELEASED PURSUANT TO KRS 222.204** |
| | [X] | **CONDITIONS:** one contact with Judge of County _____ |

**BAIL BOND** Linsay Nicole Marcle being admitted to bail in the sum of $_____ we undertake that he/she will appear and be amenable to the orders and process of this and any other court in which this proceeding may be pending hereafter for any and all purposes and at all stages of the proceeding (including, in event of indictment, proceedings thereafter) in accordance with RCr 4.54. By entering into this bond obligation, I do hereby submit to the jurisdiction of the courts of Kentucky in which any forfeiture proceeding arising out of my bail obligation, may be pending, and do further irrevocably appoint the clerk of such court as my agent upon whom any process affecting my liability on such bond may be served, such clerk to forthwith mail copies to me at the address below. **AFFIDAVIT OF SURETY** on Unsecured or Partially Secured Bond. I hereby affirm that I am a resident or owner of real estate in Kentucky, and intend to secure this bond with the following stocks, bonds or real property:

_____

_____

(Signature of Defendant)    Surety's Social Security Number

(Surety's Name Printed)     Surety's Date of Birth & Occupation

(Signature of Surety) Donna Mosley    (Address)

**BAIL BOND TAKEN BY:** [ ] Defendant [ ] Surety  FROM

**Violation of Conditions:** You are warned that failure to comply with the above provisions will be deemed to be a violation of the terms and conditions of your release for which a warrant may be issued for your arrest; you may be detained, the release privilege revoked, and any bail bond posted may be forfeited.

**Failure to Appear:** For any failure to appear as required before a judge or other judicial officer, you shall be subject to the following penalties:
(IF FELONY CHARGE) A fine to be determined by the Court not more than $10,000 and imprisonment for not less than 1 and not more than 5 years;
(IF MISDEMEANOR CHARGE) A fine of not more than $500 and imprisonment for not more than 1 year.

**NEXT DUE BACK:** in courtroom Dist at 9:30 a.m./p.m. on 3-27-00 or when notified and you must appear at all subsequent continued dates. You must also appear at Court _____

**DEFENDANT'S SIGNATURE** ► Linsay N. Marcle — I understand the penalties which may be imposed on me for willful failure to appear or for violation of any condition of release and agree to comply with the conditions of my release and to appear as required. I have received a copy of this order and any bail bond.

[ ] REPORT TO YOUR LOCAL PRETRIAL SERVICES OFFICE

LOCATED AT Clay Co. Courthouse
TELEPHONE 598-8663
WITNESSED BY _____
*Required on bonds where more than $10,000 is collected.

**JUDGE** _____ District Court

**BOND FEE**  [ ] PAID  [ ] NOT PAID

COMMONWEALTH OF KENTUCKY
# UNIFORM CITATION
KSP 206 (REV. 1-88)

| Field | Value |
|---|---|
| AGENCY | Manchester Police Dept |
| ORI | KY 0260100 |
| NAME (L-F-M) | Miracle Lindsey Nicole |
| ADDRESS | R+5 B \ 91 |
| CITY | Manchester |
| STATE | KY |
| ZIP | 40962 |
| I.D. TYPE/STATE | SS |
| S.S. NUMBER | 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 |
| DATE OF BIRTH | 02 06 81 |
| SEX | FEMALE |
| RACE | WHITE |
| ETHNIC ORIGIN | NON HISPANIC |
| HEIGHT | 5-08 |
| WEIGHT | 110 |
| HAIR COLOR | Br |
| EYE COLOR | Blue |
| VEH. MAKE | Toyo |
| VEH. TYPE | 01 |
| VEH. YEAR | 91 |
| COLOR | Gold |
| ALCOHOL/DRUG INVOLVEMENT | YES - Marijuana |
| REG. STATE | KY |
| REG. YEAR | 00 |
| REGISTRATION NO. | 946BAW |
| VIOLATION DATE | 03 03 00 |
| VIOLATION TIME | 2130 |
| EXACT LOCATION | Muddy Gap |
| DATE OF ARREST | 03 03 00 |
| TIME OF ARREST | 2138 |
| DIRECTION | Limits |
| CITY | 02601 Manchester |
| COUNTY OF VIOLATION | 026 Clay |

| VIOLATION CODE | STATUTE/ORD. | CHARGE(S) |
|---|---|---|
| 02363 | 525.100 | (1) |
| 42025 | 218A.500(2) | (2) |
| 02621 | 512.070 | (3) |

COURT DATE: Arrested
COURT LOCATION: Clay Dist.
COURT CASE NO: 00-M-1052

POST-ARREST COMPLAINT:
1) Public Intoxication - Controlled Substance (excludes Alcohol)
2) Drug Paraphanalia, Use Possession 1st offense
3) Criminal Littering

Subject Threw Glass Marijuana Pipe in Muddy Gap Church yard.

FILED
MAR 0 4 2000
JAMES S. PHILLIPS
BY _____ CC

Officer's Signature: Patrick Felmer
Patrol 2

```
Case #: 00-M-00252                           Page: 01
Filed:  03/09/00
```

CLAY DISTRICT COURT

Commonwealth of Kentucky, vs.

```
MARICLE, LINSEY NICOLE
RT.5 BOX 91
MANCHESTER                        KY   40962
DOB: 02/06/81           Judge No: 741001
SSN: 407 31 8591
```
---

Cit #: 0A2227922-1  Chg 1      0023030
525100          P.I.(C.S.) EXCL ALC     cf28

Cit #: 0A2227922-2  Chg 2      0420750
218A500(2)     DRUG PARAPH;USE/POSSES;1ST  cf28

Cit #: 0A2227922-3  Chg 3      0026210
512070         CRIMINAL LITTERING

03/27/00 ARRAIGNMENT

Bond:      $500.00  Posted 03/04/00 Type: CA

CW: ROBINSON, PATRICK