Pgs. 2, 3, 4 of Exhibit 2

OC-365 Rev. 8-01

Date: 7-18-03

**B**

Defendant's Name: Linsey White

Defendant's Address: 393 Circle Drive, Manchester KY

Court: Dist

County: Clay

Charge: CZ1°

Citation No.: _____

Defendant's Date of Birth: 2-6-81

Defendant's Occupation: _____

Defendant's Telephone Number: _____

Defendant's Soc. Sec. No. (Voluntary): 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

## YOU ARE HEREBY RELEASED FROM CUSTODY ON THE CONDITIONS INDICATED BELOW:

**PERSONAL PROMISE** — PERSONAL RECOGNIZANCE. Your personal recognizance, provided that you promise to appear at all scheduled hearings, trials, or otherwise as required by the Court.

**MONEY BOND OF $ -0-** [☑] UNSECURED BAIL BOND OR SURETY BOND. An unsecured appearance bond from you or your surety to be forfeited should you fail to appear as required by the Court.

[ ] GUARANTEED ARREST BOND CERTIFICATE.

[ ] PARTIALLY SECURED BOND. Cash bail secured by cash deposit of $_____. 10% of the deposit (but not less than $5) will be retained if you are found guilty and the court determines you have performed the conditions of your release. The entire cash bond to be forfeited should you fail to appear as required by the Court, or $50 (+ $2.50 handling fee)...

[ ] CASH BAIL BOND...

[ ] STOCKS AND BONDS, PROPERTY BOND...

[ ] RELEASED PURSUANT TO KRS 222.204

**YES** ___   **NO** ☑

CONDITIONS: Not to be at Judy & Cletus Manilles residence on 393 Circle Drive, Manchester KY. Not to contact judge or County attorney.

**BAIL BOND**: Linsey White being admitted to bail in the sum of $10,000 unsecured undertake that he/she will appear and be amenable to the orders and process of this and any other court in which this proceeding may be pending for any and all purposes and at all stages (including, in event of indictment, proceedings thereafter) in accordance with RCr 4.54. By entering into this bond obligation I submit to the jurisdiction of the courts of Kentucky in which any forfeiture proceeding arising out of my bail obligation may be pending, and do further irrevocably appoint the clerk of such court as my agent upon whom any process affecting my liability on such bond may be served, such clerk to forthwith mail copies to me at the address below. I further understand that if the court has ordered payment of a public advocate fee, (up to $100.00), and the defendant does not pay the fee, it (along with a $2.50 handling fee) will be deducted from any posted cash bond or will constitute a lien upon any property securing the defendant's bail. KRS 31.051(2). AFFIDAVIT OF SURETY on Unsecured or Partially Secured Bond: I affirm I am a resident or owner of real estate in Kentucky, and intend to secure this bond with the following stocks, bonds or real property:

Linsey Maricle White (Signature of Defendant)

* Surety's Social Security Number

(Surety's Name Printed)

Surety's Date of Birth & Occupation

(Signature of Surety)

(Address)

BAIL BOND TAKEN BY: Darlene Mitchell   FROM: [☑] Defendant  [ ] Surety

**Violation of Conditions:**
You are warned that failure to comply with the above provisions will be deemed a violation of the terms and conditions of your release for which a warrant may be issued for your arrest; you may be detained, the release privilege revoked, and any bail bond posted may be forfeited.

**Failure to Appear:**
For any failure to appear as required before a judge or other judicial officer, you shall be subject to the following penalties:
(IF FELONY CHARGE) A fine to be determined by the Court of not more than $10,000 and imprisonment for not less than 1 and not more than 5 years;
(IF MISDEMEANOR CHARGE) A fine of not more than $500 and imprisonment for not more than 1 year.

NEXT COURT DATE: Dist at 9:30 a.m./p.m. on Aug. 11, 2003 or when notified ... You must also appear as ordered.

DEFENDANT'S SIGNATURE: Linsey Maricle White — I understand the penalties which may be imposed on me for my failure to appear or for violation of any condition of release and agree to comply with the conditions of my release and to appear as required. I have received a copy of this order and any bail bond.

[ ] REPORT TO YOUR LOCAL PRETRIAL SERVICES OFFICE   LOCATED AT _____   TELEPHONE _____

JUDGE: Murray   Dist COURT

WITNESSED BY: _____   *Required on bonds where more than $10,000 is collected.

BOND FEE: [ ] PAID  [☑] NOT PAID

COMMONWEALTH OF KENTUCKY
# UNIFORM CITATION

KSP 006 (REV 1/1/88)

8/11

| Field | Value |
|---|---|
| AGENCY | Manchester Police Dept. |
| ORI | KY0260000 |
| NAME (L-F-M) | White Linsey N |
| HOME PHONE | 598-4672 |
| ADDRESS | Hwy 472 |
| CITY | Manchester |
| STATE | KY |
| ZIP | 40862 |
| KENTUCKY RESIDENT STATUS | F FULL-TIME |
| MARITAL STATUS | Married |
| S.S. NUMBER | 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 |
| VICTIM'S RELATIONSHIP TO OFFENDER | Father |
| DATE OF BIRTH | 02 06 81 |
| SEX | Female |
| RACE | White |
| ETHNIC ORIGIN | Non Hispanic |
| PLACE OF EMPLOYMENT/OCCUPATION | NA |
| HEIGHT | 5'4 |
| WEIGHT | 120 |
| HAIR COLOR | Bro |
| EYE COLOR | BL |
| ALCOHOL/DRUG INVOLVEMENT | NO |
| VIOLATION DATE | 07 18 03 |
| VIOLATION TIME | 1115 |
| EXACT LOCATION OF VIOLATION/ARREST | 393 Circle Drive |
| DATE OF ARREST | 07 18 03 |
| TIME OF ARREST | 1145 |
| MILES | Limits |
| CITY | 02661 |
| COUNTY OF VIOLATION | 026 |
| SECTOR | 02 |

### CHARGES

| VIOLATION CODE | STATUTE/ORD. | CHARGE(S) |
|---|---|---|
| 02616 | 511.060 | Cr Tres 1st |

| COURT DATE | COURT TIME | COURT LOCATION | COURT CASE NO. |
|---|---|---|---|
| Arrested | ☒ COURT | Clay District | 03M00100 |

### POST-ARREST COMPLAINT

1) Criminal Trespass 1st°

Rec. complaint that subjects were at residents without permission. The homeowner stated to me (via phone) that this subject was not to be there, that the locks have been changed and that they wanted to press charges.

NAME OF WITNESS: Judge C. Pimmile
ADDRESS: 393 Circle Dr.

BADGE NO.: 103
ASSIGNMENT: Patrol

```
Case #: 03-M-00780                       Page: 0
Filed:  07/22/03
```

### CLAY DISTRICT COURT

### Commonwealth of Kentucky, vs.

```
WHITE, LINSEY N.
HWY 472
MANCHESTER                    KY   40962
DOB: 02/06/81         Judge No: 74100
SSN: 407 31 8591
----------------------------------------

Cit #: 397862653-1 Chg 1        002616(
511060        CRIMINAL TRESPASS - 1ST   cf28
```

08/11/03 ARRAIGNMENT

*8·13·03 duly m. su epled* [handwritten]

Bond: $_____  Posted 07/18/03 Type: OR

CW: CULVER, JEFF  MPD