| AOC-315 Doc. Code: CWS | | | |
|---|---|---|---|
| Rev. 5-03 | | Case No. | |
| Page 1 of 2 | | | |
| Commonwealth of Kentucky | CRIMINAL COMPLAINT AND | Court | District |
| Court of Justice   www.kycourts.net | ☒ ARREST WARRANT OR [ ] SUMMONS | County | Clay |
| RCr 2.06; RCr 4 | | | |

COMMONWEALTH OF KENTUCKY                                                                    PLAINTIFF

VS.

                                                                                             DEFENDANT

Name: Linsey Maricle White
Address: Manchester, KY

Telephone No.

| SEX | RACE | BIRTHDATE | HAIR | EYES | HEIGHT | WEIGHT | OP LIC NO. and LIC. State |
|---|---|---|---|---|---|---|---|
| F | W | 2-6-81 | | | | | 407 31 8591 |

[ ] Armed or Dangerous  ☒ Felony  [ ] Misdemeanor   Scars/Marks/Tattoos _____

Employer Name: _____

Address: _____

## CRIMINAL COMPLAINT

Affiant says that on ~~November 18, 2003~~ to 12-1-03, 2003, in Clay County, Kentucky, Defendant unlawfully: and with the knowledge that the commercial instrument, to wit: a check on the account of Judy C. Maricle DBA Country Living General Fund, being check # 7120, and being in the amount of $200.00, was forged, and with the intent to defraud, deceive or injure another, she uttered and possessed said check by endorsing same & cashing same at Winn Dixie in Manchester, Clay County, Kentucky, in violation of KRS 516.060

Affiant's Name (type or print): Hon. R. Cletus Maricle
Affiant's Address: 77 Hwy 80, Suite #1, Manchester, KY 40962

Affiant's Phone No.: 598-5251

Date: 9-8- , 2004

                                                            Affiant's Signature

Subscribed and sworn to before me on 9-8- , 2004. If a Notary, my commission expires:
08-03 , 2006.
                                                            Clay Co. Attorney + Notary
                                                            Name and Title

AOC-315
Rev. 5-03
Page 2 of 2

Defendant's Name: Linsey Maricle White

Case No.: _____

## [X] WARRANT OF ARREST

TO ALL PEACE OFFICERS IN THE COMMONWEALTH OF KENTUCKY:

You are commanded to arrest Defendant and bring him/her forthwith before the judge of the District Court of ___Clay___ County, Kentucky, (or, if he/she be absent or unable to act, before the nearest available magistrate) to answer a complaint made by _Hon. R. Cletus Maricle_ charging him/her with the offense(s) of _Criminal Possession of a Forged Instrument Second Degree: KRS 516.060_

Defendant may give bail in the amount of $_____ secured by _____

Bail in accordance with the Uniform Schedule of Bail is denied because:
[ ] The amount stated therein is not commensurate with the nature of the offense charged; [ ] Defendant has heretofore failed to appear pursuant to citations, evidencing that release under the uniform schedule will inadequately guarantee his/her appearance; [ ] Other _____

JUDGE: _____
Date: _____

## [ ] SUMMONS

TO THE DEFENDANT:

You are summonsed to appear before the judge of the District Court of _____ County, Kentucky, on _____, 2_____, at _____ [ ] a.m. [ ] p.m. at (location) _____ to answer charge(s) of _____ in response to a complaint filed by _____

Failure to appear at the stated time and place, will subject you to contempt of Court.

ISSUED AT _Manchester_, _Clay_ County, Kentucky.
Date: _9-8_, _2004_   _Renee H Muncy_ Judge
_Clay District_ Court

### SHERIFF'S RETURN

[✓] Served on Defendant named herein this _13_ day of _October_, _2004_

[ ] Not served because: _____

CLAY COUNTY COURT SYSTEM  
Filed: 10/14/2004  
Judge No: 741001

### Defendant Information

**WHITE, LINSEY MARICLE**

393 CIRCLE DRIVE         ****** DOB: 02/06/1981  
                                  SSN: 407318591  
MANCHESTER, KY 40962-9736  
DLN#: OLKY M97927980

### Charges

10/13/2004   Cit# 4F9919422-1   Chg: 1   UOR0250620  
CRIMINAL POSSESSION FORGED INSTRUMENT-2ND DEGREE-I  
516060

### Witnesses

CW COUCH, JEFF,                    CCSS02JC  
CW MARICLE, R. CLETUS         @00000128769

### Bail / Bond Information

### Scheduled Events

ARR   10/18/2004   10:00 AM

10.20.04 Subp m. ser + pet'd
10.27.04 Subp m. sh + pet'd
11.17.04 Subp m. sno pet'd

DI   04-F-00456   KyCourtsII   10/14/2004 11:58:51AM  
COMMONWEALTH VS. WHITE, LINSEY MARICLE

Page 1 of 1