UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON
CRIMINAL MINUTES-GENERAL

Case No: 6:09-cr-16-01-DCR        At: London         Date: May 15, 2009

PRESENT: HON. **ROBERT E. WIER**, MAGISTRATE JUDGE

| Jackie Brock | Sandy Wilder | Steve Smith |
|---|---|---|
| Deputy Clerk | Court Reporter | AUS Attorney |

**DEFENDANT:**                                           **ATTORNEY FOR DEFENDANT:**
Russell Cletus Maricle (Custody) (Present)   David Hoskins (retained) (Present)

PROCEEDINGS: STATUS CONFERENCE

   This matter was called to announce release conditions.  The Court supplemented the conditions imposed by Judge Reeves, DE #215, after giving both sides an opportunity to comment or object.

   Defense counsel may file a motion for clarification on application of the conditions in DE #215 to, e.g., a person providing home maintenance at Defendant's residence and/or a person involved in transitioning Defendant's prior work in the Kentucky senior judge program.

   As to the scope of "extended family members," relative to condition no. 3 in Judge Reeves's order, the parties agreed that Defendant will, by counsel, prepare and provide to the United States a list of "extended family members" that may visit.  The United States may then indicate whether it objects to inclusion of any such persons on that list.  To the extent the United States approves of the list, Defendant may safely receive visitors on said list (assuming compliance with all other conditions).  Without leave of Court, Defendant may not have a visit from or contact with an extended family member not identified and cleared through this process.  If the parties have a dispute as a result of or during this exercise, they may apply to the Court for guidance.

   The United States shall inform Defendant of the status of Jonah Gregory (relative to his status as a potential witness, under condition no. 3 in DE #215) by not later than 3:00 p.m. on this date.  Until appropriately cleared, Defendant shall have no contact with Mr. Gregory.  The parties may apply to the Court for immediate guidance as to this witness, if necessary.  Defendant identified on the record that Philip Mobley would be a family member unable to visit at Defendant's home.

   The Court then released Defendant on the imposed conditions and restrictions as modified, stated on the record, and as set forth in the Order Setting Conditions of Release.  The Court advised Defendant of the possible repercussions for violating any of the conditions.



Signed By:
_Robert E. Wier_
United States Magistrate Judge

cc: COR, USM, USP

TIC: 30 min.