# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# SOUTHERN DIVISION
# (at London)

CASE NO. 09-16-ART                                    ELECTRONICALLY FILED

UNITED STATES OF AMERICA,                                           PLAINTIFF,

V.           MOTION TO AMEND RELEASE CONDITIONS

RUSSELL CLETUS MARICLE,                                            DEFENDANT.

\*\* \*\* \*\*

Comes now the Defendant, Russell Cletus Maricle, and moves the Court for an order amending the conditions of his release. Specifically, the Defendant requests that he be allowed contact and communication with the following three persons:

(1) Doris Callebs, Regional Court Administrator – Prior to his arrest, the Defendant was serving a senior judge in the Kentucky state court system. As such, he had a number of active cases in various counties assigned to him. Ms. Callebs is responsible for assuring these cases are accounted for and assigned to other judges. This may require Ms. Callebs to communicate with the Defendant.

(2) Michelle Gabill - regular housekeeper for the Defendant and his wife. Mrs. Maricle has a back injury which allows her to do only light housekeeping. Michelle Gabill has worked for the Maricles for a number of years, and has been coming to their home once a week for this purpose. The Defendant requests that he be allowed to

continue having her in his home for this limited purpose.

(3) Lonnie Hensley - regular yard man for the Defendant and his wife. Lonnie Hensley has also been employed by the Maricles for a number of years. The Defendant's residence is located on property that has a steep grade in the back

The Defendant submits that the requested modification of the terms of his release while not increase the risk of any interest of the government or the public.

WHEREFORE, an Order in conformity herewith is respectfully requested.

Respectfully submitted,

/s/David S. Hoskins
Attorney At Law
107 East First Street
Corbin, KY 40701
Telephone: (606) 526-9009
Facsimile: (606) 526-1021
Email:  davidhoskins@bellsouth.net
ATTORNEY FOR DEFENDANT
RUSSELL CLETUS MARICLE

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 20th day of May, 2009, the foregoing was filed electronically with the Clerk of the Court by using CM/ECF System which will send notice of filing to all counsel of record.

/s/David S. Hoskins
Attorney At Law
ATTORNEY FOR DEFENDANT
RUSSELL CLETUS MARICLE