# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# SOUTHERN DIVISION
# (at London)

CASE NO. 09-16-ART                                      **ELECTRONICALLY FILED**

UNITED STATES OF AMERICA,                                              PLAINTIFF,

VS.                              **ORDER**

RUSSELL CLETUS MARICLE,                                                DEFENDANT.

** ** **

This matter being before the Court on Motion of the Defendant, Russell Cletus Maricle, for amendments to his conditions of release and the Court being fully advised,

IT IS HEREBY ORDERED that the Defendant's motion is sustained. The Defendant shall be permitted to communicate with the Regional Court Administrator, Doris Callebs, and shall be permitted to allow Michelle Gabill to provide housekeeping services and to allow Lonnie Hensley to provide yard work services.

DATED this the ____ day of May, 2009.

_____
JUDGE, UNITED STATES DISTRICT COURT