# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
### SOUTHERN DIVISION
### LONDON

**CRIMINAL ACTION NO. 09-16-DCR**                *ELECTRONICALLY FILED*

**UNITED STATES OF AMERICA**                                    **PLAINTIFF**


**V.**                 <u>**RESPONSE OF UNITED STATES**</u>
<u>**TO DEFENDANT'S MOTION TO AMEND RELEASE CONDITIONS**</u>


**RUSSELL CLETUS MARICLE, ET AL**                          **DEFENDANT**

\*   \*   \*   \*   \*

In response to Defendant Russell Cletus Maricle's motion to amend release conditions [Record No. 225], the United States has no objections.

Respectfully submitted,

JAMES A. ZERHUSEN
UNITED STATES ATTORNEY

By:    <u>s/ Stephen C. Smith</u>
Assistant United States Attorney
601 Meyers Baker Road, Suite 200
London, Kentucky 40741
(606) 864-5523
(606) 864-3590
Stephen.smith4@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

On May 26, 2009, I electronically filed this response through the ECF system, which

will send the notice of electronic filing to:

David S. Hoskins, Esq.
*Attorney for Russell Cletus Maricle*

Bennett E. Bayer, Esq.
R. Kent Westberry, Esq.
*Attorneys for Douglas C. Adams*

T. Scott White, Esq.
*Attorney for Charles Wayne Jones*

Robert L. Abell, Esq.
*Attorney for William E. Stivers*

Kathryn Ann Walton, Esq.
*Attorney for Paul E. Bishop*

Jerry W. Gilbert, Esq.
*Attorney for William B. Morris*

Elizabeth S. Hughes, Esq.
*Attorney for Debra L. Morris*

s/ Stephen C. Smith
Assistant United States Attorney