UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
at LONDON

*ELECTRONICALLY FILED*

CRIMINAL ACTION NO. 09-16-DCR

UNITED STATES OF AMERICA                                                            PLAINTIFF

v.                              **MOTION FOR REARRAIGNMENT**

PAUL E. BISHOP                                                                         DEFENDANT

* * * * * * *

Comes the Defendant, by counsel, and moves the Court to set the matter for rearraignment to allow the above named Defendant to enter a plea of guilty to Count 1 of the Indictment in the above-styled action.

WHEREFORE, counsel for the defendant, Paul Bishop, respectfully requests that the matter be set for rearraignment at the Court's convenience.

Respectfully submitted,

KATHRYN A. WALTON, PLLC
201 West Vine Street
Lexington, KY  40507
(859) 381-0667
kwalton@kwaltonlaw.com


BY:  _s/ Kathryn A. Walton_
     KATHRYN A. WALTON
     ATTORNEY FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

       I hereby certify that on the 28th day of May, 2009, a true and correct copy of the foregoing was filed electronically with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Hon. Stephen Smith
U.S. Attorney's Office
Stephen.Smith4@usdoj.gov
Hon. David Hoskins
davidhoskins@bellsouth.net

Hon. Henry Hughes
Henry.hughes@qx.net

Hon. Jerry Gilbert
jerry@coygilbert.com

Hon. Kristin N. Logan
Klogan@landrumshouse.com

Hon. Robert Abell
Robert@robertabelllaw.com

Hon. Thomas Hunter Payne
Gilliamandpayne@windstream.net

Hon. Bennett E. Bayer
bbayer@landrumshouse.com

Hon. Elizabeth Snow Hughes
EHughes@gmalaw.com

Hon. Jason Parman
Jason.Parman@usdoj.gov

Hon. Joyce A. Merritt
jamlawyer@mindspring.com

Hon. R. Kent Westberry
kwestberry@landrumshouse.com

Hon. T. Scott White
tsw@morganandpottinger.com

                                                   s/ *Kathryn A. Walton*
                                                   ATTORNEY FOR DEFENDANT