UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
at LONDON

***ELECTRONICALLY FILED***

CRIMINAL ACTION NO. 09-16-DCR

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                                    **ORDER**

PAUL E. BISHOP                                              DEFENDANT

* * * * * * *

The defendant having filed a motion for rearraignment, and the court being

sufficiently advised,

**IT IS ORDERED** that the motion will be heard before the undersigned on

_____, at _____ _.m.

Signed on _____

_____
Honorable Danny C. Reeves
United States District Judge