UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

CASE NO. 09-16-ART                                      ELECTRONICALLY FILED

UNITED STATES OF AMERICA,                                              PLAINTIFF,

V.                    MOTION FOR ENLARGEMENT OF TIME

RUSSELL CLETUS MARICLE,                                               DEFENDANT.

** ** **

Comes now the Defendant Russell Cletus Maricle, by counsel, and moves the Court for an extension of time in which to file defensive motions. The current deadline is June, 15, 2009. The Defendant requests that this be extended thirty (30) days. As grounds for this motion, the undersigned states that the government has yet to complete discovery. Specifically, the government has yet to provide copies of recorded conversations of May 2, 2007 and May 4, 2007. Counsel for the Defendant expressly requested these recordings at the status conference on April 30, 2009 and again by letter dated May 21, 2009, a copy of which is attached hereto. These recordings are referenced in the search warrant affidavit and are thus of the utmost importance.

WHEREFORE, an Order in conformity herewith is respectfully requested.

Respectfully submitted,

/s/David S. Hoskins
Attorney At Law
107 East First Street
Corbin, KY 40701
Telephone: (606) 526-9009
Facsimile: (606) 526-1021
Email:  davidhoskins@bellsouth.net
ATTORNEY FOR DEFENDANT
RUSSELL CLETUS MARICLE

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 4th day of June, 2009, the foregoing was filed electronically with the Clerk of the Court by using CM/ECF System which will send notice of filing to all counsel of record.

/s/David S. Hoskins
Attorney At Law
ATTORNEY FOR DEFENDANT
RUSSELL CLETUS MARICLE