# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# SOUTHERN DIVISION
# (at London)

CASE NO. 09-16-ART                            **ELECTRONICALLY FILED**

**UNITED STATES OF AMERICA,**                            **PLAINTIFF,**

**VS.**                                           **ORDER**

**RUSSELL CLETUS MARICLE,**                            **DEFENDANT.**

\*\* \*\* \*\*

This matter having come before the Court on the Defendant, Russell Cletus Maricle's, motion to extend the time for filing defensive motions, and the Court being sufficiently advised,

It is hereby ordered that the deadline for filing defensive motions is extended to July 15, 2009.

On this the _____ day of June, 2009.

_____
JUDGE, UNITED STATES DISTRICT COURT