**DAVID S. HOSKINS**
Attorney at Law
107 East First Street
Corbin, Kentucky 40701

Telephone: (606) 526-9009                                   Fax: (606) 526-1021
E-Mail: davidhoskins@bellsouth.net

May 21, 2009

Hon. Stephen C. Smith
Assistant United States Attorney
601 Meyers Baker Road
London, Kentucky 40741-3035

                Re:   United States v. Russell Cletus Maricle
                      USDC, Case No. 09-16-ART

Dear Steve:

    As I mentioned at the April 30th status conference in this case, I have yet to receive the recordings of May 2, 2007 and May 4, 2007 that are referenced in the search warrant affidavits. As our June 15 motion date is approaching, I would appreciate receiving these as soon as possible. I enclose two blank disks.

                                  Sincerely,

                                  David S. Hoskins

DSH/rge
Enclosure