UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

CASE NO. 09-16-ART                                    ELECTRONICALLY FILED

UNITED STATES OF AMERICA,                                             PLAINTIFF,

V.         MOTION TO AMEND RELEASE CONDITIONS

RUSSELL CLETUS MARICLE,                                              DEFENDANT.

\*\* \*\* \*\*

Comes now the Defendant, Russell Cletus Maricle, and moves the Court for an order amending the conditions of his release. Specifically, the Defendant requests that he be allowed to attend the Kentucky Bar Association's memorial service for deceased members of the bar to be held June 11, 2009 at Trinity Episcopal Church, 16 East Fourth Street, Covington, Kentucky. The Defendant's son, who passed away in January of this year, will be among those for whom the memorial service will be held. The Defendant requests that he be allowed to leave his home at 5:30 a.m. on that date and return home at 6:00 p.m. on the same day.

WHEREFORE, an Order in conformity herewith is respectfully requested.

Respectfully submitted,

/s/David S. Hoskins
Attorney At Law

1

> 107 East First Street
> Corbin, KY 40701
> Telephone: (606) 526-9009
> Facsimile: (606) 526-1021
> Email: davidhoskins@bellsouth.net
> ATTORNEY FOR DEFENDANT
> RUSSELL CLETUS MARICLE

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 4th day of June, 2009, the foregoing was filed electronically with the Clerk of the Court by using CM/ECF System which will send notice of filing to all counsel of record.

> /s/David S. Hoskins
> Attorney At Law
> ATTORNEY FOR DEFENDANT
> RUSSELL CLETUS MARICLE