# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# SOUTHERN DIVISION
# (at London)

CASE NO. 09-16-DCR                                          ELECTRONICALLY FILED

UNITED STATES OF AMERICA,                                              PLAINTIFF,

VS.                                         ORDER

RUSSELL CLETUS MARICLE,                                                DEFENDANT.

\*\* \*\* \*\*

This matter being before the Court on Motion of the Defendant, Russell Cletus Maricle, for amendments to his conditions of release and the Court being fully advised,

IT IS HEREBY ORDERED that the Defendant's motion is sustained. The Defendant shall be permitted to attend the Kentucky Bar Association's memorial service at the Trinity Episcopal Church in Covington, Kentucky on June 11, 2009. He shall be allowed to leave his home at 5:30 a.m. on that date and return home no later than 6:00 p.m. on the same day.

DATED this the ____ day of June, 2009.

_____
JUDGE, UNITED STATES DISTRICT COURT