# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# SOUTHERN DIVISION
# LONDON

**CRIMINAL ACTION NO. 09-16-DCR**                    *ELECTRONICALLY FILED*

**UNITED STATES OF AMERICA**                                        **PLAINTIFF**

**V.**            **RESPONSE OF UNITED STATES**
**TO DEFENDANT'S MOTION TO AMEND RELEASE CONDITIONS**

**RUSSELL CLETUS MARICLE, ET AL**                                **DEFENDANT**

\* \* \* \* \*

In response to Defendant Russell Cletus Maricle's motion to amend release conditions to allow Defendant Russell Cletus Maricle to attend the Kentucky Bar Association's Memorial Service [Record No. 243], the United States has no objections.

        Respectfully submitted,

        JAMES A. ZERHUSEN
        UNITED STATES ATTORNEY

By:   s/ Stephen C. Smith
        Assistant United States Attorney
        601 Meyers Baker Road, Suite 200
        London, Kentucky 40741
        (606) 864-5523
        (606) 864-3590
        Stephen.smith4@usdoj.gov

CERTIFICATE OF SERVICE

On June 5, 2009, I electronically filed this response through the ECF system, which will send the notice of electronic filing to:

David S. Hoskins, Esq.
*Attorney for Russell Cletus Maricle*

Bennett E. Bayer, Esq.
R. Kent Westberry, Esq.
*Attorneys for Douglas C. Adams*

T. Scott White, Esq.
*Attorney for Charles Wayne Jones*

Robert L. Abell, Esq.
*Attorney for William E. Stivers*

Kathryn Ann Walton, Esq.
*Attorney for Paul E. Bishop*

Jerry W. Gilbert, Esq.
*Attorney for William B. Morris*

Elizabeth S. Hughes, Esq.
*Attorney for Debra L. Morris*

R. Tucker Richardson, Esq.
Russell James Baldani, Esq.
*Attorney for Freddy W. Thompson*

                                            s/ Stephen C. Smith
                                            Assistant United States Attorney