UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON

**ELECTRONICALLY FILED**

CRIMINAL ACTION NO. 09-16-DCR

UNITED STATES OF AMERICA					PLAINTIFF

VS.

**MOTION FOR EXTENSION TO**
**FILE DEFENSE MOTIONS**

FREDDY W. THOMPSON, et al.					DEFENDANTS

\*\*   \*\*   \*\*\*   \*\*   \*\*

Comes the Defendant, Freddy Thompson, by counsel, and moves the Court to extend the deadline for the filing of defensive motions, currently set for June 15, 2009, to allow thirty (30) additional days. In support of this request, Defendant states as follows:

1. On May 28, 2009 undersigned counsel entered their appearance as counsel of record for Defendant, as he was obligated to obtain new counsel as the result of this Court's disqualification order. Counsel immediately began the laborious process of going through the discovery provided to Defendant's previous counsel, which included a large box of paper discovery, and approximately nineteen audio recordings. Counsel had not even completed an initial review of the original discovery when on June 5, 2009, the United States produced approximately twelve additional audio recordings.

2. As this Court is aware, the above-captioned indictment involves a multiple defendant criminal RICO action which has been designated as complex. Given the late entry of undersigned counsel into this case, the voluminous discovery originally provided, the fact that the discovery process is apparently still ongoing, and the complex nature of the litigation, counsel needs an extension of at least 30 days to file whatever motions are deemed appropriate. For these reasons, the Defendant Thompson

respectfully requests that the Court grant an extension of at least 30 days from June 15, 2009, for the filing of defensive motions.

Respectfully submitted,

/s/  Russell J. Baldani
RUSSELL J. BALDANI

/s/  R. Tucker Richardson, III

BALDANI, ROWLAND & RICHARDSON
300 W. Short Street
Lexington, KY  40507
(859) 259-0727

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served by electronic submission, upon all parties, on this the 8th day of June, 2009.

/s/  Russell J. Baldani
RUSSELL J. BALDANI