UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | Criminal Action No. 6: 09-16-DCR |
| v. | ) ) | |
| RUSSELL CLETUS MARICLE, et al., | ) ) | **MINUTE ORDER** |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter was called for hearing on the Defendants' Motions for Extension of Time to File Defensive Motions [Rec. Nos. 240, 245, 247, 248, 251, and 254] on June 15, 2009, at London, Kentucky. The United States was represented by Stephen C. Smith, Assistant United States Attorney. Defendant Russell Cletus Maricle was present and represented by retained counsel, David S. Hoskins. Defendant Douglas C. Adams was present and represented by retained counsel, Bennett E. Bayer and R. Kent Westberry. Defendant Charles Wayne Jones was not present but represented by appointed counsel, T. Scott White. Defendant William E. Stivers was present and represented by appointed counsel, Robert L. Abell. Defendant Freddy W. Thompson was present and represented by retained counsel, Russell James Baldani. Defendant William B. Morris was present and represented by retained counsel, Jerry W. Gilbert. Defendant Debra L. Morris was present and represented by appointed counsel, Elizabeth S. Hughes.

The proceeding was reported by official court reporter, Cindy Oakes. The courtroom deputy in attendance was Jacqueline Brock.

-1-

For the reasons as stated on the record, it is **ORDERED** as follows:

1) Defendants' Motions for Extension of Time to File Defensive Motions [R. 240, 245, 247, 248, 251, and 254], are **GRANTED**.

2) The Defendants shall have until **July 15, 2009**, to file any defensive motions.

3) The preliminary pretrial conference previously scheduled for August 4, 2009, is **RESCHEDULED** for **Friday, August 21, 2009**, at the hour of **9:00 a.m.**, at the United States Courthouse in London, Kentucky. Any deadlines associated with the preliminary pretrial conference shall be relative to the new date.

4) Defendant Freddy Thompson may file a written motion seeking copies of the Sealed Orders regarding the disqualification of prior counsel, Mr. Guarnieri. Defendant Thompson shall file such motion no later than **June 22, 2009**. The United States shall file its response on or before **June 29, 2009.** The matter shall be submitted to the United States Magistrate Judge for consideration.

This 15th day of June, 2009.

Signed By:
*Danny C. Reeves* DCR
United States District Judge

TIC: 20 min