UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 6:09cr00016-DCR<br>Judge Danny C. Reeves |
| v. | : | |
| RUSSELL CLETUS MARICLE, et al. | : | |
| Defendant. | : | |

**NOTICE OF FILING**

I hereby certify that a copy of a Notice of Appearance for Martin S. Pinales was electronically filed on the 18th day of June, 2009 and served via the court's electronic filing system upon the parties of record.

Respectfully submitted,

 /s/ Martin S. Pinales
Martin S. Pinales  (Ohio Bar No. 0024570)
Sirkin, Pinales & Schwartz LLP
105 West Fourth Street, Suite 920
Cincinnati, Ohio 45202
Telephone: (513) 721-4876
Telecopier: (513) 721-0876
mpinales@cinci.rr.com

**CERTIFICATE OF SERVICE**

I hereby certify that an exact copy of the foregoing document was provided via the Court's electronic filing system upon the parties of record, on the 19th day of June, 2009.

                                      /s/ Martin S. Pinales
                                      Martin S. Pinales (Ohio Bar No. 0024570)