UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No.  6:09cr00016-DCR |
| | | Judge Danny C. Reeves |
| v. | : | |
| RUSSELL CLETUS MARICLE, et al., | : | |
| Defendants. | : | |

**MOTION FOR PRO HAC VICE ADMISSION
OF CANDACE C. CROUSE**

Comes now Martin S. Pinales and moves this Court for an Order permitting Candace C. Crouse, Esq. to appear as co-counsel for the Defendant, Russell Cletus Maricle, in the within cause. Said Candace C. Crouse is admitted to the Bar of the State of Ohio, the United States Court of Appeals for the Sixth Circuit, the United States District Court for the Northern and Southern Districts of Ohio.

A Certificate of Good Standing issued by the Supreme Court of Ohio dated March 23, 2009 is attached and incorporated herein.

Respectfully submitted,

  /s/ Martin S. Pinales
Martin S. Pinales  (Ohio Bar No.  0024570)
Sirkin, Pinales & Schwartz LLP
105 West Fourth Street, Suite 920
Cincinnati, Ohio 45202
Telephone: (513) 721-4876
Telecopier: (513) 721-0876
mpinales@cinci.rr.com

**CERTIFICATE OF SERVICE**

I hereby certify that an exact copy of the foregoing document was provided via the Court's electronic filing system upon the parties of record, on the 23rd day of June, 2009.

          /s/ Martin S. Pinales
          Martin S. Pinales (Ohio Bar No. 0024570)