**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**

UNITED STATES OF AMERICA,           :

                Plaintiff,           :           Case No.  6:09cr00016-DCR
                                (Judge Danny C. Reeves)

       v.           :

RUSSELL CLETUS MARICLE, et al.,           :

                Defendants.           :

                            :

---

**PROPOSED ORDER GRANTING**
**PRO HAC VICE ADMISSION OF**
**CANDACE C. CROUSE**

---

        For good cause shown, Defendant's Motion for Pro Hac Vice Admission of Candace C. Crouse, to appear as co-counsel is hereby granted.


_____        
_____Honorable Danny C. Reeves, Judge