UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　Plaintiff,<br><br>vs.<br><br>CHARLES W. JONES,<br>　　　Defendant. | )<br>)<br>)<br>) Criminal No. 6: 09-16-DCR<br>)<br>)<br>)<br>) |

**MOTION FOR BILL OF PARTICULARS**
***** ***** *****

The Defendant, Charles W. Jones ("Defendant"), by counsel, moves the Court to pursuant to 7(f) of the Federal Rules of Criminal Procedure to direct the United States to file a Bill of Particulars as to the following matters embraced within the Indictment [DN# 3] in order for the Defendant to adequately prepare for trial:

1.　For each overt act on which the government intends to rely at trial to prove the Defendant's commission of the offense charged in Counts 1, 2, 3, 4, 5, 6, 9, and 10, require the United States to set forth the:

　　A.　The date and time that it occurred;

　　B.　The physical location that it occurred, specifying the address if applicable;

　　C.　The identity of all persons present, and as to each person his/her name, address, telephone number, and, if known, relation to any Defendant; and,

　　D.　A summary of the conversation between the Defendant and any other person during the event.

1

2. As to the Racketeering Conspiracy set out in Count 1 and the Conspiracy in Counts 9 and 10, please state the date that you allege that the Defendant joined the conspiracy, and the dates and locations of meetings or conversations at which the Defendant allegedly joined the conspiracy.

3. Due to the nature of the alleged crime – a RICO conspiracy – please identify each confidential informant and/or cooperating witness, and as to each state:

    A. The person(s) full name, address, and telephone number; and,

    B. The date that the person became engaged to act in such a cooperating capacity.

4. As to Count 1, paragraph 11, the Grand Jury states that the Defendant "personally enriched" himself and his associates. As to this allegation, please state the form of value that such enrichment took (cash, property, etc.), the date any such value was received by the Defendant, and all person(s) who participated in providing such value to the Defendant.

5. As to the RICO predicate acts that the Defendant is alleged to have committed in Count 1, please identify which predicate act(s) you allege that the Defendant committed and as to each overt act you intend to rely on at trial to establish he committed such act, please state:

    A. The date and time that it occurred, and the means used to commit the act;

    B. The physical location that it occurred, specifying the address if applicable;

C. The identity of all persons present, and as to each person his/her name, address, telephone number, and, if known, relation to any Defendant; and,

D. A summary of the conversation between the Defendant and any other person during the event.

6. As to each conspiracy count, state whether the Defendant is a principal or an aider and abettor.

7. As to Count 3, please identify by full name and address the person "CWL".

For these reasons, and those set out in the accompanying memorandum, the Defendant Jones respectfully requests that the Court grant his request for a Bill of Particulars.

A proposed order is attached as Exhibit A.

Following the briefing of this Motion, the Defendant respectfully requests oral argument.

This the 4th day of July, 2009.

/s/ Scott White_____.
Scott White
Morgan & Pottinger, P.S.C.
133 W. Short Street
Lexington, KY 40507
859. 226-5288 (DIRECT)
859. 255-2038 (FAX)
tsw@m-p.net

Certificate of Service

This Motion is being served to all parties via ECF system.

/s/ Scott White_____.
Scott White