EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff, | )<br>)<br>) |
| vs. | ) Criminal No. 6: 09-16-DCR<br>) |
| CHARLES W. JONES,<br>    Defendant. | )<br>)<br>) |

**ORDER**
**(proposed)**
***** ***** *****

The Defendant, Charles W. Jones ("Defendant"), by counsel, has moved the Court pursuant to 7(f) of the Federal Rules of Criminal Procedure to direct the United States to file a Bill of Particulars relating to matters embraced within the Indictment [DN# 3] .

For good cause shown and after reviewing the briefs submitted and argument of counsel, if is ORDERED that the United States shall file a Bill of Particulars as outlined in the Defendant Jones' Motion on or before _____ ___, 2009.

So ORDERED this ___ day of _____, 2009.

_____.
Danny C. Reeves,
United States District Judge, presiding

1