UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  | |
|     Plaintiff, ) | |
| ) | |
| vs. ) | Criminal No. 6: 09-16-DCR |
| ) | |
| CHARLES W. JONES, ) | |
|     Defendant. ) | |
| _____ ) | |

**MOTION TO STRIKE SURPLUSAGE**
***** ***** *****

    The Defendant, Charles W. Jones ("Defendant"), by counsel, moves the Court to pursuant to 7(d) of the Federal Rules of Criminal Procedure to strike the surplusage from the Indictment [DN# 3], and to order that it cannot be read or given to the jury at trial.

    FRCrP 7(d) exists to provide a ". . . means of protecting the defendant against immaterial or irrelevant allegations in an indictment or information, which may, however, be prejudicial." *Committee Note to subdvision d; and, United States v. Kemper,* 503 F.2d 327, 329 (6th Cir.1974). Such is the case here.

    Essentially, the United States has written a press release with its use of a "speaking indictment." This technique has been described by one commentator as "[p]rosectors, however, especially in RICO cases, charge in gargantuan 'speaking indictments' that include unnecessary, often confusing, factual details which muddle otherwise sufficient general statutory recitals." *Rakoff, J. & Goldstein ,H., RICO: Civil and Criminal Law & Strategy, §10.02, p. 10-8 (Cum. Supp. 2008); cf, US v. Lawson,* slip op. 2009 WL 62145 (E.D.Ky. 2009).

1

Here, the Indictment is permeated with argumentative and salacious narrative unessential to the purpose of the indictment which has already found its way into the public domain. In order to protect the Defendant and insure a fair trial, the Court should now strike the surplusage and preclude the United States from reading the Indictment to the jury at trial.

A proposed order is attached as Exhibit A.

For these reasons, the Defendant Jones respectfully requests that the Court grant his request to strike the surplusage from the Indictment.

This the 4th day of July, 2009.

/s/ Scott White_____.
Scott White
Morgan & Pottinger, P.S.C.
133 W. Short Street
Lexington, KY  40507
859. 226-5288 (DIRECT)
859. 255-2038 (FAX)
tsw@m-p.net

Certificate of Service

This Motion is being served to all parties via ECF system.

/s/ Scott White_____.
Scott White