UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>　　　Plaintiff, )<br>　　　　　　　　　　　　　　　　　)<br>**vs.** )<br>　　　　　　　　　　　　　　　　　)<br>**CHARLES W. JONES,** )<br>　　　Defendant. )<br>_____) | Criminal No. 6: 09-16-DCR |

**MOTION TO STRIKE SURPLUSAGE**
***** ***** *****

　　The Defendant, Charles W. Jones ("Defendant"), by counsel, has moved the Court pursuant to 7(d) of the Federal Rules of Criminal Procedure to strike te surplussage from the Indictment [DN#3], and to preclude the United States from reading or providing it to the jury at trial.

　　For good cause shown, it is ORDERED that the United States shall strike those parts of the of the Indictment which are unessential to the charged crimes, and is further PRECLUDED from reading or giving the Indictment to the jury at trial.

　　So ORDERED this __ day of _____, 2009.


　　_____.
　　Danny C. Reeves,
　　United States District Judge, presiding

1