UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

CRIMINAL ACTION NO. 09-16-S-DCR

UNITED STATES OF AMERICA          PLAINTIFF

V.     **MOTION OF UNITED STATES TO SEAL INDICTMENT, THIS MOTION, AND SUBSEQUENT PLEADINGS**

RUSSELL CLETUS MARICLE,
DOUGLAS C. ADAMS,
CHARLES WAYNE JONES,
WILLIAM E. STIVERS,
    aka AL MAN,
FREDDY W. THOMPSON,
WILLIAM B. MORRIS,
    aka BART,
DEBRA L. MORRIS
    aka DEBBIE, and
STANLEY BOWLING          DEFENDANTS

AT LONDON
LESLIE G. WHITMER
CLERK U.S. DISTRICT COURT
JUL 09 2009
Eastern District of Kentucky
FILED

\* \* \* \* \*

The United States moves to seal the indictment, this motion, and subsequent pleadings.

Respectfully submitted,

JAMES A. ZERHUSEN
UNITED STATES ATTORNEY

By: _____
Stephen C. Smith
Assistant United States Attorney
601 Meyers Baker Road, Suite 200
London, Kentucky 40741
(606) 864-5523
FAX (606) 864-3590
Stephen.Smith4@usdoj.gov