UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

AT LONDON
LESLIE G. WHITMER
CLERK U.S. DISTRICT COURT
JUL 09 2009
Eastern District of Kentucky
FILED

CRIMINAL ACTION NO. <u>09-16-S-DCR</u>

UNITED STATES OF AMERICA     PLAINTIFF

V.     <u>ORDER SEALING INDICTMENT,<br>MOTION, AND SUBSEQUENT PLEADINGS</u>

RUSSELL CLETUS MARICLE,
DOUGLAS C. ADAMS,
CHARLES WAYNE JONES,
WILLIAM E. STIVERS,
   aka AL MAN,
FREDDY W. THOMPSON,
WILLIAM B. MORRIS,
   aka BART,
DEBRA L. MORRIS
   aka DEBBIE, and     DEFENDANTS
STANLEY BOWLING

\* \* \* \* \*

The Court ORDERS that the motion of the United States to seal is GRANTED, and the indictment, the motion to seal, this order, and subsequent pleadings shall remain UNDER SEAL pending further order of the Court.

On this  9th  day of  July , 2009.

                       /s/
                  UNITED STATES MAGISTRATE JUDGE

Copy: Stephen C. Smith, Assistant United States Attorney