**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**AT LONDON**

**CRIMINAL ACTION NO.: 6:09-CR-16-02-DCR**

UNITED STATES OF AMERICA                                                             PLAINTIFF

v.    **DEFENDANT DOUGLAS C. ADAMS'**
      **MOTION FOR ADDITIONAL**
      **TIME TO FILE DEFENSIVE MOTIONS**

RUSSELL CLETUS MARICLE;
DOUGLAS C. ADAMS;
CHARLES WAYNE JONES;
WILLIAM E. STIVERS,
a/k/a AL MAN;
FREDDY W. THOMPSON;
WILLIAM B. MORRIS, a/k/a BART;
DEBRA L. MORRIS, a/k/a DEBBIE;
and STANLEY BOWLING                                                                 DEFENDANTS

*** *** ***

The Defendant, Douglas C. Adams, by counsel, moves this Court for additional time to file "defensive motions". In support thereof, Defendant Adams states as follows:

On July 9, 2009, a Superceding Indictment was issued in this case. Defendant Adams and his co-defendants are scheduled to be arraigned on this Superceding Indictment on July 16, 2009. The Superceding Indictment includes three additional counts, with Adams being named in each of the new counts. There is also an additional defendant, Stanley Bowling, named in the Superceding Indictment.

The new counts allege criminal conduct against Adams not contained within the original Indictment and are beyond the scope of the originally described charges brought against Defendant

Adams. As best as can be determined, Defendant Adams has not received any discovery relating to the new counts nor has the government indicated when such discovery will be provided. As a result, the full effect of these new charges on the type and nature of the "defensive motions" counsel intends to file is not yet known and counsel cannot be sure whether these new counts will limit, expand, or in any way change the scope and thrust of the "defensive motions".

Without any discovery, counsel does not have sufficient information from which to determine what, if any, defensive motions should be filed with respect to the new counts. As such, Defendant Adams is not in a position to file "all" "defensive motions" in this case by the current July 15, 2009, deadline.

Recognizing the logistical dilemma posed by the Superceding Indictment, the United States has filed a Response to the Motion for a Bill of Particulars filed by Defendant Charles W. Jones (Docket Entry #278), stating that:

> The grand jury having returned a superceding indictment which has substantially expanded the indictment, it is requested that the Defendant's motion be denied as moot without prejudice to his right to renew under the new indictment.

Inasmuch as the Court will by necessity be required to establish different deadlines for "defensive motions" related to the new counts, and because a new Defendant has been added to the case, it is far more logical, practical and economic to allow "all defensive motions", by all defendants to be filed by a single date, rather than having two (2) series of motions filed on different dates for some defendants, while the new defendant must be afforded completely different dates due to his late entry. In addition, it is anticipated some of the "defensive motions" regarding the original Indictment and the Superceding Indictment may be factually intertwined, which means that the

separate motions will by necessity have to be re-filed if two (2) separate dates are used to file the motions.

This motion is solely the result of the Superceding Indictment being unsealed (not otherwise disclosed to this Defendant) less than a week before the "defensive motions" were due to be filed. The Defendant has no control over the timing of the new indictment and therefore he could not have anticipated the need for extending the deadline to file the "defensive motions". This motion is made in good faith and there is a great need and basis for extending the deadline for filing these motions until after the supplemental discovery occurs and the court can visit all pending deadlines.

In addition, it is now anticipated that counsel will be required to move for a continuance of the September 14, 2009, trial date due to the late filing of the Superceding Indictment.

WHEREFORE, Defendant Douglas C. Adams respectfully requests that this Court allow him no less than thirty (30) days from the disclosure of all information regarding the new counts to file "defensive motions" in this case.

    Respectfully submitted,

    /s/ Bennett E. Bayer
    Bennett E. Bayer
    R. Kent Westberry
    Kristin N. Logan
    LANDRUM & SHOUSE, LLP
    106 West Vine Street
    Suite 800
    Lexington, Kentucky 40507
    Ph: (859) 255-2424
    Fax: (859) 233-0308
    kwestberry@landrumshouse.com
    bbayer@landrumshouse.com
    klogan@landrumshouse.com

    ***COUNSEL FOR DEFENDANT***
    ***DOUGLAS C. ADAMS***

## CERTIFICATE OF SERVICE

    I hereby certify that on the 13th day of July, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to the individuals set forth in the Court's service certificate.

                /s/ Bennett E. Bayer
                *Counsel for Defendant*
                *Douglas C. Adams*