# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## SOUTHERN DIVISION
## AT LONDON

**CRIMINAL ACTION NO.: 6:09-CR-16-02-DCR**

UNITED STATES OF AMERICA                                         PLAINTIFF

v.                                          **ORDER**

RUSSELL CLETUS MARICLE;
DOUGLAS C. ADAMS;
CHARLES WAYNE JONES;
WILLIAM E. STIVERS,
a/k/a AL MAN;
FREDDY W. THOMPSON;
WILLIAM B. MORRIS, a/k/a BART;
DEBRA L. MORRIS, a/k/a DEBBIE;
and STANLEY BOWLING                                              DEFENDANTS

*** *** ***

IT IS HEREBY ORDERED that Defendant Douglas C. Adams' motion for additional time to file defensive motions is GRANTED.  Defendant Adams shall have until thirty (30) days following disclosure of all materials by the United States relating to the Superceding Indictment, to file defensive motions.