UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON

**ELECTRONICALLY FILED**

CRIMINAL ACTION NO. 09-16-DCR

UNITED STATES OF AMERICA                                                      PLAINTIFF

VS.

**ORDER**

FREDDY W. THOMPSON, et al.                                                    DEFENDANTS

\*\* \*\* \*\*\* \*\* \*\*

Upon Motion of the Defendant, and the Court being otherwise sufficiently advised;

**IT IS HEREBY ORDERED AND ADJUDGED** that Defendant is given ____ days, to and including _____, 2009, in which to file his defensive motions.

Entered this the ___ day of July, 2009.

_____
JUDGE, UNITED STATES DISTRICT COURT