# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# SOUTHERN DIVISION
# (at London)

CASE NO. 09-16-S-DCR                                    ELECTRONICALLY FILED

UNITED STATES OF AMERICA,                                              PLAINTIFF,

V.              **MOTION FOR ENLARGEMENT OF TIME**

RUSSELL CLETUS MARICLE,                                                DEFENDANT.

** ** **

Comes now the Defendant Russell Cletus Maricle, by counsel, and moves the Court for an extension of time in which to file defensive motions, including, but not limited to, motions to suppress evidence arising from the searches of this defendant's home, safe deposit box, and cell phone, as well as any other searches relevant to this case. The current deadline is July 15, 2009. The Defendant requests that this be extended to fifteen (15) days after the government completes discovery. As grounds for this motion, the undersigned states that a superseding indictment was returned on Friday, July 10, 2009 which added a substantially different offense from those in the original indictment. On Monday, July 13, 2009, counsel for this Defendant spoke to Assistant United States Attorney Stephen C. Smith who advised counsel that additional discovery would be forthcoming which would explain the new counts in the superseding indictment, but that this additional material would not be available until several days after the arraignment on

the superseding indictment, now scheduled for July 16, 2009. In order to provide a constitutionally adequate defense, counsel for the Defendant must have sufficient time to review all discovery material and determine what motions should be filed. The requested extension would thus be necessary to protect the Defendant's rights.

WHEREFORE, an Order in conformity herewith is respectfully requested.

Respectfully submitted,

/s/David S. Hoskins
Attorney At Law
107 East First Street
Corbin, KY 40701
Telephone: (606) 526-9009
Facsimile: (606) 526-1021
Email: davidhoskins@bellsouth.net
ATTORNEY FOR DEFENDANT
RUSSELL CLETUS MARICLE

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 15th day of July, 2009, the foregoing was filed electronically with the Clerk of the Court by using CM/ECF System which will send notice of filing to all counsel of record.

/s/David S. Hoskins
Attorney At Law
ATTORNEY FOR DEFENDANT
RUSSELL CLETUS MARICLE

2