# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
### SOUTHERN DIVISION
#### (at London)

CASE NO. 09-16-S-DCR                              **ELECTRONICALLY FILED**

UNITED STATES OF AMERICA,                                           PLAINTIFF,

VS.                                              **ORDER**

RUSSELL CLETUS MARICLE,                                             DEFENDANT.

\*\* \*\* \*\*

This matter having come before the Court on the Defendant, Russell Cletus Maricle's, motion to extend the time for filing defensive motions, and the Court being sufficiently advised,

IT IS HEREBY ORDERED that the deadline for filing defensive motions is extended to fifteen (15) days after the United States provides all discovery in this case. The United States is ordered to file a notice when discovery is complete.

On this the _____ day of July, 2009.

_____
JUDGE, UNITED STATES DISTRICT COURT