UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No.  6:09cr00016-DCR<br>Judge Danny C. Reeves |
| v. | : | |
| RUSSELL CLETUS MARICLE, et al., | : | Electronically Filed |
| Defendants. | : | |

**PROPOSED ORDER GRANTING
MOTION FOR BILL OF PARTICULARS**

The Defendant, Russell Cletus Maricle, having moved the Court for a Bill of Particulars, and the Court finding merit in said Motion after hearing arguments of counsel for all parties, and being otherwise fully advised, it is hereby

ORDERED that the Motion is granted, and the Government shall provide a Bill of Particulars as requested in Defendant's Motion.

DATED this the _____ day of _____, 2009.


_____
JUDGE, UNITED STATES DISTRICT COURT