UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 6:09cr00016-DCR<br>Judge Danny C. Reeves |
| v. | : | |
| RUSSELL CLETUS MARICLE, et al., | : | Electronically Filed |
| Defendants. | : | |

**MOTION FOR DISQUALIFICATION
OF ASSISTANT UNITED STATES ATTORNEY, STEVEN SMITH
AND MEMORANDUM IN SUPPORT**

Now comes, Defendant, Russell Cletus Maricle, by and through counsel, and respectfully moves this Honorable Court pursuant to 28 U.S.C. § 528 to order that AUSA Steven Smith is disqualified from participation in this case on the grounds that he is related to Edward Jordan, who is a potential witness in this case. The reasons for this Motion are more fully set out in the attached memorandum in support. Defendant requests an evidentiary hearing on this issue.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| /s/ Candace C. Crouse<br>Martin S. Pinales (Ohio Bar No. 0024570)<br>Candace C. Crouse (Ohio Bar No. 0072405)<br>*Admitted Pro Hac Vice*<br>Sirkin, Pinales & Schwartz LLP<br>105 West Fourth Street, Suite 920<br>Cincinnati, Ohio 45202<br>Telephone: (513) 721-4876<br>Fax: (513) 721-0876<br>mpinales@cinci.rr.com<br>ccrouse@sirkinpinales.com | /s/ David S. Hoskins by CCC w/permission<br>David S. Hoskins<br>107 E. First Street<br>Corbin , KY 40701<br>Telephone: 606-526-9009<br>Fax: 606-526-1021<br>davidhoskins@bellsouth.net |

**MEMORANDUM IN SUPPORT**

The Government turned over numerous CD's of undercover audio recordings by cooperating witnesses. One of the recordings contains a conversation that took place on April 30, 2007 between Edward Jordan and two cooperating witnesses (CW). Edward Jordan was Clay County Sheriff from 1989 to 2006, and as a result, a member of the Clay County Board of Elections. He was not named in the Indictment in this case. During the conversation, the CWs informed Jordan that they were being called to testify before the grand jury. Jordan and the CWs proceeded to discuss what they would say to the grand jury the following Wednesday. Jordan also told the CWs to tell the grand jury that Doug Adams is the man that runs Clay County. Jordan and the CWs had the following exchange:

| | |
|---|---|
| Jordan: | . . . Doug Abner . . . said this last election in Clay County said we're gettin' now where we can uh, you know, believe in the school board and he said the last election was the only clean election we've ever had in Clay County in 100 years. And see it takes a dumb son of a bitch to get up and say that. . . I'm gonna meet this man. I was going to be truthful with you Wednesday, but I can't now cause he'll probably be over there. |
| CW1: | Who? |
| Jordan: | This Stephen C. Smith. I called Preston you know. |
| CW1: | That's who I'm gonna be in front of. |
| Jordan: | I called Preston. |
| CW1: | Or who talked with . . . |
| Jordan: | I called Preston Friday. |
| CW2: | and I'll tell what he is he's as straight as the day is long. |

| | |
|---|---|
| Jordan: | I can't talk to him. I told you Kennan, **he's my kin folks**. |
| CW2: | Right. |
| Jordan: | **I cannot go talk direct to him, but I can go to his dad and talk to him and then maybe get something done.** I was going to meet with . . .I told him he got us, he runs a little car lot over there. |

(20:45 on CD).

AUSA Steve Smith's father is named Preston and used to be the Knox County jailer. Jordan also discusses how Steve Smith is his "kin folks" later in the conversation:

| | |
|---|---|
| Jordan: | I don't give a damn what they do with the rest of them. They can hang 'em as far as I'm concerned, but I don't want to see that old man go to prison for something that people basically forced him to do and I hope and pray that the prosecutors and stuff will know that and understand what was going on, Kennon. If you think this is over with they are going to get by with what they are doing. **I done told you I called that boy's daddy right there Friday** and actually I was going to go over there Wednesday. I'm not for sure if I will go Wednesday, it may be up before the end of the week now see what happens. **Because I am going right over there and set down with Preston and I'm going to tell him, I'm gonna say I don't want that old man to go to jail. I'm gonna tell you what is going on. I don't want to go directly to Steven cause I don't know him that well even though he's my kin folks**. |
| CW1: | Right. |
| Jordan: | and uh and uh tell him up front. |
| CW2: | Well the thing about it is. |
| Jordan: | Preston will talk to him. |

(51:24**)**.

