UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 6:09cr00016-DCR |
| | | Judge Danny C. Reeves |
| v. | : | |
| RUSSELL CLETUS MARICLE, et al., | : | Electronically Filed |
| Defendants. | : | |

**PROPOSED ORDER GRANTING
MOTION FOR DISQUALIFICATION**

The Defendant, Russell Cletus Maricle, having moved the Court to order the disqualification of AUSA Steven Smith from this case, and the Court finding merit in said Motion after hearing arguments of counsel for all parties, and being otherwise fully advised, it is hereby

ORDERED that the Motion is granted, and AUSA Smith is disqualified from further participation in this case.

DATED this the _____ day of _____, 2009.

_____
JUDGE, UNITED STATES DISTRICT COURT