UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No.  6:09cr00016-DCR<br>Judge Danny C. Reeves |
| v. | : | |
| RUSSELL CLETUS MARICLE, et al., | : | Electronically Filed |
| Defendants. | : | |

**PROPOSED ORDER GRANTING
MOTION FOR EXCULPATORY EVIDENCE**

The Defendant, Russell Cletus Maricle, having moved the Court for an order compelling the Government's production of all evidence known, or which may become known, to the United States Attorney that is favorable to the Defendant, and material to either guilt or punishment, and the Court finding merit in said Motion after hearing arguments of counsel for all parties, and being otherwise fully advised, it is hereby

ORDERED that the Motion is granted, and the Government is ordered to provide any and all evidence to the Defendant that would constitute *Brady* material.

DATED this the _____ day of _____, 2009.

_____
JUDGE, UNITED STATES DISTRICT COURT