UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

CASE NO. 09-16-S-DCR          ELECTRONICALLY FILED

UNITED STATES OF AMERICA,                    PLAINTIFF,

VS.    **DEFENDANT RUSSELL CLETUS MARICLE'S MOTION TO STRIKE SURPLUSAGE FROM THE INDICTMENT**

RUSSELL CLETUS MARICLE,                    DEFENDANT.

** ** **

The Defendant Russell Cletus Maricle moves the Court, pursuant to Fed. R. Crim. P. 7(d), to strike as surplusage from the indictment as being immaterial, irrelevant, prejudicial, and not "essential" to the charges the statement in Paragraph 12. a that "(t)he Defendants, RUSSELL CLETUS MARICLE and DOUGLAS C. ADAMS, were considered political bosses in the county . . . ."

## AUTHORITY

*Dranow v. United States*, 307 F. 2d 545, 558 (8th Cir. 1962) teaches that "[t] the proper remedy where allegations of an indictment are unnecessary or prejudicial is not by motion to dismiss the whole indictment or an entire count thereof, but by motion to strike the claimed surplusage. F.R.Cr.P. 7(d); *United States v. Goodman*, 285 F. 2d 378 (5th Cir. 1960)." " A motion to strike surplusage from an indictment is addressed to the sound discretion of the District Court and should be granted only where it is clear that the

allegations contained therein are not relevant to the charge made or contain inflammatory and prejudicial matter." *Id.*

*United States v. Kemper*, 503 F.2d 327,329 (6th Cir. 1974), cert. denied, 419 U. S. 1124 (1975), reiterates this Circuit's position on such motions by saying; "Rule 7(d) of the Federal Rules of Criminal Procedure makes the striking of surplusage permissive but not mandatory.  The Rule is properly invoked when an indictment contains nonessential allegations that could prejudicially impress the jurors.  The striking of language from an indictment as being surplusage addresses itself to the sound discretion of the district court. *Dranow v. United States*, 307 F.2d 545,558 (8th Cir. 1962).  The granting of such a motion is proper, however, only where **the words stricken are not essential to the charge."** (Emphasis added).

The language set out above as being "surplusage" is not essential to the charge. The language is prejudicial, as well as immaterial and irrelevant.  The motion to strike the language set out above should be granted.

Respectfully submitted,

/s/David S. Hoskins
Attorney At Law
107 East First Street
Corbin, KY 40701
Telephone: (606) 526-9009
Facsimile: (606) 526-1021
Email:  davidhoskins@bellsouth.net
ATTORNEY FOR DEFENDANT
RUSSELL CLETUS MARICLE

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on this 15th day of July, 2009, the foregoing was filed electronically with the Clerk of the Court by using CM/ECF System which will send notice of filing to all counsel of record.

/s/David S. Hoskins