UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

CASE NO. 09-16-S-DCR    ELECTRONICALLY FILED

UNITED STATES OF AMERICA,    PLAINTIFF,

VS.    **ORDER**

RUSSELL CLETUS MARICLE,    DEFENDANT.

\*\* \*\* \*\*

The Defendant, Russell Cletus Maricle, having moved the Court to strike surplusage from the indictment, and the Court finding merit in said Motion after hearing arguments of counsel for all parties, and being otherwise fully advised, it is hereby

ORDERED that the Motion is granted, and the surplusage set out in the Defendant Maricle's motion is ordered stricken, and the Clerk, with the assistance of the U.S. Attorney's Office, shall prepare a redacted copy of the indictment reflecting those changes.

DATED this the _____ day of _____, 2009.

_____
JUDGE, UNITED STATES DISTRICT COURT