UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION @ LONDON
CRIMINAL MINUTES-ARRAIGNMENT AND PLEA

LONDON      Case No. 6:09-CR-16-1-S-DCR   At: London      Date July 16, 2009

U.S.A. vs Russell Cletus Maricle      X present   __custody   X OR      AGE_____

DOCKET ENTRY: Defendant arraigned on superseding indictment and advised of all constitutional rights.

PRESENT: HON. ROBERT E. WIER, MAGISTRATE JUDGE


____Sheila Hartz____      ____Barbara McDermott      Stephen Smith____
Deputy Clerk             Court Reporter           Assistant U.S. Attorney


Counsel for Deft David S. Hoskins   X present X retained

PROCEEDINGS:

 X Copy of Superseding Indictment/Information given to the defendant.

___Defendant states true name is as it appears on the indictment.

___Ordered____is appointed Attorney under the Criminal Justice Act. The Court has reviewed Defendant's affidavit which establishes CJA eligibility.

 X Defendant waived formal arraignment and was advised of his/her rights pursuant to Rule 10, F.R.Cr.P. Court stated substance of charges and advised Defendant of possible penalties.

___Defendant formally arraigned and advised of rights, pursuant to Rule 11, F.R.Cr.P.

___Defendant moves to CHANGE PLEA on Count(s)_____ ___Court grants motion.

 X Defendant waives reading of Indictment-Information _____Indictment-Information read.

 X Defendant pleads_____Guilty to Counts_____ X Not guilty to all counts

___PRETRIAL MOTIONS be filed by_____; opposing & reply memorandum be filed pur. to LR6

 X Assigned for Initial Pretrial Conference on September 2, 2009 at 10:30 a.m., in London.

 X Assigned for Final Pretrial Conference on September 14, 2009 at 9:30 a.m., in London.

 X Assigned for jury trial by Judge Danny C. Reeves on September 28, 2009 at 9:30 a.m., counsel to appear at 9:00 a.m. Anticipated trial length is four weeks and a few days.

 X  A motion hearing will be set if any motions are filed which require an evidentiary hearing.

___Court received Presentence Report. _____Copy of presentence report not requested.

 X Court confirmed, by representation from the AUSA, that United States is aware of and fulfilling its obligation to see that any crime victim(s) are notified of, and accorded, the rights provided by 18 U.S.C. § 3771(a).

 X Defendant released under the terms and conditions as set forth in the prior Order Setting Conditions of Release as stated on the record.

Copies: USA, USP, USM,
        Candace Crouse, Martin Pinales & David Hoskins

**Court Diary**                                          Initials of Deputy Clerk<u>: syh  </u>

TIC: 4 minutes



Signed By:

*Robert E. Wier*

**United States Magistrate Judge**