UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

**CRIMINAL NO. 09-16-S-DCR**

**UNITED STATES OF AMERICA**                                 **PLAINTIFF**

**V.**       **MOTION FOR EXTENSION OF TIME TO FILE RESPONSES**

**RUSSELL CLETUS MARICLE, ET AL.**                      **DEFENDANTS**

\* \* \* \* \* \*

The Defendant, Russell Cletus Maricle, by counsel, moved to disqualify the undersigned as prosecutor in this matter (DE 296), for bill of particulars (DE 295), for release of Brady materials (DE 297), and to strike surplusage (DE 298). The Defendants, William B. Morris and Debra L. Morris, by counsel, moved for separate trial on Count 11s (DE 292). These motions were all filed on or about July 15, 2009.

The United States respectfully requests an extension of time of seven (7) days to respond to these motions. The undersigned Assistant United States Attorney was out of the office last week, July 20 - 24, 2009, due to illness. Additionally, the United States promptly requested that the Department of Justice provide assistance in the review and response of the important issue of disqualification which implicates both substantive law and ethical provisions under the law. The Department has not completed its review within the time for response by Local Rule 12.1.

Wherefore, the United States requests an additional seven (7) days to respond to the motions filed on July 15, 2009.

                Respectfully submitted,

                JAMES A. ZERHUSEN
                UNITED STATES ATTORNEY

By: s/ Stephen C. Smith
   Asistant United States Attorney
   601 Meyers Baker Road, Suite 200
   London, KY 40741
   Tel: (606) 864-5523
   Stephen.Smith4@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System which will send notice of filing to all counsel of record.

                s/Stephen C. Smith
                Assistant United States Attorney