# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# SOUTHERN DIVISION
# LONDON

**CRIMINAL NO. 09-16-S-DCR**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| V.  **ORDER** | |
| **RUSSELL CLETUS MARICLE, ET AL.** | **DEFENDANTS** |

\* \* \* \* \* \*

The United States having filed a Motion for extension of time to file its response to Defendant Maricle's Motion to disqualify the undersigned as prosecutor in this matter (DE 296), for bill of particulars (DE 295), for release of Brady materials (DE 297), and to strike surplusage (DE 298), and to Defendants William B. Morris' and Debra L. Morris' Motion for separate trial on Count 11s (DE 292), good cause having been shown, and the Court being otherwise sufficiently advised, it is hereby

ORDERED that the United States respond to DE 292, DE 295, DE 296, DE 297, and DE 298 by close of business on August \_\_\_\_, 2009.

_____
ROBERT E. WIER
UNITED STATES MAGISTRATE JUDGE