UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action No. 6: 09-16-S-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| RUSSELL CLETUS MARICLE, et al., | ) | **ORDER** |
| | ) | |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is pending for consideration of the United States' motion for an extension of time to respond to: (1) Defendant Maricle's motion to disqualify Assistant United States Attorney Stephen C. Smith [Record No. 296]; (2) Defendant Maricle's motion for a bill of particulars [Record No. 295]; (3) Defendant Maricle's motion for release of Brady materials [Record No. 297]; Defendant Maricle's motion to strike surplusage from the Superseding Indictment [Record No. 298]; and Defendants William B. Morris and Debra L. Morris' joint motion for a separate trial on Count 11s [Record No. 292].  Having reviewed the motion, the Court does not believe a response is needed.  Accordingly, being sufficiently advised, it is hereby

**ORDERED** that the United States' motion for an extension of time [Record No. 322] is **GRANTED**.  The United States shall file its response to the above-listed motions on or before **Tuesday, August 4, 2009.**

-1-

This 28th day of July, 2009.



Signed By:

*Danny C. Reeves*

United States District Judge