**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**AT LONDON**

**CRIMINAL ACTION NO.: 6:09-CR-16-02-DCR**

**UNITED STATES OF AMERICA**                                                       **PLAINTIFF**

v

**RUSSELL CLETUS MARICLE;**
**DOUGLAS C. ADAMS;**
**CHARLES WAYNE JONES;**
**WILLIAM E. STIVERS,**
**a/k/a AL MAN;**
**FREDDY W. THOMPSON;**
**WILLIAM B. MORRIS, a/k/a BART;**
**DEBRA L. MORRIS, a/k/a DEBBIE;**
**and STANLEY BOWLING**                                                              **DEFENDANTS**

*Electronically Filed*
*** *** ***

**MOTION TO SUPPRESS STATEMENTS**
**MADE BY DEFENDANT DOUGLAS C. ADAMS**

       Comes the Defendant, Douglas C. Adams, through counsel, and moves the Court, pursuant to Fed.R.Crim.P. 12(b)(3)(C) and 47, to suppress the statements he made to Police Chief Jeff Culver shortly following his arrest on or about March 19, 2009. A memorandum in support is submitted herewith.

Respectfully submitted,

s/ R. Kent Westberry
R. Kent Westberry
Kristin N. Logan
LANDRUM & SHOUSE, LLP
220 W. Main St., Ste. 1900
Louisville, KY 40202-1395
Ph: (502) 589-7616
Fx: (502) 589-2119
kwestberry@landrumshouse.com
klogan@landrumshouse.com


Bennett E. Bayer
LANDRUM & SHOUSE, LLP
106 West Vine Street
Lexington, KY 40588-0951
Ph: (502) 255-2424
Fx: (502) 233-0308
bbayer@landrumshouse.com

***COUNSEL FOR DEFENDANT
DOUGLAS C. ADAMS***

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of August, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

It is further certified that I mailed the foregoing document and the notice of electronic filing by first class mail to the following non-CM/ECF participants:

N/A

          /s R. Kent Westberry
*Counsel for Defendant*
*Douglas C. Adams*