# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## SOUTHERN DIVISION
## AT LONDON

### CRIMINAL ACTION NO.: 6:09-CR-16-02-DCR

UNITED STATES OF AMERICA                                      PLAINTIFF

VS.                                      __ORDER__

RUSSELL CLETUS MARICLE;
DOUGLAS C. ADAMS;
CHARLES WAYNE JONES;
WILLIAM E. STIVERS,
a/k/a AL MAN;
FREDDY W. THOMPSON;
WILLIAM B. MORRIS, a/k/a BART;
DEBRA L. MORRIS, a/k/a DEBBIE;
and STANLEY BOWLING                                          DEFENDANTS

*Electronically Filed*
**\*\*\* \*\*\* \*\*\***

IT IS HEREBY ORDERED that Defendant Douglas C. Adams' motion to suppress is

GRANTED.  Any and all statements made by Defendant Adams to Police Chief Jeff Culver on or

about March 19, 2009, shall be suppressed.