# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# SOUTHERN DIVISION
# LONDON

**CRIMINAL NO. 09-16-S-DCR**

**UNITED STATES OF AMERICA**                                        **PLAINTIFF**

**V.**                     **CONSOLIDATED RESPONSE OF UNITED STATES
TO DEFENDANTS'
MOTIONS FOR BILL OF PARTICULARS**

**RUSSELL CLETUS MARICLE, ET AL.**                        **DEFENDANTS**

\* \* \* \* \* \*

The defendants, by counsel, pursuant to Rule 7(f) of the Federal Rules of Criminal Procedure, has moved the court for an order requiring the United States to file a bill of particulars as to Counts 1, 2, 3, 4, 5, 6, 7, 10, and 11. For the reasons set forth herein, the United States respectfully submits that the defendants' motions should be denied.

                                                                         Respectfully submitted,

                                                                         JAMES A. ZERHUSEN
                                                                         UNITED STATES ATTORNEY

                         BY:    s/ Stephen C. Smith
                                      Assistant United States Attorney
                                      Stephen.smith4@usdoj.gov

                                      s/ Jason A. Parman
                                      Assistant United States Attorney
                                      Jason.parman@usdoj.gov
                                      601 Meyers Baker Road, Suite 200
                                      London, KY 40741
                                      Tel: (606) 864-5523

CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System which will send notice of filing to all counsel of record.

s/Stephen C. Smith
Assistant United States Attorney