# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# SOUTHERN DIVISION
# LONDON

**CRIMINAL NO. 09-16-DCR**

**UNITED STATES OF AMERICA**                                        **PLAINTIFF**

**V.**                                    **DISCOVERY RECEIPT**

**RUSSELL CLETUS MARICLE**                                        **DEFENDANT**

\* \* \* \* \*

This is to certify the discovery of the below-listed items in the above-styled case:

| RULE 16 DISCOVERY 1 OF 2 |
| --- |
| BJ CHECK - 0001.PDF |
| CHECK DUPLICATES - 0001.PDF |
| CLAY CO SHERIFF DOCS-0011.PDF |
| ESS DOCS - 00001.PDF |
| GOVERNOR VISIT - 0001.PDF |
| KBE001.PDF |
| KBE002.PDF |
| KBE003.PDF |
| KBE004.PDF |
| KBE005.PDF |
| KBE006.PDF |
| KBE007.PDF |
| KBE008.PDF |
| KBE014.PDF |
| KBE016.PDF |
| KBE022.PDF |
| KBE028.PDF |
| KBE031.PDF |
| KBE033.PDF |
| KBE038.PDF |
| KBE044.PDF |
| KBE046.PDF |
| KBE048.PDF |

| MAY06ELECTION - 00001.PDF |
| --- |
| MAY06ELECTION - 00182.PDF |
| MAY06ELECTION - 00257.PDF |
| MAY06ELECTION - 00382.PDF |
| MAY06ELECTION - 00433.PDF |
| MAY 2006 ELECTION RESULTS - 0001.PDF |
| MAY 2006 RESULTS - 0001.PDF |
| NOVEMBER2006ELECTION-00001.PDF |
| NOVEMBER2006ELECTION-00218.PDF |
| NOVEMBER2006ELECTION-00231.PDF |
| NOVEMBER2006ELECTION-00270.PDF |
| NOVEMBER2006ELECTION-00285.PDF |
| NOVEMBER2006ELECTION-00289.PDF |
| NOVEMBER2006ELECTION-00314.PDF |
| NOVEMBER 2006 RESULTS - 00001.PDF |
|  |
| **RULE 16 DISCOVERY 2 OF 2** |
| NOVEMBER2006ELECTION-00614.PDF |
| NOVEMBER2006ELECTION-00625.PDF |
| VOTER FRAUD PETITIONS - 00001.PDF |
| VOTER FRAUD PHOTOS - 0001.PDF |
| VOTING INFO SHEETS - 0001.PDF |
| WANDA WHITE ELECTION JUDGE DOCS - 0006.PDF |
| WANDA WHITE ELECTION JUDGE DOCS - 0017.PDF |

Twenty-one (21) discs labeled as follows:

| | |
|---|---|
| Cletus Maricle #1 03/27/2007 | Cletus Maricle 05/09/2007 |
| Al man Stivers 04/06/2007 | Cletus Maricle Residences 05/14/2007 |
| Al man Stivers 04/09/2007 | Cletus Maricle Residences 05/16/2007 |
| Al man Stivers   Wayne Jones 04/10/2007 | Cletus Maricle 05/22/2007 |
| A. Stivers   C. Maricle 04/11/2007 | Judy Maricle 07/16/2007   Cletus Maricle 07/18/2007 |
| Cletus Maricle 04/18/2007 | Cletus Maricle 2/2/09 56C-LS-71639 |
| 3 Cletus Maricle Recordings 04/30/2007 | Election Systems & Software, Inc. Clay Co. KY subpoena documents (proprietary and confidential) |
| Bart Morris, Cletus & Others 05/01/2007 | DVD - Subject Photos 03/19/2009 56C-LS-71639 |
| Cletus & Others 05/01/2007 | DVD - Entry/Exit of 393 Circle Dr. Manchester, KY 03/19/2009 |
| Freddy Thompson 05/01/2007 | DVD - 56C-LS-71639 Video 2004 Clay Co. Election |
| Wayne Jones 05/07/2007 | |

Please sign one copy of this receipt and return it to my office.  Thank you.

The United States of America, by counsel, and pursuant to Rule 16(b)(1)(A), (B), and (C), requests the defendant to provide the following:

1.    Inspect and copy or photograph books, papers, documents, photographs, tangible objects, or copies or portions thereof, which are in the possession, custody, or control of the defendant and which the defendant intends to introduce as evidence in chief at trial.

2.    Inspect and copy of photograph any results or reports of physical or mental examinations and of scientific tests or experiments made in connection with the particular case, or copies thereof, within the possession or control of the defendant, which the defendant intends to introduce as evidence in chief at the trial or which were prepared by a witness whom the defendant intends to call at the trial when the results or reports relate to that witness's testimony.

