# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# SOUTHERN DIVISION
# LONDON

**CRIMINAL NO. 09-16-DCR**

| UNITED STATES OF AMERICA | PLAINTIFF |
|---|---|
| V. | **SUPPLEMENTAL DISCOVERY RECEIPT** |
| **CHARLES WAYNE JONES** | DEFENDANT |

\* \* \* \* \*

This is to certify the discovery of the below-listed items in the above-styled case:

| RULE 16 SUPPLEMENTAL DISCOVERY CD |
|---|
| 2002 Election - Voter Registration<br>Precinct A101-2<br>Precinct A101<br>Precinct A107<br>Precinct E104 |
| |
| Manchester PD Witness Interview Sheet -<br>Officer Jeff Couch |

| |
|---|
| Cletus Maricle Conversations 08/22/07 & 08/24/07 CD |
| Cletus Maricle 2 copies of conversations 05/07/2007 CD |
| Alman Stivers & Wayne Jones at Lowes CD |
| Cletus & Others 04/21/07 CD |
| 2 Cletus Maricle Conversations 10/22/07 & 10/24/07 CD |
| Alman Stivers 04/16/07 CD |
| Cletus Maricle #2 3/27/07 CD |

Please sign one copy of this receipt and return it to my office. Thank you.

_____
T. Scott White, Esquire
Attorney for Charles Wayne Jones

5-13-09
Date

_____
Stephen C. Smith
Assistant U. S. Attorney

5/14/09
Date

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

CRIMINAL NO. 09-16-DCR

UNITED STATES OF AMERICA                                PLAINTIFF

V.            **SUPPLEMENTAL DISCOVERY RECEIPT**

CHARLES WAYNE JONES                              DEFENDANT

* * * * *

This is to certify the discovery of the below-listed items in the above-styled case:

| RULE 16 SUPPLEMENTAL DISCOVERY |
| --- |
| circle drive search 302 3.10.09.PDF |
| stivers 3.16.09 search warrant.PDF |
| stivers 3.19.09 search 302.PDF |
| stivers search receipt.PDF |
| 3/187/2007 & 5/17/2007 Audio Recording William Al-Man Stivers |

Please sign one copy of this receipt and return it to my office. Thank you.

_____
T. Scott White, Esquire
Attorney for Charles Wayne Jones

5/13/09
Date

_____
Stephen C. Smith
Assistant U. S. Attorney

5/14/09
Date

Page 1 of 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

CRIMINAL NO. 09-16-DCR

UNITED STATES OF AMERICA                                                      PLAINTIFF

V.                             **DISCOVERY RECEIPT**

CHARLES WAYNE JONES                                                            DEFENDANT

\* \* \* \* \*

This is to certify the discovery of the below-listed items in the above-styled case:

| RULE 16 DISCOVERY 1OF 2 |
|---|
| BJ CHECK - 0001.PDF |
| CHECK DUPLICATES - 0001.PDF |
| CLAY CO SHERIFF DOCS-0011.PDF |
| ESS DOCS - 00001.PDF |
| GOVERNOR VISIT - 0001.PDF |
| KBE001.PDF |
| KBE002.PDF |
| KBE003.PDF |
| KBE004.PDF |
| KBE005.PDF |
| KBE006.PDF |
| KBE007.PDF |
| KBE008.PDF |
| KBE014.PDF |
| KBE016.PDF |
| KBE022.PDF |
| KBE028.PDF |
| KBE031.PDF |
| KBE033.PDF |
| KBE038.PDF |
| KBE044.PDF |
| KBE046.PDF |
| KBE048.PDF |

