UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

**CRIMINAL NO. 09-16-S-DCR**

**UNITED STATES OF AMERICA**          **PLAINTIFF**

V.          **ORDER**

**RUSSELL CLETUS MARICLE, ET AL.**          **DEFENDANTS**

\* \* \* \* \* \*

Defendants Russell Cletus Maricle and Charles Wayne Jones having filed Motions for Bill of Particulars, the United States having filed a joint response in opposition thereto, and the Court being otherwise sufficiently advised, it is hereby

ORDERED that the Motions for Bill of Particulars are denied.

This the _____ day of August, 2009.

ROBERT E. WIER
UNITED STATES MAGISTRATE JUDGE