UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

**CRIMINAL NO. 09-16-S-DCR**

**UNITED STATES OF AMERICA**                                            **PLAINTIFF**

V.                               **ORDER**

**RUSSELL CLETUS MARICLE, ET AL.**                      **DEFENDANTS**

\* \* \* \* \* \*

Defendant Russell Cletus Maricle having filed a Motion to Disqualify AUSA Smith, the United States having filed a response in opposition thereto, and the Court being otherwise sufficiently advised, it is hereby

ORDERED that the Motion to Disqualify AUSA Smith is denied.

This the _____ day of August, 2009.

ROBERT E. WIER
UNITED STATES MAGISTRATE JUDGE