# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# SOUTHERN DIVISION
# LONDON

**CRIMINAL NO. 09-16-S-DCR**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| **V.** | **CONSOLIDATED RESPONSE OF UNITED STATES TO DEFENDANTS' MOTIONS FOR EARLY DISCLOSURE** |
| **RUSSELL CLETUS MARICLE, ET AL.** | **DEFENDANTS** |

\* \* \* \* \* \*

The Defendants, Russell Cletus Maricle, Douglas C. Adams, and Charles W. Jones, by counsel, have moved the court for early production of *Jencks* material and exculpatory evidence. For the reasons set forth herein, the United States respectfully submits that the defendants' motions should be denied.

Respectfully submitted,

JAMES A. ZERHUSEN
UNITED STATES ATTORNEY

BY:   s/ Stephen C. Smith
Assistant United States Attorney
Stephen.smith4@usdoj.gov

s/ Jason A. Parman
Assistant United States Attorney
Jason.parman@usdoj.gov
601 Meyers Baker Road, Suite 200
London, KY 40741
Tel: (606) 864-5523

CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System which will send notice of filing to all counsel of record.

s/Stephen C. Smith
Assistant United States Attorney