# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# SOUTHERN DIVISION
# LONDON

**CRIMINAL NO. 09-16-S-DCR**

**UNITED STATES OF AMERICA**                                                          **PLAINTIFF**

**V.**                                              **ORDER**

**RUSSELL CLETUS MARICLE, ET AL.**                                                **DEFENDANTS**

\* \* \* \* \* \*

Defendants Russell Cletus Maricle, Douglas C. Adams, and Charles Wayne Jones having filed Motions for Early Disclosure of *Jencks* Material and Exculpatory Evidence, the United States having filed a joint response in opposition thereto, and the Court being otherwise sufficiently advised, it is hereby

ORDERED that the Motions for Early Disclosure are denied.

This the _____ day of August, 2009.

ROBERT E. WIER
UNITED STATES MAGISTRATE JUDGE