UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

CRIMINAL NO. 09-16-S-DCR                              ELECTRONICALLY FILED

UNITED STATES OF AMERICA                                                PLAINTIFF

V.                              MOTION FOR LATE FILING

RUSSELL CLETUS MARICLE, ET AL.                                    DEFENDANTS

\* \* \* \* \* \*

The Defendant, Russell Cletus Maricle, by counsel, moved to strike surplusage (DE 298). The United States filed a Motion for Extension of Time to file its Response (DE 322) and the Court granted that Motion (DE 323) with the Response to be filed on or before August 4, 2009. In filing the plethora of responses on August 4, 2009, the United States inadvertently failed to file its prepared response to Defendant Maricle's Motion to Strike Surplusage (DE 298).

Wherefore, the United States requests the Court to allow the late filing of its Response to Defendant Maricle's Motion to Strike Surplusage (DE 298).

                                          Respectfully submitted,

                                          JAMES A. ZERHUSEN
                                          UNITED STATES ATTORNEY

By:   s/ Stephen C. Smith
        Asistant United States Attorney
        601 Meyers Baker Road, Suite 200
        London, KY 40741
        Tel: (606) 864-5523
        Stephen.Smith4@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System which will send notice of filing to all counsel of record.

s/Stephen C. Smith
Assistant United States Attorney