UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

**CRIMINAL NO. 09-16-S-DCR**

**UNITED STATES OF AMERICA**                                                                 **PLAINTIFF**

**V.**                                                   **ORDER**

**RUSSELL CLETUS MARICLE, ET AL.**                                                  **DEFENDANTS**

\* \* \* \* \* \*

The United States having filed a Motion for Late Filing to Respond to Defendant Maricle's Motion to Strike Surplusage (DE 298), and the Court being otherwise sufficiently advised, it is hereby

ORDERED that the Motion for Late Filing is granted and the Response of the United States shall be filed immediately.

ROBERT E. WIER
UNITED STATES MAGISTRATE JUDGE