UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

**CRIMINAL NO. 09-16-S-DCR**

**UNITED STATES OF AMERICA**                          **PLAINTIFF**

**V.**                      <u>**ORDER**</u>

**RUSSELL CLETUS MARICLE, ET AL.**                 **DEFENDANTS**

\* \* \* \* \* \*

Defendant Russell Cletus Maricle having filed a Motion to Strike Surplusage from the Indictment, the United States having filed a response in opposition thereto, and the Court being otherwise sufficiently advised, it is hereby

ORDERED that the Motion to Strike Surplusage is denied.

This the _____ day of August, 2009.

_____
ROBERT E. WIER
UNITED STATES MAGISTRATE JUDGE