

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

CRIMINAL NO. 09-16-S-DCR

UNITED STATES OF AMERICA                                              PLAINTIFF

V.                                    **ORDER**

RUSSELL CLETUS MARICLE, ET AL.                                        DEFENDANTS

\* \* \* \* \* \*

The United States having filed a Motion for Late Filing to Respond to Defendant Maricle's Motion to Strike Surplusage (DE 298), and the Court being otherwise sufficiently advised, it is hereby

ORDERED that the Motion for Late Filing is granted and the Response of the United States shall be filed immediately

                                   _____ 8/7/2009_____
                                   ROBERT E. WIER
                                   UNITED STATES MAGISTRATE JUDGE