# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# SOUTHERN DIVISION
# (at London)

CASE NO. 09-16-DCR                                    ELECTRONICALLY FILED

UNITED STATES OF AMERICA,                                              PLAINTIFF,

V.                                         MOTION

RUSSELL CLETUS MARICLE,                                                DEFENDANT.

\*\* \*\* \*\*

Comes now the Defendant, Russell Cletus Maricle, by counsel, and respectfully moves the court to amend its Memorandum Opinion and Order of May 14, 2009, to permit the following:

1. To redefine home (presently defined as the home in which the Defendant resides and an area within 50 feet of the house) to include all of the lot on which his home is located being 2.3 acres per survey of July 16, 2008, a copy of which is attached hereto. The Defendant needs access to two storage buildings on the property where he lives so he can store furniture, files, etc. of his deceased son, Russell Cletus Maricle, Jr., who died January 30, 2009, and to do some repair work. On the survey which is attached, the Defendant has marked the approximate location of the house with a red H. He also marked the general location of the two storage buildings with a red S. In the alternative, the Defendant moves to redefine home to include the two storage buildings, neither of which is more than 150 to 200 feet from his home.

2. To permit the Defendant, with prior approval from the United States Probation Office, to go to the home of his deceased son located at 99 Fox Trail Road, Manchester, Kentucky 40962, to remove furniture and items therein for the purpose of either storing or otherwise disposing of the same, and to do miscellaneous repairs. The house is presently occupied by one of his daughters who moved in after his son's death, and all of his son's possessions have been removed to the garage. The nearest neighbor is another one of the Defendant's daughters. At the time of his death, Russell Cletus Maricle, Jr., was single and resided in the house with his three infant children.

3. To permit the Defendant, with prior approval from the United States Probation Office, to go to the office of his deceased son located at 116 Lawyer Street, Manchester, Kentucky 40962, to remove furniture and records of his son, and make sure all files have been sent to the clients and tax returns filed. The building wherein his office is located is presently vacant except for the basement which is used by a tenant one night per week for giving martial arts lessons.

WHEREFORE, an Order in conformity herewith is respectfully requested.

Respectfully submitted,

/s/David S. Hoskins
107 East First Street
Corbin, KY 40701
Telephone: (606) 526-9009
Facsimile: (606) 526-1021
Email:  davidhoskins@bellsouth.net
ATTORNEY FOR DEFENDANT
RUSSELL CLETUS MARICLE

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on this 11th day of August, 2009, the foregoing was filed electronically with the Clerk of the Court by using CM/ECF System which will send notice of filing to all counsel of record.

/s/David S. Hoskins
ATTORNEY FOR DEFENDANT
RUSSELL CLETUS MARICLE
