

PLAT OF SURVEY
CLETUS & JUDY MARICLE
CLAY COUNTY, KENTUCKY

CLETUS & JUDY MARICLE
2.36 ACRES