# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# SOUTHERN DIVISION
# (at London)

CASE NO. 09-16-DCR                                    **ELECTRONICALLY FILED**

UNITED STATES OF AMERICA,                                              PLAINTIFF,

VS.                                          **ORDER**

RUSSELL CLETUS MARICLE,                                                DEFENDANT.

\*\* \*\* \*\*

This matter being before the Court on Motion of the Defendant, Russell Cletus Maricle, for amendments to his conditions of release, and the Court being fully advised,

IT IS HEREBY ORDERED that the Defendant's Motion is hereby SUSTAINED. For purposes of the Defendant's home confinement, his home shall be defined to include his house and the entire tract upon which his house is situated as set out on the exhibit filed with the Defendant's motion.

IT IS FURTHER HEREBY ORDERED that the Defendant shall be allowed to travel to the office and residence of his deceased son for the purposes set out in the Defendant's motion.

DATED this the ____ day of August, 2009.

_____
JUDGE, UNITED STATES DISTRICT COURT