UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 6:09cr00016-DCR |
| | | Judge Danny C. Reeves |
| v. | : | |
| RUSSELL CLETUS MARICLE, et al., | : | Electronically Filed |
| Defendants. | : | |

**MOTION FOR EXTENSION OF TIME TO FILE MOTIONS**

Now comes, Defendant, Russell Cletus Maricle, by and through counsel, and respectfully moves this Honorable Court for an extension of time to file Motions, which are currently due on August 17, 2009. Attorneys Pinales and Crouse have been in a federal jury trial in the Southern District of Ohio before the honorable Judge Beckwith since July 27, 2009 in the case of *United States v. Orlando Carter*, Case No. 1:08-cr-51. The trial has gone every week day for the last 3 weeks. This has left counsel only with evenings and weekends to prepare for the next day of trial and to complete all other obligations for other clients. Closing arguments are scheduled for August 17, 2009.

Several motions have already been filed in this case, but counsel has not had an opportunity to consult with Mr. Hoskins and the defendant regarding some remaining motions that need to be filed. Accordingly, counsel moves this Court to permit them a four-day extension until August 21, 2009 to file motions in this case. Counsel is not requesting an extension for unnecessary delay, but rather to allow them to provide effective assistance to their client.

| | |
|---|---|
| Respectfully submitted,<br><br>  /s/ Martin S. Pinales<br>Martin S. Pinales  (Ohio Bar No.  0024570)<br>Candace C. Crouse (Ohio Bar No. 0072405)<br>*Admitted Pro Hac Vice*<br>Sirkin, Pinales & Schwartz LLP<br>105 West Fourth Street, Suite 920<br>Cincinnati, Ohio 45202<br>Telephone: (513) 721-4876<br>Telecopier: (513) 721-0876<br>mpinales@cinci.rr.com<br>ccrouse@sirkinpinales.com | Respectfully submitted,<br><br>  /s/ David S. Hoskins by CCC w/permission<br>David S. Hoskins<br>107 E. First Street<br>Corbin , KY 40701<br>Telephone: 606-526-9009<br>Fax: 606-526-1021<br>davidhoskins@bellsouth.net |