UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 6:09cr00016-DCR |
| | | Judge Danny C. Reeves |
| v. | : | |
| RUSSELL CLETUS MARICLE, et al., | : | Electronically Filed |
| Defendants. | : | |

**PROPOSED ORDER GRANTING**
**MOTION FOR EXTENSION OF TIME TO FILE MOTIONS**

For good cause shown, Defendant, Russell Cletus Maricle's Motion for Extension of time to File Motions is hereby GRANTED. Defendant's motions shall be filed on or before August 21, 2009.

DATED this the _____ day of _____, 2009.

_____
JUDGE, UNITED STATES DISTRICT COURT