UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT LONDON

CRIMINAL ACTION NO. 06:09-cr-00016-9-DCR

UNITED STATES OF AMERICA                                                                 PLAINTIFF

V.

MOTION FOR BILL OF PARTICULARS

STANLEY BOWLING                                                                          DEFENDANTS

\* \* \*

Comes the Defendant, Stanley Bowling, by and through counsel, and moves this Court pursuant to 7(f) of the Federal Rules of Criminal Procedure, to order the United States to supply defendant with a Bill of Particulars so that the defendant may adequately prepare for trial. A Memorandum in Support is tendered herewith.

Respectfully submitted,

> THOMPSON, SIMONS,
> DUNLAP AND FORE, P.S.C.
> Chase Bank Building
> 116 West Main Street, Suite 2A
> P. O. Box 726
> Richmond, KY  40476-0726
> (859) 623-5205; Fax (859) 623-7394
>
> By:  s/ Daniel A. Simons

CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notice of filing to all counsel of record.

> s/Daniel A. Simons