UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
at LONDON

CRIMINAL ACTION NO. 06:09-cr-00016-9-DCR

UNITED STATES OF AMERICA                                              PLAINTIFF

V.

PROPOSED ORDER GRANTING
MOTION FOR BILL OF PARTICULARS

STANLEY BOWLING                                                       DEFENDANT

\* \* \*

This Motion having come on for hearing upon Motion of Defendant, Stanley Bowling, for a Bill of Particulars, and the Court having considered said Motion, same is hereby SUSTAINED. The United States shall respond to Defendant Bowling's request for particulars on or before the _____ day of _____, 2009.

Entered this _____ day of _____, 2009.

_____
Judge, United States District Court
Eastern District of Kentucky