UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

CASE NO. 09-16-DCR            <u>ELECTRONICALLY FILED</u>

UNITED STATES OF AMERICA,            PLAINTIFF,

VS.      MOTION TO REQUIRE SPECIFICITY AS TO COUNT I OF THE INDICTMENT

RUSSELL CLETUS MARICLE,            DEFENDANT.

** ** **

Comes now the Defendant, Russell Cletus Maricle, and hereby moves the Court to require the United States of America to specify as to Count I of the indictment which section of 18 U.S.C. §1962 the Defendant allegedly conspired to violate.

WHEREFORE, an Order in conformity herewith is respectfully requested.

RESPECTFULLY SUBMITTED,

/s/David S. Hoskins
Attorney At Law
107 East First Street
Corbin, KY 40701
Telephone: (606) 526-9009
Facsimile: (606) 526-1021
Email: davidhoskins@bellsouth.net
ATTORNEY FOR DEFENDANT
RUSSELL CLETUS MARICLE

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 17th day of August, 2009, the foregoing was filed electronically with the Clerk of the Court by using CM/ECF System which will send notice of filing to all counsel of record.

/s/David S. Hoskins
ATTORNEY FOR DEFENDANT
RUSSELL CLETUS MARICLE