UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

**CASE NO. 09-16-DCR**                                              <u>**ELECTRONICALLY FILED**</u>

**UNITED STATES OF AMERICA,**                                                    **PLAINTIFF,**

**VS.        MEMORANDUM IN SUPPORT OF MOTION
TO REQUIRE SPECIFICITY AS TO COUNT I OF THE INDICTMENT**

**RUSSELL CLETUS MARICLE,**                                                      **DEFENDANT.**

\*\* \*\* \*\*

Comes now the Defendant, Russell Cletus Maricle, and hereby provides his Memorandum in Support of Motion to Require Specificity as to Count I of the Indictment as follows:

18 U.S.C. §1962(d) reads as follows: "It shall be unlawful for any person to conspire to violate any of the provisions of subsection (a), (b), or ©." The indictment in this case does not specify which subsection the Defendant is alleged to have violated.

In the case of <u>United States v. Bernhardt</u>, 840 F. 2d 1441, 1445 (9th Circ.), the holding was: An indictment is sufficient to withstand a motion to dismiss if it contains the elements of the charged offense in sufficient detail (1) to enable the Defendant to prepare his defense; (2) to ensure to him that he is being prosecuted on the basis of facts presented to the grand jury; (3) to enable him to plead double

jeopardy; and (4) to inform the Court of the alleged facts so that it can determine the sufficiency of the charge.

Each of the sections of 18 U.S.C. §1962 sets forth a different scenario under which one may be convicted. The Defendant is entitled to know the section under which he is being charged. 1962(d) states that one may be charged with conspiracy to violate (a), (b), or ©.

RESPECTFULLY SUBMITTED,

/s/David S. Hoskins
Attorney At Law
107 East First Street
Corbin, KY 40701
Telephone: (606) 526-9009
Facsimile: (606) 526-1021
Email: davidhoskins@bellsouth.net
ATTORNEY FOR DEFENDANT
RUSSELL CLETUS MARICLE

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 17th day of August, 2009, the foregoing was filed electronically with the Clerk of the Court by using CM/ECF System which will send notice of filing to all counsel of record.

/s/David S. Hoskins
ATTORNEY FOR DEFENDANT
RUSSELL CLETUS MARICLE