UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

CASE NO. 09-16-DCR                                    <u>ELECTRONICALLY FILED</u>

**UNITED STATES OF AMERICA,**                                           **PLAINTIFF,**

**VS.**                                                **ORDER**

**RUSSELL CLETUS MARICLE,**                                        **DEFENDANT.**

** ** **

This matter being before the Court on motion of the Defendant, Russell Cletus Maricle, for an Order requiring the United States to specify which subsection of 18 U.S.C. §1962 the Defendant allegedly conspired to violate, and the Court being fully advised,

IT IS HEREBY ORDERED that this motion is SUSTAINED.

DATED this_____day of_____, 2009.


_____
JUDGE, UNITED STATES DISTRICT COURT