**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**LONDON**

**CASE NO. 09-16-DCR** <span style="float:right;">ELECTRONICALLY FILED</span>

**UNITED STATES OF AMERICA,** <span style="float:right;">PLAINTIFF,</span>

**VS.**           **MOTION FOR GRAND JURY RECORDS**

**RUSSELL CLETUS MARICLE,** <span style="float:right;">DEFENDANT.</span>

**  **  **

Comes now the Defendant, Russell Cletus Maricle, and hereby moves the Court as follows:

1. To divulge to the Defendant the number of grand juries that heard evidence relative to the indictment filed herein at Lexington, Kentucky, on March 3, 2009, and the superceding indictment filed herein at London, Kentucky, on July 9, 2009.

2. To inform the Defendant who the foreperson was that signed the indictment filed at Lexington, Kentucky, on March 3, 2009, and who the foreperson was that signed the indictment filed at London, Kentucky, on July 9, 2009. The signatures on both instruments are illegible.

3. To designate the dates that evidence was heard or action taken in any grand jury involved in this case and the number of grand jurors present on the date evidence was heard or action taken. Further, the Defendant moves for a designation of what grand jurors were present on what days either by the grand juror's number

(if they are assigned a number) or by name, and the date an indictment was voted in this case.

    4. To inform the Defendant as to whether a particular grand jury was a special grand jury or a regular grand jury.

    5. To allow the Defendant to obtain the following:

        a. the impanelment order for each grand jury;

        b. the number and names of persons summoned for selection for each grand jury;

        c. the number and names of persons that appeared for service pursuant to summons for each grand jury;

        d. proof of service for each person that was summoned for service for each grand jury;

        e. the means used to require the attendance of those persons summoned, but failing to appear;

        f. the persons who were excused from attendance after being summoned and the reason each may have been excused.

    6. To provide to the Defendant or permit him to obtain a copy of the written plan for random jury selection for the United States District Court of the Eastern District of Kentucky.

    7. To provide the Defendant any other records compiled or used in the drawing, summoning, and selection of each grand jury involved in this case.

This Motion is made so that the Defendant will have sufficient information for the purpose of challenging the grand jury or juries that returned the indictment and superceding indictment herein.

Rule 6(b) of Rules of Criminal Procedure states as follows:

(b) Objection to the Grand Jury or to a Grand Juror.

> (1) Challenges.  Either the government or a defendant may challenge the Grand Jury on the ground that it was not lawfully drawn, summoned, or selected, and may challenge an individual on the ground that the juror is not legally qualified.
>
> (2) Motion to Dismiss Indictment.  A party may move to dismiss the indictment based on an objection to the Grand Jury or an individual lack of legal qualification unless the Court has previously ruled on the same objection under Rule 6(b)(1).

WHEREFORE, an Order in conformity herewith is respectfully requested.

          RESPECTFULLY SUBMITTED,

/s/David S. Hoskins
Attorney At Law
107 East First Street
Corbin, KY 40701
Telephone: (606) 526-9009
Facsimile: (606) 526-1021
Email:  davidhoskins@bellsouth.net
ATTORNEY FOR DEFENDANT
RUSSELL CLETUS MARICLE

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 17th day of August, 2009, the foregoing was filed electronically with the Clerk of the Court by using CM/ECF System which will send notice of filing to all counsel of record.

    /s/David S. Hoskins
    ATTORNEY FOR DEFENDANT
    RUSSELL CLETUS MARICLE