UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

CASE NO. 09-16-DCR                                                                    ELECTRONICALLY FILED

UNITED STATES OF AMERICA,                                                                       PLAINTIFF,

VS.            MEMORANDUM IN SUPPORT OF MOTION
                    FOR GRAND JURY RECORDS

RUSSELL CLETUS MARICLE,                                                                          DEFENDANT.

** ** **

The right of a defendant to challenge an indictment based upon a defect in the empaneling of a grand jury, including the drawing, summoning, and selection, is set forth in the body of the motion.

28 U.S.C. §1867(a) provides: "...the defendant may move to dismiss the indictment or stay the proceeding against him on the ground of substantial failure to comply with the provisions of this title in selecting the grand or petit jury," followed by the mandate of §1867(f).... The parties in a case shall be allowed to inspect, reproduce and copy such records or papers at all reasonable times during the preparation and pendency of such a motion...."

There are two cases on point.  One is <u>Government of the Canal Zone v. Davis</u>, 592 F. 2d 887, 888, 889 (5th Cir. 1979) citing <u>Teat v. United States</u>, 420 U.S. 28, 95 S. Ct. 749, 42 L. Ed. 2d 784 (1975).  The other is <u>United States v. Marcano-Garcia</u>, 622 F. 2d 12 (1st Cir. 1980).

The Defendant is unequivocally entitled to the information sought by statute and case law.

        RESPECTFULLY SUBMITTED,

/s/David S. Hoskins
Attorney At Law
107 East First Street
Corbin, KY 40701
Telephone: (606) 526-9009
Facsimile: (606) 526-1021
Email: davidhoskins@bellsouth.net
ATTORNEY FOR DEFENDANT
RUSSELL CLETUS MARICLE

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 17th day of August, 2009, the foregoing was filed electronically with the Clerk of the Court by using CM/ECF System which will send notice of filing to all counsel of record.

/s/David S. Hoskins
ATTORNEY FOR DEFENDANT
RUSSELL CLETUS MARICLE