UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

**CASE NO. 09-16-DCR** <u>**ELECTRONICALLY FILED**</u>

**UNITED STATES OF AMERICA,** **PLAINTIFF,**

**VS.** **ORDER**

**RUSSELL CLETUS MARICLE,** **DEFENDANT.**

\*\* \*\* \*\*

This matter being before the Court on motion of the Defendant, Russell Cletus Maricle, for grand jury records, and the Court being fully advised,

IT IS HEREBY ORDERED that this motion is SUSTAINED, and the Clerk is directed to provide the Defendant with the records requested in the motion.

DATED this_____day of_____, 2009.

_____
JUDGE, UNITED STATES DISTRICT COURT