## MARICLE, ET AL AUDIO RECORDINGS

| RECORDING & DATE | Transcript Y/N |
|---|---|
| Cletus Maricle - 3/27/07<br>2 Recordings | Yes |
| William E. Stivers - 3/31/07 | Yes - 2 Transcripts |
| **Judy Maricle - 3/31/07** | |
| William E. Stivers - 4/06/07 | Yes |
| William E. Stivers - 4/09/07 | Yes |
| William E. Stivers & Wayne Jones - 4/10/07 | Yes |
| William E. Stivers & Cletus Maricle - 4/11/07 | |
| William E. Stivers - 4/16/07 | |
| Cletus Maricle - 4/18/07 | Yes |
| **Robin & Rusty Maricle - 4/19/07** | |
| **Sonya Arnett - 4/19/07** | |
| **Darnell Hipsher - 4/20/07** | |
| Cletus Maricle & Others - 4/21/07 | |
| **Edd Jordan - 4/30/07** | |
| Cletus Maricle - 4/30/07<br>3 Recordings | Yes |
| Freddy Thompson - 5/01/07 | Yes |
| Bart Morris, Cletus Maricle & Others - 5/01/07 | Yes |
| Cletus Maricle & others - 5/01/07 | Yes |
| Cletus Maricle - 5/02/07<br>2 Recordings | Yes |
| Cletus Maricle - 5/04/07<br>2 Recordings | Yes - 1 Transcript |
| Charles Wayne Jones - 5/07/07 | |

| | |
|---|---|
| Cletus Maricle - 5/07/07<br>2 Conversations | |
| William E. Stivers and Charles Wayne Jones at Lowes - 5/07/07 | |
| Cletus Maricle - 5/09/07 | Yes |
| **Boo Roberts & James Arnett - 5/11/07** | |
| Cletus Maricle - 5/14/07 | Yes |
| Cletus Maricle - 5/16/07 | Yes |
| William E. Stivers - 5/17/07 | Yes |
| **Dobber Weaver - 5/22/07** | |
| Cletus Maricle - 5/22/07 | Yes |
| Charles Wayne Jones - 6/07/07 | Yes |
| **Terry "Pudge" Smith - 7/02/07** | Yes |
| **Terry "Pudge" Smith - 7/13/07** | Yes |
| Judy Maricle - 7/16/07 | |
| Cletus Maricle - 7/18/07 | Yes |
| **Terry "Pudge" Smith - 7/18/07** | Yes |
| Cletus Maricle - 8/22/07 & 8/24/07 | |
| Cletus Maricle - 2/02/09 | Yes |