# UNITED STATES DISTRICTCOURT
# EASTERN DISTRICT OF KENTUCKY
# SOUTHERN DIVISION
# LONDON

**CRIMINAL NO. 09-16-S -DCR**

**UNITED STATES OF AMERICA**                                    **PLAINTIFF**

**V.**                                **ORDER**

**RUSSELL CLETUS MARICLE, ET AL.**                    **DEFENDANTS**

**\* \* \* \* \***

The United States of America, having moved for an Order seeking pretrial resolution of issues relating to the admissibility of audio recording evidence including transcripts, and it appearing that the United States may offer into evidence certain audio recordings of conversations and transcripts as listed in Attachment A to its motion (hereinafter referred to as "the listed audio recordings," and sufficient cause having been shown,

**IT IS HEREBY ORDERED**:

1. Any and all defense objections or motions with respect to admissibility (based on audibility, authenticity, contents, or any other ground) of any of the listed audio recordings/transcripts (or any part thereof) shall be filed with the Clerk and served no later than fourteen (14) days from the date of this Order.

2. If any such objections or motions are filed, then:

(a) within _____ days of this order, counsel for the United States and defense

counsel filing such objections or motions shall meet and confer in an effort to resolve such objections and motions;

(b) within _____ days of this order, counsel for the United States shall file a response to the defense objections and motions which states:

(i) which issues have been resolved; and

(ii) which issues require resolution by the Court, and suggestions, if any, for efficiently resolving those issues; and

(c) within _____ days after the United States serves its response, defense counsel shall file any reply.

This ____day of August, 2009.

_____
ROBERT E. WIER
UNITED STATES MAGISTRATE JUDGE