UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 6:09cr00016-DCR<br>Judge Danny C. Reeves |
| v. | : | |
| RUSSELL CLETUS MARICLE, et al., | : | Electronically Filed |
| Defendants. | : | |

**PROPOSED ORDER GRANTING
MOTION TO SUPPRESS**

For the reasons set forth in Defendant's Motion, Defendant, Russell Cletus Maricle's Motion to Suppress is hereby GRANTED.

DATED this the _____ day of _____, 2009.

_____
JUDGE, UNITED STATES DISTRICT COURT