# United States District Court

_____Eastern_____ **DISTRICT OF** _____KENTUCKY_____

**In the Matter of the Search of**
(Name, address or brief description of person, property or premises to be searched)

Residence of Russell Cletus Maricle, 393 Circle Drive, Manchester, Ky. 40962, GPS reading N37 09.317, W083 45.924, described as a two story stucco home, tan in color with white window casings.
There are stone pillars that lead into the driveway and garage area.

**SEARCH WARRANT**

**CASE NUMBER:** 09-6011m

**To:** _Any Special Agent of the FBI_ and any Authorized Officer of the United States

Affidavit(s) having been made before me by _SA Timothy S. Briggs_____ who has reason to believe that  on the person of or ✓ on the property or premises known as (name, description and/or location)
See Attachment A

in the _____Eastern_____ District of _____KENTUCKY_____ there is now concealed a certain person or property, namely (describe the person or property to be seized)

SEE Attachment B

I am satisfied that the affidavit(s) ~~and any recorded testimony~~ RW establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before _March 26, 2009_

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime – 6:00 A.M. to 10:00 P.M.) ~~(at any time in the day or night as I find reasonable cause has been established)~~ and if the person or property be found there to seize same, leaving copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to _Robert E. Wier, United States Magistrate Judge_____ as required by law.

_March 16, 2009 @ 4:40 p.m._                          at _____London Kentucky_____
**Date and Time Issued**                                        **City and State**

_Robert E. Wier, United States Magistrate Judge_
**Name and Title of Judicial Officer**                         **Signature of Judicial Officer**

# ATTACHMENT A

## The Premises

The residence of Russell Cletus Maricle, 393 Circle Drive, Manchester, Ky. 40962, GPS reading N37 09.317, W083 45.924, described as a two story stucco home, tan in color with white window casings. Stone pillars lead into the driveway and garage areas.

## The Premises' Physical Description

The residence is described as a two story stucco home, tan in color with white window casings, and stone pillars that lead in to the driveway and garage areas.

## Directions to the Premises

From the junction of Ky routes 421 and 11, travel north on 421 for 1.2 miles, turning left on Stinson Hill and travel for .1 mile. Turn right on Circle Drive and travel .1 mile to the residence on the right. Circle Drive dead ends at the driveway of Maricle.

Exhibit B

Items to be searched for and seized

By this warrant, the Court authorizes the search of the premises described and identified on the face of the warrant (and said authority extends to the full curtilage of same, encompassing any outbuildings, garages, and sheds) and further to any vehicles within the curtilage that are owned by or registered to a resident of said premises. Additionally, the warrant authorizes the search of any person found at the premises at the time of execution of the warrant if that person is named in the Affidavit provided by the United States as a basis for warrant issuance.

The items to be searched for and, if found, seized, include the following:

election records including voter registration cards; absentee ballots; sample ballots; voter assistance forms; lists containing the names of voters; a slate(s) of candidates running for public office; lists of election sheriffs, judges, and officers; documents indicating amounts of money or items of value provided to/received from persons/precincts in relation to political elections; recapitulation sheets; precinct reports; absentee voter applications; precinct sign-in sheets; and general election records pertaining to Primary and General Elections in Clay County, Kentucky, including elections regarding the City of Manchester, Kentucky, for years 2002, 2004, and 2006 and like records for any other election cycles; and

other records of any type indicating, arranging, containing, or corroborating communication(s) between persons concerning in any way the 2002, 2004, and 2006 General and Primary Elections in Clay County, Kentucky and/or the City of Manchester; financial ledgers or other accounting documents memorializing or tracking payments or activities concerning election-related transactions; any safes, desks, or carts specifically identified or referenced in the Affidavit provided by the United States as a basis for warrant issuance; records indicating safe deposit boxes and/or keys to such boxes; documents indicating contact information (names, telephone numbers, addresses) of voters, election officials, or persons involved in election activity in Clay County, Kentucky and/or the City of Manchester; and

other records naming or identifying law enforcement officers, including but not limited to, FBI SA Timothy Briggs and/or TFO Edsel Blair and/or TFO Marc Hopkins, to extend to photographs of or information regarding such agents, their addresses, families, telephone numbers, or other identifying or descriptive materials; and

other records reflecting occupancy, ownership, and/or custody over the premises or property searched.

