# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# SOUTHERN DIVISION
# (at London)

**CASE NO. 09-16-DCR**                                            <u>**ELECTRONICALLY FILED**</u>

**UNITED STATES OF AMERICA,**                                                **PLAINTIFF,**

**V.**          <u>**MOTION FOR HEARING TO DETERMINE
AUTHENTICITY, ACCURACY, AND TRUSTWORTHINESS
OF AUDIO RECORDINGS**</u>

**RUSSELL CLETUS MARICLE,**                                                **DEFENDANT.**

**\*\*   \*\*   \*\***

Comes now the Defendant, Russell Cletus Maricle, and moves the Court to conduct an evidentiary hearing to determine the authenticity, accuracy, and trustworthiness of audio recordings provided to the defense in discovery.

WHEREFORE, an Order in conformity herewith is respectfully requested.

Respectfully submitted,

/s/David S. Hoskins
Attorney At Law
107 East First Street
Corbin, KY 40701
Telephone: (606) 526-9009
Facsimile: (606) 526-1021
Email:   davidhoskins@bellsouth.net
ATTORNEY FOR DEFENDANT
RUSSELL CLETUS MARICLE

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 17th day of August, 2009, the foregoing was filed electronically with the Clerk of the Court by using CM/ECF System which will send notice of filing to all counsel of record.

/s/David S. Hoskins
Attorney At Law
ATTORNEY FOR DEFENDANT
RUSSELL CLETUS MARICLE