**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**(at London)**


CASE NO. 09-16-S-DCR                    **ELECTRONICALLY FILED**

**UNITED STATES OF AMERICA,**                              **PLAINTIFF,**


                   **MEMORANDUM IN SUPPORT OF MOTION**
**V.**        **FOR HEARING TO DETERMINE TRUSTWORTHINESS,**
**ACCURACY, AND AUTHENTICITY OF AUDIO RECORDINGS**


**RUSSELL CLETUS MARICLE,**                              **DEFENDANT.**

**\*\*   \*\*   \*\***

This memorandum is submitted in support of the Defendant Russell Cletus

Maricle's motion for the Court to conduct an evidentiary hearing to determine the

trustworthiness, accuracy, and authenticity of audio recordings provided to the

defense in discovery.

Audio recordings are only admissible if they are shown to be authentic,

accurate, trustworthy, and sufficiently audible.   *United States v. Wilkinson*, 53 F.3d

757, 761 (6th Cir. 1995).   Numerous questions regarding these issues are presented

by the audio recordings in this case.   It appears from the recordings themselves and

from testimony at this Defendant's second detention hearing that the informants

making the recordings were free to turn the recorder off and on at will.   Inasmuch

as these persons are undoubtedly biased and have a strong motive to provide only

inculpatory evidence, this practice cannot be considered trustworthy.   Likewise, it

raises questions as to the whether or not all recordings were provided to the United

States by these persons.   On one recording, the informant can be heard to say "Now

I've got him" or words to that effect.   Her motivation is quite transparent.   Have

recordings containing only exculpatory matter been delivered to the agents?   Only

through an appropriate hearing can the Court hope to answer this and other

questions.

Likewise, recordings may be untrustworthy, and thus inadmissible, if

substantial portions are unintelligible.   *United States v. Jones*, 540 F.2d 465, 470

(10th Cir. 1976), *United States v. Robinson*, 763 F.2d 778, 781 (6th Cir. 1985).   Such

is the case with several recordings in this case, as numerous persons are talking at

the same time and none are fully intelligible.

The Defendant therefore requests that the Court conduct a hearing prior to

the trial to consider the admissibility of the various recordings.

WHEREFORE, an Order in conformity herewith is respectfully requested.

Respectfully submitted,
/s/David S. Hoskins
Attorney At Law
107 East First Street
Corbin, KY 40701
Telephone: (606) 526-9009
Facsimile: (606) 526-1021
Email:   davidhoskins@bellsouth.net
ATTORNEY FOR DEFENDANT
RUSSELL CLETUS MARICLE

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 17th day of August, 2009, the foregoing was filed electronically with the Clerk of the Court by using CM/ECF System which will send notice of filing to all counsel of record.

/s/David S. Hoskins