# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# SOUTHERN DIVISION
# (at London)

CASE NO. 09-16-DCR                                    ELECTRONICALLY FILED

UNITED STATES OF AMERICA,                                        PLAINTIFF,

VS.                                    **ORDER**

RUSSELL CLETUS MARICLE,                                          DEFENDANT.

**  **  **

This matter being before the Court on Motion of the Defendant, Russell Cletus Maricle, for hearing to determine authenticity, accuracy, and trustworthiness of audio recordings, and the Court being fully advised,

IT IS HEREBY ORDERED that this motion is sustained. The Court will conduct the requested hearing on the _____ day of _____, 2009 at the hour of _____.

DATED this the _____ day of August, 2009.

_____
JUDGE, UNITED STATES DISTRICT COURT