UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

CASE NO. 09-16-DCR                                              ELECTRONICALLY FILED

UNITED STATES OF AMERICA,                                                   PLAINTIFF,

V.                      MOTION TO DISQUALIFY JUDGE

RUSSELL CLETUS MARICLE,                                                      DEFENDANT.

\*\* \*\* \*\*

    Comes now the Defendant Russell Cletus Maricle, and joins in the joint motion of the defendants Freddy Thompson and Charles Wayne Jones to disqualify the Honorable Danny C. Reeves, District Judge from sitting on this case (Document 375).   As grounds for this motion, this Defendant adopts the grounds set forth in the motion and memorandum of the Defendants Jones and Thompson.   This Defendant would state, in addition, that as the long-time Circuit Judge of Clay County, he is undoubtedly among those contemplated by Judge Reeves in his remarks at the sentencing of Kenny Day concerning local officials "turn[ing] their heads".

    WHEREFORE, an Order in conformity herewith is respectfully requested.

    Respectfully submitted,
/s/David S. Hoskins
Attorney At Law
107 East First Street

1

>Corbin, KY 40701
>Telephone: (606) 526-9009
>Facsimile: (606) 526-1021
>Email:   davidhoskins@bellsouth.net
>ATTORNEY FOR DEFENDANT
>RUSSELL CLETUS MARICLE

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 17th day of August, 2009, the foregoing was filed electronically with the Clerk of the Court by using CM/ECF System which will send notice of filing to all counsel of record.

>/s/David S. Hoskins
>Attorney At Law
>ATTORNEY FOR DEFENDANT
>RUSSELL CLETUS MARICLE