UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

**CASE NO. 09-16-S-DCR**                                           <u>**ELECTRONICALLY FILED**</u>

**UNITED STATES OF AMERICA,**                                                        **PLAINTIFF,**

**VS.**                                                         <u>**ORDER**</u>

**RUSSELL CLETUS MARICLE,**                                                         **DEFENDANT.**

** ** ** **  ** **

The Defendant, Russell Cletus Maricle, by counsel, has moved the Court to disqualify the Honorable Danny C. Reeves from presiding over this criminal action.

For good cause shown, it is ORDERED that the Honorable Danny C. Reeves be, and hereby is, DISQUALIFIED from further presiding over this criminal action, and that the Honorable _____ be designated to now sit and preside over this criminal matter and that the matter be transferred to (his/her) active docket.

DATED this the _____ day of August, 2009.

_____
JUDGE, UNITED STATES DISTRICT COURT