UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

CASE NO. 09-16-S-DCR                      ELECTRONICALLY FILED

UNITED STATES OF AMERICA,                   PLAINTIFF,

VS.            **MOTION TO PRODUCE FOR
INSPECTION PROSECUTION MEMORANDUM
AND DRAFT INDICTMENT**

**RUSSELL CLETUS MARICLE,**                   **DEFENDANT.**

\*\* \*\* \*\*

Comes the Defendant, Russell Cletus Maricle, and moves the Court to require the United States of America to produce for inspection the prosecution memorandum and draft indictment, if any, sent to the Organized Crime and Racketeering Section, Criminal Division ("OCRS") of the Justice Department prior to the filing of the indictment herein and prior to the filing of the superseding indictment herein for the purpose of determining whether or not the United States has complied with all requirements in bringing these indictments.

                                           Respectfully submitted,

                                           /s/David S. Hoskins
                                           Attorney At Law
                                           107 East First Street
                                           Corbin, KY 40701
                                           Telephone: (606) 526-9009
                                           Facsimile: (606) 526-1021
                                           Email: davidhoskins@bellsouth.net

ATTORNEY FOR DEFENDANT
RUSSELL CLETUS MARICLE

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 17th day of August, 2009, the foregoing was filed electronically with the Clerk of the Court by using CM/ECF System which will send notice of filing to all counsel of record.

/s/David S. Hoskins