# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# SOUTHERN DIVISION
# LONDON

CASE NO. 09-16-DCR                                         **ELECTRONICALLY FILED**

**UNITED STATES OF AMERICA,**                                               **PLAINTIFF,**

**VS.**                                    **ORDER**

**RUSSELL CLETUS MARICLE,**                                              **DEFENDANT.**

\*\*   \*\*   \*\*

This matter being before the Court on motion of the Defendant, Russell Cletus Maricle, for an Order requiring the United States to produce for inspection the prosecution memoranda and draft indictments, and the Court being fully advised,

IT IS HEREBY ORDERED that this motion is GRANTED.

DATED this_____day of August, 2009.

_____
JUDGE, UNITED STATES DISTRICT COURT