# United States District Court

DISTRICT OF _____KENTUCKY_____

In the Matter of the Search of
(Name, address or Brief description of person, property or premises to be searched)

Residence of Russell Cletus Maricle, 393 Circle Drive, Manchester, KY 40962, GPS reading N37 09.317, W083 45.924, described as a two story stucco home, tan in color with white window casings. There are two stone pillars that lead into the driveway and garage area.

**APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT**

CASE NUMBER: 09-6011m

I_ SA Timothy S. Briggs _____ being duly sworn depose and say:

I am a(n) _Special Agent with the FBI_____ and have reason to believe that _ on the person of or _✓_ on the property or premises known as (name, description and/or location)

See attachment A

in the _Eastern_____ District of _____KENTUCKY_____
there is now concealed a certain person or property, namely (describe the person or property to be seized)

See Attachment B

which is (state one or more bases for search and seizure set forth under Rule 41(b) of the Federal Rules of Criminal Procedure)

concerning a violation of Title _18__ United States Code, Section(s) _1962(d)_____
The facts to support a finding of Probable Cause are as follows:

SEE attached Affidavit

Continued on the attached sheet and made a part hereof.      _✓_ Yes _ No

_Timothy S Briggs_
Signature of Affiant

Sworn to before me, and subscribed in my presence

_MARCH 16, 2009_____         at ___London, Kentucky_____
Date                                                           City and State

_Robert E. Wier, United States Magistrate Judge_
Name and Title of Judicial Officer

_____
Signature of Judicial Officer

# ATTACHMENT A

## The Premises

The residence of Russell Cletus Maricle, 393 Circle Drive, Manchester, Ky. 40962, GPS reading N37 09.317, W083 45.924, described as a two story stucco home, tan in color with white window casings. Stone pillars lead into the driveway and garage areas.

## The Premises' Physical Description

The residence is described as a two story stucco home, tan in color with white window casings, and stone pillars that lead in to the driveway and garage areas.

## Directions to the Premises

From the junction of Ky routes 421 and 11, travel north on 421 for 1.2 miles, turning left on Stinson Hill and travel for .1 mile. Turn right on Circle Drive and travel .1 mile to the residence on the right. Circle Drive dead ends at the driveway of Maricle.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY

Attachment "B"

Items, persons, structures to be searched, all outbuildings, garages, sheds, vehicles and persons
located on said premises, and curtilage.

. . . there is now concealed a certain person or property, namely (continued):

election records such as: voter registration cards; absentee ballots; sample ballots; voter
assistance forms; lists containing the names of voters; a slate of candidates running for public
office; lists of corrupt election sheriff's, judges, and officers; documents indicating amounts of
money or items of value provided to / from, persons / precincts in relation to political elections;
recapitulation sheets; precinct reports; absentee voter applications; precinct sign in sheets; and
general election records pertaining to Primary and General Elections, in Clay County Kentucky,
for years 2002, 2004, and 2006.

as well as general evidence to support criminal activity: bank records; ledgers; telephone bills /
logs; cellular telephones; caller identification systems; photographs; records reflecting the names,
addresses, and telephone numbers of co-conspirators; tax records; personal letters; personal items
that show occupancy at residence; United States Currency; lock boxes; safes; safe deposit box
keys, or records of existence; and other such items.

also any and all items of evidence, related to Affiant, TFO Blair, and TFO Hopkins, such as:
address; directions to home; telephone number; photographs of residence, vehicles, law
enforcement officers (LEO), or LEO's family members, vehicle registration information.

## AFFIDAVIT

I, Timothy S. Briggs, being duly sworn, do hereby depose and state as follows:

## 1. INTRODUCTION

1.      I am a Special Agent with the Federal Bureau of Investigation (FBI), United States Department of Justice. I have been so employed by the FBI since 1997. I have been active in drug, public corruption and election fraud investigations during my career. I am currently assigned to the Louisville Division, London, Kentucky Resident Agency of the FBI, where I am currently assigned to a Organized Crime Drug Enforcement Task Force (OCDETF) and I am also the team leader for the Southeastern Kentucky OCDETF / Public Corruption Task Force (PCTF), which is funded by the Appalachia High Intensity Drug Trafficking Area (AHIDTA). I am currently assigned to a joint investigation with Task Force Officer (TFO) Edsel V. Blair Jr., a Detective with the London Police Department. (LPD)  This affidavit is based on my personal investigation and the investigation of other law enforcement officers / agents of the FBI, Manchester Police Department (MPD) and Kentucky State Police (KSP).

