UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Criminal Action No. 6: 09-16-S-DCR |
| ) | |
| V. ) | |
| ) | |
| RUSSELL CLETUS MARICLE, ) | **ORDER** |
| CHARLES W. JONES, and FREDDY ) | |
| THOMPSON, ) | |
| ) | |
| Defendants. ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Counsel for Defendants Charles W. Jones, Freddy Thompson, and Russell Cletus Maricle have filed motions to disqualify the undersigned from further participation in this case. [Record Nos. 375 and 381] In order to expedite resolution of these motions, it is hereby

**ORDERED** that a hearing on the above motions [Record Nos. 375 and 381] is scheduled for **Thursday, August 27, 2009**, beginning at the hour of **11:00 a.m.**, at the United States Courthouse in London, Kentucky.

This 19th day of August, 2009.



Signed By:
*Danny C. Reeves*  DCR
United States District Judge