# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# SOUTHERN DIVISION
# AT LONDON

### CRIMINAL ACTION NO.: 6:09-CR-16-02-DCR

**UNITED STATES OF AMERICA**             **PLAINTIFF**

v

**RUSSELL CLETUS MARICLE;**
**DOUGLAS C. ADAMS;**
**CHARLES WAYNE JONES;**
**WILLIAM E. STIVERS,**
a/k/a **AL MAN;**
**FREDDY W. THOMPSON;**
**WILLIAM B. MORRIS, a/k/a BART;**
**DEBRA L. MORRIS, a/k/a DEBBIE;**
and **STANLEY BOWLING**             **DEFENDANTS**

*Electronically Filed*
*** *** ***

## DEFENDANT DOUG ADAMS'
## MOTION FOR BILL OF PARTICULARS

Defendant Doug Adams, by counsel, respectfully moves this Court, pursuant to Rule 7(f) of the Federal Rules of Criminal Procedure, to direct the government to file a Bill of Particulars with respect to Count 1 and Count 2 of the Superseding Indictment. A memorandum in support is submitted herewith.

Respectfully submitted,

 s/ R. Kent Westberry
R. Kent Westberry
Kristin N. Logan
LANDRUM & SHOUSE, LLP
220 W. Main St., Ste. 1900
Louisville, KY 40202-1395
Ph: (502) 589-7616
Fx: (502) 589-2119
kwestberry@landrumshouse.com
klogan@landrumshouse.com


Bennett E. Bayer
LANDRUM & SHOUSE, LLP
106 West Vine Street
Lexington, KY 40588-0951
Ph: (502) 255-2424
Fx: (502) 233-0308
bbayer@landrumshouse.com

*COUNSEL FOR DEFENDANT DOUGLAS C. ADAMS*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of August, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

It is further certified that I mailed the foregoing document and the notice of electronic filing by first class mail to the following non-CM/ECF participants:

N/A

                                                           /s R. Kent Westberry
                                                *Counsel for Defendant*
                                                *Douglas C. Adams*