# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# SOUTHERN DIVISION
# AT LONDON

### CRIMINAL ACTION NO.: 6:09-CR-16-02-DCR

**UNITED STATES OF AMERICA**                                                              **PLAINTIFF**

**VS.**                                               **ORDER**

**RUSSELL CLETUS MARICLE;**
**DOUGLAS C. ADAMS;**
**CHARLES WAYNE JONES;**
**WILLIAM E. STIVERS,**
a/k/a **AL MAN;**
**FREDDY W. THOMPSON;**
**WILLIAM B. MORRIS,** a/k/a **BART;**
**DEBRA L. MORRIS,** a/k/a **DEBBIE;**
and **STANLEY BOWLING**                                           **DEFENDANTS**

*Electronically Filed*
*** *** ***

      IT IS HEREBY ORDERED that Defendant Douglas C. Adams' Motion for a Bill of Particulars is GRANTED. The United States shall provide Defendant Adams with the requested Bill of Particulars no later than ten (10) days from the date of entry of this Order.