UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|     Plaintiff, ) | |
| ) | |
| vs. ) | Criminal No. 6: 09-16-DCR |
| ) | |
| CHARLES W. JONES, ) | |
|     Defendant. ) | |
| _____ ) | |

**MOTION TO RESCHEDULE**
***** ***** *****

The Defendant Charles W. Jones moves the Court to reschedule the hearing set for this Thursday, August 27, 2009, at 11:00 a.m. in London until 3:00 p.m. that same day

The Defendants, Charles W. Jones, Freddy W. Thompson, and Russell C. Maricle, have filed Motions to Disqualify [DN#375 and 381]. The Court has set a hearing on these Motions for this Thursday, August 27, 2009, at 11:00 a.m. in London. [DN#402].

Undersigned counsel for the Defendant Charles W. Jones is scheduled to be at the University of Kentucky, College of Law to interview law students for a clerkship on that day, and this date was set up in early summer. Fourteen interviews have since been scheduled, the bulk of which for that morning.

Undersigned has conferred with counsel for Defendants Thompson and Maricle, and counsel for the United States, and all agree to the proposed rescheduled time of 3:00 p.m. on August 27, 2009.

1

WHEREFORE, the Defendant Jones respectfully requests that the Court re-set the hearing set for August 27, 2008, at 3:00 p.m. A proposed order is attached.

This the 24th day of August, 2009.

/s/ Scott White_____.
Scott White
Morgan & Pottinger, P.S.C.
133 W. Short Street
Lexington, KY  40507
859. 226-5288 (DIRECT)
859. 255-2038 (FAX)
tsw@m-p.net

Certificate of Service

This Notice is being served on all counsel of record via the ECF system.

/s/ Scott White_____.
Scott White

2