UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Criminal No. 6: 09-16-DCR |
| ) | |
| **CHARLES W. JONES,** ) | |
| Defendant. ) | |
| _____ ) | |

**ORDER**
**(proposed)**
***** ***** *****

The Defendant Charles W. Jones has moved the Court to reschedule the hearing set for this Thursday, August 27, 2009, at 11:00 a.m. in London until 3:00 p.m. that same day. [DN#s 375, 381 and 402].

For good cause shown and agreement of all affected counsel, it is ORDERED that the hearing scheduled for Thursday, August 27, 2009, at 11:00 a.m. in London, be re-set at 3:00 p.m. on August 27, 2009 in London.

So ORDERED this ___ day of August, 2009.

_____.
Danny C. Reeves, Circuit Judge presiding