UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

CRIMINAL NO. 09-16-S-DCR

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| V.    **ORDER** | |
| RUSSELL CLETUS MARICLE, ET AL, | DEFENDANTS |

\* \* \* \* \* \*

Defendants Charles Wayne Jones, Freddy W. Thompson, and Russell Cletus Maricle having filed a Motion to Disqualify District Court Judge Danny C. Reeves [R. 375 & 381], the United States having filed a response in opposition, and the Court being otherwise sufficiently advised, it is hereby

ORDERED that the defendants motions are DENIED.

This the _____ day of _____, 2009.

ROBERT E. WIER
UNITED STATES MAGISTRATE JUDGE