# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# SOUTHERN DIVISION
# LONDON

**CRIMINAL NO. 09-16-S-DCR**

**UNITED STATES OF AMERICA**                                     **PLAINTIFF**

**V.**                                **<u>ORDER</u>**

**RUSSELL CLETUS MARICLE**                              **DEFENDANT**

\* \* \* \* \* \*

Defendant Russell Cletus Maricle having filed an Objection [Record No. 383] to the undersigned's Report and Recommendation [Record No. 337] denying his Motion to Disqualify Assistant United States Attorney Stephen C. Smith , the United States having filed a response, and the Court being otherwise sufficiently advised, it is hereby

ORDERED that Defendant Russell Cletus Maricle's objection and request for a hearing is DENIED and Defendant's renewed motion to disqualify is DENIED.

This the _____ day of August, 2009.

_____
ROBERT E. WIER
UNITED STATES MAGISTRATE JUDGE