UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| ) | |
|    Plaintiff, ) | Criminal Action No. 6: 09-16-S-DCR |
| ) | |
| V. ) | |
| ) | |
| RUSSELL CLETUS MARICLE, ) | |
| CHARLES W. JONES, and FREDDY ) | **ORDER** |
| THOMPSON, ) | |
| ) | |
|    Defendants. ) | |

\*\*\*   \*\*\*   \*\*\*

Counsel for Defendant Charles W. Jones has notified the Court that, due to a scheduling conflict, he will be unable to attend the hearing on the motion to recuse previously scheduled for Thursday, August 27, 2009. [Record No. 423] The Court has also been advised that David Hoskins, co-counsel for Defendant Maricle, is unable to attend the hearing due to a personal vacation. Accordingly, it is hereby

**ORDERED** that the Defendant's motion to reschedule [Record No. 423] is **DENIED**. However, the hearing previously scheduled for August 27, 2009, is **CANCELED**, but subject to being rescheduled by subsequent order.

This 26th day of August, 2009.



Signed By:
*Danny C. Reeves* DCR
United States District Judge