UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| ) | |
| Plaintiff,   ) | Criminal Action No. 6: 09-16-S-DCR |
| ) | |
| V.   ) | |
| ) | |
| RUSSELL CLETUS MARICLE, et al.,   ) | **ORDER** |
| ) | |
| Defendants.   ) | |

\*\*\*   \*\*\*   \*\*\*

Defendant Stanley Bowling has requested that the Court continue the trial of this action which is presently scheduled to begin September 28, 2009. Additionally, he requests that the Court extend the pre-trial deadlines previously established. [Record No. 366] In support, he points to the voluminous discovery produced by the United States which his attorney began to examine on July 24, 2009, as well as the complexity of the litigation. In addition, he notes that resolution of several pending motions will affect presentation of proof in the matter. Tactically, several defendants have opposed the motion while others have indicated that they do not oppose it. The United States is in the camp which does not oppose Bowling's request.

Having reviewed the parties responses, and considering the nature and complexity of the litigation as well as the number of last minute motions filed by the Defendants that are

-1-

not fully briefed and have yet to be resolved, the Court will grant a portion of the relief sought. However, the Court does not believe that the request for additional time to file pre-trial motions is well-taken. Accordingly, it is hereby

**ORDERED** as follows:

1.  Defendant Stanley Bowling's motion to continue the trial of this matter [Record No. 366] is **GRANTED**.

2.  Defendant Stanley Bowling's motion to extend the time for the filing of pre-trial motions [Record No. 366] is **DENIED**.

3.  Trial of this matter is rescheduled to begin on **Monday, December 7, 2009**, beginning at the hour of **9:30 a.m.**, with counsel to be present at **8:30 a.m.**

4.  The date previously scheduled for a final pre-trial conference (September 14, 2009) and the date previously scheduled for the commencement of trial (September 28, 2009) are set aside. The location of trial, as well as the rescheduling of a final pre-trial conference, will be determined during the preliminary pre-trial conference on September 2, 2009.

5.  Pursuant to 18 U. S. C. §§ 3161(H)(7)(A), and (H)(7) (B)(ii), the Court finds that the delay resulting from this continuance (September 28, 2009, through December 7, 2009) is excluded in computing time under the Speedy Trial Act. As grounds for the continuance, the Court finds that the ends of justice served by granting the motion outweigh the interests of the public and the defendants in a more speedy trial, because failure to grant such a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account

the exercise of due diligence. Further, due to the complexity of the matter, the continuance outlined above is appropriate.

This 28th day of August, 2009.



Signed By:
*Danny C. Reeves* DCR
United States District Judge