# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# SOUTHERN DIVISION
# LONDON

**CRIMINAL ACTION NO. 6:09-16-S-DCR**　　　　　　*ELECTRONICALLY FILED*

**UNITED STATES OF AMERICA**　　　　　　　　　　　　　　**PLAINTIFF**

**V.**　　　　　　**RESPONSE OF UNITED STATES
TO DEFENDANT'S MOTION
FOR GRAND JURY RECORDS**

**RUSSELL CLETUS MARICLE**　　　　　　　　　　　　　　**DEFENDANT**

\* \* \* \* \*

Comes the United States of America, by counsel, to respond in opposition to Defendant Maricle's Motion for Grand Jury Records [R. 374]. As set forth in the attached Memorandum, the Defendant's Motion must be DENIED.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　JAMES A. ZERHUSEN
　　　　　　　　　　　　　　　　　　UNITED STATES ATTORNEY

　　　　　　　　　　　By:　s/ Stephen C. Smith
　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　601 Meyers-Baker Road
　　　　　　　　　　　　　　London, Kentucky 40741
　　　　　　　　　　　　　　(606) 864-5523
　　　　　　　　　　　　　　stephen.smith4@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System which will send notice of filing to counsel of record.

　　　　　　　　　　　　　　　　　　s/Stephen C. Smith
　　　　　　　　　　　　　　　　　　Assistant United States Attorney