UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

**CRIMINAL NO. 09-16-S-DCR**

**UNITED STATES OF AMERICA**                                **PLAINTIFF**

**V.**                      **ORDER**

**RUSSELL CLETUS MARICLE**                             **DEFENDANT**

\* \* \* \* \* \*

Defendant Russell Cletus Maricle having filed a Motion for Grand Jury Records, the United States having filed a response in opposition, and the Court being otherwise sufficiently advised, it is hereby

ORDERED that Defendant Russell Cletus Maricle's Motion [Record No. 374] is DENIED.

This the _____ day of September, 2009.

ROBERT E. WIER
UNITED STATES MAGISTRATE JUDGE