UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

CASE NO. 09-16-S-DCR                                    ELECTRONICALLY FILED

UNITED STATES OF AMERICA,                                              PLAINTIFF,

VS.                          MOTION TO CONTINUE TRIAL

RUSSELL CLETUS MARICLE,                                                DEFENDANT.

** ** **

Comes now the Defendant, Russell Cletus Maricle, and hereby moves the Court to continue the trial of this indictment now scheduled for December 7, 2009, to a later date. As grounds for this motion, the undersigned counsel would state that he is obligated to begin a criminal trial in United States of America v. Chad Robert Hughes, Travis C. Phillips, Djinn Farrar, Nicholas Newton, and Robert Cody Bolles, Case No. 08-CR-96-S-GFVT, on December 7, 2009. A copy of the Order scheduling that trial, entered on August 27, 2009, is attached hereto as EXHIBIT A. The original indictment in Case No. 08-CR-96-S-GFVT was filed on August 27, 2008. The December 7, 2009, trial date was set during a conference call involving all counsel.

WHEREFORE, an Order in conformity herewith is respectfully requested.

        RESPECTFULLY SUBMITTED,

        /s/David S. Hoskins
        Attorney At Law
        107 East First Street
        Corbin, KY 40701
        Telephone: (606) 526-9009
        Facsimile: (606) 526-1021
        Email: davidhoskins@bellsouth.net
        ATTORNEY FOR DEFENDANT
        RUSSELL CLETUS MARICLE

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 31st day of August, 2009, the foregoing was filed electronically with the Clerk of the Court by using CM/ECF System which will send notice of filing to all counsel of record.

        /s/David S. Hoskins
        ATTORNEY FOR DEFENDANT
        RUSSELL CLETUS MARICLE