UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT LONDON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Criminal Action No. 6:08-CR-96-S-GFVT |
| ) | |
| V. ) | |
| ) | |
| CHAD ROBERT HUGHES, TRAVIS C. ) | MINUTE ENTRY ORDER |
| PHILLIPS, DJINN FARRAR, NICHOLAS ) | |
| NEWTON, ROBERT CODY BOLLES, ) | |
| ) | |
| Defendants. ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

This matter was called for a telephonic conference on Wednesday, August 26, 2009, for the purpose of setting a new trial date. Patrick H. Molloy and Andrew Sparks were present on behalf of the United States. Melissa Grega, paralegal for David Hoskins, appointed counsel was present on behalf of Defendant Chad Robert Hughes. Willis G. Coffey appointed counsel was present on behalf of Defendant Travis C. Phillips. Eric S. Edwards appointed counsel was present on behalf of Defendant Djinn Farrar. Derek G. Gordon appointed counsel was present on behalf of Defendant Nicholas Newton. Thomas Hunter Payne appointed counsel was present on behalf of Defendant Robert Cody Bolles. The proceedings were reported by Official Court Reporter Sandy Wilder. The courtroom deputy in attendance was Rebecca Christian. The Court, having heard discussion of counsel, and for the reasons as stated on the record

**ORDERS** as follows:

1. The jury trial in this matter is scheduled for **Monday, December 7, 2009,** beginning at the hour of 9:00 a.m., United States District Court, London, Kentucky. The approximate length of trial is one week.

-2-

2. Because the trial date was continued on the motions of the United States and Defendant Chad Robert Hughes, the time between July 27, 2009, and December 7, 2009, is **DECLARED** excludable pursuant to 18 U.S.C. § 3161(h)(7)(A)-(B). The Court **FINDS** that the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial.

This the 27th day of August, 2009.



**Signed By:**
*Gregory F. Van Tatenhove*
**United States District Judge**

Copies:   USA, USM, USP
         David S. Hoskins
         Willis G. Coffey
         Eric S. Edwards
         Derek G. Gordon
         Thomas Hunter Payne

TIC: 11 Minutes