UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

**CASE NO. 09-16-S-DCR**                                                               <u>**ELECTRONICALLY FILED**</u>

**UNITED STATES OF AMERICA,**                                                                       **PLAINTIFF,**

**VS.**                                                        **ORDER**

**RUSSELL CLETUS MARICLE,**                                                                        **DEFENDANT.**

\*\* \*\* \*\*

This matter being before the Court on motion of the Defendant, Russell Cletus Maricle, for an Order rescheduling the trial of this matter now scheduled for December 7, 2009, to a later date, and the Court being sufficiently advised,

IT IS HEREBY ORDERED that this motion is SUSTAINED. The trial is hereby rescheduled to the_____day of_____.

DATED this_____day of_____, 2009.

_____
JUDGE, UNITED STATES DISTRICT COURT