# United States District Court

_____ DISTRICT OF _____ KENTUCKY _____

**In the Matter of the Search of**
(Name, address or Brief description of person, property or premises to be searched)

Residence of Russell Cletus Maricle, 393 Circle Drive, Manchester, KY 40962, GPS reading N37 09.317, W083 45.924

**APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT**

CASE NUMBER: 09-6011M - Amended

I _SA Timothy S. Briggs_ being duly sworn depose and say:

I am a(n) _Special Agent with the FBI_ and have reason to believe that ___ on the person of or ✓ on the property or premises known as (name, description and/or location)

See attachment A

in the __Eastern__ District of __KENTUCKY__
there is now concealed a certain person or property, namely (describe the person or property to be seized)
See Attachment B

**which is** (state one or more bases for search and seizure set forth under Rule 41(b) of the Federal Rules of Criminal Procedure)

concerning a violation of Title __18__ United States Code, Section(s) __1962(d)__
The facts to support a finding of Probable Cause are as follows:

SEE attached Affidavit

Continued on the attached sheet and made a part hereof.   ✓ Yes __ No

_____
Signature of Affiant

Sworn to before me, and subscribed in my presence

__March 19, 2009__                at     __London, Kentucky__
Date                                     City and State

Robert E. Wier, United States Magistrate Judge       _____
Name and Title of Judicial Officer                    Signature of Judicial Officer

## SUPPLEMENT TO AFFIDAVIT

I, Timothy S. Briggs, being duly sworn, do hereby depose and state as follows:

I am a Special Agent with the Federal Bureau of Investigation (FBI), United States Department of Justice. On March 16, 2009, I applied for and received a search warrant for the residence of Russell Cletus Maricle, 393 Circle Drive, Manchester, Kentucky. On March 19, 2009, the affiant directed other law enforcement officers to the residence at 393 Circle Drive, Manchester, Kentucky, to affect the arrest of Russell Cletus Maricle and to execute the above referenced search warrant. (09-6011M). Upon arrival, officers advised that the physical address of 393 Circle Drive, Manchester, Kentucky, did not match the photo or description of same attached to the warrant, application, and affidavit (09-6011M). The affiant has learned from the officers that in fact the residence described in said application and in the referenced photos belongs to Stevie Collins which they approached and not the residence of Russell Cletus Maricle at 393 Circle Drive, Manchester, Kentucky. Officers approached Judy Maricle, wife of Russell Cletus Maricle, at 393 Circle Drive, Manchester, Kentucky, and she gave consent to search the premises described herein as corrected. However, Russell Cletus Maricle later arrived and refused to give consent. The affiant has attached hereto a corrected photo and corrected physical description of the residence located at 393 Circle Drive, Manchester, Kentucky. (See attachment A and photo). The affiant hereby attaches and incorporates by reference the affidavit, application, warrant and attachments (09-6011M).

_____
Timothy S. Briggs, Special Agent
Federal Bureau of Investigation


Subscribed and sworn to before me this 19th day of March, 2009.

_____
Robert E. Wier
United States Magistrate Judge
Eastern District of Kentucky

# United States District Court

__Eastern__ DISTRICT OF __KENTUCKY__

In the Matter of the Search of
(Name, address or Brief description of person, property or premises to be searched)
Residence of Russell Cletus Maricle, 393 Circle Drive, Manchester, Ky. 40962, GPS reading N37 09.317, W083 45.924, described as a two story stucco home, tan in color with white window casings.
There are stone pillars that lead into the driveway and garage area.

**SEARCH WARRANT**

CASE NUMBER: 09-6011wm

To: __Any Special Agent of the FBI__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by __SA Timothy S. Briggs__ who has reason to believe that on the person of or ✓ on the property or premises known as (name, description and/or location)
See Attachment A

in the __Eastern__ District of __KENTUCKY__ there is now concealed a certain person or property, namely (describe the person or property to be seized)

SEE Attachment B

I am satisfied that the affidavit(s) ~~and any recorded testimony~~ [RW] establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before __March 26, 2009__

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime - 6:00 A.M. to 10:00 P.M.) ~~(at any time in the day or night as I find reasonable cause has been established)~~ and if the person or property be found there to seize same, leaving copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to __Robert E. Wier, United States Magistrate Judge__ as required by law.

__March 16, 2009 @ 4:40 p.m.__
Date and Time Issued

at __London Kentucky__
City and State

[signature: RW]

Robert E. Wier, United States Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer

# ATTACHMENT A

## The Premises

The residence of Russell Cletus Maricle, 393 Circle Drive, Manchester, Ky. 40962, GPS reading N37 09.317, W083 45.924, described as a two story stucco home, tan in color with white window casings. Stone pillars lead into the driveway and garage areas.

## The Premises' Physical Description

The residence is described as a two story stucco home, tan in color with white window casings, and stone pillars that lead in to the driveway and garage areas.

## Directions to the Premises

From the junction of Ky routes 421 and 11, travel north on 421 for 1.2 miles, turning left on Stinson Hill and travel for .1 mile. Turn right on Circle Drive and travel .1 mile to the residence on the right. Circle Drive dead ends at the driveway of Maricle.



Exhibit B

Items to be searched for and seized

By this warrant, the Court authorizes the search of the premises described and identified on the face of the warrant (and said authority extends to the full curtilage of same, encompassing any outbuildings, garages, and sheds) and further to any vehicles within the curtilage that are owned by or registered to a resident of said premises. Additionally, the warrant authorizes the search of any person found at the premises at the time of execution of the warrant if that person is named in the Affidavit provided by the United States as a basis for warrant issuance.

The items to be searched for and, if found, seized, include the following:

election records including voter registration cards; absentee ballots; sample ballots; voter assistance forms; lists containing the names of voters; a slate(s) of candidates running for public office; lists of election sheriffs, judges, and officers; documents indicating amounts of money or items of value provided to/received from persons/precincts in relation to political elections; recapitulation sheets; precinct reports; absentee voter applications; precinct sign-in sheets; and general election records pertaining to Primary and General Elections in Clay County, Kentucky, including elections regarding the City of Manchester, Kentucky, for years 2002, 2004, and 2006 and like records for any other election cycles; and

other records of any type indicating, arranging, containing, or corroborating communication(s) between persons concerning in any way the 2002, 2004, and 2006 General and Primary Elections in Clay County, Kentucky and/or the City of Manchester; financial ledgers or other accounting documents memorializing or tracking payments or activities concerning election-related transactions; any safes, desks, or carts specifically identified or referenced in the Affidavit provided by the United States as a basis for warrant issuance; records indicating safe deposit boxes and/or keys to such boxes; documents indicating contact information (names, telephone numbers, addresses) of voters, election officials, or persons involved in election activity in Clay County, Kentucky and/or the City of Manchester; and

other records naming or identifying law enforcement officers, including but not limited to, FBI SA Timothy Briggs and/or TFO Edsel Blair and/or TFO Marc Hopkins, to extend to photographs of or information regarding such agents, their addresses, families, telephone numbers, or other identifying or descriptive materials; and

other records reflecting occupancy, ownership, and/or custody over the premises or property searched.