The following transcript involves conversations between the following individuals:

Male Cooperating Witness = CW

Female Cooperating Witness = FCW

Cletus Maricle = Maricle

Judy Maricle = Judy

Lindsey Maricle = Lindsey

Unintelligible = U/I

---------------------------------------------------------------------------------------------------------------------

FCW:        Okay, this recording's date is May second, 2007; time is seven thirty-three; and we are getting ready to go to the home of Cletus Maricle. I don't know if I pushed that hold button on.

CW:         May second, 2007, right?

FCW:        Yeah, that's right. (Clears throat) You got it on?

CW:         Yeah.

FCW:        I'm going to try not to be so loud.

CW:         ....U/I....  Try not to talk when he's talking; I mean when he's talking.

FCW:        Okay.

CAR NOISES; NON-PERTINENT CONVERSATION.

Transcripts starts at 6:10

CW:         We're now pulling in; it's May the second; we're pulling in at the home of Cletus Maricle. He appears to be home. He's sitting on the porch.

FCW:        Where's Judy?

Maricle:    Showing your house I'd say.

1

FCW:        I just come from there.

Maricle:    Well, she's showing two or three houses; one of 'em was yours.  I'm just waiting on her.

CAR NOISES; WALKING

Maricle:    ....U/I....

FCW:        I tell you what; she'd better show up because I've killed myself today trying to get it clean (laughing).

Maricle:    ....U/I...that's where she is going.

FCW:        I ain't kidding; I had to go .... I left my book on the back porch; it got wet; can I get another one?

Maricle:    Yeah.

FCW:        Stepp's .... little man is going to buy one of these houses I seen in here.

Maricle:    Alright.

FCW:        In London.  It's a thirty-five thousand dollar double wide.   (sighs)  I hope they go.  I've got it spotless.

CW:         He's in the hospital; he's had boils come up on his leg.

Maricle:    Who?

CW:         Mike...

FCW:        It's ....U/I.... is who is it.

CW:         Yeah ....U/I....

FCW:        Did Lindsey print that application off for me?

Maricle:    I don't know; you'll have to ask her; yell at her; she's upstairs ....U/I.... I ain't been home ....U/I.... well, I got home about five I guess; and I've been in and out ever since then running around here, yonder, and everywhere.

FCW:        Scoot over, Kennon.  What you doing, buddy? (possibly talking to a pet)(sighs)

Maricle:     Get down.  Get down.  No.

FCW:         I talked to Brent today.

Maricle:     What's he got ...... what's he got to say?

FCW:         He didn't make me feel too good; I can tell you that.

CW:          He seems to think that they're ahh, that they're definitely going to make her come or not not let her come; he says he don't .... he feels like something's wrong, he said I don't feel good about everything.

FCW:         He's called me four times while I've been cleaning today.

Maricle:     I can't .... I don't figure out, you know, why they've .....

FCW:         (Interrupting) .... He's confused about it, to tell you the truth.

Maricle:     Well, I don't have no clear view; I mean, I, I don't .... I am, too.  I mean I don't understand .....

FCW:         He's confused ... I mean that's to be ... he's confused about it.  He said it don't make no sense to him.

Maricle:     It don't to me either, to be honest with you, but then a lot of things don't make sense to me anymore.  What's he thinking?

CW:          What's he calling you for?  That's a hummingbird.

FCW:         Well, he tried, you know; he tried to call and get me out of it; and they .... I mean Steve Smith wouldn't even talk to him, for one thing.  So, he thought that odd.  He said all, you know, all my other cases he's talked to me on, you know?  And ahh, he tried to contact him today, and just wouldn't .... you know, left him word for him to return his calls; he won't return 'em .

CW:          It's highly unusual is what he said.  He may .... you know, he said he may call; and he may not.  There has been times he's called me late, but he says, you know, it's very unusual and says, you know, I"m just ..... he said I don't feel good about everything.  I don't know, you know; it's just ahh......

Maricle:     I can't figure out why those were subpoenaed.

FCW:         But, who got 'em.  Did Freddy get one?

3

| | |
|---|---|
| Maricle: | No. |
| FCW: | I thought he did. |
| Maricle: | No.  Only three people's received 'em is you, Phillip, and Dobber. |
| FCW: | Don't you find that funny? |
| Maricle: | Well, I don't know where they're coming ...... |
| FCW: | (Interrupting) .... Brent finds it funny.  I mean .... he odd. |
| Maricle: | ....U/I.... (talking at same time as FCW) I know if funny is the right word or not ....U/I.... |
| FCW: | (Interrupting) .... peculiar, I mean, I mean, it don't matter. |
| Maricle: | ....U/I.... (talking at same time as FCW); ...in the future; it is not a, not a combination with ....U/I.... |
| FCW: | I mean it's just crazy. |
| Maricle: | Yeah, crazy's the word rather than ..... |
| FCW: | (Interrupting) ....right, I mean... |
| Maricle: |  ....U/I.... is the word I was thinking to me. |
| FCW: | And Brent is just having a hard time .... let me tell you something.  Now, I've had total confidence in Brent; I do that, but he just can't..... he can't find out nothing.  Brent is scared for me.  Brent is scared for me. |
| CW: | Well, here's, here's the situation, if you've got three people here. |
| FCW: | They told me when they served me they had a lot more than that and three people's who they served. |
| Maricle: | Only three I know. |
| CW: | Would a man know if they served anybody else?  I mean if they went up these hollers out here and got, got somebody up Bright Shade ..... |
| FCW: | (Interrupting) .... They didn't serve Bart.  I thought they served Bart. |

4

CW:         Well, they said they served Bartley, but I'm going to tell you something.

FCW:        What would they serve Bart; that don't make no sense.

CW:         Not unless it would be over an absentee; but I'm going to tell you something.

FCW:        You've got something in your ear.

CW:         Here's what bothers me about it.  If they have served people, would a person even know, but there's a lot of people, wouldn't they just not say anything?  And you know, you serve a magistrate, it's kind of hard to keep quiet, but if they pull up here to Jim Bob Smith, ahh, a fake name, you know, just one you come up with; I mean whoever was so and so .....

FCW:        (Interrupting) .... Let me tell you what I seen a while ago that I thought was peculiar when I went to Burger King to get Trey, Trey and them something to eat. Todd Roberts coming out of Dobber's driveway.

Maricle:    Todd was coming out of Dobber's driveway?

FCW:        And that ahh, you know like that police, you know that gray police car he's got with black tinted windows?

Maricle:    Yeah.  I know it.

FCW:        I followed him all the way out through there, all the way out to Burger King 'cause I had to take Steph to the hospital.  Right pretty as you please, pulled right out in front of us.

Maricle:    (coughs)  ....U/I...Well...

FCW:        But see, he's not been over here in .... he ain't been over here since that man come down there to the, you know, one of them ....U/I....

Maricle:    He was over here one day last week.

FCW:        Was he?

Maricle:    ....U/I....

FCW:        But I mean out running around.  You know what I mean?  I ain't seen him since Carman's deal down there, at the, at the building; you know, when she got sworn in and stuff.  I ain't seen him .... laid eyes on him since then.

Maricle:      Well ....

FCW:          (Interrupting) .... And I went and tried to talk to Dobber; and he wouldn't talk to me.

Maricle:      I don't think you need to talk to Dobber.

FCW:          You don't think I need to?

Maricle:      No.

FCW:          I was going to go back tonight and talk to him.  No?

Maricle:      No, I don't think .... I don't think ... I don't know what you need ..... I don't ..... what purpose it serve?

FCW:          I just want to find out what they asked him.

CW:           He ain't going to tell you.

Maricle:      That's my thinking.

CW:           And, and if he .... let me tell you something.  He may, he may ahhh, you know, find it peculiar with what I said.

Maricle:      Well, here's what I think, you know; I mean I'm just thinking.  I could see if they was trying to get something on Todd, get somebody to say something about Todd or Doug with a trial coming up .  You and Dobber don't make sense.

FCW:          They didn't ask me nothing about Todd.

Maricle:      Well, I wouldn't pay any attention, I don't know if that's what they're after, whether or not ....U/I.... but I think what they were doing was ....U/I....  nothing about Doug or Todd ....U/I....

FCW:          (Interrupting) .... Well, they asked me .....

Maricle:      Why Phillip?  Don't add up.

CW:           ....U/I....

FCW:          But they did ask me something about Phillip.  They asked me if he and Doug Adams were together in the election.

6

Maricle:      Did Doug support him?

FCW:          Yeah, did Doug support him.  Doug Adams, not Doug White, Doug Adams.

Maricle:      Yeah, yeah.

FCW:          I mean, you know as well as I do, I've never had nothing to do with Doug Adams. He don't like us (laughing), you know, and I told 'em that.

Maricle:      I, I  don't ......

FCW:          (Interrupting) .... you know?

Maricle:      I, I have no explanation.

FCW:          It's just, I don't, I can't figure it out.

Maricle:      (talking at same time as FCW)  I cannot debate, I cannot debate a common denominator.

FCW:          (Interrupting) .... Well, see Brent, Brent is just bumfuzzled.  They have locked him out.

CW:           Well, let me tell you something ... they's more than them three; there has to be more than them three because why would they have ....U/I.... .  Do you think there's more than three?  Have you not been able .... I mean, is that all you been able .... heard about?

FCW:          They didn't give Wayne or Alman neither one, one?

Maricle:      Get down, dog.  No.  Well, now, I don't know about Wayne; I, I .....

FCW:          (Interrupting) .... Well, he told me no.  He told me no.

Maricle:      I think I'd know if he did (talking at same time as FCW) ....U/I.... did, but I mean, he would have told me if he did.

FCW:          (Interrupting) .... Well, he told .... I asked him, and he told me no.  But I thought he told us that they give Freddy one.

CW:           No, said they was looking for Freddy is all.

Maricle:      I don't think they gave him a subpoena.

7

FCW:        I don't know; it's made me so......I don't know.  I'm probably going to go to jail tomorrow (laughing).

CW:         Well, that's the problem that you get is because Wanda has talked about taking the Fifth Amendment.

Maricle:    With?

FCW:        With Brent.

CW:         Everybody has said take the Fifth Amendment, take the Fifth Amendment, and Brent .....

Maricle:    Well, now, I've not said that; I don't know whether she should or not.  I mean, I don't .... you know, that's something to do what your lawyer tells you.  ....U/I.... anybody on that because they know better what to, you know .... I'm not saying, I'm not saying ...

FCW:        (Interrupting) .... Kennon, I'm scared, I'm scared to do that.

CW:         Well, I ....U/I....

FCW:        (Interrupting) .... 'cause you know when I do that, you know what they're going to do?  They're going to think I've got something to hide.  I mean I'll do whatever, but I don't feel good about it.

CW:         Well, I mean .....

Maricle:    But I just done see a common thread to those three people; I just don't see it.

CW:         Well, you know what's so dag gone bad about all this bullshit?  And I'm not going to lie to you; I'll tell you what's so bad about it.  A person ain't got nobody to talk to because I tell you what you do, you go up here and you try to talk to your attorney, and they don't know what to tell you.  People that you, that you, that you depend on, and I'm going to tell you everybody's scared; I mean you know.  It's a bad dag gone deal, buddy; I mean, it's hard.

FCW:        I should have got an attorney from here like I told you that knew what they were trying to do.

Maricle:    No, Brent Caldwell is a fine attorney; I think you got a good lawyer.  Ahhh,

FCW:        Well, he don't know what in the hell is going on.

8

CW:        I mean he .....

FCW:       (laughs)

Maricle:   Well, neither does Stephen Charles; and Steve's the greatest conspiracy man in the world; he can usually come up with something ....U/I.... (laughs)

CW:        And he don't know what's going on?

FCW:       Has he tried to contact 'em, you reckon?

Maricle:   I'd say he has ....U/I....

CW:        I wonder if he's got to talk to 'em.

FCW:       I mean they won't even call Brent back. I don't know if it's where, where when they wanted to talk to me before, you know, and Brent, Brent has a schedule, you know, he had something scheduled, and I ended up not going. I don't know if that's the reason why or I don't know what's the reason why is. I'm scared to death what they're going to ask me tomorrow. I ..... I don't want to get Doug in no more trouble; I don't want to get Wayne in trouble; I don't want to get Phillip in trouble; I'm just ..... I don't want to get Dobber .... well, I don't really care about Dobber (laughs). But I mean, you can't .... you know, I honestly don't want to get myself in trouble. I'm just .... I don't know.

CW:        Well, it's a hard thing; I mean, you don't know what to do, I mean, you know what I'm saying?

FCW:       Brent's going to meet me at one o'clock and try to go over some stuff with me, but ......

Maricle:   What time are you supposed to be there?

FCW:       Two o'clock.

Maricle:   Is that what time you're subpoenaed for?

FCW:       It's on that paper.

Maricle:   At two?

FCW:       Um hmm. Two o'clock.

CW:        Have they subpoenaed ... I thought they subpoenaed for early, but he ain't going

9

....

FCW:        Brent can't be there 'til one.  And I'm supposed to meet with him at one o'clock.

Maricle:    He must have talked to somebody.

CW:         He didn't talk to Steve Smith though.

Maricle:    Oh, okay, but he's called hub?

FCW:        He's called and talked to him all day long.

CW:         Well, Brent, Brent, Brent .....I don't know.

FCW:        Brent thinks I'm not telling him everything.

CW:         Well, I don't know what else he wants to them him, buddy. ....U/I....

FCW:        (Interrupting) .... That's why he wants to meet with me tomorrow at one.

CW:         ....U/I.... I don't know.

FCW:        You ain't got nothing to tell him.

CW:         I mean you can call on a subpoena, and and probably talk to a secretary and get that done, but that's......I mean, you know, the thing about it is, is when you get to a situation that you, that your lawyer is not telling what to do.  I mean, let me tell you something, buddy, I mean; it's like .....

FCW:        (Interrupting) .... I kinda got on to him a while ago.

CW:         I tell you what it feels like.  It feels like, it feels like to me a damn conspiracy against Wanda is what it feels like to me.  Now, that's what it feels like.  It feels like, that that they've got Wanda down here, and Wanda is on the frying pan; and it's upsetting me because I'm mean let me tell you something, I mean, you know, what do you do?  I mean .... and let me tell you I, I wouldn't upset the other night, but I tell you, Brent has upset today; now, he's talked to Wanda, and I've talked to him, too; and I'll tell you what Brent has done.  Brent has hung the phone up.

FCW:        (Interrupting) .... He's worked hard today though, Kennon.

