TAPE 1

```
                    CW:  Cooperating Witness
                    CM:  Cletis Miracle
                    F :  Wanda
                    JM:  Judy Miracle
        _____
```

CW:     Okay, it is seven o'clock on May the 2nd, I'll be
        leaving London to go to, get a hold of Cletis Miracle
        and ah, its seven o'clock.  I'll be talkin with Cletis
        Miracle on this.

2.9     sound of walking/moving/no conversation

4.3

CW:     Hey (UI), lets go find somewhere its dark so you can
        look.

CW:     Need a dark room so (UI) can look.

F:      (UI)

        MOVING/WALKING SOUND

F:      (UI)

        (UI)

F:      Are you ready. Ah,   lock the door.

5.3     walking sound

CW:     Probably went to (UI)

        walking sound/sound of doors open

CW:     You gonna drive or you want me to.

F:      (UI)

        Walking sound/door

CW:     Let them (UI)

        sound of car starting/various moving sounds
        sound of beeping.

1

F:       Let me tell you something, you'd better stick close to him, did you hear me.

CW:      Yeah, I will.  I get to a place that I can. (movement)

7.1

UF:      (UI)

CW:      I think we can.  (beeping) stop, just stop on the way.

F:       (UI)

         beeping sound

cw:      I stop and get one (UI) back (UI).

         (beeping/sound of trucks/cars moving)

CW:      Ah Wayne.

7.9

CW:      That workin

UF:      Yeah, I ain't got it turned on yet.   What's comin nothing.

CW:      Nothing.

         sound of truck/moving sounds

8.6

F:       (UI) go ahead and take this medicine,  I'm sick at my stomach.

CW:      (UI) (background sounds)

F:       (ui) me

         sounds of truck moving/

F:       I swear, it makes me so mad him tryin to make a fool out of me.

2

CW:       Well, he's just tryin to keep everything covered up.

F:        You both (UI) didn't ya.

CW:       Um.

F:        Him and (UI) I'll try to not be so loud too.

          background sounds/noise

10.6

F:        What are you doin baby.  Studying, where you at.  Oh did
          you go to the library today?  Okay, naugh I'm we had to
          run over here to London, so I could feed the cats but
          Judy's suppose to be showing the house at seven.  Well,
          none, I don't have to be there, I'm gonna be in
          Lexington tomorrow ah, I've got a meetin up there but we
          might be able to go eat before I go to my meetin.
          What kind of meetin, well you don't need to know what
          kind of meetin. Um, I've got to be there at one o'clock.
          Yeap. It's about my drug court job.  So we'll try to eat
          about eleven if you want to.  Sound alright with you.
          You got your...when your last final Friday, one o'clock
          on Friday.  I am anxious for you to be home, are you
          anxious for you to be home, that's good.
          (UI) and I reckon ah, Wanda let Judy in also because
          Steph had to go to the hospital where Mike's go to the
          hospital so he had to work (UI)too from there so I bet
          he's not to happy about that though. But anyway, I'm
          gonna get off, well its its cleaned up enough which they
          are empty drawers and I've not packed (UI) dishes, the
          kitchen stuff ain't packed but its cleaned.  The clothes
          are not packed, still hanging in the closet, so when you
          come home Friday and Saturday, thats what we're gonna
          do, okay. Well, I love you and I'll call you later
          tonight okay.  Alright, love you. Bye

          sound of truck/moving/background noise.

F:        Ah, nice vehicle, green one.

CW:       Um

14.6

          Background noise/sound of truck/moving sounds

3

15.1

F:        You alright.

CW:       Um-huh.

F:        Come and check (UI) before we get to where we can't (UI) come over and see it.  Did you go over there?

CW:       No (UI).

F:        What room number did she say he's in.

CW:       I don't think (UI)...

F:        I need a David Michael Allen's room please.

          background sounds/noise

F:        Thank you.

          background sounds/noise

17.1

F:        Are youin's alive, nothing, doing nothing, I went over and fed my cats.  I'm on my back from London.  Yep, yeah, it came a rain storm, that scared, they'd be scared since they've never been outside before and they were, they was hiding under the trees.  Yeah, well how's Mike doing?  They gonna have to do surgery.  See, tell him prayers work, because I said a prayer for him last night.  Did you.  Yeah, did she okay sounds good.  That sounds good, I've got to get you ten dollars to you for helping me clean, oh, I'll drop it off, We'll probably run over there and check on him after while.  I wondered if Judy made to the house to show the house yet.  Was it, was it good and clean.  How was that?  It was..... well, yeah, okay.  So it worked pretty good.  So, well sounds good, so your not going to school tomorrow.  Okay. Okay....you ain't gonna stay all six days are ya. Oh, just gonna stay with them, alright be good.  Is it (UI).  okay, sounds good...(UI) tonight.  Did you, it needs (UI). okay.  Well this makes two nights in a row we missed church, so we can't get to (UI) that.  Well I'll check on youins after while, okay, tell (UI) we're thinkin about him, also tell him we're thinkin about him.  Alright, love ya, bye.

4

20.5

F:      They gonna have to do surgery now.

CW:     (ui)

F:      They gonna put him in the whirlpool and try to pull it
        out I guess.

CW:     (UI)

F:      I bet Trey's starved to death, you know (UI) he ain't do
        (UI).

CW:     That

F:      He won't eat with that, (UI) that

        sound of truck/noises

CW:     (UI)

F:      Go (UI) time, gotta eat.

        NO CONVERSATION/LOUD SOUND

21.9

F:      Let Travis' (UI)...... gas (UI)

CW:     Yeap

22.8

        no conversation/loud background sound

CW:     (UI)

F:      What

CW:     Said the only time for Richie

F:      Hell, I don't lie, I don't know how to get of Richie,
        just gonna say Ric......

CW:     (ui)

5

F:       Don't need to....

CW:      That's right.

F:       I need to talk, talk Cletis privately.

CW:      Yeah.

F:       You know.  Cause he was nosey he wouldn't leave.

CW:      (UI)

F:       Lindsey and them (UI) I'll have to....

CW:      Have to get (UI).

24.6

F:       You didn't get any of their rent today, did ya?

26.5     (NO CONVERSATION/BACKGROUND NOISE)

27.5     (MOVEMENT/LOUD BACKGROUND/SOUND OF TRUCK MOTOR)

F:       CLEARS THROAT - (UI) talk to him and want (UI) go on
         (UI).

F:       Kendalyn, I need to ask you one more thing, theres a
         little girl down to the house this evening said that she
         did not have no money for prom dress and that she had
         talked to you about it at church a couple of weeks ago
         and prom is in like three more days.  Thats okay ain't
         it. Linda is her name (UI) does it matter which one well
         does it matter which one that ah, does it matter which
         one she picks out besides your white one, I mean I know
         you don't want your white one get it dirty but it don't
         matter which one she picks out.  Okay, well I'll alright
         well that sounds good then do you have her phone number
         because she left me with phone number and told me to
         call her back tonight, she wants to get it tonight.  I'm
         glad I remembered it becuase I was gonna head back to
         London and I would have forgotten about it so its fine,
         do you want to call her or have you got her number.
         well, I tell you what you do, you call her and tell her
         to ah to come after school tomorrow and I'll I'll have,
         no I not tomorrow is not a good time, lets see tell her
         just see when she can come and get it with the exception
         of tomorrow and I'll this prom is Friday, she'll have to

get it tonight, just call her and then call me back. Alright love ya bye.

F        Well, where we gonna get Trey something to eat right.

CW:      Yeah.

         sound of blinker/turn signal on vehicle.

         sound of car/truck motor

F:       Do you want something.

CW:      Tea.

F:       Yeah, I'm gonna get me a cheeseburger it won't be til late.

CW:      Just them doubles without (UI) fries.

F:       Okay.

CW:      Water

F:       water laughs. cheap skate.  You sure you don't want nothin.

F2:      Welcome to McDonald's can I take your order.

F:       Ah, yeah, give me two double cheeseburgers with cheese and ketcup only.

CW:      (UI)

F:       Well he eats nuggets, let me order, okay.

CW:      Alright.

F:       And give me ah, what sizes does your nuggets come?

F2:      six and a twenty piece.

F:       Okay give me a six piece nuggets, three small fries, and one cheeseburger with no onions.

F2:      Is that all for you.

F:       Yes.

7

F2:      (UI) forty eight.

F:       Eight forty eight.

CW:      Did you get you something?

F:       I got a cheeseburger, did you want something.

CW:      Uh-huh.

F:       Ah.

34.6

         sound of movement/no conversation

F2:      Eight forty eight.
         There you go.

F:       Thank you.

         sound of movement/bell ringing
         rustling sounds

36.9

         background noise/voices

F:       My God whats so special about this order thats takin so
         long.

F2:      (UI)

F:       Thank you

         bag rustling/sounds

CW:      (UI)

F:       I tell you what you done that yesterday.

CW:      Did you get a fry.

F:       No, (rusting sound)....You done that
         yesterday....(rustling) (UI).  (UI) one of them yours
         like that pick it up (UI).

         background noise/sounds

8

40.3

F:          Its so (UI).....don't like

CW:         No, I am surprised (UI) how (UI)....

