CM - Cletus Maricle
CHS1 - Confidential Human Source #1
CHS2 - Confidential Human Source #2
UI - Unintelligible

_____

CHS1: It is now around, ah, three forty, May the fourth.  I'll be going to Cletus Maricle's to have a conversation with him and we'll be recording.

(Long period where CHSs prepare for meeting with cletus - non pertinent conversation.  CHSs arrive at Maricle's house and non-pertinent conversation with young child while locating Maricle.  Maricle found talking on phone)

**(Conversation Begins at 8:35 minute mark)**

CM:    Well we, we can settle it right quick but the answer is no and you call that commissioner back, fax him, and tell him you talked to me and he does not have my permission.  He has no authority to give him my permission.  He is on probation under my supervision and if he wants to force Mister, ah, Sizemore to get to vote then he should, ah, ah, ah, you know, just let Mister Sizemore vote.  Ah, and you know, if he wants him to vote that's what's going to happen and that, ah, if he is assisting in that, that, ah I will deal with it properly.

(BRIEF PAUSE - THUNDER IN BACKGROUND)

CM:    Better not be in there.  You know what I mean.  I put one more out of drug court in jail today.  Ah, woo, woo, woo, woo, one more in drug court. Ah, no, no, but he, he'll be next, uh, uh, Oakley Rock.  No, Oakley won't get to preach tonight, he's in jail.  So, I mean, what the hell's the problem.  (Laugh)  That's the way I look at it all. But, ah, I don't know but you tell that commissioner that that, that is not approved by the court, will not be approved by the court and if he has a problem with it, if he wants, he can come back down there to the penitentiary to continue.  All right.  Bye.  How are you all today?

CHS1: Lord.

CM:    Better than yesterday.

CHS1: No.

CHS2: No, worse.

CM:    Worse than yesterday?

CHS2: Yes.

CHS1: Not even, I mean, can you get, did you get my message?

CM:    I got your message but I looked at it, it was a University of Kentucky number and I couldn't call it back.

CHS1: University of Kentucky?

CHS2: Called from a cell phone, we was by the University of Kentucky.

CM:    It was a University of Kentucky number.

CHS1: Ah, no I left it off my cell phone.

(THUNDER IN BACKGROUND)

CM:    Well actually there may have been a University of Kentucky, that may have been a number and I thought it was because the University of Kentucky could have been calling to confirm Blake's appointment. (PAUSE)  I got your message but, ah...I was just uh...

CHS2: Well, let me tell you, ah, Kennnon's not in the room but let me tell you what happened.

CM:    Hey just a minute, let's see.

CHS2: Okay.

(CM MUMBLING AS HE IS LOOKING THROUGH CALLER ID.  BEEPING SOUND AS CM SCROLLS THROUGH CALLER ID - NON PERTINENT)

CHS2: Should be eight one three eleven oh four.

CM:    University of Kentucky.  Three two three five five three three, that's what this one is. Cell phone seven thirty five.

CHS2: That's it.

CM:    Eight one three, one one oh four.

CHS2: one, one oh four, yeah.

CHS1: Yeah that's it.

CM:    When I picked this up and looked at it, I got that...

CHS2: Well let me tell you.  I went in there at 5:55 and didn't get out until seven, ten after

2

seven.  He tried to get a..that man went off on me...

CHS1: An order to, he tried...

CHS2: ... an order, an order on me right then, when I plead the fifth amendment

CHS1: ...from a judge, he tried to go get a judge right then and left Wanda sitting in there for forty, for forty minutes or better.  And ah, she tried to go through and answer, you know, questions, you know...

CM:    Was your lawyer there?

CHS1: Yeah, he, was outside.

CHS2: Well, yeah.  I, I, he, huh, every question he asked me was about you.  Every single question.

CHS1: Didn't, nothing about Doug Adams this time.

CHS2: No.  And I plead the fifth Amendment on five of 'em, about five questions and I got ready to plead the fifth again when he said this is bull shit and slammed the thing down and said I'll be right back and I said I think I need to talk to my attorney and he said no I think you need to sit right there and he left me sitting in that room with about thirty people for probably thirty-five, count em up, no probably thirty-five, forty minutes.  Come back and when he came back he asked me to step outside and got Brent and told me I'd be getting some kind of letter that would make me...

CHS1: Testify or go to jail.

CHS2: Testify or go to jail Monday morning.

CM:    What was he asking?

CHS2: He asked me.  Asked me a few questions about Wayne Jones.  He asked me if I prior to the May 2006 election did I see any candidates, any candidates contact me to work for them during the election.  He asked me if I was friends with you.  I answered that yes, you know, and he asked me ah...

CHS1: Well, you got 'em wrote down, didn't you?  Didn't you write something?

CHS2: I, I, yeah let me go.  I wrote a few of 'em down.

CHS1: Go get 'em.

3

CHS2: Where's the keys, did I bring 'em in? I'm so tore up I don't know whether I'm coming or going.

CHS1: You, you must have brought 'em in.  Somethings laying right there on that table.  Son, that Brent Caldwell says he's, said this is blowing his mind.  That he's never seen 'em like this.  He said since I've been down there he said I've not seen, he said, now he said Steve's a hard prosecutor, he's a hard nose prosecutor.  But he said this is even unusual for Steve. I'll tell you what, son.  They, they tore Wanda up so bad that she done cried for two hours when she got out of there.  I mean, and ah, and, and you know, she didn't know.  I mean, she took the fifth Amendment but son she...

(BRIEF PAUSE - THUNDER IN BACKGROUND)

CHS1: What did they ask Phillip?

CM:    Ah, generic type questions.

CHS2: Dobber disappeared forever and then surfaced after I left.

CM:    Ah, really, nothing of any great consequence on Phillip, ah, did he have any meetings with candidates, ah, whether any meetings with election officers.

CHS2: They asked me more than that, but that was all I could remember.

CM:    About Phillip Mobley.

CHS2: Yeah, and they asked me if I'd, ah, met with Phillip Mobley.

CM:    Here we go, what did they, did you meet previous before the election?

CHS2: That was, that was my third question they asked me.  They asked me lots of questions about Wayne Jones.  They didn't ask me not one question about Alman, nothing about him.  They asked me about uh...  (RUMBLING OF THUNDER). That's a mean man. Everybody talking about how nice he was, he was not nice to me.

CHS1: They ain't nobody's ever told me he was nice.  They said...

CHS2: He slammed the binder down on the desk and it popped like a gun.

CM:    What, what, do you remember specifically what he asked?

CHS2: He asked how, how the relationship between you and Wayne. Uh, asked if I had been given any favors.  Had I been offered any money, he said monetary or something but it meant money, right?

4

CM:     Yeah, probably.

CHS2: Not one question about Doug Adams, not one question about Dobber.  I even tried, ah, to bring Dobber's name up and they just, cut me ou...he cut me right where I, he told me I was there to answer questions, not ask 'em.

CM:     How many times did he mention my name?

CHS1: Everytime just about that they asked what you said.

CHS2: About ten times.  About every question was directed towards you.

CM:     What questions were they?

CHS1: Them right there on that...

CHS2: He asked me...

CM:     What questions were they?

CHS2: Yeah, that's just scribbles that I got, I just tried to, he asked me if I, if you asked me to do, to help Phillip Mobley in the elections.  He asked me if you gave me any money.

CM:     Hell no on that. (LAUGHTER).

CHS2: Right, and, oh god...

CM:     Did you take the fifth on all those?

CHS2: I took the fifth on everything.

CM:     Okay.

CHS2: And listen he, after about the sixth, cause I talked to Stephan Charles outside.  My lawyer didn't come for hour and a half.

CM:     Really.

CHS1: See that's what makes me...

CHS2: And that pissed them off.  They was already pissed off about that cause that held us, everyone us up for about three hours.

CM:     What else?

5

CHS2: He asked me um, oh, how I become an election officer over again. Did you appoint me to election officer.

CM:    Did I appoint you?  (Laugh)

CHS2: Yeah.

CM:    I don't really have any authority to appoint you.

CHS2: And, why, he asked me why, ah, Phillip Mobley wanted to be, ah, what kind of power Phillip could get out of being PVA.  I forgot to tell you that, he asked me that.  Ah...

CHS1: Buddy that's, ah...

CHS2: I did answer, I did answer that question.  I said well he worked there, you know, ah, with the previous administration.  I guess he you know liked the job and it pays pretty good, so I mean, that's, that, well I figured that's his interest.  He wanted yes and no.  That was, I mean when I started trying, like, for instance what I just told you, that was too long an explanation for him.

CHS1: I'll tell you what, Brent...

CHS2: Every question was about you.  And it was, I never expected any question to be about you, none.

CHS1: That's why that they...

CHS2: The other day they asked no questions about you.

CHS1: That's why they done that.  They was getting you...

CHS2: None.

CHS1: ...that's what they've done.  They, they figured they'd get you on surprise down there and hit it hard, aint' they?

CM:    Well I don't know no election officers, have no authority over election officers.  We didn't spend no money in the election.  And I never considered from the get go giving you money.  I never offered you money.

CHS2: Well I said no to that.  Brent, Brent told me to say I plead the fifth amendment.  Okay, but when you first go in they ask you your name and you, and where you live and I told them I was in transition, actually I had two addresses, who I was married to, where I, where I previously worked and then they started, the first question out of the shoot was

one about you.  What is your, can you tell, please tell us and all these ladies and gentleman the relationship you have with Cletus Maricle.  It took me by surprise because I mean I thought at first what are they insinuating here.  You know what I mean, it was, I, I said could you explain yourself and, and then he said, I said because I don't understand that question.  Cause I didn't understand, I didn't understand what he, I mean to me it sounded like something that they, they tried to insinuate about Doug.  Are you following me?

CM:    Um uhm.

CHS2:  That's how it got throwed out to to me and I was like I don't understand that question. Then it just exploded from there.  He just hammered me.

CHS1:  They told Wanda that she would either answer the question or...

CHS2:  Because Brent, when I went in, Brent said if you feel uncomfortable with any question, I don't give a shit what it is, you plead the fifth amendment.  He wouldn't let me do that on everything.  He made me do each individual ...

CHS1:  Did he not tell you that you're going to tell what you know...

CHS2:  He's, that was after he slammed the thing..

CHS1:  ...on Cletus Maricle.  If you do not you are going to jail.  That he is getting, he was going to get a hold of a judge that night.

