CW:  It is now right around 11:55 on May 17, Thursday, I'll be going to attempt to have a conversation with Bill Alman Stivers and other parties.  This recorder will be running for a while because I have to lock it in right now.

The following transcript begins at 41:19 on the counter.

BILL ALMAN STIVERS = STIVERS

Female Cooperating Witness = FCW

Male Cooperating Witness = CW

Unintelligible = U/I

STIVERS:        You been back to court?

FCW:            I'm going tomorrow.

CW:             She's going tomorrow.

FCW:            They called and told us (U/I) for a walker.  You know Danny was crippled up?

STIVERS:        Yeah.

FCW:            Told us that we better come over there and we (U/I).

CW:             Kidneys shut down, he was alright, well, he was at the hospital for six straight weeks; we tried to get 'em to take him to Lexington.

FCW:            ....U/I....

STIVERS:        ....U/I....

CW:             They can't get him to Lexington now, but I tell you, you can't, you're in the hospital over eight or ten days, you better get to the city.

STIVERS:        You better get out of this damn place if you're over here overnight.

CW:             Yeah.

FCW:            Who lives over there, Al-man?

STIVERS:        Leonard Co, uh, oh, Wade lives there and Leonard lives up in the green house.

1

FCW:        Arlo's there?

STIVERS:    Arlo Barron lives....

FCW:        .....U/I.  That's a good one right there.  That's what you want, ain't it?

CW:         Did you say....Wanda get that notebook out of there, and let him see what Brent tried to tell you this morning.

FCW:        ...U/I........

CW:         ...U/I...

FCW:        ...U/I...

CW:         Buddy, I don't know what in the, what in the world to tell 'em down there, buddy I'm...

STIVERS:    Tell 'em the truth.

CW:         Well.

STIVERS:    That's the only thing you can tell 'em, just watch how you tell it to 'em.

CW:         Well, that's what the problem is, is I don't want, she don't want to get anybody in trouble, she's what she's worried about.

STIVERS:    I mean.

CW:         But now, I, want, you know, I mean......

STIVERS:    I never did know what they asked you, you worried about.

FCW:        This is the stuff they asked me the last time.

CW:         Well, but now, this is not all of it.

FCW:        And we added a few.

CW:         Brent came up with a few he thought they was too.

FCW:        (Interrupting) There's like 13 questions.

STIVERS:    Do you know Cletus Maricle?  Did you have any meetings with Mr. Maricle

2

before...

FCW:         Move down, get off of there.  Get off of me.

STIVERS:     ...U/I...You never had no direct meetings with him, but, but, you sure seen him but that's because you're kinfolks.

CW:          Well, you know what bothers me on that?

FCW:         That's what I need to say, ain't it?

CW:          Yep, but what, here's what you got though, you take Darnell, look right here, now. We's up there one evening, me and Wanda and Phillip and Cletus and Judy was there.

FCW:         (Interrupting) Tell him about what Darnell says?

CW:          And Darnell come up there.  Now, you know, there wasn't a heavy indepth stuff they was talking, you know, how you think the election is looking, that kind of stuff, but now is that considered a meeting, or is that considered, uh, just happened to be visiting?

STIVERS:     Well, you was just visiting, and Darnell come up; they ain't nothing you can do about that, but ......

CW:          (Interrupting) You don't want...

STIVERS:     How did you become placed on the election officer, uh, Bill Stivers and Wayne Jones.  I mean it's our right to put, put you on there.

CW:          Well, that's another...

STIVERS:     He's not been active in '02 and '04, and he wasn't even active in '06 as far as getting out and doing stuff.  We couldn't get him to do stuff that he could legally do.  And he just, we would not do it.  And as far as handling any money, I never seen him handle no money.

FCW:         Me neither.

STIVERS:     Did Cletus Maricle support any candidate....as far as support, what do you mean?

CW:          Now, see, that's what the situation I'm questioning too that bothers me.

STIVERS:     Well, you just met up there, he's your kinfolks, you've been friends for years.....

3

FCW:            That's what I'll put down.

STIVERS:        .....and, you know, that would be my thinking.

FCW:            How do you know Cletus?

CW:             You don't have no way to know how you're going to .....

(Laughing)

STIVERS:        And your mama was ......

CW:             Yeah.

STIVERS:        And your mama was cousins.

CW:             Cousins is what I'd put; me and him was second cousins.

FCW:            You need to remember this stuff cause tomorrow I'm liable to ask you.

STIVERS:        Alright..

CW:             Yeah, Well, he don't want to fool with 'em...

FCW:            ...U/I...

STIVERS:        ...U/I...He didn't promise you nothing to support Phillip Mobley, and the relationship between Wayne Jones and Cletus Maricle, they've just been friends for years as far as you know.  You don't know.  And I never seen him use his influence for nobody.

FCW:            Did  me, they asked me if I did.

STIVERS:        No, you didn't either, did you?

