UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

**CRIMINAL NO. 09-16-S-DCR**

**UNITED STATES OF AMERICA**                                                     **PLAINTIFF**

**RESPONSE OF UNITED STATES TO**
**V.**  **DEFENDANT'S MOTION TO SUPPRESS**
**FRUITS OF SEARCH OF MARICLE RESIDENCE**

**RUSSELL CLETUS MARICLE**                                                    **DEFENDANT**

\* \* \* \* \*


EXHIBIT 6 - Recording from 5/17/07 filed separately on audio disc by conventional means.