**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON**

**CRIMINAL NO. 09-16-S-DCR**

**UNITED STATES OF AMERICA**                            **PLAINTIFF**

**RESPONSE OF UNITED STATES TO**
**V.**     **DEFENDANT'S MOTION TO SUPPRESS**
**FRUITS OF SEARCH OF MARICLE RESIDENCE**

**RUSSELL CLETUS MARICLE**                         **DEFENDANT**

\* \* \* \* \*

EXHIBIT 7 - Recording from 5/2/07 filed separately on audio disc by conventional means.