UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

**CRIMINAL NO. 09-16-S-DCR**

**UNITED STATES OF AMERICA**                                    **PLAINTIFF**

V.                                    **ORDER**

**RUSSELL CLETUS MARICLE**                              **DEFENDANT**

\* \* \* \* \* \*

Defendant Russell Cletus Maricle having filed a Motion to Suppress Fruits of Search of Maricle Residence, the United States having filed a response in opposition, and the Court being otherwise sufficiently advised, it is hereby

ORDERED that Defendant Russell Cletus Maricle's Motion [Record No. 387] is DENIED.

This the _____ day of September, 2009.

ROBERT E. WIER
UNITED STATES MAGISTRATE JUDGE