UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

**CRIMINAL NO. 09-16-S-DCR**

**UNITED STATES OF AMERICA**                                                                 **PLAINTIFF**

**VS.**         **RESPONSE OF UNITED STATES TO
DEFENDANTS' MOTION TO
REQUIRE SPECIFICITY OF COUNT 1 OF THE INDICTMENT**

**RUSSELL CLETUS MARICLE**                                                                 **DEFENDANT**

\* \* \* \* \* \*

Defendant, Russell Cletus Maricle, by counsel, has moved the court for specificity of Count 1 of the Indictment. [Record No. 373]. Specifically, Maricle requests to know which subsection of 18 U.S.C. § 1962(d) he is alleged to have violated. Defendant Charles W. Jones has moved to join Maricle's Motion. [Record No. 388]. In Count 1 on Page 7 of the Superseding Indictment [Record No. 272], it specifically states that the defendants' violations fall under 18 U.S.C. § 1962(c). Maricle's motion, along with that of Jones, should be denied as moot.

        Respectfully submitted,

        JAMES A. ZERHUSEN
        UNITED STATES ATTORNEY

BY:   s/ Stephen C. Smith
        Assistant United States Attorney
        Stephen.Smith4@usdoj.gov

        S/ Jason A. Parman
        Assistant United States Attorney
        Jason.Parman@usdoj.gov
        600 Meyers Baker Road, Suite 200
        London, Kentucky 40741
        (606) 864-5523

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System, which will send notice of filing to counsel of record.

        S/ Stephen C. Smith
        Assistant United States Attorney

        S/ Jason A. Parman
        Assistant United States Attorney