# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# SOUTHERN DIVISION
# LONDON

**CRIMINAL NO. 09-16-S-DCR**

**UNITED STATES OF AMERICA**                                                **PLAINTIFF**

**V.**                                                      **ORDER**

**RUSSELL CLETUS MARICLE**                                     **DEFENDANT**

\* \* \* \* \* \*

Defendant Russell Cletus Maricle having filed a Motion to Require Specificity as to Count 1 of the Indictment, Defendant Charles W. Jones having joined Maricle's Motion, the United States having filed a response in opposition, and the Court being otherwise sufficiently advised, it is hereby

ORDERED that Defendant Russell Cletus Maricle's Motion [Record No. 373] and Defendant Charles W. Jones's Motion as it relates to the joining of Maricle's Motion to Require Specificity [Record No. 388], are denied as moot.

This the _____ day of August, 2009.

_____
ROBERT E. WIER
UNITED STATES MAGISTRATE JUDGE