# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# SOUTHERN DIVISION
# LONDON

CRIMINAL ACTION NO. 6: 09-16-S-DCR               *ELECTRONICALLY FILED*

UNITED STATES OF AMERICA                                                 PLAINTIFF

V.                **RESPONSE OF UNITED STATES TO DEFENDANT'S MOTION TO PRODUCE PROSECUTION MEMORANDUM**

RUSSELL CLETUS MARICLE                                              DEFENDANT

* * * * *

Comes the United States of America, by counsel, to respond in opposition to Defendant Maricle's Motion to Produce Prosecution Memorandum and Draft Indictment [R. 384]. As set forth in the attached Memorandum, the Defendant's Motion must be DENIED.

Respectfully submitted,

JAMES A. ZERHUSEN
UNITED STATES ATTORNEY

By:  s/ Stephen C. Smith
Assistant United States Attorney
601 Meyers-Baker Road
London, Kentucky 40741
(606) 864-5523
stephen.smith4@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System which will send notice of filing to all counsel of record.

s/Stephen C. Smith<br>
Assistant United States Attorney