# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# SOUTHERN DIVISION
# LONDON

**CRIMINAL NO. 09-16-S-DCR**

**UNITED STATES OF AMERICA**                                      **PLAINTIFF**


**V.**                                    **ORDER**


**RUSSELL CLETUS MARICLE**                                      **DEFENDANT**

**\* \* \* \* \* \***

Defendant Russell Cletus Maricle having filed a Motion to Produce Prosecution Memorandum and Draft Indictment, the United States having filed a response in opposition, and the Court being otherwise sufficiently advised, it is hereby

ORDERED that Defendant Russell Cletus Maricle's Motion [Record No. 384] is DENIED.

This the _____ day of September, 2009.


_____
ROBERT E. WIER
UNITED STATES MAGISTRATE JUDGE