Newspaper Coverage

Clay County Times
    Total articles: 19
    3/24/09 issue: 6 articles ("special corruption issue")
    4/07/09 issue: 1 article
    4/28/09 issue: 2 articles
    5/05/09 issue: 1 article
    5/19/09 issue: 1 article
    5/28/09 issue: 1 article (reprint of a Lexington Herald-Leader article)
    6/02/09 issue: 2 articles
    6/09/09 issue: 1 article
    6/16/09 issue: 1 article (reprint of a Louisville Courier-Journal article)
    6/23/09 issue: 1 article
    7/14/09 issue: 2 articles

Manchester Enterprise
    Total articles: 23
    3/26/09 issue: 2 articles
    4/02/09 issue: 4 articles
    4/09/09 issue: 2 articles
    4/23/09 issue: 1 article
    4/30/09 issue: 1 article
    5/07/09 issue: 2 articles
    5/14/09 issue: 1 article
    5/21/09 issue: 1 article
    5/28/09 issue: 1 article
    6/04/09 issue: 1 article
    6/18/09 issue: 1 article
    6/25/09 issue: 1 article
    7/16/09 issue: 1 article
    8/13/09 issue: 2 articles
    8/20/09 issue: 2 articles

Lexington Herald-Leader
    Total articles: 10
    3/20/09 issue: 1 article
    3/24/09 issue: 2 articles
    3/27/09 issue: 1 article
    4/13/09 issue: 1 article (reprinted in the Clay County Times)
    5/15/09 issue: 1 article
    5/29/09 issue: 1 article
    5/30/09 issue: 1 article
    7/17/09 issue: 1 article

London Sentinel-Echo
    Total articles: 9
    3/23/09 issue: 1 article
    3/25/09 issue: 1 article
    3/30/09 issue: 1 article
    4/27/09 issue: 1 article
    5/01/09 issue: 1 article
    5/19/09 issue: 1 article
    6/04/09 issue: 1 article
    6/17/09 issue: 1 article
    6/20/09 issue: 1 article

Louisville Courier-Journal
    Total articles: 2
    6/07/09 issue: 1 article
    6/08/09 issue: 1 article (reprinted in the Clay County Times)

Richmond Register
    Total articles: 1
    5/15/09 issue: 1 article

Corbin Times-Tribune
    Total articles: 1
    3/24/09 issue: 1 article

Aggregate total articles: 65