**COVINGTON DIVISION**

| COUNTY | CURRENT POPULATION | POPULATION (2000) |
|---|---:|---:|
| BOONE | 115,231 | 85,991 |
| BRACKEN | 8,279 | 8,569 |
| CAMPBELL | 87,038 | 88,616 |
| GALLATIN | 8,071 | 7,870 |
| GRANT | 25,549 | 22,384 |
| KENTON | 157,629 | 151,464 |
| MASON | 17,414 | 16,800 |
| PENDLETON | 14,992 | 14,390 |
| ROBERTSON | 2,202 | 2,266 |

**LONDON DIVISON**

| | | |
|---|---:|---:|
| BELL | 29,055 | 30,060 |
| CLAY | 23,930 | 24,556 |
| HARLAN | 30,783 | 33,202 |
| JACKSON | 13,645 | 13,495 |
| KNOX | 32,810 | 31,795 |
| LAUREL | 57,586 | 52,715 |
| LESLIE | 11,639 | 12,401 |
| MCCREARY | 17,315 | 17,080 |
| OWSLEY | 4,634 | 4,858 |
| PERRY | 29,241 | 29,390 |
| PULASKI | 60,851 | 56,217 |
| ROCKCASTLE | 16,788 | 16,582 |
| WAYNE | 20,696 | 19,923 |
| WHITLEY | 38,668 | 35,865 |

\*\* Source:  United States Census Bureau