## PERIODICALS AUTOMATION AND NONAUTOMATION MACHINABLE FLATS

Page 1 of 3

| Report: | USPS Qualification Report | Publication: | MANCHESTER ENTERPRISE |
| --- | --- | --- | --- |
| Mailer: | MANCHESTER ENTERPRISE | Publication No: | 327-48 |
| Entry Point: | 40741 | Edition: | 76 |
| Sort: | Periodicals Flats, DMM 705.9.2.4 | Software Info: | MailRoom ToolKit v. 2.4  ZAP ZC-20071206 |
| Date: | Sep 14, 2009 | List Name: | |

| Cont. Num | Cont. Level | Cont. Zip | Group Num | Group Destination | Group ZIPS | Zone | Cpys | OC Conts. | OC Bundles | 5B | 3B | AB | MB | BB | 5D | 3D | AD | MD | BS | Running Total |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1 | 5DGS | 40741 | 1 | S40741 | 40741 | IC | 24 | | | 24 | | | | | | | | | | 24 |
| | | | 2 | S40741 | 40741 | IC | 15 | | | 15 | | | | | | | | | | 39 |
| | | | | | 40743 | IC | 4 | | | 4 | | | | | | | | | | 43 |
| | | | | | 40744 | IC | 5 | | | 5 | | | | | | | | | | 48 |
| | | | 3 | S40741 | 40744 | IC | 18 | | | 18 | | | | | | | | | | 66 |
| 2 | 3DG | 403 | 4 | S403 | 403 | 1/2 | 17 | 1 | 1 | 17 | | | | | | | | | | 83 |
| | | | | | 404 | 1/2 | 7 | | | 7 | | | | | | | | | | 90 |
| | | | 5 | S403 | 404 | 1/2 | 14 | | 2 | 14 | | | | | | | | | | 104 |
| 3 | 3DG | 405 | 6 | S40509 | 40505 | 1/2 | 4 | 2 | 3 | 4 | | | | | | | | | | 108 |
| | | | | | 40509 | 1/2 | 5 | | | 5 | | | | | | | | | | 113 |
| | | | 7 | 405 | | 1/2 | 22 | | 4 | 22 | | | | | | | | | | 135 |
| 4 | 3DG | 407 | 8 | 40701 | | SCF | 10 | 3 | 5 | 10 | | | | | | | | | | 145 |
| | | | 9 | S407 | 407 | M | 14 | | 6 | 14 | | | | | | | | | | 159 |
| | | | | | 408 | 1/2 | 1 | | | 1 | | | | | | | | | | 160 |
| | | | | | 409 | 1/2 | 9 | | | 9 | | | | | | | | | | 169 |
| | | | 10 | S407 | 409 | 1/2 | 3 | | 7 | 3 | | | | | | | | | | 172 |
| 5 | 3DG | 410 | 11 | S41071 | 41071 | 3 | 5 | 4 | 8 | 5 | | | | | | | | | | 177 |
| | | | | | 41074 | 3 | 1 | | | 1 | | | | | | | | | | 178 |
| | | | 12 | 410 | | 3 | 24 | | 9 | 24 | | | | | | | | | | 202 |
| | | | 13 | 410 | | 3 | 5 | | 10 | 5 | | | | | | | | | | 207 |
| 6 | 3DG | 450 | 14 | S45011 | 45011 | 3 | 18 | 5 | 11 | 18 | | | | | | | | | | 225 |
| | | | 15 | S45014 | 45014 | 3 | 8 | | 12 | 8 | | | | | | | | | | 233 |
| | | | | | 45015 | 3 | 7 | | | 7 | | | | | | | | | | 240 |
| | | | 16 | S45042 | 45042 | 3 | 5 | | 13 | 5 | | | | | | | | | | 245 |
| | | | | | 45044 | 3 | 2 | | | 2 | | | | | | | | | | 247 |
| | | | 17 | 45013 | | 3 | 15 | | 14 | 15 | | | | | | | | | | 262 |
| | | | 18 | 45065 | | 3 | 6 | | 15 | 6 | | | | | | | | | | 268 |
