**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION AT LONDON**

**CRIMINAL NO. 09-16-S-DCR**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| **V.** | |
| **RUSSELL CLETUS MARICLE; DOUGLAS C. ADAMS; CHARLES WAYNE JONES; WILLIAM E. STIVERS; FREDDY W. THOMPSON; WILLIAM B. MORRIS; DEBRA L. MORRIS; AND STANLEY BOWLING** | **DEFENDANTS** |

**ORDER**

This matter is before the Court for consideration of whether the case should be transferred to another jury division for purposes of trial. The Court having considered the arguments of counsel at the preliminary pretrial conference and the exhibits tendered by the United States at that time, as well as the additional submissions thereafter, it is hereby **ORDERED AND ADJUDGED** that the matter shall not be transferred and the trial shall occur in London, Kentucky.

This the ___ day of _____, 2009.

 

_____
**JUDGE DANNY C. REEVES**
**UNITED STATES DISTRICT COURT**