## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## SOUTHERN DIVISION
## LONDON

**CRIMINAL NO. 09-16-S-DCR**

**UNITED STATES OF AMERICA**                                            **PLAINTIFF**

**V.**                                        **<u>ORDER</u>**

**RUSSELL CLETUS MARICLE**                                   **DEFENDANT**

\* \* \* \* \*

Defendant Russell Cletus Maricle having filed an Objection to the Report and Recommendation Denying the Motion to Suppress, the United States having filed a response thereto, and the Court being otherwise sufficiently advised, it is hereby

ORDERED that Defendant Russell Cletus Maricle's Objection to the Report and Recommendation [Record No. 508] is DENIED.

This the _____ day of _____, 2009.

_____
ROBERT E. WIER
UNITED STATES MAGISTRATE JUDGE