UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

CASE NO. 09-16-S-DCR                                                ELECTRONICALLY FILED

UNITED STATES OF AMERICA,                                                      PLAINTIFF,


VS.                                                  MOTION


RUSSELL CLETUS MARICLE,                                                        DEFENDANT.

** ** **

Comes now the Defendant, Russell Cletus Maricle, by counsel, and respectfully moves the court to amend its Memorandum Opinion and Order of May 14, 2009, to permit the Defendant to travel overnight with his wife to Lexington, Kentucky, on Monday, October 19, 2009.  As grounds for this motion, the Defendant states that his wife is undergoing surgery on that date and must remain in Lexington overnight for a follow-up examination by the surgeon the next morning.  The Defendant's wife will be unable to drive after the surgery.  Specifically, the Defendant requests that he be allowed to take his wife to the Gill Heart Institute (University of Kentucky Medical Center), located at 800 Rose Street, Lexington, KY 40536, on October 19, 2009, to stay overnight on that date at the home of his wife's sister located at 1623 Blue Grouse Circle, Lexington KY 40511, and to take his wife to the office of Dr. John Conklin, Kentucky Eye Clinic,

located at 740 S. Limestone, Lexington, KY 40536-0284, on October 20, 2009, before returning home on that date.

    WHEREFORE, an Order in conformity herewith is respectfully requested.

    Respectfully submitted,

/s/David S. Hoskins
107 East First Street
Corbin, KY 40701
Telephone: (606) 526-9009
Facsimile: (606) 526-1021
Email: davidhoskins@bellsouth.net
ATTORNEY FOR DEFENDANT
RUSSELL CLETUS MARICLE

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 14th day of October, 2009, the foregoing was filed electronically with the Clerk of the Court by using CM/ECF System which will send notice of filing to all counsel of record.

/s/David S. Hoskins
ATTORNEY FOR DEFENDANT
RUSSELL CLETUS MARICLE