UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

CASE NO. 09-16-S-DCR                                                ELECTRONICALLY FILED

UNITED STATES OF AMERICA,                                                       PLAINTIFF,


VS.                                                 ORDER


RUSSELL CLETUS MARICLE,                                                         DEFENDANT.

** ** **

This matter being before the Court on motion of the Defendant, Russell Cletus Maricle, to amend its Memorandum Opinion and Order of May 14, 2009, so as to allow the Defendant to take his wife to the Gill Heart Institute (University of Kentucky Medical Center), located at 800 Rose Street, Lexington, KY 40536, on October 19, 2009, to stay overnight on that date at the home of his wife's sister located at 1623 Blue Grouse Circle, Lexington KY 40511, and to take his wife to the office of Dr. John Conklin, Kentucky Eye Clinic, located at 740 S. Limestone, Lexington, KY 40536-0284, on October 20, 2009, before returning home on that date, and the Court being fully advised,

IT IS HEREBY ORDERED that the Defendant's motion is SUSTAINED.

Dated this_____day of_____, 2009.

_____
JUDGE, UNITED STATES DISTRICT COURT