# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
### SOUTHERN DIVISION
### LONDON

CRIMINAL NO. 09-16-S-DCR                              **ELECTRONICALLY FILED**

UNITED STATES OF AMERICA                                           PLAINTIFF

V.                              **MOTION FOR LATE FILING**

RUSSELL CLETUS MARICLE                                             DEFENDANT

\* \* \* \* \* \*

The Defendant, Russell Cletus Maricle, by counsel, moved for release from home detention (DE 520) and the Court ordered the United States to respond by 1:00 p.m. today, October 16, 2009. The undersigned, having been on sick leave October 14th and 15th, failed to notice the Court's order (DE 521) until the afternoon of October 16th.

Wherefore, the United States requests the Court to allow the late filing of its Response to Defendant Maricle's Motion for Release from Home Detention.

                                        Respectfully submitted,

                                        JAMES A. ZERHUSEN
                                        UNITED STATES ATTORNEY

By:    s/ Stephen C. Smith
           Asistant United States Attorney
           601 Meyers Baker Road, Suite 200
           London, KY 40741
           Tel: (606) 864-5523
           Stephen.Smith4@usdoj.gov

CERTIFICATE OF SERVICE

    I hereby certify that on October 16, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System which will send notice of filing to all counsel of record.

                                                      s/Stephen C. Smith
                                                      Assistant United States Attorney