UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

CRIMINAL ACTION NO. 09-16-S-DCR　　　　　ELECTRONICALLY FILED

UNITED STATES OF AMERICA　　　　　　　　　　　　　　　PLAINTIFF

V.　　　**RESPONSE OF UNITED STATES TO DEFENDANT RUSSELL CLETUS MARICLE'S MOTION FOR RELEASE OVERNIGHT**

RUSSELL CLETUS MARICLE　　　　　　　　　　　　　　　DEFENDANT

\* \* \* \* \*

　　The United States objects to the motion for release from home detention for the period of October 19, 2009, through October 20, 2009. The Defendant in his motion fails to support his request with any description of the severity of the procedure. The motion merely describes that the Defendant would like to accompany his spouse to a "surgery" with the eye clinic and a follow-up appointment the following day. The United States has consistently taken the position that this Defendant is a danger and risk of flight. The motion provides no basis to conclude that the Defendant's presence is necessary nor outweighing the interest of justice in maintaining strict conditions of release that were placed upon him by this Court.

　　Wherefore, the United States requests that the motion be denied.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　JAMES A. ZERHUSEN
　　　　　　　　　　　　　　　　　UNITED STATES ATTORNEY

By:  s/Stephen C. Smith
Assistant United States Attorney
601 Meyers Baker Road, Suite 200
London, KY  40741
(606) 864-5523
Stephen.smith4@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Response was filed using the CM/ECF system which will send notification to counsel of record this the 16th day of October, 2009.

s/Stephen C. Smith
Assistant United States Attorney

2