UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

CRIMINAL ACTION NO. 09-16-S-DCR

UNITED STATES OF AMERICA					PLAINTIFF

V.					**ORDER**

RUSSELL CLETUS MARICLE					DEFENDANT

\* \* \* \* \*

The Defendant, Russell Cletus Maricle, having filed a Motion for Release from Home Detention, the United States having filed its Response in Objection thereto, and the Court being otherwise sufficiently advised, it is

ORDERED that the Motion for Release from Home Detention is DENIED.

This the _____ day of October, 2009.

_____
ROBERT E. WIER
UNITED STATES MAGISTRATE JUDGE