# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# SOUTHERN DIVISION
# LONDON

**CRIMINAL NO. 09-16-S-DCR**

**UNITED STATES OF AMERICA**                                    **PLAINTIFF**


**V.**                                    **ORDER**


**RUSSELL CLETUS MARICLE**                                    **DEFENDANT**

\* \* \* \* \* \*

The United States having filed a Motion for Late Filing to Respond to Defendant Maricle's Motion for Release from Home Detention (DE 520), for good cause shown, and the Court being otherwise sufficiently advised, it is

ORDERED that the Motion for Late Filing is GRANTED.

This _____ the day of October, 2009.


_____
ROBERT E. WIER
UNITED STATES MAGISTRATE JUDGE