Eastern District of Kentucky
**FILED**

OCT 16 2009

AT LONDON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**LONDON**

**CRIMINAL NO. 09-16-S-DCR**

**UNITED STATES OF AMERICA**                                    **PLAINTIFF**

V.                                              **ORDER**

**RUSSELL CLETUS MARICLE**                              **DEFENDANT**

\* \* \* \* \* \*

The United States having filed a Motion for Late Filing to Respond to Defendant

Maricle's Motion for Release from Home Detention (DE 520), for good cause shown, and

the Court being otherwise sufficiently advised, it is

ORDERED that the Motion for Late Filing is GRANTED.

This _16th_ the day of October, 2009.

_____
ROBERT E. WIER
UNITED STATES MAGISTRATE JUDGE