UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at LONDON

CRIMINAL ACTION NO. 09-16-DCR

UNITED STATES OF AMERICA,                                    PLAINTIFF,

v.

**ORDER GRANTING
DEFENDANT'S MOTION TO RECONSIDER
MAGISTRATE JUDGE'S ORDER
DENYING MOTION FOR BILL OF PARTICULARS**

RUSSELL CLETUS MARICLE,                                    DEFENDANT.

For good cause shown, Defendant's Motion for Reconsideration is hereby GRANTED and his Motion for Bill of Particulars is GRANTED. The Government SHALL produce a Bill of Particulars as requested in Defendant's Motion.

IT IS SO ORDERED.

_____
JUDGE DANNY C. REEVES

1