UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

CRIMINAL NO. 09-16-S-DCR                    ELECTRONICALLY FILED

UNITED STATES OF AMERICA                                    PLAINTIFF

V.   **RESPONSE OF UNITED STATES TO DEFENDANTS' OBJECTIONS TO REPORT AND RECOMMENDATION DENYING MOTION FOR BILL OF PARTICULARS**

RUSSELL CLETUS MARICLE, ET AL.                              DEFENDANTS

\* \* \* \* \* \*

The United States incorporates by reference its responses (DE#325, #454, #449, #448, #456, #453) for the reasons set forth therein and as recommended in the Magistrate's Report and Recommendation (DE# 514), requests the Court overrule the defendants' objections to the Report and Recommendation denying their motions for bill of particulars.

Wherefore, the United States respectfully urges the Court to DENY the Motion for bill of particulars.

> Respectfully submitted,
>
> JAMES A. ZERHUSEN
> UNITED STATES ATTORNEY
>
> BY:  S/ Stephen C. Smith
> Assistant United States Attorney
> 601 Meyers Baker Road, Suite 200
> London, KY 40741
> Tel: (606) 864-5523
> Fax: (606) 864-3590
> stephen.smith4@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System which will send notice of filing to all counsel of record.

s/Stephen C. Smith
Assistant United States Attorney
