# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# SOUTHERN DIVISION
# LONDON

**CRIMINAL NO. 09-16-S-DCR**

**UNITED STATES OF AMERICA**                                                            **PLAINTIFF**

**V.**                                   **ORDER**

**RUSSELL CLETUS MARICLE, ET AL.**                            **DEFENDANTS**

\* \* \* \* \* \*

Defendants Russell Cletus Maricle, Douglas C. Adams, Charles Wayne Jones, William E. Stivers, Freddy W. Thompson, William B. Morris, Debra L. Morris, and Stanley Bowling having filed Objections to the Report and Recommendation Denying the Motion for Bill of Particulars [DE 527, 528, 529, 530, 531, 532 & 533], the United States having filed its Response in objection thereto, and the Court being otherwise sufficiently advised, it is

ORDERED that Defendants' objections are OVERRULED and the Motions for Bill of Particulars are DENIED.

This the _____ day of _____, 2009.

                                                       _____
                                                       UNITED STATES DISTRICT JUDGE