# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
### SOUTHERN DIVISION
**(at London)**

CASE NO. 09-16-S-DCR                                    **ELECTRONICALLY FILED**

UNITED STATES OF AMERICA,                                             PLAINTIFF,


V.              **MOTION TO AMEND RELEASE CONDITIONS**


RUSSELL CLETUS MARICLE,                                               DEFENDANT.

\*\* \*\* \*\*

Comes now the Defendant, Russell Cletus Maricle, and moves the Court for an order amending the conditions of his release. Specifically, the Defendant requests that he be allowed to have contact with his son-in-law, Philip Mobley, on Thursday, November 25, 2009 from the hours of 12:30 p.m. to 3:30 p.m. for Thanksgiving, and also December 24, 2009 from the hours of 6:00 p.m. to 10:00 p.m. for Christmas Eve.

WHEREFORE, an Order in conformity herewith is respectfully requested.

        Respectfully submitted,

        /s/David S. Hoskins
        Attorney At Law
        107 East First Street
        Corbin, KY 40701
        Telephone: (606) 526-9009
        Facsimile: (606) 526-1021
        Email:  davidhoskins@bellsouth.net
        ATTORNEY FOR DEFENDANT
        RUSSELL CLETUS MARICLE

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 20th day of November, 2009, the foregoing was filed electronically with the Clerk of the Court by using CM/ECF System which will send notice of filing to all counsel of record.

                                        /s/David S. Hoskins
                                        Attorney At Law
                                        ATTORNEY FOR DEFENDANT
                                        RUSSELL CLETUS MARICLE