## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## SOUTHERN DIVISION
### (at London)

CASE NO. 09-16-S-DCR                          **ELECTRONICALLY FILED**

UNITED STATES OF AMERICA,                          PLAINTIFF,

VS.                          **ORDER**

RUSSELL CLETUS MARICLE,                          DEFENDANT.

\*\* \*\* \*\*

      This matter being before the Court on Motion of the Defendant, Russell Cletus Maricle, for amendments to his conditions of release and the Court being fully advised,

      IT IS HEREBY ORDERED that the Defendant's motion is sustained. The Defendant shall be permitted to have contact with his son-in-law, Philip Mobley on Thanksgiving Day from the hours of 12:30p.m. to 3:30p.m. and on Christmas Eve Day from the hours of 6:00 p.m. to 10:00 p.m.

      DATED this the _____ day of November, 2009.

                                      _____
                                      JUDGE, UNITED STATES DISTRICT COURT