**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**LONDON**


**CRIMINAL ACTION NO. 09-16-S-DCR**

**UNITED STATES OF AMERICA**                                        **PLAINTIFF**


**V.**      **RESPONSE TO MOTION TO AMEND RELEASE CONDITIONS**


**RUSSELL CLETUS MARICLE**                                        **DEFENDANT**

\*   \*   \*   \*   \*

The Defendant, Russell Cletus Maricle, seeks to amend his release conditions to

allow him to have contact with his son-in-law, Phillip Mobley, on November 25, 2009,

and December 24, 2009, at specified times for the Thanksgiving and Christmas holidays.

The United States takes no position on this request, and would leave the matter to the

sound discretion of the Court and the supervising pretrial services officer.


Respectfully submitted,
JAMES A. ZERHUSEN
UNITED STATES ATTORNEY


By:      _____
Stephen C. Smith
Assistant United States Attorney
601 Meyers-Baker Road
London, Kentucky 40741

(606) 864-5523
stephen.smith4@usdoj.gov


## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 20, 2009, I electronically filed the foregoing

with the Clerk of the Court by using the CM/ECF System which will send notice of filing

to all counsel of record.

_____

Stephen C. Smith
Assistant United States Attorney