UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at LONDON)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action No. 6: 09-16-S-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| RUSSELL CLETUS MARICLE, et al., | ) | **ORDER** |
| | ) | |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

The Court being sufficiently advised, it is hereby

**ORDERED** that this matter is **ASSIGNED** for a Status Conference on **Thursday, December 3, 2009**, beginning at the hour of **10:30 a.m.**, at the United States Courthouse in London, Kentucky.

This 1st day of December, 2009.



Signed By:
*Danny C. Reeves* DCR
United States District Judge