**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION AT LONDON**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **Criminal No. 6: 09-16-DCR** |
| ) | |
| **CHARLES W. JONES,** ) | |
| Defendant. ) | |
| _____) | |

**MOTION TO RESCHEDULE**
**AND**
**NOTICE OF UNAVAILABILITY**
***** ***** *****

This Court has scheduled a status conference for December 3, 2009, at 10:30 a.m. in the Federal Courthouse in London. [DN#544]. The undersigned counsel is scheduled to argue in the Sixth Circuit at its Cincinnati location at the same time as this status conference is scheduled. The case is *United States, FCNC v. LFUCG,* No. 08-6296, and was set for oral argument several weeks ago. Two weeks ago it was assigned to the 9:00 am docket.

Though the Order does not state the purpose of the status conference, undersigned counsel spoke with the Court's secretary and Candace Crouse, counsel for the Defendant Cletus Maricle, and understands that the expected subject-matter will be the audio recordings of various Defendants, cooperating witnesses, and un-indicted third-parties as well as issues relating to transcripts of these recordings.

The Defendant Charles Jones filed a Notice of Filing [DN#507] in which we objected to the use of a transcript of a June 7, 2007, given its poor quality, inaudible portions, and danger of multiple translations. The United States never responded to this objection.

If the status conference is going to deal with the audio recording issues, then the undersigned needs to be present either physically or by telephone. As such, the undersigned moves the Court to reschedule the status conference for later in the afternoon of December 3, 2009, and if the undersigned is unable to arrive in time, that he be permitted to participate telephonically.

A proposed order is attached as Exhibit A.

This the 1rst day of December, 2009.

/s/ Scott White_____.
Scott White
Morgan & Pottinger, P.S.C.
133 W. Short Street
Lexington, KY  40507
859. 226-5288 (DIRECT)
859. 255-2038 (FAX)
tsw@m-p.net
Counsel for Defendant Jones

## Certificate of Service

This Motion is being served via the ECF system.

_/s/ Scott White____.
Scott White