**EXHIBIT A**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## SOUTHERN DIVISION AT LONDON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Criminal No. 6: 09-16-DCR |
| ) | |
| **CHARLES W. JONES,** ) | |
| Defendant. ) | |
| _____ ) | |

## ORDER
**(proposed)**
***** ***** *****

The Defendant, Charles W. Jones ("Defendant"), by counsel, has moved the Court to reschedule the status conference set for 10:30 am on December 3, 2009, for later in the afternoon of that same date, or, if counsel cannot arrive in time, to be able to participate telephonically.

For good cause shown it is ORDERED that the status conference be rescheduled for the same date and place, but to commence at _____ p.m.

So ORDERED this ___ day of _____, 2009.

_____.
Danny C. Reeves,
United States District Judge, presiding