## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## SOUTHERN DIVISION
## (at London)

CASE NO. 09-16-S-DCR                                    ELECTRONICALLY FILED

UNITED STATES OF AMERICA,                                         PLAINTIFF,


V.                              MOTION


RUSSELL CLETUS MARICLE,                                          DEFENDANT.

** ** **

Comes now the Defendant, Russell Cletus Maricle, and moves the Court for permission to copy the T-III material included on the disk provided by the United States on December 18, 2009, so as to allow each attorney representing Mr. Maricle to have a copy. The offices of Mr. Maricle's attorneys are over 150 miles apart, and effective communication and representation require that each have ready access to this material. All of Mr. Maricle's counsel will strictly comply with the Court's Order regarding the handling of this material.

WHEREFORE, an Order in conformity herewith is respectfully requested.

Respectfully submitted,

/s/David S. Hoskins
Attorney At Law
107 East First Street
P.O. Box 1185
Corbin, KY 40702-1185
Telephone: (606) 526-9009
Facsimile: (606) 526-1021
Email:  davidhoskins@bellsouth.net
ATTORNEY FOR DEFENDANT
RUSSELL CLETUS MARICLE

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 21st day of December, 2009, the foregoing was filed electronically with the Clerk of the Court by using CM/ECF System which will send notice of filing to all counsel of record.

/s/David S. Hoskins
Attorney At Law
ATTORNEY FOR DEFENDANT
RUSSELL CLETUS MARICLE