UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

CASE NO. 09-16-S-DCR    ELECTRONICALLY FILED

UNITED STATES OF AMERICA,    PLAINTIFF,

VS.    ORDER

RUSSELL CLETUS MARICLE,    DEFENDANT.

** ** **

This matter being before the Court on motion of the Defendant, Russell Cletus Maricle, for an Order granting all of Mr. Maricle's counsel permission to copy the T-III material provided by the United States on disk on December 18, 2009, and the Court being fully advised,

IT IS HEREBY ORDERED that the Defendant's motion is SUSTAINED.

Dated this_____day of_____, 20___.

_____
JUDGE, UNITED STATES DISTRICT COURT