UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

CASE NO. 09-16-S-DCR                                              ELECTRONICALLY FILED

UNITED STATES OF AMERICA,                                         PLAINTIFF,

V.         MOTION TO AMEND RELEASE CONDITIONS

RUSSELL CLETUS MARICLE,                                           DEFENDANT.

** ** **

Comes now the Defendant, Russell Cletus Maricle, and moves the Court for an order amending the conditions of his release. Specifically, the Defendant requests that he be allowed to visit the gravesite of his son Rusty Maricle located at Pine Grove Cemetery on 472; 12 miles outside of Manchester, on the evening of December 25, 2009.

WHEREFORE, an Order in conformity herewith is respectfully requested.

Respectfully submitted,

/s/David S. Hoskins
Attorney At Law
107 East First Street
Corbin, KY 40701
Telephone: (606) 526-9009
Facsimile: (606) 526-1021
Email:  davidhoskins@bellsouth.net
ATTORNEY FOR DEFENDANT
RUSSELL CLETUS MARICLE

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 21st day of December, 2009, the foregoing was filed electronically with the Clerk of the Court by using CM/ECF System which will send notice of filing to all counsel of record.

/s/David S. Hoskins
Attorney At Law
ATTORNEY FOR DEFENDANT
RUSSELL CLETUS MARICLE