# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
### SOUTHERN DIVISION
#### (at London)

CASE NO. 09-16-S-DCR                                              **ELECTRONICALLY FILED**

**UNITED STATES OF AMERICA,**                                                      **PLAINTIFF,**

**VS.**                                                          **ORDER**

**RUSSELL CLETUS MARICLE,**                                                         **DEFENDANT.**

\*\* \*\* \*\*

This matter being before the Court on Motion of the Defendant, Russell Cletus Maricle, for amendments to his conditions of release and the Court being fully advised,

IT IS HEREBY ORDERED that the Defendant's motion is sustained. The Defendant shall be permitted to visit the gravesite of his son, Rusty Maricle, on the evening of December 25, 2009.

DATED this the _____ day of December, 2009.

_____
JUDGE, UNITED STATES DISTRICT COURT