UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Criminal Action No. 6: 09-16-S-DCR |
| ) | |
| V. ) | |
| ) | |
| RUSSELL CLETUS MARICLE, et al., ) | **ORDER** |
| ) | |
| Defendants. ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is pending for consideration of Defendant Russell Cletus Maricle's motion to amend conditions of release. Having reviewed the motion, the Court does not believe a response is needed. Accordingly, being sufficiently advised, it is hereby

**ORDERED** that Defendant Maricle's motion to amend conditions of release [Record No. 565] is **DENIED**.

This 21st day of December, 2009.

*[signature]*

UNITED STATES DISTRICT JUDGE
DANNY C. REEVES