UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON
CRIMINAL MINUTES-GENERAL

Case No: 6:09-CR-16-S-DCR    At: LONDON    Date: December 22, 2009

PRESENT:

    Hon. Danny C. Reeves, U.S. District Judge

| Jackie Brock | Cindy Oakes | Stephen C. Smith |
|---|---|---|
| Deputy Clerk | Court Reporter | Assistant U. S. Attorneys |

| DEFENDANTS: | ATTORNEYS FOR DEFENDANTS: |
|---|---|
| Russell Cletus Maricle (present)(bond) | David Hoskins, Martin Pinales & Candace Crouse (Retained)(Present) |
| Douglas C. Adams (present)(bond) | Bennett E. Bayer (Retained)(Present) |
| Charles Wayne Jones (present)(bond) | T. Scott White (CJA)(Present) |
| William E. Stivers (present)(custody) | Robert L. Abell (CJA)(Present) |
| Freddy W. Thompson (present)(bond) | Russell James Baldani (Retained)(Present) |
| William B. Morris (present)(bond) | Jerry W. Gilbert (Retained)(Present) |
| Debra L. Morris (present)(bond) | Elizabeth S. Hughes (CJA)(Present) |
| Stanley Bowling (present)(bond) | Daniel A. Simons (Retained)(Present) |

PROCEEDINGS: EVIDENTIARY HEARING

    This matter was called for hearing with counsel and Defendants present as noted. The Court heard discussion from counsel regarding resolution of audio recordings/transcript issues that have been raised by counsel. Being sufficiently advised, and for the reasons as stated on the record, it is hereby

    **ORDERED** as follows:

    1)    The United States shall make changes provided by the Court to the portions of the transcripts tendered on December 14, 2009, and reflecting the parts of the audio recordings it seeks to introduce during trial. Revised transcripts containing these changes shall be provided to the Defendants' counsel and the Court in advance of trial. If the parties believe there are substantive errors in the changes provided by the Court, the parties may identify these changes in writing and in advance of the pretrial conference.

      2)       The United States shall submit a written certification that the transcripts are true and accurate to the best of the preparer's knowledge and belief.

      3)       Defendant Maricle's Motion for Order [Record No. 564] is **SUSTAINED**.

      4)       Defendant Thompson's oral objection to the use of any transcripts during trial based on the assertion that the tapes are unintelligible is **OVERRULED**.

      5)       Defendant Maricle's oral motion to submit his version of the transcripts in the record is **GRANTED**. Defendant Maricle's version of the transcripts shall be filed under seal as an exhibit to this hearing.

      6)       Counsel for Defendant Debra Morris shall advise the Court, in writing, whether the transcript provided by the Court contains all portions of the transcript submitted by Defendants William Morris and Debra Morris on December 14, 2009.

      7)       Defendant Maricle's request that the United States be required to play full and complete audio recordings during trial (as opposed to only the sections previously identified by the United States on December 14, 2009) is **DENIED**.

      This 22nd day of December, 2009.

Signed By:
*Danny C. Reeves* DCR
United States District Judge

Copies: COR, USP, USM

TIC: 1 hour, 43 minutes