UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

**CRIMINAL NO. 09-16-S-DCR**              *ELECTRONICALLY FILED*

**UNITED STATES OF AMERICA**                               **PLAINTIFF**

**v.**                    **MOTION IN LIMINE**

**RUSSELL CLETUS MARICLE, et al.,**                        **DEFENDANTS**

\* \* \* \* \*

EXHIBIT A - AUDIO RECORDING FILED SEPARATELY UNDER SEAL