**CHART OF EXCULPATORY STATEMENTS BY DEFENDANTS**

*U.S. v. Russell Cletus Maricle, et al*
*London Case No. 09-16-DCR*

| Transcript | Defendant Making Statement | Description of Statement | Page No. of Statement |
|---|---|---|---|
| 3/27/07 Maricle Transcript | Phillip Mobley | In reference to Freddy Thompson, Mobley states "he never spent no money in that election..other than what's reported, I mean, he never spent no money." | 2 |
| | Cletus Maricle | "He didn't have nothing to spend." | |
| | Phillip Mobley | "He didn't have nothing to spend." | |
| 3/27/07 Maricle Transcript | Cletus Maricle | In reference to Kennon stating he's worried about an FBI investigation, Maricle says "Don't think anything to worry about; I don't know." | 38 |
| 3/31/07 Stivers Transcript | William Stivers | In reference to a meeting about election officers, Stivers says "See Don never even called a meetin' buddy. We didn't know nothin' bout it." He further states "We didn't know nothin' bout the election officers, period. Hell Don never called a meetin'." | 20, |
| | Mary Stivers | "Well, nobody fooled with that lyin SOB"; "nobody trusted him enough (V. Hacker) to fool with him-Mary Betty | 31 |
| | William Stivers | "And the reason why I served is so we can have a fair and honest election" | |
| 4/06/07 | N/A | | |
| 4/09/07 | N/A | | |
| 4/10/07 Stivers & Jones Transcript | N/A | | |

1

| | | | |
|---|---|---|---|
| 4/10/07 Stivers & Jones Transcript | William Stivers | In discussing Cletus Maricle, Stivers says "Well, the only thing about it is this, if they put him on the stand, he won't lie. That's the one thing he won't do . . ." | 54 |
| 4/11/07 Stivers, Maricle & Jones Transcript | Wayne Jones | When Kennon White is discussing Bart Morris's election activities, Jones says "Bart didn't do nothing"; "Bart didn't do nothing either way"; and "He didn't do shit is what they done." | 35-36 |
| 4/18/07 Maricle & Stivers Transcript | Wayne Jones | During a discussion about election records, Wayne Jones says "I ain't done nothing in ....." | 34 |
| 4/30/07 Maricle Transcript from Kennon #2 | Cletus Maricle | "you can't lie to them obey all court orders." | 7 |
| 4/30/07 Maricle Transcript from Kennon #2 | Richie Asher | Asher tells Wanda not to worry, because she hasn't done anything wrong. | 47 |
| 4/30/07 Maricle Transcript from Kennon #2 | Charles Dobber Weaver | Weaver and an unidentified female tell Wanda she didn't do anything and that they never saw any money. | 70-71, 74 |
| 4/30/07 Maricle Transcript from Kennon #1 | Phillip Mobley<br><br>Cletus Maricle<br>Phillip Mobley<br><br>Cletus Maricle | In reference to Freddy Thompson, Mobley states "he never spent no money in that election..other than what's reported, I mean, he never spent no money."<br>"He didn't have nothing to spend."<br>"He didn't have nothing to spend."<br><br>Maricle stated "Phillip didn't have no money." | 2<br><br><br><br><br><br>8 |

