# UNITED STATES DISTRICTCOURT
# EASTERN DISTRICT OF KENTUCKY
# SOUTHERN DIVISION
# LONDON

**CRIMINAL NO. 09-16-S -DCR**

**UNITED STATES OF AMERICA**                                                    **PLAINTIFF**

**VS.**                                          <u>**ORDER**</u>

**RUSSELL CLETUS MARICLE, et al.,**                              **DEFENDANTS**

\* \* \* \*

The United States of America, having filed a Motion In Limine for an Order seeking the following: (1) prohibiting the defendants from cross examination of the government witnesses on arrests which did not lead to convictions; (2) precluding the defendants from inquiring into the administration, use, results or any other reference to the polygraph examinations by government witnesses; (3) precluding the defendants from offering recordings of conversations involving witnesses other than the defendants as they are hearsay and otherwise not relevant; and (4) precluding the defendants from offering exculpatory/self serving statements of the defendants contained within portions of the audio recordings; and sufficient cause having been shown,

    **IT IS HEREBY ORDERED**:

    1.    The United States motion requesting the defense be prohibited from cross examination of the government witnesses on arrests which did not lead to convictions is

hereby **GRANTED**.

  2. The United States motion requesting the defense be precluded from inquiring into the administration, use, results or any other reference to the polygraph examinations by government witnesses is hereby **GRANTED**.

  3. The United States motion requesting the defense be precluded from offering recordings of witnesses other than the defendants is **GRANTED** as these statements are hearsay and/or not relevant.

  4. The United States motion requesting the defense be precluded from offering exculpatory/self serving statements of the defendants contained within portions of audio recordings is **GRANTED**. The aforementioned statements are prohibited under FRE 802.

  This ___day of _____, 20____.

                _____
                UNITED STATES DISTRICT JUDGE