UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

CRIMINAL NO. 09-16-S-DCR                              *ELECTRONICALLY FILED*

UNITED STATES OF AMERICA                                              PLAINTIFF

**MOTION TO SEAL EXHIBIT A**
V.            **OF GOVERNMENT'S MOTION IN LIMINE**

RUSSELL CLETUS MARICLE, et al.,                                      DEFENDANTS

\* \* \* \* \*

The United States respectfully requests the Court seal Exhibit A to the Motion in Limine [DE 575]. As grounds, Exhibit A is an audio recording that potentially provides sensitive information of government witnesses and cooperators.

Respectfully submitted,

JAMES A. ZERHUSEN
UNITED STATES ATTORNEY

s/ Stephen C. Smith
By:    Assistant United States Attorney
       601 Meyers Baker Rd. Suite 200
       London, Kentucky 40741
       (606) 864-5523
       stephen.smith4@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on December 29, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System which will send notice of filing to all counsel of record.

s/ Stephen C. Smith
Assistant United States Attorney