# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# SOUTHERN DIVISION
# LONDON

**CRIMINAL NO. 09-16-S-DCR**

**UNITED STATES OF AMERICA**                                                                 **PLAINTIFF**

**V.**                                                  **ORDER**

**RUSSELL CLETUS MARICLE, et al.,**                                                          **DEFENDANTS**

\* \* \* \* \* \*

The United States having filed a Motion to Seal Exhibit A to their Motion in Limine [DE 575], and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that said Motion is **GRANTED** and Exhibit A will remain under seal.

This the _____ day of _____, 2010.

_____
UNITED STATES DISTRICT JUDGE