UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

**Eastern District of Kentucky**
**FILED**
DEC 2 1 2009
AT LONDON
LESLIE G. WHITMER
CLERK U.S. DISTRICT COURT

CRIMINAL NO. 09-16-S-DCR

UNITED STATES OF AMERICA                                  PLAINTIFF

V.                              **ORDER**

RUSSELL CLETUS MARICLE, ET AL.                            DEFENDANTS

\* \* \* \* \* \*

The United States having filed a Motion for *in camera* review of FBI 302's for the purpose of approving redactions of unrelated matters and matters still under investigation, for good cause shown, and the Court being otherwise sufficiently advised, it is

ORDERED that the Motion is granted and the Court will review the FBI 302's to evaluate the redactions.

This the 21ST day of December, 2009.

_____
UNITED STATES MAGISTRATE JUDGE