**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON**

**CRIMINAL NO. 09-16-S-DCR**                                              *ELECTRONICALLY FILED*

**UNITED STATES OF AMERICA**                                                              **PLAINTIFF**

**v.**              **NOTICE/MEMORANDUM IN SUPPORT
OF ADMISSION OF INEXTRINCABLY
INTERTWINED BACKGROUND EVIDENCE**

**RUSSELL CLETUS MARICLE,**                                                               **DEFENDANTS**
**DOUGLAS C. ADAMS,**
**CHARLES WAYNE JONES, et. al.,**

\* \* \* \* \*

EXHIBIT A - Audio Recording is Filed of Record in Clerk's Office.