UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

CRIMINAL CASE NO. 09-16-S-DCR                    *ELECTRONICALLY FILED*

UNITED STATES OF AMERICA,                         PLAINTIFF,

v.

RUSSELL CLETUS MARICLE, et al.                    DEFENDANTS.

## PROPOSED ORDER GRANTING MOTION IN LIMINE

It is hereby ordered that Defendant Maricle's Motion in Limine Regarding Alleged Prior Bad Acts is hereby GRANTED.

Entered this ___ day of _____, 2010.

_____
Judge, United States District Court
Eastern District of Kentucky