UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

CRIMINAL CASE NO. 09-16-S-DCR                    *ELECTRONICALLY FILED*

UNITED STATES OF AMERICA,                        PLAINTIFF,

v.

RUSSELL CLETUS MARICLE, et al.                   DEFENDANTS.

## MOTION TO DISMISS OF DEFENDANT MARICLE

Defendant Russell Cletus Maricle, by and through counsel, moves this Court to dismiss Count I of the Superseding Indictment against him. The reasons for this Motion are set forth in Defendant, Adams' Motion to Dismiss (Dkt. # 583,584), Defendants Jones and Thompson's Motion to Dismiss (Dkt # 588) and Defendant Bowling's Motion to Dismiss (Dkt # 593).

Respectfully submitted,

STRAUSS & TROY, LPA

/s/ Candace C. Crouse _____
MARTIN S. PINALES (Ohio Bar No. 0024570)
CANDACE C. CROUSE (Ohio Bar No. 0072405)
The Federal Reserve Building
150 East Fourth Street
Cincinnati, Ohio 45202-4018
Telephone: 513-621-2120
Fax: 513-241-8259
mspinales@strausstroy.com
cccrouse@strausstroy.com

- and –

/s/ David Hoskins by CCC w/permission
P.O. Box 1185
Corbin, KY 40702-1185
Telephone:606-526-9009
Fax:606-526-1021
davidhoskins@bellsouth.net

## CERTIFICATE OF SERVICE

I hereby certify that an exact copy of the foregoing document was provided via the Court's electronic filing system upon the parties of record, on the 3rd day of January, 2010.

/s/ Candace C. Crouse
CANDACE C. CROUSE (Ohio Bar No. 0072405)