# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# SOUTHERN DIVISION
# LONDON

CRIMINAL CASE NO. 09-16-S-DCR          *ELECTRONICALLY FILED*

UNITED STATES OF AMERICA,          PLAINTIFF,

v.

RUSSELL CLETUS MARICLE, et al.          DEFENDANTS.

## PROPOSED ORDER GRANTING MOTION TO DISMISS

It is hereby ordered that Defendant Maricle's Motion to Dismiss is hereby GRANTED.

Entered this ___ day of _____, 2010.

_____
Judge, United States District Court
Eastern District of Kentucky