# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
### SOUTHERN DIVISION
**(at London)**

CASE NO. 09-16-S-DCR                           <u>ELECTRONICALLY FILED</u>

UNITED STATES OF AMERICA,                                  PLAINTIFF,

VS.        NOTICE REGARDING JURY INSTRUCTIONS

RUSSELL CLETUS MARICLE,                                    DEFENDANT.

** ** **

Comes now the Defendant, Russell Cletus Maricle, pursuant to the Court's pretrial Order (Rec. No. 27), and states that he does not have any additional instructions to submit other than those proposed by the other Defendants. The Defendant does not waive any matter raised pretrial or during the trial. The Defendant also reserves the right to submit additional instructions depending on the evidence introduced at trial.

Respectfully submitted,

/s/David S. Hoskins
Attorney At Law
107 East First Street
P.O. Box 1185
Corbin, KY 40702-1185
Telephone: (606) 526-9009
Facsimile: (606) 526-1021
Email:  davidhoskins@bellsouth.net
ATTORNEY FOR DEFENDANT

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that on this 4th day of January, 2010, the foregoing was

filed electronically with the Clerk of the Court by using CM/ECF System which will send notice of filing to all counsel of record.

/s/David S. Hoskins
Attorney At Law
ATTORNEY FOR DEFENDANT