UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

CRIMINAL NO. 09-16-S-DCR                                   **Electronically Filed**

UNITED STATES OF AMERICA                                              PLAINTIFF


V.             **UNITED STATES MOTION TO AMEND CONDITIONS
                       OF PRE-TRIAL RELEASE**


**RUSSELL CLETUS MARICLE,
DOUGLAS C. ADAMS,
CHARLES WAYNE JONES,
WILLIAM E. STIVERS,
       aka AL MAN,
FREDDY W. THOMPSON,
WILLIAM B. MORRIS,
       aka BART,
DEBRA L. MORRIS,
       aka DEBBIE, and
STANLEY BOWLING**                                                    DEFENDANTS

\* \* \* \* \*

Comes the United States of America by and through counsel and hereby moves this Court to amend the pre-trial conditions of the Defendants in the above captioned case. The United States has provided voluminous discovery to all Defendants and counsel with the understanding that these materials would be used for litigation purposes only. Based upon events described in Exhibit A, the United States has reason to believe that government discovery is being improperly utilized to incite harassment and intimidation of government witnesses.

On January 8, 2010, the United States became aware of an incident involving a government witness and a non-litigant third party. (See Exhibit A, sealed FBI 302 report). Based upon the facts set forth in Exhibit A, the United States has reason to believe that only a Defendant could have released the information regarding the contents of the tape. Moreover, the alleged statement repeated by the non-litigant was false as he wrongly attributed a racial slur to a government witness instead of the true declarant.  Based upon these facts, the United States has reason to believe that a Defendant or one acting at his or her direction released the discovery with malicious intent to incite another to harass and intimidate a government witness.

WHEREFORE, the United States moves this Court to prohibit the Defendants from disseminating any discovery material, provided to them by the United States, unless good cause is shown and prior approval from this Court.

Respectfully submitted,

JAMES A. ZERHUSEN
UNITED STATES ATTORNEY

s/Stephen C. Smith
Assistant United States Attorney
601 Meyers Baker Road, Suite 200
London, KY  40741
(606) 864-5523
Stephen.smith4@usdoj.gov

### CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2010, I filed the foregoing using the CM/ECF system which will send notice of filing to counsel of record.

s/Stephen C. Smith
Assistant United States Attorney