# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
## SOUTHERN DIVISION
## LONDON

**CRIMINAL NO. 09-16-S-DCR**                          **Electronically Filed**


**UNITED STATES OF AMERICA**                                  **PLAINTIFF**


**V.**          **UNITED STATES MOTION TO AMEND CONDITIONS**
          **OF PRE-TRIAL RELEASE**


**RUSSELL CLETUS MARICLE,**
**DOUGLAS C. ADAMS,**
**CHARLES WAYNE JONES,**
**WILLIAM E. STIVERS,**
         **aka AL MAN,**
**FREDDY W. THOMPSON,**
**WILLIAM B. MORRIS,**
         **aka BART,**
**DEBRA L. MORRIS,**
         **aka DEBBIE, and**
**STANLEY BOWLING**                                        **DEFENDANTS**

* * * * *

Exhibit A, FBI 302 report filed under seal.