# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# SOUTHERN DIVISION
# LONDON

**CRIMINAL NO. 09-16-S-DCR**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| **V.**           **ORDER** | |
| **RUSSELL CLETUS MARICLE,** | |
| **DOUGLAS C. ADAMS,** | |
| **CHARLES WAYNE JONES,** | |
| **WILLIAM E. STIVERS,** | |
|     aka **AL MAN,** | |
| **FREDDY W. THOMPSON,** | |
| **WILLIAM B. MORRIS,** | |
|     aka **BART,** | |
| **DEBRA L. MORRIS,** | |
|     aka **DEBBIE,** and | |
| **STANLEY BOWLING** | **DEFENDANTS** |

\* \* \* \* \*

The Court ORDERS that the motion of the United States to amend the pre-trial release conditions is GRANTED, and the Defendants shall not disseminate any discovery given to them by the United States without the approval of this Court.

On this _____ day of _____, 2010.

_____
UNITED STATES DISTRICT JUDGE