# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# SOUTHERN DIVISION
# LONDON

**CRIMINAL NO. 09-16-S-DCR**                                    *ELECTRONICALLY FILED*

**UNITED STATES OF AMERICA**                                              **PLAINTIFF**

**V.**   **MOTION TO SEAL FBI 302 ATTACHMENT TO GOVERNMENT'S MOTION TO AMEND CONDITIONS OF PRE-TRIAL RELEASE**

**RUSSELL CLETUS MARICLE,**
**DOUGLAS C. ADAMS,**
**CHARLES WAYNE JONES,**
**WILLIAM E. STIVERS,**
      **aka AL MAN,**
**FREDDY W. THOMPSON,**
**WILLIAM B. MORRIS,**
      **aka BART,**
**DEBRA L. MORRIS,**
      **aka DEBBIE, and**
**STANLEY BOWLING**                                                       **DEFENDANTS**

\* \* \* \* \*

The United States respectfully requests the Court seal Exhibit A, FBI 302 attachment, to the Motion to Amend Conditions of Pre-Trial Release [DE 633]. As grounds, the FBI 302 is an FBI Report that potentially provides sensitive information of a government witness.

                                                              Respectfully submitted,

                                                              JAMES A. ZERHUSEN
                                                              UNITED STATES ATTORNEY

                                                              s/ Stephen C. Smith
                                                              Assistant United States Attorney
                                                              601 Meyers Baker Rd., Suite 200
                                                              London, Kentucky 40741
                                                              (606) 864-5523
                                                              stephen.smith4@usdoj.gov

## CERTIFICATE OF SERVICE

    I hereby certify that on January 12, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System which will send notice of filing to all counsel of record.

                                                              s/ Stephen C. Smith
                                                              Assistant United States Attorney