UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

CRIMINAL NO. 09-16-S-DCR

UNITED STATES OF AMERICA                                                                 PLAINTIFF

V.                                         **ORDER**

**RUSSELL CLETUS MARICLE,
DOUGLAS C. ADAMS,
CHARLES WAYNE JONES,
WILLIAM E. STIVERS,**
    **aka AL MAN,
FREDDY W. THOMPSON,
WILLIAM B. MORRIS,**
    **aka BART,
DEBRA L. MORRIS,**
    **aka DEBBIE, and
STANLEY BOWLING**                                                                           **DEFENDANTS**

* * * * *

The United States having filed a Motion to Seal Exhibit A, FBI 302 attachment, to their Motion to Amend Pre-Trial Release Conditions [DE 633], and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that said Motion is **GRANTED** and Exhibit A, FBI 302, will remain under seal.

This the _____ day of _____, 2010.

                                                                            UNITED STATES DISTRICT JUDGE