UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

**CRIMINAL NO. 09-16-S-DCR**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| V. | <u>**NOTICE OF CORRECTION TO CHART OF EXCULPATORY STATEMENTS BY DEFENDANTS [DE 575-3]**</u> |
| **RUSSELL CLETUS MARICLE, ET AL.** | **DEFENDANTS** |

* * * * *

The United States gives notice of the corrected filing of the Chart of Exculpatory Statements by Defendants [DE 575-3] which is an attachment to the Motion in Limine to prevent introduction of certain trial exhibits [DE 575]. This correction removes the first entry on the chart listed as being on page 2 of transcript of 3/27/07 recording.

                                            Respectfully submitted,

                                            JAMES A. ZERHUSEN
                                            UNITED STATES ATTORNEY

                        By:    <u>s/Stephen C. Smith</u>
                             Assistant United States Attorney
                             601 Meyers Baker Road, Suite 300
                             London, Kentucky 40741
                             (606) 8645523, ext. 111
                             FAX (606) 864-3590
                             Stephen.Smith4@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

On January 13, 2010, I electronically filed this document through the ECF system, which will send the notice of electronic filing to counsel of record.

s/Stephen C. Smith  
Assistant United States Attorney
