UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at LONDON)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action No. 6: 09-16-S-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| RUSSELL CLETUS MARICLE, et al., | ) | **NOTICE** |
| | ) | |
| Defendants. | ) | |

\*\*\*  \*\*\*  \*\*\*  \*\*\*

The Court continues to be concerned with the nature of statements and information relayed by counsel through the Court's chambers E-mail address.  While the parties may continue to forward appropriate filings to this address, counsel are hereby advised that, other than a general, non-argumentative description of the material being forwarded, no further discussion, complaint, statement, or other information need be provided in this manner.

This same limitation shall apply to telephone messages left after regular business hours.

This 14th day of January, 2010.



Signed By:
**Danny C. Reeves** DCR
**United States District Judge**

-1-