UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 6:09-CR-16-DCR |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| RUSSELL CLETUS MARICLE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

The United States has filed a motion to modify release conditions for all defendants currently released on bond. *See* DE #633 (Motion). Several defendants have responded. *See* DE ##638 (Maricle Response), 639 (Jones Response), 643 (Stivers Response), & 647 (Thompson Response).

In order to evaluate the United States's motion, the Court hereby ORDERS that a status conference is scheduled for **Thursday, January 21, 2010, at 2:00 p.m. in London, Kentucky**. All defendants on release shall be present, along with counsel for **all** parties. No later than the day prior to the hearing, the United States shall tender a copy of the tape at issue to the undersigned for review.

This the 15th day of January, 2010.

Signed By:
Robert E. Wier
United States Magistrate Judge