UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

**CRIMINAL NO. 09-16-S-DCR**                                   *ELECTRONICALLY FILED*

**UNITED STATES OF AMERICA**                                                **PLAINTIFF**

**v.**                                              **NOTICE OF FILING**

**RUSSELL CLETUS MARICLE, et al.,**                                     **DEFENDANTS**

\* \* \* \* \*

The United States of America gives notice to the Court and to the parties of the filing under seal of the certified transcripts the United States proposes to use in the trial of this matter. These certified transcripts include the edits discussed in the hearing on December 22, 2009 [DE 571], the edits ordered by the Court at the Pre-Trial Hearing on January 4, 2010 [DE 621] and the edits ordered by the Court in its Memorandum Order [DE 644]. These copies also include identification of all parties involved in the recordings, uniform formatting, and page numbering.

The certified transcripts are also what is referred to as Exhibit A in the Government's Notice, filed under seal on January 11, 2010. [DE 632].

        Respectfully submitted,

        JAMES A. ZERHUSEN
        UNITED STATES ATTORNEY

        s/ Stephen C. Smith
By:    Assistant United States Attorney
        601 Meyers Baker Road, Suite 200
        London, KY 40741
        Tel: (606) 864-5523
        Stephen.Smith4@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System which will send notice of filing to all counsel of record.

        s/Stephen C. Smith
        Assistant United States Attorney