# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# SOUTHERN DIVISION
# LONDON

**CRIMINAL NO. 09-16-S-DCR**　　　　　　　　　　　　*ELECTRONICALLY FILED*

**UNITED STATES OF AMERICA**　　　　　　　　　　　　　　　　**PLAINTIFF**

**V.**　　　**MOTION TO SEAL TRANSCRIPTS FILED AS AN ATTACHMENT TO GOVERNMENT'S NOTICE**

**RUSSELL CLETUS MARICLE, et al.,**　　　　　　　　　　**DEFENDANTS**

* * * * *

The United States respectfully requests the Court seal the transcripts filed with the Government's Notice [DE 651]. As grounds, the transcripts are a representation of audio recordings that potentially provide sensitive information of government witnesses and cooperators.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　JAMES A. ZERHUSEN
　　　　　　　　　　　　　　　　UNITED STATES ATTORNEY

　　　　　　　　　　　　　　　　s/ Stephen C. Smith
　　　　　　　　By:　Assistant United States Attorney
　　　　　　　　　　　　　　　　601 Meyers Baker Rd. Suite 200
　　　　　　　　　　　　　　　　London, Kentucky 40741
　　　　　　　　　　　　　　　　(606) 864-5523
　　　　　　　　　　　　　　　　stephen.smith4@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System which will send notice of filing to all counsel of record.

　　　　　　　　　　　　　　　　s/ Stephen C. Smith
　　　　　　　　　　　　　　　　Assistant United States Attorney