UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

**CRIMINAL NO. 09-16-S-DCR**

**UNITED STATES OF AMERICA**                      **PLAINTIFF**

**V.**                      **ORDER**

**RUSSELL CLETUS MARICLE, et al.,**                      **DEFENDANTS**

\* \* \* \* \* \*

The United States having filed a Motion to Seal the certified transcripts attached to their Notice [DE 651], and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that said Motion is **GRANTED** and the certified transcripts will remain under seal.

This the _____ day of _____, 2010.

_____
UNITED STATES DISTRICT JUDGE