UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

**CRIMINAL NO. 09-16-S-DCR**

**UNITED STATES OF AMERICA**                                      **PLAINTIFF**

V.                                    **<u>ORDER</u>**

**RUSSELL CLETUS MARICLE**                                **DEFENDANT**

\* \* \* \* \*

Defendant Maricle having a filed motion in Limine Regarding Alleged Prior Bad Acts [DE 604], the United States having filed its response thereto, and the Court being otherwise sufficiently advised, it is hereby

ORDERED that the motion is DENIED.

This the _____ day of January, 2010.

                                                           DANNY C. REEVES
                                                           UNITED STATES DISTRICT JUDGE