AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

| EASTERN | DISTRICT OF | KENTUCKY at Frankfort |
|---|---|---|

*Eastern District of Kentucky FILED JAN 19 2010 AT FRANKFORT LESLIE G. WHITMER CLERK: U.S. DISTRICT COURT*

USA

V.

Russell Cletus Maricle, ET AL

**EXHIBIT AND WITNESS LIST**

Case Number: 6:09-CR-16-DCR

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY - B. Bayer/K. Westbury |
|---|---|---|
| Danny C. Reeves | Stephen C. Smith/Jason D. Parman | M. Pinales/D. Hoskins/T. Scott White/R. Abell/R. Baldani/J. Gilbert/ E. Hughes/D. Simons |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 1/19/2010 | L. Weisman | K. Ratliff |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
|---|---|---|---|---|---|---|
| W1 | | 1/19/10 | | | **WITNESS: KENNETH DAY** | |
| 1 | | 1/19/10 | X | X | Copy of Plea Agreement for Kenneth Day filed 2/13/06 | No obj |
| W2 | | 1/19/10 | | | **WITNESS: EUGENE LEWIS** | |
| 2 | | " | X | X | Copy of Plea Agreement for Eugene Lewis filed 01/23/06 | No obj |
| W3 | | 1/19/10 | | | **WITNESS: J.C. LAWSON** | |
| 3 | | " | X | X | Copy of Plea Agreement for J.C. Lawson filed | No obj |
| W4 | | 1/19/10 | | | **WITNESS: TIMOTHY S. BRIGGS, FBI** | |
| 4 | | " | X | X | DVD news clip from "Inside Edition" TV show | No obj |
| 5 | | " | X | X | Entry of Appearance by Cletus Maricle on behalf of Douglas Adams in Clay Circuit Court case 89-CR-051 & 047 | Obj/OR |
| 6 | | " | X | X | Bonds of Kenneth Day from Clay County Court Clerk's Ofc for yrs 88-92 | No obj |
| 7 | | " | X | X | Board of Election Commissioner's Meeting of Sept. 16, 1985 | No obj |
| 8 | | " | X | X | Tabulated votes for May, 1985 election cast in Clay County | No obj |
| 9 | | " | X | X | Tabulated votes cast in May, 1983 election in Clay County | No obj |
| 10 | | " | X | X | Civil Action Judgment of Day vs. Gary Runyon, 9/21/90 | No obj |
| 11 | | " | X | X | Article from Manchester Enterprise dated 9/27/90 | No obj |
| 12 | | " | X | X | Copy of Clay Co Court docket showing cases and representations of counsel | No obj |
| 13 | | " | X | X | Copy of Deed dated 2/11/88 for parcel of land for $55,000.00 | No obj |
| 14 | | " | X | X | Copy of Lex-Herald newspaper article of 9/13/87 | No obj |
| 15 | | " | X | X | Copy of USA Today article of 7/11/89 | No obj |
| 16 | | " | X | X | Tabulated statement of votes cast in May, 1993 election in Clay Co. | No obj |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___1___ Pages

*\* Exhibits being kept in Frankfort Ofc.*