UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

CASE NO. 09-16-S-DCR                                   ELECTRONICALLY FILED

UNITED STATES OF AMERICA,                                            PLAINTIFF,


VS.                                      MOTION


RUSSELL CLETUS MARICLE,                                              DEFENDANT.

\*\* \*\* \*\*

Comes now the Defendant, Russell Cletus Maricle, by counsel, and respectfully moves the court to amend its Memorandum Opinion and Order of May 14, 2009, to permit the Defendant to stay at the home of his wife's sister, Donna Farmer, located in the Griffin Gate Community at 1623 Blue Grouse Circle, Lexington, Kentucky 40511, during the length of the trial in this matter.  As grounds for this motion, the Defendant would state that his residence located in Manchester, Kentucky, is approximately 122 miles from Frankfort, Kentucky, and it would cause an undue hardship for this Defendant to travel every day for trial.

WHEREFORE, an Order in conformity herewith is respectfully requested.

Respectfully submitted,

/s/David S. Hoskins
107 East First Street
P.O. Box 1185
Corbin, KY 40702-1185
Telephone: (606) 526-9009
Facsimile: (606) 526-1021
Email:  davidhoskins@bellsouth.net
ATTORNEY FOR DEFENDANT
RUSSELL CLETUS MARICLE

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 20th day of January, 2010, the foregoing was filed electronically with the Clerk of the Court by using CM/ECF System which will send notice of filing to all counsel of record.

/s/David S. Hoskins
ATTORNEY FOR DEFENDANT
RUSSELL CLETUS MARICLE