UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

CASE NO. 09-16-S-DCR                                          ELECTRONICALLY FILED

UNITED STATES OF AMERICA,                                                      PLAINTIFF,

VS.                                                ORDER

RUSSELL CLETUS MARICLE,                                                       DEFENDANT.

** ** **

This matter being before the Court on motion of the Defendant, Russell Cletus Maricle, to amend its Memorandum Opinion and Order of May 14, 2009, so as to allow the Defendant to stay at the home of his wife's sister, Donna Farmer, located in the Griffin Gate Community at 1623 Blue Grouse Circle, Lexington KY 40511, during the length of the trial of this matter,

IT IS HEREBY ORDERED that the Defendant's motion is GRANTED.

Dated this_____day of_____, 2010.

_____
JUDGE, UNITED STATES DISTRICT COURT