UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| ) | |
| Plaintiff,                ) | No. 6:09-CR-16-DCR |
| ) | |
| v.                           ) | |
| ) | ORDER |
| RUSSELL CLETUS MARICLE and   ) | |
| CHARLES WAYNE JONES          ) | |
| ) | |
| Defendants.              ) | |

\*\*\*  \*\*\*  \*\*\*  \*\*\*

The Court addresses necessary release modifications related to Defendant Maricle and Defendant Jones during trial, which will occur in Frankfort rather than London. Maricle has moved for certain modifications, and the Court discussed conditions on the record as to each Defendant at a status hearing on January 21, 2010, attended by counsel and each Defendant.

The trial location necessitates certain changes in the conditions previously imposed. The Court anticipates imposing active GPS on each Defendant, permitting temporary residence at an approved address during trial, permitting each Defendant to visit the temporary law offices arranged by respective counsel during trial (law offices of Larry Forgy/Kevin McNally for Maricle and law offices of Richard Guarnieri for Jones), and otherwise retaining the contact, visitor,[1] and communication restrictions. United States Probation Officer Rains shall confer with counsel for each Defendant and with the United States and shall inspect the particular residential locations

---

[1] The United States had no objection to excepting John Whitt, an acquaintance of Maricle's sister-in-law, from the visitor restriction list.

1

suggested.

Jones shall file a motion indicating final proposed modifications. Once USPO Rains has vetted the location(s) for each Defendant, consulted with the United States, and communicated final approval to the Court, the Court will issue a modifying order as to each Defendant, subject to interim input/objection from the United States. Jones shall file his motion by **January 26, 2010**.

This the 22nd day of January, 2010.

Signed By:
*Robert E. Wier* /s/ REW
United States Magistrate Judge