# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# SOUTHERN DIVISION
# LONDON

CRIMINAL NO. 09-16-S-DCR  **Electronically Filed**

UNITED STATES OF AMERICA  PLAINTIFF

V.  **MOTION FOR HEARING**

RUSSELL CLETUS MARICLE, et al.  DEFENDANTS

\* \* \* \* \*

The United States, by counsel, moves the Court for a pre-trial hearing to determine whether the proffered testimony of all defense experts is timely noticed by the Defendants, and is proper opinion testimony under Fed. R. Evid. 702 and *Kumho Tire Co., Ltd. v. Carmichael*, 526 U.S. 137 (1999).

    Respectfully submitted,

    JAMES A. ZERHUSEN
    UNITED STATES ATTORNEY

By:   s/Stephen C. Smith
    Assistant United States Attorney
    601 Meyers Baker Road, Suite 200
    London, KY 40741
    Tel: (606) 864-5523
    Stephen.Smith4@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 26, 2010, I filed the foregoing using the CM/ECF system which will send notice of filing to counsel of record.

s/Stephen C. Smith
Assistant United States Attorney
