## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## SOUTHERN DIVISION
## LONDON

**CRIMINAL NO. 09-16-S-DCR**

**UNITED STATES OF AMERICA**                                              **PLAINTIFF**

**V.**                                **ORDER**

**RUSSELL CLETUS MARICLE, et al.**                             **DEFENDANTS**

\* \* \* \* \*

The United States having filed a Motion for a Hearing on timeliness and proper opinion testimony of defense experts, for good cause shown, and the Court being otherwise sufficiently advised, it is hereby

ORDERED that the Motion is GRANTED and the matter is set for a hearing on the _____ day of _____, at _____ .m.

This the _____ day of January, 2010.

                                                       _____
                                                       UNITED STATES DISTRICT JUDGE