# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# SOUTHERN DIVISION
# LONDON

**CRIMINAL NO. 09-16-S-DCR**                                                       <u>**Electronically Filed**</u>

**UNITED STATES OF AMERICA**                                                        **PLAINTIFF**

**V.**                      <u>**GOVERNMENT'S RESPONSE
TO MOTION TO ALTER
CONDITIONS OF RELEASE**</u>

**RUSSELL CLETUS MARICLE**
**CHARLES WAYNE JONES**                                                             **DEFENDANTS**

\* \* \* \* \*

Comes the United States, by counsel, and in response to the motion made by counsel for Defendant Maricle [Docket Entry 670] and the motion filed by counsel for Jones [Docket Entry 694] to alter their conditions of pre-trial release, states that it has no objection.

                                                      Respectfully submitted,

                                                      JAMES A. ZERHUSEN
                                                      UNITED STATES ATTORNEY

                        By:    <u>s/Jason D. Parman</u>
                                Assistant United States Attorney
                                601 Meyers Baker Road, Suite 200
                                London, KY 40741
                                Tel: (606) 864-5523
                                Jason.Parman@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2010, I filed the foregoing using the CM/ECF system which will send notice of filing to counsel of record:

                              By:    s/Jason D. Parman  
                                            Assistant United States Attorney