UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 6:09-CR-16-DCR |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| RUSSELL CLETUS MARICLE and | ) | |
| CHARLES WAYNE JONES | ) | |
| | ) | |
| Defendants. | ) | |

\*\*\*  \*\*\*  \*\*\*  \*\*\*

The Court hereby modifies in part release conditions applicable to Defendant Maricle and to Defendant Jones. These modifications begin on February 1, 2010, and continue throughout trial, subject to any further variances from the Court. Except as specifically modified, all current release terms remain in effect.

*Defendant Maricle*

The Court GRANTS DE#670 (Motion for Order), on the terms here specified, and modifies Maricle's release conditions as set forth in DE ##215 & 220. To wit:

-- During the trial, Maricle may reside with his sister-in-law, Donna Farmer, located at 1623 Blue Grouse Circle, Lexington, Kentucky 40511.

-- Home incarceration shall continue, but beginning February 1, 2010, Maricle's location shall be monitored via active GPS installed by the United States Probation Office (USPO).

-- All contact and other restrictions remain; however, excepted from the non-family visitor prohibition is John Whitt, who may visit at the temporary residence.

--  In addition to being away from the residence for court sessions, Defendant may also attend trial preparation sessions or attorney meetings at the temporary offices secured by counsel of record (*i.e.*, the Frankfort law offices of Larry Forgy and/or the law offices of Kevin McNally).  The USPO shall maintain awareness of Maricle's schedule and location, shall oversee the details and mechanics of compliance, and also may approve situational requests by Maricle to return to Clay County, to his home, at pre-approved points during the trial.

*Defendant Jones*

The Court GRANTS DE#694 (Motion), on the terms here specified, and modifies Jones's release conditions as set forth in DE ##26, 205, & 212.  To wit:

--  During the trial, Jones may reside at 515 St. Clair Street, Apartment 6, Frankfort, Kentucky.

--  Home incarceration shall continue, but beginning February 1, 2010, Jones's location shall be monitored via active GPS installed by the USPO.

--  All contact and other restrictions remain.

--  In addition to being away from the residence for court sessions,  Defendant may also attend trial preparation sessions or attorney meetings at the law office or temporary offices secured by counsel of record (*i.e.*, the law offices of Johnson, True & Guarneri, LLP and/or the law offices of Scott White).  The USPO shall maintain awareness of Jones's schedule and location, shall oversee the details and mechanics of compliance, and also may approve situational requests by Jones to return to Clay County, to his home, at pre-approved points during the trial.

This the 27th day of January, 2010.

Signed By:
Robert E. Wier   REW
United States Magistrate Judge