UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

CRIMINAL ACTION NO. 09-16-S-DCR          *ELECTRONICALLY FILED*

UNITED STATES OF AMERICA                                              PLAINTIFF

V.          **MOTION OF UNITED STATES FOR WRIT
            OF HABEAS CORPUS AD TESTIFICANDUM**

RUSSELL CLETUS MARICLE, ET AL.                               DEFENDANTS

\* \* \* \* \*

Mansell Baker is a material and necessary witness for the United States, but he is now confined at the Clay County Detention Center, in Manchester, Kentucky, serving a sentence for a violation of Kentucky law. Accordingly, the United States moves for a writ of habeas corpus ad testificandum commanding the jailer to deliver Baker to the United States Marshal so that Baker may be brought before this Court to testify at the trial of February 2, 2010.

    Respectfully submitted,

    JAMES A. ZERHUSEN
    UNITED STATES ATTORNEY

By:    s/ Stephen C. Smith
    Assistant United States Attorney
    601 Meyers Baker Road, Suite 200
    London, Kentucky 40741
    (606) 864-5523
    FAX (606) 864-3590
    Stephen.Smith4@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

On January 28, 2010, I electronically filed this document through the CM/ECF system, which will send the notice of electronic filing to counsel of record.

s/ Stephen C. Smith<br>
Assistant United States Attorney