# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
### SOUTHERN DIVISION
### LONDON

**CRIMINAL ACTION NO. 09-16-S-DCR**

**UNITED STATES OF AMERICA**                                          **PLAINTIFF**


**V.**          **ORDER GRANTING MOTION OF UNITED STATES**
          **FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM**


**RUSSELL CLETUS MARICLE, ET AL.**                          **DEFENDANTS**

\* \* \* \* \*

The United States moves for a writ of habeas corpus ad testificandum commanding

the jailer to deliver Mansell Baker to the United States Marshal so that Baker may be brought

before this Court to testify at trial.  Baker is a material and necessary witness for the United

States, but he is now confined at the Clay County Detention Center in Manchester, Kentucky,

serving a sentence for a violation of Kentucky law.

Accordingly, the Court ORDERS:

(1)  the Motion of the United States for a writ of habeas corpus ad testificandum is

GRANTED;

(2)  the jailer shall DELIVER Mansell Baker to the United States Marshal for the

Eastern District of Kentucky;

(3) the Marshal shall DELIVER Baker in custody before the United States District Court at Frankfort, Kentucky, on February 11, 2010, at 9:00 a.m., to testify at trial for the United States; and

(4) the Marshal shall safely KEEP Baker in custody until he is no longer needed as a witness at trial, at which time the Marshal shall RETURN Baker to the custody of the jailer.

On this _____ day of _____, 2010.

_____
UNITED STATES DISTRICT JUDGE

Copies:     United States Marshal (3 certified copies)
            United States Probation