UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

CASE NO. 09-16-S-DCR                                    ELECTRONICALLY FILED

UNITED STATES OF AMERICA,                                          PLAINTIFF,

VS.                                      MOTION

RUSSELL CLETUS MARICLE,                                          DEFENDANT.

** ** **

Comes now the Defendant, Russell Cletus Maricle, and moves the Court for an Order amending the conditions of his release.  Specifically, the Defendant requests that he be allowed to visit the gravesite of his son, Rusty Maricle, located at Pine Grove Cemetery on Highway 472, 12 miles outside of Manchester, on Saturday, January 30, 2010 (the one year anniversary of his son's death).  The undersigned counsel for the Defendant is willing to accompany the Defendant as an officer of the Court to verify that the Defendant does not violate any bond conditions.

WHEREFORE, an Order in conformity herewith is respectfully requested.

Respectfully submitted,

/s/David S. Hoskins
Attorney At Law
107 East First Street
P.O. Box 1185
Corbin, KY 40702-1185
Telephone: (606) 526-9009
Facsimile: (606) 526-1021
Email:  hoskinslaw@bellsouth.net
ATTORNEY FOR DEFENDANT
RUSSELL CLETUS MARICLE

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 29th day of January, 2010, the foregoing was filed electronically with the Clerk of the Court by using CM/ECF System which will send notice of filing to all counsel of record.

/s/David S. Hoskins