UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

CASE NO. 09-16-S-DCR                                                                 ELECTRONICALLY FILED

UNITED STATES OF AMERICA,                                                                           PLAINTIFF,

VS.                                                   ORDER

RUSSELL CLETUS MARICLE,                                                                           DEFENDANT.

** ** **

This matter being before the Court on Motion of the Defendant, Russell Cletus Maricle, for amendments to his conditions of release, and the Court being fully advised,

IT IS HEREBY ORDERED that the Defendant's motion is GRANTED. The Defendant shall be permitted to visit the gravesite of his son, Rusty Maricle, on Saturday, January 30, 2010. The Defendant's counsel, David S. Hoskins, is ordered to accompany the Defendant to the gravesite.

DATED this_____ day of January, 2010.

_____
JUDGE, UNITED STATES DISTRICT COURT