UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action No. 6: 09-16-S-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| RUSSELL CLETUS MARICLE, et al., | ) | **ORDER GRANTING MOTION** |
| | ) | **FOR WRIT OF HABEAS CORPUS** |
| Defendants. | ) | **AD TESTIFICANDUM** |
| | ) | |

\*\*\*   \*\*\*   \*\*\*

The United States has moved for a writ of habeas corpus ad testificandum commanding the jailer to deliver Mansell Baker to the United States Marshal so that Baker may be brought before this Court to testify at trial. Baker is a material and necessary witness for the United States but is now confined at the Clay County Detention Center in Manchester, Kentucky, servicing a sentence for a violation of Kentucky law. Accordingly, it is hereby

**ORDERED** as follows:

1. The United States' motion for a writ of habeas corpus ad testificandum is **GRANTED**;

2. The jailer shall **DELIVER** Mansell Baker to the United States Marshal for the Eastern District of Kentucky;

3.      The Marshal shall **DELIVER** Baker in custody before the United States District Court in Frankfort, Kentucky, on February 11, 2010, at 9:00 a.m., to testify at trial for the United States; and

4.      The Marshal shall safely **KEEP** Baker in custody until he is no longer needed as a witness at trial, at which time the Marshal shall **RETURN** Baker to the custody of the jailer.

This 28th day of January, 2010.

Signed By:
*Danny C. Reeves*   DCR
United States District Judge

Copies:     United States Marshal (3 certified copies)
            United States Probation