UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

CRIMINAL NO. 09-16-S-DCR                                FILED ELECTRONICALLY

UNITED STATES OF AMERICA                                              PLAINTIFF


V.          UNITED STATES' NOTICE OF DISCOVERY
            COMPIANCE AND/OR MOTION TO CONTINUE TRIAL


RUSSELL CLETUS MARICLE,
DOUGLAS C. ADAMS,
CHARLES WAYNE JONES,
WILLIAM E. STIVERS,
    aka AL MAN,
FREDDY W. THOMPSON,
WILLIAM B. MORRIS,
    aka BART,
DEBRA L. MORRIS,
    aka DEBBIE, and
STANLEY BOWLING                                                     DEFENDANTS

* * * * *

The United States of America, by and through counsel, hereby notices all parties that all Rule 16 discovery and *Jencks* Act materials have been produced by the United States, along with all *Brady*/*Giglio* materials of which the United States is aware. Based upon the recent evolution of the law in this area as set forth below, the United States will need time between witnesses, if necessary, for the undersigned to personally review and furnish any other *Brady*/*Giglio* material as the trial progresses. In the alternative, the United States moves this Court to continue the trial of this action currently scheduled for February 2, 2010, in the interest of justice.

In early January 2010, the Department of Justice issued a new guidance recommending a more expansive role for prosecutors in personally reviewing files of agents for possible exculpatory or impeachment material, as opposed to relying upon the agents review of their files for materials to be produced pursuant to the *Brady/Giglio* mandate.  In the case at hand, the undersigned has, based upon these mandates and a request by counsel last week, attempted to analyze hundreds of files of notes to make sure that any and all discovery is turned over in time for effective use at trial.  Unfortunately, due to the time constraints and size of these files, the undersigned is unable to personally complete a review of all files prior to the current trial date of February 2, 2010, and produce the materials, if any, prior to the commencement of trial.  The undersigned can assure the Court that if any such materials are found to exist they will be produced timely on a continuing basis throughout the trial, and believes a continuance could be avoided if this is acceptable.  However, if a complete review and production before trial is required by the Court, a continuance would be necessitated.

**WHEREFORE**, the United States respectfully requests that if this Court requires a complete review and production before trial, a continuance of ten (10) days should be sufficient.  Otherwise, if any such materials are found to exist, they will be produced timely on a continuing basis throughout the trial.

                                        Respectfully submitted,

                                        JAMES A. ZERHUSEN
                                        UNITED STATES ATTORNEY

By:    s/Stephen C. Smith
        Assistant United States Attorney
        601 Meyers Baker Road, Suite 200
        London, KY  40741
        (606) 864-5523
        Stephen.smith4@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was filed on this the 29th day of January, 2010, using the CM/ECF system which will send notice of filing to counsel of record.

s/Stephen C. Smith
Assistant United States Attorney
