UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

**CRIMINAL NO. 09-16-S-DCR**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| V. | **ORDER** |
| **RUSSELL CLETUS MARICLE,** <br> **DOUGLAS C. ADAMS,** <br> **CHARLES WAYNE JONES,** <br> **WILLIAM E. STIVERS,** <br>     **aka AL MAN,** <br> **FREDDY W. THOMPSON,** <br> **WILLIAM B. MORRIS,** <br>     **aka BART,** <br> **DEBRA L. MORRIS,** <br>     **aka DEBBIE, and** <br> **STANLEY BOWLING** | **DEFENDANTS** |

\* \* \* \* \*

The Court ORDERS that the motion of the United States to continue the trial is GRANTED, and the trial is rescheduled to the _____ day of February, 2010, at _____ ___ a.m.

On this _____ day of _____, 2010.

_____
UNITED STATES DISTRICT JUDGE