UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 6:09-CR-16-DCR-1 |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| RUSSELL CLETUS MARICLE, | ) | |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Defendant Maricle has moved to amend his conditions of release. *See* DE #704. Having been sufficiently advised and finding no need to await a response, the Court hereby GRANTS Defendant's motion. Defendant shall be permitted to visit the gravesite of his son, Rusty Maricle, on Saturday, January 30, 2010. Defendant's counsel, David S. Hoskins, is ordered to accompany Defendant to the gravesite. Defendant shall communicate the visit schedule to the supervising United States Probation Officer.

This the 29th day of January, 2010.



Signed By:
Robert E. Wier
United States Magistrate Judge