UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

CRIMINAL NO. 09-16-S-DCR                     *ELECTRONICALLY FILED*

UNITED STATES OF AMERICA                                  PLAINTIFF

v.                          **NOTICE OF FILING**

RUSSELL CLETUS MARICLE, et al.,                          DEFENDANTS

\* \* \* \* \*

The United States of America gives notice to the Court and to the parties of the filing of the attached documents in compliance with the Court's Order [Record No. 703]: Exhibit A - Defendants' Request for Discovery; Exhibit B - The Unites States Initial Discovery Receipt with its request for Expert Disclosure; and Exhibit C - The United States Notice of Expert Witness.

Respectfully submitted,

JAMES A. ZERHUSEN
UNITED STATES ATTORNEY

By:   s/ Stephen C. Smith
Assistant United States Attorney
601 Meyers Baker Road, Suite 200
London, KY 40741
Tel: (606) 864-5523
Stephen.Smith4@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System which will send notice of filing to all counsel of record.

s/Stephen C. Smith<br>
Assistant United States Attorney