UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

CRIMINAL NO. 09-16-DCR

UNITED STATES OF AMERICA                             PLAINTIFF

V.                **DISCOVERY RECEIPT**

RUSSELL CLETUS MARICLE                      DEFENDANT

\* \* \* \* \*

This is to certify the discovery of the below-listed items in the above-styled case:

| RULE 16 DISCOVERY 1 OF 2 |
|---|
| BJ CHECK - 0001.PDF |
| CHECK DUPLICATES - 0001.PDF |
| CLAY CO SHERIFF DOCS-0011.PDF |
| ESS DOCS - 00001.PDF |
| GOVERNOR VISIT - 0001.PDF |
| KBE001.PDF |
| KBE002.PDF |
| KBE003.PDF |
| KBE004.PDF |
| KBE005.PDF |
| KBE006.PDF |
| KBE007.PDF |
| KBE008.PDF |
| KBE014.PDF |
| KBE016.PDF |
| KBE022.PDF |
| KBE028.PDF |
| KBE031.PDF |
| KBE033.PDF |
| KBE038.PDF |
| KBE044.PDF |
| KBE046.PDF |
| KBE048.PDF |

| |
|---|
| MAY06ELECTION - 00001.PDF |
| MAY06ELECTION - 00182.PDF |
| MAY06ELECTION - 00257.PDF |
| MAY06ELECTION - 00382.PDF |
| MAY06ELECTION - 00433.PDF |
| MAY 2006 ELECTION RESULTS - 0001.PDF |
| MAY 2006 RESULTS - 0001.PDF |
| NOVEMBER2006ELECTION-00001.PDF |
| NOVEMBER2006ELECTION-00218.PDF |
| NOVEMBER2006ELECTION-00231.PDF |
| NOVEMBER2006ELECTION-00270.PDF |
| NOVEMBER2006ELECTION-00285.PDF |
| NOVEMBER2006ELECTION-00289.PDF |
| NOVEMBER2006ELECTION-00314.PDF |
| NOVEMBER 2006 RESULTS - 00001.PDF |
| |
| **RULE 16 DISCOVERY 2 OF 2** |
| NOVEMBER2006ELECTION-00614.PDF |
| NOVEMBER2006ELECTION-00625.PDF |
| VOTER FRAUD PETITIONS - 00001.PDF |
| VOTER FRAUD PHOTOS - 0001.PDF |
| VOTING INFO SHEETS - 0001.PDF |
| WANDA WHITE ELECTION JUDGE DOCS - 0006.PDF |
| WANDA WHITE ELECTION JUDGE DOCS - 0017.PDF |

Twenty-one (21) discs labeled as follows:

| | |
|---|---|
| Cletus Maricle #1 03/27/2007 | Cletus Maricle 05/09/2007 |
| Al man Stivers 04/06/2007 | Cletus Maricle Residences 05/14/2007 |
| Al man Stivers 04/09/2007 | Cletus Maricle Residences 05/16/2007 |
| Al man Stivers  Wayne Jones 04/10/2007 | Cletus Maricle 05/22/2007 |
| A. Stivers  C. Maricle 04/11/2007 | Judy Maricle 07/16/2007  Cletus Maricle 07/18/2007 |
| Cletus Maricle 04/18/2007 | Cletus Maricle 2/2/09 56C-LS-71639 |
| 3 Cletus Maricle Recordings 04/30/2007 | Election Systems & Software, Inc.  Clay Co. KY subpoena documents (proprietary and confidential) |
| Bart Morris, Cletus & Others 05/01/2007 | DVD - Subject Photos 03/19/2009 56C-LS-71639 |
| Cletus & Others 05/01/2007 | DVD - Entry/Exit of 393 Circle Dr. Manchester, KY 03/19/2009 |
| Freddy Thompson 05/01/2007 | |
| Wayne Jones 05/07/2007 | DVD - 56C-LS-71639 Video 2004 Clay Co. Election |

Please sign one copy of this receipt and return it to my office. Thank you.

