**Poynter, Mandy (USAKYE)**

| | |
|---|---|
| **From:** | Poynter, Mandy (USAKYE) |
| **Sent:** | Wednesday, December 30, 2009 5:37 PM |
| **To:** | Jerry W Gilbert; Bennett Bayer; Candace C. Crouse; Daniel A. Simons; David S. Hoskins; Elizabeth Hughes; Jerry Gilbert; Kent Westberry; Kristin Logan; Martin S. Pinales; Robert Abell; Russell James Baldani & Tucker Richardson; T. Scott White |
| **Cc:** | Smith, Stephen (USAKYE); Parman, Jason (USAKYE) |
| **Subject:** | Additional Jencks Material |

The U.S. has a moderate amount of additional Jencks material and a small amount of discovery to provide. The CDs will be placed at the front desk in the Lexington office for pick up in the morning. Mr. Hoskins CD will be at the London office. Mr. Gilbert and Mr. Simons, I would be happy to drop yours off to you on the way home tonight if one of you would give me a call at 859-230-0589.

Also, there is a box of records at our London office we just received from the Clay County Circuit Clerk's office that contains records from the Runyon matter and Doug Adams Indictment that can be made available for review. We have not scanned these documents in order to provide them in that format. Please let us know if you would like to review them.

Again, any questions, please feel free to give me a call. It is probably best to try me in London first at 606-864-5523. Thank you.

Mandy


Mandy B. Poynter
Paralegal Specialist
U.S. Attorney's Office
Eastern District of Kentucky
(859) 685-4827

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON**

**CRIMINAL NO. 09-16-S-DCR**

**UNITED STATES OF AMERICA**                                                          **PLAINTIFF**

**v.**                      **SUPPLEMENTAL DISCOVERY**

**RUSSELL CLETUS MARICLE, et al.,**                                                   **DEFENDANTS**

* * * * *

Comes the United States of America, by and through counsel, and hereby provides the defendants a written summary of testimony that the government intends to use under Rules 702, 703 or 705 of the Federal Rules of Evidence.

Attached are the Curriculum Vitae of the following persons:

1. S.A. Jeff Sagrecy, IRS-CID will testify and provide his opinion at trial concerning the methods and practices of criminal organizations regarding proceeds derived from unlawful activities such as bribery, extortion, and illegal drug sales. S.A. Sagrecy will testify as to the manner and means employed by criminal organizations in money laundering. For instance, legitimate businesses are used to disguise the true nature of the proceeds from specified unlawful activities. In addition, S.A. Sagrecy will testify that individuals associated with the criminal organization structure transactions to avoid currency reporting requirements by law. S.A. Sagrecy will give his opinion on types of schemes used by corrupt officials for promotion and concealment of proceeds from illegal activity. For instance, the criminal

organizations pool cash derived in part from extortion with intent to commit bribery from constituents and those with interest in controlling the political process. i.e. drug dealers and corrupt business people. Those contributing want to control public officials and public contracts, and they pay out large amounts of money during elections to get corrupt officials elected. Once elected these officials reap the benefits by collecting salaries and fees from the public coffers. In other words, hundreds of thousands of dollars are pooled to get members of the enterprise elected. These members return the proceeds concealed in the form of salaries and contracts which make the detection of their assets more difficult to seize by law enforcement.

                                            Respectfully submitted,
                                            JAMES A. ZERHUSEN
                                            UNITED STATES ATTORNEY

                              By:    s/Stephen C. Smith
                                       Assistant United States Attorney
                                       601 Meyers Baker Road, Suite 200
                                       London, Kentucky 40741
                                       (606) 864-5523, ext. 111
                                       Fax: (606) 864-3590
                                       Stephen.Smith4@usdoj.gov

Special Agent Jeffrey Sagrecy
IRS Criminal Investigation Division
Nashville Field Office, Lexington, Kentucky Post of Duty

Highlights and Experience:

Employed as a Special Agent with the Internal Revenue Service – Criminal Investigation Division from March of 2002 through the present time.  Prior to being a Special Agent with the IRS Special Agent Sagrecy was an Auditor for the State of Kentucky for two years specializing in pass through entities.

Special Agent Sagrecy is currently assigned to Organized Crime and Drug Enforcement Task Force (OCDETF).  As a member of OCDETF Special Agent Sagrecy investigates cases involving the sale and distribution of illegal narcotics along with other specified unlawful activities regulated by Title 18 of the Federal Criminal Code.  These investigations specifically deal with money laundering and structuring violations of the proceeds obtained from specified unlawful activities.  The investigations focus on the use of the proceeds being concealed in legitimate means and also being used in the furtherance of illegal activity.

Prior to working OCDETF investigations Special Agent Sagrecy conducted numerous white collar crime investigations of the United States Code Title 26, Title 18 and Title 31.  Special Agent Sagrecy has experience working cases involving Tax Evasion, Filing False Tax Returns, Money Laundering, Structuring, Mail Fraud and Wire Fraud.

Special Agent Sagrecy served as the Healthcare Fraud coordinator for his office prior to being assigned to OCDETF.  As the coordinator Special Agent Sagrecy worked with the United States Attorney's Office and other law enforcement agencies to identify and develop investigations of individuals that were committing fraud within the healthcare industry.  These investigations generally resulted in additional financial crimes such as tax violations and money laundering being charged.

Special Agent Sagrecy has previously testified at trials regarding the failure to report income, attempt to evade taxes, concealment of income and laundering of proceeds from specified unlawful activities.  In addition, he works closely with the United States Attorney's office on seizures that deal with property purchased with the proceeds from specified unlawful activities.

As part of his regular duties, Special Agent Sagrecy has instructed at regional learning facilities where he has facilitated Law Enforcement Officers from Federal, State and Local agencies on how to develop and investigate financial crimes.  Special Agent Sagrecy has also instructed other IRS Special Agents regarding Emerging Financial Schemes and how they relate to Money Laundering.  Special Agent Sagrecy has also given presentations to

representatives from financial institutions on how to identify clients that are structuring, laundering and disguising proceeds from lawful and unlawful activities.

Education and Training:

Bachelors Degree in Accounting through the College of Business from University of Kentucky in Lexington, Kentucky.

| | |
|---|---|
| August 2009 | Advanced training on Financial Crimes and Emerging Issues |
| May 2009 | Financial Crimes Seminar |
| April 2009 | Instructor Facilitator Training |
| May 2008 | Financial Crimes Seminar |
| November 2006 | Financial effects of Healthcare Fraud |
| June 2006 | Asset Forfeiture Training |
| May – August 2002 | Criminal Investigator Training at FLETC. |
| March – May 2002 | Special Agent Investigative Techniques at FLETC. |