EDky-232
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CRIMINAL MINUTES-TRIAL

___LONDON___  Case No. _09-16-DCR_ At _FRANKFORT___  Date _2/2/10___

DOCKET ENTRY: Juror Nos. 27 and 121 were qualified at the beginning of proceedings by the Court.

PRESENT: HON. ___DANNY C. REEVES___, JUDGE

| K. Ratliff | Lisa Weisman | Stephen Smith/Jason Parman |
|---|---|---|
| Deputy Clerk | Court Reporter | Asst. U. S. Attorney |

| DEFENDANTS | ATTORNEYS FOR DEFENDANTS |
|---|---|
| (1) Russell Cletus Maricle (P) | (1) David Hoskins/lM. Pinales/C. Crouse(R) |
| (2) Dougas C. Adams (P) | (2) Bennett Bayer/K. Westbury/K. Logan (R) |
| (3) Charles Wayne Jones (P) | (3) T. Scott White (R) |
| (4) William E. Stivers (P) | (4) Robert L. Abell (R) |
| (5) Freddy W. Thompson (P) | (5) R. Tucker Richardson/R. Baldani (R) |
| (6) William B. Morris (P) | (6) Jerry W. Gilbert (R) |
| (7) Debra L. Morris (P) | (7) Elizabeth Hughes (R) |
| (8) Stanley Bowling (P) | (8) Daniel Simons (R) |

_X_ JURY TRIAL. The Jury impaneled and sworn as follows: ___ COURT TRIAL

(1) 129    (5) 93    (9) 24
(2) 94     (6) 87    (10) 82
(3) 21     (7) 12    (11) 78
(4) 19     (8) 16    (12) 43
(13) 119   (14) 9
(15) 33    (16) 28

Introduction of Evidence for plff/deft  ___begun  ___resumed  ___concluded

___Rebuttal evidence; ___Surrebuttal evidence.

_X_ Case continued to  _2/3/10 at 9 am at Frankfort, KY_ for further trial.

___Motion for judgment of acquittal  ___granted  ___denied  ___submitted.

___Jury retires to deliberate at_____; Jury returns at_____

___FINDING BY COURT.  ___JURY VERDICT.  SEE SIGNED VERDICT AS TO EACH DEFENDANT

(1) DEFENDANT_____    (2) DEFENDANT_____

(3) DEFENDANT_____    (4) DEFENDANT_____

___Jury Polled.  ___Polling Waived  ___Mistrial Declared

Case continued until_____ l9__ at_____ for sentencing.

___Court orders Presentence Report-copy to be furnished counsel pur Rule 32,FRCP

___Copy of Presentence Report not requested.

_X_ Defendants to remain on bond.  _X_ Dft/Stivers remanded to custody.

Copies: COR, USP, USM

| TIC: | 6 | 40 |
|---|---|---|