1

```
1                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF KENTUCKY
2                    SOUTHERN DIVISION at LONDON
                               - - -
3

UNITED STATES OF AMERICA,        :   Docket No. CR 09-16-S
4                                :
                  Plaintiff,     :   Frankfort, Kentucky
5                                :   Tuesday, February 2, 2010
         versus                  :   9:00 a.m.
6                                :
RUSSELL CLETUS MARICLE,          :
7    DOUGLAS C. ADAMS            :
     CHARLES WAYNE JONES         :
8    WILLIAM R. STIVERS          :
     FREDDY W. THOMPSON          :        Voir Dire Excerpt
9    WILLIAM B. MORRIS           :
     DEBRA L. MORRIS             :
10   STANLEY BOWLING,            :
                                 :
11                Defendants.    :


12


13                             - - -
                     TRANSCRIPT OF VOIR DIRE
14                   BEFORE DANNY C. REEVES
                UNITED STATES DISTRICT COURT JUDGE
15                             - - -

16   APPEARANCES:

17   For the United States:      STEPHEN C. SMITH
                                 JASON D. PARMAN, ESQ.
18                               Assistant U.S. Attorney
                                 601 Meyers Baker Road
19                               Suite 200
                                 London, KY 40741
20
     For the Defendant           MARTIN S. PINALES, ESQ.
21   Russell Cletus Maricle:     CANDACE C. CROUSE, ESQ.
                                 Strauss & Troy
22                               150 E. Fourth Street
                                 Fourth Floor
23                               Cincinnati,OH  45202

24                               DAVID S. HOSKINS, ESQ.
                                 107 E. First Street
25                               Corbin, KY  40701
```

2

```
1    For the Defendant          R. KENT WESTBERRY, ESQ.
     Douglas C. Adams:          KRISTIN N. LOGAN, ESQ.
2                               Landrum & Shouse, LLP
                                220 West Main Street
3                               Suite 1900
                                Louisville, KY 40202
4
                                BENNETT E. BAYER, ESQ.
5                               Landrum & Shouse, LLP
                                106 West Vine Street
6                               Suite 800
                                Lexington, KY  40507
7

8    For the Defendant          T. SCOTT WHITE, ESQ.
     Charles Wayne Jones:       Morgan & Pottinger, P.S.C.
9                               133 West Short Street
                                Lexington, KY  40507
10

11   For the Defendant          ROBERT L. ABELL, ESQ.
     William R. Stivers:        271 West Short Street
12                              Lexington, KY  40507

13
     For the Defendant          RUSSELL JAMES BALDANI, ESQ.
14   Freddy W. Thompson:        R. TUCKER RICHARDSON, ESQ.
                                Baldani, Rowland & Richardson
15                              300 West Short Street
                                Lexington, KY  40507
16

17   For the Defendant          JERRY W. GILBERT, ESQ.
     William B. Morris:         Coy, Gilbert & Gilbert
18                              212 North Second Street
                                Richmond, KY 40475
19

20   For the Defendant          ELIZABETH SNOW HUGHES, ESQ.
     Debra L. Morris:           Gess, Mattingly & Atchison, PSC
21                              201 West Short Street
                                Lexington,KY40507
22

23   For the Defendant          DANIEL A. SIMONS, ESQ.
     Stanley Bowling:           Thompson, Simons, Dunlop & Fore
24                              116 West Main Street
                                Suite 2A
25                              Richmond, KY 40476
```

1    Court Reporter:              LISA REED WIESMAN, RDR-CRR
                                  Official Court Reporter
2                                 35 W. Fifth Street
                                  P.O. Box 1073
3                                 Covington, KY  41012
                                  (859) 291-4410
4

5         Proceedings recorded by mechanical stenography,
     transcript produced with computer.
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          (Beginning of excerpt.)

2          THE COURT:  Ladies and gentlemen, I do expect this

3     case will take several weeks to complete, and we will have a

4     number of witnesses.  What I'd like to do at this time is I

5     would like to review some of the witnesses that may be called

6     in the case, and this is a lengthy list.  So what I'll do, I'm

7     going to go through eight to ten witnesses, and then I'll find

8     out and ask if anyone knows any of these witnesses.  If you

9     do, I'll need to find out how you know the person, what your

10    relationship might be.  Most of these witnesses are from the

11    Clay County area.  If they're not, then I'll try to indicate

12    that to you as well.

13          Again, listen closely, and I will go through a number

14    of names and ask if you know any of these potential witnesses.

15    Kenneth Day, Eugene Lewis, J.C. Lawson, Todd Roberts, Vernon

16    Hacker, Glenn Rowland, Kennon White, Wanda White, Charles

17    Weaver, and Bobby "Red" Sams.  That would be the first ten.

18    Let me stop there and see if anyone knows any of these

19    potential witnesses in the case.

20          (No verbal response.)

