UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY

CRIMINAL ACTION NO. 6:09-CR-16-S-DCR

*[Filed Electronically]*

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| v. | |
| RUSSELL CLETUS MARICLE, et al. | DEFENDANTS |

* * * * * * * * * * * *

**MOTION OF THE MANCHESTER ENTERPRISE TO INTERVENE
FOR THE PURPOSE OF MOVING FOR ACCESS TO
TRANSCRIPTS OF DAILY PROCEEDINGS**

Movant, The Manchester Enterprise, Inc. (the "Enterprise"), by counsel, hereby respectfully moves the Court for leave to intervene in this case for the limited purpose of asserting First Amendment and common law rights to have access to transcripts of proceedings of the Court. This motion is brought in conformity with the Court's order of February 11, 2010 ordering that counsel shall not provide any third party with a transcript of the proceedings and advising court reporters that no third party is to be provided such a transcript without a motion being made to the Court and an order being entered after a hearing has been held on same.

A supporting memorandum of law and proposed order are tendered herewith.

The Enterprise also moves that this Court grant and set a hearing pursuant to its order of February 11, 2010, so that Movant's request for access to a copy of proceedings may be heard. Movant will submit a separate motion for access to transcripts, a supporting memorandum of law, and a proposed order consistent with the Order of February 11, 2010, and will do so as soon as possible.

The Enterprise makes this motion in order to inform the Court of its intent as soon as possible and to facilitate the efficient scheduling of a hearing date and time. In light of the urgent First Amendment issues raised by this question, the Enterprise requests that the Court expedite the matter and schedule a hearing as soon as possible.

                         Respectfully submitted,

                         *s/ Barbara Edelman*
Jon L. Fleischaker
Barbara Edelman
James L. Adams
DINSMORE & SHOHL LLP
1400 PNC Plaza
500 West Jefferson Street
Louisville, Kentucky 40202
(502) 540-2300
(502) 585-2207 (fax)
*Counsel for Movant, the Manchester Enterprise*

**CERTIFICATE OF SERVICE**

    It is hereby certified that a copy of the foregoing was filed via the Court's electronic filing system this 12th day of February, 2010, which will effect electronic service upon:

David S. Hoskins
107 East First Street
P. O. Box 1185
Corbin, KY  40701

R. Kent Westberry
Kristin M. Logan
Landrum & Shouse
220 W. Main Street, Suite 1900
Louisville, KY  40202

T. Scott White
Morgan & Pottinger
601 West Main Street
Louisville, KY  40202

T. Scott White
Morgan & Pottinger
133 West Short Street
Lexington, KY  40507

Robert L. Abell
271 West Short Street, Suite 200
P. O. Box 983
Lexington, KY  40588-0983

R. Tucker Richardson, III
Russell J. Baldani
Baldani Rowland & Richardson
200 West Short Street
Lexington, KY  40507

Jerry W. Gilbert
Coy Gilbert & Gilbert
212 North Second Street
Richmond, KY  40475

Elizabeth S. Hughes
Gess Mattingly & Atchison
201 West Short Street
Lexington, KY  40507

Daniel A. Simons
Thompson Simons Dunlap & Fore
116 West Main Street, Suite 2A
P. O. Box 726
Richmond, KY 40475

Candace C. Crouse
Martin S. Pinales
Strauss & Troy
150 E. Fourth Street
Cincinnati, OH 45202

Derek G. Gordon
Anggelis & Gordon PLLC
231 Lexington Avenue
Lexington, KY 40508

Henry E. Hughes
Hughes Lowry Milner & Hayworth
71 West Short Street, Suite 812
Lexington, KY 40507

Joyce A. Merritt
Law Office of Joyce A. Merritt, PSC
155 East Main Street, Suite 260
Lexington, KY 40507

Jason D. Parman
Stephen Craig Smith
U.S. Attorney's Office
601 Meyers Baker Road, Suite 200
London, KY 40741

Thomas Hunter Payne
Gilliam & Payne PLLC
219 East FOurth Street
London, KY 40741

Mark A. Wohlander
Wohlander Law Office
P. O. Box 910483
Lexington, KY 4091

*s/ Barbara Edelman*
*Counsel for the Manchester Enterprise*
