UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY

CRIMINAL ACTION NO. 6:09-CR-16-S-DCR

UNITED STATES OF AMERICA                                                          PLAINTIFF

v.

RUSSELL CLETUS MARICLE, et al.                                                 DEFENDANTS

* * * * * * * * * * * *

## ORDER

The Manchester Enterprise, Inc., has moved this Court for leave to intervene so that it may move for access to daily copies of proceedings pursuant to the Court's order of February 11, 2010. The Movant further has asked this Court to set a hearing at an expedited date and time so that its motion for access to copies of proceedings can be heard as soon as possible.

The Motion for leave to intervene is hereby **GRANTED**. The Motion to set a hearing is hereby **GRANTED**. Hearing is set for the time of _____ a.m./p.m. on the date of February _____, 2010.