EDky-232
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CRIMINAL MINUTES-TRIAL

LONDON    Case No. 09-16-DCR    At FRANKFORT    Date 2/18/10

DOCKET ENTRY: Defendant/Maricle's oral motion for reconsideration of the Court's ruling on the motion in limine regarding the transcripts is DENIED.

PRESENT: HON. DANNY C. REEVES ,JUDGE

| K. Ratliff | C. Oakes/A. Banta | Stephen Smith/Jason Parman |
|---|---|---|
| Deputy Clerk | Court Reporters | Asst. U. S. Attorneys |

DEFENDANTS:                                    ATTORNEYS FOR DEFENDANTS:

(1) Russell Cletus Maricle (P)        (1) David Hoskins/M. Pinales        (R)
(2) Douglas C. Adams (P)              (2) Kent Westbury/K. Logan/B. Bayer (R)
(3) Charles Wayne Jones (P)           (3) T. Scott White (R)
(4) William E. Stivers (P)            (4) Robert L. Abell (R)
(5) Freddy W. Thompson (P)            (5) R. Tucker Richardson/R. Baldani (R)
(6) William B. Morris (P)             (6) Jerry W. Gilbert (R)
(7) Debra L. Morris (P)               (7) Elizabeth Hughes (R)
(8) Stanley Bowling (P)               (8) Daniel Simons (R)

X  JURY TRIAL. The Jury impaneled and sworn as follows:    ___ COURT TRIAL

(1) 129    (2) 94    (3) 21    (4) 19    (5) 93
(6) 87     (7) 12    (8) 16    (9) 24    (10) 82
(11) 78    (12) 43   (13) 119  (14) 9    (15) 33    (16) 28

Introduction of Evidence for plff ___ begun; X resumed; Not concluded.
___ Rebuttal evidence; ___ Surrebuttal evidence.
X Case continued to 2/19/10 at 9 am or as otherwise instructed by the Court at Frankfort, KY for further trial. Counsel to be present by 8:30 a.m.
___ Motion for judgment of acquittal ___ granted ___ denied ___ submitted.
___ Jury retires to deliberate at_____; Jury returns at_____
___ FINDING BY COURT. ___ JURY VERDICT. SEE SIGNED VERDICT AS TO EACH DEFENDANT
(1) DEFENDANT_____    (2) DEFENDANT_____
(3) DEFENDANT_____    (4) DEFENDANT_____
(5) DEFENDANT_____    (6) DEFENDANT_____
(7) DEFENDANT_____    (8) DEFENDANT_____
___ Jury Polled.  ___ Polling Waived  ___ Mistrial Declared
Case continued until_____ 20__ at_____ for sentencing.
___ Court orders Presentence Report-copy to be furnished counsel pursuant to Rule 32,FRCP.
___ Copy of Presentence Report not requested.
X Defendants to remain on bond.  X Dft/Stivers remanded to custody.

Copies: COR, USP, USM, Diary                    Deputy Clerk    kr

TIC:  6  17