**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**LONDON**

CRIMINAL CASE NO. 09-16-S-DCR                    *ELECTRONICALLY FILED*

UNITED STATES OF AMERICA,                              PLAINTIFF,

v.

RUSSELL CLETUS MARICLE, et al.                       DEFENDANTS.

## RENEWED MOTION FOR SEVERANCE AND FOR SEPARATE TRIALS AND MEMORANDUM IN SUPPORT

Now comes Defendant, Russell Cletus Maricle, by and through counsel, and moves this Court to sever Defendant Maricle from the other defendants in this case and to grant him a separate trial.  Rule 14 of the federal rules of criminal procedure requires a severance if a defendant is prejudiced by joinder.  A joint trial in this case is so manifestly prejudicial that it should compel this Court to grant a severance.[1]

This Motion is based on the testimony on March 1, 2010 of Mansel Baker regarding a marijuana grow operation he allegedly conducted with Defendant Bowling.  This is not the first testimony regarding alleged drug cultivation by co-defendants that has been admitted during this trial.  The cumulative effect of this evidence is unduly prejudicial on Defendant Maricle, especially in light of the fact that this Court has permitted the introduction of the "Inside Edition" video.  While this Court has found that the video evidences Maricle's *awareness* that the political process can be controlled with drug revenues, there has been no evidence introduced that Maricle was *involved* in any drug activity or received or used any drug revenues.  Accordingly, a severance must be granted.

---

[1] Counsel has been unable to locate a case directly on point.

At a minimum, this Court must instruct the jury that they have an obligation to give separate personal consideration to the case of each individual defendant and to separate each charge against him or her. *See e.g. United States v. Caliendo*, 910 F.2d 429, 438 (7th Cir. 1990).

Respectfully submitted,

STRAUSS & TROY, LPA

/s/   Martin   S.   Pinales   _____
MARTIN S. PINALES (Ohio Bar No.  0024570)
CANDACE C. CROUSE (Ohio Bar No. 0072405)
The Federal Reserve Building
150 East Fourth Street
Cincinnati, Ohio 45202-4018
Telephone: 513-621-2120
Fax: 513-241-8259
mspinales@strausstroy.com
cccrouse@strausstroy.com

- and –

/s/ David Hoskins by CCC w/permission
P.O. Box 1185
Corbin, KY 40702-1185
Telephone:606-526-9009
Fax:606-526-1021
davidhoskins@bellsouth.net

2

## CERTIFICATE OF SERVICE

I hereby certify that an exact copy of the foregoing document was provided via the

Court's electronic filing system upon the parties of record, on the 1st day of March, 2010.

/s/   Candace   C.   Crouse
CANDACE C. CROUSE (Ohio Bar No.  0072405)

2112923.1