EDky-232

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CRIMINAL MINUTES-TRIAL

LONDON       Case No. 09-16-DCR    At FRANKFORT       Date 3/1/10

DOCKET ENTRY: Out of presence of jury, witness, Larry Cann, was recognized by the Court to appear on behalf of defendant, Stanley Bowling, as further directed by the Court in the penal sum of $500.00. Out of hearing of jury, Defendant Bowling's oral motion in limine as to marijuana is DENIED. Defendant Maricle's oral renewed motion for severance of trials is DENIED. The defendant is allowed to brief the issue and file the brief by 9:00 a.m., March 2, 2010.

PRESENT: HON.    DANNY C. REEVES    ,JUDGE

   K. Ratliff       C. Oakes/L. Weisman    Stephen Smith/Jason Parman
  Deputy Clerk        Court Reporters         Asst. U. S. Attorneys

DEFENDANTS:                                ATTORNEYS FOR DEFENDANTS:

(1) Russell Cletus Maricle (P)    (1) David Hoskins/M. Pinales (R)
(2) Douglas C. Adams (P)          (2) Kent Westbury/K. Logan/B. Bayer (R)
(3) Charles Wayne Jones (P)       (3) T. Scott White (R)
(4) William E. Stivers (P)        (4) Robert L. Abell (R)
(5) Freddy W. Thompson (P)        (5) R. Baldani/T. Richardson (R)
(6) William B. Morris (P)         (6) Jerry W. Gilbert (R)
(7) Debra L. Morris (P)           (7) Elizabeth Hughes (R)
(8) Stanley Bowling (P)           (8) Daniel Simons (R)

X   JURY TRIAL. The Jury impaneled and sworn as follows:    ___ COURT TRIAL

(1) 129    (2) 94    (3) 21    (4) 19    (5) 93
(6) 87     (7) 12    (8) 16    (9) 24    (10) 82
(11) 78    (12) 43   (13) 119  (14) 9    (15) 33    (16) 28

Introduction of Evidence for plff ___ begun; X resumed; Not concluded.
___ Rebuttal evidence; ___ Surrebuttal evidence.

 X  Case continued to  3/2/10 at 9 am or as otherwise instructed by the Court at Frankfort, KY  for further trial. **Counsel to be present by 8:30 a.m.**

___ Motion for judgment of acquittal ___granted ___denied ___submitted.
___ Jury retires to deliberate at_____; Jury returns at_____
___ FINDING BY COURT. ___ JURY VERDICT. SEE SIGNED VERDICT AS TO EACH DEFENDANT
(1) DEFENDANT_____  (2) DEFENDANT_____
(3) DEFENDANT_____  (4) DEFENDANT_____
(5) DEFENDANT_____  (6) DEFENDANT_____
(7) DEFENDANT_____  (8) DEFENDANT_____
___ Jury Polled.  ___Polling Waived  ___Mistrial Declared
Case continued until_____20__ at_____for sentencing.
___ Court orders Presentence Report-copy to be furnished counsel pursuant to Rule 32,FRCP.
___ Copy of Presentence Report not requested.
 X  Defendants to remain on bond.  X  Dft/Stivers remanded to custody.

Copies: COR, USP, USM, Diary                        Deputy Clerk    kr

TIC:  6  02