UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Criminal Action No. 6: 09-16-S-DCR |
| V. | ) | |
| RUSSELL CLETUS MARICLE, | ) | **ORDER** |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Defendant Russell Cletus Maricle having withdrawn his Renewed Motion for Severance [Record No. 751], it is hereby

**ORDERED** that the Defendant's motion [Record No. 751] is **DENIED** as moot.

This 2nd day of March, 2010.



Signed By:
*Danny C. Reeves* DCR
United States District Judge