EDky-232

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CRIMINAL MINUTES-TRIAL

LONDON       Case No. 09-16-DCR    At FRANKFORT       Date 3/8/10

DOCKET ENTRY: Out of presence of jury, witnesses Joey Rader and James Garrison were recognized to appear on behalf of Defendant Stanley Bowling, and witnesses Reecia Samples, Woodrow Woods, Diana Reid, Darrell Reynolds, Roy D. Allen and Rhonda Lynn Sims, were recognized to appear on behalf of Defendant Douglas Adams, as directed in the penal sum of $500.00. Defendant Cletus Maricle's oral motion to waive separation of witnesses as to Mr. Tom Marshall is GRANTED.

PRESENT: HON.    DANNY C. REEVES    ,JUDGE

     K. Ratliff        C. Oakes/L. Weisman     Stephen Smith/Jason Parman
    Deputy Clerk         Court Reporters         Asst. U. S. Attorneys

DEFENDANTS:                                ATTORNEYS FOR DEFENDANTS:

(1) Russell Cletus Maricle (P)             (1) David Hoskins/M. Pinales (R)
(2) Douglas C. Adams (P)                   (2) Kent Westbury/K. Logan (R)
(3) Charles Wayne Jones (P)                (3) T. Scott White (R)
(4) William E. Stivers (P)                 (4) Robert L. Abell (R)
(5) Freddy W. Thompson (P)                 (5) R. Baldani/T. Richardson (R)
(6) William B. Morris (P)                  (6) Jerry W. Gilbert (R)
(7) Debra L. Morris (P)                    (7) Elizabeth Hughes (R)
(8) Stanley Bowling (P)                    (8) Daniel Simons (R)

X   JURY TRIAL. The Jury impaneled and sworn as follows:  ___ COURT TRIAL

(1) 129    (2) 94    (3) 21    (4) 19    (5) 93
(6) 87     (7) 12    (8) 16    (9) 24    (10) 82
(11) 78    (12) 43   (13) 119  (14) 9    (15) 33    (16) 28

Introduction of Evidence for plff ___ begun; X resumed; Not concluded.
___ Rebuttal evidence; ___ Surrebuttal evidence.

 X  Case continued to  3/9/10 at 9 am or as otherwise instructed by the Court at Frankfort, KY  for further trial. **Counsel to be present by 8:30 a.m.**

___ Motion for judgment of acquittal ___ granted ___ denied ___ submitted.
___ Jury retires to deliberate at_____; Jury returns at_____
___ FINDING BY COURT. ___ JURY VERDICT. SEE SIGNED VERDICT AS TO EACH DEFENDANT
(1) DEFENDANT_____  (2) DEFENDANT_____
(3) DEFENDANT_____  (4) DEFENDANT_____
(5) DEFENDANT_____  (6) DEFENDANT_____
(7) DEFENDANT_____  (8) DEFENDANT_____
___ Jury Polled.  ___ Polling Waived  ___ Mistrial Declared
Case continued until_____20__ at_____for sentencing.
___ Court orders Presentence Report-copy to be furnished counsel pursuant to Rule 32,FRCP.
___ Copy of Presentence Report not requested.
 X  Defendants to remain on bond.  X  Dft/Stivers remanded to custody.

Copies: COR, USP, USM, Diary                           Deputy Clerk    kr

TIC:  6  01