EDky-232

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CRIMINAL MINUTES-TRIAL

LONDON   Case No. 09-16-DCR   At FRANKFORT   Date 3/11/10

DOCKET ENTRY:

PRESENT: HON. DANNY C. REEVES, JUDGE

| K. Stoneking | C. Oakes/L. Wiesman | Stephen Smith/Jason Parman |
|---|---|---|
| Deputy Clerk | Court Reporters | Asst. U. S. Attorneys |

| DEFENDANTS: | ATTORNEYS FOR DEFENDANTS: |
|---|---|
| (1) Russell Cletus Maricle (P) | (1) David Hoskins/M. Pinales (R) |
| (2) Douglas C. Adams (P) | (2) Kent Westbury/K. Logan (R) |
| (3) Charles Wayne Jones (P) | (3) T. Scott White (R) |
| (4) William E. Stivers (P) | (4) Robert L. Abell (R) |
| (5) Freddy W. Thompson (P) | (5) R. Baldani/T. Richardson (R) |
| (6) William B. Morris (P) | (6) Jerry W. Gilbert (R) |
| (7) Debra L. Morris (P) | (7) Elizabeth Hughes (R) |
| (8) Stanley Bowling (P) | (8) Daniel Simons (R) |

X   JURY TRIAL. The Jury impaneled and sworn as follows: _____ COURT TRIAL

(1) 129   (2) 94   (3) 21   (4) 19   (5) 93
(6) 87    (7) 12   (8) 16   (9) 24   (10) 82
(11) 78   (12) 43  (13) 119 (14) 9   (15) 33   (16) 28

Introduction of Evidence for Dft/Maricle ___ begun; X resumed; **not** concluded.

___ Rebuttal evidence; ___ Surrebuttal evidence.

X Case continued to 3/12/10 at 9 am or as otherwise instructed by the Court at Frankfort, KY for further trial. **Counsel to be present by 8:30 a.m.**

___ Motion for judgment of acquittal   ___ granted   ___ denied   ___ submitted.
___ Jury retires to deliberate at _____; Jury returns at _____
___ FINDING BY COURT.   ___ JURY VERDICT.   SEE SIGNED VERDICT AS TO EACH DEFENDANT
(1) DEFENDANT_____   (2) DEFENDANT_____
(3) DEFENDANT_____   (4) DEFENDANT_____
(5) DEFENDANT_____   (6) DEFENDANT_____
(7) DEFENDANT_____   (8) DEFENDANT_____
___ Jury Polled.   ___ Polling Waived   ___ Mistrial Declared
Case continued until _____ 20__ at _____ for sentencing.
___ Court orders Presentence Report-copy to be furnished counsel pursuant to Rule 32,FRCP.
___ Copy of Presentence Report not requested.
X Defendants to remain on bond.   X Dft/Stivers remanded to custody.

Copies: COR, USP, USM, Diary                      Deputy Clerk   ks

| **TIC:** | 6 | 05 |
|---|---|---|