EDky-232

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CRIMINAL MINUTES-TRIAL

Eastern District of Kentucky
**FILED**
MAR 15 2010
AT FRANKFORT
LESLIE G. WHITMER
CLERK U.S. DISTRICT COURT

__LONDON__   Case No. __09-16-DCR__   At __FRANKFORT__   Date __3/15/10__

DOCKET ENTRY: Out of the Presence of the jury, witnesses, Selena Smith, Ermine Owens, and Doris Gross were recognized by the Court to appear on behalf of Defendant Charles Wayne Jones. Witness Shirley Sue Bishop was recognized by the Court to appear on behalf of Defendant Freddy W. Thompson, as further directed by the Court in the penal sum of $500.00. *In camera* hearing with juror held. Transcript of *in camera* hearing shall remain under seal until the close of case.

PRESENT: HON. __DANNY C. REEVES__, JUDGE

| K. Stoneking | Cindy Oakes/Lisa Wiesman | Stephen Smith/Jason Parman |
|---|---|---|
| Deputy Clerk | Court Reporters | Asst. U. S. Attorneys |

| DEFENDANTS: | ATTORNEYS FOR DEFENDANTS: |
|---|---|
| (1) Russell Cletus Maricle (P) | (1) David Hoskins/M. Pinales (R) |
| (2) Douglas C. Adams (P) | (2) Kent Westbury/K. Logan (R) |
| (3) Charles Wayne Jones (P) | (3) T. Scott White (R) |
| (4) William E. Stivers (P) | (4) Robert L. Abell (R) |
| (5) Freddy W. Thompson (P) | (5) R. Baldani/T. Richardson (R) |
| (6) William B. Morris (P) | (6) Jerry W. Gilbert (R) |
| (7) Debra L. Morris (P) | (7) Elizabeth Hughes (R) |
| (8) Stanley Bowling (P) | (8) Daniel Simons (R) |

__X__ JURY TRIAL. The Jury impaneled and sworn as follows: ____ COURT TRIAL

(1) __129__   (2) __94__   (3) __21__   (4) __19__   (5) __93__
(6) __87__   (7) __12__   (8) __16__   (9) __24__   (10) __82__
(11) __78__   (12) __43__   (13) __119__   (14) __9__   (15) __33__   (16) __28__

Evidence for Dft. Russell Cletus Maricle ___ begun; ___ resumed; __X__ concluded.

Introduction of Evidence for Dft. Douglas C. Adams __X__ begun; __X__ not concluded.

___ Rebuttal evidence; ___ Surrebuttal evidence.

__X__ Case continued to __3/16/10 at 10:00 am or as otherwise instructed by the Court at Frankfort, KY__ for further trial. **Counsel to be present by 9:30 a.m.**

___ Motion for judgment of acquittal   ___ granted   ___ denied   ___ submitted.
___ Jury retires to deliberate at _____; Jury returns at _____
___ FINDING BY COURT.   ___ JURY VERDICT.   SEE SIGNED VERDICT AS TO EACH DEFENDANT
(1) DEFENDANT_____   (2) DEFENDANT_____
(3) DEFENDANT_____   (4) DEFENDANT_____
(5) DEFENDANT_____   (6) DEFENDANT_____
(7) DEFENDANT_____   (8) DEFENDANT_____
___ Jury Polled.   ___ Polling Waived   ___ Mistrial Declared
Case continued until _____ 20__ at _____ for sentencing.
___ Court orders Presentence Report-copy to be furnished counsel pursuant to Rule 32, FRCP.
___ Copy of Presentence Report not requested.
__X__ Defendants to remain on bond.   __X__ Dft/Stivers remanded to custody.

Copies: COR, USP, USM, Diary                    Deputy Clerk __ks__

| TIC: | 5 | 35 |
|---|---|---|