EDky-232 UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CRIMINAL MINUTES-TRIAL

LONDON   Case No. 09-16-DCR   At FRANKFORT   Date 3/17/10

DOCKET ENTRY: Out of the Presence of the jury, voir dire of witness Stephen Bowling held. Witnesses William Bartley Morris, Miriann Smith, Eddie Smith, Candace George, Jessica Morris, Stephen Charles, Regina Hipsher and Eddie Davidson were recognized by the Court to appear on behalf of Defendant Debra Morris. Witnesses Sarah Bowling, Crystal Bowling and James Garrison were recognized by the Court to appear on behalf of Defendant Stanley Bowling. Witness John Craft was recognized by the Court to appear on behalf of William B. Morris, as further directed by the Court in the penal sum of $500.00.

PRESENT: HON.   DANNY C. REEVES   ,JUDGE

K. Stoneking   Cindy Oakes/Lisa Wiesman   Stephen Smith/Jason Parman
Deputy Clerk   Court Reporters   Asst. U. S. Attorneys

DEFENDANTS:   ATTORNEYS FOR DEFENDANTS:

(1) Russell Cletus Maricle (P)   (1) David Hoskins/M. Pinales (R)
(2) Douglas C. Adams (P)   (2) Kent Westberry/K. Logan (R)
(3) Charles Wayne Jones (P)   (3) T. Scott White (cja)
(4) William E. Stivers (P)   (4) Robert L. Abell (cja)
(5) Freddy W. Thompson (P)   (5) R. Baldani/T. Richardson (R)
(6) William B. Morris (P)   (6) Jerry W. Gilbert (R)
(7) Debra L. Morris (P)   (7) Elizabeth Hughes (cja)
(8) Stanley Bowling (P)   (8) Daniel Simons (R)

X   JURY TRIAL. The Jury impaneled and sworn as follows:   ____ COURT TRIAL

(1) 129   (2) 94   (3) 21   (4) 19   (5) 93
(6) 87   (7) 12   (8) 16   (9) 24   (10) 82
(11) 78   (12) 43   (13) 119   (14) 9   (15) 33   (16) 28

Evidence for Dft. Freddy W. Thompson  X  concluded.
Introduction of Evidence for Dft. William B. Morris  X  begun,  X  not concluded.

____ Rebuttal evidence;   ____ Surrebuttal evidence.

 X  Case continued to  3/18/10 at 9:00 am at Frankfort, KY  for further trial. Counsel to be present at 8:30 a.m. for hearing regarding admissibility of opinion testimony.

____ Motion for judgment of acquittal   ____ granted   ____ denied   ____ submitted.
____ Jury retires to deliberate at _____; Jury returns at _____
FINDING BY COURT.   ____ JURY VERDICT.   SEE SIGNED VERDICT AS TO EACH DEFENDANT
(1) DEFENDANT   (2) DEFENDANT
(3) DEFENDANT   (4) DEFENDANT
(5) DEFENDANT   (6) DEFENDANT
(7) DEFENDANT   (8) DEFENDANT
____ Jury Polled.   ____ Polling Waived   ____ Mistrial Declared
Case continued until _____ 20__ at _____ for sentencing.
____ Court orders Presentence Report-copy to be furnished counsel pursuant to Rule 32, FRCP.
____ Copy of Presentence Report not requested.
 X  Defendants to remain on bond.   X  Dft. Stivers remanded to custody.
 X  Dft. Adams remanded to custody.

Copies: COR, USP, USM, Diary   Deputy Clerk ___ ks

TIC: 2 | 55

Case: 6:09-cr-00016-KKC  Doc #: 803  Filed: 03/17/10  Page: 2 of 2 - Page ID#: 4935

TIC: 2 | 55