UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

Eastern District of Kentucky
FILED
MAR 25 2010
AT FRANKFORT
LESLIE G. WHITMER
CLERK: U.S. DISTRICT COURT

UNITED STATES of AMERICA,        )
                                 )
        Plaintiff,                ) Criminal Action No. 6: 09-16-S-DCR
                                 )
V.                                )
                                 )
RUSSELL CLETUS MARICLE,          ) **VERDICT FORM**
                                 )
        Defendant.                )
                                 )

\*\*\* \*\*\* \*\*\* \*\*\*

1. As to **Count One**, charging the defendant Russell Cletus Maricle with conspiracy to conduct, or participate in the conduct, of the affairs of an enterprise affecting interstate commerce through a pattern or racketeering activity in violation of 18 U.S.C. § 1962(d), we, the jury, unanimously find the defendant:

    Guilty ✓  Not Guilty _____

2. As to **Count Two**, charging the defendant Russell Cletus Maricle with conspiring to launder money in violation of 18 U.S.C. § 1956(h), we, the jury unanimously find the defendant:

    Guilty ✓  Not Guilty _____

3. As to **Count Eight**, charging the defendant Russell Cletus Maricle with obstruction of justice in violation of 18 U.S.C. § 1503, or aiding and abetting that offense in violation of 18 U.S.C. § 2, we, the jury, unanimously find the defendant:

Guilty ✓    Not Guilty _____

4. As to **Count Ten**, charging the defendant Russell Cletus Maricle with conspiracy against rights in violation of 18 U.S.C. § 241, we, the jury, unanimously find the defendant:

Guilty ✓    Not Guilty _____

5. As to **Count Eleven**, charging the defendant Russell Cletus Maricle with conspiring to buy votes in violation of 18 U.S.C. § 371 and 42 U.S.C. §1973i, we, the jury, unanimously find the defendant:

Guilty ✓    Not Guilty _____

24 Mar. '10                                          #94
**Date**                              **Foreperson (and Juror Number)**

Eastern District of Kentucky
**FILED**
MAR 25 2010
AT FRANKFORT
LESLIE G. WHITMER
CLERK: U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | |
|---|---|
| UNITED STATES of AMERICA, ) | |
| ) | |
| Plaintiff, ) | Criminal Action No. 6: 09-16-S-DCR |
| ) | |
| V. ) | |
| ) | |
| DOUGLAS C. ADAMS, ) | **VERDICT FORM** |
| ) | |
| Defendant. ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

1. As to **Count One**, charging the defendant Douglas C. Adams with conspiracy to conduct, or participate in the conduct, of the affairs of an enterprise affecting interstate commerce through a pattern or racketeering activity in violation of 18 U.S.C. § 1962(d), we, the jury, unanimously find the defendant:

    Guilty ✓    Not Guilty _____

2. As to **Count Two**, charging the defendant Douglas C. Adams with conspiring to launder money in violation of 18 U.S.C. § 1956(h), we, the jury unanimously find the defendant:

    Guilty ✓    Not Guilty _____

24 Mar '10                                            #94
**Date**                                       **Foreperson (and Juror Number)**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

Eastern District of Kentucky
**FILED**
MAR 2 5 2010
AT FRANKFORT
LESLIE G. WHITMER
CLERK: U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES of AMERICA, ) | |
| ) | |
| Plaintiff, ) | Criminal Action No. 6: 09-16-S-DCR |
| ) | |
| V. ) | |
| ) | |
| CHARLES WAYNE JONES, ) | **VERDICT FORM** |
| ) | |
| Defendant. ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

1. As to **Count One**, charging the defendant Charles Wayne Jones with conspiracy to conduct, or participate in the conduct, of the affairs of an enterprise affecting interstate commerce through a pattern or racketeering activity in violation of 18 U.S.C. § 1962(d), we, the jury, unanimously find the defendant:

    Guilty __✓__   Not Guilty _____

2. As to **Count Two**, charging the defendant Charles Wayne Jones with conspiring to launder money in violation of 18 U.S.C. § 1956(h), we, the jury unanimously find the defendant:

    Guilty __✓__   Not Guilty _____

3. As to **Count Three**, charging the defendant Charles Wayne Jones with honest services mail fraud in violation of 18 U.S.C. §§ 1341 and 1346, we, the jury unanimously find the defendant:

      Guilty ✓   Not Guilty _____

4. As to **Count Four**, charging the defendant Charles Wayne Jones with attempted extortion in violation of 18 U.S.C. § 1951, we, the jury unanimously find the defendant:

      Guilty ✓   Not Guilty _____

5. As to **Count Five**, charging the defendant Charles Wayne Jones with honest services mail fraud in violation of 18 U.S.C. §§ 1341 and 1346, we, the jury unanimously find the defendant:

