# JURY SEATING CHART

As drawn on 2/2/10                                       6:09-CR-16-DCR

| JUROR NO. 28 | JUROR NO. 33 | JUROR NO. 9 | JUROR NO. 119 | JUROR NO. 43 | JUROR NO. 78 Alt | JUROR NO. 82 Alt |
|---|---|---|---|---|---|---|
| JUROR NO. 16 | JUROR NO. ~~12~~ 87 | JUROR NO. ~~87~~ 12 | JUROR NO. 93 Alt | JUROR NO. 19 | JUROR NO. 21 Alt | JUROR NO. 94 |
|  |  |  |  |  | Juror No 24 | Juror No 129 |