3/04/10

Jurors Need the Screen properly focused.

Eastern District of Kentucky
FILED
MAR 12 2010
AT FRANKFORT
LESLIE G. WHITMER
CLERK: U.S. DISTRICT COURT

Your Honor,  3/16/10

Please ask Atty's speak into mic at all times. Jurors are having a hard time hearing them.

Thank you.

Eastern District of Kentucky
FILED
MAR 16 2010
AT FRANKFORT
LESLIE G. WHITMER
CLERK U.S. DISTRICT COURT

Eastern District of Kentucky
FILED
MAR 24 2010
AT FRANKFORT
LESLIE G. WHITMER
CLERK: U.S. DISTRICT COURT

Black Marker

3/24/10

Eastern District of Kentucky
**FILED**
MAR 24 2010
AT FRANKFORT
LESLIE G. WHITMER
CLERK, U.S. DISTRICT COURT

24 Mar. '10

Your Honor,

Jurors would like to leave at 4:30 today. Would nine in the morning be okay to resume?

Thank you,
#94

Eastern District of Kentucky
**FILED**
MAR 25 2010
AT FRANKFORT
LESLIE G. WHITMER
CLERK U.S. DISTRICT COURT

25 Mar. '10

Your Honor,

We (Jury) will be deliberating past 4:30.

Thank you,
#94

---

Please advise the Security Officer if you would like menus for dinner. It will take about 1 hr. if we order now

3/25/10 @ 4:05 pm

NO MENU, Thanks!
ONE HR.
#94

25 Mar. '10

Your Honor —

On all counts we have reached a verdict.

Thank you,
#94

Eastern District of Kentucky
FILED
MAR 25 2010
AT FRANKFORT
LESLIE G. WHITMER
CLERK: U.S. DISTRICT COURT

| | Eastern District of Kentucky<br>**FILED** |
|---|---|
| 25 Mar. '10 | MAR 2 5 2010 |
| | AT FRANKFORT<br>LESLIE G. WHITMER<br>CLERK: U.S. DISTRICT COURT |
| YOUR HONOR - | |
| △ DECISION | HAS BEEN MADE. |
| THANK YOU, | |
| #94 | |