United States District Court
Eastern District of Kentucky
Southern Division at London

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | London Criminal |
| | ) | Action No. 09-16-S |
| vs. | ) | |
| | ) | Frankfort, Kentucky |
| RUSSELL CLETUS MARICLE | ) | March 3, 2010 |
| DOUGLAS C. ADAMS | ) | 8:50 a.m. |
| CHARLES WAYNE JONES | ) | |
| WILLIAM E. STIVERS | ) | |
| FREDDY W. THOMPSON | ) | |
| WILLIAM B. MORRIS | ) | |
| DEBRA L. MORRIS | ) | VOLUME 17-A |
| STANLEY BOWLING | ) | |

TRANSCRIPT OF TRIAL
BEFORE THE HONORABLE DANNY C. REEVES, AND A JURY

Appearances of Counsel:

On behalf of the United States: STEPHEN C. SMITH, ESQ.
JASON D. PARMAN, ESQ.

On behalf of the Defendant          DAVID S. HOSKINS, ESQ.
Russell Cletus Miracle:             MARTIN S. PINALES, ESQ.

On behalf of the Defendant          R. KENT WESTBERRY, ESQ.
Douglas C. Adams:                   KRISTEN N. LOGAN, ESQ.

On behalf of the Defendant          T. SCOTT WHITE, ESQ.
Charles Wayne Jones:

On behalf of the Defendant          ROBERT L. ABELL, ESQ.
William R. Stivers:

On behalf of the Defendant          RUSSELL JAMES BALDANI, ESQ.
Freddy W. Thompson:                 R. TUCKER RICHARDSON, III, ESQ.

On behalf of the Defendant          JERRY W. GILBERT, ESQ.
William B. Morris:

On behalf of the Defendant          ELIZABETH SNOW HUGHES, ESQ.
Debra L. Morris:

On behalf of the Defendant          DANIEL A. SIMONS, ESQ.
Stanley Bowling:

```
1    Appearances of Counsel:

2    On behalf of the United States: STEPHEN C. SMITH, ESQ.
                                      JASON D. PARMAN, ESQ.
3                                     Assistant U.S. Attorneys
                                      601 Meyers Baker Road
4                                     Suite 200
                                      London, Kentucky  40741
5

6    On behalf of the Defendant       DAVID S. HOSKINS, ESQ.
     Russell Cletus Miracle:          107 East First Street
7                                     Corbin, Kentucky  40701

8                                     MARTIN S. PINALES, ESQ.
                                      150 East Fourth Street
9                                     Federal Reserve Building
                                      Cincinnati, Ohio  45202
10

11   On Behalf of the Defendant       R. KENT WESTBERRY, ESQ.
     Douglas C. Adams:                KRISTEN N. LOGAN, ESQ.
12                                    220 West Main Street
                                      Suite 1900
13                                    Louisville, Kentucky  40202

14
     On behalf of the Defendant       T. SCOTT WHITE, ESQ.
15   Charles Wayne Jones:             133 West Short Street
                                      Lexington, Kentucky  40507
16

17   On behalf of the Defendant       ROBERT L. ABELL, ESQ.
     William E. Stivers:              120 North Upper Street
18                                    Lexington, Kentucky  40507

19
     On behalf of the Defendant       RUSSELL JAMES BALDANI, ESQ.
20   Freddy W. Thompson:              R. TUCKER RICHARDSON III, ESQ.
                                      300 West Short Street
21                                    Lexington, Kentucky  40507

22

23   On behalf of the Defendant       JERRY W. GILBERT, ESQ.
     William B. Morris:               212 North Second Street
24                                    Richmond, Kentucky  40475

25
```

```
 1  On behalf of the Defendant      ELIZABETH SNOW HUGHES, ESQ.
    Debra L. Morris:                201 West Short Street
 2                                  Lexington, Kentucky  40507

 3
    On behalf of the Defendant      DANIEL A. SIMONS, ESQ.
 4  Stanley Bowling:                116 West Main Street
                                    Suite 2A
 5                                  Richmond, Kentucky  40475

 6
    Court Reporter:                 CYNTHIA A. OAKES, CRR
 7                                  Official Court Reporter
                                    United States District Court
 8                                  560 Athens Boonesboro Road
                                    Winchester, Kentucky  40391
 9                                  (859) 983-4346

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24  Proceedings recorded by mechanical stenography,
    transcript produced by computer.
25
```

4

1    (Whereupon, the following proceedings were had outside the

2  presence of the jury.)

3    THE COURT:  Thank you.

4    The record will reflect the jury is not present at

5  this time.

6    Mr. Simons, I believe you have a witness to be

7  recognized?

8    MR. SIMONS:  I do.  Benton Hansen, Your Honor, and

9  that's him standing up.

10    THE COURT:  Mr. Hansen, if you could come –– it looks

11  like you have a number of documents.  You can deliver those to

12  Mr. Simons, if you would, sir.

13    Could you state your name?

14    MR. HANSEN:  Phillip Benton Hansen.

15    THE COURT:  Mr. Hansen, I understand that you've been

16  subpoenaed here for this trial ––

17    MR. HANSEN:  That's correct.

18    THE COURT:  –– on behalf of one of the defendants in

19  the case.  It does not appear that the defendants will be

20  presenting their case until, I believe at this time, it will be

21  next week at the earliest.  So what we'll do is we'll recognize

22  you, recognize your appearance here today.  I'll have an oath

23  administered to you so that you can return later pursuant to an

24  OR bond essentially.  You'll not be required to pay any cash,

25  but if you should fail to appear, of course, there could be a

1    financial penalty for failure to appear.

2              So at this time, Madam Clerk, if you could please

3    administer the oath to the witness.

4         (Whereupon, the Clerk administered the oath to appear to

5    Mr. Hansen, after which the following proceedings were had in

6    open court.)

7              THE COURT:  All right.  Mr. Hansen, as I said, you'll

8    be contacted by counsel as to when he anticipates beginning his

9    case, but I wouldn't believe it would be before next week at

10   the earliest, and he'll be coordinating with you on that.  Do

11   you have any questions?

12             MR. HANSEN:  No, sir.

13             THE COURT:  All right.  Thank you for being here this

14   morning, sir.

15             The jury is not scheduled to be in until 9:00, but

16   let's see if there are other issues that need to be taken up.

17   Are there any other issues that need to be taken up?

18             MR. PINALES:  No, thank you.

19             THE COURT:  Are the parties ready to start a little

20   bit early today?

21             MR. PINALES:  Sure.

22             MR. WHITE:  Yes, we're here.

23             THE COURT:  Mr. Smith, are you ready to begin with

24   the witness?

25             MR. SMITH:  Yes.

1          THE COURT:  All right.

2          If you would bring the jury in.

3          MR. SMITH:  Did the Court receive a copy of 18?

4          THE COURT:  Yes.

5       (Whereupon, the jury entered the courtroom, after which

6   the following proceedings were had in open court.)

7          THE COURT:  Thank you, and please be seated.

8          The record will reflect that all members of the jury

9   are present.  And, ladies and gentlemen, since everyone is here

10  a little bit early, we're going to go ahead and get started.

11         If you could bring the witness in, please.  Ms. Gray.

12         Thank you.  Ms. Gray, before we continue, I do want

13  to remind you that you are still under oath.

14         THE WITNESS:  Okay.

15         THE COURT:  Mr. Smith, you may continue.

16                       BEVERLY GRAY,

17  being previously duly sworn, was examined and testified further

18  as follows:

19                  CONTINUED DIRECT EXAMINATION

20  BY MR. SMITH:

21  Q    Ms. Gray, I believe yesterday afternoon we left off with

22  Exhibit PR18.  I would like to hand that to you at this time.

23  Can you identify PR18, please?

24  A    It is the re-canvas of the election results in the case --

25  in the election versus Urshell Smith and Phillip Mobley for PVA

BEVERLY GRAY - CONTINUED DIRECT - MR. SMITH          7

1   in 2006.

2   Q    Is that also a record kept in the ordinary course of

3   business at the Clay County Court Clerk's Office?

4   A    Yes, it is.

5           MR. SMITH:  I would move for its introduction at this

6   time.

7           THE COURT:  All right.  Any objection?

8       (No response.)

9           THE COURT:  Exhibit 18 will be admitted.

10  BY MR. SMITH:

11  Q    Ma'am, could you explain to the Court and jury what a

12  re-canvas is?

13  A    A candidate, which in this case Urshell Smith, wanted to

14  re-canvas or recheck the machines to make sure that all his --

15  the votes that he received were accurate.  So the machines had

16  to be rechecked and then they also tabulated the absentee

17  ballots again.

18  Q    And those totals are reflected on this re-canvas sheet?

19  A    Yes, they are.

20  Q    And if you could, tell the Court and the jury what were

21  the totals for the two candidates?

22  A    Urshell Smith received 2643 and Phillip Mobley 4250.

23  Q    And the absentee votes, how were they configured between

24  the two candidates?

25  A    On absentee machine, Urshell Smith had 77 and Phillip

1   Mobley 185.  The paper absentee, Urshell Smith, 66, Phillip

2   Mobley, 145.

3   Q     And is this also a document that has been signed and

4   certified by members of the Board of Elections?

5   A     Yes, it is.

6   Q     And can you recognize the signatures that accompany that?

7   A     Yes.  William H. Bishop and Charles Wayne Jones.

8   Q     Thank you, ma'am.

9         During your election day and the days following, is it the

10  responsibility -- does the County Clerk's Office have a

11  responsibility in the process of making the election results

12  official?

13  A     Yes.

14  Q     And could you explain to the Court and the jury how that

15  process works?

16  A     After the election, all the machines totals are turned in

17  to our office by the election officials from each election.

18  Those are tabulated and all the post-election reports are

19  finalized at that time, which consists of voter assistance

20  forms, absentee ballots, and all of those forms are submitted

21  on -- all the results are submitted on forms submitted to us by

22  the State.  And then the County Board of Elections, they meet,

23  they certify -- they look over all the results, they certify

24  them, and they're signed and sent it by mail to Frankfort to

25  the State Board of Elections.

1  Q    When you said they were sent to the State earlier, what

2  were you referring to?

3  A    The post-election reports?

4  Q    Yes, ma'am.

5  A    Okay.  And then we also run a copy of the tally sheet from

6  the book.  All of it is recorded in the book, how many votes

7  each person received and what precinct they received them from.

8  And we run a copy of that, and it's signed and certified by the

9  County Board of Elections, and it's mailed, along with the

10  post-election reports, to State Board of Elections.

11         MR. SMITH:  I would like to hand the witness now

12  PR21.

13  BY MR. SMITH:

14  Q    Can you identify PR21, Ms. Gray?

15  A    Yes, this is a letter we received from the State Board of

16  Election with the form that tells us which totals they're

17  interested in.  The State Board is only interested in certain

18  elections, they're not interested in local elections, those are

19  kept in the County Clerk's Office.  So this was just the

20  official count and record of the total of elections.

21  Q    Ma'am, PR21, does that appear to be a copy of what you

22  mailed to the Secretary of State or the Office of the County

23  Clerk mailed to the Secretary of State?

24  A    Yes, it is.  We mail the original to the Secretary of

25  State and we keep a copy.

BEVERLY GRAY — CONTINUED DIRECT — MR. SMITH          10

1  Q    And is that one of several documents that you're required
2  to mail to the Secretary of State —

3  A    Yes, it is.

4  Q    — that you mentioned previously?

5  A    Yes.

6  Q    And are these records — is this a copy of what you mailed
7  to the Secretary of State?

8  A    Yes, it is.

9  Q    And can you tell from this document when it was mailed
10  from the Office of the County Clerk?

11  A    Well, it had to be there by Friday, May the 19th, 2006.
12  So I'm sure it was mailed before then.  But before we ever mail
13  it, we also fax it.  And I have it wrote on here in my own
14  handwriting that it was mailed on May the 19th, 2006.

15  Q    Do you recall who deposited this PR21 in the mail for the
16  Office of the County Clerk?

17  A    Well, usually these elections results like this, we put
18  them in the box, and Freddy Thompson, our Clerk, takes them to
19  the post office in a box.

20          MR. SMITH:  I would move for the introduction of
21  PR21.

22          THE COURT:  All right.  Any objection?

23      (No response.)

24          THE COURT:  PR21 will be admitted.

25  BY MR. SMITH:

1    Q    Ms. Gray, you said as to this particular filing, the

2    Secretary of State are interested in just certain races.  Could

3    you tell us what races were certified by this mailing?

4    A    The U.S. representative for the Fifth District and the

5    Commonwealth's Attorney race.

6    Q    And U.S. representative, that would be a federal candidate

7    for federal office in what election, ma'am?

8    A    It was the Democrat race between Kenneth Stepp and James

9    Tapley.

10   Q    And that would have been in the May 16th, 2006, primary

11   election?

12   A    Yes, it was.

13   Q    And so while you've got this memo from the Secretary of

14   State, that was mailed with your actual response to the memo to

15   the Secretary of State's office?

16   A    Yes.  I don't mail the — we don't take the — mail the

17   letter back again, we keep the letter.  This is the original

18   letter, we just mail the form back to him.

19   Q    And could you pull that form that you did mail in response

20   to the memo for the Secretary of State, ma'am, just for the

21   jury's benefit, could you raise that document for the Court and

22   jury to view?  Which document are you referring to, ma'am?

23   A    (Witness complies with request of counsel.)

24   Q    And what page of Exhibit 21 does that appear to be, ma'am,

25   for the record?

BEVERLY GRAY — CONTINUED DIRECT — MR. SMITH        12

1  A     That's the second page.

2           MR. SMITH:  Thank you.

3           I would like to hand the witness now PR27A.

4  BY MR. SMITH:

5  Q     Do you recognize PR27A, ma'am?

6  A     Yes.

7  Q     Could you identify that for the Court and jury, please?

8  A     It is the County Board of Elections statistics of issued

9  absentee ballots for the November 7th, 2006, primary — general

10 election.

11 Q     Is that a record kept in the ordinary course of business

12 at the Clay County Clerk's Office?

13 A     Yes, it is.

14          MR. SMITH:  I would move for its introduction at this

15 time.

16          THE COURT:  Any objection?

17     (No response.)

18          THE COURT:  Exhibit PR27A will be admitted.

19 BY MR. SMITH:

20 Q     Ms. Gray, would you take a look at PR27A, could you

21 explain to us, is this also a document that would have been

22 mailed to the Secretary of State or State Board of Election?

23 A     Yes, it is.

24 Q     And which one was it that it was mailed to, State Board of

25 Elections or the Secretary of State?

1  A    It was mailed to the State Board of Elections.

2  Q    And is that required by law that these absentee ballots

3  that are cast during the May primary 2006 — I'm sorry, this

4  would be November 7th, 2006, election, was it required that

5  these absentee ballots be certified by a member of the Clay

6  County Board of Elections?

7  A    Yes, it is.

8  Q    And who certified that?

9  A    Freddy Thompson.

10  Q    And, again, to your knowledge, was this mailed in the same

11  manner by Freddy Thompson in that box that went to the post

12  office?

