UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON
CR NO. 09-CR-16-DCR

*ELECTRONICALLY FILED*

UNITED STATES OF AMERICA                                                        PLAINTIFF

v.          **MOTION TO CONTINUE TIME OF SENTENCING HEARING**

PAUL E. BISHOP                                                                      DEFENDANT

\*   \*   \*   \*   \*

Comes the Defendant, **Paul E. Bishop**, by counsel and respectfully requests the Court to continue the sentencing hearing currently scheduled for **Monday, April 19, 2010**, beginning at the hour of **10 a.m**., at the United States Courthouse in London, Kentucky.  The undersigned requests the matter be continued to a later time on Monday, April 19, 2010 for the reason that the undersigned has a previously scheduled Sentencing Hearing in the matter of United States v. Kalbfleisch, 09CR92 on April 19, 2010 at 11 a.m. in Lexington, Kentucky before the Honorable Judge Joseph M. Hood.

WHEREFORE, the Defendant, **Paul E. Bishop**, respectfully requests a continuance be granted scheduling the hearing at a later time on April 19, 2010 or to another day and time at the Court's convenience.  The undersigned attorney has communicated with Hon. Stephen Smith, Assistant United States Attorney and has been informed that the government has no objection to the Defendant's Motion to Continue the sentencing hearing to a later time on Monday April 19, 2010.

Respectfully submitted,

KATHRYN A. WALTON, PLLC
201 West Vine Street
Lexington, KY  40507
(859) 381-0667
kwalton@kwaltonlaw.com


BY:  *s/ Kathryn A. Walton*
    KATHRYN A. WALTON
    ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of April, 2010, a true and correct copy of the foregoing was filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:  Hon. Stephen Smith, Stephen.smith4@usdoj.gov, Hon. Jason Parman, Jason.Parman@usdoj.gov, Office of United States Attorney, U. S. Courthouse, 310 South Main Street, London, Kentucky 40745-5045; and all counsel of record.


  *s/ Kathryn A. Walton*
ATTORNEY FOR DEFENDANT