UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON
CR NO. 09-CR-16-DCR

*ELECTRONICALLY FILED*

UNITED STATES OF AMERICA                                                                              PLAINTIFF

v.                                                         **ORDER**

PAUL E. BISHOP                                                                                            DEFENDANT

\*   \*   \*   \*   \*

This matter is before the Court for consideration of the defendant, Paul E. Bishop's, Motion to Continue the sentencing hearing scheduled for **Monday, April 19, 2010 beginning at 10 a.m.** at the United States Courthouse in London, Kentucky. The Court having considered the record and being otherwise sufficiently advised;

**IT IS ORDERED** that the sentencing hearing is continued to _____, April _____, 2010 beginning at the hour of _____ \_.m., at the United States Courthouse in London, Kentucky.

This the _____ day of _____, 2010.

_____
DANNY C. REEVES
JUDGE, UNITED STATES DISTRICT COURT