UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

CRIMINAL NO. 09-16-S-DCR                    ELECTRONICALLY FILED

UNITED STATES OF AMERICA                              PLAINTIFF


V.                    PLAINTIFF'S NOTICE OF FILING


RUSSELL CLETUS MARICLE, ET.AL.                        DEFENDANTS

\* \* \* \* \*

Comes the United States of America, by counsel, and gives the Court notice of the filing of a Preliminary Judgment of Forfeiture in accordance with the Special Verdict Form regarding forfeiture returned by the jury in this action.

Respectfully submitted,

EDWIN J. WALBOURN, III
UNITED STATES ATTORNEY


By:   s/David Y. Olinger, Jr.
      David Y. Olinger, Jr.
      Assistant U.S. Attorney
      260 West Vine Street, Suite 300
      Lexington, KY 405071
      (859) 233-2661
      David.Olinger@usdoj.gov


CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2010, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which sent notice to all registered CM/ECF participants.

 s/David Y. Olinger, Jr.
David Y. Olinger, Jr.