# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
### SOUTHERN DIVISION
#### (at London)

UNITED STATES OF AMERICA,      )
                               )
       Plaintiff,              )
                               )
v.                             )     Cause No. 6:09-CR-00016-DCR-REW-9
                               )
STANLEY BOWLING,               )
                               )
       Defendant.             )

## MOTION FOR ADMISSION *PRO HAC VICE*

Comes now Larry A. Mackey, a member in good standing of the bar of the State of Indiana, and respectfully requests permission to appear and participate *pro hac vice* as co-counsel with Mr. Daniel Simons for Defendant, Stanley Bowling, in this matter.

Attached to this motion are the following:

1.      A document issued by the Supreme Court of the State of Indiana where Mr. Mackey has been admitted to practice, showing that the applicant attorney has been admitted in such Court and that he is in good standing therein; and

2.      The Affidavit of Larry A. Mackey stating that he is a member in good standing of the Indiana Bar and that he is not the subject of any disciplinary or criminal proceeding.

Respectfully submitted,


/s/ Larry A. Mackey
Larry A. Mackey
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, Indiana  46204
Telephone:  317-231-7236
Facsimile:  317-231-7433
Email:  lmackey@btlaw.com

Attorney for Defendant, Stanley Bowling

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record by the Court's electronic filing service this 9th day of July, 2010:

/s/ Larry A. Mackey
Larry A. Mackey