UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 6:09-CR-00016-DCR-REW-9 |
| ) | |
| STANLEY BOWLING, ) | |
| ) | |
| Defendant. ) | |

### AFFIDAVIT OF LARRY A. MACKEY

STATE OF INDIANA

COUNTY OF MARION

Larry A. Mackey, being fully sworn, deposes and says:

1. My name is Larry A. Mackey. I am a partner in the law firm of Barnes & Thornburg LLP, 11 South Meridian Street, Indianapolis, Indiana 46204;

2. I desire to appear specially, on behalf of Stanley Bowling, as a visiting attorney before the United States District Court for the Eastern District of Kentucky, *pro hac vice*, in matters pertaining to the captioned criminal matter, namely Criminal Action No. 6:09-CR-00016-DCR-REW, *United States of America v. Russell Cletus Maricle, et al.*;

3. I am currently a member in good standing of the Bar of the State of Indiana and licensed to practice before the highest court in the State of Indiana and the United States District Court for the Northern and Southern Districts of Indiana. I was admitted to the Indiana Bar in 1986 (No. 11740-49), have been licensed, and in good standing to practice law in Indiana since that time. In addition, I was admitted to practice law in Illinois in 1976 (No. 1723324).

4. I am not currently nor have I ever been suspended or disbarred by any jurisdiction. I have not been the subject of disciplinary action by the bar or court of any jurisdiction;

5. No criminal charges have been instituted against me;

6. With reference to all matters in this action, I consent to the jurisdiction of this Court and the Kentucky Supreme Court as if I were regularly admitted to practice before it;

_____
Larry A. Mackey

Sworn to and subscribed before me, this ___9th___ day of July 2009.

_____
NOTARY PUBLIC

My Commission Expires:  
___4/7/16___

My County of Residence:  
___Hendricks___

INDS02 LVM 1119025v1