# SUPREME COURT OF
# THE STATE OF INDIANA



## Certification

**STATE OF INDIANA, SS:**

I, Kevin S. Smith, Clerk of the Supreme Court of Indiana, do hereby certify that

*LARRY ALLEN MACKEY*

is a member of the bar of said Court since admission on *May 19th 1987*, and is in good standing therein.

GIVEN under my hand and the seal of said Court at Indianapolis, Indiana, this *9th* day of *July*, 20 *10*.

KEVIN S. SMITH
CLERK, SUPREME COURT OF INDIANA