UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 6:09-CR-00016-DCR-REW-9 |
| | ) | |
| STANLEY BOWLING, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

This matter is before the Court on the motion of Larry A. Mackey requesting permission for Mr. Mackey of the law firm of Barnes & Thornburg LLP, to appear and participate *pro hac vice* as counsel for Defendant, Stanley Bowling, in this case.

IT IS HEREBY ORDERED that Larry A. Mackey be, and hereby is, granted permission to appear and participate *pro hac vice* as co-counsel with Mr. Daniel Simons for Defendant, Stanley Bowling, in this case.

Dated this _____ day of July, 2009.

_____
Judge, United States District Court
Eastern District of Kentucky

Copies to:

All Counsel of Record

INDS02 LVM 1119026v1