# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# SOUTHERN DIVISION
# LONDON

CRIMINAL CASE NO. 09-16-S-DCR                              *UNDER SEAL*

UNITED STATES OF AMERICA,                                  PLAINTIFF,

v.

CHARLES WAYNE JONES , et al.                               DEFENDANTS.

## DEFENDANT JONES' MOTION FOR NEW TRIAL
## BASED ON JUROR MISCONDUCT

Defendant Charles Wayne Jones, by and through counsel, joins in Defendant Thompson's Motion for Extension of Time to file a Motion for Judgment of Acquittal and Motion for New Trial.[1] The Defendant Jones' Motion here seeks acquittal as to his conviction on Counts 3, 5, 6, and 7, and a new trial as to Counts 1.  The Defendant Thompson's Motion is premised on the recent troika of United States Supreme Court decisions interpreting the honest services mail fraud statute,  18 U.S.C.§1346. *Skilling v. United States,* ____ U.S. _____, 2010 WL 2518587 June 24, 2010 (NO. 08-1394), slip op. at 34-51; *Black v. United States,* _____ U.S. _____, 2010 WL 2518593, June 24, 2010 (NO. 08-876), slip op. 5-8; and, *Weyhrauch v. United States,* _____ U.S. _____, 2010 WL 2518696 (Mem), June 24, 2010 (NO. 08-1196).

The Defendant Jones filed a similar pre-trial Motion on these grounds.[2] In addition, at least one United States District Court has granted post-conviction *habeas* relief based on these opinions in a bribery case involving the former North Carolina Agriculture Commissioner. *Geddings v. United States,* No.s 5:06-CR-136-D, AND 5:08-CV-425-D, United States District Court for the Eastern District of North Carolina, slip op., June 29, 2010. Counsel for Defendant

---

[1] DN# 973
[2] DN# 588. The Court denied the Motion as untimely. [DN#621].

is aware of one other District Court formally dealing with the effect of *Skilling* in the context of whether to proceed with a new trial following a prior mistrial. *United States v. Ring,* United States District Court for the District of Columbia, No. 1:08-cr-274-ESH .

WHEREFORE, the Defendant Jones respectfully requests that the Court extend the time in which to file a Motion for Acquittal and New Trial.

A proposed order is attached as Exhibit A.

This the 24th day of June, 2010.

/s/ Scott White_____.
Scott White
Morgan & Pottinger, P.S.C.
133 W. Short Street
Lexington, KY  40507
859. 226-5288 (DIRECT)
859. 255-2038 (FAX)
tsw@m-p.net
Counsel for Defendant Jones

Certificate of Service

This Motion is being served via electronic mail on all counsel of record.

_/s/ Scott White____.
Scott White

2