**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**LONDON**

CRIMINAL CASE NO. 09-16-S-DCR                              *UNDER SEAL*

UNITED STATES OF AMERICA,                                    PLAINTIFF,

v.

CHARLES WAYNE JONES , et al.                               DEFENDANTS.

**ORDER**
**(proposed)**
\*\*\* \*\*\* \*\*\*

The Defendant Charles Wayne Jones, by and through counsel, has joined in Defendant Thompson's Motion for Extension of Time to file a Motion for Judgment of Acquittal and Motion for New Trial.

For good cause shown it is ORDERED that the Defendant Jones shall have five days from the date of the entry of this order to file a Motion for Acquittal and New Trial or provide notice that he is joining in the Defendant Thompson's Motion for Acquittal and New Trial permitted to be filed by prior Order [DN#___].

So ORDERED this ___ day of _____, 2010.

_____.
Danny C. Reeves, District Judge presiding