UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

CRIMINAL NO. 09-16-S-DCR                    ELECTRONICALLY FILED

UNITED STATES OF AMERICA                                      PLAINTIFF

V.            MOTION FOR SUBSTITUTE ASSETS

RUSSELL CLETUS MARICLE, ET.AL.                          DEFENDANTS

\* \* \* \* \* \* \* \* \* \*

Comes the United States, through counsel, and moves for entry of an order of forfeiture as to substitute assets pursuant to the provisions of 21 U.S.C. § 853(n) and Fed.R.Crim.P. 32.2, and in support thereof submits the following:

1. On April 15, 2010, a Preliminary Judgment of Forfeiture was entered against the above defendants which included a money judgments of $3,200,000.00 and $1,513,512.36.

2. At present, no amounts have been applied to either money judgment and the full balance is still due.

3. The United States has discovered property of the defendants that could be used to partially satisfy the judgments pursuant to 21 U.S.C. § 853(n).

4. The United States requests the Preliminary Judgment be amended to include the following assets be applied to the money judgments herein:

**PROPERTY OF CLETUS MARICLE**:

1)      Real Property located at 393 Circle Dr., Manchester, KY., and recorded in Deed Book 260, page 350, in the name of Judy Maricle, with all appurtenances and improvements thereon.

2)      Real Property located in Manchester, KY., and recorded in Deed Book 292, page 109, in the name of Cletus Maricle, with all appurtenances and improvements thereon.

3)      Real Property located at 735 Memorial Dr., Manchester, KY and recorded in Deed Book 234, page 527, in the name of Cletus R. Maricle and Judy Maricle, with all appurtenances and improvements thereon.

4)      Real Property located in Manchester, KY and recorded in Deed Book 275, page 189, in the name of Cletus R. Maricle and Judy Maricle, with all appurtenances and improvements thereon.

5)      Real Property located at 99 Fox Trail Rd., Manchester, KY and recorded in Deed Book 288, page 513, in the name of Judy Maricle, with all appurtenances and improvements thereon.

6)      Real Property located at Fox Trail Rd., Manchester, KY and recorded in Deed Book 251, page 441, in the name of Judy Maricle, with all appurtenances and improvements thereon.

7)      One 1997 Norris Yacht Widebody Mercruiser, Serial #NYL7516W5297, Engine Numbers P#0K199165, S#0k029984, named "Judge's Chambers."

**PROPERTY OF STANLEY BOWLING:**

1)      Real Property located at 201 Bert Combs Lake Rd., Manchester, KY and recorded in Deed Book 271, page 220, in the name of Stanley H. Bowling, with all appurtenances and improvements thereon.

2)      Real Property located at 201 Bert Combs Lake Rd., Manchester, KY and recorded in Deed Book 221, page 17, in the name of Stanley H. Bowling, with all appurtenances and improvements thereon.

**PROPERTY OF WILLIAM B. MORRIS AND DEBRA MORRIS:**

Real Property located at Parsley Hil Rd., London, KY and recorded in Deed Book 631, page 44, Laurel County Clerk's Office, in the name of William B. Morris and Debra Lynn Morris, with all appurtenances and improvements thereon.

**PROPERTY OF DOUGLAS C. ADAMS:**

1) Real Property located at 716 North Highway 11, Manchester, KY and recorded in Deed Book 263, page 347, Clay County Clerk's Office, in the name of Douglas Adams and Laura Adams, with all appurtenances and improvements thereon.  This also includes all rights under the Coal Lease Agreement recorded in Lease Book 92, page 169, Clay County Clerk's Office.

2) Real Property located at North Highway 421, Manchester, KY and recorded in Deed Book 289, page 455, Clay County Clerk's Office, in the name of Douglas Adams and Laura Adams, with all appurtenances and improvements thereon.

**PROPERTY OF WILLIAM STIVERS:**

Real Property located at 3234 Highway 638, Manchester, KY and recorded in Deed Book 272, page 525, Clay County Clerk's Office, in the name of William Stivers and Alene Stivers, with all appurtenances and improvements thereon.

**PROPERTY OF CHARLES WAYNE JONES:**

Real Property located at 84 Rhodes St., Manchester, KY and recorded in Deed Book 139, page 437, Clay County Clerk's Office, in the name of Charles Wayne Jones, with all appurtenances and improvements thereon.

5. Upon entry of the Court's Order, the United States will serve notice to all third parties that may have an interest in the above real property advising them of their right to file a Petition and have a hearing to adjudicate their interest.

A proposed Order is tendered herewith.

                                                Respectfully submitted,

        KERRY B. HARVEY
        UNITED STATES ATTORNEY

        s/ David Y. Olinger, Jr.
        David Y. Olinger, Jr.
        Assistant United States Attorney
        260 W. Vine St., Suite 300
        Lexington, KY 40507
        (859) 685-4896

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will notify all registered CM/ECF participants.

        s/ David Y. Olinger, Jr.
        Assistant U.S. Attorney