## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## SOUTHERN DIVISION
## LONDON

**CRIMINAL NO. 09-16-S-DCR**

**UNITED STATES OF AMERICA**                                    **PLAINTIFF**

**V.**                                    **ORDER**

**RUSSELL CLETUS MARICLE, ET.AL.**                                    **DEFENDANTS**

**\* \* \* \* \* \* \* \* \* \***

The United States, through counsel, having moved for entry of an Order of

forfeiture as to substitute assets pursuant to the provisions of 21 U.S.C. § 853(n) and

Fed.R.Crim.P. 32.2, and the Court being otherwise sufficiently advised:

IT IS HEREBY ORDERED, the following assets be applied to the money

judgments entered in this case:

**PROPERTY OF CLETUS MARICLE**:

1)      Real Property located at 393 Circle Dr., Manchester, KY., and recorded in Deed Book 260, page 350, in the name of Judy Maricle, with all appurtenances and improvements thereon.

2)      Real Property located in Manchester, KY., and recorded in Deed Book 292, page 109, in the name of Cletus  Maricle, with all appurtenances and improvements thereon.

3)      Real Property located at 735 Memorial Dr., Manchester, KY and recorded in Deed Book 234, page 527, in the name of Cletus R. Maricle and Judy Maricle, with all appurtenances and improvements thereon.

4)      Real Property located in Manchester, KY and recorded in Deed Book 275, page 189, in the name of Cletus R. Maricle and Judy Maricle, with all appurtenances and improvements thereon.

5)      Real Property located at 99 Fox Trail Rd., Manchester, KY and recorded in Deed Book 288, page 513, in the name of Judy Maricle, with all appurtenances and improvements thereon.

6)      Real Property located at Fox Trail Rd., Manchester, KY and recorded in Deed Book 251, page 441, in the name of Judy Maricle, with all appurtenances and improvements thereon.

7)      One 1997 Norris Yacht Widebody Mercruiser, Serial #NYL7516W5297, Engine Numbers P#0K199165, S#0k029984, named "Judge's Chambers."

**PROPERTY OF STANLEY BOWLING:**

1)      Real Property located at 201 Bert Combs Lake Rd., Manchester, KY and recorded in Deed Book 271, page 220, in the name of Stanley H. Bowling, with all appurtenances and improvements thereon.

2)      Real Property located at 201 Bert Combs Lake Rd., Manchester, KY and recorded in Deed Book 221, page 17, in the name of Stanley H. Bowling, with all appurtenances and improvements thereon.

**PROPERTY OF WILLIAM B. MORRIS AND DEBRA MORRIS:**

Real Property located at Parsley Hil Rd., London, KY and recorded in Deed Book 631, page 44, Laurel County Clerk's Office, in the name of William B. Morris and Debra Lynn Morris, with all appurtenances and improvements thereon.

**PROPERTY OF DOUGLAS C. ADAMS:**

1)      Real Property located at 716 North Highway 11, Manchester, KY and recorded in Deed Book 263, page 347, Clay County Clerk's Office, in the name of Douglas Adams and Laura Adams, with all appurtenances and improvements thereon.  This also includes all rights under the Coal Lease Agreement recorded in Lease Book 92, page 169, Clay County Clerk's Office.

2)      Real Property located at North Highway 421, Manchester, KY and recorded in Deed Book 289, page 455, Clay County Clerk's Office, in the name of Douglas Adams and Laura Adams, with all appurtenances and improvements thereon.

**PROPERTY OF WILLIAM STIVERS:**

Real Property located at 3234 Highway 638, Manchester, KY and recorded in Deed Book 272, page 525, Clay County Clerk's Office, in the name of William Stivers and Alene Stivers, with all appurtenances and improvements thereon.

**PROPERTY OF CHARLES WAYNE JONES:**

Real Property located at 84 Rhodes St., Manchester, KY and recorded in Deed Book 139, page 437, Clay County Clerk's Office, in the name of Charles Wayne Jones, with all appurtenances and improvements thereon.

It is further ORDERED that the United States Marshal shall seize forthwith the aforedescribed forfeited property and dispose of the said property in accordance with the law. The United States shall provide notice as required by law.

The United States is authorized to conduct appropriate discovery and to conduct any necessary ancillary proceedings as provided by Title 21, United States Code, Section 853(n) as to the rights of third parties who may have an interest in the property forfeited herein.

It is further ORDERED that the Clerk deliver copies of this Order to all counsel of record and the United States Marshal for the Eastern District of Kentucky.

Dated this the _____ day of _____, 2010.

_____
UNITED STATES DISTRICT JUDGE

Prepared by:

KERRY B. HARVEY
UNITED STATES ATTORNEY


/s/ David Y. Olinger, Jr.
David Y. Olinger, Jr.
Assistant United States Attorney
260 W. Vine St., Suite 300
Lexington, Kentucky 40330
(859) 233-2661