UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT LONDON

CRIMINAL ACTION NO.: 6:09-CR-16-02-DCR

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |

v

RUSSELL CLETUS MARICLE;
DOUGLAS C. ADAMS;
CHARLES WAYNE JONES;
WILLIAM E. STIVERS,
a/k/a AL MAN;
FREDDY W. THOMPSON;
WILLIAM B. MORRIS, a/k/a BART;
DEBRA L. MORRIS, a/k/a DEBBIE;
and STANLEY BOWLING                                                             DEFENDANTS

*Electronically Filed*
*** *** ***

## MOTION SEEKING LEAVE TO FILE BRIEF ON EFFECTS OF THE *SKILLING* OPINION ON THE INSTANT CASE

Comes the Defendant, Douglas C. Adams, through counsel, and moves the Court for permission to file a brief outlining the effects of *Skilling v. United States*, ___ U.S. ___, 2010 WL 2518587 (2010), on the instant case. In support thereof, Defendant Adams states as follows:

As this Court is aware, the United States Supreme Court recently issued the opinion in *Skilling*. In that opinion, the Supreme Court limited the definition of "honest services" as set forth 18 U.S.C. 1346 to bribery and kickback schemes. Although the case had not been decided prior to the trial of this matter, Defendant Adams filed a motion prior to trial indicating that the *Skilling* opinion, when rendered, may potentially have serious impacts on this case. (*See* DE #583).

After rendition of the *Skilling* opinion, counsel for Adams reviewed the opinion to assess its applicability to the facts and allegations in this case. Upon deciding that the opinion potentially

invalidated Adams' convictions, counsel then sought the best manner by which to raise this issue with the trial court. As the time for filing a new trial motion had already elapsed, counsel sought alternate methods by which to raise the issue with the trial court. Certainly, this is a unique situation as the *Skilling* opinion was not in effect at the time of trial, but instead was rendered in that short span of time between trial and sentencing. Thus, the best avenue by which to raise this issue was not easily determined and Adams and his counsel wanted to raise the issue in a manner which made best use of the court's valuable time and resources.

In the meantime, Defendants Freddy Thompson and Charles Wayne Jones sought extensions to file new trial motions based upon the *Skilling* opinion and the United States filed a response in opposition. (*See* DE #973, DE #981, DE #984, and DE #985.) By Order entered yesterday, July 15, 2010, this Court directed the United States to submit a brief by July 23rd outlining its position regarding the effects of the *Skilling* opinion on the instant case. (*See* DE #991.) Counsel for Defendant Adams interprets the Court's Order as directing the United States to outline the effect of *Skilling* on the convictions of *all* of the defendants in this case.

In the interest of judicial economy and to prevent a rehashing of this issue in the future, Defendant Adams requests that he be granted permission to file a brief based upon the effects of the *Skilling* decision on this case. Specifically, Adams would request that the Court allow him to outline why he believes the *Skilling* decision invalidates his convictions. Pursuant to the Court's order, Defendants Thompson and Jones have been given until July 30, 2010, to file a brief on this subject. As the facts and circumstances pertaining to each individual defendant are unique, Defendant Adams believes the briefs filed by Thompson and Jones will not adequately outline the effects of the *Skilling* decision on Adams' conviction.

WHEREFORE, Defendant Adams respectfully requests that he be given until July 30, 2010,

to file a brief in response to the United States' brief outlining the effects of the *Skilling* opinion on the instant case, particularly Adams' convictions.

        Respectfully submitted,

        s/ R. Kent Westberry
        R. Kent Westberry
        Kristin N. Logan
        LANDRUM & SHOUSE, LLP
        220 W. Main St., Ste. 1900
        Louisville, KY 40202-1395
        Ph: (502) 589-7616
        Fx: (502) 589-2119
        kwestberry@landrumshouse.com
        klogan@landrumshouse.com

        Bennett E. Bayer
        LANDRUM & SHOUSE, LLP
        106 West Vine Street
        Lexington, KY 40588-0951
        Ph: (859) 255-2424
        Fx: (859) 233-0308
        bbayer@landrumshouse.com

        ***COUNSEL FOR DEFENDANT***
        ***DOUGLAS C. ADAMS***

## **CERTIFICATE OF SERVICE**

I hereby certify that on the ___ day of July, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

It is further certified that I mailed the foregoing document and the notice of electronic filing by first class mail to the following non-CM/ECF participants:

N/A

                                                /s R. Kent Westberry
                                                *Counsel for Defendant*
                                                *Douglas C. Adams*