**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT LONDON**

**CRIMINAL ACTION NO.: 6:09-CR-16-02-DCR**

**UNITED STATES OF AMERICA**                                        **PLAINTIFF**

VS.                                **ORDER**

**RUSSELL CLETUS MARICLE;
DOUGLAS C. ADAMS;
CHARLES WAYNE JONES;
WILLIAM E. STIVERS,
a/k/a AL MAN;
FREDDY W. THOMPSON;
WILLIAM B. MORRIS, a/k/a BART;
DEBRA L. MORRIS, a/k/a DEBBIE;
and STANLEY BOWLING**                             **DEFENDANTS**

*Electronically Filed*
*\*\*\* \*\*\* \*\*\**

IT IS HEREBY ORDERED that Defendant Douglas C. Adams' motion seeking leave to file brief on effects of the *Skilling* Opinion on the instant case is GRANTED. Said brief shall be due on or before July 30, 2010..