UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

CRIMINAL NO. 09-16-S-DCR                    ELECTRONICALLY FILED

UNITED STATES OF AMERICA                                        PLAINTIFF

V.    **MOTION OF UNITED STATES FOR EXTENSION OF TIME TO FILE SUPPLEMENTAL RESPONSE AND MOTION TO CONTINUE SENTENCING HEARINGS**

RUSSELL CLETUS MARICLE, ET AL.                              DEFENDANTS

* * * * * *

The United States moves for a thirty-day extension of time to supplement our response to Freddy W. Thompson's and Charles Wayne Jones's motions for judgment of acquittal on Counts 3, 5, 6, and 7, and for a new trial on Counts 1 and 12, and to continue the defendants' sentencing hearings pending a ruling on these motions because we need more time to consider our position. The Department of Justice is preparing a formal policy and guidance memorandum on a broad range of honest services fraud issues following the Supreme Court's decisions in *Skilling v. United States*, No. 08-1394, 2010 WL 2518587 (June 24, 2010), *Black v. United States*, No. 08-876, 2010 WL 2518593 (June 24, 2010), and *Bruce Weyhrauch v. United States*, No. 08-1196, 2010 WL 2518696 (June 24, 2010), that will determine the position we are required to take on the defendants' motions both in this Court and in any appeal. The Department's policy and guidance memorandum will ensure consistency in the manner the United States handles

pending honest services prosecutions and final convictions in the district and appellate courts across the country. The policy and guidance memorandum has been drafted and is being circulated among the Department's components and agencies for final approval. The Department expects to issue the policy and guidance memorandum within thirty days.

The United States's motion is made in the interests of justice, and not for the purposes of delay. Accordingly, the United States respectfully requests an extension of time to file its supplemental response and a continuance of the sentencing hearings.

Respectfully submitted,

KERRY B. HARVEY
UNITED STATES ATTORNEY

By:   s/ Stephen C. Smith
Assistant United States Attorney
601 Meyers Baker Road, Suite 200
London, KY 40741
Tel: (606) 864-5523
Stephen.Smith4@usdoj.gov

## CERTIFICATE OF SERVICE

On July 20, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System, which will send notice of filing to all counsel of record.

s/Stephen C. Smith
Assistant United States Attorney