UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

CRIMINAL NO. 09-16-S-DCR

UNITED STATES OF AMERICA                                                              PLAINTIFF

V.                                              **ORDER**

RUSSELL CLETUS MARICLE, ET AL.                                                DEFENDANTS

* * * * * *

The United States having filed a motion to continue the sentencing hearings in the above-styled case, for good cause shown, and the Court being otherwise sufficiently advised, it is hereby

ORDERED that the continuance is GRANTED and the sentencing hearings are continued as follows:

Russell Cletus Maricle to _____, 2010, at _____ .m.

Douglas C. Adams to _____, 2010, at _____ .m.

Charles Wayne Jones to _____, 2010, at _____ .m.

William E. Stivers to _____, 2010, at _____ .m.

Freddy W. Thompson to _____, 2010, at _____ .m.

Stanley Bowling to _____, 2010, at _____ .m.

William B. Morris to _____, 2010, at _____ .m.

Debra L. Morris to _____, 2010, at _____ .m.

This the _____ day of July, 2010.

_____
UNITED STATES DISTRICT JUDGE