UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action No. 6: 09-16-S-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| RUSSELL CLETUS MARICLE, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*

The Court being sufficiently advised, it is hereby

**ORDERED** that the United States' motion to continue the sentencing hearing of Defendant Russell Cletus Maricle [Record No. 996] is **GRANTED**. By separate Order, the Court will set a new date for sentencing of Defendant Maricle. However, the sentencing hearing previously scheduled for August 17, 2010, is **VACATED** and **SET ASIDE**.

This 23rd day of July, 2010.



Signed By:
*Danny C. Reeves* DCR
United States District Judge