# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# SOUTHERN DIVISION
# LONDON

CRIMINAL CASE NO. 09-16-S-DCR

UNITED STATES OF AMERICA,                                    PLAINTIFF,

v.

RUSSELL CLETUS MARICLE, et al.                               DEFENDANTS.

## DEFENDANT MARICLE'S MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO THE PRESENTENCE REPORT

Defendant Russell Cletus Maricle, by and through counsel, moves this Court for an extension of ten (10) additional days after the Court has addressed the motions which are currently pending to file objections to the presentence report. The PSR was disclosed to counsel on July 14, 2010. The report is extensive and quite complicated and due to counsel's heavy caseload, counsel will be unable to file meaningful objections by the deadline of July 27, 2010.

Furthermore, as the Government has advised this Court in its Motion to Reconsider Order Denying Continuance of Stiver's Sentencing Hearing, *all* of the defendants were convicted of a RICO conspiracy that involved honest services fraud. These convictions and the defendants' sentences may be impacted by the recent Supreme Court decisions, including *Skilling v. United States*. As the Government stated in its motion, these decisions could have a material effect on the statutory penalties of *all* defendants because the defendants' sentencing guidelines range appears to be limited by the aggregate statutory maximums involved in the counts of conviction. Accordingly, Defendant Maricle requires additional time to determine what impact the Skilling decision has on his sentence.

This motion is not for delay, but in the interest of justice. This motion should not prejudice any party since extensions were granted for Maricle's co-defendants and this Court continued Maricle's sentencing hearing upon motion of the Government.

Respectfully submitted,

STRAUSS & TROY, LPA

/s/ Candace C. Crouse
MARTIN S. PINALES (Ohio Bar No. 0024570)
CANDACE C. CROUSE (Ohio Bar No. 0072405)
The Federal Reserve Building
150 East Fourth Street
Cincinnati, Ohio 45202-4018
Telephone: 513-621-2120
Fax: 513-241-8259
mspinales@strausstroy.com
cccrouse@strausstroy.com

## CERTIFICATE OF SERVICE

I hereby certify that an exact copy of the foregoing document was provided via the Court's electronic filing system upon the parties of record, on the 23rd day of July, 2010.

/s/ Candace C. Crouse
CANDACE C. CROUSE (Ohio Bar No. 0072405)
