UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

CRIMINAL CASE NO. 09-16-S-DCR *ELECTRONICALLY FILED*

UNITED STATES OF AMERICA, PLAINTIFF,

v.

RUSSELL CLETUS MARICLE, et al. DEFENDANTS.

## PROPOSED ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO THE PRESENTENCE REPORT

It is hereby ordered that Defendant Maricle's Motion For Extension of Time to File Objections to the Presentence Report is hereby GRANTED. Defendant Maricle shall have ten (10) days after the Court has addressed the motions which are currently pending within which to file objections to his PSR.

Entered this ___ day of _____, 2010.

_____
Honorable Danny C. Reeves
United States District Court, Eastern District of Kentucky