UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action No. 6: 09-16-S-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| RUSSELL CLETUS MARICLE, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*

The Court being sufficiently advised, it is hereby

**ORDERED** Defendant Maricle's motion for an extension of time to file objections to his Presentence Investigation Reports ("PSR") [Record No. 1017] is **GRANTED**. This Defendant shall have ten (10) days after the Court has addressed the motions which are currently pending within which to file objections to his PSR.

This 23rd day of July, 2010.



-1-