# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
### SOUTHERN DIVISION
### LONDON

CRIMINAL CASE NO. 09-16-S-DCR

UNITED STATES OF AMERICA,                                      PLAINTIFF,

v.

RUSSELL CLETUS MARICLE, et al.                          DEFENDANTS.

## DEFENDANT MARICLE'S MOTION FOR PERMISSION TO FILE
## MOTION FOR NEW TRIAL
## AFTER THE STATUTORY DEADLINE

Defendant Russell Cletus Maricle, by and through counsel, and pursuant to Fed. R. Crim. P. 45, respectfully moves this Court for permission to file a Motion for New Trial on the grounds that such a motion was not filed within the statutory deadline due to excusable neglect. This Court agreed to entertain argument from the Government and some defendants on the effect of *Skilling v. United States*, 561 U.S. ____; No. 08-1394, 2010 LEXIS 5259 (June 24, 2010) on defendants' convictions. Maricle believes that the *Skilling* decision requires that his convictions be vacated and that he be granted a new trial. Because the *Skilling* case was not decided until June 24, 2010, and this Court has been willing to entertain arguments on the effect of the *Skilling* case on some of the other defendants, Maricle prays the Court will allow him to submit his motion for new trial beyond the statutory deadline. Such a Motion will not prejudice the United States or any other party to this case.

A copy of Maricle's Motion for New Trial and Memorandum in Support, along with proposed orders granting this Motion and the Motion for New Trial are attached for this Court's convenience.

Respectfully submitted,

STRAUSS & TROY, LPA

/s/    Martin    S.    Pinales
MARTIN S. PINALES (Ohio Bar No.  0024570)
CANDACE C. CROUSE (Ohio Bar No. 0072405)
The Federal Reserve Building
150 East Fourth Street
Cincinnati, Ohio 45202-4018
Telephone: 513-621-2120
Fax: 513-241-8259
mspinales@strausstroy.com
cccrouse@strausstroy.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that an exact copy of the foregoing document was provided via the Court's electronic filing system upon the parties of record, on the 10th day of August, 2010.

/s/   Martin   S.   Pinales
MARTIN S. PINALES (Ohio Bar No.  0024570)
