**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON**

CRIMINAL CASE NO. 09-16-S-DCR                    *ELECTRONICALLY FILED*

UNITED STATES OF AMERICA,                                    PLAINTIFF,

v.

RUSSELL CLETUS MARICLE, et al.                              DEFENDANTS.

**PROPOSED ORDER GRANTING
DEFENDANT MARICLE'S MOTION FOR NEW TRIAL**

It is hereby ordered that for good cause shown, Defendant Maricle's Motion For New Trial is hereby GRANTED.

Entered this ___ day of _____, 2010.

_____
Honorable Danny C. Reeves
United States District Court, Eastern District of Kentucky