UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

**CRIMINAL NO. 09-16-S-DCR**

**UNITED STATES OF AMERICA**                               **PLAINTIFF**

**RESPONSE OF UNITED STATES**
**V.**       **TO DEFENDANT'S MOTION FOR**
**PERMISSION TO FILE MOTION FOR NEW TRIAL**

**RUSSELL CLETUS MARICLE**                        **DEFENDANT**

\* \* \* \* \* \*

The United States objects to the motion for permission to file motion for new trial and in support incorporates by reference its responses filed previously to Jones, Thompson, and Bowling. [DE # 979, 985, 1026]. As the United States has been granted leave by the Court to supplement its response on the substance of these motions on or before August 27, 2010 [See DE # 1001, 1010], issues as to *Skillings* application to these convictions will be addressed therein.

Wherefore, the United States requests that the motion be denied.

                                             Respectfully submitted,

                                             KERRY B. HARVEY
                                             UNITED STATES ATTORNEY

                             BY:    S/ Stephen C. Smith
                                     Assistant United States Attorney
                                     601 Meyers Baker Road, Suite 200
                                     London, KY 40741
                                     Tel: (606) 864-5523
                                     Fax: (606) 864-3590
                                     stephen.smith4@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System which will send notice of filing to all counsel of record.

s/Stephen C. Smith<br>
Assistant United States Attorney