UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

**CRIMINAL NO. 09-16-S-DCR**

**UNITED STATES OF AMERICA**        **PLAINTIFF**

**V.**        **ORDER**

**RUSSELL CLETUS MARICLE**        **DEFENDANT**

\* \* \* \* \* \*

Defendant Maricle having filed a Motion for Permission to File Motion for New Trial, the United States having filed a Response in Opposition there to, for good cause shown, and the Court being otherwise sufficiently advised, it is hereby

ORDERED that the Motion is DENIED.

This the _____ day of August, 2010.

_____
UNITED STATES DISTRICT JUDGE