UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT LONDON
CRIMINAL ACTION NO. 09-CR-16-DCR

UNITED STATES OF AMERICA,                                                                PLAINTIFF,

-VS-

WILLIAM BART MORRIS, ET. AL.,                                                            DEFENDANTS.

---

## *VERIFIED* PETITION TO ASSERT THIRD PARTY INTEREST IN PERSONALTY JOINTLY OWNED WITH DEFENDANT, WILLIAM BART MORRIS.

---

**COMES NOW** William Bartley Morris, II and Jessica Renee Morris, the adult children of Defendant, William Bart Morris, pursuant to 21 U.S.C. 853(n) and respectfully assert a Third Party Interest in certain items of personalty jointly owned with Defendant, William Bart Morris, being the same items of personalty recently seized by the government.

1. At some time in or about the week of September 13 and continuing thereafter, the government seized two (2) truck trailers and truck all used to haul garbage.

2. These items owned by B & J Transfer, Inc., a Kentucky Corporation.

3. The Petitioners are the adult children of Defendant, William Bart Morris.

4. The Petitioners received a one-half (½) ownership interest in B & J Transfer, Inc. from Bonnie Ann Morris and William Bartley Morris by and through a Separation Agreement as incorporated into a Decree of Dissolution of Marriage entered on February 20, 1997, in a divorce action styled <u>Bonnie Ann Morris v. William Bartley Morris</u>, Clay Circuit Court, civil action number 96-CI-186. A copy of the Decree and Separation are attached hereto as an Exhibit.

5. B & J Transfer, Inc. is a garbage collection business which continues to be operated by the Petitioners and their uncle and the seized items are necessary to continue that business.

**WHEREFORE**, Petitioner's respectfully move the Court for a hearing and entry of an Order releasing the items back to the corporation for continued use in the business. Alternatively, Petitioners request the items to be immediately sold by public auction with one-half of the proceeds returned to them rather than allow the items to deteriorate pending the Defendant's appeal.

Respectfully submitted by,

/s/ *Douglas G. Benge*

DOUGLAS G. BENGE, ESQUIRE
JENSEN CESSNA BENGE & WEBSTER
303 SOUTH MAIN STREET
LONDON, KENTUCKY 40741-1906
TELEPHONE: (606) 878-8845
FACSIMILE: (606) 878-8815
EMAIL: douglasbenge@windstream.net

## VERIFICATION

We, William Bartley Morris, II and Jessica Renee Morris, hereby verify under penalty of perjury that we have read the foregoing Petition and all statements contained herein are true and correct as we verily believe.

_____    _____
WILLIAM BARLEY MORRIS, II         JESSICA RENEE MORRIS

## CERTIFICATE OF SERVICE:

I hereby certify that on September 24, 2010, the foregoing Petition was served by electronically filing same on the CM/ECF system with automatic service to Assistant United States Attorney David Olinger, Jr. and all remaining parties.

/s/ *Douglas G. Benge*
DOUGLAS G. BENGE, ESQUIRE
COUNSEL FOR CLAIMANTS

F:\Douglas\CLIENTS\Morris.Bart & Debra\Petition for Third Party Interest.wpd