| CERTIFICATE NO. | COMMONWEALTH OF KENTUCKY CERTIFICATE OF REGISTRATION — Fee and Tax Receipt — | | IF BLOCK IS MARKED SEE REVERSE SIDE |
|---|---|---|---|
| 1443343 -C | |  | PLATE  NUMBER 08 465324 |

| CONTROL NO. | DECAL NO. | REGISTRATION TYPE | | | | TAXABLE VALUE | |
|---|---|---|---|---|---|---|---|
| 10-0-02-03545 | B141530 | RENEWAL DECAL ONLY | | | USAGE TAX | 6% TAX | |
| EXPIRES | PREV. PLATE NO. | PREV. DECAL NO. | SPECIAL REGIST/LIMITED LOCATION | REGIST. WT. | | TAX CREDIT | 0.00 |
| 03-31-11 | 08 465324 | N142557 | REGULAR REGIS. | | | STATE FEE | 23.00 |
| VEHICLE TYPE | VEHICLE IDENTIFICATION | | | | REG. FEE | CLERK FEE | 4.00 |
| TRUCK TRAILER | 48XAR48223I002273 | | | | | STATE FEE | |
| VEH. YR. | B-STYLE | MAKE | TITLE NO. | SIGNATURE | TITLE FEE | CLERK FEE | |
| 03 | SE | TRVS | 091120260012 | | | ASSESSED VALUE | 18,000 |
| OWNER(S) NAME(S), ADDRESS, SOC. SEC. NO.(S) | | | | | ADVALOREM TAX | CURR. YR. TAX | 203.18 |
| NOT VALID FOR TRANSFER OF OWNERSHIP | B & J TRANSFER INC PO BOX 873 MANCHESTER   KY 40962 | | | DATE OF ISSUE   CLERK I.D. | | PREV. YRS. TAX | |
| LESSEE/EMPLOYEE | | | | 04-01-10        BGC | | | |
| MTCH002U 04/01/10 09:12:34 KY TC-96-181 REV. 8/96 | | COUNTY CLERK: FREDDY W. THOMPSON COUNTY OF ISSUANCE CLAY COUNTY | | | | PAID | 230.18 |

OWNER'S COPY

| | COMMONWEALTH OF KENTUCKY CERTIFICATE OF REGISTRATION — Fee and Tax Receipt — | | IF BLOCK IS MARKED SEE REVERSE SIDE |
|---|---|---|---|
| | |  | PLATE  NUMBER 08 015391 |

| NO. | DECAL NO. | REGISTRATION TYPE | | | | TAXABLE VALUE | |
|---|---|---|---|---|---|---|---|
| 10-0-02-03543 | N142052 | AD VALOREM TAX RCPT | | | USAGE TAX | 6% TAX | |
| EXPIRES | PREV. PLATE NO. | PREV. DECAL NO. | SPECIAL REGIST/LIMITED LOCATION | REGIST. WT. | | TAX CREDIT | |
| 03-31-10 | | | REGULAR REGIS. | | | STATE FEE | |
| VEHICLE TYPE | VEHICLE IDENTIFICATION | | | | REG. FEE | CLERK FEE | |
| TRUCK TRAILER | 2A9SWF8B5NT053197 | | | | | STATE FEE | |
| VEH. YR. | B-STYLE | MAKE | TITLE NO. | SIGNATURE | TITLE FEE | CLERK FEE | |
| 92 | SE | UNKN | 99022026OO16 | | | ASSESSED VALUE | 1,550 |
| OWNER(S) NAME(S), ADDRESS, SOC. SEC. NO.(S) | | | | | ADVALOREM TAX | CURR. YR. TAX | 17.50 |
| NOT VALID FOR TRANSFER OF OWNERSHIP | B & J TRANSFER INC P O BOX 873 MANCHESTER   KY 40962 | | | DATE OF ISSUE   CLERK I.D. | | PREV. YRS. TAX | |
| LESSEE/EMPLOYEE | | | | 04-01-10        BGC | | | |
| MTCH002U 04/01/10 09:10:51 KY TC-96-181 REV. 8/96 | | COUNTY CLERK: FREDDY W. THOMPSON COUNTY OF ISSUANCE CLAY COUNTY | | | | PAID | 17.50 |

OWNER'S COPY