UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

CRIMINAL NO. 09-16-S-DCR                    ELECTRONICALLY FILED

UNITED STATES OF AMERICA                                               PLAINTIFF

V.                          **JOINT MOTION
                      TO SELL SUBSTITUTE ASSET**

RUSSELL CLETUS MARICLE, ET.AL.                                       DEFENDANTS

\* \* \* \* \* \* \* \* \* \*

Comes the United States and Judy Maricle, through counsel, and moves for entry of an order of forfeiture to allow the sale of a substitute asset seized pursuant to the provisions of 21 U.S.C. § 853(n) and Fed.R.Crim.P. 32.2.

Judy Maricle, the wife, of Russell Cletus Maricle, has received an offer to purchase the 1997 Norris Yacht, Serial #NYL7516W5297, in which the Court has ordered may be applied as a substitute asset towards the money judgment entered in this action. Attached hereto is a copy of the offer letter.

The house boat appraises at approximately the amount offered, $100,000.00, and the United States believes this to be fair market value and a reasonable offer.

The parties agree that the property can be sold and the proceeds placed in the United States Marshals Seized Assets Holding Account pending all noticing, third party

claims, and ancillary hearings.

A proposed Order is tendered herewith.

        Respectfully submitted,

        KERRY B. HARVEY
        UNITED STATES ATTORNEY


        /s/ David Y. Olinger, Jr.
        David Y. Olinger, Jr.
        Assistant United States Attorney
        260 W. Vine St., Suite 300
        Lexington, KY 40507
        (859) 685-4896


**CERTIFICATE OF SERVICE**

I hereby certify that on October 18, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will notify all registered CM/ECF participants and mailed the same to the following:

Mark Wohlander, Esq.
3141 Beaumont Centre Circle
Suite 302
Lexington KY 40513

        s/ David Y. Olinger, Jr.
        Assistant U.S. Attorney