Fred & Donna Jackson
P.O. Box 159
Fall Rock, Kentucky 40932

October 13, 2010

Hon. David Olinger
Chief, Forfeiture Unit
United States Attorney's Office
260 West Vine Street – Suite 300
Lexington, Kentucky 40507-1612

Hon. Mark A. Wohlander
Wohlander Law Office, PSC
P.O. Box 910483
Lexington, Kentucky 40591

     Re:  Purchase of 1997 Norris Yacht, Serial #NYL7516W5297

Gentlemen:

  This letter will act as confirmation of our agreement to purchase the above listed yacht named "Judges Chambers" from Cletus and Judy Maricle. We are ready and willing to pay $100,000 for the yacht. We understand that once you receive our letter agreement that this matter will have to be referred to the Hon. Danny Reeves for his approval. We also understand that this matter will be referred to Judge Reeves in an expeditious manner in order to complete the sale as soon as possible. Once this matter has been approved by Judge Reeves, we will provide the United States with full payment for the yacht at the time the United States provides us with a full release as to any interest the United States might have in the yacht.

  Thank you in advance for any assistance you can provide to move this matter forward as expeditiously as possible.

              Very truly yours,

              *Fred Jackson Donna Jackson*
              Fred & Donna Jackson