UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

CRIMINAL NO. 09-16-S-DCR

UNITED STATES OF AMERICA                                          PLAINTIFF

V.                                       **ORDER**

RUSSELL CLETUS MARICLE, ET.AL.                                    DEFENDANTS

\* \* \* \* \* \* \* \* \* \*

The United States and Judy Maricle, through counsel, having moved for entry of a Order to Sell a Substitute Asset, and the Court being otherwise sufficiently advised:

IT IS HEREBY ORDERED, that the 1997 Norris Yacht, Serial #NYL7516W5297, be sold for the amount of $100,000.00, and the proceeds be placed in the United States Marshals Seized Assets Holding Account pending all noticing, third party claims, and ancillary hearings.

Dated this the _____ day of _____, 2010.

_____
UNITED STATES DISTRICT JUDGE

Prepared by:

KERRY B. HARVEY
UNITED STATES ATTORNEY

/s/ David Y. Olinger, Jr.
David Y. Olinger, Jr.
Assistant United States Attorney
260 W. Vine St., Suite 300
Lexington, Kentucky 40330
(859) 233-2661