**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**LONDON**

**CRIMINAL NO. 09-16-S-DCR**

**UNITED STATES OF AMERICA**                                                    **PLAINTIFF**

**V.**                                      **ORDER**


**RUSSELL CLETUS MARICLE,**
**DOUGLAS C. ADAMS,**
**CHARLES WAYNE JONES,**
**WILLIAM E. STIVERS,**
**FREDDY W. THOMPSON,**
**WILLIAM B. MORRIS,**
**DEBRA L. MORRIS, and**
**STANLEY BOWLING**                                                    **DEFENDANTS**

**\* \* \* \* \* \***

Defendants having filed motions for new trial, the United States having filed its

response in opposition thereto, for good cause shown, and the Court being otherwise

sufficiently advised, it is hereby

ORDERED that Defendants' motions are DENIED.

This the ____ day of _____, 2010.


_____
UNITED STATES DISTRICT JUDGE