**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON
CRIMINAL ACTION NO. 09-CR-00016-S-DCR**

*ELECTRONICALLY FILED*

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| V. | |
| **RUSSELL CLETUS MARICLE, et al.** | **DEFENDANTS** |
| and | |
| **JUDY MARICLE** | **CLAIMANT** |

___

**MOTION FOR HEARING TO ADJUDICATE
THE PROPERTY INTERESTS OF THE
CLAIMANT JUDY MARICLE**
___

Comes undersigned counsel for the Claimant, Judy Maricle (hereinafter "Claimant") and respectfully moves the Court for an order scheduling a hearing to consider the rights of the Claimant to the following property which the United States seeks to forfeit as either proceeds or substitute property as a result of the conviction of the Claimant's husband, Russell Cletus Maricle. As grounds for her motion, and for the reasons set forth below, the Claimant would respectfully submit that she is either entitled to certain of the property in its entirety as the sole owner, or has a 50% marital interest in certain of the property as a result of her marriage to Russell Cletus Maricle.

On December 14, 2010, the Claimant received notice that the United States has moved to forfeit the following property from her husband, the Defendant, Russell Cletus Maricle:

1

1) Real Property located at 393 Circle Dr., Manchester, KY, and recorded in Deed Book 260, page 350, in the name of Judy Maricle, with all appurtenances and improvement thereon.
2) Real Property located in Manchester, KY, and recorded in Deed Book 292, page 109, in the name of Cletus Maricle, with all appurtenances and improvements thereon.
3) Real Property located at 735 Memorial Dr., Manchester, KY and recorded in Deed Book 234, page 527, in the name of Cletus R. Maricle and Judy Maricle, with all appurtenances and improvements thereon.
4) Real Property located in Manchester, KY and recorded in Deed Book 275, page 189, in the name of Cletus R. Maricle and Judy Maricle, with all appurtenances and improvements thereon.
5) Real Property located at 99 Fox Trail Rd., Manchester, KY and recorded in Deed Book 288, page 513, in the name of Judy Maricle, with all appurtenances and improvements thereon.
6) Real Property located at Fox Trail Rd., Manchester, KY and recorded in Deed Book 251, page 441 in the name of Judy Maricle, with all appurtenances and improvements thereon.
7) One 1997 Norris Yacht Widebody Mercruiser , Serial #NYL7516W5297, Engine Numbers P#0K199165, S#)k029984, named "Judge's Chambers."

**A. Real Property located at 393 Circle Dr., Manchester, KY, and recorded in Deed Book 260, page 350, in the name of Judy Maricle, with all appurtenances and improvements thereon**

As set forth in the deed, and as acknowledged by the United States, the real property located at 393 Circle Drive, Manchester, Kentucky is the sole property of the Claimant, Judy Maricle. On September 30, 1983, Russell Cletus Maricle deeded his full interest in property which was ultimately sold, the proceeds of which were used to purchase the real property located at 393 Circle Drive, Manchester, Kentucky. The Claimant's sole ownership of the property is evidenced by the documents attached hereto as Exhibit A.

**B) Real Property located in Manchester, KY, and recorded in Deed Book 292, page 109, in the name of Cletus Maricle, with all appurtenances and improvements thereon**

The real property located in Manchester, Kentucky and recorded in Deed Book 292, page 109, is a commercial building. The Claimant has no intention of making any claim on this property. The documents related to this property are attached hereto as Exhibit B.

2

C) **Real Property located at 735 Memorial Dr., Manchester, KY and recorded in Deed Book 234, page 527, in the name of Russell Cletus Maricle and Judy Maricle, with all appurtenances and improvements thereon**

The property located at 735 Memorial Drive, Manchester, Kentucky is owned jointly by the Claimant and her husband, Russell Cletus Maricle.  The Claimant has a 50% marital interest in the property as evidenced by the documents attached hereto as Exhibit C.

D) **Real Property located at Castle Heights Subdivision in Manchester, KY and recorded in Deed Book 275, page 189, in the name of Russell Cletus Maricle and Judy Maricle, with all appurtenances and improvements thereon**

The property located in Manchester, Kentucky and recorded in Deed Book 275, page 189, is a small strip of land which is contiguous to the Claimant's property located at 393 Circle Drive, Manchester, Kentucky.  This real property is owned jointly by the Claimant and her husband, Russell Cletus Maricle.  The Claimant has a 50% marital interest in the property as evidence by the documents attached hereto as Exhibit D.

E) **Real Property located in Manchester, KY and recorded in Deed Book 288, page 513, in the name of Judy Maricle, with all appurtenances and improvements thereon**

As set forth in the deed, and as acknowledged by the United States, the real property located at 99 Fox Trail Road, Manchester, Kentucky is the sole property of the Claimant, Judy Maricle.  The Claimant's sole ownership of the property is evidenced by the documents attached hereto as Exhibit E.

F) **Real Property located at Fox Trail Rd., Manchester, KY and recorded in Deed Book 251, page 441 in the name of Judy Maricle, with all appurtenances and improvements thereon**

As set forth in the deed, and as acknowledged by the United States, the real property located at Fox Trail Road, Lot 7C, Manchester, Kentucky and recorded in Deed

Book 251, page 441 is the sole property of the Claimant, Judy Maricle. The Claimant's sole ownership of the property is evidenced by the documents attached hereto as Exhibit F.

**G) One 1997 Norris Yacht Widebody Mercruiser , Serial #NYL7516W5297, Engine Numbers P#0K199165, S#)k029984, named "Judge's Chambers"**

The 1997 Norris Yacht was the joint marital property of the Claimant and her husband, Russell Cletus Maricle. Pursuant to an agreement with the United States, the yacht was sold to Fred and Donna Jackson on October 21, 2010, for $100,000. The Claimant has a 50% marital interest in the property in the amount of $50,000 as evidenced by the documents attached hereto as Exhibit G.

## Conclusion

For the reasons set forth above, as evidenced by the documents attached hereto as Exhibits A through g, the Claimant respectfully requests the Court to grant her motion to set a hearing to consider her interest in the property which the United States seeks to forfeit from the Claimant's husband, Russell Cletus Maricle.

Respectfully submitted,

/s/*Mark A. Wohlander*
Mark A. Wohlander
Wohlander Law Office, PSC
P.O. Box 910483
Lexington, Kentucky  40591
Telephone: (859) 361-5604
Facsimile: (859) 219-0913
wohlanderlaw@insightbb.com
*Counsel for Claimant Judy Maricle*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 10, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of the electronic filing to the parties of record.

/s/ *Mark A. Wohlander*
Mark A. Wohlander
*Counsel for Claimant Judy Maricle*