# Exhibit A
# Real property at 393 Circle Drive, Manchester, Kentucky

# GENERAL WARRANTY DEED

\* \* \* \* \*

THIS DEED made and entered into on this the 28th day of November, 1998, by and between **CHARLES MARCUM, single**, whose address is P.O. Box 1, McKee, Kentucky, party of the first part and **JUDY MARICLE**, whose address is: 316 Main Street, Manchester, Kentucky, party of the second part.

**WITNESSETH:** That for and in consideration of $80,000.00 (EIGHTY THOUSAND DOLLARS) the receipt of which is hereby acknowledged, the party of the first part has bargained and sold and by these presents does hereby grant, sell and convey unto the party of the second part, her heirs and assigns, following described property, to-wit:

> A certain tract of land lying and being in Clay County, Kentucky and being the same tract of land conveyed to the party of the first part by Joe H. Stinson and Imogene Stinson, both single persons, by deed bearing date of November 28, 1998, which is duly recorded in Deed Book 247 at Page 194, Clay County Clerk's Office.
>
> Lying and being in the Castle Heights Addition of Manchester, Kentucky and being in Block "B" thereof, and being lots number 8-9-10-11-12-13-14-15-16-17-18-19-20-21-22-23-24 and which reference map is filed in Deed Book #84, page 640 Clay County Clerks Office for a more complete and accurate description.

TO HAVE AND TO HOLD, together with all the appurtenances thereunto belonging unto the party of the second part, her heirs and assigns, forever, with covenants of "General Warranty".

IN TESTIMONY WHEREOF, witness the signature of the first party this the day and year first above written.

GRANTOR\FIRST PARTY

_Charles Marcum_
CHARLES MARCUM

STATE OF KENTUCKY
COUNTY OF CLAY

The foregoing Deed was acknowledged /AND DELIVERED/ before me by Charles Marcum, Grantor/First Party, on this the 28th day of November, 1998.

NOTARY PUBLIC STATE AT LARGE

My Commission Expires: 4/24/00

## CONSIDERATION CERTIFICATE

We, the undersigned, hereby certify, pursuant to KRS Chapter 382 that the property herein conveyed is transferred for the sum of $80,000.00. We further certify that the full estimated fair cash value of the property herein conveyed is **$80,000.00** and we understand that falsification of the stated full estimated value is a Class D felony, subject to one to five years imprisonment and fines up to $10,000.00.

The Grantee joins in this deed for the purpose of certifying the consideration above stated.

GRANTOR/FIRST PARTY

CHARLES MARCUM

STATE OF KENTUCKY
COUNTY OF CLAY

The foregoing Consideration Certificate was acknowledged and sworn to before me by Charles Marcum, Grantor\First Party, on this the 20th day of November, 1998.

NOTARY PUBLIC STATE AT LARGE

My Commission Expires: 4/24/00

GRANTEE/SECOND PARTY

JUDY MARICLE

STATE OF KENTUCKY
COUNTY OF CLAY

The foregoing Consideration Certificate was acknowledged and sworn to before me by Judy Maricle, Grantee\Second Party herein, on this the 20th day of November, 1998.

350

_Josephine Lauder_
NOTARY PUBLIC STATE AT LARGE

My Commission Expires: 2/24/00

This instrument prepared without benefit or request of title examination by:

JUDY MARICLE
316 Main Street
Manchester, Kentucky 40962

By: _Judy C. Maricle_
JUDY MARICLE

STATE OF KENTUCKY
COUNTY OF CLAY

I, JENNINGS WHITE, Clerk Clay County Court, for the County and State aforesaid, hereby certify that the foregoing DEED was lodged for record, on the 24 day of July, ~~1998~~ 2001, at the hour of 11:35 A .m. whereupon the same, with the foregoing and this certificate hath been duly recorded in my office in DEED BOOK 260, PAGE 350

WITNESS MY HAND, this the 24 day of July, ~~1998~~ 2001

JENNINGS WHITE, CLERK
CLAY COUNTY COURT
BY: _Evelyn P. Alcorn_, D.C.

