# Exhibit B
# Real property at Deed Book 292, Page 109

## Account Screen        WORK - 2011

**082-42-03-001.00**                                    **32011201**

| ACCOUNT: | 320112 01 | TAX DIS 01 |
|---|---|---|
| NAME1: | MARICLE R CLETUS & | |

MAP: 082-42-03-001.00

DEED: 164 / 539

DATE INSPECTED:

DATE ASSESSED: 12/8/2008

DATE SALE: 1/1/1979

SALE PRICE: $10,000.00

NAME2: R SCOTT MADDEN
MAIL ADDRESS: 116 LAWYER STREET
CITY, STATE, ZIP: MANCHESTER KY 40962
PREV OWNER: BAILEY RICKY D HEIRS
PROPERTY LOCATION: 116 LAWYER STREET
HOMESTEAD: N

| RES | $0 | FRM RES | $0 |
| COM | $180,000 | FRM FCV | $0 |
| MOB | | FRM TXV | $0 |
| IC BUILD | $0 | ACREAGE | 0.09 |
| IC LAND | $0 | | |

DESC: 0.094 ACRES & COMM BLDG



CATHY CAMPBELL                          Monday, November 15, 2010                     Page 1 of 1