3

Jordan mentions his close relationship with Steve Smith and his father for a third time towards the end of the conversation:

> Jordan: But, I'll, uh, I'm gonna go over there Kennon and and I am gonna to talk to Preston or like I told you **that boy is my kin folks**.

(1:05:57).

The Fourth time Jordan mentions his close relationship with Steve Smith and his father, Jordan states:

> Jordan: Go over there and check with him and then I'm gonna go talk to them and I'll do it this week, Wednesday or Thursday. **I'm gonna talk to Preston and I'm gonna tell him I'm gonna say, Preston, here's what I want you to do to keep that old man out of prison, and I'll say we'll cooperate with him, anything he wants about the election as long as he'll take care of the ones coming over there and sits down and tells the truth.**
>
> CW1: I will tell the truth.
>
> Jordan: Doug Adams is who I want and I said that's who they want and I know it.
>
> CW1: That's right.
>
> CW2: Let me tell you something.
>
> Jordan: That's what I'm gonna do.
>
> CW2: Tell 'em.
>
> Jordan: I'll do it. Listen, if you need me you know where I'm at. I'm your friend. I don't give a damn about everybody else.
>
> CW1: That's right same here.
>
> CW2: That's the right thing ain't it.

(1:10:21).

It is without dispute that a prosecutor's responsibility is not merely to advocate for the position of the United States, but rather to be a minister of justice. Section 528 of Title 28, United States Code, enacted as part of the "Ethics in Government Act of 1978" provides:

> The Attorney General shall promulgate rules and regulations which *require* the disqualification of any officer or employee of the Department of Justice, including a United States attorney or a member of such attorneys staff, from participation in a particular investigation or prosecution if such participation may result in a personal, financial, or political conflict of interest, or the appearance thereof. Such rules and regulations may provide that a willful violation of any provision thereof shall result in removal from office.

28 U.S.C. 528 (emphasis added). Section 45.2 (a) of Title 28 of the Code of Federal Regulations directs that "no employee shall participate in a criminal investigation or prosecution if he has a personal or political relationship with . . . Any person or organization which he knows has a specific and substantial interest that would be directly affected by the outcome of the investigation or prosecution." 28 C.F.R. § 45.2. A "personal relationship" is defined as "a close substantial connection of the type normally viewed as likely to induce partiality." *Id.*

Ed Jordan stated numerous times that Steve Smith is his "kin folk" and that he was close with Steve Smith's father, Preston. He further stated that he was going to talk to Preston so that Preston would advise Steve Smith how to handle the case. It is evident from the conversation that Ed Jordan believed he had significant influence over who would be charged and who would receive leniency.

For these reasons, Defendant Maricle moves this Court to order the disqualification of AUSA Steven Smith. Defendant will file a copy of the recording referred to in this Motion with the Clerks office and will provide a courtesy copy for the Court.

| | |
|---|---|
| Respectfully submitted,<br><br>  /s/ Candace C, Crouse<br>Martin S. Pinales  (Ohio Bar No.  0024570)<br>Candace C. Crouse (Ohio Bar No. 0072405)<br>*Admitted Pro Hac Vice*<br>Sirkin, Pinales & Schwartz LLP<br>105 West Fourth Street, Suite 920<br>Cincinnati, Ohio 45202<br>Telephone: (513) 721-4876<br>Fax: (513) 721-0876<br>mpinales@cinci.rr.com<br>ccrouse@sirkinpinales.com | Respectfully submitted,<br><br>  /s/ David S. Hoskins by CCC w/permission<br>David S. Hoskins<br>107 E. First Street<br>Corbin , KY 40701<br>Telephone: 606-526-9009<br>Fax: 606-526-1021<br>davidhoskins@bellsouth.net |

6

## CERTIFICATE OF SERVICE

      I hereby certify that an exact copy of the foregoing document was provided via the Court's electronic filing system upon the parties of record, on the 15th day of July, 2009.

                                                 /s/ Candace C. Crouse
                                     Candace C. Crouse (Ohio Bar No. 0072405)
                                     *Admitted Pro Hac Vice*