3.    Disclose a written summary of testimony the defendant intends to use under Rules 702, 703, and 705 of the Federal Rules of Evidence as evidence at trial.  This summary must describe the opinions of the witnesses, the bases and reasons therefor, and the witness's qualifications.

David Hoskins, Esquire
Attorney for Russell Cletus Maricle

Stephen C. Smith
Assistant U. S. Attorney

4-6-09
Date

7/27/09
Date

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
### SOUTHERN DIVISION
### LONDON

**CRIMINAL NO. 09-16-DCR**

**UNITED STATES OF AMERICA**                                    **PLAINTIFF**

**V.**                       **SUPPLEMENTAL DISCOVERY RECEIPT**

**RUSSELL CLETUS MARICLE**                                    **DEFENDANT**

* * * * *

This is to certify the discovery of the below-listed items in the above-styled case:

| RULE 16 SUPPLEMENTAL DISCOVERY |
| --- |
| circle drive search 302 3.10.09.PDF |
| stivers 3.16.09 search warrant.PDF |
| stivers 3.19.09 search 302.PDF |
| stivers search receipt.PDF |
| 3/187/2007 & 5/17/2007 Audio Recording William Al-Man Stivers |

Please sign one copy of this receipt and return it to my office.  Thank you.

David Hoskins, Esquire
Attorney for Russell Cletus Maricle

5-1-09
Date

Stephen C. Smith
Assistant U. S. Attorney

7/27/09
Date

Page 1 of  1

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
### SOUTHERN DIVISION
#### LONDON

**CRIMINAL NO. 09-16-DCR**

**UNITED STATES OF AMERICA**                                                    **PLAINTIFF**

**V.**                      **SUPPLEMENTAL DISCOVERY RECEIPT**

**RUSSELL CLETUS MARICLE**                                          **DEFENDANT**

\* \* \* \* \*

This is to certify the discovery of the below-listed items in the above-styled case:

| RULE 16 SUPPLEMENTAL DISCOVERY CD |
| --- |
| 2002 Election - Voter Registration<br>Precinct A101-2<br>Precinct A101<br>Precinct A107<br>Precinct E104 |
|  |
| Manchester PD Witness Interview Sheet -<br>Officer Jeff Couch |

| |
| --- |
| Cletus Maricle Conversations 08/22/07 & 08/24/07 CD |
| Cletus Maricle 2 copies of conversations 05/07/2007 CD |
| Alman Stivers & Wayne Jones at Lowes CD |
| Cletus & Others 04/21/07 CD |
| 2 Cletus Maricle Conversations 10/22/07 & 10/24/07 CD |
| Alman Stivers 04/16/07 CD |
| Cletus Maricle #2  3/27/07 CD |

Please sign one copy of this receipt and return it to my office.  Thank you.

_____
David Hoskins, Esquire
Attorney for Russell Cletus Maricle

5-7-09
_____
Date

_____
Stephen C. Smith
Assistant U. S. Attorney

7/27/09
_____
Date

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
### SOUTHERN DIVISION
### LONDON

**CRIMINAL NO. 09-16-DCR**

**UNITED STATES OF AMERICA**                                        **PLAINTIFF**

**V.**                    **SUPPLEMENTAL DISCOVERY RECEIPT**

**RUSSELL CLETUS MARICLE**                              **DEFENDANT**

\* \* \* \* \*

This is to certify the discovery of the below-listed items in the above-styled case:

| RULE 16 SUPPLEMENTAL DISCOVERY |
| --- |
| Discovery Batch 3 Maricle Search.PDF |
| Discovery Batch 3 Morris Search.PDF |
| Discovery Batch 3 Stivers Search.PDF |
| Redacted Freddy Thompson 302 6.27.07.PDF |
| Redacted Freddy Thompson 302 8.07.06.PDF |
| Freddy Thompson 302 10.04.07.PDF |
| Freddy Thompson Grand Jury 7.12.07.PDF |
| Redacted Paul Bishop 3.19.09 302.PDF |
| Redacted Paul Bishop 302 4.15.08.PDF |
| THOMPSONARREST 302.PDF |
| Redacted William Stivers 302 7.24.06.PDF |
| Maricle Amended Search Warrant 3.19.09.PDF |
| Maricle Cell Search 302 3.25.09 |
| Maricle Cell Search Notes.PDF |
| Maricle Cell Search Warrant.PDF |