| |
|---|
| MAY06ELECTION - 00001.PDF |
| MAY06ELECTION - 00182.PDF |
| MAY06ELECTION - 00257.PDF |
| MAY06ELECTION - 00382.PDF |
| MAY06ELECTION - 00433.PDF |
| MAY 2006 ELECTION RESULTS - 0001.PDF |
| MAY 2006 RESULTS - 0001.PDF |
| NOVEMBER2006ELECTION-00001.PDF |
| NOVEMBER2006ELECTION-00218.PDF |
| NOVEMBER2006ELECTION-00231.PDF |
| NOVEMBER2006ELECTION-00270.PDF |
| NOVEMBER2006ELECTION-00285.PDF |
| NOVEMBER2006ELECTION-00289.PDF |
| NOVEMBER2006ELECTION-00314.PDF |
| NOVEMBER 2006 RESULTS - 00001.PDF |
| **RULE 16 DISCOVERY 2 OF 2** |
| NOVEMBER2006ELECTION-00614.PDF |
| NOVEMBER2006ELECTION-00625.PDF |
| VOTER FRAUD PETITIONS - 00001.PDF |
| VOTER FRAUD PHOTOS - 0001.PDF |
| VOTING INFO SHEETS - 0001.PDF |
| WANDA WHITE ELECTION JUDGE DOCS - 0006.PDF |
| WANDA WHITE ELECTION JUDGE DOCS - 0017.PDF |

Twenty-one (21) discs labeled as follows:

| | |
|---|---|
| Cletus Maricle #1 03/27/2007 | Cletus Maricle 05/09/2007 |
| Al man Stivers 04/06/2007 | Cletus Maricle Residences 05/14/2007 |
| Al man Stivers 04/09/2007 | Cletus Maricle Residences 05/16/2007 |
| Al man Stivers  Wayne Jones 04/10/2007 | Cletus Maricle 05/22/2007 |
| A. Stivers  C. Maricle 04/11/2007 | Judy Maricle 07/16/2007  Cletus Maricle 07/18/2007 |
| Cletus Maricle 04/18/2007 | Cletus Maricle 2/2/09 56C-LS-71639 |
| 3 Cletus Maricle Recordings 04/30/2007 | Election Systems & Software, Inc.  Clay Co. KY subpoena documents (proprietary and confidential) |
| Bart Morris, Cletus & Others 05/01/2007 | DVD - Subject Photos 03/19/2009 56C-LS-71639 |
| Cletus & Others 05/01/2007 | |
| Freddy Thompson 05/01/2007 | DVD - Entry/Exit of 393 Circle Dr. Manchester, KY 03/19/2009 |
| Wayne Jones 05/07/2007 | DVD - 56C-LS-71639 Video 2004 Clay Co. Election |

Please sign one copy of this receipt and return it to my office. Thank you.

The United States of America, by counsel, and pursuant to Rule 16(b)(1)(A), (B), and (C), requests the defendant to provide the following:

1. Inspect and copy or photograph books, papers, documents, photographs, tangible objects, or copies or portions thereof, which are in the possession, custody, or control of the defendant and which the defendant intends to introduce as evidence in chief at trial.

2. Inspect and copy of photograph any results or reports of physical or mental examinations and of scientific tests or experiments made in connection with the particular case, or copies thereof, within the possession or control of the defendant, which the defendant intends to introduce as evidence in chief at the trial or which were prepared by a witness whom the defendant intends to call at the trial when the results or reports relate to that witness's testimony.

3. Disclose a written summary of testimony the defendant intends to use under Rules 702, 703, and 705 of the Federal Rules of Evidence as evidence at trial. This summary must describe the opinions of the witnesses, the bases and reasons therefor, and the witness's qualifications.

_____
T. Scott White, Esquire
Attorney for Charles Wayne Jones

6·10·09
Date

_____
Stephen C. Smith
Assistant U. S. Attorney

_____
Date

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

CRIMINAL NO. 09-16-DCR

UNITED STATES OF AMERICA                                    PLAINTIFF

V.            **SUPPLEMENTAL DISCOVERY RECEIPT**

CHARLES WAYNE JONES                                         DEFENDANT

* * * * *

This is to certify the discovery of the below-listed items in the above-styled case, which consists of 1823 pages:

| RULE 16 SUPPLEMENTAL DISCOVERY |
| --- |
| Maricle Discovery Batch 1.pdf |
| Maricle Discovery Batch 2.pdf |
| Maricle Discovery Batch 3.pdf |
| Maricle Discovery Batch 4.pdf |

Please sign one copy of this receipt and return it to my office. Thank you.

_____
T. Scott White, Esquire
Attorney for Charles Wayne Jones

7/22/09
_____
Date

_____
Stephen C. Smith
Assistant U. S. Attorney

7/28/09
_____
Date

Page 1 of 1