2.      Over the years, through my own experience as well as experience of other officers and agents involved in this investigation, I have become familiar with the patterns of voter / election fraud and the distribution of money, or items of value

such as: gravel and pavement for personal driveways; drugs; alcohol / liquor; employment; campaign support; favorable court rulings, and other things of value. The above mentioned items are offered to extort money from political candidates, or entice voters to: sell their vote; commit voter fraud / election bribery; work as a corrupt election officer or judge; raise money, transport or distribute money, or pass out liquor, drugs and other items of value.    To date, your affiant's participation in PCTF investigations have resulted in the successful prosecution of numerous individuals, and the forfeiture of assets used to facilitate violations of public corruption.  Your affiant has participated in and/or executed at least two hundred (200)  search and seizure warrants, of which at least 10 involved public corruption or election fraud.  Your affiant has been the sole affiant on these warrants, which resulted in the search of locations ranging from: Police Departments; Sheriff Office's; City Administration buildings; County Administration buildings; Auditor's offices; Law offices; Business offices; residences; safe deposit boxes, and other such locations.

3.    Materials searched for and recovered in these locations have included election records such as: voter registration cards; absentee ballots; sample ballots; voter assistance forms; lists containing the names of voters, a slate of candidates

2

running for public office, election records i.e. lists of corrupt election sheriffs, lists

corrupt election judges, lists of corrupt election officers; documents indicating

amounts of money or items of value provided to/from persons/ precincts in

relation to political elections; recapitulation sheets; precinct reports; absentee

voter applications; precinct sign in sheets;  and general records such as: books;

bank records; records; meeting minutes; contracts; checks; accounts payable;

accounts receivable; ledgers; telephone logs; computers; electronic mediums;

grants; correspondence; audio and video recordings; electronic mail; cellular

telephones; caller identification systems; photographs; records reflecting the

names, addresses, and telephone numbers of co-conspirators; notes; receipts; bills;

tax returns; personal letters; United States Currency; automobile registration or

transaction records; real estate ownership and transactions;  other personal

identification; which relates to procuring, maintaining or concealing  kickbacks ,

bribes or gratuities; and other similar items of evidence, that relate to public

corruption and election bribery.


4.    Your affiant has participated in analyzing financial transactions, which

include the investigation of the underlying public corruption / election bribery

offenses as well as the identification and seizure of proceeds or assets derived

3

from these criminal offenses. Additionally, your affiant has experience in debriefing defendants, witnesses and informants who have been involved in acts of public corruption or election fraud. These individuals have personal experience regarding the techniques and methods by which corrupt officials maintain records identifying allies and supporters, as well as, records exhibiting amounts of money distributed within precincts and to other individuals involved in corruption. Through these debriefings your affiant is aware of the techniques and methods by which corrupt officials acquire, spend, convert, transport, distribute, and conceal the proceeds utilized to buy votes, or pay corrupt elections officials. Additionally, your affiant has in the past participated in investigations which led to convictions of a number of public officials for Racketeering Influenced Corrupt Organization (RICO) violations.

5.     The following facts set forth herein do not set forth all facts known by the Affiant. These facts are for the purpose of setting forth probable cause for search warrants only, and do not include all facts known by investigators.

6.     The purpose of this affidavit is to provide probable cause to search three residences. The residences are occupied by the following subjects, who were

4

indicted on RICO, extortion, mail fraud, obstruction of justice, and election fraud / voter bribery charges on March 3, 2009: (1) Russell Cletus Maricle, also known as (aka) Cletus Maricle, 393 Circle Drive, Manchester, Kentucky 40962; (2) William Bartley Morris, aka Bart Morris and wife, Debra Lynn Morris, aka Debbie Morris, 107 Green Street, Manchester, Kentucky 40962; and (3) William Stivers, aka Al Man, 3257 Highway 149, Manchester, Kentucky 40962. Affiant has verified the correct address for all subjects through Source information, surveillance, and public records were also utilized for Maricle and Morris, (public records are not available for Stivers current address, as he has recently moved). According to Source #2, Stivers moved from 921 Charlie Sizemore Road, Manchester, Kentucky in approximately July of 2007. Maricle and Morris lived at the above mentioned address during the duration of this election fraud / investigation. See indictment under seal by order of Court. Attached to the affidavit are photographs off all three subject residences.

## 2. BACKGROUND

7.   Over the past several years the Affiant has conducted an investigation in Clay County / Manchester, Kentucky, which began as a drug trafficking investigation. The FBI investigation later led to public corruption including, fraud, bribery, vote buying and vote stealing, involving local, county and state officials. This case involved elected officials, candidates seeking publicly elected offices; and citizens

5

who worked during past Manchester/Clay County Kentucky elections in positions such as election officers, judges, sheriff's. There are also evidence of numerous and widespread fraud continuing for years including citizens who sold their votes, hauled voters, and distributed money. This case involves Republican and Democrat officials and citizens during the 2002, 2004, and 2006 Clay County elections.

8.     Two primary FBI Sources' were utilized in this investigation, who were involved in the election bribery / fraud scheme, referred to hereinafter as Source #1 and Source #2. Affiant knows and has worked consistently with both Source's since March of 2007, with regard to investigating these election fraud / bribery violations.   Source #1 and Source #2 made approximately twenty (20) audio recordings of conversation with subjects of this investigation, at the direction of the FBI, for the purposes of gathering evidence. Affiant and / or TFO Blair have reviewed all audio recordings, and subject statements are quoted in the body of this affidavit. Source #1 and Source #2 are deemed reliable as they have been independently corroborated by other witnesses as well as independent investigation conducted by the Affiant and other FBI investigators.