CW:         ....U/I.... but he's hem hawed around, Wanda, and he can't tell us nothing.  Now, Brent works with them guys up there twenty-four seven.  I mean he's probably as good with 'em as anybody you could get.  Wouldn't you say?  Wouldn't you figure

10

....

| | |
|---|---|
| Maricle: | He probably is. |
| CW: | So, you figure why that he ain't been able to tell us nothing about not going. Because let me tell you, even John Kevin West up there got Daddy's subpoena, the last one he had, he got to take the Fifth Amendment without having to go into court there.  How do you do that?  Do they let you take it by letter sometimes? |
| Maricle: | If they tell you you're a target, and you say you're going to take the fifth, they probably won't go through the motion of bringing you in. |
| CW: | Well, see, that's what they done with Daddy; he never had, he never had to go. |
| Maricle: | They not labeled you ..... have they labeled you as a target? |
| FCW: | I don't even know what a target is. |
| CW: | No, Brent .... that is what is upsetting to me without talking to 'em because Brent, you got what, a witness, a subject, and a target. |
| FCW: | No, ain't nobody told me nothing like that. |
| CW: | That's what I'm saying.  Brent should know if you're a target, and if you're a target, that gives you different rights than being a witness, don't it? |
| Maricle: | You might handle it different.  It don't necessarily get you different rights; you're rights are the same.  Well, now, you've got a right to the Fifth Amendment whatever you are. |
| CW: | Even a witness? |
| Maricle: | Sure, sure, you've got a right to the Fifth Amendment if it's something that might incriminate you .... that's just ...... |
| CW: | Is Phillip taking the Fifth Amendment? |
| Maricle: | I don't know; that'd be up to him and Stephen Charles. |
| FCW: | Doug took the Fifth Amendment, didn't he, Kennon? |
| CW: | He took the fifth on the second time; he didn't the first time.  First time he went down there, he got 'em laughing and applauding 'em when he went out. |

11

FCW:        Yeah (laughs), huh.

CW:         And, and ....

FCW:        He thought it was something good.

Maricle:    And it wouldn't.

FCW:        And it wouldn't.

Maricle:    But I do not see a common thread; I just don't .... I just don't see that ... I just don't know what to think.  I mean usually, you know, you can come up with two or three ideas, you know, it may be this, it may be this, it may be this.

FCW:        It shore don't make no sense.

Maricle:    No, it doesn't make sense.

CW:         Well, I don't have ..... what I can't figure out, is it bothers me because I feel like my wife is now in the fire, in the fire, in the firing box.  And I mean I'm not saying that's tearing her up, but there she sets.  I mean, I'm concerned about it because I think that you've got Dobber ... well, I don't know what Dobber's done, but I tell you one thing, it's a funny thing to me the way ... I mean, I can't, I can't understand either.  It would have been different if it was Dobber and Wanda because it would tell me they was investigating that precinct, but now, they, they, they got something with Phillip.

Maricle:    (Interrupting) .... Well, I heard ... now, this is just a hearing from this one that said they heard from that one that said they heard from that one, okay?  I've not talked to Bob Rawlings; don't intend to talk to him.  Ahh, ahh, that they had told him that Wanda had told them that she had changed a bunch of votes.  And they asked him if she did and he told them.

FCW:        They never asked me nothing like that.

Maricle:    They didn't, but they told him.

FCW:        And it's untelling what he's told 'em.

Maricle:    That's what ....U/I....

FCW:        They never asked me nothing like that.

CW:         Let me tell you ....U/I.... but let me tell you something.  You know Dobber's ....

12

Maricle:        ....U/I.... didn't change no votes.


CW:             I mean I don't under..... ....U/I....

FCW:            They never asked me, Kennon, they never asked me nothing like that.

Maricle:        ....U/I.... the way they did, but that's the way did; I mean you can't believe what they tell you; it is not against the law; don't ever let anybody tell you that it's against the law for them to lie to you.  It's not.  It's against the law for you to lie to them, but it's not against the law for them to lie to you.

FCW:            But Cletus, they never asked me nothing like that.

Maricle:        I believe you; I mean, I'm just telling you now.

CW:             Well, see there, that tells me (laughs) ....

Maricle:        No, it don't tell you nothing, does it?  The way I'm trying to figure it...

MARICLE AND CW TALKING AT SAME TIME; ....U/I....

CW:             Let me tell you what it tells me.  It tells me I can tell you about Dobber.  Dobber speaks with a forked tongue, and Dobber's ...

FCW:            (Interrupting) .... I shouldn't never went and talked to Dobber; I shouldn't went no where around him.

CW:             Well, you probably should've.....

FCW:            (Interrupting) .... That was my first mistake.

CW:             .....yes, but the problem you got with it though, Wanda, is, is, is .....let me tell you something.  First off, Dobber did just as dag gone much as you did.  But now, Dobber ain't who they're wanting.  Evidently, they're wanting you.

Maricle:        Well, I don't think they want Wanda.

FCW:            Why would they want me?  I can't tell 'em nothing .... I can't......

....U/I.... RESPONSE

FCW:            That don't make no sense.

13

Maricle:        I don't know; I mean that's why I don't you do.

FCW:            I can't, I can't go down there tomorrow and Kennon thinking that.

CW:             Well, do they want .... who do they want?  Do they want Phillip?  I mean, I mean they've got Phillip; do you think that want Phillip?

Maricle:        Well, he's a county official.

CW:             He's a county official, so I mean, but ....yeah, they .....

Maricle:        And you may get down there tomorrow, and they may have a bunch of other people down there, but I've not heard of anybody else getting subpoenaed, and I think we would of heard somebody.

FCW:            Well, I wonder what time Dobber and them supposed to be there?  What time is Phillip supposed to be there?

Maricle:        He was supposed to be there at eight thirty, but he got put off 'til one or one thirty.

FCW:            Is that the same time that I'm supposed to be there?

Maricle:        Yeah, one or one thirty; I mean it's in the afternoon.

CW:             Well, let me ask you something.  Who, what does it mean, does it necessarily mean he's got to be there first to talk to 'em?  Or who's got to be there in the middle or ....

Maricle:        No, I don't think so.....

FCW:            (Interrupting) .... Unless they're wanting it to look a certain way; like why did they have me over there yesterday first and then ..... I mean.

Maricle:        It don't mean a thing, I'm assuming..... (talking at same time as FCW)

CW:             That's what I ..... got over there and had Dobber right there, and, and, and, and ....

FCW:            (Interrupting) .... you see what I'm saying?

CW:             Well, now, buddy, I wasn't concerned about it 'til today; but now, Brent has got me concerned.  I mean he has ......

Maricle:        (Interrupting) .... Well, he's a lawyer..... he's just being over cautious, I mean I

14

don't think, I can't .......I can't see why they would want Wanda.  Don't see as she's done anything ....U/I....

CW:          I mean ....

PAUSE IN CONVERSATION

Maricle:     I think Steve..... I'd say just trying to ..Steve is fishing, basically....  Steve thinks they will indict a bunch of people over the 2002 election.

CW:          Does he?

FCW:         I didn't have nothing to do with that.  That's when, that's when you ran.

CW:          But now Brent told you today that they was looking at May 2006.

FCW:         That's what he said.

CW:          And what the rumors was; that's what he said.

FCW:         I'm going to go .... I'm going to talk to Ed Jordan.

Maricle:     Why in the world would you go and talk to Ed Jordan?...

CW:          ....U/I....

FCW:         I've got to know what, what they want, Kennon.

Maricle:     ....U/I.... your lawyer cares if you go talk to Ed Jordon ....U/I....

FCW:         Well, well, he'd kill me if he ..... I've got to talk to somebody; I don't know what to say tomorrow, Cletus.  I have no idea, and (sighs).

Maricle:     You don't even know what they're going to ask you.

FCW:         I know.  Maybe he knows what they'll ask me.

Maricle:     Who?

FCW:         Ed Jordon.

CW:          You think Ed's behind, you think Ed's behind it.

Maricle:     How would he know anything?.

15

CW:         You think Ed's behind it.

FCW:        Why would Ed be behind it?

CW:         Well, that's what I don't know; I mean, he got, he lost the election, I don't know. There's somebody behind it.  Don't you think there's somebody behind it?  I mean, don't you?

Maricle:    Could be.  Could be a lot, but who and why?

LAUGHTER

Maricle:    But I tell you ....U/I.... ; I can't answer the question there, but who and but why. Do I think somebody's behind it?  Yeah.  Ahhh, I think they's a possibility that it's ahh, Urshel and Sue Jones.  You know they said everything in the world.  I mean, they've made all sorts of allegations and charges in the past; and none of them played out true, so maybe they've, maybe they've made this one.  I don't know. But I, you, I don't see any reason you go talk to Ed Jordan.  I don't know what that's about.

FCW:        He's seemed to be able to keep his ass of the sling.  I mean that's how it looks to me.

Maricle:    Well, why is he going to keep you out?  I mean, I don't see that you're in a sling, that's what I ....U/I..don't see..

FCW:        Well, Brent don't feel good about it.  That was his last words he said to me at five o'clock.  You need .... if there's anything you're not telling me, we need to get together tomorrow.

CW:         Well, here's what I think.

FCW:        I don't know why he's got to know everything anyway.

CW:         Well, here's what I .... here's what I know, don't know... hope happens .... I hope they ain't put you down here and ask you a certain amount of questions knowing the answers to 'em and what they think they can prove because I tell you what. Sometimes a person that's kept twenty-five or thirty or forty minutes may not be in as good a shape as somebody that stays a lot longer because of what they may .....

Maricle:    How long did Dobber stay? .... How long did they talk to you?....

CW:         Don't know for shore, but I think he stayed a while.

16

Maricle:        What time did you leave?

FCW:            I got there at ten after nine, but they didn't see me as soon as I got there.  I sat there about fifteen minutes, and I left at ten after ten.  So, I mean was there an hour, but I didn't talk to them over thirty, thirty-five minutes.

Maricle:        He was out before twelve.

FCW:            That's two hours.

Maricle:        Was he there when you left?

FCW:            He was coming in.  I also seen ....

Maricle:        (Interrupting) .... He was out before twelve, how much before twelve, I don't know because ....U/I....

FCW:            Right.  Seen Stanley Bowling there, too.

CW:             He was at the stock sales.

FCW:            Well, he was getting in a vehicle at the park across from the stock sales when I got there.  But I mean, he waved at me, you know?  Surely somebody wouldn't wave at you if they'd done something to you, would they, Clet?  (laughing)

CW:             Well, yeah, that's the ones you got to ....U/I....

FCW:            Surely they wouldn't.

CW:             Who does Steve think they'll indict for the 2002 election?

Maricle:        Who's to say.

FCW:            Who's Steve?

Maricle:        I said who's to say..

FCW:            Oh.

Maricle:        But I mean there's a lot of people say that; I mean, well, you said that.

CW:             Oh, I've been saying it for a month.

Maricle:        Who do you think they'll indict?

17

CW:           I think they'll indict every magistrate you got, that .... I think they'll indict ahhh.....

FCW:        (Interrupting) .... I tell you, time out.  I'll tell you somebody that I've been passing every day, every day at the same time when I come back from London is Charles Marcum.  Every day, every day.  And I asked Kennon, I said, why in the world am I passing him at the same time every day.  You know when I come back from Manchester?  It's the same time every day, going to London.

COUGHING

FCW:        Does that make any sense?  Unless, he's going to see a woman same time every day.

Maricle:     (laughing)  I wouldn't going to say it.

FCW:        I mean that early in the morning, you know?

Maricle:     You think that's a possibility, Wanda (laughing); that's what he's doing.

CW:           Well, buddy, we're just about as dag gone far down as we can go, Cletus.  I mean we've went, you know.

Maricle:     Well, yeah, I do know.  I'm about in that situation myself.

CW:           And I don't know what you do.

Maricle:     I've got ... you know, it worries me that Phillip's got to go down there, though I don't know a thing to tell 'em, son; but it worries me; I mean anytime, anytime, you know, I mean I ain't like Joe Conley, it's a hoot.  I get a traffic ticket .....

FCW:        (Interrupting) .... Yeah, it ain't a hoot.

Maricle:     ....it ain't a hoot, you know?  And then I ....

FCW:        (Interrupting) .... Ain't your worried about me going?

Maricle:     Yeah, I'm worried about you going.  I'm worried about Lindsey and where her problems are in there; I think they're far more serious than drugs.  I'm worried about Rusty and Allison, I mean Allison out there, she's .... you know, I've got about everyone's bunch, I've got to worry about ....U/I.... But the Lord will never put more on you than you can take.

FCW:        I know that.

Maricle:      And you may get down there tomorrow, and it may be something completely in opposite....

FCW:          I just don't ....  I will piss them off because you know how I am.  I'm bold, and I'm straight forward, that's one of my concerns, and that's one of Brent's concerns.  I don't want to get myself in trouble, and I don't want to get other people in trouble. I basically, I don't really care about Dobber 'cause I know Dobber's a back stabber.  If Dobber gets in trouble, I get in trouble.  You know what I mean? That's kind of why I wanted to talk to him, but he, he won't even talk to me.

CW:           You know why because he would be wanting to talk to you if he wasn't ahh, not wanting to talk to you for a reason.

Maricle:      (Interrupting) .... Now, Kennon, let me tell you.  I will be honest with you.  I don't think you need to talk to Dobber.

FCW:          Why?  Tell me why.  I don't understand.

Maricle:      And then tomorrow, they're going to said, did you talk to Dobber last night. Yeah, what did you all say?  I mean, you don't .... use common sense every once in awhile.

FCW:          But it's nothing illegal to talk to him, is it?

Maricle:      No.

FCW:          Right.

Maricle:      No.

CW:           But most of the people .....

Maricle:      Only talk to him if you are willing to tell what your conversation was (laughing). That's what they'll ...and that's what I'm telling you... , and you got to look at it this way now.  On everything that's happened, Dobber's been down there...

CW:           Yeah, that's right, and that's what worries me.

Maricle:      And everything that happened, Dobber's been down there.

CW:           (Interrupting) .... Well, that's what worries me because .....

FCW:          (Interrupting) .... Dobber told me he had never been down there.

19

CW:         But he lied.

Maricle:    What?

FCW:        He did.  He told me when I went to talk to him night before last, that he'd never talked to the FBI.

Maricle:    Well, they come out there and talked to him, or somebody did, at work about the building that burned.

FCW:        No, kidding!  Well, he told a ball faced lie.

CW:         He said he'd never went to .....

FCW:        (Interrupting) .... No, he said he'd never talked .....

CW:         (Interrupting) .... He told me he'd talked to 'em, Wanda.  He told me that.  He may not told you something different.

Maricle:    Didn't they subpoena him down there?

CW:         But they subpoenaed .....

FCW:        (Interrupting) .... I don't know.

CW:         ....down there; now, that's what, you know, that he's not saying he's doing.  He's saying he talked to 'em because they come over there, and everybody seen 'em over at city hall when they come and talked to him.  So, they went up somewhere else and talked to him besides city hall?

Maricle:    Somewhere here they talked to him.  They come and got him out, and I was thinking it was work, but now, you know, sometimes, you hear things and you think it's one place, and it's another; but this has been months ago.  It was about the fire at the house.

FCW:        I didn't know that.

CW:         See, that's what I'm saying; that's what worries me about it.  You don't never know what Anthony's got out here and done.  I tell you what's funny to me is Anthony ....

FCW:        (Interrupting) .... I think that's funny that him and Lucy didn't get a subpoena.

CW:         Well, yeah, and I'll tell you what else is funny.