F:          (UI)

            rustling sound/truck sounds/

42.2

CW:         Wondering if they come.

F:          (UI)

            sound of horn honking.

F:          They may not of, you think.

CW:         Do you (UI).

F:          Has Judy come.

CW:         Have you been listening for the door.

U:          yeah, I....

F:          La leave that door open and naugh, no it was shut, leave
            that door open and the screen door closed.  Here.

U:          I'm gonna have to turn the heat on I'm freezing.

F:          Are you cold, okay...

U:          get (UI).

F:          How long you been gone?

U:          What did you take

CW:         (UI)

F:          Hey (UI)

U:          (UI)

F:          Yeah. see ya.

sound of truck moving

F:     Okay, (UI) whats he doing (UI) anyway.

CW:    I drive that jeep (UI) just give me a (UI).

F:     Let me fix (UI). okay this is a recordings today is May second, two thousand and seven.  Time is seven thirty three and we are gettin ready to go to the home of Cletis Maracle.  I (UI).

CW:    May 2nd, 2007.

sound of truck noise

45.2

F:     You got a dollar.

CW:    Yeah.

RUSTING SOUND

F:     Try not be so loud.

CW:    Well, just be yourself, that's all you can, try not talk (UI)  I mean when he's talkin the money thing.

F:     Right.

sound of turn signal/background noise.

47.3

sound of window rolling down.

UM:    Howdy.

F:     Need a Mountain Dew.

UM:    Alright. Here.

F:     Thank you buddy.

sound of window rolling up.

10

TAPE 2


F:       Keep me from going crazy.  If he does, whether you know
         it or not, he's he (UI)

UM:      I, come you want him to go anything (UI).

F:       No.

UM:      I've seen him walk right out there and say lets go,
         right now (laughs)  (UI) know....

F:       He said.

UM:      (UI) out there and said come on.

F:       That don't, oh.......

UM:      Laughs, I'm just tellin ya.

F:       Try not to worry too bad, the other day not too bad, she
         said.

F:       I had (UI) all day.  No it wasn't the other day, it
         wasn't too bad, but....it don't, it it that's it, it
         wasn't bad, thats why it don't make no sense.  (UI)
         called and tried to find out some things, this and that.
         Hester tries to call and get me out of it this morning,
         but that definately ain't happening. He don't, I don't
         know.

11

F:        Are you worried Kenny?

CW:       Yeah I'm worried.  I'm absolutely worried that I tell
          you what Judy, the only thing that Brent Caldwell said
          is that from what the talk was, he calls it the chatter.
          He said what the chatter is around is their going after
          the two thousand six, see I thought it two thousand two
          but Wanda wasn't even in but now two thousand six
          primary and ah.

F:        May is what he said.

CW:       May.

F:        say primary, May.

CW:       Yeah, two thousand six May at the primary.

F:        Where's he gettin chatter from?

CW:       Well that's courthouse chatter ain't it don't they
          people talk about it right down there probably, I mean..

CM:       (UI) well I wouldn't thought that would have been a big
          sort of conversation (UI).

CW:       Well, I tell you why it is, is because they all watch us
          just like the days of our lives.

F:        Let me tell you what Kendalyn did, she had this boy in
          her, he's in his late twenties in her class and said
          that they was gettin ready to do a presentation for fi,
          finals, you know, finals is this week and said that,
          they said where are you from and she said (UI) I'm from
          Clay County and said this man, she called him a man but
          he actually just in his late twenties, said thats where
          that Mayor that did (UI) and started, she said yeah, and
          thats my papaw.  Had to say that standing in front of
          three hundred people.

CM:       Say what, thats what she should have said too.

F:        That's what I'd said too.

CM:       Thats what she should have done.

F:        My Papaw.

12

F:      She got so fired up and her feathers rFfled like that Kendlyn, tell me you didn't say that in front of three hundred people.  She said mom he was gettin ready to talk awful about papaw, so I mean they know.

F:      Believe everything that (UI)

CM:     Oh, yeah they..

F:      Anything they

CM:     Believe the worse.

F:      Yeah, every story they do got the shack of the world in it but you know with people too (UI) that don't know how to talk.

F:      Yeah

F:      And they think thats all eastern Kentucky is.  I went to Pennsylvania when I was in the seventh grade and they asked me if I got my shoes to come up there.  They really believe that crap.  They believe that Beverly Hillbilly stFf.  They really believe that my parents bought me a pair of shoes.

F:      Just to go on a trip.

F:      Uh-huh yep.

CW:     Well

F:      They believe ever believe it, thats what they thought.

CW:     I never thought that I'd be sittin here worried about Wanda going to jail.

F:      laughs and I (UI) I wasn't gonna go.

CW:     Well, I don't think.

F:      Laughs, did you tell him (UI) when I say that to you.

CW:     What.

CM:     Thats what they exactly want you to do.  You're doing exactly what they wanting you to do.

F:          Gettin scared.

CM:         Ah, they can go after 2006 election but I don't see that
            they've got a whole lot to go on in 2006 election.  They
            didn't do nothing in 2002 cause everybody's scared to
            move last year.

F:          2000 and (UI) they was afraid to breath.

F:          You

F:          It may have done nothing.

CW:         But what they're going after is the machine. That's not
            what, that's what they're going after, they are not
            going after buy votes, they're going after the machines
            now, now thats what they're going after.  You mark down
            what I told you.

F:          My lord the machines is right out on the open,
            everybody.

CW:         I know it.

F:          But me...

CW:         That's right but the thing about it Judy, is all these
            new machines, they've had all this trouble out of them,
            this has went on for what all over the state and they
            had a lot of trouble with them everywhere.  I mean they
            did didn't they, I mean basically if you have read the
            papers and they should, didn't they have problems.

CM:         Anytime you.....

F:          (UI) weaver, now you, you don't believe this but I'm
            tellin you the truth, (UI) Weaver (UI) office now I done
            told ya.

CW:         Yeah, now.

F:          Begins the trust of him.

CW:         I ain't trust him, never trust him.  Aaron told me about
            (UI) a long time ago. He is not Dabler is is ah
            furtherest thing from being trusted.

F:          I feel like going right down and jumping all over him, I

14

do.

CW:      You can't do that.

CM:      Whats that whats that gonna (UI)

F:       Its killing Beth, it comes up thousand (UI). Which one do you want.

F:       I don't know.

         laughs

CW:      Well she wants the one to try to get on ah.

F:       Whatever's in law and clay.

CW:      Is that

F:       Read that off for me either one.



JM:      It said that, It goes like Career Builder and (UI), you have to fill out a resumation, or resume.

F:       I'm just screwed, laughs screwed.   Judy

CM:      Well now if you want to, something to take the test for, they use, course things have changed....

F:       We don't know nothing about computers is our problem.

CM:      computers and stFf that I maybe far off.  You went down there and they you'd met a counselor and they tell you all the things your qualified for. They'd have a list of those (UI) you'd take a test of what's qualified for is the (UI)

JM:      That's what you do.

F:       Deadline is the fifth (UI) be in court tomorrow.

CM:      Deadline's the fifth for what.

JM:      For what.

F:        Its just I don't know.....the job, thats the job posting on the drug court position is the fith.

CM:       Okay where is the drug court (UI).

F:        It says Laurel and ah.

CW:       But now where you wantin the one.

F:        I went the one that Judy told me to go on-line and get but it don't have Clay county on it, it just says Laurel county.

JM:       Then there must not be one in (UI)

F:        I didn't even see that though.

JM:       There's not one close to that, laurel county is all thats available.

CW:       Well, well....

F:        I didn't even see what.

CW:       When's the one comin up in Clay County that was, have you got

CM:       (UI)

JM:       I just sooner have the patience for employment under Kentucky courts and it still.

CM:       (UI) jail.

F:        Jail.

CM:       Well gonna tighten down on.

JM:       They're out selling again....

F:        Hey is Simone not gonna get that job.

CM:       Want it to be job first.

JM:       They ain't never told them yet. Wanda..

CM:       get job right now, they ain't talking.

16

(various talking at same time)

CM:     huh

F:      Did they get sued yet.

CM:     (UI) in jail.

F:      Is she?

JM:     She's in jail.

CM:     She's in jail and Robin's in jail and I got (UI) more before it's over with.

F:      Is that right.

JM:     See, I already checked Ellen's position out even if she goes, takes Lorene's job, you have to have a degree to get her job and I don't think experience counts in her job.  She's a supervisor..

F:      Yeah.

CW:     But that probably be somebody move up into hers and leave one open wouldn't they.

CM:     Listen (UI) let me tell you what. (UI)

CM:     Go (UI) under administrative officer of the court...

JM:     I got (UI) suppose to go in there.  I know (UI) you don't come out here in  that's gonna be five years.

F:      Its the same thing I couldn't make no head nor tails on ah.  (UI) no.

JM:     I mean I went under Kentucky Courts I went and typed in standard application for employment and it brought up application....

F:      I spent two hours on it.

Jm:     I'll go down around (UI) tomorrow and I'll ask again, Dana goes on that site every--day....career builders something but when  you do ask it for resume, then it'll tell you whats available for your experience.