CHS2:  He tried to leave and get get a judge and he come back and told me about thirty-five minutes later come back and said I will see you Monday morning.

CHS1:  He said you'd be getting a letter see, is what, is what you said he said when you come out. And I'll tell you what made me madder than fire.

CHS2:  And if he said that right in front of my lawyer out in the hallway.

CHS1:  Brent, Brent Caldwell and I'll tell you what it burned me up cause I've hung right over that kindling and I come over there waiting on Wanda.  And I was over there probably two hours outside and...

CHS2:  See, I told him to pick me up at four o'clock.  Brent didn't even get there until four.

CHS1:  And ah, and, and let me tell you what I did.  I waited outside forever.  And when Brent come out of that courtroom and he and Wanda walked out walked out, he flew back, toward that way and Wanda came walking up toward the car and all he did was throw up his hand...

CHS2: He didn't want to talk to you.

CHS1: He didn't want to talk to me, Brent didn't but I'll tell you what I would have talked, let me tell you something, boys, to me, I mean I don't know I just can't, uh, fathom what, uh...

CM:    Well, that's the way they do things.  They might get by with it.

CHS2: Did they not ask Phillip nothing about you?

CM:    Just asked him what his role was.

CHS2: So, what, did Phillip ever find out where Dobber went?

CHS1: Did they, did, did Phillip have to plead the fifth or did he, ah, ever answer the question?

CM:    They didn't ask him but eight to ten questions.  Well you were there, it seemed over in a short period of time.

CHS2: He wasn't there even twenty minutes.

CM:    Basically family history, ah, you have any meetings, particularly any meetings with candidates.  You know other than (UI)

CHS2: They asked me...

CM:    ...any meetings with election officers.

CHS1: Brent Caldwell.

CHS2: if I seen any money exchanged in the 02, 04, 06 elections.  Hit me all the way back to 02. Sent me for a loop and I plead the fifth on that.  He asked me if you were involved in the 02, 04, and 06 elections.  I took the fifth on that.  I took the fifth on everything.  I, I mean, I didn't know what to say.

CHS1: Well what can you say, I mean, what do you do.

CHS2: I took the fifth.  If they'd a asked me questions like Doug Adams, I'd know what to say. Cause I mean, you know.

CHS1: Well I figured they'd hit Phillip about all this.

CHS2: Wayne Jones.  They asked me lots of questions about Wayne Jones.

CHS1: How many, did they give you, did, did Brent tell you the number of people that they, they

8

had down there, that he was?

CHS2: Brent said twenty-two people.

CHS1: See that's what I can't understand.

CHS2: He said the day before and yesterday morning.

CHS1: Twenty-two people.

CHS2: But when me and Dobber and Phillip was there, there was the three of us, Brent said that David somebody, I don't know who David is, David, David, David Williams, another David and ah, the court clerk told him that they had twenty-two people from Clay County down there.  The day before and yesterday.  And that's why he was late because they told him to just keep calling back and he, he told him to come on.

CHS1: And that's a lot of people not to know that they was going down there, ain't it.

CM:    Yeah.  I should have heard something about it.

CHS1: Yes, I would say.

CM:    (UI)

CHS2: Phillip.  Phillip was sitting there on, next to, I mean, when they told, when he told me that.

CM:    Well he sure didn't.

CHS2: I thought good.  Phillip come out, I said Phillip how was it, he said fine.  And I'll be, I said they didn't ask you any (UI) questions?  He said no.  I went in there, sit down.  He's nice to me when I went in.

CHS1: Done a Jekyll and Hyde, didn't he.

CHS2: Kennon, you don't even know it.  You don't, don't even know.

CHS1: Well I, let me ask you this.  How can they compel her testify?  I thought, you take the fifth amendment, I mean, can they make her testify and put her in jail?

CHS2: That's what they told me.

CM:    They'd have to get the judge to order it, then you need to give 'em.  A judge can order you to do it but, I, I mean, I can't see a judge ordering you.  They can't make you testify,

9

but, he believes that's right.  I see you...

CHS1: Well, it, would Steve have enough, I mean, would he have to have a good reason to get them to, to do that?  I mean if he went out of there, if Steve Smith went out of there and done that, I mean would he not have to have a, a good reason for that?

CHS2: Well he couldn't get it done yesterday and he, his excuse was he couldn't find a judge. That everybody was gone.

CHS1: Would you think we'll get a letter?

CM:   Yeah.

CHS1: So you think they'll do.

CHS2: You do?

CM:   I think that they'll, they'll, they'll do something, they'll do a letter, I mean I don't know what kind of letter you'll get but...

CHS2: He didn't call it a letter...

CM:   I mean they will try...

CHS2: ...he called it some...

CM:   They will try to order you to do something...

CHS1: An order.

CM:   I can't tell you to do it or not.

CHS2: An order, an order.

CM:   Yeah, I can't tell you to do it or not, that's up to you and your lawyer.  Ah, particularly now, ah, ah, anyway.

CHS2: What if it was Phillip, what would you do?  If it was Phillip would you fill out that form.

CM:   I don't even know that, that, you know, you, you better listen to your lawyer.  I can't give you advice.  You know, it's too important a time.

CHS2: Why?

10

CM:    It would be irresponsible of me to give you advice.  We'd need to have three way counsel with my lawyer.

CHS2: But you're talking to me now.

CM:    I, I'm talking to you but I'm telling you when things are looking desperate there ain't no need to go down that route.

CHS1: What's, where does it come into that once that she, once, how does that make it, you know, when does it become a thing that you can't tell us anything.

CM:    Well I just can't because I gotta tell you how to, how to handle it and how to answer questions and anything like that and they find that out, they'll charge me with obstruction. Kind of sounds like they're going to indict me.

CHS2: Will they indict me too?  They'll just charge me.

CM:    They won't charge you.  I don't think, I mean, I...

CHS1: What makes you think they're going to indict you?

CM:    That's what the, that's the questions they're asking.  That's where they're going.

CHS2: Well you know I wouldn't lie to you.  I mean I...

CM:    Well I'm trying to, I know that, I know that,  I know.  I mean, I know that.

CHS2: And they didn't ask me one question about you the day before, not one.  I don't know if it's not what Phillip didn't know or, I don't know what the deal is.

CHS1: Evidentially they didn't want you to have any inkling of what they were going to ask you down there, did they?

CHS2: Dobber didn't even have to go.  Dobber went upstairs to another place.  Didn't want me and Phillip to...

CHS1: Dobber went somewhere more than what they're saying.  I, let me tell you something, Dobber's been the man that, that's been right there that's caused every bit of this.  I think.

CHS2: Dobber don't know nothing.

CHS1: Well.  Dobber knows.  Dobber knows plenty.

CM:    Yeah.

11

CHS2: I'm telling you he's told, he's told stuff about me then.

CHS1: He's probably telling stuff about everybody Wanda, and I mean, you know, I mean..

CM:    He's probably right.  He's right.

CHS1: And, I mean, you know, I mean, I think we know what we done and the thing about it is Dobber is right there and now here we are.  So we're going to have to talk to your attorney and see what you can do to try to, I mean, I was, I was hoping he could tell us what to do but if he can't.

CHS2: Then we need to get another lawyer, I'm telling you we need to get another lawyer.

CHS1: I don't know.  Honey, let me tell you, Brent Caldwell is supposed to be one of the top ones in the state, ain't, ain't he.

CM:    (UI).  I can't tell you what, what to do or what not to do.  Uh, danger in that.  I may get an obstruction charge.

CHS1: Well if you took, if a person takes the Fifth Amendment you, you think it's a good chance that we won't get, we won't...

CHS2: Can I take the Fifth Amendment again when I go?

CHS1: Well if, listen, if they, if they compel you but he, do you not think they can compel her or you think they will compel her?

CHS2: What does compel mean?  I mean he just said....

CHS1: Well compel means to make.  That's what you, that's what compel means.

CM:    Or you can do it or sit in jail.

CHS2: I'm gonna go to jail, that's what I'm gonna do.

CM:    Or you can (UI).

CHS2: I'm going to jail.

CM:    Connie, ah, Connie Hunt spent sixteen months in jail because she wouldn't answer their questions twice.

CHS2: Do they put you in jail right then on the spot?

12

CM:    They can.  They can.

CHS1: Lord gosh, lord.  I wished I'd never seen an election.

CM:    Asked her if I was involved in 02, 04, 06.

CHS2: They'll go back to all that and I'll say, listen, I.  I don't know.

CM:    Ok.

CHS1: I'll tell you what, she...

CM:    Well, I'm trying to help you better than anything, you know, but...

CHS1: ...she cried, when Wanda come out of there she cried, I, I was embarassed.  I didn't know, I didn't mean to call you on the phone, I didn't think that, ah, I tell you, I kinda felt bad about it because I didn't think it may have been a good idea but, but I just...

CM:    I've never seen like that thing up in Bath County, they counted the phone calls from various ones.

CHS1: Did they?   Well I've not called you hardly never.

CM:    I know.  I know, yeah.  Yeah, I'm very...

CHS1: So I mean, I know.  I usually just come see you but I mean, I didn't, I'll tell you what I didn't know what to do.  When, when, when, when I, when I seen her come out of there...

CHS2: Cletus I would never do nothing to get you in trouble.  Never.

CM:    I know that Wanda and I do believe (UI) I mean I know that.

CHS2: Do you believe that?

CM:    I believe that.  I believe that.  I believe that, I sure do. Ah, and ah, but I don't know anything (UI) and I've heard (UI).

CHS1: Well, you know what worries me is not...

CHS2: Darnell worries me.

CHS1: Yeah, he worries me...

CHS2: Darnell.

CHS1: ...and let me tell you we're sitting here and we know but I'm gonna tell you something. What worries me is the other twenty-two people up there.

CM:   Who were those twenty-two people?

CHS1: I don't know.

CHS2: We couldn't find out.  We tried to find out.

CHS1: But how, can you, is it public record...

CHS2: I was up in the grand jury and wouldn't talked to him.

CHS1: ...to go before the grand jury?  It's not.  I'll tell you who I think they are.  I think they're people at every precinct.  And I'll tell you what I think, I think it's people right here that Jennings White's told 'em...

CHS2: They asked me if, ah, if I could name the people that, ah, that was what I was at another precinct.

CHS1: You don't have no way of knowing.

CHS2: I said that I don't, I don' t know.  I don't even know half the other precincts.  Do you know what I mean?