CW:             Well, all she did is if somebody asked her who Phillip was when she asked them to vote for him, she said well, that's Cletus Maricle's son-in-law, but......

STIVERS:        Well, that ain't using no influence.

CW:             I don't know what she did down there..... I mean.  Did she...

STIVERS:        You didn't witness any irregularities that you know of votin'.  Did you change anyone's vote without their consent nor or with their consent.

4

FCW:            (Laughing)  What!

STIVERS:        You didn't change nobody's vote period.

FCW:            Okay.

CW:             Well, here, let me ask you this.

STIVERS:        Were you aware Dobber Weaver was changing votes, not that you are aware of.

FCW:            Not that I'm aware of, right?

STIVERS:        Huh?

FCW:            How am I going to know if he did, right?

STIVERS:        That's right.

CW:             Let me ask you this.

STIVERS:        Not that you're aware of.

CW:             Let me ask you this.  What about......now let me tell you, Darnell is a problem in this thing and I'll tell you why I'm worried about Darnell.  One thing is, is...

FCW:            (Interrupting) I'll bet Darnell has to be there tomorrow.

CW:             (Interrupting)  Darnell knows that Cletus wanted you in as election officer, he knows that because Al-man and Wayne....

FCW:            It's a funny thing, they didn't keep asking me these questions that Darnell...U/I...

CW:             (Interrupting) ....No, now, they can't because they....... Now, but let me tell you something, Darnell right there buddy.  He's the man that can....that's going to mess up.

STIVERS:        He can't mess up nothing.

CW:             Now, here's what bothers me about it....is, let me ask you this.  What do you reckon they've done with Dobber?  Have you talked....do you know anything?

STIVERS:        I don't know anybody that's talked to Dobber.

CW:             See, he .........

5

FCW:        I was afraid to talk to him down there.

CW:         .....yeah, he was down there.

STIVERS:    Dobber never went in front of the same grand jury you all did.

FCW:        Dobber disappeared.

CW:         Yes, sir.

FCW:        Where'd he go?

STIVERS:    He went down to a different grand jury.

CW:         Are you kidding?

FCW:        How do you do that, Alman?

STIVERS:    They've got two or three grand juries going.

CW:         I wonder why they put him down there?

FCW:        I don't know.  I don't get that.

STIVERS:    You wasn't involved in absentee voting.

CW:         Well now that question to me, I mean, Brent may have re-worded it because it needed to be worded different because anybody, you know, that ....they was people involved that they voted because of it. Anybody that voted...

STIVERS:    You wasn't involved in absentee voting.

CW:         Yeah, I mean if anybody voted they was involved.

STIVERS:    I mean I don't know, the two election commissioners was the ones that run the machines.  Did you all meet with Charles .....

FCW:        (Interrupting) There was a meeting, but I don't remember that much about it.

STIVERS:    .....or, or, meet with Wayne Jones or, or, or Cletus Maricle prior to the election? You ran onto him, but as far as having a scheduled meeting to discuss the election, you didn't.

CW:         ....U/I....

6

FCW:            ....U/I....

STIVERS:        Who did you support in the 06 election, that's your business.  Did you.....well,
                say, no, I never influenced nobody in the election.

CW.             I mean is that what she needs to do, I mean.

FCW:            I'd say just simple yes and nos, ain't it.

STIVERS:        What's simple is, did you, did you use your influence as an election officer to
                help candidates of your choice get votes?  Say nope.  They ask me who they was
                or anything about 'em, I told 'em what I knew about 'em and that was it.

FCW:            I wonder how that they can catch a person in a lie; what's it take to catch you in a
                lie?

CW:             Well, I'll tell you what...........

STIVERS:        (Interrupting) ....You ain't lying about nothing.

(EVERYONE TALKING AT ONCE)

CW:             Well, here's what you're saying though.....

FCW:            (Interrupting) Don't I need to keep it short.

CW:             Let, let...But here......

STIVERS:        Nope, Wanda, they won't let you keep it short, buddy, you've got to get to know...

CW:             (Interrupting and talking over top of Stivers) And that's where you're going to
                have a problem because what you got ......

FCW:            ...U/I...

CW:             .....is you don't know what Dobber said there; and you don't know what Darnell
                told 'em; you don't know what Vernon's told 'em.

STIVERS:        You don't give a shit what, what they've told 'em because Vernon wasn't here in
                06.

CW:             Yeah, he was.  He was here in the May one.

STIVERS:        He was here in May.

7

CW:         Yes, sir.

FCW:        He was too.

STIVERS:    Well, I mean they can't prove it.  Did you, how did you get placed as election officer?  Well, that was me and Wayne Jones that had you fill out the papers, and the election commission picked you.  The election commission, which is, is Republican and Democrat election commissioners, the sheriff, and the clerk picked you to serve.

FCW:        (Interrupting) Well, he's done shit all over you and me both.