| | | | 19 | 450 | | 3 | 20 | | 16 | 20 | | | | | | | | | | 288 |
| 7 | 3DG | 451 | 20 | 451 | | 3 | 24 | 6 | 17 | 24 | | | | | | | | | | 312 |
| | | | 21 | 451 | | 3 | 7 | | 18 | 7 | | | | | | | | | | 319 |
| 8 | 3DG | 452 | 22 | S45255 | 45244 | 3 | 4 | 7 | 19 | 4 | | | | | | | | | | 323 |
| | | | | | 45245 | 3 | 2 | | | 2 | | | | | | | | | | 325 |
| | | | | | 45255 | 3 | 1 | | | 1 | | | | | | | | | | 326 |
| | | | 23 | 452 | | 3 | 24 | | 20 | 24 | | | | | | | | | | 350 |
| | | | 24 | 452 | | 3 | 9 | | 21 | 9 | | | | | | | | | | 359 |
| 9 | SCF | 400 | 25 | 400 | | 1/2 | 15 | 8 | 22 | 15 | | | | | | | | | | 374 |
| | | | 26 | 401 | | 1/2 | 6 | | 23 | 6 | | | | | | | | | | 380 |
| | | | 27 | 402 | | 1/2 | 21 | | 24 | 21 | | | | | | | | | | 401 |
| | | | 28 | 471 | | 1/2 | 17 | | 25 | 17 | | | | | | | | | | 418 |
| 10 | SCF | 403 | 29 | S40475 | 40475 | 1/2 | 16 | 9 | 26 | 16 | | | | | | | | | | 434 |
| | | | | | 40476 | 1/2 | 1 | | | 1 | | | | | | | | | | 435 |
| | | | 30 | S40601 | 40601 | 1/2 | 14 | | 27 | 14 | | | | | | | | | | 449 |
| | | | | | 40602 | 1/2 | 2 | | | 2 | | | | | | | | | | 451 |
| 11 | SCF | 407 | 31 | 40913 | | SCF | 6 | 10 | 28 | 6 | | | | | | | | | | 457 |
| 12 | SCF | 453 | 32 | 453 | | 3 | 13 | 11 | 29 | 13 | | | | | | | | | | 470 |
| | | | 33 | 454 | | 3 | 17 | | 30 | 17 | | | | | | | | | | 487 |
| 13 | SCF | 460 | 34 | 461 | | 3 | 18 | 12 | 31 | 18 | | | | | | | | | | 505 |
| | | | 35 | 462 | | 3 | 14 | | 32 | 14 | | | | | | | | | | 519 |
| 14 | ADC | A400 | 36 | S42501 | 42501 | 1/2 | 3 | 13 | 33 | 3 | | | | | | | | | | 522 |
| | | | | | 42503 | 1/2 | 6 | | | 6 | | | | | | | | | | 528 |
| | | | 37 | S411 | 411 | 1/2 | 5 | | 34 | 5 | | | | | | | | | | 533 |
| | | | | | 412 | 1/2 | 2 | | | 2 | | | | | | | | | | 535 |
| | | | 38 | S413 | 413 | 1/2 | 6 | | 35 | 6 | | | | | | | | | | 541 |
| | | | | | 414 | 1/2 | 4 | | | 4 | | | | | | | | | | 545 |
| | | | 39 | S417 | 417 | 1/2 | 6 | | 36 | 6 | | | | | | | | | | 551 |
| | | | | | 418 | 1/2 | 2 | | | 2 | | | | | | | | | | 553 |
| | | | 40 | S421 | 421 | 1/2 | 3 | | 37 | 3 | | | | | | | | | | 556 |
| | | | | | 422 | 1/2 | 3 | | | 3 | | | | | | | | | | 559 |
| | | | 41 | S425 | 426 | 1/2 | 6 | | 38 | 6 | | | | | | | | | | 565 |
| | | | 42 | A400 | 416 | 1/2 | 2 | | 39 | | | 2 | | | | | | | | | 567 |
| | | | | | 420 | 3 | 3 | | | | | 3 | | | | | | | | | 570 |
| | | | | | 423 | 3 | 2 | | | | | 2 | | | | | | | | | 572 |
| | | | | | 427 | 1/2 | 3 | | | | | 3 | | | | | | | | | 575 |
| | | | 43 | A400 | 405 | 1/2 | 1 | | 40 | | | | | | | | | | | 1 | 576 |