2

| | | | |
|---|---|---|---|
| 4/30/07 Maricle Transcript from Kennon #1 | Cletus Maricle | When discussing how Wanda became an election officer, Maricle states "You know once an election officer's chosen, they're chosen by board of election." | 9 |
| 5/01/07 Freddy Thompson Transcript | Freddy Thompson | Thompson states in response to statement of money exchanged or irregularities on the machines "I don't think there was." Thompson states "I wasn't involved in no election business this year whatsoever. Wasn't involved whatsoever. I run it fair, I stay neutral in everybody's races you know. You all ask me for something, I got it for you, if somebody was asking me something and I could help a friend, you know, was about as much as I ever. I wasn't even mixed up in nothing. I was unopposed, I just kept my nose out of everybody's business." "You've wasted my time if you will let me over nothing but a bunch of lies. I said everything you've asked me has been a lie, a bunch of losing candidates and their families are go around telling everybody... so that's where everything they ask me was a lie, I swear to God it was. Everything they asked me was a lie." When asked if he got rid of the forms, Thompson stated that he "can't get rid of them"- reference to the voter assistance forms. " If I get rid of something its my butt. No. Kept them together, I mean that's all that they was..." | 4  6  7-8 |
| 5/01/07 Freddy Thompson Transcript | Freddy Thompson | "I don't believe they have nothing on me."  When discussing William "Alman" Stivers involvement in voter fraud scheme, Thompson says "Alman didn't do nothing...I remember, he didn't do nothing. Asked me to vote for Philip. He asked me to vote for Philip in May." | 8  8-9 |

3

| Date/Source | Speaker | Statement | Page |
|---|---|---|---|
| 5/01/07 Maricle, Colter & Others Transcript | Wayne Jones | Jones says "I can honestly say I've not seen no money change hands by hell." | 16 |
| 5/01/07 Transcript of Maricle and Morris | Bart Morris | "as far as the last two elections nothing went on."<br><br>"Cause I mean everybody was scared to death, aint nobody done nothing and they know that" | 4<br><br>13 |
| 5/01/07 Transcript of Maricle & Morris | Cletus Maricle | When discussing Phillip Mobley, Maricle states "Phillip ran a straight race. I mean, he really did. He really didn't have to buy no votes."<br><br>"cleanest election in a long time, because everybody was scared" | 23 |
| 5/02/07 #1 Maricle Transcripts | Cletus Maricle | In response to the statement everyone has said take the fifth amendment-Maricle makes the statement "Well, now, I've not said that"<br><br>"Didn't change no votes."<br><br>"Didn't see as she's done anything"<br><br>"Every penny of money that Phillip Mobley contributed uh contributed that he got from contributions, uh, I mean he reported."<br><br>"You came up here after the election in 2002 or sometime, and said you wanted to change your registration to Democrat and work as Democrat...well I mean but that's the truth"<br><br>"I really don't think Phillip will be taking the fifth amendment tomorrow, of course, Phillip don't know nothing." | 8<br><br>12<br><br>14<br><br>65<br><br>77<br><br>64 |

| | | | |
|---|---|---|---|
| 5/02/07 #1 Maricle Transcript | Cletus Maricle | Maricle states "Ah...They can go after the 2006 election, but I don't think they've got a whole lot to go on in the 2006 election. They didn't do nothing with the 2002, because everybody's scared to move last year in, in the 2006 election." Judy "nobody done nothing". | 30 |
| 5/02/07 #2 Kennon White Maricle Transcript | Cletus Maricle | Maricle states "I'm wondering, one of the things I've wondered is, you know back, uh, the last time, you know, when Doug Adams putting tickets together and stuff, but now as far as I know he didn't do that in this 2006 election." | 7 |
| 5/02/07 #2 Kennon White Maricle Transcript | Cletus Maricle | Maricle states "Kennon, I really didn't I did not get very involved in Phillip's election, uh, for a lot of reasons." | 7 |
| 5/02/07 #2 Kennon White Maricle Transcript | Cletus Maricle | Maricle states "You must know something about 2006 I don't...I don't know 2006 being, you know, I mean, I thought it was a straight election." | 10 |