The United States of America, by counsel, and pursuant to Rule 16(b)(1)(A), (B), and (C), requests the defendant to provide the following:

1.  Inspect and copy or photograph books, papers, documents, photographs, tangible objects, or copies or portions thereof, which are in the possession, custody, or control of the defendant and which the defendant intends to introduce as evidence in chief at trial.

2.  Inspect and copy of photograph any results or reports of physical or mental examinations and of scientific tests or experiments made in connection with the particular case, or copies thereof, within the possession or control of the defendant, which the defendant intends to introduce as evidence in chief at the trial or which were prepared by a witness whom the defendant intends to call at the trial when the results or reports relate to that witness's testimony.

3.  Disclose a written summary of testimony the defendant intends to use under Rules 702, 703, and 705 of the Federal Rules of Evidence as evidence at trial. This summary must describe the opinions of the witnesses, the bases and reasons therefor, and the witness's qualifications.

_____
David Hoskins, Esquire
Attorney for Russell Cletus Maricle

4-6-09
Date

_____
Stephen C. Smith
Assistant U. S. Attorney

7/27/09
Date

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

CRIMINAL NO. 09-16-DCR

UNITED STATES OF AMERICA                                     PLAINTIFF

V.                       **DISCOVERY RECEIPT**

DOUGLAS C. ADAMS                                             DEFENDANT

\* \* \* \* \*

This is to certify the discovery of the below-listed items in the above-styled case:

Manchester PD Witness Interview Sheet, 1 page
Criminal History, 3 pages

| RULE 16 DISCOVERY 1 OF 2 |
|---|
| BJ CHECK - 0001.PDF |
| CHECK DUPLICATES - 0001.PDF |
| CLAY CO SHERIFF DOCS-0011.PDF |
| ESS DOCS - 00001.PDF |
| GOVERNOR VISIT - 0001.PDF |
| KBE001.PDF |
| KBE002.PDF |
| KBE003.PDF |
| KBE004.PDF |
| KBE005.PDF |
| KBE006.PDF |
| KBE007.PDF |
| KBE008.PDF |
| KBE014.PDF |
| KBE016.PDF |
| KBE022.PDF |
| KBE028.PDF |
| KBE031.PDF |
| KBE033.PDF |
| KBE038.PDF |
| KBE044.PDF |
| KBE046.PDF |
| KBE048.PDF |

| |
|---|
| MAY06ELECTION - 00001.PDF |
| MAY06ELECTION - 00182.PDF |
| MAY06ELECTION - 00257.PDF |
| MAY06ELECTION - 00382.PDF |
| MAY06ELECTION - 00433.PDF |
| MAY 2006 ELECTION RESULTS - 0001.PDF |
| MAY 2006 RESULTS - 0001.PDF |
| NOVEMBER2006ELECTION-00001.PDF |
| NOVEMBER2006ELECTION-00218.PDF |
| NOVEMBER2006ELECTION-00231.PDF |
| NOVEMBER2006ELECTION-00270.PDF |
| NOVEMBER2006ELECTION-00285.PDF |
| NOVEMBER2006ELECTION-00289.PDF |
| NOVEMBER2006ELECTION-00314.PDF |
| NOVEMBER 2006 RESULTS - 00001.PDF |
| **RULE 16 DISCOVERY 2 OF 2** |
| NOVEMBER2006ELECTION-00614.PDF |
| NOVEMBER2006ELECTION-00625.PDF |
| VOTER FRAUD PETITIONS - 00001.PDF |
| VOTER FRAUD PHOTOS - 0001.PDF |
| VOTING INFO SHEETS - 0001.PDF |
| WANDA WHITE ELECTION JUDGE DOCS - 0006.PDF |
| WANDA WHITE ELECTION JUDGE DOCS - 0017.PDF |