21          THE COURT:  All right.  Let me go through the next

22    ten.  James Craft, Randy Craft, Carmen Webb Lewis, Jennings

23    White, Barbara Colter, Evelyn Dezarn, Gary Greenhalgh.  Mr.

24    Greenhalgh is apparently a consultant with ES&S Services, and

25    I don't think he lives in the Clay County area.  Anyone know

1   any of those witnesses so far?

2                      (No verbal response.)

3          THE COURT:  Jeff Culver, William Goins, Jeffrey

4   Deaton, Michael Bishop, Paul Bishop, Jeffrey Farmer.

5                      (No verbal response.)

6          THE COURT:  Next, Gary -- I think his nickname is

7   Ouchie.  Gary Ouchie Jackson, Terry Baker, Frank Roberts,

8   Mansell Baker, Deshae Henson, Billy Ray Sester.

9                      (No verbal response.)

10         THE COURT:  Carl Curry, Tanya Davidson, Billie Jean

11  Berry, that's B-e-r-r-y, Stacey Perkins, Mary Gail Roberts,

12  Woodrow "Dick" Woods, Darren Smith, or Amanda Smith.

13                     (No verbal response.)

14         THE COURT:  None so far.  Lisa Buttrey, Ted Jones,

15  James Douglas Coleman, Ella Wagner -- I'm sorry, Ella Wagers,

16  Robyn Renee Combs-Pennington, Timothy Pennington, Billy Melton

17  Dobbs.  That's D-o-b-b-s, Dobbs.

18                     (No verbal response.)

19         THE COURT:  Ray Chipman Adams, Terry Wayne Smith,

20  Richard Brian Hubbard, Richard Reedie Hubbard, or Brian Lewis.

21                     (No verbal response.)

22         THE COURT:  Angela Renee Lewis, Raleigh Downing --

23  I'm sorry, Raleigh Downey, D-o-w-n-e-y, Robin Lynn Maricle,

24  Tommy Slone, Eugene Corky Price.

25                     (No verbal response.)

1          THE COURT:  Sarah Gregory, Mike White, Diana Reid,

2     Pamela Mathis.

3                              (No verbal response.)

4          THE COURT:  Robin Winkfield, who I believe is with

5     the Administrative Office of the Courts.  Beverly Gray.  I

6     introduced Special Agent Briggs and Task Force Officer Buddy

7     Blair.  Dana Crisman, who is also an FBI special agent,

8     Clarence Randall Jackson, Debra Parks, and then the final

9     four -- let's see if we have anyone here.  The final four that

10    may be called -- there may be more, but based on the

11    information I've been provided, Scott Rapoport, who is not

12    from -- yes, sir, in the back.  281?

13         PROSPECTIVE JUROR 281:  281.

14         THE COURT:  Yes, sir?

15         PROSPECTIVE JUROR 281:  Childhood friend of Dana

16    Crisman.

17         THE COURT:  Of Dana Crisman?

18         PROSPECTIVE JUROR 281:  Yes, sir.

19         THE COURT:  She's a special agent with the Federal

20    Bureau of Investigation.  When is the last time you would have

21    spoken with Miss Crisman?

22         PROSPECTIVE JUROR 281:  Approximately about three

23    years.

24         THE COURT:  Three years ago.  You say you were

25    childhood friends?

1     PROSPECTIVE JUROR 281:  Yes, sir.

2     THE COURT:  Do you still consider yourself to be a

3  friend?

4     PROSPECTIVE JUROR 281:  Yes, sir.

5     THE COURT:  If Miss Crisman is called as a witness,

6  would you be able to set aside any friendship that you might

7  have and be fair and impartial, listen to her testimony and be

8  fair and impartial?

9     PROSPECTIVE JUROR 281:  Yes, sir.

10     THE COURT:  Would you feel any sense of favoritism to

11  Miss Crisman because you do know her?

12     PROSPECTIVE JUROR 281:  No, sir.

13     THE COURT:  Could you also judge her credibility the

14  same as you would any other witness in the case?

15     PROSPECTIVE JUROR 281:  Yes, sir.

16     THE COURT:  All right.  That's Juror Number 281.

17  Let's see.  The last four I want to ask you about, Scott

18  Rapoport, who is not from the area.  I believe he's a

19  reporter, but he's not from this area.  Deshana Rogers, who is

20  also an FBI special agent.  I've identified IRS Special Agent

21  Jeff Sagrecy, who is seated over to my right by the jury box.

22  And finally, Denver Sizemore, who is from the Clay County

23  area.

24     Other than Juror Number 281, does any other potential

25  juror know any of the witnesses I've identified or potential

8

1   witnesses that I've identified?

2                                    (No verbal response.)

3                                    (End of excerpt.)

4                         - - -

5                 C E R T I F I C A T E

6        I, LISA REED WIESMAN RDR-CRR, certify that the
    foregoing is a correct transcript from the record of
7   proceedings in the above-entitled case.

8

9    \s\ Lisa Reed Wiesman            February 2, 2010
    LISA REED WIESMAN, RDR-CRR        Date of Certification
10  Official Court Reporter

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25