      Guilty ✓   Not Guilty _____

6. As to **Count Six**, charging the defendant Charles Wayne Jones with honest services mail fraud in violation of 18 U.S.C. §§ 1341 and 1346, we, the jury unanimously find the defendant:

      Guilty ✓   Not Guilty _____

7. As to **Count Seven**, charging the defendant Charles Wayne Jones with honest services mail fraud in violation of 18 U.S.C. §§ 1341 and 1346, we, the jury unanimously find the defendant:

Guilty ✓   Not Guilty _____

8. As to **Count Ten**, charging the defendant Charles Wayne Jones with conspiracy against rights in violation of 18 U.S.C. § 241, we, the jury, unanimously find the defendant:

Guilty ✓   Not Guilty _____

9. As to **Count Eleven**, charging the defendant Charles Wayne Jones with conspiring to buy votes in violation of 18 U.S.C. § 371 and 42 U.S.C. §1973i, we, the jury, unanimously find the defendant:

Guilty ✓   Not Guilty _____

24 Mar. '10     #94
**Date**     **Foreperson (and Juror Number)**

Eastern District of Kentucky
**FILED**
MAR 2 5 2010
AT FRANKFORT
LESLIE G. WHITMER
CLERK: U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | | |
|---|---|---|
| UNITED STATES of AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action No. 6: 09-16-S-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| WILLIAM E. STIVERS, | ) | **VERDICT FORM** |
| | ) | |
| Defendant. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

1. As to **Count One**, charging the defendant William E. Stivers with conspiracy to conduct, or participate in the conduct, of the affairs of an enterprise affecting interstate commerce through a pattern or racketeering activity in violation of 18 U.S.C. § 1962(d), we, the jury, unanimously find the defendant:

    Guilty ✓   Not Guilty _____

2. As to **Count Two**, charging the defendant William E. Stivers with conspiring to launder money in violation of 18 U.S.C. § 1956(h), we, the jury unanimously find the defendant:

    Guilty ✓   Not Guilty _____

3. As to **Count Four**, charging the defendant William E. Stivers with attempted extortion in violation of 18 U.S.C. § 1951, we, the jury unanimously find the defendant:

    Guilty ✓   Not Guilty _____

4.  As to **Count Eight,** charging the defendant William E. Stivers with obstruction of justice in violation of 18 U.S.C. § 1503, or aiding and abetting that offense in violation of 18 U.S.C. § 2, we, the jury, unanimously find the defendant:

    Guilty ✓    Not Guilty _____


5.  As to **Count Ten,** charging the defendant William E. Stivers with conspiracy against rights in violation of 18 U.S.C. § 241, we, the jury, unanimously find the defendant:

    Guilty ✓    Not Guilty _____


6.  As to **Count Eleven,** charging the defendant William E. Stivers with conspiring to buy votes in violation of 18 U.S.C. § 371 and 42 U.S.C. §1973i, we, the jury, unanimously find the defendant:

    Guilty ✓    Not Guilty _____


24 Mar. '10                                              #94
**Date**                        **Foreperson (and Juror Number)**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

Eastern District of Kentucky
FILED
MAR 25 2010
AT FRANKFORT
LESLIE G. WHITMER
CLERK: U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES of AMERICA, | ) |
| Plaintiff, | ) Criminal Action No. 6: 09-16-S-DCR |
| V. | ) |
| FREDDY W. THOMPSON, | ) **VERDICT FORM** |
| Defendant. | ) |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

1. As to **Count One**, charging the defendant Freddy W. Thompson with conspiracy to conduct, or participate in the conduct, of the affairs of an enterprise affecting interstate commerce through a pattern or racketeering activity in violation of 18 U.S.C. § 1962(d), we, the jury, unanimously find the defendant:

    Guilty ✓      Not Guilty _____

2. As to **Count Two**, charging the defendant Freddy W. Thompson with conspiring to launder money in violation of 18 U.S.C. § 1956(h), we, the jury unanimously find the defendant:

    Guilty ✓      Not Guilty _____

3. As to **Count Three**, charging the defendant Freddy W. Thompson with honest services mail fraud in violation of 18 U.S.C. §§ 1341 and 1346, we, the jury unanimously find the defendant:

Guilty ✓    Not Guilty ____

4. As to **Count Five**, charging the defendant Freddy W. Thompson with honest services mail fraud in violation of 18 U.S.C. §§ 1341 and 1346, we, the jury unanimously find the defendant:

Guilty ✓    Not Guilty ____

5. As to **Count Six**, charging the defendant Freddy W. Thompson with honest services mail fraud in violation of 18 U.S.C. §§ 1341 and 1346, we, the jury unanimously find the defendant:

Guilty ✓    Not Guilty ____

6. As to **Count Seven**, charging the defendant Freddy W. Thompson with honest services mail fraud in violation of 18 U.S.C. §§ 1341 and 1346, we, the jury unanimously find the defendant:

Guilty ✓    Not Guilty ____

7. As to **Count Nine**, charging the defendant Freddy W. Thompson with obstruction of justice in violation of 18 U.S.C. § 1503, we, the jury, unanimously find the defendant:

Guilty ✓    Not Guilty _____

8. As to **Count Ten**, charging the defendant Freddy W. Thompson with conspiracy against rights in violation of 18 U.S.C. § 241, we, the jury, unanimously find the defendant:

Guilty ✓    Not Guilty _____

9. As to **Count Eleven**, charging the defendant Freddy W. Thompson with conspiring to buy votes in violation of 18 U.S.C. § 371 and 42 U.S.C. §1973i, we, the jury, unanimously find the defendant:

Guilty ✓    Not Guilty _____

25 Mar. '10                                    #94
**Date**                        **Foreperson (and Juror Number)**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

Eastern District of Kentucky
**FILED**

MAR 25 2010

AT FRANKFORT
LESLIE G. WHITMER
CLERK: U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES of AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action No. 6: 09-16-S-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| WILLIAM B. MORRIS, | ) | **VERDICT FORM** |
| | ) | |
| Defendant. | ) | |
| | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

1. As to **Count One**, charging the defendant William B. Morris with conspiracy to conduct, or participate in the conduct, of the affairs of an enterprise affecting interstate commerce through a pattern or racketeering activity in violation of 18 U.S.C. § 1962(d), we, the jury, unanimously find the defendant:

    Guilty ✓    Not Guilty _____

2. As to **Count Two**, charging the defendant William B. Morris with conspiring to launder money in violation of 18 U.S.C. § 1956(h), we, the jury unanimously find the defendant:

    Guilty ✓    Not Guilty _____

3. As to **Count Eleven**, charging the defendant William B. Morris with conspiring to buy votes in violation of 18 U.S.C. § 371 and 42 U.S.C. §1973i, we, the jury, unanimously find the defendant:

    Guilty ✓    Not Guilty _____

25 Mar. '10                                                              #94
**Date**                               **Foreperson (and Juror Number)**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

Eastern District of Kentucky
**FILED**
MAR 2 5 2010
AT FRANKFORT
LESLIE G. WHITMER
CLERK: U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES of AMERICA, ) | |
| Plaintiff, ) | Criminal Action No. 6: 09-16-S-DCR |
| V. ) | |
| DEBRA L. MORRIS, ) | **VERDICT FORM** |
| Defendant. ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

1. As to **Count One**, charging the defendant Debra L. Morris with conspiracy to conduct, or participate in the conduct, of the affairs of an enterprise affecting interstate commerce through a pattern or racketeering activity in violation of 18 U.S.C. § 1962(d), we, the jury, unanimously find the defendant:

    Guilty ✓      Not Guilty _____

2. As to **Count Two**, charging the defendant Debra L. Morris with conspiring to launder money in violation of 18 U.S.C. § 1956(h), we, the jury unanimously find the defendant:

    Guilty ✓      Not Guilty _____

3. As to **Count Eleven**, charging the defendant Debra L. Morris with conspiring to buy votes in violation of 18 U.S.C. § 371 and 42 U.S.C. §1973i, we, the jury, unanimously find the defendant:

    Guilty ✓      Not Guilty _____

25 Mar. '10                                              #94
**Date**                         **Foreperson (and Juror Number)**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

Eastern District of Kentucky
**FILED**
MAR 25 2010
AT FRANKFORT
LESLIE G. WHITMER
CLERK: U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES of AMERICA, ) | |
| Plaintiff, ) | Criminal Action No. 6: 09-16-S-DCR |
| V. ) | |
| STANLEY BOWLING, ) | **VERDICT FORM** |
| Defendant. ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

1. As to **Count One**, charging the defendant Stanley Bowling with conspiracy to conduct, or participate in the conduct, of the affairs of an enterprise affecting interstate commerce through a pattern or racketeering activity in violation of 18 U.S.C. § 1962(d), we, the jury, unanimously find the defendant:

    Guilty __✓__   Not Guilty _____

2. As to **Count Two**, charging the defendant Stanley Bowling with conspiring to launder money in violation of 18 U.S.C. § 1956(h), we, the jury unanimously find the defendant:

    Guilty __✓__   Not Guilty _____

25 Mar. '10
**Date**

#94
**Foreperson (and Juror Number)**