13  A    Yes, it is.

14        MR. SMITH:  Your Honor, I would ask for permission to

15  publish that document to the jury —

16        THE COURT:  Yes, sir.

17        MR. SMITH:  — at this time.

18        THE COURT:  Yes, sir, you may.

19  BY MR. SMITH:

20  Q    Ms. Gray, we now have that before us on the monitor.  Do

21  you see that?  There's some handwritten information that's

22  below the entries of the number of ballots.  Do you see those?

23  A    Yes.

24  Q    Can you tell us what that refers to?

25  A    We had a voter who first applied by — to vote absentee by

BEVERLY GRAY — CONTINUED DIRECT — MR. SMITH          14

1    mail, and then they end up changing their mind and they come in

2    and voted to vote in the office, but they had to go back and

3    change — there's two different ways of keeping the absentee

4    totals, one by paper ballot and then one by walk-in, where they

5    walk in the office and vote.  And it's just a mistake on our

6    part in the office that we had hit the wrong button.  Well, not

7    really our fault, they had — the voter actually come in and

8    wanted to vote by mail, and then they changed their mind and

9    decided to walk in to vote.

10   Q    Based on your report to the Board of Elections, how many

11   absentee ballots were cast in the November 7, 2006, election?

12   A    Well, the ones that's issued paper ballots was 299.

13   Q    Okay.  Now, does that include the machine votes that were

14   on the early voting period of 12 days preceding the election?

15   A    I don't think so.  I think this is just paper ballots

16   only.

17   Q    Okay.  And you handle those and account for those

18   separately than you do for the machine votes that are cast in

19   the early voting the 12 days preceding the election?

20   A    Yes.

21        MR. SMITH:  I would like to the hand to the witness

22   now PR31A, Your Honor.

23        THE COURT:  Yes, sir.

24   BY MR. SMITH:

25   Q    Ma'am, can you identify PR31A?

BEVERLY GRAY — CONTINUED DIRECT — MR. SMITH          15

1  A    It's the list of the voters who were issued absentee

2  ballots or the ones that voted in the office.  It is sent to

3  State Board of Elections.

4  Q    And was it, likewise, mailed in the same manner that you

5  described earlier, by the Clerk, Freddy Thompson?

6  A    Yes, it is.

7  Q    And are those kept in the ordinary course of business at

8  your office?

9  A    Yes, they are.

10          MR. SMITH:  I would move for introduction of PR31A,

11  Your Honor.

12          THE COURT:  Any objection?

13      (No response.)

14          THE COURT:  PR31A will be admitted.

15          MR. SMITH:  PR31B.  And if we could just publish the

16  front page of PR31A for the members of the Court and the jury

17  at this time.

18          THE COURT:  Yes, sir.

19  BY MR. SMITH:

20  Q    Ms. Gray, you should have in front of you PR31A.  If you

21  could, look at the monitor for us.

22  A    Yes.

23  Q    Who certified these absentee ballots for the November 2006

24  election, ma'am?

25  A    Freddy Thompson.

1  Q    Is that his signature at the bottom right-hand corner?

2  A    Yes, it is.

3  Q    We should have now in front of you PR31B.  Can you

4  identify PR31B, ma'am?

5  A    Yes, this is the list of voters who were issued absentee

6  ballots in the November 7, 2006, general election.

7  Q    How is that different than the list we just saw on PR31A,

8  please?

9  A    Well, it's the same list other than we use this copy here

10  to mark them off of the books, because we have to mark them off

11  the signature rosters before they go out to the polling places.

12  Q    Could you explain what you mean by that, before they go

13  out to the polling places?

14  A    Okay.  These people who were issued absentee ballots

15  either by mail or they walk in to vote, we stamp them in the

16  book, in the signature spot where they would normally sign, so

17  that when they —— if you go to vote and it says absentee

18  ballot, that means your vote has already been cast.

19  Q    Is that a mechanism to protect people voting more than

20  once?

21  A    Yes, it is.

22  Q    Is that required by law that you do that?

23  A    I think so.

24  Q    Did you also have to mail that in to the Board of

25  Elections?

BEVERLY GRAY — CONTINUED DIRECT — MR. SMITH          17

1  A    This was just our work copy.  This was just a copy that we

2  used so that we would make sure that we did mark them off.  It

3  was just our way of double-checking.

4  Q    Ms. Gray, as part of the process of your office, you have

5  identified numerous documents, including the certification of

6  absentee ballots and certification of vote totals for the

7  election in November 2006.  Do you also certify the entire

8  election at some point for purposes of the votes for each

9  candidate and each position of choice that was available on the

10  ballot?

11  A    Yes.

12  Q    And is that also mailed to the Board of Elections?

13  A    Yes, it is.

14  Q    I would like to hand to you what's marked as PR24.

15        THE COURT:  Mr. Smith, were you moving — were you

16  going to move for the introduction of 31B or were you

17  withholding that at this time?

18        MR. SMITH:  I apologize, yes, if we could move, at

19  this time, for the introduction of 31B, Your Honor.

20        THE COURT:  All right.  Let me see if there's any

21  objection.

22      (No response.)

23        THE COURT:  No?  PR31B will be admitted.

24  BY MR. SMITH:

25  Q    You should have before you PR24?

1    A    Yes.

2    Q    Can you identify that, ma'am?

3    A    It is the official count and record of the election

4    totals, the certification form, for the November 7th, 2006,

5    general election.  It's a copy of the form that's sent to the

6    State Board of Elections to certify the totals.

7    Q    And, ma'am, are those records kept in the ordinary course

8    of business at the Clay County Clerk's Office as well?

9    A    Yes, it is — yes, they are.

10          MR. SMITH:  I would move for their introduction at

11   this time, PR24.

12          THE COURT:  All right.  Any objection?

13      (No response.)

14          THE COURT:  PR24 will be admitted.

15          MR. SMITH:  If we could publish that at this time,

16   Your Honor?

17          THE COURT:  Yes, sir, you may.

18   BY MR. SMITH:

19   Q    Look at page one, it should be on the monitor.  Does this

20   appear to be the first page?

21   A    Yes, it is.

22   Q    And could you tell us whose signatures are there?

23   A    William Hugh Bishop, Charles Wayne Jones, Edith Jordan,

24   Freddy W. Thompson.

25   Q    And those are representatives the Clay County Board of

1    Elections?

2    A    Yes.

3    Q    Now, the top candidates up there should be on page one at

4    the top entry.  Could you tell us the race that's certified for

5    the November 2006 election?

6    A    U.S. Representative in Fifth Congressional District,

7    Republican Harold "Hal" Rogers and Democrat, Kenneth Stepp.

8    Q    And what were the vote totals for those two candidates?

9    A    Hal Rogers received 5,029, Kenneth Stepp 883.

10   Q    The next entry down is state representative race?

11   A    Yes, uh-huh.  It's Tim Couch, and he was unopposed.

12            MR. SMITH:  Thank you.

13            I would like to hand the witness now what's marked as

14   PR18A through PR18E.

15            THE COURT:  Yes, sir.

16   BY MR. SMITH:

17   Q    Can you identify those?

18   A    Yes.  They are an application -- they're applications for

19   absentee ballots where they voted in the office stating they

20   would be out of town on election day.

21   Q    And are these records kept in the ordinary course of

22   business?

23   A    Yes, they are.

24            MR. SMITH:  I would move for their introduction at

25   this time.

1          THE COURT:  All right.  Any objection?

2      (No response.)

3          THE COURT:  PR18A through E will be admitted.

4  BY MR. SMITH:

5  Q    Ma'am, if you could report to the Court and the jury the

6  names of those people who indicated by the application that

7  they were going to be out of town on election day according to

8  the file that you've just referenced?

9  A    William Bartley Morris, William Bart Morris, Debra L.

10 Morris, Christopher George Duff, Jessica Rene Bowling.

11 Q    Thank you.  And does that form also require the applicant

12 to identify where they're going to be on election day?

13 A    Yes, it does.

14 Q    And could you read for us from those records where these

15 individuals have indicated they're going to be on election day?

16 And, again, for what election is this application?

17 A    This is for the May 16th, 2006, primary election.  All

18 five stated they would be in Gatlinburg, Tennessee.

19          MR. SMITH:  Thank you.

20          I would like to hand the witness now what's marked as

21 Government's Exhibit 18F.

22 BY MR. SMITH:

23 Q    Can you identify that document, ma'am?

24 A    Yes, this is just a copy of the Republican primary ballot

25 that was —— like the absentee ballot, what the voter would

1  actually get because they were mailed an absentee ballot by

2  mail.

3  Q    Is that a sample?

4  A    This is a sample.

5  Q    Is that also a record kept in the ordinary course of

6  business at the Clay County Court Clerk's Office?

7  A    Yes, it is.

8            MR. SMITH:  I would move for its introduction at this

9  time.

10           THE COURT:  What was the number, again, Mr. Smith?

11           MR. SMITH:  I believe that's 18F.

12           THE COURT:  Any objection?

13       (No response.)

14           THE COURT:  Exhibit 18F will be admitted.

15           MR. SMITH:  I would like to hand the witness now

16  what's marked as Government's Exhibit PR19.

17  BY MR. SMITH:

18  Q    Can you identify PR19, ma'am?

19  A    Yes, it is the absentee ballot signature roster for the

20  May 16, 2006, primary election.  It is the list of — it's the

21  signature roster for people who voted on the machine in our

22  office.

23  Q    Okay.  And is that also a record kept in the ordinary

24  course of business?

25  A    Yes, it is.

1          MR. SMITH:  I would move for its introduction at this

2   time, Your Honor.

3          THE COURT:  Any objection?

4      (No response.)

5          THE COURT:  PR19 will be admitted.

6          MR. SMITH:  And I ask that it be published.

7          THE COURT:  Yes, you may publish it.

8   BY MR. SMITH:

9   Q    Ma'am, you've indicated that this is the absentee ballot

10  signature roster.  Where was this roster kept during the

11  election?

12  A    It's kept in our office back there next to the voting

13  machine.

14  Q    Now, how is that utilized for members of —— or for

15  residents of Clay County when they're wanting to vote absentee?

16  A    They come in our office, they fill out an application,

17  they sign the signature roster just like they would —— there's

18  a roster at the voting place, and then they vote on the

19  machine.

20  Q    Is this available for all 20 precincts within the county?

21  A    Yes, it is.

22  Q    So when the County Clerk opens up the office for early

23  voting, anyone in any of the 20 precincts can come into the

24  County Clerk's Office and vote if they fill out the proper

25  paperwork?

1   A     That's correct.

2   Q     And you're also requiring those members — those persons

3   who do vote absentee to fill out this actual signature roster?

4   A     Yes.

5   Q     Does this include mail-in ballots or only the walk-in

6   votes on the absentee machine?

7   A     Only the walk-in votes on the machine.

8   Q     Okay.  Thank you.

9         And I hand you now what's marked as PR20.  Can you

10  identify PR20, ma'am?

11  A     Yes, it is the list of voters who were issued absentee

12  ballots, either by mail or by walk-in, for the May 16, 2006,

13  primary election.

14  Q     Is that also a record kept in the ordinary course of

15  business at the Clay County Clerk's Office?

16  A     Yes, it is.

17        MR. SMITH:  I would move for its introduction at this

18  time.

19        THE COURT:  Any objection?

20     (No response.)

21        THE COURT:  PR20 will be admitted.

22        MR. SMITH:  I would ask that it be published.

23        THE COURT:  Yes, sir, you may publish it.

24  BY MR. SMITH:

25  Q     Ma'am, as you have before the monitor, is this, in fact,

1    the list of voters issued absentee ballots?

2    A    Yes, it is.

3    Q    And is this only for the mail-in ballots or for the

4    machine and mail-in ballots?

5    A    It's for the mail-in and the machine, but it's multiple

6    pages.

7    Q    Okay.  And those names that are listed on this document

8    would be persons who were issued ballots in what election?

9    A    May 16th, 2006, primary election.

10            MR. SMITH:  Thank you.

11            I would like to hand the witness now what's marked as

12    Exhibit PR22.

13            THE COURT:  Yes, sir.

14    BY MR. SMITH:

15    Q    Can you identify PR22?

16    A    Yes, it's the public inspection of the voting machines for

17    the May 16th, 2006, primary election.

18    Q    Is that also a record kept in the ordinary course of

19    business at the Clay County Clerk's Office?

20    A    Yes, it is.

21            MR. SMITH:  I would move for its introduction at this

22    time.

23            THE COURT:  Any objection?

24        (No response.)

25            THE COURT:  PR22 will be admitted.

1  BY MR. SMITH:

2  Q     What machine was used in the May primary, 2006, in Clay

3  County?

4  A     IVotroinic machines.

5            MR. SMITH:  And if we could publish this document to

6  the jury, please?

7            THE COURT:  Yes, sir, you may.

8  BY MR. SMITH:

9  Q     And what does this document certify, ma'am, if you know?

10 A     This is a public inspection that certifies that — the

11 machine numbers and what the serial numbers were and the

12 opening protective counters that's on each machine that's used

13 in the election.

14 Q     And, ma'am, are each of the members of the Deputy Clerk's

15 staff, were you-all given an opportunity to familiarize

16 yourself with this machine?

17 A     Yes.  Mostly Evelyn Dezarn and Beverly Craft done the

18 training of the election officers, but all of us had to take

19 that training in case, you know, we had to know something about

20 the machines.

21 Q     And we've heard it described as a two-step voting process.

22 Can you — are you familiar with the two-step process that was

23 required by the iVotroinic machine?

24 A     Yes.

25 Q     Can you explain your understanding of how that operated?

1  A    Well, when you went in to vote, of course the election
2  officers, you know, you told them if you was a Republican or
3  Democrat.  And, of course, they put the ballot out there for
4  you to vote.  And if it was multiple pages, you just kept going
5  to the next page.  At the end, after you made your choices, it
6  had you to check to see if they were correct, and then you had
7  to hit the "cast ballot" to cast your ballot.
8  Q    So when you say there were multiple pages, you had to go
9  to the next page?
10 A    Yes.
11 Q    And then when you got through the last page, what did you
12 end up having to select?
13 A    Cast vote.
14 Q    Cast vote.
15 A    Uh-huh.
16 Q    Did your office receive complaints about the operation of
17 the machine during the May primary, 2006?  I'm not asking you
18 what the complaints were, but did you receive complaints?
19 A    Yes.
20 Q    And were you-all required to document those complaints if
21 you received a call?
22 A    If we received a call to complain, then we told the
23 complaints to the County Board of Elections members.
24 Q    Did you-all document those complaints?
25 A    Yes, they're documented in the minutes.

1              MR. SMITH:  I would like to hand the witness now

2    what's marked as Government's Exhibit PR23.

3    BY MR. SMITH:

4    Q    Can you identify PR23, Ms. Gray?

5    A    Yes, it's the actual precinct rosters that the voter signs

6    when they go to vote on election day.