STATE OF KENTUCKY
CLAY COUNTY

I, Freddy W. Thompson, Clerk of Clay County, verify that the foregoing is a true copy of _Deed_ as same appears of record in _Deed Bk 177_ on Page _607_ in the records of County Clerk of Clay County.
Witness my hand this _9_ day of _March_, 20_10_.
Freddy W. Thompson, Clerk

# WARRANTY DEED

THIS DEED made and entered into at Manchester, Clay County, Kentucky, on this the _20_ day of _September_ 1983, by and between R. Cletus Maricle and Judy C. Maricle, his wife, of Manchester, Clay County Kentucky, parties of the first part, and Judy C. Maricle of Manchester, Kentucky, party of the second part.

WITNESSETH: That the said parties of the first part in consideration of the love and affection that R. Cletus Maricle has for Judy C. Maricle, relationship being that of husband and wife, the receipt of which is hereby acknowledged, do hereby sell, grant and convey to the party of the second part her heirs and assigns the following described property, viz:

> TRACT I. A certain tract of land lying and being in Clay County, Kentucky, on the head waters of the Bray Fork of Sextons Creek and bounded as follows: Beginning at an ash at the County Road which is a corner of B.M. Westerfield's line to a rock pile with ash bushes growing around it; thence up the hill with B.M. Westerfield's line to John Turner's line at the top of the hill; thence with Felix Field's line to County Road; thence with the County Road to beginning.
>
> And being the same property conveyed to R. Cletus Maricle by Frank M. Guthrie and Goldie M. Guthrie, by deed of date June 3, 1974 and of record in Deed Book 146, at page 391, of the Clay County Court Clerk's Office.
>
> TRACT II. An undivided 1/8th interest in and to that property deeded to R. Cletus Maricle and Robert Scott Madden by deed of date July 24, 1976, and of record in Deed Book 163, at page 532, of the Clay County Court Clerk's Office, which reference is made for a more particular description and which is incorporated herein by reference. For further source, see deed of record in Deed Book 169, at page 12, dated November 27, 1978 from Oscar Gayle House and Jennifer House, his wife.

TRACT III. An undivided 1/6th interest in and to that property deeded by Ed Brumley to R. Cletus Maricle, et al., by deed of date September 26, 1977, of record in Deed Book 158, at page 240, of the Clay County Court Clerk's Office, for which reference is made for a more particular description which is incorporated herein by reference.

TRACT IV. An undivided 1/2 interest in and to that property deeded by James Burns, et al., to R. Cletus Maricle by deed of date August 24, 1974, and of record in Deed Book 147, at page 710, of the Clay County Court Clerk's Office, for which reference is made for a more particular description which is incorporated herein by reference. There is exceeded from this tract of land that property described in a deed to B.W. Madden by deed of date October 11, 1979, and of record in Deed Book 164, at page 448, of the Clay County Court Clerk's Office.

TRACT V. BEGINNING at the corner to Neville Smith and/or Charley Smith; and thence running with the sidewalk, a straight line, to corner of Eugene Clark's Office; thence with said line a distance of 44 feet; thence a straight line parallel to the sidewalk a distance of 20 feet; thence at a right angle a straight line 8 feet towards the sidewalk; thence at a right angle a straight line 18 feet to the property line of Neville Smith and/or Charley Smith; thence with their line to the sidewalk, the point of beginning.

And being the same property conveyed to R. Cletus Maricle by Jim McKechnie, et al., by deed of date September 28, 1983, and of record in Deed Book 177, at page 567, of the Clay County Court Clerk's Office.

TO HAVE AND TO HOLD the same, with all the appurtenances thereof, to the second party, her heirs and assigns forever, with covenant of "General Warranty".

IN TESTIMONY WHEREOF, witness our signature, this the 30 day of September, 1983.