| |
| --- |
| Maricle Ex Search Warrant Cell.PDF |
| Maricle Lock Box Search 302 3.25.09.PDF |
| Maricle Lock Box Receipt.PDF |
| Maricle Lock Box Records.PDF |
| Maricle Lock Box Search Warrant 3.24.09.PDF |
| Maricle Search 302 3.19.09.PDF |
| Maricle Search Addl Docs.PDF |
| Maricle Search Receipt .PDF |
| Maricle Search Warrant 3.16.09.PDF |
| Morris Search Receipt.PDF |
| Morris Search Warrant 3.16.09.PDF |
| Stivers Search 302 3.19.09-1.PDF |
| Stivers Search Receipt.PDF |
| advise of rights 3.19.09.PDF |
| Redacted charles w jones arrest 302 3.19.09.PDF |
| Redacted doug adams arrest 302 3.19.09.PDF |
| Redacted freddy Thompson arrest 302 3.19.09.PDF |
| Redacted paul bishop 302 3.19.09.PDF |
| Redacted paul bishop arrest 302 3.19.09.PDF |

| SEARCH WARRANT PHOTOS - 107 GREEN STREET, MANCHESTER, KENTUCKY |
| --- |
| DSC_0001.JPG  through DSC_0048.JPG |

Please sign one copy of this receipt and return it to my office.  Thank you.

David Hoskins, Esquire
Attorney for Russell Cletus Maricle

Stephen C. Smith
Assistant U. S. Attorney

4-23-09
Date

4/21/09
Date

Page 2 of  2

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
### SOUTHERN DIVISION
#### LONDON

**CRIMINAL NO. 09-16-DCR**

**UNITED STATES OF AMERICA**                                      **PLAINTIFF**

**V.**                          **SUPPLEMENTAL DISCOVERY RECEIPT**

**RUSSELL CLETUS MARICLE**                                    **DEFENDANT**

\* \* \* \* \*

This is to certify the discovery of the below-listed items in the above-styled case:

Two (2) DVDs that include:

| RULE 16 SUPPLEMENTAL DISCOVERY |
| --- |
| **DVD 1** |
| Alman Stivers 033107.wav |
| Charles Wayne Jones 060707.wav |
| Cletus Maricle 050207.wav |
| Cletus Maricle 050407.wav |
| Cletus Maricle 2 050207.wav |
| Cletus Maricle 2 050407.wav |
| JUDY MARICLE.wav |
| Marijuana.mpg |
| **DVD 2** |
| Cletus Maricle 2 050207.wav |
| Cletus Maricle 2 050407.wav |
| JUDY MARICLE.wav |
| Marijuana.mpg |

Page 1 of 2

Please sign one copy of this receipt and return it to my office.  Thank you.


_____

David Hoskins, Esquire
Attorney for Russell Cletus Maricle


_____

Date



_____

Stephen C. Smith
Assistant U. S. Attorney


_____

Date

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**LONDON**

**CRIMINAL NO. 09-16-DCR**

**UNITED STATES OF AMERICA**                                    **PLAINTIFF**

**V.**                          **SUPPLEMENTAL DISCOVERY RECEIPT**

**RUSSELL CLETUS MARICLE**                                    **DEFENDANT**

* * * * *

This is to certify the discovery of the below-listed items in the above-styled case:

Ten (10) discs labeled as follows:

| RULE 16 SUPPLEMENTAL DISCOVERY |
| --- |
| Clifton Jones<br>3/20/06 Sandy Carpenter<br>5/7/06 Peachy Pie Gray<br>5/11/06 Eugene Mills |
| Darnell Hipsher |
| Whites go to Manchester Enterprise |
| 7/13/07 & 7/18/07 Terry Smith, 2 conversations |
| 5/22/07 Dobber Weaver |
| Ed Jordan 4/30/2007 |
| Pudge 7/03/07 |
| 5/11/2007 Boo Roberts & James Arnett |
| 4/19/07 Sonya Arnett |
| 4/19/07 Robin & Rusty Maricle |

Please sign one copy of this receipt and return it to my office.  Thank you.

David Hoskins, Esquire
Attorney for Russell Cletus Maricle

5-29-09
Date

Stephen C. Smith
Assistant U. S. Attorney

7/27/09
Date

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
### SOUTHERN DIVISION
#### LONDON

**CRIMINAL NO. 09-16-DCR**

**UNITED STATES OF AMERICA**                               **PLAINTIFF**


**V.**          <u>**SUPPLEMENTAL DISCOVERY RECEIPT**</u>


**RUSSELL CLETUS MARICLE**                               **DEFENDANT**

\* \* \* \* \*

This is to certify the discovery of the below-listed items in the above-styled case,

which consists of 1823 pages:

| RULE 16 SUPPLEMENTAL DISCOVERY |
| --- |
| Maricle Discovery Batch 1.pdf |
| Maricle Discovery Batch 2.pdf |
| Maricle Discovery Batch 3.pdf |
| Maricle Discovery Batch 4.pdf |

Please sign one copy of this receipt and return it to my office.  Thank you.

David Hoskins, Esquire
Attorney for Russell Cletus Maricle

7-21-09
Date

Stephen C. Smith
Assistant U. S. Attorney

7/27/09
Date

Page 1 of 1