### 3.  CURRENT INVESTIGATION

9.    This investigation involves among others,  the following subjects, and this

section of the affidavit provides a summary of each subject's role in crimes

including election fraud/bribery:

RESIDENCE OF RUSSELL CLETUS MARICLE

Russell Cletus Maricle, aka Cletus Maricle, served as Clay County Circuit

Judge, from January 1991 to July 2007. Currently he is in senior status.

According to multiple sources, he was heavily involved in this election bribery

scheme. It has been confirmed that he possessed a number of documents relating

to the election bribery scheme.  Maricle was heavily involved during the 2006

election in Clay County Kentucky, assuring that his son-in-law Phillip Mobley

would be elected Property Value Administrator (PVA).   According to sources,

Maricle was involved in the following steps to further the 2006 election bribery

scheme: (1) held regular meetings at his residence to discuss this scheme; (2)

recruited corrupt election officers, (3) arranged for election officers to be trained

to steal votes with the electronic voting machines; (4) helped pick the list of

7

candidates that the group would buy votes for during the election (slate of candidates); (5) directed individuals involved in the scheme, such as election officers, to go out and approach potential voters and offer money; (6) maintained a list of registered voters, to advise his co-conspirators who to approach about selling their vote; and (7) obstructed a federal investigation by coaching and attempting to influence the testimony of a Federal Grand Jury (FGJ) witness. Source #1 and #2 are also aware that Maricle delivered money to Vernon Hacker at the 911 building, so that Hacker could bribe voters during the 2006 Primary election.

Sources #1 and #2 advised that they attended regular meetings at Maricle's residence to discussed the election fraud scheme for the 2006 Clay County Primary and General Elections. The purpose of the meetings was to plan, organize, and carry out this scheme. Subjects present at these meetings were: R. Cletus Maricle; Judy Maricle; William Stivers (election officer); Charles Wayne Jones(Democrat Election Commissioner); Darnell Hipsher(former City Council member); Source #1 and #2, and others. These meetings started in or about September or October of 2005, and continued until approximately two weeks after the 2006 General Election in November. During these meetings Source #1 provided Maricle with a list of all registered voters for the Manchester, East

8

Manchester and Harts Branch precincts. Maricle also provided to Source #1 and #2, a list of voters who were against his slate of candidates, that needed to be talked to and approached. Maricle, William Stivers, and Charles Wayne Jones, aka Wayne Jones were going over lists of election officers during these meetings, that Stivers brought to Maricle's home. During one meeting Maricle told Jones and Stivers, you need to train Source #2. Stivers bragged about how many votes himself and Charles Weaver (previously convicted of voter fraud in U.S. District Court at London) stole in the last election. Stivers also bragged about how many votes himself and Vernon Hacker (previously a Manchester City Council member and also convicted of drug conspiracy charges in U.S. District Court at London) stole when they worked the absentee machine together. Jones then told Source #2 he would show him/her how it was done.

Source #2 advised that he/she was instructed by Charles Wayne Jones and Freddy Thompson (Clay County Court Clerk) as follows: In the primary and general elections in 2006, votes were to be stolen from voters unfamiliar with the new electronic voting machines utilized in recent elections. Many voters were confused by these new voting machines, which required that upon making all selections, the voter had to press two buttons (once to review the ballot and make changes, and the second time to finally cast their vote). The machine made an

audible sound after the "vote" button was pressed once. If the voter walked away from the machine before finally casting their vote, Source #2 was instructed to change the votes to their "slate" of candidates, and finally cast the vote. Source #2 and other corrupt election officers would sometimes simply usher the voters from the voting poll, advising the voter that they were finished with the voting process. In both of the above cases, the corrupt election officer would then enter the voting poll and act as if they were re-setting the machine for the next voter. However, they would actually change the voters' selections to their "slate" of candidates, and then finally cast the vote, thus stealing these votes as directed. Charles Weaver admitted to being a part of the scheme as an election officer in 2006 during his guilty plea before U.S. District Court in London.

The affiant has also obtained official absentee voting statistics. Absentee voting has risen significantly over the past several elections within Clay County Kentucky, for both absentee voting at the Clerk's Office, and the mail in absentee ballots. See below table:

| Absentee Votes Cast | General / Primary | Year |
|---|---|---|
| 46 | Primary | 2003 |
| 158 | General | 2003 |
| 82 | Primary | 2004 |

| 590 | General | 2004 |
| 581 (7.26% of voters) | Primary | 2006 |
| 616 (7.70% of voters) | General | 2006 |

Affiant has also viewed a video recording of Maricle being interviewed on the television show Inside Edition, hosted by Bill O'Reily. It is believed by the Affiant that interview occurred in the late 1980's. At the time of the interview Maricle was an attorney, and this interview was prior to Maricle holding public office or becoming a Circuit Judge. During the interview Maricle stated that marijuana cultivation was an essential part of the economy in Manchester, Clay County, Kentucky. Maricle further stated that the proceeds of marijuana trafficking and distribution is a determining factor in local elections, with as much as 30% of the votes on election day being purchased with drug money.