20

FCW:        Or Minnie, even Minnie.  Why didn't Minnie get one?

CW:         Yeah, and I'll tell you what else is funny.  Is where, where, where is Anthony in all this?  Because let me tell you.  He was ......

FCW:        (Interrupting) .... He's moved in with Betty.

CW:         He was more than happy to be there in May, but when it come to November, oh, Lord, he, he couldn't come down there and serve then, you know.

Maricle:    There's Judy.

FCW:        She ain't showed that house; she ain't had no time.

Maricle:    Well, they were planning on going.  But, you know, I don't have any theory on it, and usually I'll have a theory, but I have no theory on it.

FCW:        It wouldn't bother .... let me tell you something, it wouldn't bother me at all.  If I was going down there with Minnie and Dobber and ahhh, shoot, who else?  Clinton Johnson....it wouldn't bother me at all.  I don't want to do nothing that would hurt Phillip, nothing.  Did you show the house?

Judy:       I did.

FCW:        Did you?

Judy:       Yep.  Tre and Tyson were there....

FCW:        ....U/I....

CW:         They didn't drive you crazy, did they?

Judy:       No.

FCW:        You must have shown it fast.

Judy:       I've been gone since seven o'clock.

FCW:        I just come over there.

Judy:       ....U/I....

FCW:        Stopped and got something to eat.

21

Judy:          ....U/I.... and then I showed it.

CW:            You must've just missed us then.

Judy:          I must have just missed you.  Yeah, I showed it, but they, they don't ..... they can't get their trailer for his race car in that garage, so they're not interested in it.

FCW:           That sucks.

Judy:          Yeah.  That's what I thought.

Maricle:       What kind of race car has he got?

NON-PERTINENT CONVERSATION

Transcript resumes at 40:22

FCW:           I'm going to repaint the whole house if I ain't in jail (laughing).

Judy:          What's happened?...

FCW:           If I ain't in jail (laughing).

Maricle:       ....U/I....

Judy:          Huh?  What's happened now?

FCW:           They put Doug in jail, Cletus.  He .... they put Doug in jail soon as he went down there.

CW:            Our lawyer ain't feeling good about it.

Judy:          Which lawyer?

CW:            Brent Caldwell.

FCW:           Do you think I can handle myself down there?

Maricle:       Yeah.

FCW:           I will fall to pieces.

Maricle:       Just don't go off and volunteer statements, like you did on Jennings and Vernon.

22

Judy:        You better listen.

Maricle:     ....U/I.... don't make no statements like that.

Judy:        Did your lawyer ....U/I....

FCW:         Well, what will they do about that?  I mean will they bring that back up?

Maricle:     Well, there's nothing they can do about that, but don't go volunteering stuff.

Judy:        Don't tell 'em nothing, Wanda  (laughing).

Maricle:     Yeah. ....U/I...   No...

FCW:         The only reason I done that is I thought that that's where everything was coming from.

Maricle:     That's because you thought you ....U/I take a swipe at them.... because they already got theirs done.  And they ain't nothing else ....U/I....

FCW:         (Interrupting) .... Well, they wouldn't interested in it.

Judy:        Where do you go tomorrow?

Maricle:     They aren't interested in that....U/I..Your lawyer going.....

Judy:        Where do you go tomorrow?

FCW:         I go to Lexington to whatever it's called.

Judy:        Your lawyer going with you?

FCW:         Yeah.

Judy:        Don't say nothing ....U/I....

FCW:         (Interrupting) .... But he don't feel good about me going.

CW:          (Interrupting) .... ....U/I.... can't go in the grand jury with you though.

Judy:        No, but she's allowed to consult with him ....U/I...ain't she?

FCW:         He told me that any time I got hung up on anything that I, that ....

23

Judy:        (Interrupting) .... come out and consult.

FCW:        I could come out and consult with him and go back in.  That he's going to go over everything with me at one o'clock 'cause he, he ... my lawyer doesn't think that I'm being completely honest with him; I've stayed crazy and tore up.

Judy;        It's enough to cause you to be crazy (laughing).  What time do you go tomorrow?

FCW:        And I've told him .... can't I just give ....

Judy:        (Interrupting) .... ....U/I.... down there tomorrow?

FCW:        I've got to be .... well, I'm going to go early, but I'm going to take Kendalynn to eat and try to calm my nerves down.

Judy:        ....U/I....

FCW:        But I gotta meet with Brent at one o'clock, but he told me that simple yes and no....

Judy:        (Interrupting) .... That's what Clet says.  Simple yes and no answers.

FCW:        ....answers, but that's going to get .... then you're pinned to it.

CW:        Well.

Judy:        Yes, no and nothing

CW:        But here's the problem.

FCW:        But you're pinned to it when you do that is the problem.

CW:        Wayne, Wayne says tell 'em you don't remember, but I'm going to tell you something.  If you get down there and tell 'em you don't remember, can they prove you remembered?

Judy:        Better do what your lawyer advises you to do.

Maricle:        I advise you to do what your lawyer...

Judy:        You better listen to your lawyer is what you better do.

Maricle:        That's, that's ....

24

Judy:           I mean that ....U/I....

FCW:            My lawyer ain't bright.  Kennon ....U/I....

CW:             He's one of the best dag gone attorneys in the dag gone ....U/I....

Maricle:        Brent Caldwell's bright.

Judy:           Yeah, you'd better listen to ....U/I....

FCW:            Well, what's he pressuring me, acting like I'm lying to him for?

CW:             Well, because he's, he's ......

Judy:           (Interrupting) .... He wants to know everything; he don't want to be ....U/I....

FCW:            He don't need to know everything.

CW:             Yeah, well.  I'll tell you what troubles, what bothers me about it.  You can tell 'em everything ....U/I.... let me ask you something.  How many people out there ... well, take Anthony for example.  If you was in a quite serious situation with Anthony, and you went down there and said Anthony, I did this, this and this.  You know what Anthony very possibly would do ....

LAUGHTER

CW:             ....is going in there to Gary and say Gary, he did this, this and this. ....U/I.... get that out of the way.  I mean, I mean, I'm not, you know, and and that's what you gotta watch, and I don't think that Brent would do that.

FCW:            I don't understand none of what you just said.

CW:             Well, what I'm saying is this lawyer/client privilege always ain't kept privilege.

FCW:            That's right, that's exactly right.

....U/I.... RESPONSE

CW:             They'd can lose their license, but who are they going to lose 'em to?  What do you think about that?

Judy:           I think she'd better listen to her lawyer is all I know.

FCW:            I should have hired a local lawyer that knew all this stuff.  We wouldn't have to

25

tell him nothing, that knew what they were after.  I just hope they ain't after me.

Judy:         Get you a local lawyer, too.  ....U/I....

FCW:          I can't afford one; shoot, I can't afford this one.  Wonder what in the world he'll charge me for tomorrow, anyway?  And I've been on the phone with him all day today.  Do they charge you for phone calls, too?

Maricle:      Why, yeah, some of 'em do.  I never did.

Judy:         Some of 'em do ....U/I.... but most of 'em charge you for everything they do, billable time.

FCW:          Where is Lindsey, anyway?

Judy:         We......I don't know; I hadn't been home long enough to say.

Maricle:      ....U/I....

FCW:          She's not awake you say?

Maricle:      She's upstairs with Blake.

FCW:          I need to get that application because I won't be able to fill it out tomorrow, been gone all day tomorrow, and it's due Friday.  Is Friday the 5th?

Judy:         ....U/I....

Maricle:      Let's see ....U/I....

FCW;          Yeah.

Maricle:      ....U/I.... (leaving room) does she know what you're asking for?

Judy:         ....U/I....

....U/I.... CONVERSATION

Judy:         ....U/I.... what did she say?

Maricle:      ....U/I....

FCW:          I don't know how to do nothing on it.

26

Maricle:        Lindsey went to Kentucky court or something ....U/I....

Judy:           Kentucky court dot net, www.kycourt.net.

FCW:            That's what I went to; you told me that same thing.

Judy:           ....U/I....

FCW:            Then you're lost.

EVERYONE TALKING AT ONCE; LAUGHING

Judy:           Well, see, I'd called and asked somebody to tell me how to find out what jobs were in the State of Kentucky; and that's what they told me to do, said I'd see right down here in the corner a little employees or posted jobs or something ....U/I....

FCW:            (Interrupting) .... well, it ain't there; I went all over it.

Judy:           Yeah, I don't know nothing about computers, so I couldn't do it for you.

FCW:            I ain't going to need no job no way.

Judy:           Yes, you are.

Maricle:        (Laughing)

Judy:           ....U/I....

FCW:            I'll bet you a million dollars I go to jail.

Judy:           I'll bet you a million dollars you don't.

FCW:            I'll bet you a million dollars I will fall to pieces; I know what I'll do.  I've never..... do you know that I've never been on a stand before for nothing.

Maricle:        You won't fall apart... you're a strong person, Wanda.

Judy:           You can't fall apart.  But listen to your lawyer; that's what you hired him for.

FCW:            That lawyer's wanting to listen to me, is what he's wanting to do.

CW:             That's because .....

FCW:            (Interrupting) .... I don't trust people for one thing; I've got a real problem with

27

that.

Judy:        You've got to trust somebody 'cause that's the only person that's going to help you
             in the courtroom; he's the one that needs to be doing the talking.

FCW:         Yeah, if he ain't in with them.

Judy:        He can't be in with them.

CW:          When you get a situation.....

Judy:        Kennon can go in..(Interrupting) .... Let him .... he could stand out there in the
             hall with the lawyer, can't you?

FCW:         Are you even going with me?

Maricle:     Kennon don't need to be down there.

Judy:        No, Kennon don't need to go.

FCW:         What Brent said, too; I don't agree with that.

CW:          He told me to go in his office and whenever Wanda goes over ....

FCW:         (Interrupting) .... and not go over there with me?  I'm going to be there by myself?

CW:          He said close the door  ....U/I....

FCW:         Why?  That don't make no sense to me.

Judy:        Listen, Wanda ....U/I....we don't understand

Maricle:     What good is he going to do you over there?

FCW:         Keep me from going crazy 'cause he does keep, whether you know it or not, he,
             he helps.

Maricle:     Do... you want him going in the grand jury, too?

FCW:         No.

Maricle:     I'm seen them waltz right there and say "let's go"..... "right now".  (laughing) no
             notice....U/I.... come out there and say "come on".

28

FCW:        That don't .... oh, god.

Maricle:    (laughing)  I'm just telling you.

Judy:       Try not worry too bad; the other day wouldn't too bad you said.

FCW:        I've had diarrhea all day.  No, no, it wouldn't the other .... wouldn't too bad, but it don't ..... that's it.  It wouldn't bad (laughing); that's why it don't make no sense.  Then my lawyer today tries to call and find out some things, this and that; he was actually trying to call and get me out of it this morning, but that definitely ain't happening.  I don't know.

Judy:       Are you worried, Kennon?

CW:         I'm worried; I'm absolutely worried.  Well, I'll tell you what, Judy.  The only thing that Brent Caldwell said is that from what the talk was .... he called it the chatter.  He said what the chatter is around is they're going after the 2006 ..... see, I thought it was 2002, but Wanda wouldn't even in, but the 2006 primary.

FCW:        May is what he said; he didn't say primary.  He said May.

CW:         Yeah, said 2006 May; that's the primary.

FCW:        Where's he getting chatter from?

CW:         Well, that's courthouse chatter, ain't it; I mean, don't people talk about it right down there, probably ......

Maricle:    (Interrupting) .... Well, I would think that would be a big source of conversation in Lexington, but it might be.

CW:         Well, I tell you why it is, is because they all watch us just like The Days of our Lives ....U/I....

FCW:        (Interrupting) .... Let me tell you what Kendalynn did.  She had this boy in her .... he was in his late 20's, in her class, and said that they was getting ready to do a presentation, her finals, you know finals is this week, and said ....U/I.... oh, brother, said I'm from Clay County, and said this man, she called him a man, but he's actually just in his late 20's, said that's where that mayor that did that and started, and she said yeah, and that's my papaw; had to say that, defend him in front of three hundred people.

Maricle:    I know it; that's what she should have done.

29

Judy:         ....U/I....

Maricle:      That's what she said it on ....U/I....

FCW:          She got so fired up and her feathers ruffled.  I said, Kendalynn, tell me you didn't say that in front of three hundred people.  She said, Mom, he was getting ready to talk awful about papaw.  So, I mean, they know .....

Judy:         (Interrupting) .... believe everything bad about him.

FCW:          No, right.

Maricle:      ....U/I.... always believe the worst.

Judy:         You know every story they do is like the shaff of the world, you know, people is toothless that know how to talk.

FCW:          Yeah.

Judy:         And they think that's all eastern Kentucky is.  I went to Pennsylvania ....U/I....asked me if I got new shoes to come up there.  They really believe that crap; they believe that Beverly Hillbillies stuff; they really believed that my parents bought me a pair of shoes....

FCW:          (Interrupting) .... Just to go on a trip.

Judy:         Yeah.  They believe it, but that's all right.

CW:           I never thought that I'd been sitting here worrying about Wanda going to jail.

FCW:          (laughing)  Yeah, I thought you said I wouldn't going to go.

CW:           Well, I don't think so.

FCW:          You keep telling me .... when I say that to you, you say no.

CW:           ....U/I....

Maricle:      ....U/I.... that's exactly what they want you to do.  You're doing exactly what they want you to do.

Judy:         She's scared.

Maricle:      Ah...They can go after the 2006 election, but I don't think they've got a whole lot

30

to go on in the 2006 election.  If they didn't do nothing in the 2002 ..... because everybody's scared to move last year in, in the 2006 election.

Judy:          In 2006, they's afraid to breathe.

FCW:          You, it had ....

Judy:          Nobody done nothing.

CW:            But what they are going after is the machines; that's not what ..... that's what they're going after.  They're not going after bought votes.  They're going after the machines ... now, that's what they're going after.  You mark down what I told you.

Judy:          My, lord, the machines was right out in the open.  Everybody could see.

CW:            I know it.  That's right, but the thing about it is, Judy, there's all these new machines; they've had all this trouble out of 'em.  It's went on where at, all over the state when they had all that trouble with 'em everywhere.  I mean it is, isn't it?  Basically, read the papers ....U/I....didn't they have problems?

Maricle:       ....U/I....

FCW:          Dobber Weaver .... now, you, you don't believe this, but I'm telling you the truth.  Dobber Weaver is trying to help Todd Roberts.  Now, I've done told you.

CW:            Yeah.

FCW:          And you'uns have trusted him.

CW:            I ain't trusted; they ain't trusted him.  Aaron told me about Dobber a long time ago.  He is not .... Dobber is the furthest thing from being trusted.

FCW:          I feel like going right now and jumping all over him.  I do.

CW:            You can't do that with ....U/I....

Maricle:       What's that gonna help?

Judy:          ....U/I....

FCW:          Right.

Judy:          Because which one you want?

31

FCW:        I don't know.