17

F:        I'll go down there and make him write it down for me, how you go in there.

JM:       But thats who I called, Vicki and them and thats what they told me to do and she said Dana looks on it everyday.

CM:       And you think there's one in Laurel county now.

JM:       Its showing one in Laurel....

CM:       Showing one in what position.

JM:       I don't know what is it Wanda.

F:        (UI) its part-time, drug court clerk (UI) who's in control of them over there?  I work part-time I'm about to starve to death.

CW:       Well, the main thing is getting on, is gettin....

F:        Work just gettin in.

CW:       But if, but you well,

JM:       Why why don't you after (UI)

F:        I'd rather be ov...work over here where I know people.


JM:       Why don't you stay all night with Kendalyn and go to Frankfort the next morning and ask them how you get an application for that job. We can't get it on-line.

F:        Well they'll say you know what they'll say well if your that damn retarded...

JM:       No...

F:        You don't need this job (laughs)....

JM:       No, they're not gonna say that.

F:        Is what they're gonna say. Judy I'm in a bad mood (laughs).

JM:       Well, you ain't gonna get no better til Friday so you

might as well hush the (UI) and we try to figure it out.

F:      Ah, put it on the back burner.

CW:     Well, I mean but you but you'll know when one comes open in Clay County won't ya.

CM:     Yeah.

JM:     yeah, we'll....

CW:     Waitin on it....

F:      (UI) will know.

CM:     Hope, I don't know....

CW:     Well if they work (UI)...

CM:     Jamie Findley.

JM:     Before we knew what was happenin.

CM:     I heard before I know'd anything was happening.

JM:     Are you gonna let her do that again.

CM:     (UI)

F:      I should have had that, I should have had it then.

CM:     It was done, then I don't know what.

JM:     It was done, anything change when walked in.

CM:     I ain't never figured out what the heck happened to him why he didn't last.

F:      I got a question for you.  Where did she go.

U:      In there.

F:      I seen Sonya today.  Sonya's got the same black eye. I said what happened to you and she said me and Lindsey, you did hear what happened at Wal-Mart and I said no. .. I said wait a minute now, if that is about the one girl whipping both of them's today, said it ain't adding up with me.

19

JM:     It ain't adding up with me either.  I don't beleive a
        word of.

F:      She had a big black eye and I said don't even go there
        because that ain't that ain't washing with.

JM:     I don't believe a word of it...washes me either.

CW:     Well I would think....

F:      Said she told me that she lived by herself.

JM:     (UI) did yeah....I don't believe there was no girl, I
        don't believe it.

F:      How could you pick up (UI)....

JM:     Assault (UI) somebody's hit them.  (UI).

F:      What do you think about?

JM:     Wal-Mart.

CM:     Well, you want me to tell ya.

F:      Yeah, well I mean don't, that makes no sense to me.

CM:     (UI)...

JM:     Do what.

CM:     Don't (UI)

F:      How do you get the same black eye.

JM:     (UI) would Jamie hit her.  Will he hit Lindsey.

F:      He, you can't hit two people in the same eye.

JM:     I know but I am just askin wouldn't you hit her or hold
        her arm.

F:      He would hit her. he would hit her, she would.

CM:     As long as you got the same (UI)

F:      Anthony, Oh got behind (UI).

20

JM:     Anthony hit her.

CM:     (UI)

JM:     What are you talkin about.

CM:     Snort, when they snort that stFf they (UI) out
        absolutely have no control.

F:      Almost like a seizure, like yeah.

CW:     Whats is called oxycontin.

CM:     No...

JM:     Ah, Shaunda both got sick.

CM:     (UI)

F:      That is whats wrong with her nose.

CM:     (UI)

CW:     She has got blisters.

F:      She has blisters from here to her lips.

JM:     At least thats (UI) I mean Lindsey denies she (UI) but I
        know better. Anthony said she does and somebody else
        told me she does too.

F:      Well, my sister said that she was doing something but I
        didn't know what she was doing.

CW:     She's ah, she ain't......

CM:     Now thats what, I've got....choices on the.

F:      Yeah.

CM:     physical signs will do that

F:      Ah, I know.... listen there, It looks like somebody has
        took their fingernails and rakes her hide right off to
        her lip.

F:      (UI)

CM:     Thats what I understand is that they flip out have no control over motor senses and..

JM:     just fall.

CM:     They fall and they hit stFf and they cut their heads.

F:      Yeah.

CM:     Ah.

F:      Lord have mercy.

CM:     Well (UI) done.

F:      When they got their stories together.

JM:     Lindsey said the whole time she's got herself in Wal-Mart.

CM:     (UI) cause Lindsey would say (UI).....

JM:     She's......(UI)

F:      She said (UI)..

JM:     And they believed.....

F:      She said, you didn't hear, well she try, I was tryin (UI) make no sense, she said you didn't hear, you didn't talk to Lindsey and I acted like no and she started tellin me, we got into it with this girl - I said one girl, yeah and I said who was it, we don't know and I said they ain't one girl and I said it would take two girls to whop Lindsey and I said they ain't one girl whopped you and Lindsey's both ass.  I said I don't believe it, and she said well it happ....I said I don't believe it.

JM:     I don't believe it either (UI) just made that one up. When Neace first called here.

CM:     She made that...

JM:     Her and well I don't know about Lindsey.

CM:     Where they were no (UI) at Wal-Mart.

JM:     Well I

CW:     Well, whats the Roberts that ah she's been foolin with ah, Sonya.

JM:     I don't know.

CW:     One from Carey Finch.

F:      Doug Roberts

CW:     Doug Roberts

CM:     Doug Roberts

F:      Thats who Sonya's got up on (UI)...

CM:     If its the Doug Roberts I know thats....

F:      I figured.

CW:     Thats very possible where its

CM:     (UI) thats.

JM:     Well he may have laid her out then.

F:      That thats who she has been foolin with.

CW:     (UI)

JM:     May have socked here one then

CW:     He can do it....

JM:     (UI) arms too which made me wonder if Jamie....

F:      I seen bruises on her arms.

CW:     That's Glendale's brother (UI).

JM:     I don't know if they got drunk (UI) or what I didn't know if he (UI).

F:      Jamie would hit me when he was drunk.

JM:     Thats what I was afraid of.

23

CM:      (UI) I don't think....

JM:      I'm just asking.

F:       But when I, here but here's the thing though, two people
         to have the same back just one of em did.

JM:      Yeah

F:       I believe what she told me until til Sonya told her.

JM:      Yeah (UI).

F:       You know.

JM:      I didn't much believe did

CM:      I believe it first too (UI) since I I since.....

JM:      (UI) I don't believe nobody see in the middle of Wal-
         Mart.

F:       Well, they would.

JM:      (UI)

F:       I mean they would do that, but it this this didn't.

JM:      I figured

CM:      I just being honest with you, I'm worried to death.
         I I (UI)

JM:      (UI) fix your nails.

F:       Well, if its any consolation, I'm worried to death too
         (LAUGHS)

CW:      Well you....

JM:      (UI) worried.

F:       Huh

JM:      (UI) Uh-huh, I (UI).... door closing.

F:       What she didn't hear me did she..

24

CW:     Naugh-uh (UI) bad for you (UI).. see I can't ah we just talking (UI) and I can, maybe you can (UI) but you can't take all the hairspray, whip creams, the.

JM:     That's gone.

F:      How in the world to you learn to do stFf like that. How do you..

JM:     Got the Internet I guess.

F:      How can you learn to do stFf like that.

JM:     Well, I think Lindsey's gotten (UI) from that. Angie is a pill taker.

CM:     (ui)

JM:     Well yeah, she's a pill taker she (UI)....

F:      My brother steven done stFf like that didn't he.

JM:     (ui) wouldn't do that either, I talked to Wes about that and he said (UI) he didn't know for a minute what I was talking about.

F:      Are you here?

CW:     Yeah, I'm hear.

CM:     I'm one of those people who tends to believe the worse.

F:      I do too.

CM:     (ui) so bad, just worried.....

JM:     And Lindsey ain't doing.

F:      Well Guess where I went last night.

JM:     What.

F:      I went to O.C. Tracy's and to the Blue Johns and went off.

CM:     Alright which one is the blue john's home, I thought (UI) Cecil and Jerry went and got Tony.

25

F:          There's more.

CM:         Ja Jamie in or is he out (UI) Sizemore.

F:          I don't know who, I don't know I just know that Blue
            John sittin on the porch....I said Sue wanted mine
            something else.  I got studying and Travis... I got in
            an argument with him after I left here, got studying
            about and (UI) one of mine something else and you'll be
            sorry...and they wouldn't...ah you know they ain't none
            of us failing nothing...I said, I I'm some (UI) told me
            where he got.

JM:         Well Wanda, you told me once that Anthany hits Whitney
            if he hits....

F:          Oh yeah, he yeah big (UI) dead she probably deserves it.

JM:         So he still hits his women too when he gets drunk.

F:          Yeah.

CM:         Well that (UI) you know.....(UI) at this time.

F:          He will.

CW:         Well he must not got no subpoena.

F:          Laughs.

            all laughing

CW:         I'm tellin ya.