(BRIEF PAUSE)

CM:   But what're doing, they done it last year and they asked people similar questions.  They make you think things you're doing that are perfectly all right something wrong with 'em. Like something's wrong with asking somebody for help.

CHS2: You won't get fired if this comes to light?  If this goes to lying?

CM:   Uh, that, look, they want to make you think the conversation is proof of it.

CHS2: Really?

CM:   No.

CHS2: They asked me if I, uh, if Wayne, you and I, and Wayne, they asked me not just one or two places, but four, have meetings about the election.  Never asked me about Alman, never asked me about Dobber, never asked me about, you know what I'm saying that's just odd.  Ah, you know what I'm saying like (UI).

14

CM:     You might not let (UI).

CHS2: Huh.

CHS1: Who did you, who did you say Wanda, who else did they ask you about?

CHS2: They asked me about, ah, Bart, (UI) Barnes.

CHS1: Yeah, I know that, but what about Bart Morris?  They ask you about Bart Morris?

CHS2: Only like one, I mean, one individual questions, you know what I mean, it was like one, he did more talking than I did, you know what I mean.  He just kept on and on and on.

CHS1: They're coming after us, ain't they?

CM:     Yeah, I expected it a long time.

CHS2: You have?

CM:     They done (UI) you.  They, they tried that everybody gone over there they, they've asked questions about me (UI).

CHS2: Are you kidding me?

CM:     No ma'am, no.

CHS2: They've never asked, uhm, the city people about you.

CM:     (UI).

CHS2: (LAUGHTER) It ain't funny though (UI).

CHS1: You know what...

CHS2: What would they charge me with (UI).

CHS1: Charge you with (UI).

CM:     You mean...

CHS2: That's what they're (UI).

CM:     They didn't say you (UI).

15

CHS2: They said I was going to jail.

CM:    No, that ain't true.  Did they ask you (UI).

CHS2: No, no.  That's why they said I would go to jail.

CM:    (UI) somebody else.  It don't mean that they'll actually keep you.  You can go in there
       and, and...

CHS2: Well they, he said I was going to go to jail.

CM:    Yeah, that is (UI).

CHS2: So I won't be charged with nothing.

CHS1: Well can they, how long can they keep you for contempt?

CM:    As long as the grand jury says.

CHS1: Oh and have mercy.  That's, how long  can a grand jury state?

CHS2: (UI)

(BREAK IN CONVERSATION)

CHS1: Who you get to represent you?

CHS2: He's not that far already.

CM:    Not that far.

CHS1: Well, I'd just like to know because, hell I don't know, you know, Brent right there, I mean
       I thought...

CHS2: We're gonna hafta get somebody else because Brent, Brent (UI) how he gets.

CHS1: Brent is not used to 'em doing this kind of thing.

CHS2: (UI) before I went in there (UI)...

CHS1: Brent is not used, Brent knows that they are, that they, let me tell you what.

CHS2: Brent acted, when I come out and told Brent what they asked me.  They, I mean, (UI) for
       you but once he found out they were asking about you, he acted like he didn't want

anything to do with me.  You know what I mean.  Like it scared him to death (UI) work me up (UI).

CHS1: Let me tell you.  Brent is just trying to do the best he can.  He ain't see 'em.  Brent has been used to being  able to, to not go through what they gone through what they're going through.  They're unusually hard on us right here and it's not easy (UI).  You think he would be, I probably he ain't.

CM:    I think, I mean, I know he's got a reputation of being a good lawyer, but ah...

CHS1: He works for, ah, Adire, Kirkland.  I mean, you know, I mean, he's, I, I don't think you need to switch attorney's now.  I think he's a good 'un, I think.  They ask you anything about Todd Driver?

CHS2: No.  They asked nothing about Dobber.

CHS1: I'll tell you what I look for 'em to do.  I look for 'em to do something over rocks stuff (UI).  Now I'll tell you what, every time I look at that stuff down there, they was, them orders by the time (UI) on these, ah, before they had these dismissals.  Didn't have nothing said on any of them with what to do with money and guns.  Did you put that on, you put that on your orders pretty well every one of them cause most of them I got (UI).

CHS2: (UI) one person, one person because my lawyer's human is what they asked 'em.

CM:    You know I that...

CHS2:    (UI).

CM:    ...that I always sorta thought that that might be what they done but ah...

CHS2: You did?  Why didn't you tell me that?

CM:    Because I just, I wasn't really sure and I could never, you know I could never really formally reply because really I've been in connection with (UI).  Not like I bought thirty.

CHS1: Here you go.

CHS2: They asked me if...

CM:    (UI).

CHS2: They asked me other, you know later on and then, I just, for all I know, I mean...

CHS1: Well we was, we was, we was...

17

CHS2: ...(UI) and he said yes and no, don't shake your head.

CM:    Like later on, what do you mean?

CHS2: Like before two thousand.  I mean I don't, I said...

CHS1: Like going back to all the way to March and I...

CHS2: Well he went, well let me know specifically oh two, oh four, oh six.   Listen I shook my head like that, no, and he said speak up, don't shake your head.  I was treated like, ah, low class person.

CHS1: Well let me tell you something.  Their job is get  whatever they can out of you and, let me tell you something, you take a...

CHS2: Have no idea what Dobber, I ain't going around Dobber.

CHS1: Oh.

CHS2: I ain't going, you (UI) I ain't going nowhere around him.

CM:    (UI).

CHS2: I said Dobber where you going and he (UI)...

CHS1: (UI)...

CM:    That's a (UI).

CHS2: ...at the elevator and the, a meeting and his lawyer who's called laundry or something like that.  Seen him back there.  I said Dobber where you going, did they call you and he went.  I said where you going?  Upstairs.

CHS1: Lundy.

CHS2: Lundy was his name and then we get...

CHS1: Lundy.

CHS2: And I said Phillip, where'd Dobber get off to and he said I ain't seen Dobber since I got up here.

CHS1: He hired Lundy.

18

CHS2: Lundy.

CHS1: Was that the guy's name from Corbin.

CM:     (UI) on Phillip.

CHS2: (UI) somewhere.

CM:     (UI) on Phillip (UI).

CHS2: So they didn't really ask him nothing.  They didn't ask him nothing (UI), did they?

CM:     Yeah.  Asking him (UI) any meetings with candidates.  Asking him for elections officers, other than you know like (UI).  Ah...

CHS1: Well where can they construe that they was any meetings.  I mean what is an official meeting, I mean what...

CM:     With, I think where it call comes from...

CHS2: (UI).

CM:     There was talk about some meetings on Friday night or something.  But there wasn't no meeting that I know of on Friday night and it was law, it was, from what I can find out, if there was it, it would have been first (UI)...

CHS2: What Friday night, I mean, were you talking about...

CM:     ...the Friday night where...

CHS2: Oh.

CM:     (UI) which I never realized.  (UI) talked to me, I can talk to them.  They'll ask whens last time you talked to me.

CHS2: They didn't ask me that.

CM:     They will.

CHS2: They will.

CM:     They will.  (UI) told me what questions you were asked.

CHS2: What else should they do?

19

CM:     (UI).

CHS2: Just say no.

CM:     I'm not gonna tell you what to do.  You, you...

CHS1: He's playing safe on that one Wanda.

CM:     Well I need to know.

CHS2: I certainly don't talk to nobody (UI).

(PHONE RINGS - MARICLE ANSWER PHONE - NON-PERTINENT)

CHS1: You know what I'm thinking, I'm think Darnell told us something because I can remember Darnell coming up here when me and when me and you, Cletus and everybody else sitting on the floor.

CHS2: (UI) wait a minute.

(MARICLE FINISHES UP TELEPHONE CALL)

CHS2: Now what was that about Darnell?

CHS1: I said I wander if Darnell had been talking to 'em because all I remember wh...Darnell's been around.  Darnell came up here one day when you, me, Clete, and Phillip and Judy and everybody were sitting up here on the porch up there but I don't think that they...

CM:     (CHS2), how many times a week have we seen each other the past five years.

CHS2: Two or three times a week.

CM:     Three times a week, that's right.  And...

CHS2: Sometimes more.

CM:     Asking, asking (UI) is wrong but I'm going, I guess I'll go to the pen, because I ain't gonna stop seeing (UI).  Ah, (UI).

CHS2: That's who I think it's Dob...Dob...Dobber and I said Darnell's, I mean...

CHS1: Let me tell you something I don't think no (UI) it's Darnell because I, I don't know who it is.  I'm just sitting here and guessing and speculating.

20

CHS2: Dobber with someone.

CHS1: Well Dobber, if Dobber got one he come over there...

(CONVERSATION INTERRUPTED BY MARICLE'S GRANDCHILD - NON-PERTINENT)
(BRIEF PAUSE WHILE CHS1 USES THE RESTROOM)

CHS2: I've never been in jail but supposed, I figure...

CHS1: Let me tell you something, if I, let me tell you it's (UI).  Cause if they, if they put you in and they want to keep you there, you're killed.  (UI).

CHS2: Yeah (UI) got killed.

CHS1: I don't know what they're going to do but I can tell you one thing.  If there was twenty-two people down there you can bet that Jennings and Vernon...

CHS2: (UI).

CHS1: ...that Jennings and Vernon...

CHS2: He didn't ask me one question about Jennings and Vernon.

CHS1: Well that's because they've already got 'em.

CM:    That's exactly what (UI) Jennings and Vernon.

CHS1: Yeah Vernon and Jennings ta....

CM:    They're not all that, Jennings and Vernon (UI).

CHS1: And let me tell you something that, that, boys, you go back and look at the way those elections was worked for years and years.  Jenning's wife think nobody knows no better than he does.

CHS2: He's had to be the one (UI).

CHS1: He had to be doing, he's had to be the one tell them anybody (UI).

CHS2: I ain't tell her nothing.  I ain't see her.  She asks me I'm sorry, I tell her nothing.

CHS1: You better not, boys you tell, she will tell as far as (UI).

CM:    The best advice I can give each of you today.  Go home, stay calm, do not get out of the

21

house.  Don't talk to nobody..

CHS2: Barb's big now.

CHS1: Well you can't tell (UI).

CM:    That's what goes, that's the best advise I can give you.  For your sake.

CHS1: Stay away from people.

CM:    (UI) followed you every where you go.

CHS2: Who?

CHS1: You reckon they followed us up here?

CM:    Oh sure, they know you're sitting here right now.  Absolutely.

CHS2: I come from my house.  I should know.