STIVERS:    Your name was turned in on the list.  Man, I mean that's just all there are to it.

CW:         Now, buddy.

FCW:        Is that how to answer it?

STIVERS:    That's how I'd answer 'em.

CW:         Well, let me tell you what.  Now, this is what Brent, and I'm going to tell you, I don't know if you know it or not about immunity, but do you know that once you get immunity, like she's been given, that if you get up there and lie, five years.

FCW:        Yeah.

CW:         If they can prove it, five years.

FCW:        Gee thanks, Kennon.

CW:         And then if you get up there and it's 18 months, and you've said I ain't answering these questions, even one, even if you answered all the questions, and come to one and wouldn't answer it, said that she's got that, they could put her in jail.

STIVERS:    I mean all you have to do is think just a little bit before you answer it, and you can answer them truthfully and, and never lie.

CW:         If you answer 'em right.

STIVERS:    If you answer 'em right.  Now, you never met with me.  You know you'd go up there but sometimes, you know...but the elections may have been discussed, just talking in passing, just common every day household talk is all it was, and nobody promised you nothing or, you know, and he never...alright, that bunch right there beats all ever I seen in my life.

8

CW:          Let me tell you something.  They's uh...

FCW:        Did I tell you what he done?  He had a binder, that had a clip up like this.  Let me tell you what I had to do, they asked, they asked me this question and I plead the fifth amendment.  I thought that would take care of all of them, but I guess not.

STIVERS:    That there's the answer for every damn one of 'em.

FCW:        Yeah.

CW:          ...U/I....

STIVERS:    (TRAFFIC NOISE IN BACKGROUND) And just like you want to, how you know Cletus Maricle?  Well now, you know them through your daddy, you daddy-in-law, and your mommy-n-law and your uncles, h, they're kinfolks.

FCW:        That's what I think too.

STIVERS:    I mean the simple thing is, is just think the questions out.

FCW:        It's scary though.

STIVERS:    Yeah, yeah.

CW:          You know what worries me there, Daddy went down there, and he went down there, and he answered these questions, and he, and, and, and stuff, and I don't know, buddy.  I mean he went down there and answered the, answered that stuff about Todd and son, look where he is now.  Hung right up in the middle of it.

STIVERS:    Oh, I, Cletus thinks they're going to indict him.

FCW:        He does?  Because of me?

CW:          Is that what he figures?

STIVERS:    Yeah, because of Edd Jordon, and, and Steve Smith.

FCW:        Edd Jordon sent a message for me to come talk to him, but I ain't went.

STIVERS:    Stay away.

FCW:        Cletus told me I didn't need to go.  He's told me, He told me he'd help me answer all these questions.

9

CW:             Cletus...Cletus...Well let me tell you...

STIVERS:        Cletus is scared half to death.

FCW:            Yeah, He's said he's ...U/I...

CW:             Now, here's the problem here with it, cause I'm going to tell you something, boys, and I mean I told Cletus up there yesterday.

STIVERS:        I don't want you lie in there and lie to 'em.

FCW:            Do you think, do you, look at me, do you think what it would do to me if I got somebody in trouble?  It would kill me.

STIVERS:        Oh, Wanda, if you just tell the truth and just watch how you answer.

CW:             Well, I'm going to tell you something, that's what, that's what everybody says Alman, but I mean, we're sitting right here in the middle of everywhere.

STIVERS:        I mean I've been up there folks, I know what it is.

FCW:            (Interrupting) In front of the grand jury?

CW:             Now, let me tell you something.

STIVERS:        Yeah, I went...

FCW:            (Interrupting)  Had a binder thrown down and slammed in front of you?

CW:             Let me tell you something...Let me tell you...

STIVERS:        I've had 'em throw cuffs at me.

CW:             Let me tell you something, the truth right there, the truth right there don't hurt Wanda; that's the problem, see, it hurts everybody else.

STIVERS:        Well.

CW:             And that's what you get into and it's the consequences......

STIVERS:        (interrupting) ....U/I....

CW:             I don't even know if my privilege as being married to her is in effect now that they've did this immunity thing.

10

FCW:        It should be.

CW:         And, and you know, and it's just like I told Cletus before if they're goin'...

FCW:        Tell him Alman?

CW:         ...these federal laws, boys....

STIVERS:    U/I...Wanda.

FCW:        You reckon?

CW:         And let me tell you something...They're not, they're not, they're not asking anything about you, but now, son, I tell you what if .......

FCW:        (Interrupting) Tell me they ain't, they're askin' all kinds of stuff about me.

CW:         Oh, no, they're askin' about...

STIVERS:    About me.

FCW:        No, they didn't ask nothing about you.

CW:         I can't understand that.

STIVERS:    Well, see, that's the reason why I said tell them.....

FCW:        (Interrupting)  I don't think that they know that I know you though.

CW:         Well, yeah, they know that.

STIVERS:    They know.  Oh, yeah.

CW:         I'm sure they know.