## PERIODICALS AUTOMATION AND NONAUTOMATION MACHINABLE FLATS

Page 2 of 3

| Report: | USPS Qualification Report | Publication: | MANCHESTER ENTERPRISE |
| --- | --- | --- | --- |
| Mailer: | MANCHESTER ENTERPRISE | Publication No: | 327-48 |
| Entry Point: | 40741 | Edition: | 76 |
| Sort: | Periodicals Flats, DMM 705.9.2.4 | Software Info: | MailRoom ToolKit v. 2.4   ZAP ZC-20071206 |
| Date: | Sep 14, 2009 | List Name: | |

| Cont. Num | Cont. Level | Cont. Zip | Group Num | Group Destination | Group ZIPS | Zone | Cpys | OC Conts. | OC Bundles | 5B | 3B | AB | MB | BB | 5D | 3D | AD | MD | BS | Running Total |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | 406 | 1/2 | 1 | | | | | | | | | | 1 | | | 577 |
| | | | | | 407 | M | 1 | | | | | | | | | | 1 | | | 578 |
| | | | | | | | 1 | | | | | | | | | | | | 1 | 579 |
| | | | | | 409 | 1/2 | 2 | | | | | | | | | | 2 | | | 581 |
| | | | | | 411 | 1/2 | 1 | | | | | | | | | | 1 | | | 582 |
| | | | | | 413 | 1/2 | 1 | | | | | | | | | | 1 | | | 583 |
| | | | | | 426 | 1/2 | 1 | | | | | | | | | | 1 | | | 584 |
| 15 | ADC | A460 | 44 | 472 | | 3 | 8 | 14 | 41 | | | 8 | | | | | | | | 592 |
| | | | 45 | 473 | | 3 | 8 | | 42 | | | 8 | | | | | | | | 600 |
| | | | 46 | A460 | 460 | 3 | 2 | | 43 | | | 2 | | | | | | | | 602 |
| | | | | | 463 | 4 | 5 | | | | | 5 | | | | | | | | 607 |
| | | | | | 465 | 4 | 4 | | | | | 4 | | | | | | | | 611 |
| | | | | | 467 | 3 | 2 | | | | | 2 | | | | | | | | 613 |
| | | | | | 469 | 3 | 4 | | | | | 4 | | | | | | | | 617 |
| | | | | | 474 | 3 | 4 | | | | | 4 | | | | | | | | 621 |
| 16 | OMX | M 407 | 47 | 47060 | | 3 | 7 | 15 | 44 | 7 | | | | | | | | | | 628 |
| | | | 48 | S328 | 328 | 4 | 4 | | 45 | 4 | | | | | | | | | | 632 |
| | | | | | 329 | 4 | 5 | | | 5 | | | | | | | | | | 637 |
| | | | | | 347 | 4 | 1 | | | 1 | | | | | | | | | | 638 |
| | | | 49 | S377 | 377 | 1/2 | 3 | | 46 | 3 | | | | | | | | | | 641 |
| | | | | | 378 | 1/2 | 4 | | | 4 | | | | | | | | | | 645 |
| | | | | | 379 | 1/2 | 3 | | | 3 | | | | | | | | | | 648 |
| | | | 50 | 448 | | 3 | 11 | | 47 | 11 | | | | | | | | | | 659 |
| | | | 51 | 470 | | 3 | 12 | | 48 | 12 | | | | | | | | | | 671 |
| | | | 52 | 481 | | 4 | 6 | | 49 | 6 | | | | | | | | | | 677 |