5

| 5/04/07 | Cletus Maricle | Maricle states "I don't really have any authority to appoint anybody." | 6 |
| --- | --- | --- | --- |
| | | "Well I don't know no election officers, have no authority over election officers. We didn't spend no money in the election. And I never considered from the get go giving you money. I never offered you money." | |
| | | "Well I don't remember having done anything, you know to. . ."Maricle states "I know that Wanda and I don't think I've done anything to be in trouble over. I mean I really don't....I believe that. I believe that. I believe that, I sure do. Ah, and ah, but I don't know anything I've ever, that they can say that could get us in trouble." | 13 |
| | | "I ain't done nothing." | 25 |
| 5/04/07 Maricle Transcript | Cletus Maricle | Maricle states "you and Wayne and I may have been in all kinds of crap, but we never had no meetings." | 15 |
| | | "Well, they've I haven't had nothing to do with them." | |
| | | "There was talk about some meetings ... but there wasn't no meeting that I know of on a Friday night . . . and if there was it would have been Hershel and Ed and them..." | 19 |
| | | Do you think we've done anything illegal? I don't." | 21 |
| 5/04/07 Maricle Transcript | Cletus Maricle | Maricle states "I ain't done nothing." | 25 |
| 5/04/07 Maricle Transcript | Cletus Maricle | Maricle states "Just because they want to get somebody, you know, ah, I don't know anything illegal we've done." | 28 |

| | | | |
|---|---|---|---|
| 5/09/07 Maricle Transcript | Bart Morris | Morris states "I ain't talked to nobody" "Kennon you ain't done nothing" You gotta be doing something wrong before you.." | 7 |
| | | "Son, I ain't done nothing to be afraid of. What you've done has been your business not mine, okay." "And I ain't done nothing" | 9 |
| 5/09/07 Maricle Transcript | Bart Morris | Morris states "Well I've not done nothing." "That's the thing, I mean, that's what I'm saying, ain't done nothing wrong. There ain't nothing to be said." | 10 |
| 5/09/07 Maricle Transcript | Bart Morris | Morris states "uh, what has Cletus done?" "I've not talked to nobody I mean they ain't got no reason to talk to me..." "I mean what's Cletus done." | 11 |
| 5/09/07 Maricle Transcript | Bart Morris | Morris states "Kennon you ain't done nothing." | 13 |
| | | "You know I ain't done it. Everybody knows that....Hell, I ain't had nothing, what did I do?" | 14 |
| 5/09/07 Maricle Transcript | Cletus Maricle | Maricle states "Well, Kennon on me I don't know what they'd come after me on I didn't give Wanda (UI). I never give her any money." "And I never, uh Phillip didn't spend any money on election day. If somebody's out there trying to get him votes, uh you know on the ground. Phillip did not put any money in the election and that is the truth." | 25 |

| | | | |
|---|---|---|---|
| 5/09/07 Maricle Transcript | Cletus Maricle | Maricle states "I didn't give her any money. Election officers choose the uh, election commission chooses election officers, uh, you all came up here after your election and said you all was going to change your registration and want to be active Democrats. That's the way it happened." | 25 |
| 5/09/07 Maricle Transcript | Cletus Maricle | Maricle states "as far as I know Wanda didn't do anything wrong, uh..." <br><br> "That I know of , she certainly wasn't no money of any sort, uh. . . <br><br> "I didn't give her , did she, " <br><br> "She never got any money, I mean, that's you know" <br><br> "Uh, and and as far as I know she, you know as far as getting there's nothing there's nothing wrong with being an election officer. There's nothing wrong with being for somebody, they've got people afraid to be for somebody. I mean, they got me intimidated last year and I don't do nothing. But they had me, well you're seen talking to so and so, paying so and so, you know. As far as I know no meeting of candidates damn, I don't know of any candidates she met with as a meeting, I mean, that's one of the things they've been saying about me, I don't know when only candidates I know met was uh they was that I heard met was three or four of them of um, Ed and Urshell, but don't even know that, I don't know that. That's just people talking, uh but as far as I know she didn't do anything wrong, I didn't as her to do anything wrong and wouldn't ask her to do anything wrong." | 26-27 |