Twenty-one (21) discs labeled as follows:

| |
|---|
| Cletus Maricle #1 03/27/2007 |
| Al man Stivers 04/06/2007 |
| Al man Stivers 04/09/2007 |
| Al man Stivers  Wayne Jones 04/10/2007 |
| A. Stivers  C. Maricle 04/11/2007 |
| Cletus Maricle 04/18/2007 |
| 3 Cletus Maricle Recordings 04/30/2007 |
| Bart Morris, Cletus & Others 05/01/2007 |
| Cletus & Others 05/01/2007 |
| Freddy Thompson 05/01/2007 |
| Wayne Jones 05/07/2007 |

| |
|---|
| Cletus Maricle 05/09/2007 |
| Cletus Maricle Residences 05/14/2007 |
| Cletus Maricle Residences 05/16/2007 |
| Cletus Maricle 05/22/2007 |
| Judy Maricle 07/16/2007  Cletus Maricle 07/18/2007 |
| Cletus Maricle 2/2/09 56C-LS-71639 |
| Election Systems & Software, Inc.  Clay Co. KY subpoena documents (proprietary and confidential) |
| DVD - Subject Photos 03/19/2009 56C-LS-71639 |
| DVD - Entry/Exit of 393 Circle Dr. Manchester, KY 03/19/2009 |
| DVD - 56C-LS-71639 Video 2004 Clay Co. Election |

Please sign one copy of this receipt and return it to my office. Thank you.

The United States of America, by counsel, and pursuant to Rule 16(b)(1)(A), (B), and (C), requests the defendant to provide the following:

1. Inspect and copy or photograph books, papers, documents, photographs, tangible objects, or copies or portions thereof, which are in the possession, custody, or control of the defendant and which the defendant intends to introduce as evidence in chief at trial.

2. Inspect and copy of photograph any results or reports of physical or mental examinations and of scientific tests or experiments made in connection with the particular case, or copies thereof, within the possession or control of the defendant, which the defendant intends to introduce as evidence in chief at the trial or which were prepared by a witness whom the defendant intends to call at the trial when the results or reports relate to that witness's testimony.

3. Disclose a written summary of testimony the defendant intends to use under Rules 702, 703, and 705 of the Federal Rules of Evidence as evidence at trial. This summary must describe the opinions of the witnesses, the bases and reasons therefor, and the witness's qualifications.

_____  
R. Kent Westberry, Esquire  
Attorney for Douglas C. Adams

4.14.09  
_____  
Date

_____  
Stephen C. Smith  
Assistant U. S. Attorney

4/14/09  
_____  
Date

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

CRIMINAL NO. 09-16-DCR

UNITED STATES OF AMERICA                                         PLAINTIFF

V.           **DISCOVERY RECEIPT**

CHARLES WAYNE JONES                                              DEFENDANT

\* \* \* \* \*

This is to certify the discovery of the below-listed items in the above-styled case:

| RULE 16 DISCOVERY 1 OF 2 |
|---|
| BJ CHECK - 0001.PDF |
| CHECK DUPLICATES - 0001.PDF |
| CLAY CO SHERIFF DOCS-0011.PDF |
| ESS DOCS - 00001.PDF |
| GOVERNOR VISIT - 0001.PDF |
| KBE001.PDF |
| KBE002.PDF |
| KBE003.PDF |
| KBE004.PDF |
| KBE005.PDF |
| KBE006.PDF |
| KBE007.PDF |
| KBE008.PDF |
| KBE014.PDF |
| KBE016.PDF |
| KBE022.PDF |
| KBE028.PDF |
| KBE031.PDF |
| KBE033.PDF |
| KBE038.PDF |
| KBE044.PDF |
| KBE046.PDF |
| KBE048.PDF |

| |
|---|
| MAY06ELECTION - 00001.PDF |
| MAY06ELECTION - 00182.PDF |
| MAY06ELECTION - 00257.PDF |
| MAY06ELECTION - 00382.PDF |
| MAY06ELECTION - 00433.PDF |
| MAY 2006 ELECTION RESULTS - 0001.PDF |
| MAY 2006 RESULTS - 0001.PDF |
| NOVEMBER2006ELECTION-00001.PDF |
| NOVEMBER2006ELECTION-00218.PDF |
| NOVEMBER2006ELECTION-00231.PDF |
| NOVEMBER2006ELECTION-00270.PDF |
| NOVEMBER2006ELECTION-00285.PDF |
| NOVEMBER2006ELECTION-00289.PDF |
| NOVEMBER2006ELECTION-00314.PDF |
| NOVEMBER 2006 RESULTS - 00001.PDF |
| **RULE 16 DISCOVERY 2 OF 2** |
| NOVEMBER2006ELECTION-00614.PDF |
| NOVEMBER2006ELECTION-00625.PDF |
| VOTER FRAUD PETITIONS - 00001.PDF |
| VOTER FRAUD PHOTOS - 0001.PDF |
| VOTING INFO SHEETS - 0001.PDF |
| WANDA WHITE ELECTION JUDGE DOCS - 0006.PDF |
| WANDA WHITE ELECTION JUDGE DOCS - 0017.PDF |