7    Q    And what election does this represent, ma'am?

8    A    May 2006 primary election.

9    Q    Are these also records kept in the ordinary course of

10   business at the Clay County Clerk's Office?

11   A    Yes, they are.

12             MR. SMITH:  I would move for their introduction at

13   this time.

14             THE COURT:  Any objection?

15        (No response.)

16             THE COURT:  PR23 will be admitted.

17             MR. SMITH:  I would ask for permission to publish the

18   first page of those documents.

19             THE COURT:  Yes, sir.

20   BY MR. SMITH:

21   Q    Ms. Gray, this document has blocks that are called —

22   state "redacted."  And, of course, does that appear to be

23   redactions of personal identifying information on these voters?

24   A    Yes, it is.

25   Q    When you—all actually have those records in your office,

BEVERLY GRAY — CONTINUED DIRECT — MR. SMITH        28

1  those blocks don't appear on the original document; is that

2  correct?

3  A    That's correct.

4  Q    And that stamp up there on the first line that says "Voted

5  absentee," is that typically how the rosters are identifying

6  those who are voting absentee in the different areas of the

7  county?

8  A    Yes, it is.

9            MR. SMITH:  Thank you.

10           I would like to hand to the witness now PR23A.

11  BY MR. SMITH:

12  Q    Can you identify PR23A, ma'am.

13  A    Yes, it is the totals from the different precincts and the

14  different elections.  This was for the absentee machine.  This

15  was just our work copy where we –– because we had two different

16  machines, we would have to total them.

17  Q    Are these computer–generated, ma'am?

18  A    Yes.

19  Q    And are these the unofficial results for the Clay County

20  primary election?

21  A    Yes, it is the unofficial results.

22  Q    Now, are these the results that have to pass through the

23  process of being approved by the Clay County Board of Elections

24  and ultimately the State?

25  A    Yes, these are just the unofficial ones until they're all

1    totaled at the end.

2    Q    And you say the first page is the absentee, but could you

3    look through — further through the document and see if it also

4    represents more detail about the entire election itself?

5    A    Yeah, this is not just the absentees, this is the whole —

6    the whole election.

7    Q    The entire election?

8    A    The entire election.

9    Q    For what year and what month?

10   A    May 16th, 2006, primary election.

11         MR. SMITH:  I would move for their introduction at

12   this time.

13         THE COURT:  Any objection?

14      (No response.)

15         THE COURT:  Government's Exhibit PR23A will be

16   admitted.

17   BY MR. SMITH:

18   Q    Ms. Gray, who is responsible for mailing these results to

19   the state?

20   A    Freddy Thompson.

21         MR. SMITH:  Your Honor, if the Court please, I would

22   like to hand the witness now PR25 and 25A through 25L.

23         THE COURT:  Yes, sir.

24   BY MR. SMITH:

25   Q    Can you identify those, Ms. Gray?

1  A    This is the copy of the voter assistance forms that were

2  used in the November of 2006 general election, and they're

3  precinct by precinct for the voters who needed assistance, they

4  had to fill these out.

5  Q    And are those records kept in the ordinary course of

6  business of the Clay County Clerk's Office?

7  A    Yes, they are.

8           MR. SMITH:  I would move for their introduction at

9  this time.

10          THE COURT:  Any objection?

11     (No response.)

12          THE COURT:  Exhibits PR25 through — and PR25A

13  through L will be admitted.

14          MR. SMITH:  I would ask that we could publish the

15  first page of 25, please.

16          THE COURT:  Yes, sir, you may.

17  BY MR. SMITH:

18  Q    Ma'am, these also are pink in color.  And I believe that

19  there are — based on the bottom right-hand corner there,

20  there's an indication that there's various colors that

21  accompany this form.  Do you see that bottom right-hand corner?

22  A    Yes.

23  Q    Would you tell us where these copies go?

24  A    The white copy of the form goes to the Clay County grand

25  jury, the canary-colored copy remains in the record at the

1    County Clerk's Office, and the pink copy is retained by the

2    County Board of Elections.

3    Q    Okay.  And the assistance form, does it basically remain

4    the same for each election?  Whether it's a primary or general

5    election, you use the same form?

6    A    Yes, it's the same form.

7    Q    All right.  And, ma'am, based on, again, this form, is

8    there a requirement that the voter certify to some extent why

9    they need assistance?

10   A    Yes, they do.

11   Q    And where is that on the document?

12   A    It's about halfway down, where it says "Oath of voter not

13   certified, requiring assistance." It says check one.

14   Q    All right.

15   A    One of the blocks.

16   Q    Is that the block you're reading from, ma'am, that's on

17   the monitor?

18   A    Yes.

19   Q    Okay.  And what are the options for a person if they're to

20   be assisted in their voting?

21   A    Blindness, physical disability, or inability to read

22   English.

23   Q    The next entry block down begins with "Oath of person

24   assisting voter."  Would you tell us what that block entry is

25   requiring?

1   A    That's stating that the voter needs assistance in voting,

2   and that list there lists the person who they wanted to assist

3   them.  It could not be the voter's employer, an agent of that

4   employer, or an officer or agent of that voter's union.

5   Q    So if a person is being — the person is going to have

6   assistance in voting, the person who assists the voter is

7   required by law to fill out one of these forms and certify it

8   as well?

9   A    That's correct.

10  Q    And then the next entry section at the bottom, it says,

11  "Section to be completed by precinct election officer"?

12  A    Yes.  That's just the part where the election official is

13  certifying to that fact.

14  Q    Basically subscribing that —

15  A    That the voter said they needed assistance —

16  Q    — someone assisted the voter?

17  A    — and that the person assisting —

18  Q    All right.  They've made an oath in front of the precinct

19  officer?

20  A    Yes.

21       MR. SMITH:  I apologize.  I'm talking over you.

22  Thank you.

23       I would like to hand the witness now what's marked as

24  PR26, PR26A through K.

25       THE COURT:  Yes, sir.

1  BY MR. SMITH:

2  Q     Can you identify those documents, Ms. Gray?

3  A     This is a copy of what we call the ballot shots.  It's

4  a -- where Joe Bolton that does -- sets our machines, he sends

5  these to us and we're supposed to check over them to make sure

6  that everything's okay.  There's different ballots because we

7  have different districts, so we have to check each one of them

8  to make sure that they're okay.

9  Q     Who is Joe Bolton, ma'am?

10 A     He's with Kentuckiana Election Service, he's the one that

11 sets our machines.

12 Q     And does he represent a contact person for the County

13 Clerk's Office in regard to the iVotronic machine --

14 A     Yes.

15 Q     -- that was used in May of 2006?

16 A     Yes, he does.

17 Q     And you say this is a -- I believe you called this a

18 sample ballot or a proofing document?

19 A     Yes.

20 Q     And this actually reflects what the screens on the machine

21 that were used in the May primary 2006 would actually look like

22 for selections on the ballots?

23 A     Yes.

24        MR. SMITH:  I would move for introduction of

25 Government's Exhibits PR26A through K at this time.

1          THE COURT:  Any objection?

2       (No response.)

3          THE COURT:  United States Exhibits PR26 and PR26A

4    through K will be admitted.

5          MR. SMITH:  I would like to hand the witness now

6    PR27B through PR27H.

7          Your Honor, would the Court allow the court security

8    officer to maybe assist the witness in removing some of those

9    documents from her at this point?

10         THE COURT:  Yes.  Do you need to refer back to those?

11         MR. SMITH:  It does not appear at this time I will

12   need to.

13         THE COURT:  Why don't do this:  If you could, if you

14   could move these back up here on the shelf behind her and if

15   you or other counsel need to refer to those, you may.

16   BY MR. SMITH:

17   Q    Can you identify those documents for the jury, please?

18   A    These are the different reporting forms that have to be

19   sent in to the State Board of Elections for any post election

20   that we have.  These are for the November 7th, 2006, general

21   election.

22   Q    And are those also records kept in the ordinary course of

23   business of the Clay County Clerk's Office?

24   A    Yes, they are.

25         MR. SMITH:  I would move for their introduction at

BEVERLY GRAY – CONTINUED DIRECT – MR. SMITH          35

1  this time.

2          THE COURT:  All right.  Any objection?

3      (No response.)

4          THE COURT:  Exhibits PR27B through H will be

5  admitted.

6          MR. SMITH:  If we could, Your Honor, at this time,

7  publish PR27B?

8          THE COURT:  Yes, sir.

9  BY MR. SMITH:

10  Q    Again, ma'am, were these reports that have to be filed in

11  each of the elections that are held in the county of Clay

12  County, filed and mailed to the Secretary of State's Office?

13  A    Yes, they are.

14  Q    And this represents the November 7, 2006, election?

15  A    That's correct.

16  Q    If I could direct your attention to the bottom entries of

17  this document.  As you're looking at that, it says, "Precinct

18  codes."  What does that represent?

19  A    Different voting precincts.

20  Q    So the 20 precincts within the county are all represented

21  on this form?

22  A    Yes.

23  Q    And they're represented by code as opposed to name?

24  A    Yes, that's correct.

25  Q    The entries for absentee ballots, are they also

1    represented on this form?

2    A    Yes.

3    Q    And that's for each of the precincts that were involved in

4    that election in November of 2006?

5    A    Yes, that's correct.

6    Q    At the bottom of the form, there's a signature.  Do you

7    recognize that signature?

8    A    Yes, Freddy Thompson.

9    Q    And in the far right-hand column at the bottom, it has,

10   again, indications of white, pink, goldenrod, what does that

11   indicate?

12   A    The white copy goes to the Clay County grand jury, pink

13   goes to the State Board of Elections, and the goldenrod copy is

14   for the County Board of Elections.  Since these forms were

15   actually printed off of the computer, then they was not color

16   coded in this particular election.  But each place got a copy.

17            MR. SMITH:  Thank you.

18            If I could hand the witness now PR28A.

19            THE COURT:  Yes, sir.

20   BY MR. SMITH:

21   Q    Can you identify PR28A, ma'am?

22   A    Yes, it's the precinct signature rosters for the

23   November 7th, 2006, general election.

24   Q    And are those also kept in the ordinary course of business

25   at the Clay County Clerk's Office?

BEVERLY GRAY — CONTINUED DIRECT — MR. SMITH        37

1    A    Yes, they are.

2            MR. SMITH:  I move for their introduction at this

3    time.

4            THE COURT:  Any objection?

5        (No response.)

6            THE COURT:  PR28A will be admitted.

7            MR. SMITH:  If we could publish the first page for

8    the jury and the Court, please.

9            THE COURT:  Yes, sir.

10   BY MR. SMITH:

11   Q    Again, ma'am, is this the November, I believe —

12   November 2006 roster?

13   A    Yes, it is.

14   Q    And this is, again, a similar form that was indicated

15   earlier that was used in May.  Are those required to be signed

16   by voters before they vote on the machines?

17   A    Yes, they are.

18           MR. SMITH:  Thank you.

19   BY MR. SMITH:

20   Q    I would like to hand to you now what's marked as PR28B.

21   Can you identify that document, please.

22   A    It is the supplemental precinct signature roster used in

23   the Manchester precinct for the November 7th, 2006, general

24   election.

25   Q    Is that a record kept also in the ordinary course of

1  business?

2  A    Yes, it is.

3        MR. SMITH:  I would move for its introduction at this

4  time.

5        THE COURT:  Any objection?

6     (No response.)

7        THE COURT:  PR28B will be admitted.

8        MR. SMITH:  I would ask for permission to publish.

9        THE COURT:  Yes, sir.

10 BY MR. SMITH:

11 Q    Could you explain this document further as to what a

12 supplemental precinct signature roster is utilized for?

13 A    A supplemental precinct roster is used in case a voter

14 moves while the books are closed and we don't get the changes

15 made in the computer system in time or their name has

16 inadvertently been left off for some reason.  So they call

17 the — the elections officers call the County Clerk's Office

18 and we tell them to enter their name on the supplemental

19 precinct roster so that the voter can sign that form.

20 Q    Thank you.  I would like to hand you what's now marked as

21 Exhibit PR29.  Can you identify PR29?

22 A    It is election officer's training list.  We type up this

23 form so that the election officers, when they're trained, that

24 they would — their signature verifies that they did take

25 election officer training school.

1 | Q    Is that a record kept in the ordinary course of business?

2 | A    Yes, it is.

3 |      MR. SMITH:  I would move for its introduction at this

4 | time.

5 |      THE COURT:  Any objection?

6 |    (No audible response.)

7 |      THE COURT:  PR29 will be admitted.

8 |      MR. SMITH:  I would ask for permission to publish the

9 | first page.

10 |      THE COURT:  Yes, sir, you may.

11 | BY MR. SMITH:

12 | Q    I direct your attention to the first entry — two entries

13 | there, ma'am, for the Manchester precinct.  Can you identify

14 | who were trained as election officers for the November 2006

15 | election?

16 | A    Charles N. Weaver and Wanda Price White.

17 | Q    Thank you.  If I could hand to you now what's marked as

18 | PR30A.  Can you identify that, ma'am?

19 | A    The envelope is the election returns envelope that when

20 | the election polls close on that day the election officers put

21 | the results in this envelope and return them back to the County

22 | Clerk's Office.  And they have to sign certifying that this is

23 | the totals.

24 | Q    And do you recognize that to be a record kept in the

25 | ordinary course of business?

1  A    Yes, it is.

2          MR. SMITH:  I would move for its introduction at this

3  time.

4          THE COURT:  Any objection?

5      (No response.)

6          THE COURT:  Exhibit PR30A will be admitted.

7  BY MR. SMITH:

8  Q    In addition, there are several other reports.  Can you

9  identify those?

10  A    This one page is a work copy that we use just for the

11  post-election statistical report when we're working up the

12  reports before they were finalized.  The other one is a copy of

13  the recap sheet.

14  Q    And what is a recap sheet, ma'am?

15  A    It shows all the totals that each candidate got and it's

16  broken down precinct by precinct.

17  Q    And are those also numbers that are used to certify the

18  official results?

19  A    Yes.

20  Q    And are they also transferred and sent to the State?

21  A    Yes, they are.

22          MR. SMITH:  Could — at this time, I would ask for

23  permission to publish the envelope first.

24          THE COURT:  Yes, sir, you may publish all of those

25  documents.

1          MR. SMITH:  Thank you.

2   BY MR. SMITH:

3   Q     These results were certified by what election officers and

4   for what precinct, ma'am?

5   A     Charles Weaver, Minnie Weaver, Lucy Marcum, Wanda White.

6   And they were for the November 2006 election held in the

7   Manchester precinct.

8   Q     And what would normally be contained in that envelope when

9   it was presented to your office?

10  A     The total that was printed off from the machine after the

11  polls closed.

12  Q     And that's computer-generated from these new machines?

13  A     That's correct.

14  Q     And does that happen in each of the 20 precincts at the

15  close of the election day?