*R. Cletus Maricle* (signature)
R. Cletus Maricle

*Judy C. Maricle* (signature)
Judy C. Maricle

STATE OF KENTUCKY

COUNTY OF CLAY

I, _Brilla Fields_, Notary Public in the county aforesaid, do certify that on this day the foregoing deed was produced to me in the county aforesaid and acknowledged and delivered by R. Cletus Maricle and Judy C. Maricle to be their act and deed.

Witness my hand this 30th day of September, 1983.

_Brilla J. Fields_
Notary Public, State at Large

My commission expires: 7-8-87

STATE OF KENTUCKY

COUNTY OF CLAY

I, _Florence Baker_, Clerk of the Court for the county aforesaid, do certify that on this day this deed from R. Cletus Maricle and Judy C. Maricle was received and lodged in my office for record, and that I have truly recorded it, together with this and the foregoing certificate thereon endorsed, in my said office.

Witness my hand this 10 day of Oct, 1983.

_Florence Baker_
Clerk

_Beverly Gray_
D.C.

Prepared by
R. Cletus Maricle
Attorney at Law
Manchester, Ky.

*Tax $340.00*

## DEED OF CONVEYANCE

THIS DEED OF CONVEYANCE, made and entered into by and between R. CLETUS MARICLE, AND HIS WIFE, JUDY C. MARICLE, of RR 1 Box 596, Manchester, Kentucky 40962, parties of the first part and DANA P. EDWARDS, AND HIS WIFE, EVA A. EDWARDS, 401 Memorial Drive, Manchester, Kentucky 40962, as joint tenants, with full rights of survivorship, parties of the second part.

WITNESSETH: That for and in consideration of the sum of $340,000.00, cash in hand paid, the receipt of which is hereby acknowledged, parties of the first part do hereby SELL, GRANT AND CONVEY unto the parties of the second part, for and during said parties natural lives, and upon the death of either of said parties of the second part, then the remainder to the survivor of said parties, in fee simple, the following described property, viz: Being a part of that property conveyed to parties of the first part by that deed found of record in Deed Book 177, page 609 and Deed Book 146, page 391, records of the Clay County Court Clerk's office and being more particularly described as follows:

> TRACT I. A certain tract of land lying and being in Clay County, Kentucky, on the head waters of the Bray Fork of Sextons Creek and bounded as follows: Beginning at an ash at the County Road which is a corner of B.M. Westerfield's line to a rock pile with ash bushes growing around it; thence up the hill with B.M. Westerfield's line to John Turner's line at the top of the hill; thence with Felix Field's line to County Road; thence with the County Road to beginning.

To have and to hold all of the above-described real property together with all of the rights, privileges, appurtenances and improvements thereunto belonging unto the Grantees for and during said Grantees' joint lives and upon the death of either of said Grantees, then the remainder to the survivor of said Grantees, and his or her heirs and assigns forever, with covenant of "GENERAL WARRANTY", and pursuant to KRS 382, the undersigned do hereby certify that the consideration reflected in this deed is the true and actual amount paid for said property.

Witness our signatures this 27 day of November, 1998.

1

GRANTORS:

_R. Cletus Maricle_      _Judy C. Maricle_
R. CLETUS MARICLE      JUDY C. MARICLE

GRANTEES:

_Dana P. Edwards_      _Eva A. Edwards_
DANA P. EDWARDS      EVA A. EDWARDS

STATE OF KENTUCKY,

COUNTY OF CLAY,

    I, _Barbara Smith_, Notary Public for the county and state aforesaid, do certify that on this day the foregoing deed and consideration certificate was produced to me in the county aforesaid and sworn, acknowledged and delivered by R. CLETUS MARICLE, GRANTOR to be his free and act and deed.
    Witness my hand this _27_ day of _November_, 1998.