Maricle told Source #1 and #2 in relation to election fraud, money is important, but having officers on the machine taking care of things is more important... "you got to have the officers handle the voters on the machine." Maricle voted at the polling location where Source #2 was working as a corrupt election officer during the 2006 election. Maricle was making fun of how they were scamming the voters by stealing votes. Maricle told Source #2, "keep running them through." Maricle then told his wife Judy, "get up there" and let

11

him/her (Source #2) "take care of you". Source #2 then voted wife, Judy Maricle, who did not actually need assistance for the "slate" of candidates.

Source #1 and Source #2, participated in numerous audio recorded conversations with Cletus Maricle, and others from March 27, 2007 to February 2, 2009, after the 2006 elections, to discuss the investigation into this election.

Source#2 further advised that:

In 2004, Maricle requested that Source #2 switch political party affiliation to Democrat. Later in 2005, Maricle asked Source #2 to serve as an election officer in the Manchester precinct, during the 2006 primary and general Clay County elections. Maricle directed Source #2 to vote paid voters for his slate of candidates, and to steal votes while serving as an election officer. Maricle pre-approved the appointment of election officers by Wayne Jones and William Stivers including a Republican election officer for the Manchester precinct who agreed to this scheme, Charles Weaver, aka Dobber, and Maricle wanted both political parties covered in this precinct to assure the scheme was successful. Source #2 was promised the following to assist in this scheme: (1) employment in an upcoming government job; (2) leniency for a family member facing criminal charges before Maricle's Circuit court, and (3) the political support of Maricle, for a family member of Source #2, who was running for public office. Maricle

12

acknowledged during a tape recorded conversation on May 2, 2007, with Source #2, that he (1) promised Source #2 a job, and (2) leniency for Source #2's brother.

Source #1 and Source #2, had numerous recorded conversations with Maricle, at Maricles' residence. During these meetings, Source #2, upon the direction of the FBI, advised Maricle of his/her federal grand jury (hereinafter referred to as FGJ) appearance/testimony regarding the investigation of this election bribery scheme. Maricle became very suspicious of Source #2, as Source #2 had two family members under federal indictment.

During one recording on May 2, 2007, Maricle advised Source #2 to stop volunteering information, "just don't go off with statements about Jennings and Vernon again", (referring to former County Clerk Jennings White, and former City Council member Vernon Hacker, both convicted and cooperating). Maricle added, "don't make no statements like that". Maricle's wife Judy Maricle stated, "don't tell 'em nothing, Maricle added "nothing".

The Source #2 inquired "how would a person answer it is what I am saying." "Do you say I plead the Fifth Amendment on each individual question or do you say I don't know?" Maricle responded, "No, if you don't' want to answer the question, plead the fifth..."

During a recorded conversation between Source #2 and Maricle on May 4, 2007, Maricle suggests Source #2 refuse to answer questions and go to prison like

13

Susan McDougall had done for President Clinton. Source #2 asked Maricle, "would you sit that long for somebody?" Maricle responded "yes". Source #2 asked, "would you sit that long for me?" Maricle responded "that's right... I'll be there for you... I will not ... (unless) I've seen somebody shoot somebody yes, as for other things, no". (Maricle suggested Source #2 not tell the FGJ any information, short of being the eye witness to a shooting.)

At one point Maricle advised  Source #1 and #2, that they should stop coming to talk to Maricle, and they should seek direction from William Stivers as Maricle was afraid the FBI may be watching Source #1 and #2, or conducting surveillance on them.

Source #1 and #2 advised that Maricle became increasingly paranoid during these recorded conversations.  (On June 21, 2007, Affiant subpoenaed records from the Clay County Clerk's Office regarding the 2006, Clay County Primary and General elections).  However, Maricle and other subjects of the investigation were suspicious of Source #1 and Source #2, as Source #1, #2 and a family member were under FBI investigation, with the FBI searching their workplace on October 31, 2006, just before the 2006 General election.  Maricle and other subjects feared that Source #1, #2 and possibly others within this conspiracy may be cooperating with the FBI.

Maricle advised Source #1 and #2 on May 4, 2007, during a recorded

14

meeting, that he believed the FBI was following them and Maricle. Maricle further stated that "forty" agents were assigned to the case and that in his opinion the FBI was listening to his phone conversations. Source #2 reported that Maricle would routinely pat down Source #2 before and during conversations, in Source #2's opinion, to check for a recording device, which Maricle would attempt to disguise as a friendly hug / back rub.

Lastly, Source #2 reported that Maricle had a private investigator, Richie Asher, trying to determine where Affiant, TFO Blair, and TFO Marcus Hopkins reside, and what kind of vehicles they drive. Affiant, based upon training and experience, believes that this information was being sought to conduct counter surveillance, threaten / intimidate these investigators, and/or to further a plan to have these investigators harmed.