LAUGHTER            (Lindsey entered room)

CW:         Well, if you want the one to try to get on.

FCW:        Whatever's in Laurel and Clay.  Print that off for me.  Either one.

CW:         Is that .....

Judy:       ....U/I.... it's got ....U/I....

FCW:        I'm just screwed; I'm screwed anyway (laughing).

Maricle:    Well, now, if you want something to take a test for ..... don't they ... they used .....of course, things have changed ....

Judy:        We don't know nothing about ....

Maricle:    .....so much with computers and stuff but I may be far off.  You went down there, and you met a counselor and they tell you all the things you qualify for.  They have a list of vacancies and what you qualified for that was vacant.

Judy:       That's what you ....U/I....

FCW:        (Interrupting) .... Deadline's the fifth; I'm going to be in court tomorrow.

Maricle:    Deadline's the fifth for what?

Judy:       For what?

FCW:        For the job, for the job closing on the drug court position is the fifth.

Maricle:    Where is the drug court position?

FCW:        It says Laurel and ahhh .....

CW:         But now you're wanting one that can .....

FCW:        (Interrupting) .... Here's the one that Judy told me to go on line and get it, but it don't have Clay County on it.  It just says Laurel County.

Judy:       ....U/I....

32

Lindsey:             ....U/I....

CW:           But when's the one coming up in Clay County? ....U/I....

Maricle:      ....U/I....

Lindsey:             ....U/I....  I just said standard application for employment in the Kentucky court .....

Maricle:      ....U/I.... jail

Judy:         ....U/I....

FCW:          Cletus, am I not going to get that job?

Maricle:      There'll have to be a job first.

Judy:         That ain't no job yet, Wanda.

Maricle:      ....U/I.... they ain't got none.

....U/I.... CONVERSATION; EVERYONE TALKING AT ONCE.

FCW:          Did they get Sue?

Judy:         Huh?

FCW:          Did they get Sue yet?

....U/I.... RESPONSE

FCW:          Is she?

Judy:         She's in jail.

Maricle:      She's in jail, and Robin's in jail, and I got a feeling they'll be two or three more before it's over ....U/I....

FCW:          Is that right?

Judy:         She always check ....U/I.... even if she ....U/I.... take a degree to get her job.  I don't think ....U/I.... for her job.  She's a supervisor.

FCW:          Yeah.

CW:           But they'll probably be somebody move up into hers and leave one open, won't they?

EVERYONE TALKING AT ONCE; ....U/I....

Maricle:      Go call Meredith ....U/I.... under Administrative Office of the Courts.

Lindsey:          ....U/I....

FCW:          It's the same thing; I couldn't make heads or tails out of it.

Maricle:      You couldn't?

Judy:         ....U/I....

FCW:          No.

Lindsey:          I mean I went into Kentucky Courts, I went and typed in standard applications for employment, and it brought up applications for ....U/I....

FCW:          (Interrupting) .... I spent two hours on it.

EVERYONE TALKING AT ONCE; ....U/I....

Judy:         ....U/I.... Friday morning; I won't be there tomorrow, and I'll ask again.  Dana goes on that site every day ....U/I....

Lindsey:          ....U/I.... it'll tell you what's available for your experience.

Judy:         I'll go down there and  make him write it down for me how you go in there because that's who I called, Vickie,..... and that's what they told me to do, and she said Dana looks on there every day.

Maricle:      And, you think there's one in Laurel County now?

Judy:         It's showing one in Laurel.

FCW:          It's showing Laurel County.

Maricle:      What, what position?

Judy:         I don't know.  What is it, Wanda?

FCW:          Drug court, part .... it's a part time.

34

Judy:          Drug court in Laurel County.  Who's in control of them over there?

FCW:          I'll work part-time; I'm about to starve to death.

CW:           Well, the main thing is getting on, is getting on.

FCW:          See, you can work .... just getting in.

CW:           But, but, but you .... well.

Judy:          ....U/I.... why don't you ....U/I....

FCW:          I'd druther be .... work over here where I know people.

Judy:          Why don't you stay all night with Kendalynn and go to Frankfort the next morning and ask them how you get an application for that job.  We can't get in on line....

FCW:          Well, you know what they'll say?  Well, if you're that damn retarded.

Judy:          No.

FCW:          You don't need a job (laughing).

Judy:          ....U/I....

FCW:          They're not gonna say.  Judy, I'm in a bad mood (laughing).

Judy:          Well, it ain't gonna get no better 'til Friday, so hush the job until on Friday.  Then, we'll try to figure it out.

FCW:          ....U/I.... (laughing)

CW:           I mean, but you, you'll know when one comes open in Clay County, won't you.

Maricle:      Yeah.

Judy:          Yeah ....U/I.... ; we'll know.

Maricle:      Hope I'll know.

CW:           Well, if they ....

Maricle:      Ella hired Janie Finley.

Judy:          Before we knew what was happening.

Maricle:       Hired before I knowed anything was happening.

FCW:           Are you going to let her do that again?

Maricle:       She done it then ....U/I....

FCW:           I should've had that; I should'a had it then.

Maricle:       It was done; and I don't know .....

Judy:          (Interrupting) .... It was done ....U/I....

Maricle:       I ain't never figured out what the heck happened and I didn't ask her.

FCW:           I got a question for you.  Where'd she go?

Judy:          She's in there.

FCW:           I seen Sonya today.  Sonya's got the same black eye.  I said what happened to you, and she said me and Lindsey .... you didn't hear what happened at Wal-Mart, and I said no.  I said wait a minute now.  If this is about one girl whopping both of you'un's ass that ain't adding up with me.

Judy:          It ain't adding up with me either.  I don't believe a word of it.

FCW:           She had a big black eye.  And I said, don't even go there 'cause that ain't washing with me.

Judy:          I don't believe a word of it; don't wash with me either.

CW:            Well, I would think .....

Maricle:       ....U/I....

FCW:           (Interrupting) .... She told me that she was by herself.

Judy:          Who, Lindsey did?

Maricle:       Yeah.

Judy:          I don't believe there was no girl.  I don't believe it.

36

FCW:        How can two people have the same black eye in the same spot?

Judy:        ....U/I.... come up and hit 'em at Wal-Mart.

FCW:        What do you think about that?

Maricle:    Well, you want me to tell you?

FCW:        Yeah, I mean that makes no sense to me.

Maricle:    Don't think she's been in a fight.

Judy:        Do what?

Maricle:    Don't think she was in any fight.

FCW:        How do you get the same black eye?

Judy:        Think it was Jamie hit her?  Would he hit Lindsey?

FCW:        You can't hit two people in the same eye.

Judy:        I know, but I'm just asking.  Would he hit her or hold her arms ....U/I....

FCW:        He would hit her; he would hit her.

Maricle:    ....U/I...I think Anthony said....

FCW:        Anthony?  Oh, got high and fell, got high and fell.

Judy:        Do you think Anthony hit her?

NON-PERTINENT CONVERSATION

Transcript resumes at 1:04:51

CW:         Well, he must not have got no supboena.

LAUGHTER

CW:         ....U/I....

Maricle:    I believe you are overly worried....U/I.... not telling you not to be unconcerned, but I mean, you know.  Of course, it's easy for somebody like me that for forty

years always dealt with subpoenas, warrants, and stuff (laughing) ....U/I.... it's easy for me, you know.  Hell, that's just a piece of paper.

Judy:        Listen, if they gave me a subpoena, I'd be so scared.

FCW:         Right, thank you, Judy.  I ....

Judy:        ....U/I.... I would be terrified.

FCW:         My stomach right now, my stomach is rolling.

Judy:        ....U/I....

FCW:         My stomach is in knots.

Judy:        Wouldn't know which way to go.  I would be just like you.

FCW:         If I knew .... if I just knew what they .... why won't they give you a piece of paper and let you practice?  At least let you know?

PHONE RINGING; ANSWERED BY JUDY;

Judy:        He's right here.

MARICLE BEGINS TALKING ON PHONE IN BACKGROUND; ....U/I....

Judy:        Yeah, ....U/I.... absolutely terrified.

FCW:         Well, I am.

Judy:        I would be, too.  I would be so scared, I would be trembling.  I work up there, but I'm back in that little room; I don't usually go out in that courtroom; and it scares me to death to think about it.  I remember when I went in that district court just give Lindsey one of my own checks, I was scared to death.

FCW:         Yeah.

Judy:        They just send you down there like it ain't nothing.

FCW:         Uh huh.

Judy:        ....U/I....I don't know what I'm supposed to say, what I'm supposed to do.

FCW:         Well, see, that's how I feel.  If I knew what I was supposed to say, supposed to do.

Judy:    (talking at same time as FCW) Lindsey just talked to me...U/I.... from the witness stand.

FCW:    Umm hmmm.

Judy:    And I thought, what am I supposed to say; I have nobody there to say anything, you just sit there and don't know what you're supposed to say. It'd scare me, too, Wanda.

FCW:    Yeah, it is scary.

Judy:    I mean; I was the one brought the charges against Lindsey, you know, trying to stop her from doing the dope; she'd wrote that check on me. But it scared me to death. I mean, I don't guess they do that in circuit ....U/I.... they let your lawyers talk, but buddy, they let that boy talk right out, that Bobby Smith?

FCW:    Umm hmmm.

Judy:    Cashed the check for her.

FCW:    Umm hmmm.

Judy:    He just got right up and talked. I didn't know, am I supposed to answer him; I didn't know what I was supposed to do. I mean people .... I mean, ordinary people and I consider myself a very ordinary person because I don't sit out in the courtroom. I don't know the procedures of court and stuff. I don't know.

FCW:    Yeah.

Judy:    It's scary.

FCW:    It is.

Judy:    Don't know what you're supposed to say and when you're supposed to say it. But I've never been in a grand jury except I've been on the grand jury.

FCW:    Yeah.

Judy:    Where people come in and they ask, the commonwealth attorney will ask that person a question, and you would listen and all, and the best I remember, if you wanted to ask a question, you could. And then they go out, and you sit in there and talk and decide whether you're going to indict 'em or not.

FCW:    Yeah, right.

Judy:        If you believed, you know, what was ....U/I.... and said against 'em.

FCW:         Yeah.

Judy:        Kinda like a trial before a trial.

FCW:         Right (laughs).

Judy:        Yeah.

FCW:         See, that's the scary thing about it is whatever I tell them tomorrow; they can bring an indictment against me, couldn't they?  Couldn't they?

Judy:        Well, I guess they could; it's a grand jury.

FCW:         What they did to Doug.  I ain't going to do what he did though.

CW:          Give me them keys and let me go down there and call Brent again and see if, see if they've called him.

FCW:         ....U/I....  You didn't bring the phone?

CW:          No, it's ....U/I....

Judy:        ....U/I....

FCW:         I've done a lot in my life (laughing).  It's scary, but ....

Judy:        Has Blake gone to ....U/I.... ?

Maricle:     He was upstairs ....U/I....

NON-PERTINENT CONVERSATION

Transcript resumes at 1:10:08

Maricle:     What was position over there?  Do you know what it was?

FCW:         In Laurel County?  That's what it said Drug Court Counsel, part-time Drug Court Counsel.

Maricle:     Well, you take a part-time because .....I can possible work you in....

FCW:         (Interrupting) .... Oh, I will.

Maricle:      ....U/I.... started here ....U/I.... started out part-time.

FCW:          Yeah.

Maricle:      And then it became full-time and they got somebody else part-time.

FCW:          And then I could transfer from Laurel County to here, couldn't I?

Maricle:      No, where ever they put you at is where you'll be.

FCW:          Gotta stay?

Maricle:      Yeah, that's because  ....U/I....

FCW:          (Interrupting) .... Unless a job come open though.

Maricle:      Oh, well, if a job comes open ....U/I.... (continues to talk over FCW)

FCW:          (Interrupting) .... I mean like when Ella's, when that other job comes open, then I could transfer, right?

Maricle:      They ain't going to transfer you unless they's a position to transfer you to.

FCW:          Right.

Maricle:      Right now, we've got two and a half workers.  Vickie, Dana, and the Turner girl.

FCW:          The Turner girl or boy?

Maricle:      Yeah.  Girl.

FCW:          When did she come?

Maricle:      She's been there several months.  She's from Leslie County; she works Jackson County.

FCW:          Oh, okay.

Maricle:      ....U/I.... but now I'll tell you ....U/I....

FCW:          Sue's in trouble, ain't she?

Maricle:      ....U/I....

41

FCW:        It does.

Maricle:    ....U/I.... and I'll be honest with you; I'm not ....U/I.... at all.  ....U/I.... more surprised at Robin....U/I....

FCW:        See, I'm not.  I'm not surprised at Robin; and I'm surprised at Sue.

Maricle:    I never, I, I just .... Robin seemed to be doing good.

FCW:        Well, Bill will die (laughing).

Maricle:    Yeah.

FCW:        He won't have no nookie no more (laughing).  You know he fooled with Sue?

Maricle:    Yeah, I knew it.

FCW:        Yeah.  Ahh, lord.  Brent's going to tear him right back up now.

Maricle:    Well, don't let Kennon get too upset.

FCW:        He's on the phone, ain't he?

Maricle:    Yeah.

FCW:        (sighs)

Maricle:    Whatever, you don't need him over there with you; ....U/I.... don't need with him.

FCW:        Is Don not going?

Maricle:    He's not going to be down there at the federal building.  No absolutely not.  You don't, you don't give them an opportunity to come out there and walk somebody else in there and start questioning 'em (laughs).  Didn't get up with him, I bet ya.

CW:         No.

FCW:        Well, Cletus can you answer questions, some questions and not answer other questions?

Maricle:    Sure.

FCW:        You know what I mean, like if ahh, for instance a question they asked me yesterday is how you become election officer.  I can answer that, right?  And then

42

if they ask me something I don't want to answer, then what will I say?

Maricle:        Tell 'em whether the question is ....U/I.... criminal.

FCW:            Right, but how would a person answer it is what I am saying.  Do you say I plead the Fifth Amendment on each individual question or do you say I don't know.

Maricle:        No, if you don't want to answer the question, plead the fifth.   ....U/I....

FCW:            One question?

Maricle:        ....U/I....

FCW:            One question though?

Maricle:        ....U/I....

FCW:            (Interrupting) .... You see what I'm saying, like individual questions.

Maricle:        ....U/I.... and only one of them be ....U/I....

FCW:            Oh, Lord, mercy.  They didn't ask me that many yesterday.

Maricle:        I don't think they will tomorrow.

FCW:            You don't think they will?  Buddy, I'd feel better if I knowed that was the case.

Maricle:        Well, I don't think they will.

CW:             Well, if ....

Maricle:        Well, I'll just be honest with you.  I have no .... I'm stumped as to why you....  I mean I just am; I mean I's stumped.  Usually, ....

FCW:            (Interrupting) .... I'm stumped by why me at all.

Maricle:        Well, I am, too; I am, too.

FCW:            (Interrupting) .... I mean that don't make no sense to me.