CM:         I really do believe you all over worrying about that, I
            swear I (UI) not telling you about the fee I'm concerned
            but I mean you know course its easy for somebody like me
            whose for forty years always dealth with subpoenas,
            warrants and stuff to say that just a piece of (UI) you
            know its easy for me you know.

JM:         Listen if they got (UI) scared.

F:          Right thank you

JM:         I would complete be terrified.

CW:         Well you know what....

F:      My stom is rolling.....

JM:     ....tore up.

F:      My stomach is in knotts.

JM:     Now which way did (UI)

        background sounds

JM:     I would be just like ya.

F:      If I knew I just had to think why don't they give you a
        piece of paper and let you practice (laughs) or at least
        let you know.

JM:     Hello he's right here hold on please.  He's been tryin
        to get up with you Cletis since last night.

CM:     Hello.  Sittin here talkin to....

JM:     Terrified,

F:      I am

JM:     I would be too, I would be so scared I would be tremble.
        I work I'm making that little room I don't really go out
        in the courtroom and its scares me to death to think
        about it. I remember when I went into that District
        Court just to give Lindsey on my own check.  I was
        scared to death..

F:      Yeah.

JM:     send you down there like it ain't I didn't (UI) I don't
        know what I'm suppose to say what I'm suppose to do.

F:      See, thats how I felt.  If I knew what I was suppose to
        say.

JM:     (UI)

F:      to do.

JM:     (UI) right from the (UI) thing and...

F:      Uh-huh

                                27

JM:     And I thought what am I suppose to say, I had no body
        there to say anything, you just you just don't know what
        your suppose to say, it scared me to..

F:      Yeah, it is scarey.

JM:     And then I was the one that brought the charges against
        Mandy trying you know stop her from doing the dope, she
        wrote that check on me but it scared me to death I mean
        I don't guess they do that (UI) where they (UI) your
        lawyers talk but buddy that (UI) hated that Bobby

F:      Neal uh-huh.

JM:     wrote the checks (UI) he (UI)

U       okay

JM:     I don't know what (UI) I didn't know where I was suppose
        to be.  I mean people like, you know I mean ordinary
        people are not (UI) ordinary person cause I don't (UI) I
        don't know the procedures of court and stuff...I don't
        know.

F:      Yeah, it was scarey (laughs)

JM:     Don't know what your suppose to say and when your
        suppose to say it and

CM:     (on the phone) no thats fine, thats fine.

JM:     Now I've never been in the Grand Jury since I've been on
        the Grand Jury.

F:      Yeah.

JM:     Old people come in and they ask and they're Commonwealth
        Attorney would ask that people a question and you would
        listen and I next time here...if you wanted to ask a
        question you could and then they go out and then you sit
        in and talk and decide if they are (UI) or not.

F:      Yeah.  right.

CM:     (ui)

        background noise

28

JM:     You believe you know what is brought and said against them.

F:      Yeah

JM:     Kinda like a trial before trial.

F:      Right

JM:     Yeah.

CM:     alright I'm glad you called man and we'll work on it then.  alright

F:      See thats the scarey thing about it is whatever I tell them tomorrow they could bring an indictment against me couldn't they.

JM:     I'd be...

F:      Couldn't they.

JM:     I guess they could if Grand Jury.

F:      That's what they did to Doug.  I ain't gonna do what he did though.

CW:     Give me them keys, let me go down here and call Brent again and see if he (UI)

CM:     I don't.....

F:      (UI) phone.

CW:     No wasn't

        sound of walking sounds/moving
        sound of door

        NO CONVERSATION
        MOVING SOUNDS

CW:     Hey, without saying anything, I'm out here because I'm out here I'm supposed to be callin Brent ah, I'm out here in a vehicle. I've we've not went to the one point to say anything about ah two of the things but there is now was something that was said there that he told her not to say anything like she said about Jennings and

29

Vernon.  now he says that plain on...do you still want us to try to proceed with the rest of this because he did tell her not to ah you know not to say anything or ah like she said about ah you know...you understand what I'm sayin there.  That that was good ain't it.... Well other than he told her, him  yesterday what that she told him and thats when he said she didn't and he told her, he said just don't go down there and say anything like you said about Jennings and Vernon yesterday...ah basically, basically no he didn't any...... because I'm afraid right now he's talkin some I'm afraid if I jerk her this (UI) on on Court thats gonna...you understand what I'm sayin to you, but I but (moving sounds) where it go...(voice on phone) okay, alright, okay I will see uh - bye.

moving sound/
walking sound

F:      question, I'm fixin to not answer (UI).  Ah question yesterday was how did it come up (UI) I answered that right and then if they ask me something I don't want to answer, what then what do I say.

CM:     Depends on whether the question is (UI).

F:      Right because (UI) is what I'm sayin (UI) fifth amendment on (UI) no

CM:     You you don't want to answer the question take the fifth.  We'll go through that with you tomorrow.

F:      What I'm sayin one question, one question.

CM:     Yeah, they may ask you a hundred...may only one....

F:      (UI) they didn't ask me that many yesterday.

CM:     I don't think they will tomorrow.

F:      You don't think they will.  Maybe I'd feel better some -

CM:     (UI)

cw:     Well if they don't....

CM:     I I think I'll just be honest with you while,  I I have no I'm stumped as to why you three, I just can't...you

30

F:        I'm stumped at why me at all.

CM:       Yeah, Well I am too, I am too and.

F:        I mean that don't make no sense.

CW:       Let me, let me tell you something Wanda, here's the facts about it. Is everybody knows that Crawdad got help down there for (U) good say whatever they want to say and thats what they're doing that bunch up there stirred it up and they are gonna.

F:        (UI

cw:       Well, I don't know if its James I don't know if its if its (UI) and I don't know if its

F:        May be a little bit of all of em. I think...

CW:       (ui) and them, I mean they've already had bad luck with what they've been told ain't they, I mean.....

F:        I ain't laid eyes on (UI) (UI) since spring election.

          coughs

F:        (ui) I'm gonna talk to....(UI)

CW:       No, no you don't need to don't need to do that.

F:        Then tell me what to ask.

CW:       Well see thats what they're saying they talking bout.

CM:       just what your suppose - (UI) you wont get rid of em, you won't get (UI)

F:        What if I get in trouble for that. He's, I mean I don't get it, he just like me....

CM:       You gone over there and make him to..... can't do that now.

F:        I can't make him but I can...

CW:       No.

F:        (UI)

31

CM:     Yeah, you what are you gonna do.

F:      How can he hurt me, he can't hurt me no better than he did right now.

CM:     Bull shit, I mean listen, you have absolutely no reason to go to talk  to doc, none at all.  Does she Kennlan?

CW:     Well, I don't I don't think she's got no reason to go talk to Dabner.

CM:     You know what they're gonna do to (UI). Wanda (UI) talk to (UI)

F:      Will they ask (UI).

CM:     Why sure and then you'll have to tell them.  You go over to Daper's house now (UI)....

F:      They (UI) yesterday and I went the night before.

CM:     I just, I would not recommend that anybody talk to anybody where they gonna be witnesses down there where they can ask you questions what would say. What did you all talk about last night - you don't need that, nobody need, you know....

CW:     Wanda is just discouraged Cletis, she just has so much going.

F:      I....

CM:     What purpose would it serve for you to go talk to (UI) give me one good thing it would serve.

F:      Other than knowing what they will ask me. Which he may not even tell the truth about that.

CM:     You gonna give, he ain't gonna tell you the truth.

F:      I will tell him the truth.

CM:     Well,  you know what was (UI) I think thats one thing that I admire about you that you.

F:      Do you think thats one thing that will be not in may favor tomorrow.

32

CM:     Where (UI) yeah I did.

Jm:     You did.

CM:     Yeah thats where I got.

F:      (ui) pretty.

CM:     Got dirt in the floor.

F:      Did you water those (UI).

CM:     Yea.

JM:     Okay alright, what about these on the (UI).

CW:     (ui) I tell you what I am, I am scared to death ain't you.

        (UI) VARIOUS TALKING/MOVING BACKGROUND

F:      Where he's going to Judy, do you think.

JM:     (ui)

F:      Riley

JM:     (ui) when I got.....

        background noise/talking laughing.

JM:     (UI) all over myself, makes me (UI) Wonder what they did.

F:      What's all over you shirt.

JM:     What's on it?

        (UI) its off.....

        (UI)

JM:     (ui) picked up on.....

        I only have  (UI)..

        once you (UI) do not call left immediately.

33

CW:     I still got some of this mountain dew (UI)

        beautiful....

CM:     You sure you don't want one.

F:      Man, look at you....

        (UI) child talking...background voices.
        several people talking at same time (UI)
        SOUND OF TELEVISION/MUSIC ETC.

CW:     Are you alright Wanda.

F:      You are more upset than I am.

        (UI) various people talking same time.

JM:     I don't have time to get supper but sometimes...

CM:     Whatever (UI)

JM:     Whatever talked about.

CM:     Ah.  (UI)

        television/background noise

Cm:     Alright then, I mean you can help but be concerned but I
        mean I don't like (UI)...

F:      Just don't want to say the wrong thing.

JM:     Do you actually have to testify tomorrow.