CM:    I don't, I don't care.  I'll bet you anything they're out there right now.  I'm telling you right now (UI).

CHS1: Well let me tell you this...

CM:    I'm here right now.

CHS1: They have been, they been lights going on and off the Bowl, the old Bowling House right there?  We saw caught lights coming on at night for the last probably week and a half, two weeks.

(CHS2 HEARD TALKING IN BACKGROUND WITH SMALL CHILD - NON PERTINENT)

CHS1: Ain't nobody living in it neither.  And, so either they gotta show it or either they've lost something in the dark and they've had to find it.  Turn them on, turn them back.  They one good thing about it.  There ain't no way they can, ah, ah, that they would have been able to see if it's (UI) because every house over there, buddy,  there's a hundred houses around us, ain't they (LAUGHS).  I'll tell you what.  I was hoping, buddy, to start me a new life.

CHS2: I bet Wayne (UI).

CHS1: Oh, they been more than happy.  Found out Freddy Thompson.  You don't think they will?

CM:     (UI).

CHS1: Why because you think they won't (UI)?

CM:     (UI) they won't get the (UI).

CHS2: Maybe that's...

CHS1: Well that's true.

CM:     Anything important

CHS2: (UI) since they don't know (UI) Wayne.

CHS1: Well let me tell you something, that's a very good possibility because when Vernon was cleaning and doing all that stuff down there, he may have been already there.

CM:     I don't know.  They don't have to come up with something but, I mean, I know they won't because I heard (UI) there's nothing they won't do to get to me.

CHS1: Well you know what I can't understand that.  Is everybody else they get after they it don't take 'em four or five months to get.  They been after you thirty years looks like they woulda, I mean can't they get just about anybody they want to.  I mean they can, can't they.

CM:     I guess so (CHUCKLES).  I guess but they never have really, you know.  I ain't done nothing.

CHS1: I know...

CM:     (UI) you know.

CHS1: ...I mean I understand what you're saying but I mean I'm just, but I 'm just saying, you know, if they really wanted you that long.

CHS2: They'll put me in jail, won't they.

CHS1: Yeah.  If he, if, if according, if they get you, if they, well do you think that they hafta get that from Washington or can they a judge sign.

CM:     I think they hafta get a judge to sign.

CHS1: Is that the only way to compete?

23

CM:    I don't know how hard that is.  I don't know.  And it's been a long time since I've been...(UI).

CHS2: Did you ever hafta get that?

CM:    What?

CHS2: Get an order like that.

CM:    It was just a statement.

CHS2: Oh, oh.

(BRIEF PAUSE IN CONVERSATION)

CHS2: Ah, I'll tell you it's scary.  Heck, I don't know what we'd a done to that man but he is pissed off.

CHS1: Now let me tell you something they, they, they, ah...

CHS2: He acted like I'm just a liar.  The biggest...

CHS1: ...the Clay County is just, they're on Clay County right now.  That's...

CM:    Huh?

CHS1: They're on Clay County I said.

CM:    Yep.

CHS1: And they're move on after they get done here.  They've move on to somewhere like, they were on Floyd County, I think, for a while wasn't they and then they'll go on to, ah, another county and they'll probably...

HS2:   But here (UI) we can make up there (UI) now (LAUGHTER).

CM:    I won't say that.  It might be best for a while not to communicate to tell you the truth (UI).

CHS2: You reckon they, you reckon, you reckon they know we're up here now or you just saying that to scare me or do you think...

CM:    Oh I don't, I don't (UI).

24

CHS2: They're going (UI).

CM:    Yeah, the chief of police is right down there, I mean...

CHS1: Well they may, they may, you know, just to watch to see if we did come.  I mean, I never even thought about that but I mean, you know I...

CM:    That's right.

CHS2: I'm glad I didn't come last night, cause we stopped and ate and get the kids and ate.  If they followed us, they'd be bored to death.

CHS1: Well, they had to sit outside the, ah, Ryan's Steakhouse.

CM:    But I can't tell you how to answer the questions.  I mean, that's...

CHS1: Well you probably hafta be answering your own before long in my opinion.

CM:    I don't need to answer any questions.

CHS2: (UI).

CHS1: We need to call, we need to call Brent.  I'll tell you what, Brent'd probably kill...

CHS2: (UI) come up here.

CHS1: Well yeah, he thinks he was.

CM:    (UI).

CHS1: Well (UI).

CM:    (UI).

(CONVERSATION INTERRUPTED BY SMALL CHILD - NON PERTINENT)

CHS1: The one I told you that they've been, ah...

CM:    (UI) pictures.  Get that truck out there to (UI) or that I'd fix it if you'd (UI).

CHS1: (UI) pictures sitting here right now.

CM:    (LAUGHS) Keep looking up here.  Absolutely.

25

CHS1: They might be.

CHS2: The one's in (UI).

CHS1: No, it ain't, I know it ain't.

CHS2: (UI).

CHS1: I know that, I know that, I know that (CHS2).

CHS2: How in the world did anybody, how did we get into this shape?

CM:    Just because they want to get somebody and, ah, (UI) illegal we got.

CHS2: I mean...

CM:    But, you know, that ain't gonna say they ain't gonna try to say you did.

CHS1: It wouldn't bother me if Dobber didn't know what we'd done.  If we, if it weren't for that, it would not bother me.  I...

CHS2: They'll go into more debt, ah, questions when, when, if I go down there Monday, won't they.  Even more, huh.

CHS1: I don't see how they're going to get your letter by Monday.  I mean, how can they get your letter, it's Friday.

CHS2: Well maybe I, maybe I, hopefully I won't.

CHS1: There won't be one by Monday, couldn't be really or they, unless they send you...

CHS2: Could they fax one?

CHS1: Well no they could maybe send one to your attorney but they might come down here and serve you papers, you know, if they serve you papers then...

CHS2: I'm gonna...

(CONVERSATION INTERRUPTED BY SMALL CHILD - NON PERTINENT)

CHS2: I didn't even want to tell you.

CM:    Well.

26

CHS2: I said that's gonna tear him all to pieces, (CHS1).

CM:    Well, it don't make you feel good but...

CHS2: I'd rather not know.

CM:    Well I hope, man needs to know, needs to know.

CHS1: Tell you what everythimg...

CHS2: (CHS1), I'm glad you didn't get him last night because I told, did you get the message?

CM:    I got the message over there...

CHS2: I said don't leave him no more message, I mean he'll, he'll be (UI).

CHS1: Wayne.

CM:    But see I saw that University of Kentucky number by and I got around to pushing it back and it...

CHS2: Yeah.

CHS1: You know that...Wayne talked to Dobber five or six...

CHS2: I know.  I ain't (UI) in talking to Dobber.

CHS1: You can't.

CHS2: I ain't talking to nobody, nobody.

CM:    That's, that's the best advise I give.

CHS2: I mean you, huh, I wish I'd a took it the other day when you told me not to but I didn't say nothing.  I mean, I was just trying to see what he was going to say.

CHS1: No Dobber's come out, Dobber will come out smelling like a rose, somewhere.

CHS2: I don't know.  Vernon thought he'd come out smelling like a rose too.

CHS1: Who knows how he's come.

CHS2: He's in jail.

CHS1: Yeah.  (PAUSE) (UI) that's why it's, ah, best key they've got but they don't go past him. He ain't been involved.  He may have originally been involved in oh four but he ain't been involved...

CHS2: James don't got nothing on me to tell.  He know anything on you?  Does he know anything on you, (CHS1)? (LAUGHS)

CHS1: Well if he does, you know, no I mean, no I mean...

CM:    Yeah.  (UI).

CHS2: Yeah.  I didn't mean to aggravate you.

CM:    Oh, it, this...

CHS2: I didn't mean to aggravate you.  I know it, I know you aren't but I didn't mean to.

CM:    ...well this, I'm not, I know that, I know that.  I know that I'm not aggravated at you. (CHUCKLES)  I just, you know, that, that, that a person gotta go through this and living in a free country.  That's not a good feeling but...

(BRIEF PAUSE - NON PERTINENT CONVERSATION)

CM:    Well, I'm gonna (UI) in the house.  I don't want to sit here.

CHS2: You don't want a (UI) either.

CM:    I'll, I'll be right back.  I'm gonna go grab something.

(MARICLE LEAVES ROOM - NON PERTINENT CONVERSATION WHILE CHSs TALK WITH SMALL CHILD - LONG PAUSE - MARICLE RETURNS BRIEF NON-PERTINENT CONVERSATION)

CM:    How many times did you say they mentioned my name (UI)?

CHS2: A lot.  (LAUGHTER)  A lot.  My, listen I was so rattled when I came out (CHS1) said you better write down what they asked you.  I, they asked me more than that but I couldn't remember.

CHS1: Well I'll tell you what you musta see, I'm gonna tell you something...

CHS2: Brent had rattled me even more.  Brent, Brent was being a prick.

CHS1: That's because he can't get nothing done.  Whenever people wants to, they can't help you,

28

they get mad at you.

CM:     Yes a deedee.  Hello?

(MARICLE ANSWERS PHONE AND QUICKLY HANGS UP)

CHS2: It's got me so paranoid right now.

CM:     I'll tell you, I mean, they've got forty people here working for how long, I mean, you know.

CHS1: Hey, how many?

CM:     Forty.

CHS1: When?

CHS2: What do you mean forty people?  Forty FBI people?

CM:     Yes.  That's my opinion of it, I don't know.

(MARICLE ANSWERS PHONE, BRIEFLY TALKS, THEN HANGS UP)

CHS1: You think they had that many here?

CM:     I hope not.

CHS1: Lord have mercy.

(SMALL CHILD INTERRUPTS)

CHS1: I guess Steve felt pretty good for, for Phillip.

CHS2: They didn't do Phillip the way they did me.  That's like, you know, you, you's think I'm lying.  They think because I'm a woman and that, ah, I'll crack is what they think.  He swim shitted me (CHS1), I tried to tell you.  You think, I mean, he got, you don't think he did that but he did.

CHS1: You know better than saying when you was on pawpaw, (CHS2) so that ain't what you say.

CHS2: What?

CHS1: I said when you come from pawpaw you...

29

CHS2: They don't know that.  (LAUGHTER)  I'm serious, they don't know that.  But you see what I'm saying though, a woman and the right (UI).   I thought I'd go in there and talk my way out of it.  I would.

CHS1: But you couldn't have.