STIVERS:    Hell, yeah, they know.  Hell, yeah, they know.

CW:         You're exactly right, they know.

STIVERS:    And, you know, me and Wayne the ones that brought you the papers for you to fill out.  We was out trying to get election officers.

FCW:        Well, why, you know what I'll bet they're doing?  I bet they've asked Dobber about you then.

11

CW:         Let me tell you something here, just like I told Cletus tonight; let me tell you, Cletus gets in a dead panic anymore when you try to talk to him; I told Cletus there last night, I said now, Cletus, I said Wanda can stand to say what she needs to say, but I said the problem is......

STIVERS:    (Interrupting) Why Cletus is scared to death of the obstruction thing.

CW:         And then when you take, you take, you take, ah, you take, ah, what's his name. What's the name, Ken Taylor, whatever his name is, is that his name?

STIVERS:    Scott Taylor.

CW:         Well whoever the guy is that's up there with, prosecutes these election stuff, but now Steve Smith is a nightmare.

FCW:        (Interrupting) He's a young lawyer.

STIVERS:    Oh, I don't know.

CW:         Now, let me tell you something.  I'm afraid if they get Wanda in there and start hammering her, which Wanda knows what to do because Brent's gonna come up with more questions.

STIVERS:    Tell you what you do, you just, when they start that shit, you just look at 'em and say, now, I'm going to answer your questions, but I'm going to answer them in their entirety before I go on to the next one, and you all are not going to hammer me and try to make me look like an ass.

FCW:        You think they would let me get by with saying that?

STIVERS:    Yeah.

FCW:        Well, he scared the piss out of me, me just so mad.  I think that Phillip had went in before I plead the fifth too.  I don't know that he did, but.....

STIVERS:    (Interrupting)  Phillip said they never asked him nothing.

FCW:        Well, what was the point of him being there?

STIVERS:    So, they could show that he was Cletus Maricle's son-in-law in this election.

CW:         They're...they're getting Cletus.

FCW:        Phillip wasn't in there ten minutes.

12

CW:         They're going to indict Cletus is what I think.

STIVERS:    But now, Wanda, you just tell the truth, just watch, you know, watch how you say it so you don't get yourself in trouble, and .....

CW:         Well.

STIVERS:    ....don't lie to 'em.

CW:         Well, here's the problem is with it, is that wouldn't be the problem.  Here's the thing, when you tell the truth, and the truth puts your ass in jeopardy, Wanda ain't the one to worry about, see, she's worried about Cletus and you.

FCW:        I'm worried about you, too.

CW:         Yeah, she's worried about me, but here's the thing, and here's what bother me. Darnell raised all mortal amounts of cane because that, ah, they put Wanda in there as an election officer at...U/I...

FCW:        ...U/I...I'll tell you what, they's...

STIVERS:    Well, I'll just tell you something...

FCW:        Why'd they get him some money for?

CW:         But, uh, uh...

STIVERS:    Here's the thing about it.  It wouldn't left up to Darnell to put in nobody.

CW:         I know it, but I mean, but see, that got out because back then, back then everybody said well, only reason Wanda is getting in there is because of Cletus. And that's what everybody in this town said.

FCW:        (Interrupting) Their business, someone's went up there and told em that.

CW:         And they've probably got three or four people, and they've come up with that.

STIVERS:    Well, they can come up with it all they want to, but Cletus never even put you in there; me and Wayne's the ones that got you in there.  Put your name on the list, the election commission picked you, and ah.......

CW:         If that's what we need to do, I mean.

STIVERS:    I mean that's the truth.  That is solely the truth.  The election...me and Wayne got

13

your names on the list, the election commission picked you, and you served.

CW:        I told that.

STIVERS:   And if they want to know why Darnell didn't serve, I'll tell 'em why, because we wanted a clean, honest damned election, and that was the only way we knew to get one.  That's my story, and I'm sticking to it.

CW:        Well, I mean that's ....

FCW:       How do you know that Dobber went in front of another place?

CW:        That's the problem.  If we knew what they done, it'd be different, but I'm gonna tell you something.  Wanda, when you go in there, and if that's the way you need to answer it, that's fine.  You answer it that way.  But I'll tell you this...

STIVERS:   .....U/I...

CW:        ... if you get in there and they catch you in a lie, you're destroyed.  But I'm going to tell you......

FCW:       That's so easy for you to say and you standing here not having to go tomorrow, too.

CW:        Well, I know that.

STIVERS:   Well, I'm just telling you, look right here; I'm just tell you, don't lie to them.  Just watch what you say, how you say it, and go on, and you'll be alright.

CW:        Well, see, that's what I'm trying to help, you know, because they's ways to say things without lying.

STIVERS:   Cletus can't afford to tell you nothing.

CW:        No.

STIVERS:   Obstruction of justice is what they'll say; they'll come back on him.