| | | | 53 | A303 | 302 | 3 | 5 | | 50 | | | 5 | | | | | | | | 682 |
| | | | | | 303 | 3 | 1 | | | | | 1 | | | | | | | | 683 |
| | | | 54 | A320 | 315 | 4 | 1 | | 51 | | | 1 | | | | | | | | 684 |
| | | | | | 320 | 4 | 2 | | | | | 2 | | | | | | | | 686 |
| | | | | | 321 | 4 | 1 | | | | | 1 | | | | | | | | 687 |
| | | | | | 322 | 4 | 3 | | | | | 3 | | | | | | | | 690 |
| | | | | | 323 | 4 | 1 | | | | | 1 | | | | | | | | 691 |
| | | | | | 324 | 4 | 1 | | | | | 1 | | | | | | | | 692 |
| | | | | | 344 | 4 | 1 | | | | | 1 | | | | | | | | 693 |
| | | | 55 | A327 | 327 | 4 | 4 | | 52 | | | 4 | | | | | | | | 697 |
| | | | | | 334 | 5 | 2 | | | | | 2 | | | | | | | | 699 |
| | | | | | 349 | 5 | 3 | | | | | 3 | | | | | | | | 702 |
| | | | 56 | A342 | 336 | 5 | 2 | | 53 | | | 2 | | | | | | | | 704 |
| | | | | | 337 | 5 | 1 | | | | | 1 | | | | | | | | 705 |
| | | | | | 338 | 4 | 2 | | | | | 2 | | | | | | | | 707 |
| | | | | | 339 | 5 | 4 | | | | | 4 | | | | | | | | 711 |
| | | | | | 342 | 5 | 1 | | | | | 1 | | | | | | | | 712 |
| | | | | | 346 | 5 | 1 | | | | | 1 | | | | | | | | 713 |
| | | | 57 | A350 | 350 | 3 | 1 | | 54 | | | 1 | | | | | | | | 714 |
| | | | | | 351 | 3 | 1 | | | | | 1 | | | | | | | | 715 |
| | | | | | 359 | 3 | 3 | | | | | 3 | | | | | | | | 718 |
| | | | | | 362 | 3 | 1 | | | | | 1 | | | | | | | | 719 |
| | | | 58 | A430 | 431 | 3 | 1 | | 55 | | | 1 | | | | | | | | 720 |
| | | | | | 432 | 3 | 3 | | | | | 3 | | | | | | | | 723 |
| | | | | | 433 | 3 | 1 | | | | | 1 | | | | | | | | 724 |
| | | | | | 437 | 3 | 1 | | | | | 1 | | | | | | | | 725 |
| | | | | | 456 | 3 | 1 | | | | | 1 | | | | | | | | 726 |
| | | | 59 | M 407 | A07099 | 4 | 3 | | 56 | | | 3 | | | | | | | | 729 |
| | | | | | A080 | 4 | 1 | | | | | 1 | | | | | | | | 730 |
| | | | | | A100 | 4 | 1 | | | | | 1 | | | | | | | | 731 |
| | | | | | A105 | 5 | 1 | | | | | 1 | | | | | | | | 732 |
| | | | | | A110 | 4 | 1 | | | | | 1 | | | | | | | | 733 |
| | | | | | A150 | 4 | 2 | | | | | 2 | | | | | | | | 735 |
| | | | | | A170 | 4 | 1 | | | | | 1 | | | | | | | | 736 |
| | | | | | A197 | 4 | 1 | | | | | 1 | | | | | | | | 737 |
| | | | | | A207 | 4 | 1 | | | | | 1 | | | | | | | | 738 |
| | | | | | A212 | 4 | 1 | | | | | 1 | | | | | | | | 739 |
| | | | | | A220 | 4 | 3 | | | | | 3 | | | | | | | | 742 |