8

| | | | |
|---|---|---|---|
| 5/09/07 Maricle Transcript | Cletus Maricle | Maricle states "Well I don't really think I've done anything wrong but, you know, anytime they're throwing your name around and trying to get you, you have to be concerned." | 28 |
| 5/09/07 Maricle Transcript | Cletus Maricle | Maricle states "Kennon, don't think I have done anything to be indicted over." "I haven't done anything" "I don't have any idea. I don't think I've done anything." "I haven't talked to Stephen he went down there with Phillip but I didn't really talk to Steve But I don't see that I've done anything, but who knows what some of them may have said. I don't know." "See, I didn't even get out and campaign for Phillip because I was more concerned about it from a stand point that ethically you know, you got judges ain't supposed to, you know, put too much on the line to help somebody, and uh, I mean, there were people I was ordinarily I would've seen, I didn't even go see you know." | 34-35 |
| 5/09/07 Maricle Transcript | Cletus Marice | Maricle states "I didn't give her any money? I didn't give Wanda any money....I never put up any money and for, for, for buying votes (UI), I always spent my own money." "Phillip didn't give anybody any money." "Phillip first of all didn't have it. That's first." | 35 |

9

| | | | |
|---|---|---|---|
| 5/09/07 Maricle Transcript | Cletus Maricle | Maricle states "You all come up here, this is truth, and said you wanted to change to Democrat, this is the group (kids talking). If you want, want something (UI)...You changed to democrats, as far as me having election officers, that's what, as far as actual control, I have no actual control."<br>"He is the election commissioner, they way there chosen is whoever is a precinct captain generally turns in, don't have to, executive committee really turn in their election officers and the board of elections chooses who they are"<br>"well that's the way that it works"<br>"Isn't that the way it works" | 38-39 |
| 5/14/07 Maricle Transcript | Cletus Maricle | Maricle states " I don't see any of those really that's (ui) . I tell you I never handled no money. " | 4 |
| 5/14/07 Maricle Transcript | Cletus Maricle | Maricle states "....U/I.....Well, I can say this without any hesitation , I did not give Wanda or nobody money for the 06 election...UI...and nobody could come up here and say I did....nobody no favors..."<br>"I didn't promise no favors"<br>"I don't remember ever promising anybody anything. I know I didn't owe money. I don't know where. . . ui . . . that I know of . . .ui. . . did you know of any . . put in any money?"<br>"well Wanda never to anybody any money to win, I don't know. . ui...that I know of .. Ui...did you know anybody that put in any money? Didn't happen." | 6 |

| | | | |
|---|---|---|---|
| 5/14/07 Maricle Transcript | Cletus Maricle | Maricle states "Wanda didn't have nothing to do with the absentee voting." | 8 |
| | | "Let me stop you. Sometime people . . . that wasn't no planned meeting." | 10 |
| | | "That's one thing I did very seldom, promised to do, I never promised anybody that I would help somebody in a Court case...UI... the simple reason is...UI...I don't believe having cases held over head ...UI...political thing." | 12 |
| | | "I never had no reason to talk to Dobber." | |
| 5/14/07 Maricle Transcript | Cletus Maricle | Maricle states "We agreed when we started we wasn't handing no money out." | 13 |
| 5/14/07 Maricle Transcript | Cletus Maricle | Maricle states "Well, you know, the thing is, I just don't think we done anything wrong.""I am not allowed to say that; and that's all you can do." | 14 |
| 5/16/07 Maricle Transcript | Cletus Maricle | Maricle states "well, and they warp everything too, I mean, they warp your statements, they warp what you say; and that, you know, and sometimes, there can be no right answer, they'll take whatever you say, they'll take it and they'll go, they'll they'll use it to try to prove something no matter which way you answer the question. That's why I say best thing for her to do is listen to the questions, answer the questions truthfully and go on; that's I mean cause she she's got no no problems; she's got immunity; ahh, she'll just have to listen to em and and answer them the best she can because there's really no way that anybody" | 4 |
| | | "If she has, she has a mirage because I never exchanged money with nobody....I didn't spend any, I just...it didn't happen." "It ain't true." | 6 |