Twenty-one (21) discs labeled as follows:

| | |
|---|---|
| Cletus Maricle #1 03/27/2007 | Cletus Maricle 05/09/2007 |
| Al man Stivers 04/06/2007 | Cletus Maricle Residences 05/14/2007 |
| Al man Stivers 04/09/2007 | Cletus Maricle Residences 05/16/2007 |
| Al man Stivers  Wayne Jones 04/10/2007 | Cletus Maricle 05/22/2007 |
| A. Stivers  C. Maricle 04/11/2007 | Judy Maricle 07/16/2007  Cletus Maricle 07/18/2007 |
| Cletus Maricle 04/18/2007 | Cletus Maricle 2/2/09 56C-LS-71639 |
| 3 Cletus Maricle Recordings 04/30/2007 | Election Systems & Software, Inc.  Clay Co. KY subpoena documents (proprietary and confidential) |
| Bart Morris, Cletus & Others 05/01/2007 | DVD - Subject Photos 03/19/2009 56C-LS-71639 |
| Cletus & Others 05/01/2007 | |
| Freddy Thompson 05/01/2007 | DVD - Entry/Exit of 393 Circle Dr. Manchester, KY 03/19/2009 |
| Wayne Jones 05/07/2007 | DVD - 56C-LS-71639 Video 2004 Clay Co. Election |

Please sign one copy of this receipt and return it to my office. Thank you.

The United States of America, by counsel, and pursuant to Rule 16(b)(1)(A), (B), and (C), requests the defendant to provide the following:

1. Inspect and copy or photograph books, papers, documents, photographs, tangible objects, or copies or portions thereof, which are in the possession, custody, or control of the defendant and which the defendant intends to introduce as evidence in chief at trial.

2. Inspect and copy of photograph any results or reports of physical or mental examinations and of scientific tests or experiments made in connection with the particular case, or copies thereof, within the possession or control of the defendant, which the defendant intends to introduce as evidence in chief at the trial or which were prepared by a witness whom the defendant intends to call at the trial when the results or reports relate to that witness's testimony.

3. Disclose a written summary of testimony the defendant intends to use under Rules 702, 703, and 705 of the Federal Rules of Evidence as evidence at trial. This summary must describe the opinions of the witnesses, the bases and reasons therefor, and the witness's qualifications.

| | |
|---|---|
| T. Scott White, Esquire | Stephen C. Smith |
| Attorney for Charles Wayne Jones | Assistant U. S. Attorney |
| 6·10·09 | |
| Date | Date |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

CRIMINAL NO. 09-16-DCR

UNITED STATES OF AMERICA                                    PLAINTIFF

V.                      **DISCOVERY RECEIPT**

DEBRA L. MORRIS                                             DEFENDANT

* * * * *

This is to certify the discovery of the below-listed items in the above-styled case:

| RULE 16 DISCOVERY 1 OF 2 |
|---|
| BJ CHECK - 0001.PDF |
| CHECK DUPLICATES - 0001.PDF |
| CLAY CO SHERIFF DOCS-0011.PDF |
| ESS DOCS - 00001.PDF |
| GOVERNOR VISIT - 0001.PDF |
| KBE001.PDF |
| KBE002.PDF |
| KBE003.PDF |
| KBE004.PDF |
| KBE005.PDF |
| KBE006.PDF |
| KBE007.PDF |
| KBE008.PDF |
| KBE014.PDF |
| KBE016.PDF |
| KBE022.PDF |
| KBE028.PDF |
| KBE031.PDF |
| KBE033.PDF |
| KBE038.PDF |
| KBE044.PDF |
| KBE046.PDF |
| KBE048.PDF |