16  A     Yes.

17  Q     Let's move on to the next form.  Can you identify that?

18  A     Yes, that's just our work copy where that we had — when

19  we separate the different documents out, the voter assistance

20  forms, and the absentee part was already generated from the

21  computer system, but then the voter assistance forms, we had to

22  separate those out and put those into the different groups of

23  what they signed for.

24  Q     The next form, please.

25  A     That's also a work copy of a recap sheet.

1          MR. SMITH:  Thank you.

2          I would like to hand the witness now what's marked as

3   PR30B, C, and D, Your Honor.

4   BY MR. SMITH:

5   Q    Can you identify those, please?

6   A    Yes, it's the same envelope.  There's four different

7   envelopes that each voting precinct has and they're all signed

8   by the judges.  One copy goes to the County Board of Elections,

9   one goes to the Democrat chairman, Republican chairman, and

10  County Clerk.  What's usually done in our situation is they

11  just bring all of them back in with the supplies to the County

12  Clerk's Office on election night.

13  Q    And what are the contents of those envelopes?

14  A    A copy of the printout from the voting machines.

15  Q    There appears also in each of those a handwritten –– at

16  least I'm looking at PR30C, a handwritten form as well.  Is

17  that also signed by the election officer?

18  A    Yes, that's correct.  That's a form that our office sends

19  out to each voting precinct, and when the polls close, the

20  elections officers write the results on this form, and then

21  this form, in turn, is put into the envelopes and brought back

22  to our office.

23          MR. SMITH:  I move for the introduction ––

24  BY MR. SMITH:

25  Q    Let me ask, are these records kept in the ordinary course

BEVERLY GRAY – CONTINUED DIRECT – MR. SMITH          43

1   of business?

2   A     Yes, they are.

3          MR. SMITH:  I would move for the introduction at this

4   time.

5          THE COURT:  Any objection?

6       (No response.)

7          THE COURT:  Exhibits PR30B through D will be

8   admitted.

9          MR. SMITH:  I would ask that the insert there that

10  was referenced by the witness be published at this time.

11         THE COURT:  Yes, sir, it may be published.

12         MR. SMITH:  PR30C.

13  BY MR. SMITH:

14  Q     Ma'am, is this the document that you've just described for

15  the Court and jury?

16  A     Yes, it is.

17  Q     And whose signatures appear on this for the Manchester

18  precinct, November election?

19  A     Charles Weaver, Lucy Marcum, Wanda White, Minnie Weaver.

20         MR. SMITH:  Thank you.

21         I would like to hand the witness now what's marked as

22  PR32 and PR33, Your Honor.

23         THE COURT:  Yes, sir.

24  BY MR. SMITH:

25  Q     Can you identify those documents, please?

1  A    Yes, they're both Voting Machine Absentee Ballot

2  Applications.  These were for two voters who said they would be

3  out of town on election day.

4  Q    Are those records kept in the ordinary course of business

5  at your office?

6  A    Yes, they are.

7            MR. SMITH:  I would move for their introduction at

8  this time, Your Honor.

9            THE COURT:  Any objection?

10      (No audible response.)

11            THE COURT:  Exhibits PR32 and 33 will be admitted.

12            MR. SMITH:  If we could publish at this time, Your

13  Honor.

14            THE COURT:  Yes, sir.

15            MR. SMITH:  Thank you.

16  BY MR. SMITH:

17  Q    Can you tell from the document who is the voter applying?

18  A    Yes, it's Darnell Hipsher.

19  Q    And does it state on there where he's going to be on

20  election day?

21  A    He states he will be in Lexington, Kentucky.

22  Q    Let's go to the next document, please.  Does that require

23  the voter's signature there as well?

24  A    Yes, it does.  The next one is Marcus McKissic.

25  Q    And where does it indicate he's going to be on election

BEVERLY GRAY – CONTINUED DIRECT – MR. SMITH          45

1  day?

2  A    Tucson, Arizona.

3  Q    Thank you.

4       If I can hand to you now what's marked as PR31C.  Can you

5  identify that, ma'am?

6  A    Yes, it is the absentee ballot signature roster for people

7  who voted on the machine, the absentee machine, for November 7,

8  2006, general election.

9  Q    Is that a record kept in the ordinary course of business?

10  A    Yes, it is.

11       MR. SMITH:  I would move for its introduction at this

12  time.

13       THE COURT:  Any objection?

14       (No response.)

15       THE COURT:  Exhibit PR31C will be admitted.

16       MR. SMITH:  I would ask that that be published.

17       THE COURT:  Yes, sir, it may be.

18  BY MR. SMITH:

19  Q    Tell us that first entry there, who's the voter?

20  A    First entry is Freddy Thompson.

21  Q    And the second entry there, can you tell us who that is?

22  A    Marcus McKissic.

23  Q    And what election is this?

24  A    November 7th, 2006.

25       MR. SMITH:  Thank you.

BEVERLY GRAY — CONTINUED DIRECT — MR. SMITH          46

1          I would like to hand the witness now what's marked as

2    PR34, 35, 36, and 37.

3    BY MR. SMITH:

4    Q    Can you identify those, ma'am?

5    A    Yes.  The first one is the Precinct sheriff's

6    Post-Election Report that the County Board of Elections —

7    since we host absentee voting in our office, then the County

8    Board of Elections prepares a Post-Election sheriff's Report.

9          The second one is a list of the voters that we have to

10   send in to the Registry of Election Finance for who won and who

11   lost.

12   Q    Okay.  If I could stop you at this point, ma'am.  Are

13   those records kept in the ordinary course of business?

14   A    Yes, they are.

15          MR. SMITH:  I would move for the introduction of

16   Government's Exhibit 34 and 35.

17          THE COURT:  Any objection?

18      (No response.)

19          THE COURT:  Exhibits PR34 and 35 will be admitted.

20          MR. SMITH:  I would ask that 34 be published.

21          THE COURT:  Yes, sir.

22   BY MR. SMITH:

23   Q    Ma'am, from that document, can you tell us what precinct

24   was reporting this?

25   A    Yes, this was from the absentee machine voted in the

1  County Clerk's Office.

2  Q    And who filed this report?

3  A    It's signed by Charles Wayne Jones.

4  Q    And what was the report?

5  A    It was a Post-Election Sheriff's Report.

6  Q    What was the nature of the report?

7  A    The nature of this report shows any irregularities.  It

8  shows that the absentee voting machine showed two more votes

9  than they had applications for.  It further states, "We cannot

10 explain how this happened.  It must have been an oversight on

11 the part of the two officers who took care of the absentee

12 voting machines."

13 Q    Do you know who the officers were that took care of the

14 absentee voting machines in November 2006?

15 A    Wayne Jones and William Hugh Bishop.

16 Q    Thank you.  Now, direct your attention to PR35.  Could you

17 identify the first page?

18 A    Yeah, the first page is a letter we received from the

19 Registry of Election Finance, which is a form — they sent us a

20 form, they wanted us to send in who won and who lost each

21 election.

22 Q    And is that also mailed from the Office of the County

23 Clerk, Clay County Clerk?

24 A    Yes, it is.

25 Q    And do you know what day it was mailed?

BEVERLY GRAY — CONTINUED DIRECT — MR. SMITH          48

1  A    November 13th, 2006.

2  Q    And do you recall who took it to the post office?

3  A    No, I'm not sure.  It probably just went out by regular

4  mail.

5  Q    If you would go to the next pages, please.  And what does

6  this list represent, ma'am?

7  A    It's who won and who lost in each contest.

8  Q    And the following pages would represent all of the offices

9  that were up for reelection in the November 2006 election,

10  ma'am?

11  A    That's correct.

12  Q    Thank you.

13       If you could now direct your attention to the next two

14  exhibits, please, 36 and 37, I believe.  Can you identify

15  those?

16  A    Yes.  This one is the list of —— where the County Board of

17  Elections appointed the elections officers to serve for the

18  year 2006.  This was sort of like a work copy that we had so

19  that if an election officer resigned or something, we would

20  draw a line through their name and used by the County Board of

21  Elections.

22  Q    And that would be 36, ma'am?

23  A    Yes.

24  Q    Is that a record kept in the ordinary course of business?

25  A    Yes, it is.

1          MR. SMITH:  I would move for its introduction at this

2   time.

3          THE COURT:  Any objection?

4       (No response.)

5          THE COURT:  PR36 will be admitted.

6          MR. SMITH:  If we could publish the first page of

7   that document.

8          THE COURT:  Yes, sir.

9   BY MR. SMITH:

10  Q    Look at that first entry for Manchester, ma'am.  Could you

11  read for us the handwritten entry there?  What does that

12  represent?

13  A    It represents that Anthony Carl Short resigned and Minnie

14  Weaver was appointed to serve in his place.

15  Q    Thank you.

16       Now, I direct your attention to PR37.  Can you identify

17  PR37?

18  A    It's just a list of the candidates who were running in the

19  general election, November 7, 2006, election.

20  Q    Is that also a record kept in the ordinary course of

21  business?

22  A    Yes, it is.

23          MR. SMITH:  I move for its introduction at this time.

24          THE COURT:  Any objection?

25       (No response.)

BEVERLY GRAY – CONTINUED DIRECT – MR. SMITH          50

1            THE COURT:  PR37 will be admitted.

2            MR. SMITH:  I would like to hand the witness now

3  Government's Exhibit PR38.

4            THE COURT:  Yes, sir.

5  BY MR. SMITH:

6  Q    Can you identify PR38, Ms. Gray?

7  A    This is a copy taken from the book of the tabulated votes

8  in the May 2002 primary election.

9  Q    Does this represent all candidates involved in the

10 May 2002 primary election in Clay County, Kentucky?

11 A    Yes, all candidates and all precincts.

12 Q    Is that a record kept in the ordinary course of business?

13 A    Yes, it is.

14           MR. SMITH:  I would move for its introduction at this

15 time.

16           THE COURT:  Any objection?

17      (No response.)

18           THE COURT:  Exhibit PR38 will be admitted.

19           MR. SMITH:  If we could publish the first page,

20 please.

21           THE COURT:  Yes, sir.

22 BY MR. SMITH:

23 Q    Could you identify for us — First of all, the columns

24 that go from the top to the bottom on the left, what do they

25 represent?

1    A    Going this way?

2    Q    Yes.

3    A    The different precincts, like Manchester, Garrard, East

4    Manchester, so forth.

5    Q    And then the column that runs across the top of this

6    document, what does that represent?

7    A    The office they're running for.

8    Q    And this document goes for multiple pages identifying the

9    candidates for all the open positions in the May primary of

10    2002?

11    A    Yes, it does.

12    Q    Thank you.

13         I would like to hand to you now what's marked as PR39.

14    Can you identify PR39?

15    A    This is a tabulation vote for the November 2002 general

16    election.

17    Q    Does that also represent all races available and open for

18    reelection in the November of 2002 election in Clay County?

19    A    Yes, it does.

20    Q    Is that a record kept in the ordinary course of business?

21    A    Yes, it is.

22         MR. SMITH:  I would move for its introduction at this

23    time.

24         THE COURT:  Any objection?

25         (No audible response.)

1          THE COURT:  Exhibit PR39 will be admitted.

2          MR. SMITH:  I would like to hand the witness Exhibit

3     PR40 and Exhibit PR41.

4     BY MR. SMITH:

5     Q    Can you identify PR40?

6     A    A tabulated — it's the tabulated totals for the May 2004

7     primary election for all candidates and all races.

8     Q    Is that a record kept in the ordinary course of business?

9     A    Yes, it is.

10         MR. SMITH:  I would move for its introduction at this

11    time.

12         THE COURT:  Exhibit PR40 will be admitted.

13    BY MR. SMITH:

14    Q    I would like to hand to you now what's marked as

15    Government's Exhibit — or before you, I believe, I'm sorry, is

16    PR41.

17    A    It is the same tabulated, except it's for the

18    November 2004 election.

19    Q    And do you recognize that also as a record kept in the

20    ordinary course of business?

21    A    Yes, it is.

22         MR. SMITH:  I would move for its introduction at this

23    time.

24         THE COURT:  Any objection?

25         (No audible response.)

1              THE COURT:  It's also admitted, PR41.

2              MR. SMITH:  I would ask for permission to publish the

3    last page of the PR4.

4              THE COURT:  Yes, sir, you may.

5    BY MR. SMITH:

6    Q    Down on the bottom right-hand corner, I'll direct your

7    attention to that.  It appears to be a certification.  Could

8    you tell us what that is, ma'am?

9    A    That's certifying that all these totals that are listed on

10   this sheet are true and correct.

11   Q    Do you recognize the signatures certifying these results?

12   A    It's Edward Jordan, Clay M. Bishop Jr., Wayne Jones, and

13   Freddy W. Thompson.

14   Q    And are they a part of the Clay County Board of Elections?

15   A    They were the County Board of Elections.

16   Q    And are those represented on each of these prior entries

17   in PR40, 39, 38, and 37, do they also likewise bear a similar

18   certification by the Clay County Board of Elections?

19   A    Similar certifications.  I'm not sure if they were all the

20   same board members at that time.

21   Q    Certainly.  But the Board itself would have to --

22   A    The Board's the one that has to --

23   Q    -- certify those as required by this particular

24   acknowledgment on each of those elections?

25   A    Yeah, that's correct.

1  Q    Thank you.

2       I would like to hand to you now PR42 and PR43.  Can you

3  identify PR42?

4  A    It is the tabulated votes cast in the May 2006 primary

5  election.

6  Q    Is this, again, the same similar type of document that's

7  required to be filed that you've just identified in the prior

8  elections?

9  A    Yes, it is.

10 Q    This represents the May 2006 election?

11 A    May 2006.

12 Q    Is that a record kept in the ordinary course of business?

13 A    Yes, it is.

14      MR. SMITH:  I would move for its introduction at this

15 time.

16      THE COURT:  That's PR42, Mr. Smith; is that correct?

17      MR. SMITH:  Yes, Your Honor.

18      THE COURT:  Any objection?

19      (No response.)

20      THE COURT:  It will be admitted.

21 BY MR. SMITH:

22 Q    I direct your attention now to PR43.  Can you identify

23 that for the Court and the jury?

24 A    It's the same tabulation, except it's for the November

25 2006 general election.

1  Q    Is that a record kept in the ordinary course of business?

2  A    Yes, it is.

3         MR. SMITH:  I would move for its introduction at this

4  time.

5         THE COURT:  Any objection?

6      (No response.)

7         THE COURT:  PR43 will be admitted.

8         MR. SMITH:  I would ask for permission to publish the

9  last page of that document.

10         THE COURT:  Yes, sir, you may.

11         MR. SMITH:  PR43, the last page, please.

12  BY MR. SMITH:

13  Q    Again, I direct your attention to the bottom.  It appears

14  to be another certification.  Can you tell us what that is,

15  ma'am?

16  A    It's a certification that all the votes cast were true and

17  correct.  It's signed by Freddy W. Thompson, William Hugh

18  Bishop, Charles Wayne Jones, Edith Jordan.

19         MR. SMITH:  Thank you.

20         I would like to hand the witness now PR44.

21  BY MR. SMITH:

22  Q    Can you identify PR44, ma'am?

23  A    It's the same tabulation, except it was for the November

24  1990 general election.