                                     _Barbara Smith_
                                    NOTARY PUBLIC, STATE AT LARGE

My Commission Expires: _2-25-01_

STATE OF KENTUCKY,

COUNTY OF CLAY,

    I, _Barbara Smith_, Notary Public for the county and state aforesaid, do certify that on this day the foregoing deed and consideration certificate was produced to me in the county aforesaid and sworn, acknowledged and delivered by JUDY C. MARICLE, GRANTOR to be her free and act and deed.
    Witness my hand this _27_ day of _November_, 1998.

                                     _Barbara Smith_
                                    NOTARY PUBLIC, STATE AT LARGE

My Commission Expires: _2-25-01_


STATE OF KENTUCKY,

COUNTY OF CLAY,

    I, _Barbara Smith_, Notary Public for the county and state aforesaid, do certify that on this day the foregoing consideration certificate was produced to me in the county aforesaid and sworn, acknowledged and delivered by DANA P. EDWARDS, GRANTEE to be his free and act and deed.
    Witness my hand this _27_ day of _November_, 1998.

                                   _Barbara Smith_
                                    NOTARY PUBLIC, STATE AT LARGE

My Commission Expires: _2-25-01_

STATE OF KENTUCKY,

COUNTY OF CLAY,

    I, _Barbara Smith_, Notary Public for the county and state aforesaid, do certify that on this day the

2

foregoing consideration certificate was produced to me in the county aforesaid and sworn, acknowledged and delivered by EVA A. EDWARDS, GRANTEE to be her free and act and deed.

Witness my hand this 27 day of November, 1998.

_____
NOTARY PUBLIC, STATE AT LARGE

My Commission Expires: 2-25-01

STATE OF KENTUCKY,

COUNTY OF CLAY,

I, JENNINGS B. WHITE, Clerk of the County aforesaid, do certify that on this day this deed from R. CLETUS MARICLE AND HIS WIFE, JUDY C. MARICLE to DANA P. EDWARDS AND HIS WIFE, EVA A. EDWARDS was received and lodged in my office for record, and that I have truly recorded it, together with this and the foregoing certificates thereon endorsed, in my said office in Deed Book 247, page 136.

Witness my hand this 4 day of Dec, 1998.

JENNINGS B. WHITE, CLERK
BY: _____ D.C.

THIS DEED PREPARED WITH THE CONSIDERATION AND DESCRIPTION FURNISHED BY PARTIES

THIS DEED WAS PREPARED
BY: _____
CLINT J. HARRIS
ATTORNEY AT LAW
305 MAIN STREET
MANCHESTER, KENTUCKY 40962
TELEPHONE: (606) 598-1481

3

# NTY DEED.

Printed and sold by the Manchester Enterprise Manchester, Ky.

THIS DEED, between _Frank M Guthrie and Goldie M Guthrie, his wife, of Sidell, Illinois_

of the first part, and _R. Cletus Maricle of Manchester, Kentucky,_

of the second part,

WITNESSETH, that the said party of the first part, in consideration of _____

_cash in hand paid_

the receipt of which is hereby acknowledged, do hereby sell, grant and convey to the party of the second part _his_ heirs and assigns the following described property, viz: A certain tract of land lying and being in _Clay_ county, Kentucky, and being _all of_ the same tract of land conveyed to the party of the first part by _Martha J. Garland and Walter Garland_ by deed bearing date _2_ day of _September_ 19_41_, which is duly recorded in Deed Book No. _130_, at page _551_, County Clerk's office. This property contains _40_ acres, located on _____ as follows _____

A certain tract of land lying and being in Clay County, Kentucky, on the head waters of the Bray Fork of Sexton Creek and bounded as follows: Beginning at an ash at the county road which is a corner of R. M. Westerfield's line to a rock pile with ash bushes growing around it; thence up the hill with

This deed prepared by: _R. Cletus Maricle_, _Manchester, Kentucky_
Signed _R. Cletus Maricle_
This _3_ day of _June_ 19_74_

STATE OF KENTUCKY
CLAY COUNTY
I, Freddy W. Thompson, Clerk of Clay County, verify that the foregoing is a true copy of _Deed Bk 146_ as same appears of record in _____ in the records of County Clerk of Clay on Page _241_
County.
Witness my hand this ___ day of _March_, 20_10_
Freddy W. Thompson, Clerk

56914

B. M. Westerfield line to John Turner line at the top of the hill; thence with F. & F. Gill's line to county road; thence with the county road to beginning.