Source #2 has been contacted by Cletus Maricle as recently as February 2009. Maricle's son recently died from unknown cause and Source #2 was asked by Maricle to come visit him at the wake. FBI equipped Source #2 with a recording device and sent Source #2 to visit Maricle. Maricle engaged Source #2 in conversation about family matters and did not mention any concern about the investigation.

## RESIDENCE OF WILLIAM BARTLEY MORRIS AND DEBRA MORRIS

William Bartley Morris, aka Bart Morris and Debra Lynn Morris, aka Debbie Morris, husband and wife, are owners of B & J Transfer, a waste disposal company. B & J Transfer has a contract with the city of Manchester, and Clay County, Kentucky for solid waste disposal. The Morris' are heavily involved in the election fraud / bribery scheme within Manchester / Clay County, Kentucky and possessed and prepared many documents relating to the scheme  The Morris' help certain public officials get elected, primarily the city council members, who in turn provide the waste disposal contract to Morris' business, B & J Transfer.

On October 22, 2007, Darnell Hipsher (former Manchester City Councilman, previously convicted of RICO charges including making a false statement to the grand jury in the Eastern District of Kentucky) advised that he transported voters the Morris' to be paid, after the paid voters cast their vote, during the 2004 and 2006 elections. The voters were taken to Morris' residence, or a camper set up at a remote location.

During the 2006 City Council race, according to Hipsher, the following candidates for city council pooled money to buy votes: Vernon Hacker; Laura House; Jamie Mills; Jeff Deaton; and Marietta Penny Robinson, with each candidate contributing $1,000.00. Hipsher had an individual hauling voters to the

16

voting polls in 2006, and then to the Morris' home to be paid for their vote. Hipsher stated that the Morris' have a contract with the city of Manchester, and that is why the Morris' get involved in election fraud / bribery, to keep the city council members in office and maintain their city waste disposal contract.

According to Hipsher, during the 2004 election, Hipsher and Vernon Hacker were present at Morris' residence paying voters that were delivered there by vote haulers. The voters that sold their vote were given a ticket by William Stivers who was working as an election officer at the Manchester precinct. When the voters arrived at Morris' residence, Hipsher would mark their name off of a list and Hacker would pay the voters. Hipsher explained that Bart Morris was in the Beech Creek Precinct, during this election buying votes in the same manner.

According to Hipsher the Morris' would usually utilize the following vote haulers: James Goins; Chris Duff; Earl Pennington; and Pepper Gilbert.

Hipsher recalled that on election day in 2000 or 2002, the Morris' had their camper set up at Y Hollow (located in East Manchester, near the old coal tipples), where vote haulers could bring voters who sold their vote, to be paid. The Morris' were afraid to carry out this activity at their residence, as they believed the "Feds" was watching their house for this sort of activity.

On August 21, 2007, Richard Todd Roberts(convicted of RICO charges in U.S. District Court in London), stated in a proffer to the affiant that the Morris'

17

pulled their camper into the Y Hollow (located in East Manchester, near the old coal tipples) area to buy votes during the 2002 election.

On July 10, 2007, Vernon Ray Hacker (convicted of conspiracy to distribute cocaine in U.S. District Court in London) advised in a proffer to the affiant that during the 2002 election some voters were paid at the Morris's residence by Darnel Hipsher and Ouchie Jackson.

On June 26, 2006, Ella Wagers stated to the affiant that Bart Morris paid her to haul voters and told her to bring them to his house to get paid. Affiant is aware of four other witnesses that advised they were paid by Bart Morris to haul voters during past elections, to encompass the 2002, 2004, and 2006, elections.

On November 11, 2008, Deshae Henson, advised the affiant that during the 2006 General election Deshae Henson and others hauled voters to the election polls, and then to Bart and Debbie Morris's residence to get paid. The voters would emerge from the polling place with a blue or white ticket in their hand, which they would redeem at Morris's residence for cash. After exiting Morris' home, one voter complained that he only received $20.00 for his vote, as Henson was driving the voter home. Henson recalls that he and other vote haulers were told where to pick up voters by, Daugh K. White, D. Kennon White, and Darnell Hipsher. Henson has seen Bart Morris and others paying voters in the past.

Deshae Henson recalled that when he voted at the Manchester precinct in

18

the 2006 election, Charles Weaver and Wanda White, both precinct officers at this location, watched Henson vote, one looking over each shoulder. Henson recalls Weaver questioning one of his selections and asked if he was sure he wanted to vote that way. Henson changed his vote to Weaver's preference, and then Weaver cast Henson's vote.

Deshae Henson, also advised that he heard that someone had voted under the name of Marcus Mckissic, during the 2006 election, who was not a resident of Clay County. Affiant checked the voter sign in sheet and a vote had been cast in the name of Marcus Mckissic. Mckissic was interviewed by FBI investigators and denied casting this vote. Henson has also heard of corrupt election officers casting votes in the name of deceased registered voters.