CW:             Let me tell something, Wanda.  Here's the facts about it, is everybody knows that Crawdad got help down there; they can say whatever they want to say.  And that's what's their doing I think up there stirred it up; and they're going ....

43

FCW:            ....U/I.James Garrison's pack?

CW:             Well, I don't know if it's James; I don't know if it's Urshell, I don't know if it's ....

FCW:            (Interrupting) .... May have been a little bit of all of them.  I think oooo, God.

CW:             Urshell and them, I mean they've already had bad luck with what they've been told, ain't they?  I mean ....

FCW:            I ain't laid eyes on Urshell since the election; since two weeks before the election.


COUGHING

FCW:            I wonder what time Dobber's. ..... I'm going to talk to Dobber; I'll take him home.

CW:             No, no, no, you don't need to.  You don't need to do that.

FCW:            I'm going to make him tell me what they asked him.

CW:             Well, see that's what they're saying; they're talking about .....

Maricle:        (Interrupting) .... Now, just what is your purpose of that?  You want to get in real trouble?  You want to get in real trouble?

FCW:            How could I get in trouble for that?  He's ..... I mean, I don't, I don't get it.  He's just like me.

Maricle:        You're... go over there and make him tell you what he said in there ... you can't do that, Wanda.

FCW:            I mean I can't make him, but I can ask him.

Maricle:        ....U/I..yeah, he can.

FCW:            He can't hurt me none.  How can it hurt me?  It can't hurt me none; it can't hurt me no better than it is right now.

Maricle:        Bull shit, bull shit.  I mean, listen.  You have absolutely no reason to go talk to Dobber, none a'tall.  Does she, Kennon?

CW:             Well, I, I don't think she's got no reason to go talk to Dobber.

Maricle:        You know what they're going to do tomorrow?  Wanda come and talk to you last

44

night?

FCW:        Will they ask him that?

Maricle:    Well, sure, and ....U/I.... and they'll ask you, did you go over at Dobber's last night?

FCW:        They didn't ask me that yesterday, and I went the night before.

Maricle:    Wanda, I would not recommend that anybody talk to anybody when you're going to be witnesses down there where they can ask you what did you talk about. What did you all talk about last night. You don't need that. Nobody needs..... you know.

CW:         Wanda is just discouraged, Clet; she's just got so much a'going on.

FCW:        (sighing)

Maricle:    What purpose would it serve to you to go talk to Dobber? Tell me one good thing it would serve.

FCW:        Other than knowing that they asked him, which he may not even tell the truth about that.

Maricle:    You go to him, he ain't going to tell you the truth.

FCW:        I would tell him the truth.

Maricle:    Well, you're up front and frank; I'll agree with you. I, I think that's one of the things I admire about you, but you're ....

FCW:        (Interrupting) .... Do you think that's one thing that's not in my favor tomorrow?

Maricle:    ....U/I....

SOMEONE ENTERS; NON-PERTINENT CONVERSATION

CW:         Boys, I tell you what I am. I am ....U/I....

....U/I.... CONVERSATION

CW:         Let's walk in, buddy.

Maricle:    Yeah, if you're cold.

45

Judy:          Did you water this 'un?

Maricle:       Yeah, I watered everything out here.

FCW:           Let me look over here and check on my house and make sure it ain't burning. What was them boys doing, Judy, when you was there?

Judy:          Running.

FCW:           Running.  ....U/I....

Judy:          They was just playing.  ....U/I....

FCW:           Turn that fireplace on (laughing).

LAUGHTER

Judy:          Wonder what this is all over my couch?

NON-PERTINENT CONVERSATION

Transcript resumes at 1:20:40

Maricle:       ....U/I..Well, I don't think you need to worry.. You can't help but be concerned.

FCW:           Well, I just don't want to say the wrong thing.

Judy:          You have to testify tomorrow?

FCW:           I guess that's what .... I don't know what .... I guess that's what it is.  I know that I can be indicted tomorrow by saying the wrong stuff.  That's the only thing I'm worried about.  I don't want to be in trouble.  I mean, no, I ..... I said it the wrong way.  I don't want, you know what I'm saying.

CW:            Well, I mean, ....U/I.... you don't know what to ....U/I....

Judy:          I don't know if I can see; one of your might can see better than me.

Maricle:       What do you need.

Judy:          ....U/I....

FCW:           Has Alman every been in front of the grand jury?

46

Maricle:      I don't know....U/I.... I'd say he ain't never talked to 'em.

CW:           ....U/I....

FCW:          Well, I mean, he's .......

Maricle:      ....U/I.... (laughing)..he's told all these stories that he's been down there.

FCW:          So, they have either; I've told .... Kennon believe every word that that man says. He does.  You think I'm lying?  Every word that Alman says, Kennon believes him.

Maricle:      (talking to dog)

Judy:         ....U/I....

NON-PERTINENT CONVERSATION

Transcript resumes at 1:23:53

FCW:          There was a man pulled up out there at Doug's today.  Did I tell you?  That had guns all over his hips.  Did you see him?

CW:           He was a probation man.

FCW:          With guns on him?

CW:           Well, they go in there sometimes.

NON-PERTINENT CONVERSATION

Transcript resumes at 1:25:59

CW:           I don't know why he ain't called me back.

Maricle:      Hmm?

CW:           I don't know why ....

FCW:          (Interrupting) .... Did you talk to Brent right then?

NO AUDIBLE RESPONSE

FCW:          And he still ain't heard from 'em?

Judy:          ....U/I....

Maricle:       ....U/I.... ahh, you won't be talking to him tonight, this late, in all probability.

CW:            No, if he ain't talked to him tonight.

FCW:           What time is it?  A little after nine?  ....U/I.... will be to get them boys here in a minute.

Judy:          ....U/I....

Maricle:       ....U/I.... (laughing) ....U/I....

TV CAN BE HEARD IN BACKGROUND

FCW:           There's only six of 'em left now, ain't they?

NON-PERTINENT CONVERSATION; ....U/I....

Transcript resumes at 1:27:25

CW:            It will be eight-thirty or nine I guess.

FCW:           Yeah, but they told me to be there at one o'clock.

CW:            That's because evidently they ....U/I...that's probably...Stephan Charles got it moved up.

Judy:          What time you have to be there?

FCW:           I'd never even looked at the subpoena to see what time was on it.

CW:            It was nine.

FCW:           Was it?

Judy:          I thought you had to meet Brent at one.

FCW:           Yeah, that's what Brent .... I'm meeting him at one o'clock.

CW:            ....U/I....

FCW:           Am I meeting him in his office or at the building or what?

48

CW:         At his office.

Maricle:    Is he meeting you at his office or what?

CW:         Yeah, he's there at the Chase Building.  He's pretty close to it.

FCW:        And you're not going to go with us?

CW:         Well, he says I can't.

Maricle:    ....U/I..If Kennon goes in with you...

Judy:       I see where Wanda's coming from.

Maricle:    ....U/I....

Judy:       She's scared to death without Kennon.  And I would be, too, if I had to go without you.  I'd be scared to death.

CW:         I tell you what Wanda did.  Wanda, Wanda has had a hard time with it because first off ....

CHILD YELLING

CW:         .....it's just like she's put her rump on the line, and she ain't got nobody to talk to. I mean, she ain't got  nobody to help us.  She just ....you know, I mean it's hard on her.  She really feels isolated, you know?  You get what I'm saying?

Maricle:    Yeah.

FCW:        ....U/I.... besides Dobber (laughing).

Judy:       ....U/I....

FCW:        I'm going to give Dobber a piece of my mind; I'm going to be honest with you.

Maricle:    What purpose is that going to serve?

FCW:        Probably about the same purpose it served going and jumping on to Blue Johns, none.

Maricle:    You should have jumped on the Blue Johns.

FCW:        I sure have.

49

CW:             ....U/I....

Maricle:        They need it.

Judy:           ....U/I....

EVERYONE TALKING AT SAME TIME

FCW:            Right, right, you know, right.  You asked me what their names was.  I don't know, but I know .... I know they were Blue Johns.

Judy:           ....U/I....

Maricle:        ....U/I.... I know you would feel better if Kennon was there, but do you want them to ask him a question ....U/I....bring you out and immediately ask him.

FCW:            No, I don't want that to happen.

Maricle:        ....U/I....

Judy:           ....U/I....

CW:             I'll be over there; I mean I won't be far.

FCW:            But why, but why .... you don't want me to go with you when you and Doug went?

CW:             Yeah.  ....U/I....

FCW:            That burnt me up; I wanted to know what was going on.

CW:             That got her a subpoena ....U/I..that day.

Maricle:        That's just common sense to not do that.

NON-PERTINENT CONVERSATION WITH CHILD

FCW:            Is Phillip tore up at all about going?

CW:             Well, he has to be somewhat.

Maricle:        Phillip don't really get too emotional about that.

FCW:            (Interrupting) .... emotional?

50

Maricle:     ....U/I.... about, about things.   He don't get tore up about things....  Is he looking forward to it?  No.

FCW:         Does Doug have to go?

Maricle:     ....U/I.... Does he know anything?  No.  But all the same, it don't make any sense, you don't want to go.

FCW:         You know what I'm worried about more than anything is them asking me questions about Wayne.  That's what I'm worried about more than anything.  If I knew, if I knew ... you know what I mean?  You know what I'm saying.  If I knew they wouldn't ask me stuff about that, I could answer it good I think.

Judy:        ....U/I....

FCW:         Um hmmm; that would great if they did.

Maricle:     ....U/I...spent an hour with them.

Judy:        ....U/I....

FCW:         They ask you.... keep asking you the same questions?  'Cause that's all they did to me.

....U/I....

FCW:         You wouldn't in the grand jury though, was you?

Maricle:     No, no,no.

Judy:        I just got to interview people.

Maricle:     That's the wrong impression; I've never been to the grand jury ....U/I....

FCW:         If I understood Brent right, I won't be questioned by no agents tomorrow.

Maricle:     ....U/I....

Judy:        ....U/I.... interrogation?

FCW:         No, this is like common people I guess.

Judy:        On the grand jury. ....U/I....

51

FCW:        I didn't go through no interrogation.

Judy:       Well, that's what it's called; it ain't .....

FCW:        Interview, the interview is what they called it.  I don't think it's called
            interrogation.

Maricle:    ....U/I.... down there now.

FCW:        That's when you went to city hall though, wouldn't it?  I mean to the nine one one
            or whatever.

Judy:       ....U/I....

FCW:        You wanting to go to bed?

Judy:       Me?  If I do, I'll go.

FCW:        Okay.

Maricle:    ....U/I....

FCW:        All right.

Judy:       ....U/I....

FCW:        We ain't got nowhere to go, Judy (laughing).  We've not got none in five or six
            months (laughing).

Judy:       ....U/I....

FCW:        Joe White will go to bed on you.  You can forget about going and talking to Joe
            White, he will go to sleep.

CW:         He'll get up and go in there and lay down.

Judy:       ....U/I..Where do you live in London?

FCW:        You know where Pepperhill is?

Judy:       ....U/I..You live on 192?

FCW:        Right behind it.

Judy:        It's down off one ninety-two?  To the right or left?

FCW:        Where is one ninety-two; I don't even know where one ninety-two is.

Judy:        ....U/I....

FCW:        One .....

Judy:        Like when you get off the parkway, you turn left.

EVERYONE TALKING AT ONCE; ....U/I....

FCW:        Wait a minute.  You know where REMAX is?  You know where the REMAX store is?

Judy:        ....U/I....

FCW:        You know where the REMAX store is, Judy.

Judy:        Yeah.  ....U/I....

FCW:        Yeah, is that one ninety-two?

Judy:        Right through there, yeah.

FCW:        I thought one ninety-two was going toward Corbin.

Judy:        No, that's old twenty-five.

FCW:        What's that called?

Judy:        Twenty-five.  Once you get off the parkway, that's one ninety-two.

Lindsey:        You're talking about the old road to Corbin; that's twenty-five.

NON-PERTINENT CONVERSATION

Transcript resumes at 1:39:36

FCW:        My stomach's hurting.  Ohh, I'm so tore up, Judy.

Judy:        I know; I can see that.

FCW:        I don't ....

53

Judy:          ....U/I.... ; it'd scare me to death.

FCW:           I just don't want to get nobody in trouble.

Judy:          Just try to answer yes, not and do the best you can.  Do what your attorney says to.  ....U/I....

FCW:           Now, that's a good deal on that right there.

Judy:          Huh?  Yeah, oh yeah.  ....U/I.... ; I'm not going to sell.

FCW:           I've got to have this book to show her at ten o'clock 'cause he's ......

Judy:          Just get me the ....U/I.... number on whatever it is.

FCW:           I'm going to show it to you when I find it.

NON-PERTINENT CONVERSATION

Transcript resumes at 1:46:06

FCW:           Somebody told me UNITE bought off Anthony.  A couple of months back, UNITE bought dope off Anthony.

Judy:          ....U/I...where did they get him?

FCW:           At his house, oxycontin, selling oxycontins.

NON-PERTINENT CONVERSATION

Transcript resumes at 1:49:53

FCW:           I just want to work a job and go home.  ...He gets me .... drug court.  I'd be a good drug court counselor, you know that?  I would be.

Judy:          ....U/I....

FCW:           I know, but he said that I would be the one that got it so I ain't going to fret on it.

Judy:          You will as soon as one becomes available.

FCW:           I'm not going to fret.

NON-PERTINENT CONVERSATION

Transcript resumes at 2:00:00

FCW:            Wish me luck tomorrow.  I don't want to get nobody in trouble.

....U/I....

FCW:            If she stays with him.  If.  I hope she does.

NON-PERTINENT CONVERSATION

Transcript resumes at 2:01:30

FCW:            I'm wore ...I'm ....U/I.... honest to God.

CW:             No, that's what we's talking about back here, Wanda.  I mean, you need to sit
                down here and talk to him a minute.  ....U/I....  You need to listen to what he is
                trying to tell you about Dobber, and you're going to have to ....U/I....

Maricle:        ....U/I.... this is the way I feel about.  There's no useful purpose ....U/I.... I can't tell
                you what to do, but that ain't going to be the issue at all ....U/I.... ; if you're right
                on 2002, if you're right, then that's where they're probably going because
                everybody ....U/I....

FCW:            We are talking about Doug Adams, ain't we?

Maricle:        And they may figure you did last year; I don't know, whether they figure that or
                not, but ahh.....

FCW:            Well, I'm going to tell them whatever I know about Doug Adams.

Maricle:        You know.  What do you know about Doug Adams?  You don't have anything
                against him, do you?

FCW:            No, but I'll tell them whatever they want to know if they'll leave me alone.  I'll tell
                them whatever they want to know about Doug Adams.  I'll tell 'em what they want
                to hear if they'll leave me alone.  (laughing)

Maricle:        It won't work like that.  What they'll want to know on Doug Adams, you don't
                want to know.

FCW:            I don't know nothing about no 2002 election.

Maricle:        That's exactly right; that's exactly right.

FCW:        If it makes them go away.

CW:         They won't go away, Wanda.

FCW:        You gotta tell 'em something.