F:      I guess so, I don't know, I guess thats what it is, I
        mean.  I know that ....(UI).... saying wrong stuff thats
        the only thing I'm worried about I don't want to be (UI)
        no I said that the wrong way, I you know what I'm sayin.

JM:     hard...

CW:     Well, I mean thats a legitimate thing, I mean you know
        you don't know what to.

F:      I don't (UI) one can see better than me.

CM:     What do you need.

34

U:        I want this game boy out of car.

JM::      I don't know how to (UI).

F:        Damn it has been (UI)...

0.0

          MOVING/BACKGROUND WALKING VOICES.

U:        You have the opportunity to (UI)>

F:        Oh, I meant that he....

U:        What do know the (UI) stories about (UI)

          laughs (UI)

F:        (UI) said they have either.

          laughing

F:        I (UI) every word that man said..

          laughing

F:        He does, you think I'm lying every word my (UI)...

UM:       (UI) lay down dog (UI).....

F:        That'll show him.

UM:       Who

U:        (UI)

F:        The doctors

U:        Well

F:        (UI)....... I don't know Jane (UI) put him in the
          (UI)... they finally did over (UI)......

1.0

CM:       It'll be alright.

          television voices

CM:     Be alright.

JM:     Call me (UI)

F:      (ui)

CM:     oh okay.... it is (UI) Brady.

JM:     (ui) little tin...

CW:     What is that thing

F:      Something he made ain't it (laughs)  looks like a garbage loaf of bread don't it.

CM:     Well, I tell you where it come from.  That boat down there there is a bunch of (UI).

F:      (ui)

CM:     It some type of (UI)

F:      Where'd it come from.

JM:     Wanda Cutter (ui)

F:      (UI) I bet would be.

JM:     Lord

        BOTH FEMALES TALKING AT SAME TIME

JM:     aquariramine theres some....

F:      no

JM:     You going up or are you staying here (UI)

        He's going.

        VARIOUS PEOPLE TALKING AT SAME TIME.

U:      He had a bath, already took shower.

CM:     He's already had a bath.

U:      Uh-huh.

CM:     Well I didn't know that, I was gonna make him take
        another one boy here.

        CHILD TALKING

CM:     Yeah pretty good.

child:  when you get ah. no

        non-pertinent

cm:     Yeah.

child:  I'm watching your show.

child:  Mom, I want to tell you something.

        you thought (UI) do dishes (UI)

child:  You never, (UI)

        non-pertinent conversation.

F:      When he may ahve pulled up, I tell you.....
        Said get her (UI) see her.  Did you see him

CW:     Yeah, he's probation man, him and....

F:      (ui)

cw:     well they go in there sometimes you leave and finish the
        dishwaster and.

JM:     You depend on (UI)

F:      I do (UI)

        non-pertinent conversation.

JM:     What about your (UI)....

CM:     (UI) Judy

        child talking/various talking same time.

F:      Maybe (UI)

CM:     (UI)

37

F:        Ain't gonna matter to me now....

          child speaking

F:        (UI) look like you

u         who is that.

f:        I don't know but doesn't he look like you

CM:       Yeah (UI)

          child talking

          (television talking)

F:        show you (UI) want to take that blazer off - are you hot.

CW:       I tell you what I don't know why he ain't callin em back (UI).

CM:       huh

CW:       I don't know why he ain't.....

F:        (UI)

CW:       Shit.

F:        Still (UI) hold on....

CM:       Oh, I thought she didn't get to talk to em.

CW:       Uh-huh.

CM:       You won't be talking to him tonight.

CW:       No if he ain't talked to him by now, he ain't talkin.

F:        What time is it -tomorrow (UI) get (UI) in a minute.

          television

f:        Why (UI).

u:        Someone said, you (UI)

TALKING BACKGROUND VOICES/

F:        There's only six of em left now ain't they.

          CHILD TALKING
          NON-PERTINENT CONVERSATION

          TELEVISION

CM:       What did you all....(UI)

CW:       Working all huh....

CM:       What is this

          (UI)

JM:       Why do you....(UI)....

          (UI)

          television

F:        Cost you a few dollars with that (UI).

          thinking it all over

F:        What did he say (UI).......

CM:       Here dog, over here.....there.....

          (UI)

          child talking/television
          music/background talking at same time

CW:       eight thirty or nine I think.

JM:       Five extra (UI)

F:        (UI)

CW:       Thats because evidently they got (UI) I though Steven
          Charles had gotten moved up wouldn't you think.

F:        I've never even looked at the (UI) see what time (UI)

CW:       Its nine I think.

39

JM:      (UI)

F:       Yeah

CW:      Thats what she sayin it was but they (UI)

F:       coming (UI)....

CW:      Already at office at one.

CM:      Yeah, he's there at the Chase Building. he's pretty
         close to it.

         television

F:       And your not gonna go with me.

CW:      Well, ah he says I can't

CM:      (UI) go....

JM:      Wanda coming...she's scared to death with Kendal.
         and I would be too if I had to go with you, I would be
         scared to death.

CW:      I tell you what Wanda's is, Wanda Wanda has just had a
         hard time with it because first off....I she just feels
         like she she's put her (UI) on the line she ain't got
         nobody talk to help her and she just you know I mean its
         hard on her and she really feels isolated you know. you
         get what I'm sayin.

CM:      Yeah.

F:       (UI) over laughs (UI) I (UI) my mind, I'm gonna be
         honest with you.

CM:      (UI)

F:       (UI) none....

CM:      (UI)

F:       That shits out...

CM:      (UI) That they they

40

F:        I need

CM:       Drug dealers up on the (UI)

JM:       If you'd seen one of em you (UI).

F:        Right, right, you know ask what the names was...I don't know 9UI)

          background sounds/voices (UI)

JM:       I know their name

          (UI)

F:        They ain't (UI)

CM:       See you

          television

CM:       I know you feel better if Kennan was there but do you want them to ask you question where you at and means to get Kennon take you in there questions.

F:        No I don't want that to happen.

CM:       There's no (UI)

F:        (UI)

CW:       Well, I'll be over there I mean (UI) far away.

          child talking/background

F:        But was it though (UI).....go with you when you (UI)

CW:       Yeah thats (UI)

F:        (UI) I wanted to know what was going on.

CW:       They've got her subpoenaed that day wasn't it.

          child talking

CM:       Thats just (UI).

          BACKGROUND VOICES/CHILD TALKING

41

```
        TELEVISION

F:      (UI)

CW:     Well he has to be somewhat....

CM:     (UI) get to (UI) about about got (UI)....

        background

CM:     Is looking forward to it - no.

        moving sounds/walking

CW:     Door closing/sound of zipper
        using the restroom
        moving sounds
        sound of toilet flushing
        walking sound
```

```
TAPE 3

        NO CONVERSATION

CM:     (UI) over here (UI)....

UF:     (UI) sink dripping all that water. did you hear me, sink
        dripping out that water.

CHILD:  what

UF:     sink (sound of door closing)

        NO CONVERSATION
1.6
```

SOUND OF MOVEMENT/NO CONVERSATION

CHILD:    (UI)

NON-PERTIENT CONVERSATION BACKGROUND

2.6      sound of walking/background movement

CW:      We, we hate to keep you....

CM:      No problem thats what I'm here for, thats what friends are for.

CW:      Well its a, its a tough situation, I mean like I said I mean Wanda has been disheartened and she just tryin to, you know she's needing somebody to talk to and I can't give her no tell her what to do and..

JM:      Well when make me just want to just run.  We're not the law.

CM:      There is nobody can can tell her what to do because unless its somebody far(UI)worther than I know because nobody knows why she's going down there.

JM:      No Dauper knows why I'm goin down there.

CW:      Well now, let me tell you somethin (UI) thinks its the two thousand and six election, but I mean here's the thing about it is...is I mean is is if she just to know (UI) there well I mean you know I mean what I don't think you get put in jail I don't think...I mean...

JM:      Speakin of puttin in jail won't won't (UI) I know Anthony didn't get his paperwork in .

CM:      Maybe he should get it in (UI) help (UI) how much time has he been in.

JM:      A long time

CM:      (UI) let me, let me say this.....that I have to think after we've talked about heard what you all seen, I have to think they are looking for something I don't know what....(UI) because of the timing.  I mean but I can't come up with a theory but may not be honest with you.

43

CW:     Well, I would believe that if Phyllis wasn't if Phyllis wasn't in the equation but where.

JM:     just to throw you off, thats to throw you off.

CW:     But why somebody has said something.

CM:     I mean Phyllis has had absolutely no connection with Todd...ah,  you know not really.

JM:     No....

CM:     And (UI) all of us being friends.

F:      But see those did I tell you the fall of Todd (ui) off.

CM:     You told me yeah.

F:      Okay, so I mean this (UI).

CM:     Well.

F:      Dalbert is tryin to help Todd and what little way for (UI) change and he and he knows the connection that I have us all being friends so what I am tellin ya.....

CW:     Yeah, but here here's the problem Wanda.

F:      I don't Todd.....

CW:     Yeah, and we're sittin here talkin and I'm gonna tell ya, I don't think that they know problem with what you say but I want to tell ya, the problem I have would.

F:      Say one thing.