CHS2: Yeah, try to do that Monday.  Or Wednesday or whenever I get le...if I get, I might not get a letter.  He might just be doing that to scare me, but Brent thinks he will.

CHS1: Well you know what, that's why Brent's upset because he hasn't been able to get his usual...

CHS2: Brent ain't done nothing.

CHS1: Oh, I think he's done whatever he could and I think that they have basically said look this is what we're doing and he ain't able to do nothing about it and I think we've put so much pressure on him to do something about it that he's about ready to say sp...you know, I mean when you, you're straight forward and you talk to him just like you talk to anybody.

CHS2: Well, I'm paying him.

CHS1: That's right.  You think they'll get Wayne?

CHS2: Well it sounds like they're going to.

CHS1: Well if they...

CHS2: Everytime they asked about him they asked Wayne in the same sentence.

CHS1: I'll tell you what, Wayne definitely had hisself in too much just like (UI).

CHS2: Yep, (UI) got the wrong conversation.

CHS1: Um uhm.  Tomorrow's (UI).

CHS2: What you think about (UI).  I know you're not jumping for joy.

CM:    Well, I'm not jumping for joy but I'm not shocked.

CHS2: I can't believe you're not shocked?

CM:    Shocked is (UI).  (UI) if you've been around here twenty-eight years it's been, you know.

CHS1: How many times have you been just setting here like this probably and then nothing

happened.

CM:    Well it's where they ask the questions before the grand jury (UI) more FBI agents.

CHS1: Would anybody ever come and told you like me though...

CM:    Probably not.

CH2:   Nothing...

CM:    Probably not...

CHS2: I mean think about it.

CM:    ...(CHS2), probably not.

CHS2: You know.

CM:    Yeah, probably not.

(SMALL CHILD INTERRUPTS - NON PERTINENT CONVERSATION)

CHS1: I don't know if it's good that they didn't ask you about...

CHS2: Do you think that they'll indict Phillip?

CM:    I don't know.  Hope not.  I don't know what they want.

CHS1: Who do you think the ones they want are?

CM:    Well, obviously I'm one of 'em.

CHS2: Do you think they want me?

CHS1: You think they want Wayne.

CM:    Probably not.

CHS1: You don't think they want Brady though.

CM:    I don't.  I think they want (UI).  Yeah, come to think of it I...

CHS2: Barb, you think they want Barb?

31

CHS1: Probably not.

CM:    I think, I don't know (UI).  Yeah, she's a former state representative but (UI)...

CHS2: I (UI) you better not speak to her, I'm serious.

CHS1: I'm like him.  I ain't no way.  She'd be all...

CM:    (UI) believe it or not Alman.

CHS2: There ain't nobody left.

CM:    Ah...

CHS2: To get...

CM:    Doug maybe.

CHS1: Doug Adams?

CHS2: Doug Adams?

CM:    Yeah, maybe, maybe not but ah...

CHS1: Let me tell you he oughta, when they're after someone...

CHS2: Why do you think he asked me about (UI) got so many and not one question personally.

CHS1: Because they want to cut you off from going down there.

CHS2: They want to get a story together before I went.  To see (UI) is what it was.  (UI) (LAUGHS).

CM:    Oh lord.

CHS1: Worrying ain'tcha.

CM:    Me?  Buddy, it don't make you feel good, I mean, but you know, what happens happens. I can't (UI) they can just (UI).

CHS2: (CHS1) did I tell you when you was in (UI) .

CHS1: No.  They told me that a, but I'll tell you what I did now.  Why they asked me about Todd Roberts that's all they asked me about.

32

CHS2: I hope (UI).

CHS1: All they asked me about was Todd Roberts and let me tell you something. Todd Roberts sit there. I told 'em one knowed that all I knew was what these policemen had told me. So I really wasn't of no assistance to them other than telling 'em that these policemen had said this and they'd hafta go verify what the police had said because that's the only thing I knew. And then asked me if he drove around with Bobby Jo Carry and I said yes. I seen him ride around with him passed me by. I mean, see they never asked a word, that's what worries me. They never asked a word about, ah, about Vernon and, son, they come up there and...

CHS2: They never asked you one thing about (UI) got him that night.

CHS1: No, I now I was, got him that night.

CHS2: (CHS1) was there.

CHS1: I was up there. I drove on by. The brake used to...

CM:    Yeah.

CHS1: You figure they had him a long time before they got him?

CHS2: I wandered why that they, ah, had you (UI) and then went and got Vernon. To make it look like you told something on him?

CHS1: I don't know.

CHS2: I mean, give you the time enough.

CHS1: They, but they had, they had the day we was down there (CHS2) they had fifty-two or something like that. You remember? I mean it was a sight. Richie Couch and ah, Gary Gregory had to be down there. And you had, ah, I ran into the Hubbard boy, the Richard Hubbard. And ah, run into, ah, ah, the guy that run JJ's out here and run into, ah, heck they had Floyd Guess Junior down there I think.

CHS2: How much you wanna bet like what he's saying, that they ask Dobber if I come (UI).

CHS1: I guarantee they did.

CHS2: And I did. Not the night before, but, ah, the night before...

CM:    They'll ask you whether (UI).

CHS2: I'm gonna say no.  I am (CHS1).

CHS1: Well, you'll just...

CHS2: Then they'll ask what we talked about, won't they.  Won't they not?

CHS1: Well he said it would be a good idea for us not to come back for a while, didn't ya?

CM:    I think, ah, they ask you to say (UI) talk to nobody (UI).

CHS2: Did he really?

CM:    Yeah.  Plus, I mean, the more you're out, the more you stir up, the more people talk and (UI).

CHS2: That's what I asked the man, what everybody that's been here knows that I was down here.  Donnie Thompson called when we were pulling...

CM:    (UI).

CHS2: ...in the pulling the (UI) when (CHS1) dropped me off and asked, ah, asked what was going on.

CM:    (UI) I have no idea.

CHS2: They think they just not answering the phone I guess?

CHS1: Ah...

CHS2: Ain't got a phone over here no more.

CHS1: If there's any more happening, stirs up much I'll have to (UI).

CM:    Your cell phone nu...number...

CHS2: Eleven oh four.

CM:    Eleven oh four.

CHS2: (UI).

CM:    Okay, okay.

CHS2: I mean the eight one three.

CM:      Eight one three, eleven oh four, okay.

CHS2: The house phone's not working.  I don't (UI) over there.  What'd you say about phones.  You think they, they see...

CM:      Well I mean any phone (UI).

CHS2: How?

CHS1: They call it ping.

CHS2: I know they can listen to it but how do they know who, who's called?  I mean...

CM:      Well they...

CHS1: Well, caller ID, buddy, you got caller ID.

CM:      They can get around the phone company every call that you make.

CHS2: Oh okay, okay, okay.

CM:      Every call you make.

CHS2: Okay.

CM:      Off your phone or printout or cell phone or...

CHS2: Okay.

CHS1: They ain't such thing as not being able to be traced anymore.  Too much technology.

CM:      That's right.

CHS2: I don't think that's what it is, well, I mean, I'm not the FBI but I tried to get a phone for somebody aggravating me and I never could get it.

CHS1: You ain't the FBI though.

(MARICLE SPEAKS WITH SMALL CHILD - NON PERTINENT)

CHS2: (LAUGHS) Will you sell my bonds if I get in jail?

CHS1: They just...

35

CM:    (UI) the bond.

CHS1: No, they'll put you in for kin...

CHS2: Will they give me a bond?

CHS1: Let me tell you something, they did that Clinton...

CHS2: Cletus, I'm serious will they or not?

CHS1: No they, they won't give you not bond.  They...

CHS2: I, I have, Cletus look at me, I feel I'm going to jail next week.

CHS1: They put you in...

CM:    Well, I'm not going to say you may not, I mean, I...

CHS2: But will they fill, will they give me a bond?

CHS1: No, if they hafta put you in for that, they hafta put you in until you decide to testify, is
what they do.  And they put that woman in...

CHS2: They'll make me just sit there?

CHS1: That's right.  They put that woman in that used to work for Clinton...

CHS2: (UI) send you to court like they do now.

CHS1: Didn't they put a woman in there that used to work for Clinton...

CM:    They have to go to court.  It has to, I mean, it has to be the judge.

CHS1: (UI).

CM:    Huh?

CHS1: Didn't they put someone in there that worked for Clinton or for Hillary one time and...?

CM:    Oh yeah, she stayed, ah, that's right, the, I was thinking, ah (UI), what's her name, ah...

CHS1: I forget.

CM:    ...stayed for a year and a half or something liked that...

36

CHS1: Something like that, sure did.

CM:    ...refused to testify, ah.  What was her name?  The wife was in business with the...she was younger married to the older man.  What was her name?

CHS1: Seems like...

CM:    Susan McNewton.

CHS1: Yeah, that's who it was.

CHS2: What'd she do now?

CM:    Susan McNewton.

CHS2: Why'd she get put in jail?

CM:    She refused to testify.

CHS1: Refused to testify against the...

CHS2: They let her sit in jail a year and a half?

CM:    Yeah she sit (UI).

CHS1: And Clinton couldn't even pardon her because she was in there.  Because it was on...

CHS2: Would you sit that long for somebody?

CM:    Yes.

CHS2: You will?

CM:    Yes sir, yes ma'am.

CHS2: (LAUGHS) That's so dumb.  Would you sit that long for me?

CM:    That's right.

CHS2: Okay.

CM:    I (UI).

CHS2: All right.

CM:    I'll be there for you and ah, that's, ah, I will not.  If I've seen somebody shoot somebody (SMALL CHILD YELLS IN BACKGROUND) (UI) but before they, ah, (UI).  As for other things, no.

CHS1: You ever been to jail in your life?

CM:    Walk ins.

CHS1: I'll tell you what, buddy, I mean.  Pokes about the same way (LAUGHS).

CHS2: I'll tell you Cork, Cork'll, uh, (UI) sat in jail for (UI) (LAUGHS).

CHS1: He sit there and, the thing bad is...

CHS2: He's a professional now.

CHS1: Everybody else...

CHS2: He lied in (UI) Clete, he's a professional.

CHS1: I guess you go in there and just lay on one of them bunks and just lay there and lay there and lay there.  And ah...

CHS2: That's real cute.

CHS1: No I mean, that ain't but ah, I mean, that's what...

CHS2: (UI) balls right at your head too.

CHS1: No, I know that (CHS2), I'm just telling you that that's...