CW:        Cletus has always been good, but I want to tell you something, Wanda would do whatever she could, and he has helped her too; but I'll tell you what, It's kinda been aggravating when you can't a straight answer on what to do.

STIVERS:   I can't get a straight answer out of him, Kennon.......

14

CW:        But I'm going to tell you something, Wanda went down there...

FCW:       (Interrupting)(Talking and laughing over CW) It's aggravating, ain't it, Alman?

CW:        I mean, I'm not gonna lie to you now.  Let me tell you something.  There ain't nobody here, and I'm gonna tell you something.  Wanda went down there to do whatever she could to help Phillip; I did whatever I could to help Crawdad, and let me tell you something, if Dobber has broke down and told that right there, and Wanda gets up there and says no, Cletus didn't have anything to do with any election officers, and then come back and do anything on that, bam, there she is.

STIVERS:   Well, he didn't have nothing to do with it.  Because like I said it wasn't....me and Wayne were the ones that done it.  We're the ones that had the choice of putting your names on the list or not.  It wasn't Cletus.

CW:        Well, I understand what you're saying.

STIVERS:   Hey, but then the election...

FCW:       (Interrupting) I'd have to throw your name around and you not been there and they'd ask me "what".  Your name ain't never been mentioned.

STIVERS:   It don't make no difference.

CW:        (Laughing)  Heck, you might be like me; they ain't mentioned mine; they may be down there.....

STIVERS:   (Interrupting)  It has been mentioned in other places enough; it don't matter.

CW:        I'll tell you what they, it no telling, I look for 'em they might come pick me up any day.

FCW:       I'm just aggravated with Cletus.

STIVERS:   Ahh, hell, I've quit worrying about it.  I've been worried over this ...U/I.

FCW:       Well, according to them, I can't, I can't get in no trouble unless I lie.

STIVERS:   Wanda, honey.

FCW:       But I don't know if I even trust 'em on that.

CW:        You just don't know, Wanda, as many people's involved in this as what's been said in this election down here.

15

FCW:        I won't sleep again tonight, buddy, it's awful.

STIVERS:    Honey, don't worry none about not sleeping; get you a good night's sleep......

FCW:        (Interrupting)(Talking over Stivers) ....I tell you what they are, they're after Wayne Jones.

STIVERS:    I know it (Traffic noise) and he knows it.

FCW:        I mean to tell you, they're right...

STIVERS:    I'd say it....that's a hidden...that's a hidden...

CW:         I'm going to tell you, they ain't just after him.  I'll tell you what they're going to do, they gonna get him.

STIVERS:    They're gonna get him.

FCW:        ...U/I...gonna say that you had a four wheeler wreck...

CW:         Well.....

FCW:        I'm...Now, think about it.  Ain't you though?

STIVERS:    In a way I am and in a way I ain't.

FCW:        Lord have mercy.

STIVERS:    In a way I am and in a way I ain't.

FCW:        Yeah, but you wasn't seen none, you know?

CW:         Yeah.

STIVERS:    And ain't able to be seen.

FCW:        That's right.

CW:         Well, see.  Yeah, but the problem is, boys, is the November ain't what they're, what they're .....

STIVERS:    (Interrupting) ....  May's what's they're wanting.

CW:         May's what they're worried about, and that's, let me tell you something.  I had as

16

little to do with May as anything.  The only thing I worry about is Wanda in there.  Because I'm gonna tell you what.....

STIVERS:    (Interrupting)  I worry about Wanda, too.

CW:         Wanda is, Wanda, Wanda got everything more she could in there for the people she's for, and so did Dobber, and let me tell you, the only way they could screwed us was Darnell and them flipped around there and ......

STIVERS:    Well,you never helped nobody that didn't need help and you asked them who they wanted to vote for and that's her story.

FCW:        You think they'll ask me that?

CW:         Yes, that's what they're going to ask you; you need to write that down, Wanda, what you're supposed to say.

FCW:        Brent didn't write that one out, son.

CW:         Can you, can you write that.....let me ask you something,  can you take that notebook in there?

STIVERS:    Huh uh.

CW:         They will not let you.  Cause they...when I went in there, they wrote down my 5th amendments and how to take the 5th amendment.

FCW:        You can't take....I can't take this notebook in there?

STIVERS:    I don't know.

CW:         Well, they can look at it I think; I don't know.

STIVERS:    I don't know.  Look, now, just don't lie to 'em.  And.....

FCW:        No...Mercy...

STIVERS:    ....Like I said, don't just slap out just tell them a bald face lie is what I'm saying.

FCW:        Right.  Skip around it.

CW:         For he said .....

STIVERS:    (Interrupting)  Beat around, beat around the bush and think about what you

17

answer and what they say before you answer it.

FCW:        How do you know Cletus Maricle?  Kinship.

STIVERS:    Uh hmmm.

FCW:        Right?  Or should I even say it like that, does that sound very rehearsed?

STIVERS:    Tell 'em that your mother-in-law and Cletus is first cousins that's it.