### PERIODICALS AUTOMATION AND NONAUTOMATION MACHINABLE FLATS

Page 3 of 3

| Report: | USPS Qualification Report | Publication: | MANCHESTER ENTERPRISE |
| --- | --- | --- | --- |
| Mailer: | MANCHESTER ENTERPRISE | Publication No: | 327-48 |
| Entry Point: | 40741 | Edition: | 76 |
| Sort: | Periodicals Flats, DMM 705.9.2.4 | Software Info: | MailRoom ToolKit v. 2.4   ZAP ZC-20071206 |
| Date: | Sep 14, 2009 | List Name: | |

| Cont. Num | Cont. Level | Cont. Zip | Group Num | Group Destination | Group ZIPS | Zone | Cpys | OC Conts. | OC Bundles | 5B | 3B | AB | MB | BB | 5D | 3D | AD | MD | BS | Running Total |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | A230 | 4 | 4 | | | | | | 4 | | | | | | | 746 |
| | | | | | A240 | M | 2 | | | | | | 2 | | | | | | | 748 |
| | | | | | A250 | 3 | 2 | | | | | | 2 | | | | | | | 750 |
| | | | 60 | M 407 | A263 | 3 | 1 | | 57 | | | | 1 | | | | | | | 751 |
| | | | | | A270 | 3 | 3 | | | | | | 3 | | | | | | | 754 |
| | | | | | A280 | M | 5 | | | | | | 5 | | | | | | | 759 |
| | | | | | A290 | M | 4 | | | | | | 4 | | | | | | | 763 |
| | | | | | A301 | 3 | 4 | | | | | | 4 | | | | | | | 767 |
| | | | | | A310 | 4 | 1 | | | | | | 1 | | | | | | | 768 |
| | | | | | A360 | 4 | 1 | | | | | | 1 | | | | | | | 769 |
| | | | | | A365 | 4 | 3 | | | | | | 3 | | | | | | | 772 |
| | | | | | A370 | 1/2 | 2 | | | | | | 2 | | | | | | | 774 |
| | | | 61 | M 407 | A370 | 1/2 | 3 | | 58 | | | | 3 | | | | | | | 777 |
| | | | | | A380 | M | 3 | | | | | | 3 | | | | | | | 780 |
| | | | | | A440 | M | 5 | | | | | | 5 | | | | | | | 785 |
| | | | | | A450 | 3 | 1 | | | | | | 1 | | | | | | | 786 |
| | | | | | A481 | 4 | 4 | | | | | | 4 | | | | | | | 790 |
| | | | | | A493 | 4 | 3 | | | | | | 3 | | | | | | | 793 |
| | | | | | A50092 | 4 | 1 | | | | | | 1 | | | | | | | 794 |
| | | | | | A530 | 4 | 1 | | | | | | 1 | | | | | | | 795 |
| | | | | | A55522 | 5 | 1 | | | | | | 1 | | | | | | | 796 |
| | | | | | A601 | 4 | 1 | | | | | | 1 | | | | | | | 797 |
| | | | | | A604 | 4 | 1 | | | | | | 1 | | | | | | | 798 |
| | | | 62 | M 407 | A604 | 4 | 2 | | 59 | | | | 2 | | | | | | | 800 |
| | | | | | A606 | 4 | 1 | | | | | | 1 | | | | | | | 801 |
| 17 | OMX | M 407 | 63 | M 407 | A64240 | 4 | 4 | 16 | 60 | | | | 4 | | | | | | | 805 |
| | | | | | A670 | 5 | 1 | | | | | | 1 | | | | | | | 806 |
| | | | | | A700 | 4 | 1 | | | | | | 1 | | | | | | | 807 |
| | | | | | A730 | 5 | 1 | | | | | | 1 | | | | | | | 808 |
| | | | | | A740 | 5 | 1 | | | | | | 1 | | | | | | | 809 |
| | | | | | A750 | 5 | 3 | | | | | | 3 | | | | | | | 812 |
| | | | | | A760 | 5 | 1 | | | | | | 1 | | | | | | | 813 |
| | | | 64 | M 407 | A327 | 4 | 1 | | 61 | | | | | | | | | 1 | | 814 |
| | | | | | A440 | 4 | 1 | | | | | | | | | | | 1 | | 815 |
| | | | | | A450 | 3 | 3 | | | | | | | | | | | 3 | | 818 |
| 18 | MADC | M450 | 65 | M450 | A331 | 5 | 2 | 17 | 62 | | | | 2 | | | | | | | 820 |
| | | | | | A800 | 6 | 2 | | | | | | 2 | | | | | | | 822 |
| | | | | | A840 | 7 | 2 | | | | | | 2 | | | | | | | 824 |
| | | | | | A870 | 6 | 2 | | | | | | 2 | | | | | | | 826 |
| | | | | | A923 | 8 | 2 | | | | | | 2 | | | | | | | 828 |
| | | | | | A970 | 8 | 1 | | | | | | 1 | | | | | | | 829 |
| | | | | | TOTALS | | 17 | | 62 | 5B | | | | | 5D | | | 0 | | 829 |
| | | | | | | | | | | 3B | | | | | 3D | | | 0 | | |
| | | | | | | | | | | AB | | | | | AD | | | 8 | | |
| | | | | | | | | | | MB | | | | | MD | | | 5 | | |
| | | | | | | | | | | BB | | | | | BS | | | 1 | | |

| Rate Summary | | | | |
| --- | --- | --- | --- | --- |
| Automation 5-Digit (5B) | 214 | | | |
| Automation 3-Digit (3B) | 423 | | | |
| Automation ADC (AB) | 80 | | | |
| Automation Mixed ADC (MB) | 98 | | | |
| Automation Basic (BB) | 0 | Outside County | | Outside County |
| Presorted 5-Digit (5D) | 0 | Container Summary | Total Number | Bundle Summary | Total Number |
| Presorted 3-Digit (3D) | 0 | 5-Digit/Scheme | 0 | 5-Digit/Scheme | 14 |
| Presorted ADC (AD) | 8 | 3-Digit/SCF | 12 | 3-Digit/Scheme | 32 |
| Presorted Mixed ADC (MD) | 5 | ADC | 2 | ADC | 9 |
| Presorted Basic (BS) | 1 | OMX/MADC | 3 | OMX/MADC | 7 |
| TOTAL | 829 | | 17 | | 62 |

# PERIODICALS BUNDLE REPORT

Page 1 of 1

| | |
|---|---|
| **Report:** | Periodicals Bundle Report |
| **Entry Point:** | 40741 |
| **Edition:** | 76 |
| **Publication:** | MANCHESTER ENTERPRISE |
| **Publication No:** | 327-48 |

| | |
|---|---|
| **Date:** | Sep 14, 2009 |
| **List Name:** | |
| **Mailer:** | MANCHESTER ENTERPRISE |
| **Software:** | MailRoom ToolKit v. 2.4 |
| | ZAP ZC-20071206 |