11

| 5/16/07 Maricle Transcript | Cletus Maricle | Maricle states "I was always pretty honest with anybody, somebody asked me to vote for 'em, If I'd vote for them I could, if I didn't, I wouldn't, course honestly I didn't, I didn't vote ; I didn't vote for any of 'em." | 7 |
| 5/16/07 Maricle Transcript | Cletus Maricle | Maricle states "But I didn't tell her that I would do that in exchange for her being for Phillip; and I would help Wanda get a job regardless of any election....I didn't even know she was going to need one at that time; I mean she had a good job. Right?" "But she needs to tell the truth what she thinks, I mean you know?" | 7 |

| | | | |
|---|---|---|---|
| 5/16/07 Maricle Transcript | Cletus Maricle | Maricle states"I mean you have to answer truthfully. I mean if they ask her who he was and she said my son in law well she said that. Ahh, I don't think, you know I don't did Wanda promise anybody that I was going to let them out of jail if they voted I don't think. Certainly, didn't have my permission to do that, and I don't think she done that; but now, if she did, the she tells 'em she did. But ahh, I certainly. .. ." <br><br> "I don't know a thing about that no Downy boy." <br><br> "I don't know" <br><br> "I'm not telling her what to say or what not to say, I don't know nothing about any Downy boy." <br><br> "I, I don't even remember who you're talking about." <br><br> "I don't know anything about the Downy boy. " <br><br> "There was no meeting with Wayne and Dobber; and there was no meeting with Wanda and Dobber together. I mean, if she, if she remember such a meeting, tell 'em that, but I ....U/I...." | 8 <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br> 13 |
| 5/16/07 Maricle Transcript | Cletus Maricle | "now I don't want to put words in Wanda's mouth." <br> "You don't know whether she did or not" <br> "only she knows" <br><br> "They're the only two know whether they did or not" <br> "Nobody else know: they don't knows whether he did or not" | 10-11 |

13

| 5/16/07 Maricle transcript | Cletus Maricle | "there was no meeting with Wayne and Dobber; and there was no meeting with Wanda and Dobber together. I mean, if she, if she remembers such a meeting, tell'em that, but I . . ." | 12 |
|---|---|---|---|
| 5/16/07 Maricle transcript | Cletus Maricle | "answer them I can't tell her what or what not to say, that's all I'm saying" <br> "God will take care of you" | 14 |
| 5/16/07 Maricle transcript | Cletus Maricle | "and I don't want to know nothing about that. I don't know nothing about it and don't want to know nothing about it." "I don't need to know nothing about something...don't want to know." | 16 |
| 5/17/07 Stivers Transcript | William Stivers | "tell em the truth" <br> "that's the only thing you can tell 'em just watch how you tell it to em." | 2 |
| 5/17/07 Stivers Transcript | William Stivers | "I don't want you lie in narry lie to em" | 10 |
| | | "Don't lie to em" | 13 |
| | | "Don't lie to em" <br> "well, I'm just telling you, look right here; "I'm just tell you, don't lie to them. Just watch what you say, how you say it, and go on, and you'll be alright." | 14 |
| | | "I don't know. Look now just don't lie to em." | 18 |
| | | "Don't tell them a bald face lie." | 28 |
| | | "Just think before you answer and answer truthfully:" | 29 |
| 5/17/07 Stivers Transcript | William Stivers | Stivers states in reference to Cletus Maricle "As far as you know, he ain't done nothing, and he ain't. He didn't even do what he should of done for his son-in-law. Didn't even go out and campaigning for his son-in-law." | 20 |

| | | | |
|---|---|---|---|
| 5/22/07 Maricle Transcript | Cletus Maricle | "well, as long as she gave truthful answers"<br><br>"But I wouldn't have Wanda get in no trouble and tell a lie" | |
| 6/07/07 Wayne Jones Transcript | Wayne Jones | Jones states "....U/I.... I can't . . . can't, well 2004, Kennon, I don't know anybody done anything in 2004. I can't swear they did."<br><br>"I didn't see nothing in 2004"<br><br>"2006 was the cleanest election I've ever seen."<br><br>"I never seen one that clean before. I don't know what stuff they're after. I have no idea what they're after. They going after anybody they can get." | 9 |