| MAY06ELECTION - 00001.PDF |
|---|
| MAY06ELECTION - 00182.PDF |
| MAY06ELECTION - 00257.PDF |
| MAY06ELECTION - 00382.PDF |
| MAY06ELECTION - 00433.PDF |
| MAY 2006 ELECTION RESULTS - 0001.PDF |
| MAY 2006 RESULTS - 0001.PDF |
| NOVEMBER2006ELECTION-00001.PDF |
| NOVEMBER2006ELECTION-00218.PDF |
| NOVEMBER2006ELECTION-00231.PDF |
| NOVEMBER2006ELECTION-00270.PDF |
| NOVEMBER2006ELECTION-00285.PDF |
| NOVEMBER2006ELECTION-00289.PDF |
| NOVEMBER2006ELECTION-00314.PDF |
| NOVEMBER 2006 RESULTS - 00001.PDF |

| RULE 16 DISCOVERY 2 OF 2 |
|---|
| NOVEMBER2006ELECTION-00614.PDF |
| NOVEMBER2006ELECTION-00625.PDF |
| VOTER FRAUD PETITIONS - 00001.PDF |
| VOTER FRAUD PHOTOS - 0001.PDF |
| VOTING INFO SHEETS - 0001.PDF |
| WANDA WHITE ELECTION JUDGE DOCS - 0006.PDF |
| WANDA WHITE ELECTION JUDGE DOCS - 0017.PDF |

Twenty-one (21) discs labeled as follows:

| | |
|---|---|
| Cletus Maricle #1 03/27/2007 | Cletus Maricle 05/09/2007 |
| Al man Stivers 04/06/2007 | Cletus Maricle Residences 05/14/2007 |
| Al man Stivers 04/09/2007 | Cletus Maricle Residences 05/16/2007 |
| Al man Stivers   Wayne Jones 04/10/2007 | Cletus Maricle 05/22/2007 |
| A. Stivers   C. Maricle 04/11/2007 | Judy Maricle 07/16/2007   Cletus Maricle 07/18/2007 |
| Cletus Maricle 04/18/2007 | Cletus Maricle 2/2/09 56C-LS-71639 |
| 3 Cletus Maricle Recordings 04/30/2007 | Election Systems & Software, Inc.  Clay Co. KY subpoena documents (proprietary and confidential) |
| Bart Morris, Cletus & Others 05/01/2007 | DVD - Subject Photos 03/19/2009 56C-LS-71639 |
| Cletus & Others 05/01/2007 | DVD - Entry/Exit of 393 Circle Dr. Manchester, KY 03/19/2009 |
| Freddy Thompson 05/01/2007 | |
| Wayne Jones 05/07/2007 | DVD - 56C-LS-71639 Video 2004 Clay Co. Election |

Please sign one copy of this receipt and return it to my office. Thank you.

The United States of America, by counsel, and pursuant to Rule 16(b)(1)(A), (B), and (C), requests the defendant to provide the following:

1. Inspect and copy or photograph books, papers, documents, photographs, tangible objects, or copies or portions thereof, which are in the possession, custody, or control of the defendant and which the defendant intends to introduce as evidence in chief at trial.

2. Inspect and copy of photograph any results or reports of physical or mental examinations and of scientific tests or experiments made in connection with the particular case, or copies thereof, within the possession or control of the defendant, which the defendant intends to introduce as evidence in chief at the trial or which were prepared by a witness whom the defendant intends to call at the trial when the results or reports relate to that witness's testimony.

3. Disclose a written summary of testimony the defendant intends to use under Rules 702, 703, and 705 of the Federal Rules of Evidence as evidence at trial. This summary must describe the opinions of the witnesses, the bases and reasons therefor, and the witness's qualifications.

_____  
Elizabeth Snow Hughes, Esquire  
Attorney for Debra L. Morris

4/20/09  
Date

_____  
Stephen C. Smith  
Assistant U. S. Attorney

4/22/09  
Date