25  Q    Is that a record kept in the ordinary course of business?

BEVERLY GRAY – CONTINUED DIRECT – MR. SMITH          56

1   A    Yes, it is.

2             MR. SMITH:  I would move for its introduction at this

3   time.

4             THE COURT:  Any objection?

5        (No response.)

6             THE COURT:  Exhibit PR44 will be admitted.

7             MR. SMITH:  I would ask for permission to publish

8   PR44, the last page, please.

9             THE COURT:  Yes, sir, you may.

10  BY MR. SMITH:

11  Q    If I could direct your attention to the top column.  Do

12  you see a race indicating that there was an election held for

13  circuit judge in November of 1990 in Clay County?

14  A    Yes, it does.

15  Q    And who were the two persons running for that office?

16  A    Oscar Gayle House and R. Cletus Maricle.

17  Q    And I direct your attention now down to the bottom totals.

18  Would you tell us the votes that were received by Oscar Gayle

19  House and R. Cletus Maricle in the November 1990 election for

20  circuit judge?

21  A    Oscar Gayle House, 2408; R. Cletus Maricle, 4816.

22  Q    Now, again, down at the bottom, certification, if I can

23  direct your attention there, who certified this election?

24  A    Florence Baker, Cecil J. Craft, Kenneth Day, Edward

25  Jordan.

1          MR. SMITH:  Thank you.

2          I would like to hand the witness what's marked PR46.

3  For the record, it is a collective exhibit, it appears to have

4  three separate deeds.

5          THE COURT:  Yes, sir.

6  BY MR. SMITH:

7  Q     It should be three deeds before you in a collective

8  exhibit, PR46, ma'am.

9  A     Yes.

10  Q     Can you identify those?

11  A     The first one is a deed from Joe Harris Stinson to

12  R. Cletus Maricle and his wife, Judy Maricle.

13  Q     Does that appear to be a deed that is recorded in the

14  Office of County Clerk in Clay County, Kentucky?

15  A     Yes, it is.

16  Q     Next deed, please?

17  A     Is a deed between Joe H. Stinson and Imogene Stinson to

18  Charles Marcum.

19  Q     Do you recognize that also as a deed recorded in the

20  Office of County Clerk, Clay County?

21  A     Yes, it is.

22  Q     Third deed, please?

23  A     Is from Charles Marcum to Judy Maricle.

24  Q     Can you identify that as well as a deed recorded in the

25  Office of the County Clerk of Clay County?

BEVERLY GRAY — CONTINUED DIRECT — MR. SMITH          58

1  A    Yes, it is.

2          MR. SMITH:  I would move for introduction at this

3  time of PR46.

4          THE COURT:  Any objection?

5      (No response.)

6          THE COURT:  Exhibit PR46 will be admitted.

7          MR. SMITH:  I would like to hand the witness now

8  what's marked as PR47.

9  BY MR. SMITH:

10 Q    Do you recognize PR47?

11 A    Yes.

12 Q    What is that?

13 A    It is board minutes from a May 17th, 1974, board meeting

14 where they appointed election officers for the May 28th, 1974,

15 election.

16 Q    Is that, again, a record kept in the ordinary course of

17 business?

18 A    Yes, it is.

19          MR. SMITH:  I would move for its introduction at this

20 time.

21          THE COURT:  Any objection?

22      (No response.)

23          THE COURT:  PR47 will be admitted.

24          MR. SMITH:  I ask to publish the last page of that

25 document.

1           THE COURT:  Yes, sir.  After you do, we'll need to

2   take our morning break, after you do that.

3           MR. SMITH:  Yes, Your Honor.

4   BY MR. SMITH:

5   Q    I direct your attention to the Burning Springs precinct.

6   Could you tell us who served as clerk for the Burning Springs

7   precinct according to this record of 1974?

8   A    Freddy C. Johnson, judge; Douglas Adams, clerk; Roy

9   Miller, judge; and Blaine Reece, sheriff.

10          MR. SMITH:  Thank you.  That's all.

11          THE COURT:  All right.  Thank you.

12          Ladies and gentlemen, we will take our morning break

13  at this time.  We'll take a 20-minute recess until 10:45 this

14  morning.  Please keep in mind the admonitions that you've been

15  given several times not to discuss the case among yourselves

16  while we are in recess.  The jury will be excused for

17  20 minutes.

18      (Whereupon, the jury retired from the courtroom, after

19  which the following proceedings were had in open court.)

20          THE COURT:  Thank you.

21          Counsel anything to take up?

22      (No response.)

23          THE COURT:  We'll be in recess for 20 minutes.

24      (Whereupon, a short recess was had, after which the jury

25  returned to the courtroom and the following proceedings were

BEVERLY GRAY — CONTINUED DIRECT — MR. SMITH        60

1  had in open court.)

2          THE COURT:  Thank you.

3          The record will reflect all members of the jury are

4  present.  The parties and counsel are also present.

5          Ms. Gray, of course, you're still under oath.

6          Mr. Smith, you may continue.

7          MR. SMITH:  Thank you, Your Honor.  The United States

8  would like to hand the witness now what's marked as PR48

9  through 58.

10  BY MR. SMITH:

11  Q    Can you identify those documents, ma'am, 48 through 58?

12  A    They're all minutes from County Board of Election meetings

13  held from the period of May 1975 through September 1988.

14  Q    And are those records kept in the ordinary course of

15  business?

16  A    Yes, they are.

17          MR. SMITH:  Your Honor, I'm not sure whether their

18  microphone is adjusted —

19          THE CLERK:  Sorry.

20          THE WITNESS:  Can you hear me now?

21  BY MR. SMITH:

22  Q    Yes, ma'am.

23  A    I'm sorry.

24  Q    PR48 through 58, can you state if those records are kept

25  in the ordinary course of business?

1   A    Yes, they are.

2        MR. SMITH:  I would move for their introduction at

3   this time.

4        THE COURT:  Any objection?

5        (No response.)

6        THE COURT:  Exhibits PR48 through 58 will be

7   admitted.

8   BY MR. SMITH:

9   Q    I refer you to PR48.  Based on the minutes of the Board

10  of — Clay County Board of Elections, can you tell us who

11  served in the Burning Springs precinct in May 1975 election as

12  clerk?

13  A    As clerk?  Douglas Adams.

14  Q    And at the Garrard precinct, can you tell us who served as

15  judge and sheriff?

16  A    Preston Henson and Essie Jackson.

17  Q    Now I direct your attention to PR49.  Again, this would

18  refer to the fall 1975 election?

19  A    Yes.

20  Q    Looking at the Burning Springs precinct, could you tell me

21  who served as judge?

22  A    Douglas Adams.

23  Q    And at Garrard?

24  A    Preston Henson, judge.

25  Q    Do you know if he goes also by the name of Pres Henson?

1   A    Yes, he does.

2   Q    I direct your attention now to PR50.  Again, the Burning

3   Springs precinct for the year 1976.  Can you tell us who served

4   as judge in the Burning Springs precinct?

5   A    The judge was Clinton Johnson.

6   Q    And the clerk?

7   A    Douglas Adams.

8   Q    Now, I direct your attention to PR51.  The October 1976,

9   can you tell us who served as judge for the Burning Springs

10  precinct?

11  A    It's Tuesday, November 2nd, 1976?

12  Q    I'm looking at PR51, ma'am.

13  A    Okay.

14  Q    Can you tell me what year that represents?

15  A    It represents the election to be held on November the 2nd.

16  The minutes were taken in October of '76.  Douglas Adams was

17  judge in Burning Springs.

18  Q    Thank you.

19       PR52, again, directing your attention to Burning Springs,

20  what election would this be for?

21  A    It was for the May 24th, 1977, primary.

22  Q    If you could, tell us who served as clerk at Burning

23  Springs?

24  A    R. Cletus Maricle.

25  Q    And, again, in Garrard, who was the judge at Garrard?

BEVERLY GRAY — CONTINUED DIRECT — MR. SMITH          63

1    A    Preston Henson.

2    Q    And at Harts Branch, who served as clerk?

3    A    Wayne Jones.

4    Q    Direct your attention now to PR53.  What year election

5    does this record represent?

6    A    November 8th, 1977.

7    Q    And, again, at Burning Springs, who served as judge?

8    A    Douglas Adams.

9    Q    Who served as the other judge?

10   A    In Garrard or —

11   Q    Burning Springs.

12   A    Oh, Judy C. Maricle.

13   Q    And at Garrard?

14   A    Preston Henson.

15   Q    I direct your attention now to PR54.  What election does

16   that represent, ma'am?

17   A    November 4th, 1980.

18   Q    I direct your attention again to Burning Springs.  Who

19   served as judge?

20   A    Douglas Adams.

21   Q    Who served as the other judge?

22   A    Stanley Bowling.

23   Q    And, again, at Garrard, who served as judge?

24   A    Preston Henson.

25   Q    And at Horse Creek, could you tell us who served as clerk?

BEVERLY GRAY — CONTINUED DIRECT — MR. SMITH          64

1  A    Charles Marcum.

2  Q    I direct your attention now to PR55.  What election does

3  this represent, ma'am?

4  A    November 6th, 1984.

5  Q    I direct your attention again to Burning Springs.  Could

6  you tell us who the judges were?

7  A    R. Cletus Maricle and Douglas Adams.

8  Q    And who served as clerk?

9  A    Stephan Charles.

10 Q    At Harts Branch, who served as judge?

11 A    Charles Wayne Jones.

12 Q    And at Horse Creek, who served as clerk?

13 A    Charles Marcum.

14 Q    I direct your attention now to PR56.  What election did

15 that represent, ma'am?

16 A    November 5th, 1985.

17 Q    I direct your attention again to Burning Springs.  Who

18 served as judge?

19 A    R. Cletus Maricle.

20 Q    And who served as the other judge?

21 A    Douglas Adams.

22 Q    At South Fork, could you tell us who served as judge?

23 A    Josephine Davidson.

24 Q    And at Harts Branch, who served as judge?

25 A    Charles Wayne Jones.

1    Q    And at Garrard, who served as judge?

2    A    James Edward Hoskins.

3    Q    Do you know James Edward Hoskins?

4    A    Yes.

5    Q    Does he go by another name?

6    A    Hoss Hoskins.

7    Q    PR57.  Do you know Josephine Davidson?

8    A    Yes.

9    Q    And how has she been employed there in the county, to your

10   knowledge?

11   A    In the past, she was secretary for R. Cletus Maricle.

12   Q    Okay.  And when you say "secretary," was that while he was

13   judge?

14   A    I think so.

15   Q    PR57.  What election did that represent?

16   A    November 4th, 1986.

17   Q    I direct your attention to the South Fork precinct.  Who

18   served as judge?

19   A    Paul Bishop.

20   Q    And who served as the other judge?

21   A    Josephine Davidson.

22   Q    Who served as clerk?

23   A    Brenda Bishop.

24   Q    Do you know if Brenda Bishop and Paul Bishop are related?

25   A    They're husband and wife.

BEVERLY GRAY – CONTINUED DIRECT – MR. SMITH          66

1    Q    Pin Hook, could you tell us who served as judge at the

2    Pin Hook precinct?

3    A    As judge?

4    Q    Yes, ma'am.

5    A    Joyce Campbell.

6    Q    And who was the other judge?

7    A    Eugene Lewis.

8    Q    Do you know him by any other names?

9    A    Mutton Lewis.

10   Q    PR58, what election did that represent?

11   A    November 8th, 1988.

12   Q    And at the Pigeon Roost precinct, who's the judge?

13   A    Frank Roberts, Jr., and Charlie "Thum" Davidson.

14   Q    Who served at the South Fork precinct as judge?

15   A    Josephine Davidson and Paul Bishop.

16   Q    And at the Burning Springs precinct, who served as judge?

17   A    William L. Richmond and Douglas Adams.

18   Q    I direct your attention back to PR57.  Look at the Burning

19   Springs precinct, and what election was that for, ma'am?

20   A    That was for November 4th, 1986.

21   Q    Who served at the Burning Springs precinct as judge?

22   A    Douglas Adams and R. Cletus Maricle.

23            MR. SMITH:  Thank you.

24            I would like to hand the witness now what's marked as

25   PR59.

1   BY MR. SMITH:

2   Q    Do you recognize PR59?

3   A    Yes.

4   Q    And tell us what that is, ma'am.

5   A    It is a statement that I was asked to make stating the

6   starting and ending dates for Melanda Adams Hacker that worked

7   in our office.

8   Q    As part of the your duties at the Clerk's Office, are you

9   also in charge of payroll?

10  A    I do payroll, yes.

11  Q    And is this a record kept in the ordinary course of

12  business?

13  A    Yes, it is.

14       MR. SMITH:  I would move for its introduction at this

15  time.

16       THE COURT:  Any objection?

17       (No response.)

18       THE COURT:  Exhibit PR59 will be admitted.

19  BY MR. SMITH:

20  Q    What time period did Melanda Adams work for the Clay

21  County Court Clerk's Office, ma'am?

22  A    She began on January 24th, 2005, and she resigned

23  effective February the 22nd, 2008.

24       MR. SMITH:  Thank you.

25       I would like to hand the witness now what's marked as

BEVERLY GRAY - CONTINUED DIRECT - MR. SMITH        68

1  PR60, 61, and 62.

2  BY MR. SMITH:

3  Q    Can you identify those, ma'am?

4  A    Yes.  It is a copy of bonds that Kenneth Day had to fill

5  in order to serve on the Republican member of the County --

6  Clay County Board of Elections.

7  Q    And are those records kept in the ordinary course of

8  business?

9  A    Yes, they are.

10        MR. SMITH:  I would move for their introduction at

11  this time.

12        THE COURT:  Any objection?

13     (No audible response.)

14        THE COURT:  Exhibits PR60 through 62 will be

15  admitted.

16        MR. SMITH:  Your Honor, I would ask for permission to

17  publish the first page there of PR60.

18        THE COURT:  Yes, sir, you may.

19  BY MR. SMITH:

20  Q    Ma'am, for these documents, can you tell what years that

21  Kenneth Day was bonded to served as the Republican Election

22  Commissioner for the Clay County Board of Elections?

23  A    The bond shown on the screen is for July 1988 and it

24  expired July 1st, 1992.

25  Q    Okay.  Let's move on to PR61.

1    A    It is from July 1992, and it expired July 1st, 1996.

2    Q    PR62.

3    A    He filled the bond July 25th, 1996.  It doesn't have the

4    expiration date on this particular bond.  It should be every

5    four years.

6            MR. SMITH:  Thank you.

7            I would like to hand the witness now what's marked as

8    PR63.

9    BY MR. SMITH:

10   Q    Do you recognize PR63?

11   A    Yes.

12   Q    Can you identify that for the record?

13   A    It is a copy of the tabulation of the votes cast in the

14   May 1995 primary election.

15   Q    And are those records kept in the ordinary course of

16   business?