To have and to hold the same, with all the appurtenances thereof, to the second party _his_ heirs and assigns, forever, with convenant of "General Warranty." ~~A lien is retained upon the property hereby conveyed as security for the payment of the said unpaid purchase money.~~

In Testimony whereof, witness our signature, this __3__ day of __June__ 19__74__

x Frank M Guthrie
x Goldie M Guthrie

STATE OF ~~KENTUCKY~~ ILLINOIS )
                                ) Sct.
County of _Vermilion_           )

I, _Luna Burton_ for the county aforesaid, do certify that on this day the foregoing deed was produced to me in the county aforesaid and acknowledged and delivered by _Frank M Guthrie and Goldie M Guthrie_

to be _their_ act and deed.

Witness my hand this __3__ day of __June__ 19__74__

_Luna Burton Notary_   9-17-76

STATE OF KENTUCKY )
County of Clay ) Sct.

I, Jennie Baker ........................................Clerk of the Court for the county aforesaid, do certify that on this day this deed from Frank M. & Goldie M. Guthrie .............................................................................................

was received and lodged in my office for record, and that I have truly recorded it, together with this and the foregoing certificate thereon endorsed, in my said office.

Witness my hand this 1 day of June 19 74.

Jennie Baker ........................................ Clerk Clay C. C.
Charlotte Smith ........................................ D. C. Clay C. C.

594

# DEED

**FROM**

Franklyn & Audie M Bettiss

**TO**

J Cletus Mericle

ACKNOWLEDGED

Recorded in Deed Book No. 146

Page 391

# PROPERTY TAX BILL

**CITY OF MANCHESTER**

CITY OF MANCHESTER • 123 Town Square
MANCHESTER, KY 40962 • 606-598-3555

Please pay at 123 Town Square across from the public library

MARICLE JUDY
393 CIRCLE DRIVE
MANCHESTER, KY 40962

| Acct. No.: | Bill No.: | Year: 2010 |
|---|---|---|
| 32010101 | 598 | |

| Map Number/Gen. Location | Dist. | Property Code | Assessment | | Rate | Tax Amount |
|---|---|---|---|---|---|---|
| 082-42-00-040.00 CIRCLE DRIVE | 01 | Real Est. | 210,000.00 | Manchester | .3500 | 735.00 |

**Amounts do not include penalty and interest**

MAKE CHECKS PAYABLE TO:
CITY OF MANCHESTER

| Total Tax Due By | | |
|---|---|---|
| | 01/03/11 | 735.00 |
| 2% Discount if paid by | 12/01/10 | 720.30 |
| 6% Penalty if paid after | 01/03/11 | 779.10 |

**Delinquent Tax Information**

---

MANCHESTER, KY 40962 • 606-598-3555

MARICLE JUDY
393 CIRCLE DRIVE
MANCHESTER, KY 40962

| Acct. No.: | Bill No.: | Year: 2010 |
|---|---|---|
| 32010101 | 598 | |

| Map Number/Gen. Location | Dist. | | Assessment | | Rate | Tax Amount |
|---|---|---|---|---|---|---|
| 082-42-00-040.00 CIRCLE DRIVE | 01 | Real Est. | 210,000.00 | Manchester | .3500 | 735.00 |

| Total Tax Due By | | |
|---|---|---|
| | 01/03/11 | 735.00 |
| 2% Discount if paid by | 12/01/10 | 720.30 |
| 6% Penalty if paid after | 01/03/11 | 779.10 |

**Delinquent Tax Information**

Amounts do not include penalty and interest