Deshae Henson was then shown a video recording that was made by Carmen Webb-Lewis and Charles Lewis, during the 2004 election. The footage on this recording is primarily at the Morris' residence on Green Street, and also at polling locations. On the recording Henson identified the following: Debbie Morris approaching a car on Green street and talking to the driver; Vernon Hacker driving Bart Morris' red S-10 Blazer; and Vernon Hacker standing outside the precinct with various voters. Henson also hauled voters during the 2004 election to the polls and then to Morris' residence to be paid. Henson recalls that this is the election where voters' hands would be marked, and the voters were sent

19

to the Morris' residence to be paid. Henson was told by Bart Morris and Darnell Hipsher that the slate of candidates to vote for in 2004 were, Vernon Hacker, Darnell Hipsher, Ouchie Jackson and Laurie House.

Deshae Henson was at the Morris' house when a meeting was called to discuss who the group wanted elected. Henson recalled that Ouchie Jackson, Vernon Hacker, D. Kennon White, Daugh K. White and Darnell Hipsher were in attendance. Henson has seen large sums of money, bags full, carried into Bart and Debbie Morris' residence, to bribe voters.

Daugh K. White, former Mayor of Manchester was debriefed on March 21, 2007, and stated that Bart Morris distributes money to bribe voters during Clay County elections.

Source #2 believes that the Clay County elections are controlled by Bart Morris, Cletus Maricle and Wayne Jones. According to Source #2, Bart Morris and Darnell Hipsher run the city elections, by (1) directing bribed voters to corrupt election officers at the precincts, and (2) paying off bribed voters who vote for the agreed "slate" of candidates. Charles Weaver, admitted in his guilty plea to being one of the corrupt election officers in the Manchester precinct during the 2006 election, (previously convicted of voter fraud in United States District Court at London). According to Source #2 regular meetings occurred, at Cletus Maricle's and Bart Morris's residences to discuss this vote fraud / bribery scheme.

20

Both Source #1 and Source #2 prior to the 2006 primary and general elections attended these meetings at Morris' residence, but Source #1 would attend more regularly. Source #1 and #2 advised that these meetings occurred approximately two times per week for almost one year, and that there were conservatively over 100 meetings. Individuals present at these meetings included: Bart Morris; Debbie Morris; Darnell Hipsher; Wayne Jones; Cletus Maricle who would pull into the driveway, and motion people to his vehicle and speak with them; and William Stivers who was present on approximately three to four occasions, and would stay in his vehicle and motion individuals over to his car to speak with them.

Source #1 and #2 have witnessed during 2004 and 2006 elections, Bart Morris storing election related documents in a safe in his bedroom. Among other documents Bart Morris keeps includes a list of registered voters, to cross off paid voters to avoid double paying voters. Morris keeps registered voter lists from past elections, with the names of voters who sold their vote highlighted. Bart Morris also has possessed absentee related documents, such as requests for absentee ballots, and absentee ballots. Source #1 and #2 further explained that Bart Morris and Darnell Hipsher would obtain lists of voters who had requested absentee ballots from the Clay County Clerk's office, and approach voters and pay the voters for their absentee ballot. Bart Morris and Hipsher would then take these

21

ballots to the Morris' residence, complete the ballots for their slate of candidates, and mail to the clerk's office. Furthermore, Source #1 and #2 are aware that victims of their fraud including the elderly and Hipsher would obtain their ballots, complete them and mail their ballot. Source #1 has seen Bart Morris distribute money to voters at Morris' residence during elections. Source #1 has seen other public officials including current Clay County Circuit Judge Oscar Gayle House provide $1,000 to Bart Morris, to buy votes for House's wife, Sherry House, who was running for Manchester City Council.

Source #1 and Source #2 are aware that the Morris' keep voter bribe money in their bedroom closet safe mentioned above, and have seen Debbie Morris retrieve money from this safe and pay voters during elections. Debbie Morris also crossed the paid voters names off of the registered voter list, to prevent double payment. Also during some elections voters would be given an item to redeem for money at the Morris' residence. For example in the 2002 election, stickers with a slogan i.e. " I voted" were given to bribed voters, and in the 2004 election the bribed voters received a "ticket" that was pink in color, similar to the tear off tickets on a roll that are used at raffles or carnivals, and county fairs.

## STIVERS RESIDENCE

William Stivers, aka, Al Man, possessed many documents relating to the election bribery and fraud schemes in the past elections of 2002, 2004, and 2006.

22

On January 9, 2008, Clinton Johnson (former Clay County Magistrate convicted of election fraud in the Eastern District of Kentucky), stated that Stivers helped pick the 2006 public officials running for office in Clay County, that votes would be purchased on behalf of during the election.

On October 22, 2007, Darnell Hipsher, stated that during the 2004 Clay County election, Stivers worked as an election officer at the Manchester Precinct, and would give bribed voters who voted for the slate of candidates a ticket. The bribed voters would then redeem this ticket for cash at Bart and Debbie Morris' residence, where Darnell Hipsher and Vernon Hacker were paying the voters and collecting the tickets. Bart Morris told Hipsher and Hacker to use his residence as Bart Morris would be at Beech Creek Precinct carrying out the same type of scheme.        On August 21, 2007, Richard Todd Roberts (former Manchester Assistant Police Chief, convicted of RICO charges in the Eastern District of Kentucky), advised that while working the absentee voting poll, Stivers and Paul Bishop purchased votes with Oxycontin, at the direction of Doug Adams, during the 2002 Clay County election.