CW:         What, what, what, what you're worrying about is ....U/I...they can make you testify.

FCW:        He says that's what they're trying to do.

Maricle:    ....U/I....

FCW:        Yes, Kennon.  And I don't even know exactly what that means.  What does that mean to me?  Shouldn't said .... I know what I shouldn't of done.  I shouldn't said nothing about Jennings and Vernon is what I shouldn't done.

Maricle:    Well, ....U/I.... (talking at same time as FCW)

FCW:        And I don't know what made me do that.  But they didn't act like it mattered.

Maricle:    See, you gotta ....U/I..lick in, even though you didn't... they could care less about ....U/I..them.

Judy:       ....U/I....

Maricle:    It may be, Judy.  ....U/I....

Judy:       ....U/I....

Maricle:    ....U/I.... I really do, Wanda.  I think you're going to get down there tomorrow and find out they're not going to ask you a whole lot.

FCW:        I hope that's the case.

Maricle:    That's what I think.

FCW:        I hope that's the case.

Maricle:    Don't take this offensive....U/I.... what I've got to say.

FCW:        Okay.

Maricle:    Ahh, please don't.

56

FCW:        I won't.

Maricle:    All right?  But, but the people who know Clay County politics that's not something ....U/I.... you've actively studied or persued.

FCW:        No.

Maricle:    Is it?

FCW:        No.

Maricle:    Okay.  I don't mean that's ....U/I.... I mean that's just not something that, you know, that you'd do.  You're not an expert on .....

FCW:        No.

Maricle:    .....ahhh, ....U/I....

FCW:        (Interrupting) .... (talking over top of Maricle)  I'm pretty good though.

Maricle:    Kennon is probably a lot better.

FCW:        I'm pretty good; I'm pretty good.

Maricle:    I didn't say you wouldn't good, but that's just not something .... okay until you married Kennon, did you and got involved, did you really care about politics?

FCW:        No.

Maricle:    Okay.

FCW:        ....U/I....

CW:         ....U/I....

FCW:        I mean it ain't ....

CW:         .....that's what I was going to say, it ain't nothing I'd really been interested in.

Maricle:    It's just like I don't know nothing about fashion 'cause .....

FCW:        (Interrupting) .... Right because you wouldn't want .....my mine concern is I don't want to go in there and say nothing to hurt Phillip.  I don't care about nobody else. I, I don't ....

Maricle:       ....U/I....

FCW:          I probably already done that.

Maricle:       ....U/I.... your answer ....U/I....

FCW:          I shouldn't said nothing about Jennings and Vernon.  I don't know why I did that.

Maricle:       But that didn't incriminate you; that wouldn't, that didn't .....

FCW:          (Interrupting) .... They acted like it ..... they didn't even care.

Maricle:       ....U/I.... personality conflict.  Yeah, but that wouldn't no violation of the law.  Wanda, you didn't say anything .....

FCW:          Right.

Maricle:       Based on what you told me, I, I .....

FCW:          Well, I mean, that's .... well, they didn't ask me nothing about, nothing about Dobber.  Only thing they asked me was who I served ..... who was the other judge.

Maricle:       Here's what you do, and I've done it ....U/I.... ; here's what you do.  Your two people split up, and you'll say oh so and so said so and so.

FCW:          But are they allowed to do that?

Maricle:       Sure they are.  Sure they are.  They do it all the time.  You know, when you're watching Law and Order or some of those things, they'll go in there and say so and so said .....well, he didn't say it.

FCW:          Okay.  All right.  Well, here's another thing.  You don't know if they really said that to Dobber because Dobber lies .... I mean if you think about it.

Maricle:       I agree.  I agree.

FCW:          But how does a person ....what do say if they try to do me that way tomorrow with me on the stand?  Because I will fly loose and probably tear into the ....U/I.... then.  I don't know what to believe and what not to believe.

Maricle:       Keep your cool, Wanda.  ....U/I.... Keep your cool.  You don't need to say nothing to nobody.

FCW:        Keeping my cool is the thing.  It ... I mean I'm afraid they'll try to trick me, like what .... I'm not so sure they said something to Dobber.

Maricle:    ....U/I....I'm not sure they did either.

FCW:        You know what I mean?  Because Dobber lies.  You know that, and Kennon knows, Dobber lies; he flat out lies.  That's the reason I'd like to talk to him.

CW:         What you do, what you do to Dobber is Dobber  ....U/I....

Maricle:    If he lies, then why do you want to talk to him because he's liable to say you said something that you didn't say.

FCW:        Well, that's true.

Maricle:    ....U/I....Just think about that real quick though.

FCW:        I guess that's true.  I don't tell lies though.  That's the difference between me and him.  (laughing)  I'm not so sure that they said that to him.

Maricle:    I'm not sure either; he said they made reference to Crawdad and James Phillips.  I doubt that.

FCW:        Never mentioned either one of 'em to me.

CW:         James Phillips got out ... well, what they've done, they've looked at ballots ....U/I....

FCW:        Dobber's lying; I'm telling you, honey.  I know what I'm talking about Dobber's lying.

CW:         I tell you what ....U/I....

FCW:        They ain't asked him nothing about .....James Phillips' name wouldn't brought .... let me ask you this.  I wonder if Dobber said that they asked him about Phillip or Doug Adams?

Maricle:    I don't know.

FCW:        You see what I'm saying?  I think he's lying.

CW:         I know what's going to happen tomorrow ....U/I...Phillips going to take the Fifth Amendment, and they probably won't compel him or you either one to ....U/I....

FCW:        Well, you think I should do that?

CW:         I don't know ....U/I....

Maricle:    I really ....U/I.... be taking no Fifth Amendment, Wanda, because ....U/I.... I mean ....U/I.... you know, I wouldn't see any reason for him to take the Fifth Amendment, but now, that's me.  I mean that's up to ....U/I....

CW:         (Interrupting) .... See, that's what, that's what that the thing about it is with Wanda.

FCW:        I know stuff though, Cletus.  I don't want to get Wayne in trouble.

CW:         No, you don't want to get nobody in trouble.

Maricle:    See, here's the thing, you know, every penny of money that Phillip Mobley collected for the election that he got  ....U/I.... , I'm assuming he reported ....U/I....

FCW:        I didn't see no money.

Maricle:    ....U/I....

FCW:        (Interrupting) .... I didn't see no money.

Maricle:    ....U/I.... I did not know until today that Joe gave him a contribution, but he reported it.  ....U/I.... checks and the report.

FCW:        Yeah.

Maricle:    ....U/I....

FCW:        But I mean, you're, that's something that I, I mean, I don't know nothing about that.  I don't know; I never even seen no money.

Maricle:    I still can't figure out why they ....U/I....

FCW:        I guess we'll know tomorrow.

Maricle:    And Steve may be right; they're just fishing, hoping to come up with something.

PHONE RINGING

Maricle:    ....U/I....I was going to ask you something.

FCW:        What?

Maricle:    ....U/I.... you as a target.

FCW:        I ain't never heard that.

CW:         I think that's what he's concerned about, too; ....U/I....

FCW:        Brent was going to ask them that today, but he never got a hold of 'em.

CW:         ....U/I.... see, that may be  ....U/I....

FCW:        But now they never said; I've never been told that.

PHONE RINGING.

....U/I....

FCW:        That might be Kendalynn.  ....U/I....

PAUSE AS PHONE IS ANSWERED; NON-PERTINENT

Transcript resumes at 2:12:15

FCW:        No, they never said ...

CW:         ....U/I....

Maricle:    My advice is....U/I.... if they ask you something incriminating, you need to take the Fifth Amendment, but ....U/I....  What they want from him that they subpoenaed him is just ....U/I....

FCW:        Did they get records from Phillip?

Maricle:    ....U/I...They got records from Phillip.

CW:         They get his bank account records, personal?

Maricle:    No, no, no, just his records.

FCW:        Well, that's just standard procedure probably.

Maricle:    ....U/I.... records they got surprised 'em (laughing).

FCW:        About like getting mine.

CW:         They got a bunch of people's ....U/I..in 2002.

Maricle:    (Interrupting) .... (laughing)  Well, ....U/I....If they got those records..

CW:         ....U/I....

Maricle:    ....U/I.... they was a lot of money spent in that clerk's race.

FCW:        Shoot, we spent ....U/I....

Maricle:    (Interrupting) .... ....U/I....Ahh...you didn't spend nothing.

FCW:        Oh, okay.  (laughing)  All right.  What if they ask me something like that?

Maricle:    You talk to your lawyer.  If they start asking you questions like that, you talk to your lawyer.

FCW:        Say stop.

CW:         That's what she's concerned about; she don't know .... I'm going to tell you something.  She trusts what you tell her, and she ain't too trusting in Brent right now, but I'm going to tell you.  She needs to trust him.

FCW:        Brent asked me more questions that I can get out of him.

Maricle:    Now, who represents you?  Brent don't represent you (talking to CW).

CW:         No, he don't represent ....

FCW:        He don't have no lawyer.

CW:         I don't have one.

FCW:        He ain't got no reason to have a lawyer .....

Maricle:    I mean you did when you were there.....

CW:         (Interrupting) .... Yeah, yeah, I had Pat Nash.

Maricle:    But it's not Brent?

CW:         I've still got Pat Nash.

62

FCW:        But you don't like him (laughing).

CW:         ....U/I....

FCW:        Pat wants you to think that (yawning) everything's just hunky dory. Pat just ... I don't know about Pat; I met him one time.

Maricle:    Now, now, let me tell you. You got two types of lawyers.

FCW:        Brent's a worry lawyer.

Maricle:    Okay, that's what I'm going to say. Ahh, some ....U/I.... you've got absolutely nothing to worry about.

FCW:        That's Pat.

Maricle:    The rose, I mean the rose is on the mountain, and it's blooming, and it's just I've done these wonders for you.

FCW:        Yeah.

Maricle:    And other people are just cautiously, you know, don't let somebody think something and you know, put it in the worse possible light. So, that really when it don't get that bad, then your client's real happy with things. You know, you know what I mean?

FCW:        I know, yeah.

CW:         Yeah, you talk about the wolf....U/I.... ; that's ....U/I...Right.

FCW:        Brent will give you an ulcer.

CW:         Brent will give you ulcer ....U/I....

FCW:        (Interrupting) .... Brent would ....U/I....

CW:         ....U/I.... Pat was ....U/I....

FCW:        Tom can't even get a speeding ticket took care of.

CW:         ....U/I....

FCW:        We had to spend a hundred and eighty dollars on a speeding ticket this week.

63

CW:         Well, Tom stays gone to the legislature so much that you get him, I'll tell you what.

FCW:        (sighs)  I was going ....

Maricle:    ....U/I....Who?

FCW:        I was going to try and get him, and he wants too much money.

Maricle:    Who?

FCW:        Tom and he can't because he set right ....

CW:         ....U/I....

FCW:        I think he's straight forward though.  I mean he tells you just how it is.  Now, Brent ....

CW:         (Interrupting) .... ....U/I....

FCW:        I like Brent, I like Brent; don't get me wrong.  As far as a person, I like him, but he will have you ready to blow your brains out.

Maricle:    ....U/I.... you go to the doctor and you're going to have some major surgery; ahh, but let me look at it this way, ....U/I.... is going to have surgery; your doctor will always tell you there's a possibility that you might die.

FCW:        Yeah, he's telling me there's a possibility that I may go to jail tomorrow.  I don't want to hear that.

Maricle:    ....U/I.... most of the time - you won't go to jail ....U/I.... ; see what I mean?

FCW:        Yeah, but it ain't good to hear.

PHONE RINGS; MARICLE ANSWERS IT; NON-PERTINENT CONVERSATION

Transcript resumes at 2:20:34

CW:         Clet, we hate to keep you.

Maricle:    Oh, no way, no problem; that's what I'm here for; that's what friends are for.

CW:         Well, she's got a situation, I mean I think ....U/I.... Wanda gets dishearted and gets ....U/I.... and she was needing somebody to talk to and I can't, you know, tell her

64

what to do.

FCW:        You make me want to just run, run right through a wall.

Maricle:    There's nobody can tell her what to do because unless there's somebody far
            smarter than I know because nobody knows why she's going down there.

FCW:        No, Dobber knows why I'm going down there.

CW:         Well, let me tell you something, Brent thinks it's the 2002 election so I mean
            here's the thing about it is, I mean, ....U/I.... I mean, you know, ....U/I.... I don't
            think you'll get put in jail; I don't think.

FCW:        Speaking of putting in jail.  What about Cork?  I know that Anthony didn't get his
            paperwork in.

Maricle:    He needs to get it down there, so I can see what I can do for him.....U/I.... How
            much time has he been in now?

FCW:        A long time.

Maricle:    Because I know our agreement was....U/I.... Let me say this.  That I have to think
            they think after they talked, heard what you all said, I honestly think they're
            looking for something.....I don't know what, but Todd and Doug ....U/I.... because
            of timing.

CW:         I meant to ask .....

Maricle:    But I can't come up with a theory; I mean, I'll be honest with you.

CW:         Well, I would ....U/I....

FCW:        That's to throw you off.  That's to throw you off.

CW:         But why .... somebody has said something ....U/I....

Maricle:    Phillip had no connection with Todd, ahh, you know, not really.

FCW:        No.

CW:         ....U/I....

FCW:        No.  But see, there's ..... did I tell you, I followed Todd coming off of Dobber's
            hill.

65

Maricle:        Sure did, yeah.

FCW:            Okay.  I mean think about that.  Dobber is trying to help Todd and what better way than to throw them on a goose chase, and he knows the connection that I have, us all being friends, so what .... I'm telling you, it's Dobber; it's Dobber.

CW AND MARICLE TALKING AT SAME TIME; ....U/I....

FCW:            I don't know if it's as much Todd.

CW:             We're sitting here talking, and I'm going to tell you that I don't think there's any problem with what you say.  And I'm going to tell you.  The problem ....U/I....

FCW:            (Interrupting) .... I just don't want to say the wrong thing.

CW:             Well, let me tell you.  That's right because Dobber knows what you did; he knows what he done.  And let me tell you something, if. ....U/I.... That's what's my concern.

FCW:            That big fat ass; don't even get me started.  God a'mighty.

Maricle:        But now they asked you, did they not, if Todd .... did you tell me they asked you if Todd .... I believe your words were did Todd and Dobber have a relationship....

FCW:            (Interrupting) .... Friends, were they friends; they didn't ask me nothing else about it.

CW:             Why do you reckon they asked that for?

Maricle:        Maybe they told .... I don't know.  I mean I'll be honest with you. I, I, I am stumped by what, what they're doing.  But then, I'm not that familiar with ....

FCW:            (Interrupting) .... Didn't ask me one question about Doug White, not one.

CW:             Know what I think?  I think that they wanted me to ....U/I.... ; I wouldn't say this to hurt his feelings at all.

FCW:            What?

Maricle:        ....U/I....huh .

FCW:            ....U/I.... could be.

CW:             ....U/I.... Al-Man

66

FCW:        (laughing)  Naw!  Naw!