CW:     Well let me tell ya, that's right because Dabler knows know you did, he knows what he done and let me tell you something, if he was truly working with them, that's what, thats my concern.

F:      That big fat ass, I (UI) God almighty.

        (moving sound)

CM:     Well now they ask you if (UI) Todd, did you tell them to ask Todd and (UI) Todd and Dalbert had a relationship with.

44

F:       As a friend, were they friends but they didn't ask
         nothing else about it.

CW:      Why do you think they asked that for.

CM:      Maybe they told....I don't know (laughs) I'll be honest
         with you, I don't I I about what they're doing, I'm not
         that familiar with.

F:       Didn't ask me one question about Doug (UI).

CW:      You know what I think, I think that one reason they are
         talkin to Philip I don't say this to hurt his feelings
         at all .

F:       What

CW:      Huh.  Al Win.  I think where him and Al went into
         politics I think it I went and seen some people and
         stuff and I think that Al (UI) has a bad reputation I
         ain't gonna lie to you I mean...

         LAUGHS

CW:      I mean he owe don't you think he does...

F:       Naugh

         background/voices (UI)

CM:      ...you believe that for sure....

F:       Yeah, he.... hell no I don't believe nothin he says.

CM:      He sits there and makes up stuff (UI).

F:       He's crazy.

CW:      Well, you know what.

F:       I think he ain't right.

CW:      He got.

CM:      (UI) being to the center of every major thing that ever
         happened and he will sit there and tell (UI) hell I know
         he did.

                              45

F:          Cletis, let me tell you what he said yesterday. You want to hear something crazy.

CM:         Hum.

F:          He told me that he went over to Big Lots and wached people come out from the building.  He does that cause Mary (UI) turned around and told me he had been there cleaning all day long.  He told a lie.  You believe he told me that.

CM:         I believe he told you and I believe its a lie (laughs).

F:          Right, cause Mary (UI).

CM:         Always... always (UI) right there...(UI) you need something....

F:          Anytime you need yeah, he's told me that.

CM:         (UI)

F:          He (UI) shit.

CM:         He said ah, you(UI).... do that and let him (UI)....I tell you where I'm gonna be and what time I'm gonna be there..(UI)

F:          (ui)

CM:         Yeah.

            laughing

F:          What did he say...

CM:         He didn't know what to say, he didn't know what to say.

F:          (UI) ain't cha....

CW:         Thats like that (UI) there

CM:         (UI)

            BACKGROUND VOICES
            NON-PERTINENT CONVERSATION

CM:         You know, ah damn (UI) but he.....

                                46

```
          background voices/child talking etc/
          (UI)

CW:       Like he's the hit man.

CM:       (UI) that's ever happened like when the lady (UI)

F:        (UI)

CM:       He was there

F:        He was right there.

CM:       He was there...and he told me (UI)

          (UI)

CM:       He was talking on two or three things that he was there
          and (UI)

F:        (UI) he was there too.

CW:       He....

F:        (UI) never did confess to him.

CM:       But he ah told me he was at Frank's place....

F:        (ui)

cm:       I just know'd he was I.....

F:        (ui) say that nothing.

          (UI)

F:     I catch him in lies all the time. yesterday at ah (UI)
did you hear about that (UI) ain't heard a thing.

cw:       No he said did (UI) heard...

F:        Yeah

CW:     that (UI) Wayne he said that (UI) and I said Wayne, he
said you know they subpoenead Wanda, he said yeah (UI) told me
(laughs).....(UI)

          laughing
```

CM:      And he'll put himself in the center

F:       Of everything. (UI) does that too.

CM:      Well

F:       I don't know which (UI) past the point to which one lies
         the most.

CM:      As far as actually being there and (UI)

F:       yeah, yeah....and he wants to be part of everything.

CM:      He told you about (UI) in Little Rock

F:       And you got him out of it killed him. (laughs) (UI)
         Yeah, it wasn't little rock was it.

CW:      That that wasn't true.....

CM:      Huh.

CW:      (UI)

F:       Wasn't true.

CW:      (UI) in Atlanta.

CM:      I never said (UI).....

F:       I told you that wasn't true, you (UI)

         laughing

F:       (UI) every word he said, every word he said he believes
         it.

CM:      He told me (UI)

F:       (UI)

CM:      He got me excited (UI) one of (UI)..assault in the first
degree for some (UI) he had done and had to be in court (UI)
laughs.

F:       Are you kiddin me.

         laughing

F:      (UI)liar.... I think he believes stuff he can't.

CW:     But I tell you about, I tell you about Al Mann to though, he'll tell a lot of that stuff and some stuff I tell you she is right.

F:      Well have you cipher what is.

CW:     Because (UI)

CM:     But he did take the (UI) after that though.

CW:     Well, let me tell you something else too that I....

CM:     (UI) come in and Al Mann was in bed with his wife and he took off (UI).

CW:     Well now he whipped a....

CM:     (UI)

CW:     He whipped the dog piss out of Uchie out there in that election too, I mean.

F:      Oh yeah, he did do that I mean I

CM:     (UI)

CW:     And and let me tell you something he I tell you what he does, I tell you how you can tell when he starts blowin about stuff that just way off the wall, I mean you sit back, but let me tell you, that ole man will tell you that tell you some stuff thats right.

F:      The next time he tells me (UI) anybody I wan't kill, I am gonna say Ty.....

CW:     We....

CM:     Don't (UI) yourself.

F:      I'm gonna say, I'm gonna say kill him.

CW:     No, don't say that.

CM:     Laughing.

F:      (UI)

CM:     And ah....you can even get (UI) for (UI) laughing thats
        an (UI)....

F:      Have you ever heard him get on Buddy (UI).

CW:     Oh, oh

F:      You know Buddy Barr, have you ever heard him talk about
        Buddy Barr. Ga......

CW:     He smokes (UI)

CM:     What

        BACKGROUND VOICE

CM:     Oh you (UI).......

CW:     Uh-huh

        BACKGROUND VOICE

CM:     Yeah, I'll go get it (UI)

F:      You learn anything from this

CM:     I'll be right back.

F:      If I call you need to go Cletis going.

        child in background/no conversation.

        Moving sounds

F:      (UI)...

CW:     (UI)

        moving sounds

F:      Lord he is madder than fire....

        moving sounds/no conversation.

F:      I know one thing Blake is pissed off

CM:     Yeah, (UI) right there take all of her clothes off

                            50

laughing

CW:    (UI)

CM:    Have I told you I went somewhere today (UI)

F:    For murder.

CW:    Yeah, thats what he says.

F:    I never believed that.....

laughing

F:    Did you even know him (UI) many years ago.

CM:    I'm gonna tell you the first time I ever saw Al that I can remember ah, he walks in the trailer of that trailer up there front office, he walked in there, said I need give me 250 or 400 dollars, I believe it was 250 dollars.  Said I borrowed 250 dollars and said give you 250 dollars and you hold these guns and he gave me two guns....

(UI)

CM:    Til I come back to pay ya.  Well (UI) I know'd who he was (UI) I didn't really know.....ah let (UI) guns there ah, I see him a few times after time I just kept the guns, he never said anything about the money.  One day, (UI) three or four years said here pay you back get my guns.

F:    Did you have them.

CM:    Yeah.

F:    (UI) Crazy man....(UI)

CM:    Wanda tell you (UI) some work at some election.

LAUGHING

CW:    I tell you one other thing that and ah.

F:    Tell him (UI) with somebody.

CW:    No, I've got another thing on my mind.

51

CM:     Alright.

CW:     And I'm just gonna be straight.  What about on the Wanda's election officers stuff what bothers me is like if they ask about how she got there, what if they come point blank and say, "did you have help from Cletis Miracle to get election..

F:      They won't ask that.

CW:     You don't think they'll ask that.

CM:     Well, I tell you what I remember, ah, you came up here, you all came up here after the election in 2002 or sometime and said you wanted (UI) registration democratic worker double in this this precinct and I told you (UI).

F:      (UI)turn around.

CM:     What I mean but thats the truth

F:      Well I know but I.

CW:     I don't guess it is I didn't know.

F:      (UI)

CM:     But that is true, you all come up here and said you decided you wanted (UI) to democratic.

F:      I ain't tellin them that

CM:     That's okay, that means it up to ...

CW:     I didn't know, you know I mean

CM:     They won't get into that.

F:      I don't either.

CW:     But.....

F:      Every thought in the world goes through his head. He keeps me tore up and now you probably a good suggestion me not taking him with me.  I'm serious.

CW:     Well now why.

52

CM:     For that purpose...I just think anytime okay somebody's said something and the there was a person right there and ah, then I figured they they maybe hadn't told him right (UI) different story, and pretend (UI) here and he says no it was this way.

F:      (UI)

CM:     I mean the thing is it doesn't mean that either one of you lied.  People have different ways of

F:      Tellin something....

CM:     Different ways of preceiving things ah....

F:      I'm just gonna, I ain't gonna worry about it no more tonight.

CM:     (UI)really there is nothing you can do about pray.  pray the lord be with you, there you know answer the questions (UI) ah thats that really is the best advice that I can give you and I'm not the world most religious person okay but.

F:      (UI) I done.....