CHS2: He's aggravating at me and, and...

CHS1: No I'm not aggravating (CHS2), I just don't know what to tell you to do.

CHS2: I wish you'd been there, that's what I...

CHS1: I wished you.  I do not wish anything.  I just don't know what to, what to tell you to do.  I know one thing I wished...

CHS2: I think his daddy's pissed him off.  That's what I think.

CHS1: Well I'm sure he's not much happy with...

CHS2: And (UI) check it out on, I'm serious.

CHS1: And I think...

CHS2: You think I'm lying.

CM:    They been after me for, I told you how long and, ah, anybody think (UI)...

CHS2: You think it's strictly you not (UI) dad pissing him off.

CM:    I don't think they (UI) at.  I, I would have thought so maybe at the time but no.  I (UI)

CHS1: I'll tell you what's getting ready to happen.  What's getting ready to happen is because of, ah, you been election officer down there.  You, I wished you'd never been election officer.  Wish you never fool with election.  But I'm gonna tell you you don't know at the time and you don't know and, and you know if you're an election officer in Lexington...

CHS2: I'm, ah, you know what pisses me off.  I begged them from the time I went in not to trust Dobber.  Not to put Dobber there with me.  Did I not?  What did I say?

CM:    What are we gonna do with him.  (UI) in there (UI) Dobber.  Ain't got no say in there...

CHS2: But, but was I, was I ever, did I ever (UI) Dobber been in there?

CM:    Oh, I can't say...

CHS2: No.

CM:    ...(UI).

CHS2: No.  (MARICLE YELLS AT SMALL CHILD)  God I'm glad I didn't go back and talk to him last night.

CHS1: I'll tell you what...

CHS2: Cause I was wanting to jump all over him.

CHS1: Well, I'll tell you what I think.

CHS2: I never talked like that, think, even think about the election becoming (UI).

CHS1: Well let me ask you this, ah, have anybody see people from the Lexington mission.  Was any of them people or all them people like Don Nolling and...

CHS2: (UI) tell me anything.

CHS1: ...Mary Louis Phillips and, and Penny.  I wander if they was all there yesteryear, ah, or the day before.  Or, ah,Selma Roberts or Ray Brown or...

CM:    I have, they may have been (UI)...

CHS1: Well if they say there's twenty-two you don't think you'd be...

CM:    I don't, I don't know.

CHS2: Why they never...

CM:    I don't know and I don't believe it.

CHS2: (UI).

CM:    I might be wrong they may have...

CHS2: We was, no, we was the only three sitting there.

CHS1: But no they said they were down there Wednesday.

CHS2: (UI).

CM:    (UI) there'd a been more...

CHS2: He said the day before and that day.

CHS1: The day before and that day, twenty-two more people was...

CHS2: That's what they said.

CHS1: That's what Brent said or David, whoever David was to.

CHS2: We (UI).

CHS1: Okay.

CHS2: And then Brent called, I mean that wasn't he told us, the David man.  I know that David, he's the same, let me tell you who David is because I asked Steven Charles who he was and he's the same thing that the Steven Smith is.

CHS1: Oh he is.

40

CHS2: And (UI) week.  So I know next week (UI).

CHS1: (UI) lawyer isn't he.

(BRIEF PAUSE)

CHS2: (UI) all I'm worried about is jail (LAUGHS).  That's all I'm worried about is jail.  Do you think they will?

CM:    Uh, ah, uh, ah...

CHS2: You think they, you think they would is what I'm saying.

CHS1: Well yeah they...

CM:    I, yeah.

CHS2: You do?

CM:    Yes.

CHS1: If they do it, they'll do it.

CM:    If they can do it, they will.  If they can't, if they legally can do it, they will.  Absolutely.

CHS1: Well they never take...

CHS2: I've got two kids.  Surely to god they wouldn't put a woman with two kids, well I mean...

CHS1: They put 'em in every day like that.

(SMALL CHILD YELLS SOMETHING ABOUT HIS COUSIN BEING IN JAIL)

CHS2: Um, my cousin (UI)'s in jail too.

(CONVERSATION WITH SMALL CHILD - NON PERTINENT)

CHS2: Then I guess we need to go and get clothes to sleep in.  We ain't got nothing over there to sleep in.  (UI) come up this morning.  She pulled in to (UI) where she works.

CM:    Oh, you all do?

CHS2: Yeah.

CM:     Over Remax?

CHS2: Yeah.

CHS1: Well if we're not gonna be able to talk up here, where do we need to talk with.  We need...
us.

CM:     Well we, we'll hafta figure that out.

CHS2: You's really think that they know we're here, followed us.

CM:     (UI) (CHS2), they know you're here.  Absolutely.  Without even thinking...

CHS2: Well they woulda had to sit at home for two hours and watched me from the house.

CM:     And they, and they probably know you were up here night before last.

CHS1: The other day.

CM:     ...the night before last.

CHS1: They probably been watching us and they probably been watching him.  They know every move he's made, every move, let me tell you they have so many resources that when they decide to do it, they, they, they watch everything.   You know when the people can deer hunt they put...

CHS2: Do you think they know that we're living (UI)?

CHS1: Absolutely.

CHS2: You do?

CHS1: They probably know the first time that you went over there and talked about renting that house.  They probably knew it.  Let me tell you something, (CHS2), they've got things that they can point, just like that right there and listen to a conversation up to twelve hundred feet.

CHS2: That's real nice to know.  Ain't it.

CM:     Yeah.

CHS1: I don't know that...

CHS2: I don't think it goes on around here.

42

CHS1: I doubt it does.  I doubt they do.  They just, ah...

CHS2: (UI) CSI shit, (CHS1).

CHS1: Well let me tell all, every police you ever talk to talks about CSI and they say all that stuff's a bunch of shit so.

CM:    A lot of it is (UI) do all that...

(SHORT CONVERSATION WITH SMALL CHILD)

CHS2: Well, I guess if I get put in jail, you'll know it.  It probably (UI).

CHS1: Yeah, I'm sure it will.  Let's hope that it don't...

CHS2: I'm a nobody.

CHS1: Let's hope that it don't come to that.

(BRIEF PAUSE)

CHS2: Well do you at least think I done good?

CM:    Yeah.  (YELLS AT SMALL CHILD - NON PERTINENT CONVERSATION)

CHS2: I don't know how some people go in that.  Did the same thing I did and then, and then they get by with it.  Caught, I mean, that, did that, wash them with that (UI).  They must want you bad is all I know.

CM:    They got, they got, it, ah, it means, ah, probably sound a hundred thousand dollars more for them than the monies from Washington with the HIDTA program.

CHS2: (UI)

CM:    The more people you get the more money they give.  That's the program, I mean, that's how it works.  Why would they have someone investigate these things if, you know...

CHS2: (UI).

CM:    (UI) the more they get the more money they get.  Will they get a reward because of Doug and them?  Yeah.  They get a reward and they'll get money.  That'll be, that'll be big time and they'll get more money.  I'll betcha, I'll betcha their funding will go up.  It's all about money.

CHS2: It's costing me money.

CHS1: How.

CHS2: Will Wayne talk to 'em?  What do you think?  You think he will?

CM:    Wayne don't think there's anything to be concerned about.

CHS2: Well (UI) then let me tell you, he's wrong.  I ain't, I ain't gonna go, I ain't gonna tell them nothing.

CHS1: Well Wayne, just let me tell you about Wayne.

CHS2: I ain't (UI).

CHS1: Some people deals with things like that.  Some people say...

CM:    He deals, he deals with, he can deal.  He's been there.  He's been in jail and trial.  He's been through a trial.  He's tried and testified.

CHS2: I bet it wasn't federal though.

CM:    Yes it was. I represented him.

CHS2: It was?

CM:    I represented him for bank robbery in nineteen fifty-eight and we beat their ass.

CHS2: Are you kidding?

CM:    It's ever since then that they've been after me.  You did not know that?

CHS2: No (UI)...

CHS1: Ah, yeah, yeah I knew it. (TALKS TO SMALL CHILD)

CHS2: I thought Wayne went to jail...

CM:    Huh?

CHS2: I thought Wayne went to jail for pot.

CM:    He did go to jail for pot but we beat the bank robbery.

44

CHS1: Was his pot charged federal or was it state?

CM:    Federal.

CHS1: Yeah.

CM:    I think he went federal.  I don't know, I'm not sure about that.

CHS2: And he don't think that was nothing before he got out.

CM:    He goes out hunting all the time don't he and got guns and him a convicted felon.

CHS2: He ain't a convicted felon right now.

CM:    Yeah he is.

CHS2: Well how's he the election commission.

CM:    Well that don't...

CHS2: He can't vote.

CM:    He, yeah.

CHS2: He can?

CM:    Yeah.

CHS2: He can?

CHS1: He got his rights restored.

CM:    He got his rights restored.  That don't restore your rights to carry a gun.

CHS2: Oh.  Does that mean (UI)

CHS1: He's got to restore his rights.

CHS2: He can?

CM:    He's gotta restore his rights (UI).

CHS2: I don't know.  I know his brother did, I don't know.

CM:     (UI).

CHS2: I didn't know (UI) about no magistrates.  That's what I expected they ask about is magistrates.

CM:     Ew they, they'd rather have a judge or a, (UI) but I'll tell you he had his (UI).  Probably working with, ah, (UI) gonna be there (UI).

CHS2: Oh, lordy, I'm glad I didn't talk to Ed.  Ah, see I do listen to you.  Whether you think I don't or not, I do.

CM:     Don't talk to him.

CHS2: You think he's working with 'em?

CM:     He's kissing first cousins.

CHS1: Steve or his dad?

CM:     Ah first, he's first or second cousins to him.  Well you know, they raised together from, from, ah...

CHS2: (UI).

CM:     (UI) Clay County and one in, in, ah, Knox County down there.  About as far from here as Jake Moffit's down there.  (UI).

CHS2: He's a young man.

CM:     That he's first or second cousin.

CHS1: He's a smooth operator too ain't he.

CHS2: Oh, I thought that was the prettiest man there ever was too.  I thought he was so good looking, he'd come in there, slam down that note on down to me.  Scared the shit out of me (LAUGHS).  (SMALL CHILD YELLS) Okay.  Phillips said he was nice.  He did.

CHS1: He probably was nice too.

CHS2: I confess Steven Charles didn't think he was nice though.  He'd start a fight with Steven Charles and Steven wouldn't even, he'd say grow up or, or something.