FCW:        Yeah.

STIVERS:    And that you all just been friends all your lives, they was raised up there together.

FCW:        Friends, kinship and friends.

CW:         And as far as you go about that and uh...

FCW:        (Interrupting) .... Did you have meetings with Cletus Maricle before 06?

CW:         No.

STIVERS:    Other than normal.

FCW:        And you know what Cletus told me....how many times have we met over the last five years, two or three times a week.

STIVERS:    Yep.

CW:         No more than usual.

STIVERS:    No more than usual, you know.  You go up there and he...

FCW:        Why and how did you become placed as an election officer in the Manchester precinct?

STIVERS:    Me and Wayne Jones.  You filled out the paper.

FCW:        I'm going to put Wayne Jones (laughing) since ...U/I....

STIVERS:    That's a fact.

FCW:        (Laughing) I'll say Wayne Jones...

18

STIVERS:        I mean I don't care.

FCW:            ....because I mean they're asking me....

STIVERS:        Because I mean that's our right to pick who we want.

FCW:            Wayne Jones and what?  What's that stupid committee called?

STIVERS AND FCW TALKING AT ONCE

STIVERS:        The Democrat...The Democrat Executive Committee

FCW:            Democrat Executive Committee.

CW:             I'd say the Democrats Executive Committee should get ready if they've not already to be interviewed by .....

FCW:            (Interrupting) ..... no, I don't think so.

CW:             ....I....

STIVERS:        And the County Board of Elections appointed you.

CW:             .....What else does it say?

FCW:            Man, I'll study these tonight.

STIVERS:        The County Board of Elections and that's William Hugh Bishop, Freddie Thompson.

FCW:            You're going too fast.  I'll just put initials.  William Hugh and who?

STIVERS:        Freddie Thompson.

FCW:            Edd Jordon.

STIVERS:        Edd Jordon and Wayne Jones.

CW:             Who's Scott, who did Scott Madden talk to do you think after this?  See Scott...

STIVERS:        Scott never told nobody.

CW:             See, I know that Wayne told him that Cletus wanted him there and that bothered me too, because he's buddies with, uh....

19

FCW:        Who did Scott talk to?

CW:         Well, other than if he told Teresa or if he told anybody and it got back up to the health department bunch up there, I mean.

FCW:        How active has Cletus Maricle been in past elections?  Well how am I supposed to know that?

STIVERS:    As far as you know, he ain't done nothing, and he ain't.  He didn't even do what he should of done for his son-in-law.  Didn't even go out and campaigning for his son-in-law.

FCW:        Have you seen Cletus Maricle or any other public official exchange money during '02, '04, and '06.  No.

STIVERS:    Ain't seen a thing.  Have you?

CW:         Well, you already told them that you seen Vernon and Jennings.

STIVERS:    Seen Vernon, Jennings and Vernon.

CW:         But you better not get in there and not tell that.

FCW:        Oh, I need to tell 'em that?

CW:         Well, if you told 'em that already, you've contradicted yourself.

FCW:        Well, I hope that you don't get out tell people I said that.

STIVERS:    Well, no, I ain't said nothing.

CW:         I wished I was .......

FCW:        (Interrupting)  .....  I've seen Jimmy Dobson, should I say him too.  No, okay.

STIVERS:    No, I wouldn't tell nobody what I didn't say.

FCW:        Did Cletus Maricle support any candidate?  Well, I'm sure he did.

CW:         Well, yeah, I mean he supports all of the candidates.

STIVERS:    He voted.

FCW:        You're allowed to support people, can't you?

20

CW:         Yes, that's yes.

STIVERS:    Say, well, I really don't know.  I'm assuming.....

FCW:        (Interrupting) .... I'm assuming he did.

STIVERS:    I'm assuming that he supported his son-in-law to some extent.

CW:         Yeah...

FCW:        I supported my father-in-law.  Did Cletus Maricle promise you anything to support Phillip Mobley such as money or any other favors?

CW:         Well, there's no way they can trace that on him.

STIVERS:    No.

FCW:        That's a flat no, right?

STIVERS:    That's a flat no.

FCW:        Okay.  What is the connection between Cletus Maricle and Wayne Jones?  They did ask me that now.

STIVERS:    That's just ah, just being friends over the years, and you really don't know.

FCW:        Okay.

STIVERS:    You really don't know what the connection is.

FCW:        I really don't know the connection, really.  I mean.....

STIVERS:    You really don't know.

FCW:        Did you use Cletus Maricle's influence as circuit judge to get people to vote for Phillip Mobley?  I did but what's (laughing)....

STIVERS:    They know that .... there was some people who asked me who he was and I told him that he was Wendell and...

FCW:        (Interrupting) okay.  I really don't know what this one means.

STIVERS:    .....and Janet Mobley's son and Cletus Maricle's son-in-law.