| Container Num | Container Type | Container Presort Lvl | Bundle Zip Code | Bundle Level | Rate Categ. | Copies | Bundle Chrg(x) |
|---|---|---|---|---|---|---|---|
| 2 | Sack | 3DG | 403 | 3DGS | 3B | 24 | X |
| | | | 403 | 3DGS | 3B | 14 | X |
| 3 | Sack | 3DG | 40509 | 5DGS | 5B | 9 | X |
| | | | 405 | 3DG | 3B | 22 | X |
| 4 | Sack | 3DG | 40701 | 5DG | 5B | 10 | X |
| | | | 407 | 3DGS | 3B | 24 | X |
| | | | 407 | 3DGS | 3B | 3 | X |
| 5 | Sack | 3DG | 41071 | 5DGS | 5B | 6 | X |
| | | | 410 | 3DG | 3B | 24 | X |
| | | | 410 | 3DG | 3B | 5 | X |
| 6 | Sack | 3DG | 45011 | 5DGS | 5B | 18 | X |
| | | | 45014 | 5DGS | 5B | 15 | X |
| | | | 45042 | 5DGS | 5B | 7 | X |
| | | | 45013 | 5DG | 5B | 15 | X |
| | | | 45065 | 5DG | 5B | 6 | X |
| | | | 450 | 3DG | 3B | 20 | X |
| 7 | Sack | 3DG | 451 | 3DG | 3B | 24 | X |
| | | | 451 | 3DG | 3B | 7 | X |
| 8 | Sack | 3DG | 45255 | 5DGS | 5B | 7 | X |
| | | | 452 | 3DG | 3B | 24 | X |
| | | | 452 | 3DG | 3B | 9 | X |
| 9 | Sack | SCF | 400 | 3DG | 3B | 15 | X |
| | | | 401 | 3DG | 3B | 6 | X |
| | | | 402 | 3DG | 3B | 21 | X |
| | | | 471 | 3DG | 3B | 17 | X |
| 10 | Sack | SCF | 40475 | 5DGS | 5B | 17 | X |
| | | | 40601 | 5DGS | 5B | 16 | X |
| 11 | Sack | SCF | 40913 | 5DG | 5B | 6 | X |
| 12 | Sack | SCF | 453 | 3DG | 3B | 13 | X |
| | | | 454 | 3DG | 3B | 17 | X |
| 13 | Sack | SCF | 461 | 3DG | 3B | 18 | X |
| | | | 462 | 3DG | 3B | 14 | X |
| 14 | Sack | ADC | 42501 | 5DGS | 5B | 9 | X |
| | | | 411 | 3DGS | 3B | 7 | X |
| | | | 413 | 3DGS | 3B | 10 | X |
| | | | 417 | 3DGS | 3B | 8 | X |
| | | | 421 | 3DGS | 3B | 6 | X |
| | | | 425 | 3DGS | 3B | 6 | X |
| | | | 400 | ADC | AB | 10 | X |
| | | | 400 | ADC | AD | 9 | X |
| 15 | Sack | ADC | 472 | 3DG | 3B | 8 | X |
| | | | 473 | 3DG | 3B | 8 | X |
| | | | 460 | ADC | AB | 21 | X |
| 16 | Sack | OMX | 47060 | 5DG | 5B | 7 | X |
| | | | 328 | 3DGS | 3B | 10 | X |
| | | | 377 | 3DGS | 3B | 10 | X |
| | | | 448 | 3DG | 3B | 11 | X |
| | | | 470 | 3DG | 3B | 12 | X |
| | | | 481 | 3DG | 3B | 6 | X |
| | | | 303 | ADC | AB | 6 | X |
| | | | 320 | ADC | AB | 10 | X |
| | | | 327 | ADC | AB | 9 | X |
| | | | 342 | ADC | AB | 11 | X |
| | | | 350 | ADC | AB | 6 | X |
| | | | 430 | ADC | AB | 7 | X |
| | | | 407 | OMX | MB | 24 | X |
| | | | 407 | OMX | MB | 24 | X |
| | | | 407 | OMX | MB | 24 | X |
| | | | 407 | OMX | MB | 3 | X |
| 17 | Sack | OMX | 407 | OMX | MB | 12 | X |
| | | | 407 | OMX | MD | 5 | X |
| 18 | Sack | MADC | 450 | MADC | MB | 11 | X |