17   A    Yes, they are.

18           MR. SMITH:  I would like to hand the witness now

19   what's -- move for the introduction of PR63.

20           THE COURT:  Any objection?

21        (No audible response.)

22           THE COURT:  PR63 will be admitted.

23           MR. SMITH:  I would like to hand the witness now

24   what's marked as PR64 through PR70.

25           THE COURT:  Yes, sir.

1  BY MR. SMITH:

2  Q    Can you identify those?

3  A    Yes, they're all the same tabulations for all the

4  candidates and precincts in the elections held different years.

5  Q    And could you, for the record, identify the years which

6  those documents represent, please?

7  A    The first one is May 1994, May.

8  Q    If you could, for the record, what exhibit number?

9  A    That's Exhibit PR64 was for May the 24th, 1994; PR65 is

10 May 1993; PR66 is May 1992; PR67 is May 1985; PR68 is May 1983;

11 and PR70 is November 1990.

12           MR. SMITH:  Thank you.  I would move for their

13 introduction at this time.

14           THE COURT:  All right.  Let's see, was 69 referenced?

15 I may have missed the date, ma'am.  What was 69?

16           THE WITNESS:  I didn't — I don't have 69.

17           MR. SMITH:  It's through 68; is that correct?

18           Just one second, Your Honor.

19           THE COURT:  Yes, sir.

20           MR. SMITH:  For the record, Your Honor, I believe we

21 gave the witness 64 through 68 and 70.

22           THE COURT:  All right.

23 BY MR. SMITH:

24 Q    Is that verified by you, Ms. Gray?

25 A    Yes, it is.

BEVERLY GRAY – CONTINUED DIRECT – MR. SMITH        71

1          THE COURT:  All right.  Exhibits PR64 through 68 will

2   be admitted, and also 70, PR70, will be admitted.

3          MR. SMITH:  I would ask for permission to publish

4   PR67.

5          THE COURT:  Yes, sir, you may.

6   BY MR. SMITH:

7   Q    What election year is represented by PR67, ma'am?

8   A    May 1985.

9   Q    And could you look at the second page there with us on the

10  monitor and tell us if there was a race between Darrell "Corky"

11  McKeehan and Mike Hooker?

12  A    Okay.  I see that.

13  Q    Darrell "Corky" McKeehan and Mike Hooker?

14  A    Yes.

15  Q    Show us, again, what race were they contending for?

16  A    Justice of the Peace for District No. 2.

17  Q    Is that what presently is known as the magistrate

18  position?

19  A    Yes.

20  Q    I would like to direct your attention now to PR68.  What

21  year was this election held?

22  A    May 1983.

23  Q    Could you identify if there was a race for circuit judge

24  in 1983?

25  A    Yes.

1  Q    And who was contending for the office of circuit judge in

2  Clay County?

3  A    Oscar Gayle House and Clay M. Bishop.  Wait a minute.  I'm

4  sorry.  That one was David Gillis Colson, Oscar Gayle House,

5  B. Robert Stivers, and Clay M. Bishop.

6  Q    Ma'am, but the question was, was there a race for circuit

7  judge in that 1983 November race?

8  A    Okay.  Yes.  What I stated previously was for the

9  May 1983.  There were four candidates for then, and then the

10 two vote-getters run in November '83, which was between Oscar

11 Gayle House and Clay M. Bishop.  I'm sorry.

12 Q    Thank you for correcting that.  Do you have PR69?

13 A    I don't have 69.

14        MR. SMITH:  If I could have just a minute.

15        THE COURT:  Yes, sir.

16        MR. SMITH:  I would like to hand the witness now PR79

17 and 80.

18 BY MR. SMITH:

19 Q    Can you identify PR79 and 80, ma'am?

20 A    They're just copies of sample absentee ballots.

21 Q    And are those records kept in the ordinary course of

22 business?

23 A    Yes, they are.

24        MR. SMITH:  I would move for the introduction of

25 Government's Exhibits PR79 and 80.

BEVERLY GRAY – CONTINUED DIRECT – MR. SMITH     73

1              THE COURT:  Any objection?

2          (No audible response.)

3              THE COURT:  PR79, I believe, is the general election

4    for '06, and 80 is the May '06 Democratic primary ballot, those

5    will be admitted.

6              THE WITNESS:  Yes, that's correct.

7              MR. SMITH:  I would like to hand in the witness now

8    what's marked as Government's Exhibit M8.

9    BY MR. SMITH:

10   Q    Can you identify M8?

11   A    Yes.  It is the letter that we received from the

12   Department of Local Government stating the salary for what the

13   County Clerk is allowed to receive.  There also is a letter

14   from the Department of Local Government telling us that their

15   Clerk had completed the training to be received as incentive

16   pay, and also copies of his W-2 forms from 2003 through 2009.

17   Q    As part of your duties for payroll in the office, are

18   these documents kept in the ordinary course of business?

19   A    Yes, they are.

20             MR. SMITH:  I would move for their introduction at

21   this time.

22             THE COURT:  Any objection?

23         (No audible response.)

24             THE COURT:  Exhibit M8 will be admitted.

25             MR. SMITH:  Now I would like to hand to the witness

1  M9.

2          THE COURT:  Yes, sir.

3  BY MR. SMITH:

4  Q    Can you identify M9?

5  A    Yes, it is a copy of a statement that I made stating that

6  the County Board of Elections, that their pay — how much their

7  pay was for the years 2002 through 2008.  I actually seen they

8  billed to the Fiscal Court for each County Board member for the

9  dates that they attended meetings and for their service on

10  election day.

11  Q    Now, do paid members for the Clay County Board of

12  Elections include election officers serving in the positions of

13  judge?

14  A    Well, this was just for the County Board members alone,

15  this statement is for, it was for just the Board members.

16  Q    Are there fees that are paid to the other officers

17  separately?

18  A    Yes.

19  Q    And do you pay each of those, the sheriff, the clerk, and

20  the two judges for their services?

21  A    Yes, the County Judge issues those checks.  We turn the

22  statements over to them as to who served.

23  Q    So M9 represents the payment to the Board members but not

24  the other election officers?

25  A    That's correct.

1          MR. SMITH:  I would move for the introduction of

2    Government's Exhibit M9.

3          THE COURT:  Any objection?

4       (No audible response.)

5          THE COURT:  Exhibit M9 will be admitted.

6          MR. SMITH:  If I could have just a moment, Your

7    Honor.

8          THE COURT:  Yes, sir.

9          MR. SMITH:  I pass the witness.

10         THE COURT:  All right.  Thank you.

11         Mr. Hoskins.

12         MR. HOSKINS:  Thank you, Your Honor.

13                      CROSS-EXAMINATION

14   BY MR. HOSKINS:

15   Q    Good morning, Ms. Gray.  My name is David Hoskins, and I

16   represent Cletus Maricle.  I just have a few questions for you.

17        First of all, do you still have the exhibit up there that

18   had those three deeds?  I think it's PR46.

19   A    Yes, I do.

20   Q    Those deeds list -- at least a couple of them has a

21   Charles Marcum on there --

22   A    Yes.

23   Q    -- as one of the parties?

24   A    Yes.

25   Q    Do those deeds reflect that that would be a Charles Marcum

1  who lived in McKee, Kentucky?

2  A    Yes, they do.

3  Q    Jackson County?

4  A    That's correct.

5  Q    So that would not be the same Charles Marcum who was the

6  jailer of Clay County, would it?

7  A    Not to my knowledge, it's not.

8  Q    Okay.  You've shown us a whole bunch of records today and

9  I'm just wondering if you can tell us if any of those records

10 that you've brought in would tell us the number of registered

11 voters in all of Clay County?  Would you have that information?

12 A    No, I do not have that information with me.

13 Q    Do you know that from your work experience?

14 A    I would estimate around 17-, 18,000.  That's just a mere

15 estimate.

16 Q    Okay.  And do you know if the records that you brought in

17 would show the registered voters in the Manchester city

18 precincts?

19 A    No, I don't have that in my records.

20 Q    Do you have an estimate for that number?

21 A    No, I don't.

22 Q    Okay.  The Manchester city precincts that would vote in

23 the city elections would be Manchester precinct?

24 A    Yes.

25 Q    And East Manchester precinct?

1  A    Yes.

2  Q    And there's one more, isn't there?

3  A    We have a few voters that live in Garrard but live in the

4  city limits, maybe Portersburg, and I'm not sure if Whites

5  Branch might have some or Horse Creek, very few voters.  They

6  live within the city limits, but yet they still live within

7  the — they don't live in the — they live in the city limits

8  but they don't live in the magisterial boundaries.

9  Q    Okay.  Does that mean that those voters, say, in

10 Portersburg, they live in the city limits, when they go to the

11 polling place, they get one ballot that would have the city

12 offices on it?

13 A    Yes, the roster that they sign is marked so that the

14 election officer knows that they vote in the city limits, and

15 there's a place on the machine that they would mark that they

16 would have the regular ballot plus the city ballot.

17 Q    Okay.  So voters at, say, Portersburg where there may be

18 some city people, there would be two different types of ballots

19 that those voters at that precinct would get, depending on

20 whether or not they lived in the city?

21 A    Yes, that's correct.

22 Q    But there would only be a few in Portersburg, you think?

23 A    Yes, only a few.

24 Q    Only a few in Horse Creek?

25 A    Uh-huh.

1  Q    And only a few in Garrard?

2  A    Yes.

3  Q    So the Manchester city precinct would be all city voters,

4  wouldn't it?

5  A    That's correct.

6  Q    And the East Manchester precinct would be all city voters,

7  wouldn't it?

8  A    That's correct.

9  Q    Is there another one, another big city precinct?

10  A    No, Whites Branch also has some, but there's not as many.

11  Q    Okay.  So the big two for the city voters would be

12  Manchester and East Manchester?

13  A    That's correct.

14         MR. HOSKINS:  That's all, thank you.

15         THE COURT:  All right.  Thank you, Mr. Hoskins.

16         MR. WESTBERRY:  Thank you, Judge.  May I question

17  from here?

18         THE COURT:  Yes, sir, that's fine.

19         MR. WESTBERRY:  Thank you.

20                      CROSS-EXAMINATION

21  BY MR. WESTBERRY:

22  Q    Good morning, Ms. Gray.

23  A    Good morning.

24  Q    I'm Kent Westberry, I'm one of the attorneys who represent

25  Doug Adams.

1   A    Okay.

2   Q    You were shown a document, ma'am, PR59 I believe is the

3   number, and it was a letter, I believe a "To whom it may

4   concern" letter regarding Melanda Adams.

5   A    Yes.

6   Q    Do you recall that just awhile ago?

7   A    Yes.

8   Q    If you have it up there and if it's not too hard to look

9   through those papers to find it, I would ask if you could go

10  ahead and pull that out, ma'am.  59.  I'm sorry, I know there's

11  a bunch of stuff up there.

12  A    Yeah.

13       Okay, I have it.

14  Q    You have it.  Now, I think I remember the date of that

15  letter is December 2nd of 2009?

16  A    Yes.

17  Q    Now, you're the deputy clerk in the County Court Clerk's

18  Office; correct, ma'am?

19  A    Yes.

20  Q    Do you recall or remember the circumstances under which

21  you were asked to write that letter?

22  A    Yes.  I'm not sure if it was Timothy Briggs or Buddy Blair

23  that asked me to make this statement.

24  Q    In other words, the government asked you to write that

25  letter; is that your recollection, ma'am?

BEVERLY GRAY - CROSS - MR. WESTBERRY                    80

1  A    Yes.

2  Q    Now, I know you probably told us yesterday, but one more

3  time, please.  How long have you served in the Clerk's Office?

4  A    Since 1977, a little over 30 years.

5  Q    And how long have you been the chief deputy?

6  A    We don't have a position as chief deputy.

7  Q    I had the impression you were sort of the number two

8  person.  Was I incorrect about that?

9  A    Yeah, there's no such thing as that.

10  Q    Okay.  Let me ask it a different way, I'm sorry.  During

11  the period of time that Melanda Adams worked in the Clerk's

12  Office, did she work — would you have been a supervisor of

13  hers?

14  A    Yes, uh-huh.

15  Q    Now, I think, according to the letter that you were asked

16  to write by the government, she began to work the end of

17  January '05 and left in February of '08.  Do I have those dates

18  right, ma'am?

19  A    Yes, that's correct.

20  Q    Okay.  Now, of course, Freddy Thompson is currently the

21  Clerk of the County Court; is that correct?

22  A    That's correct.

23  Q    All right.  He took office, I believe, in January of 2003,

24  if I recall correctly?

25  A    That's correct.

1    Q    So Melanda Adams didn't actually start to work in the

2    Clerk's Office until about, oh, two years, thereabouts, later;

3    is that correct?

4    A    That's correct.

5    Q    Didn't come on the heels of the election or anything like

6    that, did she?

7    A    No.

8    Q    During the period of time, ma'am, that Melanda Adams

9    worked in the Clerk's Office and you indicated that you would

10   have been a supervisor for her, did you have a time to observe

11   her work performance?

12           MR. SMITH:  Objection, Your Honor.

13           THE COURT:  Overruled.

14   BY MR. WESTBERRY:

15   Q    Did you have an opportunity to observe how she did her

16   job?

17   A    Yes.

18   Q    How did she do her job?

19   A    Melanda was a good worker.

20           MR. SMITH:  Objection, Your Honor.

21           THE COURT:  Overruled.

22           MR. WESTBERRY:  Thank you.

23   BY MR. WESTBERRY:

24   Q    Could you say that again, I'm sorry, the government raised

25   their objection.  How was she as a worker?

1   A    Melanda was a good worker.

2   Q    Okay.  According to the letter that you were asked to

3   write, she left -- resigned effective February 22nd, 2008; is

4   that right?

5   A    That's correct.

6   Q    Was she asked to leave or anything like that?

7            MR. SMITH:  Objection, Your Honor.

8            THE COURT:  Sustained.

9   BY MR. WESTBERRY:

10  Q    Do you know what she's doing now?

11  A    Yes, she's running her own business.

12  Q    Thank you.

13       Now, a little while ago you were shown some documents

14  which indicated that a number of people would have served in

15  various capacities as election officers, clerks, judges, and

16  dates going back as far, I believe, as the '70s and the '80s.

17  Do you recall that line of questioning a little while ago?

18  A    Yes.

19  Q    My question, Ms. Gray, in your experience -- You indicated

20  under questioning from the prosecution that you've seen those

21  kind of documents before.

22  A    That's correct.

23  Q    In your experience, is it unusual for the same person

24  serving as some kind of an election officer in several

25  elections over a number of years, is anything unusual about

1  that?

2  A    No.

3  Q    Anything unusual about families having — you know, one

4  family maybe having different family members serve as election

5  officers in the parts of the county where they live?