On July 10, 2007, Vernon Ray Hacker (former 911 Director and Manchester City Council member, convicted of drug trafficking charges, in the Eastern District of Kentucky), stated that he is aware that Stivers and Paul Bishop were involved in election fraud, at the absentee poll in 2002, buying votes

23

for Freddy Thompson. Hacker knew this, because Hacker and Lester Harmon were at the absentee poll during the 2002 election also, buying votes for Thompson's opponent, Jennings White. Hacker also recalled that he was called to a meeting during the 2002 election, attended by Stivers, Wayne Jones, and Freddy Thompson. Stivers advised Hacker that if he would support Freddy Thompson as County Clerk in the election, Doug Adams would give Hacker's wife a better job at the school, and give Hacker his old school bus route back. Hacker explained that at the time, he was a Clay County School bus driver, and Adams switched his bus route, in retaliation, because Hacker was supporting Jennings White as County Clerk.

Source #1 and #2, provided the following information regarding Stivers. Stivers attended regular meetings throughout 2006 to discuss, plan, and carry out the vote fraud / bribery scheme.

According to Source #1 and #2, Stivers held regular meetings at his former residence, located on Charlie Sizemore Road, to discuss this voter fraud scheme. Source #1 and #2 estimated that Stivers started having these election scheme meetings in or about April until November of 2006, for approximately eight (8) months, with Source #1 and #2 attending at least 100 meetings conservatively. Those in attendance at these meetings included: William Stivers; his wife Mary Betty Stivers; Wayne Jones; Wanda White; Kennon White; Bart Morris; and

24

Cletus Maricle. Stivers maintained election records in a safe located in the bedroom closet, and in the drawer of a bar cart, that Stivers used to store his liquor. Stivers kept track of paid voters, and marked their name off of a list of registered voters, to avoid double payments. Stivers had a county wide list of all registered voters, with the names of voters who have sold their vote in prior elections highlighted. Stivers would also be in possession of voters who had applied for an absentee ballot, which is confidential information, provided to Stivers by Wayne Jones, who is the father-in-law of County Clerk Freddy Thompson. Source #1 and #2 stated that most of Stivers election documents were from past elections, dating back to the 2002 election. Source #1 and #2 stated that Stivers was very protective of his election documents and would not let you "leave the kitchen" with them.

Source #2 carried out election fraud as a corrupt election officer during the 2006 election, and completed numerous voter assistance forms while casting votes for voters who sold their vote. The members of this vote fraud conspiracy, to include Stivers were upset by this, as this left a paper trail / record. Source #2 asked Stivers during a recorded conversation on March 31, 2007, about the voter assistance forms, Stivers responded to the effect of, "him and Freddy took care of them", (known by investigators to be Freddy Thompson), before these forms were mailed to the Kentucky State Board of Election office in Frankfort, Kentucky.

25

Affiant is also aware that Stivers was also captured on numerous audio recorded conversations with Source #1 and #2 discussing this election fraud / bribery scheme, and coaching a FGJ witness subpoenaed to testify concerning this scheme.

The FBI directed Source #1 and #2, as a ruse, to take a list of questions , reportedly provided by the government, to be asked at the FGJ session to their meeting with Stivers.  On May 17, 2007, Stivers informed Source #2 "you never had no direct meetings with him, (Cletus Maricle), you're kinfolks"...  Stivers read from the list of questions , "how did your name (get) placed (as) an election officer?"  Stivers suggested the following answer, "Bill Stivers and Wayne Jones. I mean its our right to put you on there...he's (Cletus Maricle) not been active in 02 and 04, and wouldn't even active in 06 as far as getting out and doing stuff... and as far as handling money, I never seen him handle no money."

Stivers read another question from the list, "Did Cletus (MARICLE) support any candidate?... well, you just met up there, he's your kinfolks, you've been friends for years... and you know that would be my thinking... he (Cletus MARICLE) didn't promise you nothing to support Phillip Mobley...you didn't witness any irregularities that you know for instance, did you change anyone's vote without their consent nor with their consent?... you didn't change nobody's vote period... if you answer them right.  Now , you never met with me.  You know

26

you'd go up there (to meeting at the defendants) but sometimes, you know... but the elections may have been discussed, just talking in passing, just common every day household talk is all it was, and nobody promised you nothing or, you know..." Source #2 advised Stivers that while testifying before the FGJ, Source #2 pled the Fifth Amendment to a question, but would have to testify before the FGJ again at some point. Stivers responded "that theres the answer for every damn one of 'em... like I said, don't just slap out just tell them a ball face lie is what I'm saying... beat around the bush and think about what you answer and what to say before you answer". Source #2 read another question, "Did you change anyone's vote without their consent?" Stivers responded "why no... you don't admit to nothing" Source #2 read another question "Did Charles Dobber Weaver change anyone's vote without their consent?" Stivers responded "not to your knowledge... no, not to your knowledge..." Source #2 read another question "was anyone else to your knowledge... involved in the absentee voting process?" " I just sent people in there to vote on the absentee... I took about 10 people..." Stivers responded "I wouldn't admit it." Stivers concluded the conversation by stating, "just watch your attitude and think about what you say...Keep 'em simple and go on. Don't tell them a ball face lie" Source #2 asked, "Do you think this is how Cletus would want me to answer?" Stivers responded "yeah".