Maricle:    He made it for himself then. ....U/I.... ; that's what he said.

FCW:        Yeah he does .... hell, no; I don't believe nothing of what he says.

Maricle:    How do you make such stuff ....U/I....

FCW:        (Interrupting) .... He's crazy; he's crazy; I think he ain't right.

CW:         ....U/I....

Maricle:    ....U/I.... envision himself the center of every major thing that ever happened, and he'll sit there and tell stuff on his self ....U/I....

FCW:        Cletus, let me tell you what he said yesterday.  You want to hear something crazy?

Maricle:    What?

FCW:        He told me that he went over to Big Lots and watched people come out from the building.  He didn't do that because Mary Betty turned around and told me he'd been there cleaning all day long.  He told a lie.  You believe he told me that?

Maricle:    Yeah, I believe he told you, and I believe ....U/I...it's a lie.

FCW:        Right.  Right, 'cause Mary Betty ....

CW:         (Interrupting) .... He always told ....U/I....

Maricle:    Always going off, ....U/I....saying I'll take care of him, I'll take care of him ....U/I....

FCW:        Any time you need ... yeah, he's told me that.

Maricle:    ....U/I....I called his bluff.

FCW:        He about shit.

Maricle:    That's all he's got; he said ahh, will you do that for me tonight.....U/I.... I'll tell you where I'm going to be and what time he'll be there ....U/I....

FCW:        Boo hooing his self?

Maricle:        Yeah (laughing).

LAUGHTER

FCW:            What'd he say?

Maricle:        He didn't know what to say.

FCW:            Just sat and stared at you.

CW:             ....U/I....

Maricle:        Roy Collins was there, and Roy ....U/I....

....U/I.... CONVERSATION; CHILD TALKING; EVERYONE TALKING AT ONCE

Maricle:        Every major thing that's ever happened, like when Delaney Gibson.

FCW:            (Interrupting) .... He knew about it.

Maricle:        Robbery.....he was there.

FCW:            Oh, he was right there.

Maricle:        He was there.

FCW:            Yeah.

Maricle:        And he's told me two or three things.......

CHILD AND OTHER NON-PERTINENT CONVERSATION IN BACKGROUND

Maricle:        .....that he was ....U/I....

FCW:            He tell you the Denver... the axe murder killing?  He was there, too.

Maricle:        I didn't know nothing about it. ....U/I....

FCW:            No, he wouldn't there; he knew; Denver didn't confess to him.

Maricle:        But he told ....U/I....

FCW:            Right.

Maricle:       I mean I just knowed he wouldn't; ....U/I....

FCW:          What did he say when he said that?  Nothing?

Maricle:       I just let him ....U/I....

FCW:          (Interrupting) .... Just let him rattle?

Maricle:       ....U/I....

FCW:          I catch him in lies all the time.  Was it yesterday?  Kennon said, Alman, did you about Wanda getting a subpoena.  Ain't heard a thing.

CW:           Al-Man...U/I...did they subpoena her?

FCW:          Yeah, like it just shocked him.

CW:           Then I said Wayne, did you know they subpoenaed Wanda, and he said yeah, Alman told me.

LAUGHTER

Maricle:       ....U/I.... He had put himself in the center.

FCW:          Of everything.  ....U/I.... does that, too.

CW:           Well.

FCW:          I don't which .... I'd toss a coin to which one lied the most.

Maricle:       But as far as actually being there and taking any part, Alman does it.

FCW:          Yeah, yeah, he wants to be a part of everything.

Maricle:       Yeah.

CW:           ....U/I....

Maricle:       Has he told you about shooting the black man in Little Rock?

FCW:          And you got him out of it?

Maricle:       (laughing)

69

FCW:          Is that the tale?  He killed him.

Maricle:      (laughing)

FCW:          Yeah, it wouldn't Little Rock though, was it?

CW:           You mean that wouldn't true?

FCW:          Kennon, I told you that wouldn't true.

CW:           In Atlanta?

Maricle:      I've never represented Alman in anything like that.

FCW:          I told you that wouldn't true.  Kennon believes every word he says, every words he says, he believes it.  Oh, my God.

NON-PERTINENT CONVERSATION ABOUT ALMAN STIVERS

Transcript resumes at 2:30:28

FCW:          Have you ever heard him get on Buddy Blair?

Maricle:      No.

FCW:          Do you know ... you know Buddy Blair.  You ever heard him talk about Buddy Blair.  Oh, my, God.

MARICLE HAVING NON-PERTINENT CONVERSATION WITH CHILD; FCW, CW AND MARICLE RESUME HAVING NON-PERTINENT COMMENTS ABOUT ALMAN STIVERS.

Transcript resumes at 2:35:46

FCW:          Kennon ain't even listening to us.

CW:           No, I've got another thing on my mind.

Maricle:      All right.

CW:           I just wanted to be straight.  What about, you know Wanda's an election officer is what bothers me, like if they ask her about how she got there, where a person just point blank and say, did you have help from Cletus Maricle to get in the election officer.

70

FCW:            They won't ask that.

CW:             I think they'll ask that.

Maricle:        Well, I will tell you what I remember, ahh, ahh, you came up here, you all came up here after the election ....U/I.... sometime, and said you wanted ....U/I.... and work with Joe Goe in this precinct, and told you ....

FCW:            I didn't tell him that.

Maricle:        Well, I mean, but that's the truth.

FCW:            Well, I know, but I ain't telling them ....

Maricle:        ....U/I....

CW:             ....U/I....

FCW:            They ain't going to ask nothing like that no way.

Maricle:        But that is true; you all come up here and said you ....U/I....

FCW:            I ain't telling 'em that (laughing).

....U/I....

Maricle:        I don't think they're going to get into that.

FCW:            I don't either.  Kennon has every thought in the world ..... he keeps me tore up; now, that's probably a good suggestion, me not taking him with me.  I'm serious.

CW:             ....U/I.... I just think any time; I've done it, okay?  Somebody's said something, and there was a person right there, and ahh, I figured they, they, they maybe hadn't told ....U/I....

FCW:            (Interrupting) .... I didn't know they'd do that.

Maricle:        ....U/I.... or that I'd get a different story; ....U/I.... and he'd say no, it's this way.

FCW:            Well, they'd really catch you in some tales then, wouldn't they.

Maricle:        ....U/I.... and the thing is, it doesn't mean that either one of you lied.  People have different ways of .......

71

FCW:        (Interrupting) .... of telling something, too.

Maricle:    Different ways of perceiving things.

FCW:        I'm just going .... I ain't, I ain't going to worry about it no more tonight.

CW:         ....U/I....

Maricle:    Now, you can pray the Lord will be with you, answer the questions right, and that's, that's, that really is the best advice that I can give you, and I'm not the world's most religious person, okay?

FCW:        I've done got that covered (laughing); I've done got that covered.

....U/I.... CONVERSATION

Maricle:    But, but you, you pray the Lord will be with you and give you the strength to make it, make it through, and he will be.

FCW:        Right, that's it.  Strength to make it through it.

Maricle:    Strength to make it through it.  I do think that you're over concerned about things, ahh but that's a great thing about worry.  Worry is probably the greatest thing that could happen tonight because it solves so many problems.  Ninety-five percent of the things I worry don't happen; must be because I worry 'em.  See.  But really, you know, ....U/I....

FCW:        I just, it just...... I hope .... Kennon keeps me more tore up, and I didn't realize it 'til the last hour, how tore up he keep me 'cause I was calmed down while I was in there, and then I come in here, and I get tore up again.

CW:         ....U/I.... Let me tell you something ....U/I....

FCW:        I mean, I know, I know how.

CW:         ....U/I.... you set back and say well, I mean, you know, maybe I have put my ass on the line; I've not got any help back, you know, here I am I don't have a job, you know.

FCW:        He's got me covered on a job.

Maricle:    You'll get a job.

FCW:        I mean, don't worry about that; I'm covered on a job.  Have I got a job?

72

Maricle:      You'll get a job.

FCW:          Right.  And you got Cork took care of.  What more could you ask for?  (laughing) I ain't going to worry about it tonight.

....U/I....

FCW:          I ain't going to worry about it.  I can tell you this.  I'm not going to do nothing to get nobody in trouble.  I can tell you that, and you know I mean what I say, don't you?

CW:           ....U/I....

FCW:          But I want to fight with Dobber; I want to fight with him.

CW:           ....U/I....

Maricle:      That's why you need to stay away from him.

FCW:          Let me ask you this.

Maricle:      Every time I've ever let myself .... I've done it a time or two, but I just get boiling, boiling, boiling until I, until I do something; and then I say ....U/I....

FCW:          Why I do that; I know.  Well, you know I got a bad ....

Maricle:      (Interrupting) .... You say things you wished you hadn't said; ....U/I.... it's easy to get revved up, Wanda.

FCW:          I'm not going to though; I'm going to calm back down, and the best thing I should do is not even speak to Dobber tomorrow, right?  Or should I speak to him?

Maricle:      I don't think you need to get all engaged in a long conversation ....

FCW:          Just hi and go on.

Maricle:      ....U/I...you can speak....

CW:           ....U/I....

Maricle:      ....U/I.... don't know each other ....

FCW:          (Interrupting) .... Right, he might not even ..... I bet you a million dollars; I'll bet you a million dollars Dobber Weaver won't be there tomorrow.

73

CW:         He'll be there because I'll tell you why.  He'll have to be there, and he will be there because they want him in front of that grand jury because I tell you what they're going to do.  They plan ....U/I....

FCW:        (Interrupting) .... Unless he's doing something with 'em.

CW:         They plan on indicting somebody ....U/I.... you can say whatever you want to say. Now let me tell you something.  There's no doubt that I mean.  Let me tell you..... it may not be for five minutes; it may not be for a year; it may not be for a week. Who knows?  But let me tell you something.

FCW:        Well, if it ain't tomorrow.

Maricle:    They're trying to put the pressure on Dobber.

FCW:        That's it.

Maricle:    ....U/I....instead of Todd.

FCW:        Instead of Dobber helping Todd?

CW:         What you're saying is, they're pulling Wanda in, making them think ....U/I....

Maricle:    (Interrupting) .... They're trying, trying to put pressure on Dobber, just as sure as the world to make him testify about Todd.  Something more ....U/I....

FCW:        That's why Todd's running over there; that's why Todd's running over there.

Maricle:    We've set here and figured it out.

FCW:        No, I mean ...

CW:         ....U/I....

FCW:        No, but I mean that's why Todd was over there today, Kennon; I mean, there ain't no other explanation.  But what I think, I might be different .... I think Dobber's trying to help Todd.

Maricle:    Oh, he may be.

FCW:        At the same time.

Maricle:    ....U/I.... he's trying to help Todd, more reason why they'd be, trying to put the pressure on him.

74

FCW:        And Dobber's trying to get me in trouble.

CW:         You don't think he's cut a deal with Todd.

Maricle:    I don't think Todd's cut a deal.  Sallie has said too many times.

FCW:        No.

Maricle:    I'll spend whatever it takes.

FCW:        And I think she will.

Maricle:    And they have made the signs of spending whatever it takes by the caliber of people they've hired.  Bill Johnson didn't come for no tens of thousands of dollars; he come for hundreds of thousands of dollars.  I, I think ... okay, let's think about this.

FCW:        Wait a minute.  Now, what you're saying is .... what you're saying .... why wouldn't they do me the same way for Doug?

Maricle:    It don't ....

FCW:        (Interrupting) .... You're getting me even worse tore up now.

Maricle:    No, no...U/I.... I don't mean it ..... first of all, I don't think Doug White had anything to do with drugs.

FCW:        Well, no, I don't either.  I don't either, but they do.

Maricle:    If he did, you don't know nothing about it.

FCW:        No, I don't.

Maricle:    ....U/I.... and if he did, you don't know nothing about it; and they probably don't think you know anything about it.

FCW:        But I could get in trouble with election stuff.  Why wouldn't they put pressure on me to get Doug to do the same thing that ..... I don't know.

Maricle:    Everything ....U/I....

FCW:        (Interrupting) .... It's Homer; no, I mean, not Homer .... ahh, Dobber.

Maricle:    It makes sense.

75

CW:         Makes sense.

Maricle:    It's the first thing .... it's the first thought I had about it that makes sense.

CW:         ....U/I...Why did they throw Phillip in the equation.

Maricle:    Now, I'll have to come back to that 'un, the one I still have proved on.

CW:         They've talked to Dobber, and Dobber has decided to tell 'em something to get 'em off him, and he said I'll say this, and Wanda sitting in there and did everything she could to help Phillip Mobley.

FCW:        He better not have told that.

CW:         That's exactly what he's done; and they've said alright, we'll subpoena Phillip in.

Maricle:    Now, Dobber made a statement to somebody ... Dobber made a statement, now, I'm not saying ....U/I.... but they told him they had enough to indict him, but they wouldn't after him, they's after the big boys.

FCW:        That they had enough to indict Dobber?  But that could be on that house, too, though.

Maricle:    ....U/I....

FCW:        Because they think .....

Maricle:    (talking at same time as FCW) ....U/I....

FCW:        Because they think that Dobber covered up the house to Todd, although Dobber says nobody has ever talked to him.  He told me, this .... yesterday would be the first time he's ever talked to FBI.  See, he lies; you can't believe a word he says.

Maricle:    What do you think about my theory?

CW:         I think that theory is good, but I tell you what I think happened is I think it's just like I said, I think that they put pressure on Dobber and then Dobber's throwed 'em on Wanda ....U/I....

FCW:        Well, I'm blaming it all on Dobber.  I wouldn't going to say nothing, but I am now.

Maricle:    No, no, no, no ....U/I....well hold on....

FCW:        Well, why not if he's ....U/I....

76

CW:             ....U/I.... dag gone ....U/I....

Maricle:        I just think that's what they possibly are trying to do.

FCW:            If he's going to throw stuff on me .....

....U/I.... EVERYONE TALKING AT ONCE.

FCW:            I ain't going to take the blame for stuff .... he done just as much as I did for Crawdad.

Maricle:        They'll take it either way they can, ahh......

FCW:            (Interrupting) .... They don't want me.  What, what good, what, what would I have .....

Maricle:        (Interrupting) .... They don't want you.  They don't want Dobber.  What they're trying to do is use ...

FCW:            (Interrupting) .... To get Todd.

Maricle:        ....U/I.... to get Todd and Doug, and they figure their best shot at that, in my opinion, is Dobber because he is..... isn't he a fire department man?

FCW:            Yeah, yeah.

Maricle:        That's the way it all started.

CW:             What do you think about my theory on Phillip?

Maricle:        It's possible, but I just ....U/I....

CW:             ....U/I.... I mean if it ain't that; if it ain't Dobber saying that Wanda helped him, then ..... let me tell you, Dobber, way Dobber, Vernon, Todd, all them guys always worked, whenever the heat got on here, they'd start .....a big fire started here, they'd send the smoke over here.

FCW:            Oh, yeah, Todd's the best for that.

CW:             ....U/I.... then say look over there, there's the fire; and then everybody's eyes would be over here looking instead of on ....U/I....