CM:     (ui)

CW:     Let me tell ya...

CM:     Again but ah you you pray the lord be with ya and ah give you the strength to ah make it to through and he will (UI).

F:      Why did ask stress....

CM:     (UI) I do think you are overly concerned about things but you know what the great thing about worry worry is probably the greatest thing that could happen to man cause it solves so many problems...ninty five percent of the things I worry about don't happen..it must be because I worry about them. but really praying, pray (UI).

F:      (UI) keeps me more (UI) I didn't realize it until (UI)

53

when I tore up (UI) I was calm down while I was in there and then I come in here and tore up again.

CW:     I know because...let me tell you what will happen three or four times today.

F       I don't have.

CW:     I mean you mean you sit back and say well I mean don't have put my ass on the line and I've not got any help back and I mean you know here I am I don't have a job, I don't you know....

F:      He's got me covered on a job.

CM:     You'll get a job....

F:      I mean you know. I not worried about that  I (UI) on  a job.  Have I got a job.

CM:     We'll get a job.

F:      Right. you got (UI) laughing.

CW:     Well, you know that heres what you gotta do, you've gotta go.

F:      I tell you this, I'm not gonna do nothing but ah (UI) be nobody's (UI) I tell you that and you know I mean what I say don't ya.

CW:     Well. Wanda is not.

F:      But I want fight (UI) with them.

CW:     Don't fight with them, you you (UI).

CM:     Thats why you need to stay away from him.

F:      But I mean

Cm:     Every time  I ever let myself and I've don't it a time or two but I just get more more and more (UI) until I do something and after that I think...

F:      Why did I do that.  I know....

CM:     Bad...

F:        Well you know I've...

Cm:       Say these people that you wish you hadn't said, (UI) hadn't done and its its easy to get reved up Wanda.

F:        I'm not going to I'm gong to call back now and the best thing I should do is not even speak to (UI) or should I speak to him.

CM:       I don't think you need to get off engage in a long converation.

F:        Just hi and go on.

CM:       I wouldn't get you know, if you speak, you know, y ou know don't act like you don't know each other.

F:        I bet you a million dollars I bet you a million dollars (UI) won't be there tomorrow.

CW:       He'll be there because I tell you why he has to be there and he will be there because they want him in front of that Grand jury because I tell you what they're gonna do, they planning.

F:        Unless he's done something with them.

CW:       Boyds they planning on indicting somebody's rear end and you can say whatever you want to say and let me tell you something its no doubt that ah I mean let me tell ya it may not be for five months, it may not be for a year, it may not be for a week who knows but let me tell you something.

F:        Well if it ain't tomorrow........

          moving sounds/

CM:       Trying to put pressure on.

F:        Thats it

CM:       To make you put pressure on to make you testify against Todd (UI).

CW:       You think so.

F:        (ui)

CW:     So what your sayin is they're they're pullin Wanda in making him think that Wanda testifying.

CM:     Pressure on Daber just as sure as the world to make him testify about (UI) about that.

F:      That's why (UI) runnin over there.

        (UI)

F:      no..... but I mean thats why Todd was over there (UI) I mean there ain't no other explanation.  What I think I might (UI) from you I think Dalber's tryin to help Todd.

CM:     Well he may be.

F:      (UI)

cm:     He's tryin to help Todd more reason whey they're being trying put the pressure on.

F:      And Dalber's trying to get me.

CW:     But you don't think he's cut a deal, Todd.

CM:     I don't think Todd's cut a deal, Sally has said too man times

F:      No.,

CM:     I'll spend whatever it takes.

F:      I don't think she will.

CM:     And they have made the signs spending whatever it takes by the caliber (UI) Bill Johnson didn't come for no (UI) dollars he comes for hundreds thousdands of dollars. I I think (UI)...

F:      Now wait a minute now what your sayin is what your sayin, why would they do me the same way for Doug.

CM:     They don't usually.

F:      You get me more.....

CM:     No, I really think, first of all I don't think they (UI) had anything to do with (UI).

56

F:       No, I don't either I don't either but.

CM:      Secondly, if you did you don't know nothing about it.

F:       No, I don't but

CM:      And third, if you did you don't know nothing about it and they probably don't think you know either okay.

F:       But I could get in trouble with Lexie stuff. why wouldn't they put pressure on me to get Doug do the same thing and ah, I don't know.

CM:      Everything as I said here.

F:       Its Homer, I mean not Homer, ah Daber.

CM:      Does it make sense.

CW:      Makes sense.

CM:      Its the first thing I've said the first thought I've had about that makes sense.

CW       But why did they throw Phillip into it for.

CM:      (ui) come back to that, its the one I still haven't (UI) on

CW;      They top Dalber and dalber's tryed to tell them something to get them off him and he said I'll say this, Wanda sitting in there doing everything she could to help Phillip (UI)

F:       He said (UI)

CW:      That's exactly what he's done and they've said alright we'll subpoena Philip...

CM:      (UI) make a statement to somebody Dalber's (UI) not sayin that they said this stuff but they told him they got (UI) but wouldn't let him (UI).

F:       Did they have enough to indict Dalber? But that would be on the house though.

CM:      Well, I think the (UI) they they use.

F:        Did they think

CM:       On the other

F:        Because they think that Dalber covered up a house for
          Todd - although Dalbers said nobody ever talked to him.
          He told me, this was just, yesterday would be the first
          time he'd ever talked to FBI.  See he lies you can't
          believe what he says.

CM:       What are you thinkin about that theory.

CW:       I think that theory is good but I but what I think
          happened is I think jsut like what I said I think that
          they are puttin pressure on Dalber I think Dalber's
          throw them on Wanda.

F:        Well, I'm blaming it all on Dalber.  I wasn't gonna say
          nothing but I am now.

CM:       No, no no (UI)

F:        Well why not.

CM:       No body told me but I think thats what they'e possibly
          trying to do.

F:        If he's gonna throw stuff on me I ain't gonna take .
          (ui) just as  much as I did.

CM:       They'll take it either way they can ah.

F:        They don't want me..

CM:       They don't.

F:        What do I have.

CM:       They don't want you, they don't want Dalber what they're
          trying to do is you

F:        get Todd

CM:       to get at the Todd, and Doug and they figure they're
          best shot at that is, in my opinion, is Dalber because
          he was fire department (UI).

F:        Yeah.

58

CW:     But what do you think about (UI)

CM:     (ui)

CW:     What do you think about my theory on Philip.

CM:     Its possible but I just can't tell.

CW:     Why is he there. I mean if it ain' that if it ain't Dabler sayin that Wanda helped him, then let me tell you Dabler, the way Dabler, Vernon, Todd, all them guys always work whenever the heat got on - here they start and the big fire started here, they throw smoke over here.

F:      (UI) Todd....

CW:     and they start easing up and then say look over there there's the fire and then everybody's eyes would be over there looking instead of on.

CM:     You don't (UI) fire you're meaning.

F:      NO

        laughing

CW:     I mean you know I wasn't gonna say it I mean they just kindly you know they put it that way.

F:      That's exactly what, I mean why else would Todd (UI) like I said but you said he'd be here this week for something else he come right on (UI).

CM:     But he was here last week for a trial but

F:      Right.

CM:     But he was subponeaed it was a legitimate....

F:      Right, but he come right on Dalber's hill tonight. I followed him right out, cause I come from the

59

```
                hospital.

CM:         Worried

F:          Worried, wantin to know what was said, what was done.

CM          Worried.

F:          I'm not (UI) no, you're right, I'm not I don't need to
            go talk to Donald.

CW:         No.

F:          Cause then I'll make sense (UI) throwing stuff on me.

CW:         That's what he's tryin to do.

F:          (UI)

cw:         Let me tell you Wanda, when somebody gets in trouble,
            the first thing they do is go (UI).

CM:         Is that what they do.

            MOVING SOUNDS

F:          (UI) just hang on (laughing)

            SOUND OF DOOR CLOSING//

            Background talking/ sound of using the restroom.

F:          Here them lying (UI)

            sound of using bathroom
            MOVING/TOILET FLUSHING/DOOR CLOSING

CM:         I hope (UI) disagrees.  I just don't see the electioin
            as being what they're after, I think that they are using
            it to try to get some (UI).

F:          (UI) that sounds about right.

CM:         Yeah, I could be wrong, obviously nobody knows whats in
            people's minds, we certainly don't.

F:          Can you ever trust (UI) have you ever cause I have
            never, from day one....
```

CM:      (UI) ninety nine Dalber worked hard for me ah...

F:       Oh you think he did.

CM:      Oh I know he did.

F:       He did?  Why was he against Philip.

CM:      He painted signs, I mean he worked day and night.

F:       (UI)

CM:      But he had reasons to work

F:       Why

CM:      Because I just got him the job.

CW:      See thats what you get when Dalber.  Dalber gets

CM:      He just got on the highway department.....

CW:      Well you know what else I can't under.

F:       (UI) that job.

CW:      Well let me tell.

CM:      Got that job....

F:       How (UI)....

CM:      I got him the job with ah at the highway department.

F:       Why was he not for Philip.

CM:      (UI) I don't know that.

F:       (UI)

CW:      Oh he was, he was

F:       I don't know.