CHS1: Didn't you say Steven would smoke cigarettes in there?

CHS2: He'd smoke the whole time he was there.

CHS1: How in the world he get by with smoking in a federal courthouse?

CHS2: Listen he had my eyeballs running.  He'd smoke smoke (LAUGHS)

CHS1: Lexington's smoke free anyway (UI).

CHS2: Down there smoke, Phillip smoked too.

CHS1: Well then maybe they're allowing them to.

(MARICLE YELLS TO SMALL CHILD - NON PERTINENT)

CHS2: I think this is a bunch of shit is what I think it is.

CHS1: Well it's...

CHS2: That's what I, I think it is.  I think it's a bunch of shit, no kidding.

(BRIEF PAUSE)

CM:    (UI).

CHS1: Five four eight oh.

CM:    Six eight four four.

CHS2: Oh (UI).

CHS1: Oh, whose you trying to call.

(LARGE BACKGROUND NOISE - MARICLE MAKES PHONE CALL - NON PERTINENT)

CHS2: Are you gonna tell her?

CM:    Um?

CHS2: Are you gonna tell her they're putting me in jail?

CM:    No.

CHS2: Oh.  I'll tell you what, I should never say that.  She needs to stay home too.

CM:     Yeah.

CHS2: You know.  They'd love to, they'd love for, they put her for something.

CM:     I try to tell her that but (UI).

CHS2: You know what, to use against you, do you know what I mean?

(LARGE NUMBER OF SIRENS HEARD IN THE BACKGROUND)

CM:     (UI).

CHS2: Well we can show her, but ah, just tell, well, I mean, you've got to go anyway, you know what I mean, court.

CHS1: I'm gonna tell you something (CHS2), what a...

CHS2: You know what I'm saying though, just, I mean, they get people's kids to get people, you know what I mean.

CM:     Yeah.

CHS1: There might be a certain, certain way to...

CHS2: I mean they do.

CM:     That's what they might be doing to you.

CHS1: That's what I figured that they'd try, yeah they...

CM:     And they know they've got you.

CHS2: Well.

CHS1: Do you think they done it on some kind of (UI)?  Why wouldn't they have got me?

CM:     Well they won't see, but I mean, they, they (UI).

CHS1: Well let me tell you something, buddy, that bunch scares me to death.

CHS2: (CHS1) went in there, he took your advise, he went in when...

CM:     Well that's the, that's the only thing (UI)...

48

CHS2: ...I said come in, come in (CHS1) for me, with me, and he, he wouldn't.

CM:    (UI).

CHS2: Huh?

CM:    (UI) next thing wasn't enough (UI).

CHS2: They (UI).

CHS1: They scared me so bad sitting out there.  I, I got around the building where I thought it was safe.

CHS2: Brent spotted you though.  Brent and Phillip both did.

CHS1: Did they?

CHS2: Yeah.  You was, that's where they was at, at the top of the window where you snore because (UI).

CHS1: Well I was looking up there watching that light.

CHS2: They kept me, I sit in there with people I didn't even know for thirty-five minutes.

CHS1: Some of those people when they come out of there, they parked all over there (UI).

CHS2: That come out?

CHS1: Yeah.

CHS2: (UI) scared him as much as they scared me, I ain't kidding.

CHS1: Well they probably, you know, they probably been down there and used to it.

CM:    Ah he ain't gonna scare them.

CHS2: You don't think?

CM:    No, they're part of the system.  They're the little man getting their pay.  That's a fact.

CHS2: They love it down there.

CM:    They love it don't they.

49

CHS2: You think so?

CM:    Absolutely, they love it.  They love it.

CHS2: Just writing.  They had pads of paper like a, ah, you know what I'm talking about note pa...like those yellow pads.  And they was writing stuff.  They never asked me one question.  (CHS1) said they'd ask me questions and people...

CM:    Well, if you started asking questions...

CHS2: They never asked me nothing.

CHS1: They figure that you take the fifth amendment so, so many times that...

CHS2: Are they allowed to?  I guess they're not allowed to then, are they?

CM:    (UI) fifth amendment to their questions, you're gonna dot he same to anybody elses.

CHS1: Yeah, that's what they figured.

CM:    They wouldn't want to look like (UI).

CHS1: Yeah.

CHS2: Buddy, let me tell you, you'uns may not believe this and (CHS1) said he was nice to him, but he's got a temper.

CHS1: Well see back then though they was wanting Todd and I really didn't have anything to hide.

CHS2: (UI - LAUGHS).

CHS1: So I told 'em, I told 'em you know what jail that Mike Bishop and Kevin Thompson or one of them guys had told me and they'd have, and I don't know if it's true.  I said you'd have to ask them and that was the truth.

CHS2: Well you didn't piss him off like I did.

CHS1: Well, I mean, you know, I guess if I'd been you in your position I would have.

CHS2: Do you think, well let me ask you this, do you think they'll do that same (UI)?

CHS1: No, if they get you back down there...

CHS2: Again?

CHS1: ...they know you're gonna take the fifth that they'll have something to make you testify if you go back.  If you don't, you'll never go back, will she?

CHS2: I will or I won't?

CHS1: If you either won't...

CM:    They, they, they can, they'll try to make you come back (UI).

CHS1: The reason they might not ask much against me was on account that you have a right there, too, I'm your, your husband.

CHS2: Election fraud is, is what they're looking at.

CM:    I guess.

CHS2: Election fraud.  I wonder if they'll start asking me questions about what I did at the polls.

CHS1: That's exactly what they're gonna start asking, yeah.

CHS2: They're gonna start getting me on stuff, ain't they.

CHS1: Um uhm.

CHS2: That Dobber's told 'em.  I know where it's come from.

CHS1: That's where it's at and what you, what you gotta do is to...

CHS2: But they didn't ask me none of that.  I was scared to death Alman Stivers...

CM:    They were getting around, they were getting around to it.

CHS1: Yeah, that's what they, they were getting around to...

CHS2: (UI)

CHS1: ...and they just, they just seen where it was going and they knew if they asked you what question and what you was going to come with then they was going to get them a judge.  Let me ask you did, did they...

CHS2: Somebody said Ed had people down there a while back, a month or so again, that, that signed statements on me and Dobber election polls.  I don't know if that's, believe it or

51

not.

(MARICLE INTERRUPTS CONVERSATION AFTER HIS DOG ENTERS ROOM. CALLS FOR GRANDSON TO GET THE DOG - NON PERTINENT)

CHS2: If that's the case, if they've got people who signed stuff on me...

CHS1: Well they...

CHS2: You'd think they'd arrest me before they, ah, had me doing that.

CHS1: They'll reindict you before they arrest you unless they do that contempt.

CHS2: Wouldn't they have to indict Dobber too?

CHS1: That's a thought.

CHS2: No. How bad.

CHS1: I mean they don't have to indict, ah, anybody they want to do they, I mean that's...

CM:     They can indict whoever they want to.

CHS1: And they don't have...

CHS2: Well don't you agree...

CM:     (UI).

CHS2: ...the feds would have to indict Dobber if they indict me?

CM:     No, absolutely not, (CHS2), (UI) don't care about that.

CHS2: That don't make no sense to me.

CM:     I'm just, it don't make sense to nobody...

CHS2: He did the same thing I did.

CM:     ...it don't matter, it ain't go nothing to do with it. You're right, I'm sure.

CHS2: It ain't right, it ain't right.

CM:     If they want you, they look say I want to indict this one, I don't want to indict, if they

cooperate say I don't want to indict that.

CHS2: It, it wouldn't be right.

CM:    It may not be right, but that's the way it works.

CHS2: He did the same thing I did, that wouldn't be right.  I'll tell 'em it's not right.

CHS1: Well that don't make no difference to them.

CM:    (LAUGHS)  You know you ain't, you know, so what.  You don't, I mean, you don't mean to be smart but so what.  I don't think it's right either, so what.

CHS2: They can try (UI) smart off.

CM:    (UI) spent too much time here yesterday (UI).

CHS2: What (UI).

CM:    Or you go...Stephan Charles.

CHS2: (UI) serious.

CM:    You were down there talking, you were talking about too much.

CHS2: Does he know?

CM:    Everybody.

CHS2: (UI) Phillip and Dobber.

CM:    All those listening devices.

CHS2: Brent told me they wouldn't put listening devices in the building.

CM:    (UI).

CHS2: Are you lying to me?

CM:    That's what the KGB tells 'em in Russia too.  That's what the KGB tells 'em too.  They heard every word you said...

CHS2: That's illegal.  That's illegal.

CM:      Ain't got nothing to do with it.  (UI).

CHS1:  Probably ain't.  They probably got rights to guard them federal premises with whatever they deem necessary.

CHS2:  But I...

CM:      Sure they do.

CHS2:  But I didn't (UI).  Cletus, Cletus...

CM:      They heard you and all (UI) I mean I didn't...

CHS1:  (UI).

CHS2:  (UI) Marcus before.

CM:      You need to...

(CONVERSATION INTERRUPTED BY SMALL CHILD - NON PERTINENT)

CM:      Ah, you need, you don't need to talk to a lot of people.

CHS2:  (UI) talk too much.

CM:      I heard, I heard you do.  You needn't be off telling you're on ebay, that's a violation of the law.

CHS2:  Well hell with that.

CM:      Ain't your computer.

CHS2:  No.

CM:      On state, on city time, wasn't it?

CHS2:  Everybody does it.

CM:      I don't ca...ain't got nothing to do with it.  Ain't got nothing...

CHS2:  (UI) in Phillip's office that, ah, gets on ebay.

CM:      And they'll probably pill up on him too.  They gave, ah, Wayne Jones' boy almost (UI).

54

CHS2: That's nothing, that's nothing.

CM:    It's theft of services.  Theft of things, yes it is, ah, ah, I mean, it is, it is...

(TALKING ALL AT ONCE - UI)

CHS1: I wish I'd, I wish I'd never worked for a city.  I wish I'd never been in an election.  I wish I'd never been on ebay.

CHS2: For bidding on ebay.

CM:    Sure.  You're taking, you're taking, you're, you're using somebody else's (UI).

CHS2: Well I thought I was doing right telling him the truth, they seen me.

CM:    Well there's more...

CHS2: They came right around and seen me on ebay.  I didn't know who it was, I thought he was lying to me.  I would not have told nobody that except Steven Charles and Phillip.

CM:    I know that's (UI) Steve Charles and Phillip.