21

CW:             Any irregularities on the machine, Wanda.  That means every time that people....

FCW:            Did you witness any irregul......I can't even say that word.

STIVERS:        Did you witness any irregularities on the machine?

FCW:            I didn't witness them; I only witnessed myself (Laughing).

STIVERS:        The only irregularities you witnessed you know when you called the people back and you don't even remember.

FCW:            You think I ought to tell on Dobber?

STIVERS:        No.

FCW:            No.  You don't think he's told on me?

EVERYONE TALKING AT ONCE.

STIVERS:        I don't know what...

CW:             I don't think Dobber's told on you.  I'll tell you what I think, I think Darnell and Vernon told on you.

FCW:            Cletus dared me to go talk to him, but I'd like to go up and talk real bad to him.

STIVERS:        No.

FCW:            No.

STIVERS:        It would get him worried.

FCW:            You think it would?

CW:             How long do you think it's going to be before all this stuff happens down here?

FCW:            What happens?

STIVERS AND CW TALKING AT ONCE

STIVERS:        Buddy...

FCW:            They better not put me in jail for it, I'll tell you that.

CW:           Let me tell you something, there ain't nothing you can do when they....

BACKGROUND NOISES

FCW:          He told me...hey Alman, listen to me.  He slammed that binder down and said this is bullshit and left me in that room.  He said you don't talk to me and he left the room for thirty minutes and he ran into my attorney and he said you better not be back.

CW:           Let me tell you what......didn't he also tell you that you messed up on Cletus Maricle?

FCW:          Yeah, yeah, and Wayne Jones.

CW:           Yeah.

FCW:          And he said I'll be back, and I said I think I need to speak to my lawyer and he said I think you need to have a seat.  He left me in there, Alman, for at least 25, 30 minutes.  Said he was going to get a judge.

CW:           The judge is the one that give her the orders......

FCW:          (Interrupting) Then he come back and, uh, and told Brent that we had to go back on the 18th.

STIVERS:      I mean, I...

FCW:          (Interrupting) he's mean; you think he ain't mean; he is.

STIVERS:      I don't know where, you know, you would know what connection between Cletus and Wayne are.

FCW:          (Interrupting) ...U/I...Did you change anyone's vote without their consent?

STIVERS:      Why, no.

FCW:          Okay.

STIVERS:      You don't admit to nothing, Wanda.

FCW:          Okay.  Did Charles Dobber Weaver change anyone's vote without their consent?

STIVERS:      Not to your knowledge.

23

FCW:        I don't know.  I'm going to say I don't know.

STIVERS:    No, not to your knowledge.

FCW:        Not to my knowledge; that's right.

STIVERS:    Not to your knowledge.

FCW:        I'm not saying I don't know....not to my knowledge?

STIVERS:    Not to your knowledge.

FCW:        Was you or anyone else to your knowledge....that's how they said it to me ... involved in the absentee voting process.

STIVERS:    You never did, did you?

CW:         I don't think you ever did anything on absentees at all.

FCW:        I just took people in there to vote them absentee.

CW:         Did you take some in there?

FCW:        Yeah.  I only took about 7 people.  But its  people I know, people that they couldn't talk to, you know what I mean?

CW:         They can talk to them.  It don't matter, let me tell you...U/I...

FCW:        Well, they're senile.

STIVERS:    I wouldn't admit to it.

FCW:        I say, I say no for myself and I don't know about anybody else.  Can't I?

STIVERS:    I can't answer for everybody.  I. ....

FCW:        I'll say no.  I can't answer for other people..

STIVERS:    I don't recall taking anybody down there.

FCW:        I don't recall.

STIVERS:    I don't recall.

24

FCW:        That gets you out of it right there.

STIVERS:    That's right.

FCW:        Because you could have, it could have slipped your mind.

CW:         That's what you put on that.

FCW:        Who was in charge of absentee voting?  I don't even know that, who was in charge.

CW:         Wayne would have been the election officer.

STIVERS:    Wayne and William Hugh.

FCW:        That's right.

CW:         Was they that way in May?  Or was Wayne the only one down there?

STIVERS:    Mmhmm.

FCW:        No, it was both of them.

STIVERS:    No, William Hugh.

FCW:        What's his name?

STIVERS:    William Hugh Bishop.

FCW:        Bishop?

STIVERS:    Yeah.

FCW:        Four more.  Was Charles Dobber Weaver.....I don't know why they keep asking me questions about Dobber.  You reckon they asked him questions about me?

CW:         That's what I'm afraid......no, let me tell you something.  That's what......

FCW:        (Interrupting)  You think he did?

CW:         Let me tell you why........

FCW:        (Interrupting)  Did they ask Phillip any questions about me?

25

STIVERS:    No.

FCW:    They didn't?

CW:    (Interrupting)  Let me ask you this, Wanda.

FCW:    (Interrupting) They never asked me about him neither.