**TOTAL COPIES     763**

## PERIODICALS CONTAINER REPORT

Page 1 of 1

| Report: | Periodicals Container Report | Date: | Sep 14, 2009 |
|---|---|---|---|
| Entry Point: | 40741 | List Name: | |
| Edition: | 76 | Mailer: | MANCHESTER ENTERPRISE |
| Publication: | MANCHESTER ENTERPRISE | Software: | MailRoom ToolKit v. 2.4 |
| Publication No: | 327-48 | | ZAP ZC-20071206 |

| Container Number | Container Type | Container Presort Level | Container Entry Level | Container Charge(x) |
|---|---|---|---|---|
| 2 | Sack | 3DG | Origin SCF | X |
| 3 | Sack | 3DG | Origin SCF | X |
| 4 | Sack | 3DG | Destination SCF | X |
| 5 | Sack | 3DG | Origin SCF | X |
| 6 | Sack | 3DG | Origin SCF | X |
| 7 | Sack | 3DG | Origin SCF | X |
| 8 | Sack | 3DG | Origin SCF | X |
| 9 | Sack | SCF | Origin SCF | X |
| 10 | Sack | SCF | Origin SCF | X |
| 11 | Sack | SCF | Destination SCF | X |
| 12 | Sack | SCF | Origin SCF | X |
| 13 | Sack | SCF | Origin SCF | X |
| 14 | Sack | ADC | Origin SCF | X |
| 15 | Sack | ADC | Origin SCF | X |
| 16 | Sack | OMX | Origin SCF | X |
| 17 | Sack | OMX | Origin SCF | X |
| 18 | Sack | MADC | Origin SCF | X |

## PERIODICALS CARRIER ROUTE MACHINABLE FLATS

Page 1 of 1

| Report: | USPS Qualification Report | Publication: | MANCHESTER ENTERPRISE |
| --- | --- | --- | --- |
| Mailer: | MANCHESTER ENTERPRISES | Publication No: | 327-48 |
| Entry Point: | 40962 | Edition: | 76 |
| Sort: | Periodicals Flats, DMM 707.23.4 | Software Info: | MailRoom ToolKit v. 2.4     ZAP ZC-20071206 |
| Date: | Sep 14, 2009 | List Name: | |

| Sack Num | Sack Level | Sack Zip | Bundle Num | Bundle Destination | Bundle ZIPS | Zone | OC Sacks | OC Bundles | Copies | WS | HD | CR | Running Total | Del Pts | Act Del | Res Del | (%) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1 | CRD | 40914 | 1 | H068 | | IC | | | 24 | | | 24 | 24 | | | | |
| | | | 2 | H068 | | IC | | | 1 | | | 1 | 25 | | | | |
| 2 | CRD | 40962 | 3 | R001 | | ICD | | | 24 | | | 24 | 49 | | | | |
| | | | 4 | R001 | | ICD | | | 12 | | | 12 | 61 | | | | |
| 3 | CRD | 40962 | 5 | R002 | | ICD | | | 24 | | | 24 | 85 | | | | |
| | | | 6 | R002 | | ICD | | | 24 | | | 24 | 109 | | | | |
| | | | 7 | R002 | | ICD | | | 5 | | | 5 | 114 | | | | |
| 4 | CRD | 40962 | 8 | R003 | | ICD | | | 24 | | | 24 | 138 | | | | |
| | | | 9 | R003 | | ICD | | | 16 | | | 16 | 154 | | | | |
| 5 | CRD | 40962 | 10 | R004 | | ICD | | | 24 | | | 24 | 178 | | | | |
| | | | 11 | R004 | | ICD | | | 1 | | | 1 | 179 | | | | |
| 6 | CRD | 40962 | 12 | R006 | | ICD | | | 24 | | | 24 | 203 | | | | |
| | | | 13 | R006 | | ICD | | | 6 | | | 6 | 209 | | | | |
| 7 | CRD | 40962 | 14 | R008 | | ICD | | | 24 | | | 24 | 233 | | | | |
| | | | 15 | R008 | | ICD | | | 13 | | | 13 | 246 | | | | |
| 8 | CRD | 40962 | 16 | R010 | | ICD | | | 24 | | | 24 | 270 | | | | |
| | | | 17 | R010 | | ICD | | | 7 | | | 7 | 277 | | | | |
| 9 | CRD | 40962 | 18 | C001 | | ICD | | | 24 | | | 24 | 301 | | | | |
| | | | 19 | C001 | | ICD | | | 8 | | | 8 | 309 | | | | |
| 10 | CRD | 40972 | 20 | R001 | | IC | | | 24 | | | 24 | 333 | | | | |
| | | | 21 | R001 | | IC | | | 12 | | | 12 | 345 | | | | |
| 11 | CR5 | 40962 | 22 | R005 | | ICD | | | 12 | | | 12 | 357 | | | | |
| | | | 23 | R007 | | ICD | | | 20 | | | 20 | 377 | | | | |
| | | | 24 | R009 | | ICD | | | 18 | | | 18 | 395 | | | | |
| | | | 25 | C002 | | ICD | | | 7 | | | 7 | 402 | | | | |
| | | | | | | TOTALS | 0 | 0 | 0 | 0 | 402 | 402 | | | | | |