6  A    No.

7  Q    I don't want to steal my colleague, Mr. Simons', thunder.

8  Let me ask you:  You were asked about a Stanley Bowling having

9  served as an election officer.  I believe it's Document No. 54,

10  and I don't — back in 1980.  Do you recall Mr. Smith asking

11  you about a Stanley Bowling serving as —

12  A    Yes.

13  Q    My question to you is this:  Is there more than one

14  Stanley Bowling in Clay County, if you know?

15  A    Yes, there is.

16  Q    We have Mr. Bowling who's present here in the courtroom

17  this morning.  Is there a fellow with a nickname Soup Bone?

18  A    Yes.

19  Q    Okay.  Are we talking about the same person, ma'am?

20  A    Soup Bone is not the Stanley Bowling that's here.

21  Q    All right.  There's another Stanley Bowling and his name

22  is — nickname is Soup Bone?

23  A    Yes, that's correct.

24          MR. WESTBERRY:  Thank you very much.  I pass the

25  witness, Judge.

1              THE COURT:  All right.  Thank you.

2              Mr. White?

3              MR. WHITE:  I just have a few, Your Honor.  May I ask

4    from here, please?

5              THE COURT:  Yes, sir, that's fine.

6                        CROSS-EXAMINATION

7    BY MR. WHITE:

8    Q    Good morning, Ms. Gray.

9    A    Good morning.

10   Q    My name is Scott White, I represent Wayne Jones sitting

11   right here.  I want to ask you a few questions.

12        The first, do you have all those exhibits in front of you?

13   Let me tell you the ones I wanted to ask you about is PR4 and

14   PR16.

15             MR. WHITE:  Actually, I think I can just do

16   everything from PR16, Your Honor.

17             THE WITNESS:  Sixteen has several letters.

18   BY MR. WHITE:

19   Q    It does.  And there's a PR16, and then it begins PR16A and

20   then goes on.  I need the one without the letter after the 16.

21   I believe it's a list for appointment of precinct election

22   officers to the May '06 election.

23   A    Okay.  Got it.

24   Q    Do you have it?

25   A    Yes, sorry.

1  Q    The first thing I want to ask you is, is this a preprinted

2  form?  Not what's filled out, but without all the handwriting,

3  would that have been a preprinted form?

4  A    Yes, it is.

5  Q    And does it say — on the top of it, does it say

6  "Commonwealth of Kentucky, State Board of Elections, List for

7  Appointment Precinct Elections Officers"?

8  A    That's correct.

9  Q    Could you go to page 21 of that document?

10  A    Of the Democrat list?

11  Q    Yes, ma'am.  As I recall, pages one through 20 were the

12  Republican list and 21 through 40 was the Democrat list; is

13  that correct?

14  A    Okay.  That's correct.

15  Q    And if you could look at the bottom, the signature is

16  Donald R. Nolan, Sr., Title Chairman, date, March 14th, '06; is

17  that accurate?

18  A    Yes, that's correct.

19  Q    Do you know who Donald Nolan is?

20  A    At the time he was the Democratic Chairman for Clay

21  County.

22  Q    Was he the chairman of the entire Democratic party in Clay

23  County?

24  A    Yes, he was.

25  Q    Is this the list that the Clay County Board of Elections

1  then uses to appoint the Democrat judge for a particular

2  precinct and then the alternate clerk or sheriff?

3  A    That's correct.

4  Q    In your experience —— once these appointments are made,

5  are these appointments then placed into the actual Board of

6  Election minutes for that particular month, so that if I looked

7  at a Clay County Board of Elections' minutes for the May 2006

8  meeting, would it reference who all had been appointed as

9  election officers, or would I just simply have to look at this

10  document?

11  A    No, sometimes it's in the minutes and sometimes it wasn't.

12  Q    Were there times that the folks that were appointed by the

13  Board of Elections from this list —— or these lists, were there

14  times that that person didn't show up and someone else had to

15  go?

16  A    That's correct.

17  Q    In those instances, would any substitutions show up on a

18  later Board of Elections' minutes?

19  A    It should.

20  Q    Would it be a fair statement that to determine exactly who

21  served as an election officer in a particular precinct for a

22  particular election, a person would have to review not only

23  this document called List for Appointment, but we would also

24  need to look at the Board of Election minutes around that

25  election to see if there were any alternates brought in?

BEVERLY CROSS - MR. WHITE                    87

1  A    Yes, that's correct.

2  Q    Could you get in front of you -- That's all I have about

3  that.  Thank you.

4       Could you get in front of you PR34, ma'am, which is the

5  November 6th -- I'm sorry, November 2006 report on absentee

6  machine?  Just let me know when you have it.

7  A    Okay.  I have it.

8  Q    Thank you.  And, again, is this a form from the

9  Commonwealth of Kentucky, State Board of Elections, that was

10 then filled out?

11 A    Yes, it is.

12 Q    Do you know who in your office, if you know, would have

13 filled out Exhibit PR34, the Precinct Sheriff's Post-Election

14 Report?

15 A    Well, it was probably typed by me.  I'm not sure.  I

16 usually keep the Board minutes.  So it was probably typed by

17 me, and then Charles Wayne Jones signed it.

18 Q    In the gray box on the upper left, it says, "County, Clay,

19 date of election, 11-7-06, precinct absentee."  Is that your

20 handwriting, by chance?

21 A    I don't think so.  I think that's probably Evelyn's,

22 Evelyn Dezarn, that works in the office.

23 Q    Is Ms. Dezarn a long time deputy clerk as well?

24 A    Yes, she is.

25 Q    Was she there before you or after you?

1   A    After me.

2   Q    And it would have been typed by either you or Ms. Dezarn;

3   is that right?

4   A    That's correct.

5   Q    Would that form have been completed before you gave it to

6   Mr. Jones to sign?

7   A    Yes.

8   Q    And that is -- you recognize the signature, that is his

9   signature on the bottom?

10  A    Yes, it is.

11  Q    What are the hours -- what are the times that a Clay

12  County resident -- Strike that.

13       Did you testify on direct that during absentee voting

14  there is just one absentee voting precinct for the entire

15  county of Clay?

16  A    Yes, if they vote absentee, there's just one machine

17  stationed in our office.  It has the whole ballot for the whole

18  county.

19  Q    Do you recall where the machine was located in November of

20  '06.

21  A    It's in our office, it's a conference -- what we call a

22  little conference room in our office.

23  Q    So that's part of the Clerk's Office?

24  A    Yes, it is.

25  Q    Now, you testified that Mr. Jones -- Strike that.  How

BEVERLY GRAY CROSS - MR. WHITE                           89

1   long is the absentee voting precinct open?

2   A    The law states it has to be open 12 days prior to the

3   election.

4   Q    Do you start -- you count back from the election day, and

5   I'm just going to, for simplicity, just say May 22nd, would I

6   start counting back, 22, 21, 20, until I got to the 12th day?

7   A    Well, the days that the office is open.

8   Q    Is the precinct open during all of the regular business

9   hours?

10  A    Yes, it is.

11  Q    What are the regular business hours for the Clay County

12  Clerk's Office?

13  A    8:00 through 4:30, Monday through Friday, and 8:00 to

14  12:00 on Saturday.

15  Q    Do you recall in the 2006 election -- and I'm just going

16  to ask you about the general, since that's the one -- the

17  general, I mean, the fall election.  Would Mr. Jones have been

18  the only election officer working the absentee voting precinct?

19  A    Not normally, but I'm not sure.

20  Q    What's the norm?  Based on your experience being there,

21  what is the typical way that election officers -- how many

22  election officers there are?

23  A    The two commissioners usually assist with the absentee

24  voting in the office.

25  Q    That would be the Republican and the Democratic

1  Commissioner?

2  A    Yes.

3  Q    And they are both on the County Board of Elections?

4  A    Yes.

5  Q    When are the absentee ballots tabulated?

6  A    The paper ballots, we have a machine that will count

7  those.  Those papers are run through the machine and it counts

8  them.  Sometimes, for instance, if they're not marked correctly

9  or something and that machine kicks them out, then they have to

10  be manually counted.  That's for the paper.  Then the machines

11  are just totaled like any other machines.

12  Q    What day is that done?

13  A    On election day.

14  Q    Is there a particular time of day that you're required to

15  begin doing that task?

16  A    Yes, we have to start by 10:00 in the morning.

17  Q    Did you testify on direct that the Clay County Board of

18  Elections is in continuous session throughout election day?

19  A    Yes, they're supposed to be there to handle any matters

20  that come before the Board of Elections, and the elections

21  start at 6:00 in the morning, and then until all the supplies

22  and votes are brought back in that night.  Usually it's around

23  8:00.

24  Q    Could you refer, ma'am — this would have been an exhibit,

25  I believe, from yesterday, PR160.  It looks like 160, but it's

1  PR16O, which would have been the Board minutes, the Clay County

2  Board of Elections minutes, for the year 2006, and this is the

3  last few questions I have for you.

4  A    Okay.  I have it.

5  Q    Let's go back real quick.  I just saw that I forgot to ask

6  you a follow-up.  Did you testify in response to my question

7  just a moment ago about when the absentee votes are tabulated,

8  my recollection was you said the paper absentee ballots are

9  done on election day starting at 10:00 a.m.  What about the

10 absentee ballots that are cast on the machines?

11 A    We usually close that one out first, because we can do

12 that one because the voting has be finished the day before.

13 Q    So that's the first thing do you at 10:00 a.m.?

14 A    Yes.

15 Q    Or whenever you start?

16 A    Typically, yes.

17 Q    Now, let me get you back, sorry about that, to

18 Exhibit PR16O.  And if you could go to page — I believe it's

19 going to be eight, the May 16th, 2006, primary election day

20 meeting.

21 A    Okay.

22 Q    Do you have that one in front of you, ma'am?

23 A    Yes.

24 Q    I wanted to ask you, it says that it went into session at

25 5:30 a.m. on May 16th; is that correct?

1  A    That's correct.

2  Q    And then members —— could you —— it says, "Members present

3  were Freddy Thompson as the clerk."  Is he the chairman?

4  A    Yes.

5  Q    And then William H. Bishop was the Republican

6  Commissioner?

7  A    Yes.

8  Q    And then it says Edith Jordan, Democrat Commissioner.

9  A    Well, that's a mistake.

10  Q    What should that say instead of Democrat Commissioner?

11  A    It should say sheriff's replacement.

12  Q    Is Edith Jordan —— who was the sheriff in May of '06?

13  A    Edward Jordan was the sheriff, but since he's not allowed

14  to serve on the County Board of Elections when he is a

15  candidate, then his wife was his replacement.

16  Q    So Edith Jordan is Edd Jordan's wife?

17  A    That's correct.

18  Q    Thank you.

19       The next paragraph states —— Let me ask you, were you, as

20  the secretary, the person taking notes, were you there with the

21  Board during the day?

22  A    Yes, I'm in the office all day.

23  Q    Would this next paragraph have been written or typed by

24  you from your notes?

25  A    Yes, it was.

BEVERLY GRAY - CROSS - MR. RICHARDSON                93

1  Q    Does that say, "Wayne Jones was absent at the beginning of

2  the meeting because he was serving as an election officer in

3  the Harts Branch precinct.  However, he did attend later when

4  the absentee ballots were being counted"?

5  A    That's correct.

6  Q    Was Wayne Jones the Democrat Commissioner in May of '06?

7  A    Yes.

8        MR. WHITE:  If you can give me just a moment, ma'am.

9        That's all I have.  Thank you very much, Ms. Gray.

10       Thank you.

11       MR. ABELL:  Judge, I don't have any questions.

12       THE COURT:  Thank you, Mr. Abell.

13       MR. RICHARDSON:  Yes, sir, Your Honor, thank you very

14  much.

15                      CROSS-EXAMINATION

16  BY MR. RICHARDSON:

17  Q    Ms. Gray, my name is Tucker Richardson, and I'm one of the

18  people that represents Freddy Thompson here today.

19       You got a lot of paperwork up there around you, don't you?

20  A    Yes.

21  Q    And these elections create a lot of work for the County

22  Attorney's Office?

23  A    Yes, County Clerk's Office, yes.

24  Q    Where are the records kept at the conclusion -- once the

25  election is over, where are the records -- all the election

1  records kept?

2  A    The night of the election or permanently?

3  Q    After everything is done and boxed up, where are the

4  records kept?

5  A    They're kept in the County Clerk's Office in what we call

6  our deed room.  We have — that's where the books are kept.

7  Q    So they are in — that is not in Freddy's office, in

8  Freddy's private office; correct?

9  A    No.  They're kept — like the tabulations, now a lot of

10  the records, you know, we just put them in boxes in storage,

11  and we just have a storage area that we put those in.

12  Q    And this deed room, is it open to the public?

13  A    Yes, it is.

14  Q    I want to direct your attention briefly to PR4.  It was

15  one of the first things introduced, and that was yesterday.  It

16  was the election officer training list.

17  A    I'm familiar with that.  I don't have it in front of me,

18  but I know.

19  Q    I figured you might.  This — was this a form that was

20  created by Freddy so we would know who had attended the

21  session, or is it an AOC form?

22  A    No, it's just a form that we made in our office.  It was

23  not a form that was provided to us by the State or anything.

24  Q    And the idea of this form is to make sure that the

25  election officers who are appointed attended the training

1  session to be qualified as election officers?

2  A    That's correct, because the law states that they have to

3  attend training.

4  Q    And in '06, May of '06, not only did they have to attend

5  the election officer training, they also had to attend the

6  training for the new machine?

7  A    Correct.

8  Q    And that was also on that form, PR4?

9  A    Yes.

10  Q    Now, I want to direct your attention to PR5, which was the

11  statement for the County Board of Elections, the bill, and also

12  it was referenced at the very end in M9 the amount paid to the

13  County Board of Elections.  Are you familiar with what I'm

14  talking about?

15  A    Yes, uh-huh.

16  Q    And it showed that Freddy Thompson received a salary of a

17  thousand dollars for his work as the Clay County Board of

18  Elections?

19  A    That's what it shows, but Freddy doesn't get to receive

20  that money.  That money has to be turned back over to our

21  office.

22  Q    So when that check comes from the Fiscal Court to Freddy,

23  he signs it and gives it to you to be deposited in the County

24  Clerk's fund, doesn't he?

25  A    Yes, that's correct.

BEVERLY GRAY CROSS - MR. RICHARDSON                96

1  Q    I want to direct your attention – and this was again
2  yesterday – to PR15E.  And let me explain it to you so you
3  don't have to go through all that material.  There was a
4  handwritten note in Freddy's writing that said that Anthony
5  Miller called the AG's on Delbert Roberts, and then underneath
6  it had a line and underneath it says, "Millard Wagers, Garrard,
7  changing ballots after voter leaves."  Do you recall that?
8  A    Yes, I recall.
9  Q    For the Board —— Everybody in the office is pretty much
10 there during the election?
11 A    Yes.
12 Q    All day long?
13 A    All day long.
14 Q    And the idea is you–all are taking complaints that people
15 might have?
16 A    Yes.
17 Q    And you're —— are you required to write down all those
18 complaints?
19 A    I don't know that it's a requirement.  It's just easier to
20 keep up with anything.  So whoever takes the phone call just
21 has a pad and they write it down and then give the complaints
22 to the County Board of Elections.
23 Q    So everybody has a pad and a pencil available during the
24 day, and as phone calls come in, they write down notes and pass
25 it on to the County Board of Elections?