Source #2 stated that planning meetings to carry out the 2006 election fraud

27

/ bribery, occurred at the residences of the following subjects, Russell Cletus Maricle, William Stivers, and William Bartley Morris. The purpose of these meetings were to plan and communicate which politicians votes would be purchased for, who would provide the money to buy votes, who would distribute the money, and which voters could be approached about selling their vote, among other issues.

Source #2 stated that every time the group would meet they would review lists of registered voters from each precinct, in an effort to determine which voters would be approached about selling their vote. The individuals who participated in these meetings were: Cletus Maricle; Wanda Ann Price White; D. Kennon White; Bart Morris; Debbie Morris; Wayne Jones; William Stivers; and others.

## 4. CONCLUSION

Sources #1 and #2 observed that some of the participants in attendance at these meetings, such as Cletus Maricle, Bart Morris, Debbie Morris, William Stivers, and Freddy Thompson had documentation at these meetings to further the election fraud / bribery such as; absentee ballots; lists containing names of voters; list of political candidates on the slate, that votes were to be purchased for during the election; list of elections judges, sheriff's and officers; money for voter bribes, names of persons who applied for absentee ballots; lists of vote buyers; list of vote

28

sellers; list of candidates; tickets and stickers with "I voted" slogans.

Source #2 explained that individuals involved in election fraud tend to "keep score" from election to election, especially the candidates running for office, as far as: who helped or hurt their election fraud efforts; where was money best spent; who were their allies or enemies; who accepted their money but did not support or assist their endeavor. It is believed by Affiant that the subjects have continued interest in future elections, based upon the following: Maricle's son-in-law is an elected official, Property Value Administrator (PVA); the Morris' own B & J Transfer, that hold contracts with the city and county to handle solid waste; and Stivers is very close to Maricle, has been an election officer in past elections, and is currently a member of the Clay County Democrat Executive Committee .

Source #1 and Source #2 were also furnished documents by R. Cletus Maricle that he produced from a desk inside his residence in 2006 to include:
- A copy of the Recapitulation Sheet for the 2004 General Election provided to Source #1, by Cletus Maricle.
- A one page, hand written list of names Maricle believed were subpoenaed to the FGJ, who was investigating this Clay County Election Fraud case.

In addition your affiant has participated in numerous election fraud/bribery cases over the years, and has determined that individuals maintain records of this

29

activity over a number of years spanning numerous election cycles. These are kept normally at their residence, office, in a safe, or safe deposit box, for use in future elections. Most of these records are generally perceived by subjects as unlikely to be incriminating and therefor normally retained in their possession. Notwithstanding, these records are evidence of crimes and can identify other members, and corroborate means, methods and practices used by members of these schemes. These subjects do not want to have to start from scratch during the next election cycle, with regard to: identifying allies or enemies (estimates of 30% of the voters available for election bribes (est. 10,000 votes in Clay County) result in est. 3,000 potential voters); what worked and what did not work; the methods that were successful in creating accountability, such as marking the voters hand or providing a ticket or sticker, in order to get paid; who contributed money, and who effectively distributed money.

Jennings White, a former Clay County Clerk, who was defeated in 2002 by Freddy Thompson, was also heavily involved in election fraud. White was previously convicted on drug trafficking charges in the Eastern District of Kentucky and is cooperating. White admitted his role in election fraud / bribery, in several past elections. As a part of the above mentioned investigation White's home and business were searched on April 28, 2005, and White was still in possession of election records for preceding elections from 2002 dating back to

30

1991, 14 years earlier.  White was in possession of photo copied official election records as well as approximately 17 pages of hand written notes. These hand written pages include: precincts with summary results; names with dollar amounts; notes on different districts; names and telephone numbers; financial calculations; among the names were Cletus Maricle, Kenny Day (previously convicted in the Eastern District of Kentucky for drug trafficking) and others know by Affiant to be involved in election fraud; notations next to names such as, against us, get together money.

Based on the foregoing, there is probable cause to believe that the above mentioned premises of Maricle, Stivers and Morris' are still in possession of documents, see attachment A, a list of items to be seized, related to election fraud / bribery that has occurred in the past elections of, 2002, 2004, and 2006, in Clay County Kentucky, all in violation of Title 18, United States Code, Sections 241, 371, 1951, 1962 (d), 1341, 1346, 1503, and Title 42, United States Code, Section 1973i .

Timothy S. Briggs, Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me this 16 day of March, 2009.

Robert E. Wier
United States Magistrate Judge
Eastern District of Kentucky

32