Maricle:        ....U/I....

FCW:        (laughing)

CW:         You know that's what I'm saying.  I mean they just kindly .... you know, let's put it that way.

FCW:        That's exactly what it is.  I mean why else would Todd Roberts .... like I said, that you said he'd been here this week for something else ... come right off Dobber's hill tonight.

Maricle:    I thought he was here last week for a trial.

FCW:        Right.

Maricle:    He was subpoenaed; it was a legitimate ....U/I....

FCW:        (Interrupting) .... Right, but he come right off Dobber's hill tonight.  I followed him right out when I come from the hospital.

Maricle:    Worried.

FCW:        Worried; wanting to know what was said, what was done.

Maricle:    ....U/I...yes, worried.

FCW:        No, no, you're right; I don't need to go talk to Dobber.

CW:         No.

FCW:        Because that all makes sense now.  He's trying to throw stuff on me, and he's in trouble; he's the one in trouble.

CW:         When somebody gets in trouble, the first thing they do is go who they got.  Is that what they do?

Maricle:    You just keep your calm and don't get all ....U/I...out to gut somebody.

FCW:        I'll just keep my mouth shut.  All right; I'll play dumb.  I'll say ....U/I.... (laughing)

Maricle:    ....U/I....

FCW:        Did you hear me?  I'll say it; I bound to be down here because of Jennings and Vernon, Vernon Hacker running their mouth.  Honestly, that's what I thought I was there for yesterday.  I mean, I, I gave 'em an honest answer because I .... that's what ... I hadn't put all this stuff together with Dobber.

Maricle:       Well, I'm not sure ....U/I...he's the one.

FCW:           (Interrupting) .... Until he started lying.

Maricle:       ....U/I....

FCW:           He's, he lied.

....U/I....

FCW:           Oh, they lied to him, but I believe he lied.

Maricle:       ....U/I.... Wanda, when you really don't know, the least you say and try to do to gut this, that, and the other, the better off you are.

FCW:           That's right.

Maricle:       You don't want to .....

FCW:           It's untelling what he's said.

Maricle:       But he's .... he's one of the first people that come and talked to me.

FCW:           Wipe it off.  He was?  Was he?

Maricle:       I talked to him before, way back when ahh, before Vernon and Todd were ever indicted.

FCW:           You're kidding me.

Maricle:       Yeah.

FCW:           Well, why in the hell, why in the hell was I put with him then?  I shouldn't .... he could've been working that whole election that whole time, I may be in trouble, if that's the case with him.

Maricle:       I know Kennon diagrees with me on this ....U/I.... ; I just don't see the election as being what they're after.  I think that they will use it to try and get other stuff.

FCW:           Oh, yeah, that sounds about right.

Maricle:       ....U/I.... and obviously, nobody knows what is in those people's minds ....U/I....

FCW:           Have you ever trusted Dobber?  Have you ever?  Because I have never from day

79

one.

Maricle:     You know, I can't say ....U/I.... when I ran, Dobber worked back in 1990, Dobber worked hard for me.  Ahh ....

FCW:     Or you think he did.

Maricle:     Oh, I know he did.

FCW:     He did?  Why didn't .... why was he against Phillip?

Maricle:     He painted signs; I mean he worked day and night.

FCW:     Is that right?

Maricle:     For me.  But he had a reason for it.

FCW:     Why?

Maricle:     Because I just got him a job.

FCW:     Well.

CW:     See, that's what you get ....

Maricle:     I'd just gotten him a job.

CW:     Dobber's ....U/I....

Maricle:     He just got on the highway department.

CW:     ....U/I....

FCW:     Is that how he got that job?

Maricle:     Yeah, I got him a job......

FCW:     At the highway department?

Maricle:     I got him a job at the highway department.

FCW:     Why, why is he not for Phillip?

Maricle:     You know, I don't know.

80

FCW:        Maybe because he don't like Aaron.  I mean I don't know.

CW:         He was for Phillip because Crawdad ....U/I.... only reason he would.

FCW:        But he didn't want to be.

CW:         Him and Darnell switching around ....U/I....

FCW:        Yeah, they, they stole a few.  I caught him.  I ain't never liked Dobber, and I'll tell you why I've never trusted him; and I told .... now, Kennon trusted him.  In any .... to me, if you, if your dad runs against my dad, and your dad beats my dad, I ain't going to like you.

Maricle:    Now, what relationship is his wife to J. C. Lawson?

FCW:        That's his sister.  And see,  when we went up there the other night, she said hey, Dobber's laid back playing it cool, wouldn't even hardly speak to me, and Dobber ... and Minnie acted like he wouldn't tore up like me, said Dobber's been right down over the toilet, and he ..... I've not been tore up; I was sick, and she said, Lord, he's just so tore up; he don't know ..... I mean and he was trying to play it cool, you know?  And I was tore up, you know, he wouldn't even talk to me.  I was trying to get my story straight, you know (laughing), and he was like .... Minnie was a telling it on him, wouldn't she, Kennon?  And she was like Dobber .... well, we've been so tore up, it's about put us in the bed.  He's got a whole lot more to be worried about than I do, sounds like, don't it.

Maricle:    You don't remember them coming out there and talking to him?

CW:         Buddy, I remember 'em coming to city hall and talked to him about that fire. ....U/I....

Maricle:    ....U/I.... I don't think he was actually subpoenaed.

CW:         I think he had 'cause I tell you what.  ....U/I....

FCW:        We've run into him several times down there.

CW:         And let me tell you something, to me, I think he's going to Lexington.

FCW:        He looks like he's going to Lowe's and buying .... not Lowe's ..... what's it called? The Wal-Mart place?

Maricle:    Sam's.

FCW:        Sam's and buying stuff for the fire department.

CW:         ....U/I....

FCW:        (laughing)

CW:         ....U/I.... they said Carman had found out he did all this stuff and he was putting it on his credit card ....U/I.... spending a lot of money at Wal-Mart, up at Quickie Mart.

FCW:        Buying their supper.

CW:         She threatened to take him in front of the grand jury and get him indicted if he didn't back down on the ....U/I....

FCW:        ....U/I....

CW:         ....U/I....

FCW:        I tell you what she's got; she's got two big sets of nuts right between her legs because she don't care.  Now, I admire that about her 'cause I'm not kidding, I admire that about her.

Maricle:    You know I don't care a lot about her.

FCW:        Well, I don't either, but now she don't let nobody push her around.

Maricle:    ....U/I....

FCW:        I like that about her.  I really admire that.

Maricle:    ....U/I....

FCW:        I mean, Kennon may not like that, but I mean, I admire that in somebody.

CW:         It don't make you like 'em.

FCW:        It don't make you like 'em, but that's ..... I've got that similar .....

CW:         ....U/I.... I liked the one on, on .... that they had in the Clay County Times this week.  They brought up ..... they had a council meeting in there and they brought up where the council voted, decided not to let anybody else have the recreation center free.

82

FCW:        Did you read that?

CW:         John Ed Pennington steps up and says, well, we'd like to have the homecoming ....
            they started out to let no one  ....U/I....

Maricle:    ....U/I....

CW:         And then they turned around and let him have it free, and it said right in the
            paper, after they had just decided not to let anybody have the rec center free, said
            John Ed Pennington said they agreed to let him have it free for the homecoming
            (laughing).  ....U/I....

FCW:        I don't know what to think about that in the newspaper.

Maricle:    What did they ever find out on  ..... now, Judy watches 'em .... I see ....

FCW:        We don't get it; I ain't never seen none since we been home.

Maricle:    What did they do on the kids driving to school in police cruisers.

CW:         I don't know.

Maricle:    What did they ever do on that?

CW:         I think they ....U/I....

FCW:        I don't know.

CW:         I'm going to tell you something, Clet.  They had Crawdad on there this week, and
            they said three stooges and is this the fourth stooge.

FCW:        And they had him with ....U/I....

Maricle:    ....U/I....Who did that?

FCW:        Have you not seen it?

Maricle:    What is the Clay County Times?  Is that ....

FCW:        The new newspaper.

Maricle:    Is that the one .....

CW:         ....U/I....

FCW:            John ....U/I....

CW:             (Interrupting) .... had him and Adolf Hitler, and had him and Adolf Hitler, and which one would you vote for, and they put in there that Adolf Hitler lost or by either or .....

FCW:            (Interrupting) .... By one vote.

CW:             By one vote, and they put Crawdad had seven hundred ....U/I....

FCW:            (Interrupting) .... What's the deal with Crawdad.  Why does he not like Crawdad that good?

CW:             They turned around and put in there  ....U/I....

Maricle:        I heard he done that.  I heard he done that.

FCW:            Cletus, you think Crawdad was against us in the election?  He about had to be, didn't he?

Maricle:        I don't know; I've not talked to Crawdad except one time I took him over to Big Creek ....U/I.... and I took him over there, and he never mentioned the election.

FCW:            ....U/I....

Maricle:        Oh, that's all right.

FCW:            Shew!

Maricle:        ....U/I.... Lambert had been the week before...

FCW:            Uh hmm, right.

Maricle:        ....U/I.... makes me wonder about it; but also, Crawdad didn't get his name, his nickname, by being anything other than .... you know what a crawdad is?

FCW:            Um hmm, yeah.

Maricle:        ....U/I.... he didn't get that...

FCW:            Yeah.

Maricle:        ....U/I.... (laughing)  He didn't get that ....U/I....

FCW:          Well, I'm going to be a crawdad tomorrow.

LAUGHTER

NON-PERTINENT CONVERSATION

FCW:          Listen, I'm going to go and leave you alone.

CW:           What was it you said about ....U/I....

Maricle:      Oh, oh, I know what it was.  They got a lien, some about a property deal here, they're wanting the county to buy the building over there, and they was going ....U/I.... , call Crawdad on it.  Bad mistake (laughing).  Bad mistake 'cause ...

FCW:          They don't like each ....

Maricle:      ....U/I....they don't like each other.

FCW:          That's right.  That's right.

Maricle:      That was a bad mistake.

FCW:          That's right.

Maricle:      And Dobber rubbed Carman's nose in it a little bit and told her we've already got it done; if you'd let me done it when I asked you instead of calling and having the bank president do it.  (laughing)

FCW:          He say that?

Maricle:      Yeah (laughing).

CW:           Who ....U/I....

Maricle:      You know what, you know what Robert Stivers said to her, don't you?  You know Robert ....U/I....

FCW:          I figure they're right in the bed together.

Maricle:      Well, they may be, but Robert has a caddy tone to him.

FCW:          Yeah, he does.

Maricle:      You know he can ....U/I....

85

FCW:        I like Robert.

Maricle:    ....U/I.... said something like she was going to do something; and he said ....U/I.... without asking Mike White; ain't he the mayor (laughing).

FCW:        Did he?

Maricle:    Yeah (laughing).

FCW:        I didn't think he had it in him to say that.

Maricle:    Well, I think he was just being smart; I mean just a smart ....U/I....

FCW:        I'll bet she laid right back into him.

Maricle:    (TALKING AT SAME TIME AS FCW).  Still you know ...

FCW:        I'll bet she laid right back .... I bet she didn't take it.

Maricle:    Well, now, you're going to be all right.

FCW:        I'm going to be all right.

Maricle:    You're going to be all right.

CW:         Um hmmm.

Maricle:    Don't go down there with any vendication that you're going ....to lay it to this one.

FCW:        Going to jail.

Maricle:    ..... no, well, that you're ....U/I....

FCW:        I ain't going to like it up there.

Maricle:    That you're ....U/I.... I'm going to lay it to this one, and I'm going to lay it to that one.

FCW:        I ain't going to do that.

Maricle:    ....U/I....

FCW:        I ain't going to do that.  I ain't going to do that.

86

Maricle:        All right 'cause you're ....

FCW:            (Interrupting) .... I ain't going to do nothing to Dobber.

LAUGHTER

Maricle:        Well, I'm, I mean I'm not saying not to tell the truth or anything.  But there's no need...

FCW:            No.

Maricle:        ....U/I....

FCW;            I know what you're ...

Maricle:        But I mean you know; ain't no need.

FCW:            I can handle myself, can't I?

Maricle:        You can.

FCW:            I can.

Maricle:        I've got confidence in you.

FCW:            I can.

Maricle:        I've got confidence in you.

FCW:            I ain't worried about that no way; I'm wanting a job and Cork.

LAUGHTER

FCW:            Take care of my job and Cork and I'll be fine (laughing).  Lord.  You knew that Kennon didn't get his unemployment, didn't you?

Maricle:        I heard he got turned down.

FCW:            Yeah.  Oh, I was going to tell you what Lanny, Lanny said.  We brought up the deal about Carman, and he told me and Kennon, which I really don't care now, since we didn't get a loan.  He told me and Kennon we better not have our nose stuck in Carman being fault, you know, filing anything against Carman.

CW:             ....U/I....

87

FCW:        What you think about that?

Maricle:    He told you not to?

FCW:        Yeah!  What you think about that?  That's bold, ain't it?

Maricle:    Yeah, it sure is.

FCW:        Then didn't get the loan (laughing).

CW:         We don't live here to file it now way now.

FCW:        Know a lot of people that are.  Lord.

Maricle:    ....U/I....

CW:         ....U/I....

FCW:        You think .... Oochie says he is; I ain't heard nothing else from him.

Maricle:    Well, I don't know.

CW:         ....U/I....

FCW:        But I mean it ain't right; if she don't live in it, she shouldn't; I mean it ain't right.

....U/I.... CONVERSATION

FCW:        Not this Wanda; don't make him think this Wanda.

CW:         ....U/I.... map over there, Clet, and it was a map that they had made, but we didn't look in the right place.  We were told she .... the ordinance hadn't never passed, see.  That's where we ....U/I.... but they got a map done and everything ....U/I.... I mean.

FCW:        It ain't too late.  ....U/I.... It ain't too late to do something about it though.  That's what I think about it.  I may not move.  I may come back.

CW:         Lindsey's fired up; what's fired you up, Lindsey?

Lindsey:    ....U/I....

FCW:        Well, good night.

Lindsey:     Good night, be careful.

Maricle:     We'll be praying for you.

FCW:     Okay.  You look like you got a black eye.

Maricle:     No, I ain't got no black eye.

FCW:     Shew!  Lord!

Maricle:     Be praying for Phillip.  Don't forget him.

FCW:     Better be praying for Dobber because I may light in ......naw, don't get tore up; I'm not going to.  I'm not going ... you know I won't.  I've always been able to handle myself.  I can do it tomorow.

Maricle:     See you all later.

FCW:     See ya.  Is that car gone?

WALKING, RUSTLING SOUNDS; CAR SOUNDS;

FCW:     That done it; that done it; we got him, didn't we.

NON-PERTINENT CONVERSATION BETWEEN FCW AND CW.

CW:     It is ten thirty-six; we're now leaving the home of Cletus Maricle; you didn't say yours, Wanda.

FCW:     It's ten thirty-six; we're leaving the home of Cletus Maricle; and it's May second, 2007.

END OF TAPE

89