CW:       He was, he was for Phillip because we was for crawdad now thats the only reason he was.

F:       He didn't want.

CW:     but him and darnell slipped around there and slid us about sixty.

F:      Yeah yeah, they (UI) I caught him.  I ain't never caught Dalber and I tell you why, never trusted him never told, now Kenneth trusted him and eany to me if your dad runs against my dad and your dad beats my dad, I ain't gonna lie.

CW:     Well thats the..

CM:     In what relationship is his wife to JC  (UI).

F/cw:   Thats his sister.

F:      If they (UI) up there the other night she said Dalber's laying back playing it cool wouldn't even hardly speak to me and mimmy acting like he (UI) toward me, said Dalber's being knocked down over the toilet and he went, I've not been tore up, I was sick and she said lord he's been so tore up he don't know I mean he

CW:     And he gets (UI).

F:      And I was tore up you know and he wouldn't even talk to me, I've trying to get my story straight and he was like meaning (UI) wasn't she Kenneth and he was like (UI) we've been so tore up was bout (UI) in the bed so he gotten  alot more than (UI) sounds liek don't it.

CM:     (ui) talk to them.

CW:     I remeber them coming to city hall and talk to him about that fire but I'm gonna tell you somethin he ah, see I've heard he'd been subpoeaned down there , I gues syou told me and somebody else told me.

CM:     Probably actual subpoena

CW:     Cause I tell you what, he acting like he went to Lexington son, everytime you called, he be in Lexington. Let me tell you my daughter lives down there and if I go to Lexington I've got a reason.  Dlaber did not have no reason.

F:      We've run into him several times down there.

CW:     And let me tell you soemthing I tinks he's going to

Lexington

F:      Acts like he got to Lowes and buys,  not Lowes, what's it called (UI)

CM:     Sam's

F:      Sam's buying stuff for the fire department.

CW:     If he is he's gettin (UI) to the house.

F:      LAUGHING

CW:     Thats what they said, they said, they said that Carman had found out that he did all this stuff when he was putting this ressure on that she dug up where they was spending a lot of money of to Wal-Mart, I mean quicky mart.

F:      Buying the (UI)

CW:     And she threatened to take him in front of the Grand jury and get him indicted on it if he didn't back down on on some other stuff.

F:      I've heard.

CW:     I've heard.

JM:     I'll tell what she's got, she got (UI) big sets of nuts right between her legs if she don't care I admire that about her cause I.

CM:     You know I (UI).....

F       I leavin about but (UI)

CM:     She's like you know just like the mess got over there, start (UI) she done that to him well my decision I made it and I'm stickin by it.

F:      I admire that (UI) like that but I mean I admire that.

CM:     It don't make you like her.

F:      It don't make you like her but thats I mean I've got that symbole..

63

CW:     I like the one on ah, on that they had in the Clay
        County Times this week, they bought up they had the
        council meetin in there and they bought up where the
        council voted ah, decided not to let have anybody else
        have the recetion center free and then John F. Pinkton
        stands up and says well, we'd like to have for the
        homecoming they decide not to let no organization have
        it or no person period. you know.

CM:     You Know.

CW:     Then they turned around and let him have it free and it
        said right in the paper said after they had just decided
        not to let any body have the rec center free said John F
        (UI) they agreed to let him have it free for (UI)
        laughing.

F:      (UI)

cm:     What did they ever do..what did they come down on Judy
        watches them, I I ....

F:      Kid, I ain't never seen none.

CM:     What did they do on kids ridin them to schools with
        police cruisers.

CW:     I don't know.

CM:     What did they ever do what would happen.

CW:     I think they got past that and I'm gonna tell you
        something Clet, ah they had crawdad on there this week
        as a three stooges, is this the fourth stooges and (UI)
        on there.

CM:     (UI)

CW:     Like Kenny Times, they had it..

CM:     What is the Clay County Times

CW:     New newspaper.

CM:     Is that the one

CW:     That had him and Adolph Hitler, had him and Adolph
        Hitler which one would you vote for, and they put in

64

there that Adolph Hitler lost by either eight or nine votes.

F:       Got one vote.

CW:      Got one vote, they put Crawdad had 781 and Adolph Hitler had 780. (UI) turned around and put in there you. (UI) knows have cancer.

CM:      I heard he (UI)

F:       Don't you think that Crawdad was against us in the election he thought.

absolutely.

CM:      I don't know, I've not talked to Crawdad in except one time I took him over to deep creek he wanted to go over be sworn in school and I took him over there and he got 9UI)

F:       Quite reading people's stuff.

CM:      Oh thats alright.  Ah, she ah, ah Lambert had been in (UI)

F:       Uh-huh

CM:      Ah (UI) makes me wonder about (UI) Crawdad's big 9UI) he was named, he was nicknamed by being anything other than you know what a crawdad is.

F:       Um yeah.

Cw:      pinchers.

CM:      Laughs, he didn't get that

F:       Well I be, I'm gonna be a crawdad tomorrow.

CM:      Laughing

F:       Laughing

cm:      He's ah, he got some people (UI) talked to somebody old (UI).

65

F:      Yeah, he's

CW:     And he's got (UI) ever get this (UI) going.

        laughing

CW:     I mean I just (UI)

F:      I'm gonna be...

        SEVERAL TALKING AT SAME TIME.

CM:     What was he said about Lenny, oh, I know what it was ah,
        they got ah, they got Lanny where some boys a property
        deal here, they was wanting the county to buy the
        building over there and they was going after (UI) and
        they got Lanny to call Crawdad on it.  (UI) laughing bad
        mistake cause Lanny always thought (UI).

F:      That's right,

CM:     It was a bad mistake and then Dalber rubbed Carmen's
        nose in it a little bit and then told her (UI) she'd let
        me been the last instead of bank president (UI) laughs.

F:      And he'd say that.

CM:     LAUGHING.

CW:     (UI)

CM:     But you know what (UI) Robert sometimes....

F:      (UI) right in the (UI)

CM:     What.may be but Robert has a thing (UI).

F:      Yeah, yeah.

CM:     You know he can (UI)

F:      I don't like (UI)

CM:     He said something gonna loose (UI)...we was just about
        to do that without asking my (UI).....laughing.

F:      Did he.

                            66

CM:     Yeah (laughing)

F:      I didn't think he had it in him (UI).

CM:     I think he was just (UI) smart, just a smart (UI).

F:      I think she....

CM:     (UI)

F:      (UI)

CM:     You know.

F:      I bet she lays right back down, I bet she didn't take it.

CM:     You gonna be alright.

F:      I'm gonna be alright.

CM:     You gonna be alright

CW:     (UI)

CM:     Don't go down there any indication that you are goin get you know...

F:      Going to jail....

CM:     No, what the jury (UI) wait for this and I'm gonna wait for that.

F:      I ain't gonna do that....

CM:     (ui)

F:      I ain't gonna do that.

CM:     Cause you know.

F:      I ain't gonna do nothin to Dalber.

        child talking/background noise

        BYE BYE

CM:     But I mean you know, they want me to..

67

F:       I can handle myself (UI)

CM:      You can

F:       I can (UI)

         walking sound

F:       I (UI) loose my job (UI) laughing, court laughing.

CW:      I'll see you (UI).

F:       (UI) Did ya.....

CM:      I heard he got (UI).

F:       Oh (UI) said that ah (UI) he (UI) you know.......

CW:      Didn't get (UI)

F:       Yeah, what do you think about that, that balls ain't it.

CM:      Yeah, sure it.

F:       Then it gets (UI) laughs.

CW:      We don't we don't live here in Falmouth no way.

F:       No (UI)

         moving sounds/talking/background noises

         TELEVISION SOUND

         SEVERAL PEOPLE TALKING

         But you don't live in ..

F:       (UI) if she shouldn't, I mean it ain't right.

CM:      (UI)

CW:      Well, because I asked her, that we never could (UI)
         Wanda's daddy (UI).

F:       Not this Wanda.

CW:      No,

F:      (UI)

CW:     They hid the map over there (UI) and it was the map that
        they had made but we didn't look at the right place we
        were told that she, the ordinance had never passed see,
        that's where we didn't look but heck they got map done
        and it was left there just like (UI)

F:      (UI) do something about it (UI) what I think about it I
        may not move, (UI) I may come back.

CW:     Fired up what fired you up

F:      Bye (UI).

        moving/walking sound
        talking (UI)

        various talking

F:      (UI) and you know I won't...

CW:     Here you go Wanda, we better

F:      I've always been able to handle (UI) self.

CM:     See you all later

F:      See yee. Is that (UI)

CW:     Yeah.

        walking/moving sound/various background sounds

F:      That done it.

        sound of key

F:      Got it..... (UI) behind us.

CW:     (UI) see from here - (UI)

F:      I bet (UI) watch them kids.....

CW:     See (UI).....

        loud noises
        moving sounds

69

CW:      It is ten thirty six and now leaving the home of (UI)

F:       Its ten thirty six, we're leaving the home of Cletis
         Miracle and its (UI) house.

         sound of beeping

F:       I don't know.

CW:      I'll pull down here (UI)...

         sound of beeping

         end of tape.