CHS2: I trust them.

CHS1: But Dob...

CM:    Ah, who heard it (UI) Steven Charles and Phillip (UI).  You didn't heard Steven Charles say anything, did you?

CHS2: No.

CM:    That's right.  You're naive.  You know all about it.

CHS2: I wouldn't have told them.

CHS1: (UI).

CM:    Huh.

CHS2: I wouldn't have told them nothing.

(WALKING NOISE - CHS1 USES REST ROOM - PAUSE IN CONVERSATION)

(CHS1 RETURNS TO CONVERSATION WITH SMALL CHILD - NON PERTINENT)

CHS2: It's a, now they (UI) more than what I said.

CM:    Well I don't, I mean, you shouldn't have said it probably they got it (UI).

CHS2: (UI).  I bet he thought I was a damn idiot.  Poor him, I bet he.  Did he say I was a damn idiot?

CM:    No.

CHS1: He probably did, but wouldn't tell you if he did, though.

CHS2: I bet he said she's just like sis.

CHS1: You know what he said, he probably said how dumb.  Why in the H E double L would you guys ever a trusted somebody like (CHS2).  She'd kick you in the ass. (LAUGHTER)

(CONVERSATION INTERRUPTED BY SMALL CHILD - NON PERTINENT CONVERSATION)

CHS2: I'm almost nauseated right now.

CHS1: You've got a good reason to be (CHS2), I mean, there ain't no...

CHS2: No, I, ah...(LAUGHS)

CHS1: Yes you do because...

CHS2: No, (CHS1) he's right.  I shouldn't have (UI), but I didn't know.  I didn't know.

CHS1: What, let me tell you something, honey, you, you...

CHS2: Let's just drop the subject.

CM:    Well that's done.  I mean I don't think, I, I don't think  there'll be any harm come out of it to any degree but just, ah, remember, remember that.

CHS2: Well, ah, a fricking lawyer would have, would have helped.

CHS1: He may...

CM:    He, he may...

CHS2: My lawyer shoulda been there.

CM:    He may have be convinced they don't do that.  I don't believe that.

CHS2: My lawyer shoulda been there at one o'clock like he told me.  Do you not agree with me?

CHS1: I'll tell you what...

CHS2: He shoulda been there with me.

CM:    But maybe he knew they wasn't gonna (UI).

CHS1: See you don't never know what they tell him or what he's talked to.  He probably don't...

CM:    They may have said we ain't gonna get through until three or four o'clock (UI).

CHS1: Yeah, he'd never tell us that.

CM:    I mean that, you know...

CHS2: Then he shoulda told me not to come until four o'clock then.  Dobber was there at eight o'clock.

CHS1: If Lundy was his attorney...

CHS2: With his lawyer...

CHS1: ...Lundy, ah, you...

CHS2: Well that's something I don't understand.

CHS1: Well Lundy's not from Pikeville, I don't know, if it's not, Lundy's from Barbourville, ain't he?

CHS2: This man looks like Colonel Sanders.

CM:    He's from Barbourville.

CHS2: Do you know who he is, he looks like Colonel Sanders?

CM:    Yeah, he's from Barbourville.

CHS2: He was there at eight o'clock, him and his lawyer both and I don't know where they went.

CHS1: Well let me tell you this...

CHS2: Minnie went with him, his attorney went.

CHS1: It don't matter how good an attorney you get if they want...

CHS2: I think Minnie was supposed to be there yesterday.

CHS1: I say she was.

CHS2: I swear I do.  Because the lawyer was talking more to her then she was, than he was Dobber.

CM:   May have been.

CHS1: I wander who loaned them the money to get him.  Lundry charged him what, twenty five hundred a hill down there.  I know he's a pretty good attorney.  I'll tell you who else he represents.  He represents Terry Danielson.

CHS2: Oh he does?  That'd be a conflict won't it.

CHS1: If he ever, ever gets indicted it would be, won't it.  Do you think they'll get any of these masters?  According to what James had said.

CM:   I wouldn't be surprised.

CHS1: I wouldn't be either.

CM:   I think Terry called the other two.

CHS1: Put them in jeopardy.

CM:   (UI).

CHS1: Yeah, there's the three.

CHS2: I think somebody said Clinton was supposed to be down there, he wasn't down there yesterday.  I didn't see nobody, but us.  I mean.

CHS1: Oh, they're done with it buddy, I'll tell you this.  They're going...

CHS2: It can't be that bad to sit in jail.  You'll send me money.  I'll need cigarettes, I'll need candy bar money.

CM:   (UI)

CHS1: They put you in Lexington, you wouldn't get to smoke anyway.  I bet they do it.


(NON PERTINENT CONVERSATION ABOUT JAILS BEING SMOKE FREE AND CHS1'S FATHER)

CHS2: Why do you think that Todd Roberts has not been put in jail?

CM:    I don't know.  I have no idea.

CHS2: Do they not (UI)?

CM:    Well I wondered about it.  I don't have any idea (UI).  Either they've got a very, very weak case on him and I tend to think they do or he's cooperating out the ahzoo with them.  But his cooperation out the ahzoo, he's spending an awful lot of money to be cooperating is all I know.

CHS2: Right.  Well if that was the case then they'd have an weak case against Vernon too.

CHS1: Vernon's already plead.

CHS2: Vernon already plead guilty?

CHS1: Um uhm.

CHS2: I didn't know that.

CHS1: Yeah he has.  You don't keep up with nothing.  I thought you knew that.

CHS2: No I didn't know that.  Is that when he went back to court, ah, the last time?

CHS1: It's when the...

CHS2: When they got Dennis?

CHS1: Yeah.

CHS2: Is that when he went?

CHS1: Um uihm.  What'd they ever do with that case on Dennis, did you ever hear?


CHS2: (UI).  (PAUSE)  Well we might as well head over to the house and run from Barb (UI) to look at.

59

CHS1: Well we need to go around and try to get us some clothes.

CM:     She come over.

CHS2: Every time we drive by she wants to know what, what happened over there.

CHS1: Yeah she wants to know what was said down there in front of...

CHS2: It's sad.

CHS1: Her questions are...

CHS2: I slammed the door on her yesterday. (LAUGHS)

(CONVERSATION BECOMES GENERAL NON-PERTINENT - MEANWHILE MARICLE ANSWERS PHONE - NON PERTINENT WITH SMALL CHILD ENTERING AND LEAVING)

CHS1: We go, let me know when, where and if.

CM:     Okay, eight one three one oh one one.

CHS1: No, one one oh four.  Eight one three one.

CM:     One one oh four.  I will call you myself.

CHS1: That's probably a good way to do it.

CHS2: What are we going to now just sit, sit back and wait?

CM:     I think, I think we just sit and...

CHS2: Wait it out.

CM:     ...and, and, and wait.  I don't know...

CHS2: They don't contact me, I don't contact you right?

CHS1: No, no, no, no.

CM:     Let them contact you, yeah just sit back and wait.

CHS2: I even more worried now right now.

60

CHS1: Well we got, I'll hafta, I'll hafta find out if it comes.

CM:    (UI).

CHS2: I'm worried about what I said now.  And trying, trying to sit here and think.

CM:    Don't worry about what you said.  That's, that's the least of your worries right now.

CHS2: Don't say it again.

CM:    Just watch what you say. (LAUGHS)

CHS2: Okay.  This sucks, don't it.

CHS1: Well.

CHS2: My shit ain't it.  It's a bunch of shit.

CHS1: Well, let me tell you, it, it's coming.  I think they're going to get a bunch from oh two.  I think Jennings is, Jennings is going to see to that.

CHS2: Ain't it been five years since oh two?  It's not?

CM:    Statute of limitations (UI).

CHS1: Yes so it'S...

CHS2: You think that's why they're moving so fast on all this stuff?  Yeah.  Statue of limitations on all this stuff.

CHS1: Oh, they're definitely, going to do it.  Otherwise they wouldn't be moving on it, if they wasn't, would they?

CM:    No.  I think, I, I ah, I think that's what it is.  Act...I, ah, I think they'll, ah you said that they'd do something this month and, you know...

CHS1: I think they will because of the statute of limitations and, and Alman out there told me and, ah...

CHS2: I wander if they got your daddy on anything about elections too.

CHS1: I don't know but I'll tell you this.  They told me that they waited to get Peanut Abner till the day.

CM:    Ah, his, ah yeah.

CHS1: And his statute of limitations was up and then that they waited four days before, ah...

CHS2: Elections stuff?

CHS1: ...Wally McDaniels before they charged him.

CHS2: You're kidding.

CHS1: Ah, four days before catching him and taking (UI) on him, wasn't it?  So.

CHS2: I guess you don't want me calling you collect from jail, do you?

CM:    (LAUGHS) If you get in jail, call collect.

CHS2: Call Blake?

CM:    Call collect, call collect.

CHS2: (LAUGHS) Oh, I thought you said call Blake.  That wasn't even funny.  Call, ah, call Blake.  (UI) Dobber (UI).

CM:    Um uhm, see you all later.

CHS1: Well ah (UI).

CM:    One one oh four.

CHS1: One one oh four.

CHS2: One four.

CM:    One one oh four.

CHS2: Judy's got it.

CM:    Eleven oh...

CHS2: Judy's got it.

CM:    Okay, all right.

CHS1: You probably won't god gamn need it, but I mean...

CM:     No, but she probably will get a call.

CHS1: Okay, all right.

CHS2: That's (UI) I don't feel right right now.  I feel like I stand by or something.

CM:     Well, you know, ah, (LAUGHS) well you may (UI).

CHS2: I don't like it.

CHS1: If some type of an emergency...

CHS2: I think I (UI). I mean if you think about it.

CM:     You can call on the cell phone, that's.

CHS1: They some type of emergency I may (UI).

CM:     On this case.

CHS1: It's not that bad.

CM:     It might even be good.

CHS1: You reckon.

CM:     (UI).

CHS1: Okay.

CM:     All right.

CHS2: I'm fixing to (UI).

(END OF CONVERSATION WITH MARICLE - NON PERTINENT CONVERSATION)

CHS1: Well it's around five twenty-eight on the fourth of April and we're leaving the home of Cletus Maricle.  On the fourth of May, it's the fourth of May and we're leaving the home of Cletus Maricle.

CHS2: (UI) Steve Charles that I talked way too much in that room and that they had it bugged. He told me never to do that again.

(NON PERTINENT CONVERSATION)

END OF TAPE.

―