CW:    Do you know why they ask you questions about somebody like Dobber because Dobber could have told things already and they're trying to see if you're going to lie about him.

FCW:    Yeah, but if I tell on him, it might open a whole can of worms.

CW:    Right.  You and I...

FCW:    Did Charles Dobber Weaver or you meet with Wayne Jones or Cletus Maricle prior to the election?

STIVERS:    Not as far as a meeting.

FCW:    I don't know what Charles Dobber Weaver did anyway.

STIVERS:    Don't know what Dobber's doing.

CW:    Dobber may have met with them, I've seen him there, but I don't know...

STIVERS:    Dobber never seen him, I tell you what, we stopped and seen Dobber....

FCW:    (Interrupting)  Ain't nobody trusts Dobber?

STIVERS:    ......Cletus never got out of the truck.  I talked to Dobber......

CW:    (Interrupting) Not Cletus...I don't think.  Ok.

FCW:    Oh, Wayne may have; I don't know.

STIVERS:    I don't think Wayne did.

FCW:    Who did you support in the '06 election?  Hmmm.

STIVERS:    Uh huh.  You know, that's kind of my right to privacy.....

FCW:    Oh, they'll get mad if I say that.

STIVERS:     No.

FCW:         You don't think they will?

STIVERS:     It's none of their business who you supported.

FCW:         That's why we vote on a machine, ain't it and don't raise our hand?

STIVERS:     That's right.

FCW:         ....U/I....  Did you use your influence as election officer to help the candidates of your choice get votes?

STIVERS:     No.

FCW:         No.  Did Charles Dobber Weaver?  I don't know.

STIVERS:     I don't know.

FCW:         See, Cletus said these were simple too but they don't seem so simple to me.

CW:          Well, the problem is Cletus he's scared to death, but he just says enough.

FCW:         It ain't that bad when you really think about it, is it?

STIVERS:     No, I mean.

FCW:         (Interrupting) Do you think they'll ask me more than this Alman?

STIVERS:     I don't know.

CW:          Yeah, but see, here's the problem, Cletus he's a lawyer, and when you haven't been down there before and let me tell you something, if I was there, I could, I could go through that pretty good, because I've been...U/I...

FCW:         You reckon they'll hit me on Darnell tomorrow?

CW:          I'd say that you'll be hit on stuff you ain't never been hit on.

FCW:         Gotcha.

STIVERS:     I'd say they'll ask you probably if you ever met with Darnell and Cletus Maricle and you was with Cletus and Darnell come up a campaigning.

27

FCW:         Leave it at that?

STIVERS:     And leave it at that.

FCW:         Okay.  I'll study these tonight.

STIVERS:     ....U/I....

FCW:         Yeah, I already told 'em I'd count it in June ...U/I...

STIVERS:     And you know, the only thing is that, you know, you've met Cletus....Cletus has been out the house a night or two and you all come out.

FCW:         There's lots of no's, so that's good, ain't it?

CW:          Well, if they don't get into a lot, I reckon, but then they'll try to trip you up.

FCW:         I think if you get into trying to, to trying, to break it down, is when you get caught up, ain't it?

STIVERS:     Just watch your answers and think about what you say.

FCW:         (Interrupting)  Simple.

STIVERS:     Keep 'em simple and go on.  Don't tell them them a bald face lie.

FCW:         If I get caught, that's a good one.

STIVERS:     Ah.

FCW:         You know who used that, don't you?

STIVERS:     My cousin.

FCW:         Your cousin, he did (laughing)

EVERYONE TALKING AT ONCE

CW:          Yeah, he coined the phrase a reasonable certainty ....U/I....

FCW:         I believe that's a goat up there, I don't think that's a dog.

CW:          Yeah, they's a dog.

STIVERS:      They's dogs up there.

FCW:          I wonder how long they'll keep me tomorrow?  They made us sit there six hours last time. You know I bet I have to pay my lawyer to come up there and sit there for nothing.  Don't I?

CW:           Again...U/I...

FCW:          He ain't sent me a bill yet.

CW:           Yeah, I've paid thirty some hundred dollars.

FCW:          I know but he didn't send a bill for that last thing we went down there.

STIVERS:      You all ought to just go home and take a nice shot.

EVERYONE TALKING AT ONCE.

FCW:          I told Danny tonight.  Do you know Danny, Alman? That crippled man?

EVERYONE TALKING AT ONCE.

STIVERS:      ....U/I.... Just think before you answer and answer truthfully.

FCW:          Do you think this is how Cletus would want me to answer?

STIVERS:      Yes.

FCW:          Okay.

STIVERS:      Just think before you answer.

FCW:          ....U/I....

STIVERS:      Okay.

FCW:          See ya.

CW:           See ya, buddy.

FCW:          If I get put in jail, send me some money (laughing).

LOT OF BACKGROUND NOISES

CW:          It's 1:03 on the 17th of May, Thursday.  We're leaving the residence, the new residence of Bill Alman Stivers.