**Rate Summary**

| | | Outside County Container Summary | Total Number | Outside County Bundle Summary | Total Number |
| --- | --- | --- | --- | --- | --- |
| Carrier Route Saturation (WS) | 0 | 5-Digit/Scheme | 0 | 5-Digit/Scheme | 0 |
| Carrier Route High Density (HD) | 0 | 3-Digit/SCF | 0 | 3-Digit/Scheme | 0 |
| Carrier Route Basic (CR) | 402 | ADC | 0 | ADC | 0 |
| TOTAL | 402 | OMX/MADC | 0 | OMX/MADC | 0 |
| | | | 0 | | 0 |

## PERIODICALS AUTOMATION AND NONAUTOMATION MACHINABLE FLATS

Page 1 of 1

| Report: | USPS Qualification Report | Publication: | MANCHESTER ENTERPRISE |
| --- | --- | --- | --- |
| Mailer: | MANCHESTER ENTERPRISES | Publication No: | 327-48 |
| Entry Point: | 40962 | Edition: | 76 |
| Sort: | Periodicals Flats, DMM 705.9.2.4 | Software Info: | MailRoom ToolKit v. 2.4 |
| Date: | Sep 14, 2009 | List Name: | |

ZAP ZC-20071206

| Cont. Num | Cont. Level | Cont. Zip | Group Num | Group Destination | Group ZIPS | Zone | Cpys | OC Conts. | OC Bundles | 5B | 3B | AB | MB | BB | 5D | 3D | AD | MD | BS | Running Total |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 12 | 3DG | 409 | 26 | 40962 | | IC | 17 | | | 17 | | | | | | | | | | 17 |
| | | | 27 | 40972 | | IC | 8 | | | 8 | | | | | | | | | | 25 |
| 13 | SCF | 407 | 28 | S407 | 409 | IC | 8 | | | | 8 | | | | | | | | | 33 |
| | | | 29 | S407 | 409 | IC | 6 | | | | | | | | | 6 | | | | 39 |
| | | | | **TOTALS** | | | | 0 | 0 | 5B | | 25 | 5D | | | 0 | | | | 39 |
| | | | | | | | | | | 3B | | 8 | 3D | | | 6 | | | | |
| | | | | | | | | | | AB | | 0 | AD | | | 0 | | | | |
| | | | | | | | | | | MB | | 0 | MD | | | 0 | | | | |
| | | | | | | | | | | BB | | 0 | BS | | | 0 | | | | |

**Rate Summary**

| | | | | |
| --- | --- | --- | --- | --- |
| Automation 5-Digit (5B) | 25 | | | |
| Automation 3-Digit (3B) | 8 | | | |
| Automation ADC (AB) | 0 | | | |
| Automation Mixed ADC (MB) | 0 | | | |
| Automation Basic (BB) | 0 | **Outside County** | | **Outside County** |
| Presorted 5-Digit (5D) | 0 | **Container Summary** | **Total Number** | **Bundle Summary** | **Total Number** |
| Presorted 3-Digit (3D) | 6 | 5-Digit/Scheme | 0 | 5-Digit/Scheme | 0 |
| Presorted ADC (AD) | 0 | 3-Digit/SCF | 0 | 3-Digit/Scheme | 0 |
| Presorted Mixed ADC (MD) | 0 | ADC | 0 | ADC | 0 |
| Presorted Basic (BS) | 0 | OMX/MADC | 0 | OMX/MADC | 0 |
| **TOTAL** | 39 | | 0 | | 0 |

## PERIODICALS BUNDLE REPORT

Page 1 of 1

| | | |
|---|---|---|
| **Report:** | Periodicals Bundle Report | |
| **Entry Point:** | 40962 | |
| **Edition:** | 76 | |
| **Publication:** | MANCHESTER ENTERPRISE | |
| **Publication No:** | 327-48 | |

| | |
|---|---|
| **Date:** | Sep 14, 2009 |
| **List Name:** | |
| **Mailer:** | MANCHESTER ENTERPRISES |
| **Software:** | MailRoom ToolKit v. 2.4 |
| | ZAP ZC-20071206 |

| Container Num Type | Container Presort Lvl | Bundle Zip Code | Bundle Level | Rate Categ. | Copies | Bundle Chrg(x) | Container Num Type | Container Presort Lvl | Bundle Zip Code | Bundle Level | Rate Categ. | Copies | Bundle Chrg(x) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | |

**TOTAL COPIES**　　0