1  A    Yes; correct.

2  Q    And, in fact, Freddy keeps a pad of paper with him also?

3  A    Yes.

4  Q    And that is what that is, isn't it?

5  A    That's correct.

6  Q    And these pads are collected at the end of the day or the

7  next day?

8  A    Uh-huh.

9  Q    Bound up together?

10  A    Yes.

11  Q    Correct?

12  A    Correct.

13  Q    And then placed into this box of election materials?

14  A    Yes.

15  Q    And this stuff is required to be kept for 22 months?

16  A    That's correct.

17  Q    Were the election officers sent out —— at some point

18  during the day, were not William Hugh Bishop and Wayne Jones

19  sent to the Garrard precinct or the Manchester precinct to

20  check on complaints?

21  A    Yes, we received some complaints from some voters in the

22  Garrard precinct, and Freddy Thompson sent William Hugh Bishop

23  and Wayne Jones to the Garrard precinct to see —— to check on

24  the complaints.

25  Q    Thank you.

1       I want to direct your attention back briefly to the PR16.

2   And you don't have to get it out, I think we can go without

3   going through it again.  The Republicans in Clay County vastly

4   overwhelm the Democrats?

5   A    That's correct.

6   Q    So the precinct captains who nominate the election

7   officers for the Republicans, there's several different names?

8   A    Correct.

9   Q    Of precinct -- or Republican precinct captains?

10  A    Uh-huh.

11  Q    But for the Democratic precinct captains, it's all Don

12  Nolan?

13  A    Yes.

14  Q    Kind of a one-man show?

15  A    It's my understanding that if the captains do not submit

16  the list to their chairman, the chairman themself can submit a

17  list.

18  Q    I want to direct your attention to PR24, the official

19  election results from November '06.  And I don't think -- I

20  just -- I don't think you need to get that out to see it, but I

21  noticed that there's also a list of absentee voters, and there

22  was 299 plus one.

23  A    Yes.

24  Q    And those are the paper ballots?

25  A    I think so.

1  Q    You want to get that out?

2  A    I'll probably have to look at it.  What was the number

3  again?

4  Q    PR24.  That's the official election results.

5        MR. RICHARDSON:  Just a minute, Judge, please.

6  BY MR. RICHARDSON:

7  Q    I'm looking also at PR27A, please.

8  A    I have 24.  Just let me find 27.

9        THE COURT:  To speed things along, I'm going to allow

10 the witness to use my copy of 27A.

11       MR. RICHARDSON:  Judge, could you also please provide

12 her with 31A?

13       Thank you, Judge.

14 BY MR. RICHARDSON:

15 Q    My question is, there looks to be on 27A, Certificates on

16 Absentee Ballots, that there were 299 absentee ballots?

17 A    Yes.

18 Q    And those are paper absentee ballots?

19 A    That's what I think.  This is not a form that I completed.

20 Beverly Craft, a lady that works in the office, completed this

21 form.  But it says Certificates of Issued Absentee Ballots, and

22 it says, "Ballot First Mailed," so I'm sure it's the paper

23 ballots.

24 Q    In order to get a paper ballot, a paper absentee ballot,

25 an individual calls your office or comes to your office?

1    A    Okay.  The voter themselves can call, a parent, child,

2    husband, and wife can call and request an application for an

3    absentee ballot to be mailed to the voter.

4    Q    Or they can walk in and request it also?

5    A    Yes.

6    Q    And then an absentee ballot is mailed to them or official

7    request?

8    A    No, it is the request whenever they make the call, and

9    then we mail them an application for an absentee ballot.  The

10   voter signs that application stating the facts as to why they

11   need the application, and then we mail the ballot to them after

12   we receive the application back.

13   Q    So there's a phone call requesting an application,

14   application mailed, application mailed back, and then the

15   official ballot goes to them?

16   A    That's correct.

17   Q    Thank you.

18        If PR31A has a note on the front of the first page,

19   walk-in, 299, and then it has the 302.  That's walk-in absentee

20   voters?

21   A    Yes.

22   Q    Are you sure?

23   A    No, I'm not sure, because that's not something I do.

24   Q    I'm going to go now to PR24, the official election

25   results, and I want to go right to the first race, which I

 1  believe is Hal Rogers versus Kenneth Stepp.  Hal Rogers versus

 2  Kenneth Stepp?

 3  A    Yes.

 4  Q    And paper absentee ballot votes are 198 versus 76?

 5  A    That's correct.

 6  Q    That's not 299 paper absentee ballots, though?

 7  A    No.

 8  Q    Why is there a discrepancy between the number of paper

 9  absentee ballots that were voted versus the number that

10  actually voted?

11  A    Someone might not have decided to vote in that contest.

12  Like we might issue 300 ballots, but everybody might not vote

13  in each race.

14  Q    Thank you.

15       When someone requests an absentee ballot from the Clerk's

16  Office, do you question them why they want it?

17  A    No, they usually state if they're disabled and need it and

18  then we mark it on there.  But when they mark the application

19  themselves, they're the one making the statement, it's not for

20  our determination.

21  Q    So if a voter wants an absentee ballot, you're required to

22  give them to them?

23  A    Yes.

24  Q    PR22 - and you don't have to get it out - it's the public

25  inspection of machines in May of '06?

1  A    Yeah.

2  Q    That's advertised in the newspaper?

3  A    It is.

4  Q    For the public to come by and see and inspect the machine

5  to make sure it's properly correct when it starts?

6  A    They are welcome to come and watch the process of when the

7  County Board of Elections inspects the machines.

8  Q    I want to direct your attention to PR30A.  This is a

9  Post-Election Statistical Report, and I don't think you have to

10  get it out again.  But it was the envelope, the envelope that

11  is filled out by the 20 precincts and the election officers for

12  each precinct certifying that the results are correct?

13  A    I don't know.  I might need to see that one.

14  Q    Okay.  30A.

15  A    30A?  Okay, 38, as I stated —

16  Q    30A.

17  A    30A?

18  Q    Yes, ma'am.

19  A    Okay.  I see 30A.

20  Q    It's the last page.

21  A    A copy of the envelope?

22  Q    Yes, ma'am.

23  A    Okay.

24  Q    Basically that envelope is signed by the four precinct

25  workers?

BEVERLY GRANNIS - CROSS - MR. RICHARDSON          103

1   A     That's correct.

2   Q     The election officers for each precinct?

3   A     Yes.

4   Q     And in that envelope is the tape from the machine where

5   it's been closed out and all the results are on that tape?

6   A     Correct.

7   Q     And then the election officers certify that that's the

8   correct tape?

9   A     Uh-huh, that's correct.

10  Q     And the Board — the County Board of Elections uses that

11  tape and that certification to place that number on the

12  official ballot that gets mailed to the state?

13  A     Yes.

14        MR. RICHARDSON:  I'm done with that, Judge.

15  BY MR. RICHARDSON:

16  Q     I want to direct you to PR36.  And I'm going the tell you

17  what it is so you don't have to look for it.  This is the

18  election officers for the November '06 with corrections?

19  A     Okay.

20  Q     Do you recall that document?

21  A     Yes.

22  Q     There are a lot of corrections on that document, are there

23  not?

24  A     Yes, a lot of lines drawn through, yes.

25  Q     A lot of elections officers in November of '06 didn't

1  serve?

2  A    Correct.

3  Q    Because of all the problems that surfaced after May of

4  '06?

5  A    I couldn't say.

6            MR. SMITH:  Your Honor, I'm going to object to the —

7            THE COURT:  Sustained.

8            MR. RICHARDSON:  I'll withdraw it, Judge.

9  BY MR. RICHARDSON:

10 Q    I want to ask you one question about Melanda Adams.  Was

11 the job created for Melanda or did someone quit and she took

12 their place?

13 A    Someone quit and she took their place.

14           MR. RICHARDSON:  That's all, Your Honor.  Thank you.

15           THE COURT:  All right.  Thank you.

16           MR. RICHARDSON:  Oh, Your Honor, may I — excuse me,

17 I have one more thing I would like to —

18           THE COURT:  Yes, sir.

19           MR. RICHARDSON:  I want to show this to Mr. Smith.

20           MR. SMITH:  May we approach?

21           THE COURT:  Yes, sir, you may come up.

22           Before the attorneys come up, ladies and gentlemen,

23 I'm going to go ahead and give you your lunch break at this

24 time.  I'm going to excuse you until 1:00.  Please keep in mind

25 the admonition that you've been given previously not to discuss

1  the case while we are in recess.  The jury will be excused
2  until that time.
3      (Whereupon, the jury retired from the courtroom, after
4  which the following proceedings were had in open court.)
5          THE COURT:  Ms. Gray, you'll be excused until 1:00 as
6  well.  You can leave everything there.  We're going to try to
7  organize this over the lunch hour.
8          THE WITNESS:  Okay.
9          THE COURT:  Thank you, and please be seated.
10          The record will reflect the jury is not present at
11  this time and neither is the witness.
12          Do the parties need to take up an issue?
13          MR. SMITH:  Your Honor, I have been handed a report,
14  it's purporting to be a filing in the County Clerk's Office.
15  The concern I have is -- maybe we'll be able to resolve this,
16  but this has not been produced pursuant to the grand jury
17  subpoena and Mr. Thompson is representing it to be a record of
18  that office.  And I could be mistaken, but it doesn't appear to
19  be one which was produced when the grand jury was doing the
20  investigation.  So I have some concern about this document and
21  I would want to object to it if it is purporting to be
22  something that is not accurately a record that was filed and
23  should have been produced pursuant to our subpoena.  And so
24  maybe through the lunch hour, I can have confirmation, but --
25          THE COURT:  All right.  Why don't you pass that up to

1   me so I can see what it is before we take our lunch break, and

2   then we'll start back ten minutes early, start back at ten

3   minutes until 1:00 to take up this issue.

4          All right.  Mr. Smith, you can check on that during

5   the lunch hour.  We'll resume at 12:50 and take up this issue.

6          Any other matters that we can take up outside the

7   presence of the jury?

8      (No response.)

9      THE COURT:  We'll be in recess until 12:50.

10     (Whereupon, a recess was had for the noon hour, after

11  which the proceedings continue uninterrupted to Volume 17-B.)

12                    (Proceedings concluded at 11:50 a.m.)

13

14

15               C E R T I F I C A T E

16     I, Cynthia A. Oakes, certify that the foregoing is a

17  correct transcript from the record of proceedings in the

18  above-entitled matter.

19

20  3/7/2010                    s/CYNTHIA A. OAKES
        DATE                    CYNTHIA A. OAKES, RPR, RMR, CRR
21

22

23

24

25

1

I N D E X

2                                                                          PAGE

3   Testimony of BEVERLY GRAY:
          Continued Direct Examination by Mr. Smith:        6
4         Cross-Examination by Mr. Hoskins:                75
          Cross-Examination by Mr. Westberry:              78
5         Cross-Examination by Mr. White:                  84
          Cross-Examination by Mr. Richardson:             93

6

7

8

E X H I B I T S

9

| Government's<br>Exhibit No. | Identified | Page<br>Admitted |
|---|---|---|
| M8 | 73 | 74 |
| M9 | 74 | 75 |
| PR18 | 6 | 7 |
| PR18A | 19 | 20 |
| PR18B | 19 | 20 |
| PR18C | 19 | 20 |
| PR18D | 19 | 20 |
| PR18E | 19 | 20 |
| PR18F | 20 | 21 |
| PR19 | 21 | 22 |
| PR20 | 23 | 23 |
| PR21 | 9 | 10 |
| PR22 | 24 | 24 |
| PR23 | 27 | 27 |
| PR23A | 28 | 29 |
| PR24 | 18 | 18 |
| PR25 | 30 | 30 |
| PR25A | 30 | 30 |
| PR25B | 30 | 30 |
| PR25C | 30 | 30 |
| PR25D | 30 | 30 |
| PR25E | 30 | 30 |
| PR25F | 30 | 30 |
| PR25G | 30 | 30 |
| PR25H | 30 | 30 |
| PR25I | 30 | 30 |
| PR25J | 30 | 30 |

1  EXHIBITS (Cont'd)

2  Government's                                                    Page
   Exhibit No.              Identified                         Admitted
3

4     PR25K                     30                                 30
      PR25L                     30                                 30
5     PR26A                     33                                 34
      PR26B                     33                                 34
6     PR26C                     33                                 34
      PR26D                     33                                 34
7     PR26E                     33                                 34
      PR26F                     33                                 34
8     PR26G                     33                                 34
      PR26H                     33                                 34
9     PR26I                     33                                 34
      PR26J                     33                                 34
10    PR26K                     33                                 34
      PR27A                     12                                 12
11    PR27B                     34                                 35
      PR27C                     34                                 35
12    PR27D                     34                                 35
      PR27E                     34                                 35
13    PR27F                     34                                 35
      PR27G                     34                                 35
14    PR27H                     34                                 35
      PR28A                     36                                 37
15    PR28B                     37                                 38
      PR29                      38                                 39
16    PR30A                     39                                 40
      PR30B                     42                                 43
17    PR30C                     42                                 43
      PR30D                     42                                 43
18    PR31A                     15                                 15
      PR31B                     16                                 17
19    PR31C                     45                                 45
      PR32                      44                                 44
20    PR33                      44                                 44
      PR34                      46                                 46
21    PR35                      46                                 46
      PR36                      48                                 49
22    PR37                      49                                 50
      PR38                      50                                 50
23    PR39                      51                                 52
      PR40                      52                                 52

24

25

EXHIBITS (Cont'd)

| Government's Exhibit No. | Identified | Page Admitted |
|---|---|---|
| PR41 | 52 | 53 |
| PR42 | 54 | 54 |
| PR43 | 54 | 55 |
| PR44 | 55 | 56 |
| PR46 | 57 | 58 |
| PR47 | 58 | 58 |
| PR48 | 60 | 61 |
| PR49 | 60 | 61 |
| PR50 | 60 | 61 |
| PR51 | 60 | 61 |
| PR52 | 60 | 61 |
| PR53 | 60 | 61 |
| PR54 | 60 | 61 |
| PR55 | 60 | 61 |
| PR56 | 60 | 61 |
| PR57 | 60 | 61 |
| PR58 | 60 | 61 |
| PR59 | 67 | 67 |
| PR60 | 68 | 68 |
| PR61 | 68 | 68 |
| PR62 | 68 | 68 |
| PR63 | 69 | 69 |
| PR64 | 70 | 71 |
| PR65 | 70 | 71 |
| PR66 | 70 | 71 |
| PR67 | 70 | 71 |
| PR68 | 70 | 71 |
| PR70 | 70 | 71 |
| PR79 | 72 | 73 |
| PR80 | 72 | 73 |