# Exhibit C
# Real property at 735 Memorial Drive, Manchester, Kentucky
# Deed Book 234, Page 527

$48,000

## DEED OF CONVEYANCE

THIS DEED OF CONVEYANCE is made and entered into this the 24 day of May, 1996, by and between Larry Joe Roberts and Mary Ann Roberts, husband and wife, of 116 Main St., Manchester, Kentucky, Parties of the First Part, and R. Cletus Maricle and Judy Maricle, husband and wife, of 316 Main St. Suite 211, Manchester, Ky, Parties of the Second Part.

### WITNESSETH:

That the Parties of the First Part, for and in consideration of $48,000.00 (forty-eight thousand dollars) cash in hand paid, the receipt and sufficiency of which is hereby acknowledged, have bargained and sold, and by these presents do SELL, GRANT and CONVEY unto the said Parties of the Second Part, their heirs and assigns, a certain tract or parcel of land lying and being in Clay County, Kentucky, and being the same tract of land conveyed to the parties of the First Part, by deed bearing the date of July 19, 1976, of record in Deed Book 153, at page 458, records of the Clay County Clerk's Office, and being more particularly described as follows:

> Lying and being in Clay County, Kentucky and being Lots Nos. 6,5,4, and fifteen (15) feet of Lot #3 so as to include ninety (90) feet front and back and 120 feet in depth, in the Cedar Crag sub-division to Manchester, Kentucky, which map is recorded in Deed Book 87, page 641, records of the Clay County Clerk's office.

TO HAVE AND TO HOLD all of the above described real property together with all of the rights, privileges, appurtenances and improvements thereunto belonging to the grantee his or her heirs and assigns forever, with the covenant of "General Warranty".

IN TESTIMONY WHEREOF, THE PARTIES OF THE FIRST PART HAVE EXECUTED THIS DEED OF CONVEYANCE ON THE DAY AND DATE FIRST ABOVE MENTIONED.

_____   _____
LARRY JOE ROBERTS                 MARY ANN ROBERTS

THE PARTIES HERETO CERTIFY THAT THE CONSIDERATION REFLECTED IN THIS DEED IS THE TRUE AND ACTUAL CONSIDERATION PAID FOR THE PROPERTY.

_____   _____
LARRY JOE ROBERTS                 MARY ANN ROBERTS

_____   _____
R. CLETUS MARICLE                 JUDY MARICLE

## 2010 PROPERTY TAX BILL

Kevin Johnson, Clay Co. Sheriff
102 Richmond Rd. Suite 100
Manchester, KY 40962

Property Location: 393 CIRCLE DRIVE
Property Description: 2.070 ACRES & HOUSE

| Tax Authority | Rate/$100 | Assessed Value | Tax |
|---|---|---|---|
| STATE | 0.1220 | $210,000 | $256.20 |
| COUNTY | 0.0790 | $210,000 | $165.90 |
| SCHOOL | 0.5440 | $210,000 | $1,142.40 |
| EXTENSION | 0.0400 | $210,000 | $84.00 |
| HEALTH | 0.0600 | $210,000 | $126.00 |
| SOIL CONS | 0.0120 | $210,000 | $25.20 |
| LIBRARY | 0.0650 | $210,000 | $136.50 |

Total Tax: $1,936.20

| | Paid By: | |
|---|---|---|
| 2 % Discount | NOV 30, 2010 | $1,897.48 |
| Face Value | DEC 31, 2010 | $1,936.20 |
| 5 % Penalty | JAN 31, 2011 | $2,033.01 |
| 21 % Penalty | Paid After: JAN 31, 2011 | $2,342.80 |

Return this cards with payment.
Make check payable: Clay Co. Sheriff
Include a self-addressed, stamped envelope
for receipt

Bill Number: 7413
Account No: 320101.0001
Map Number: 082-42-00-040.00
Tax Dist: 1
Deed Book: 260
Deed Page: 350
Farm Acres: 0
County Clerk: Freddy W. Thompson
Original Assessed Value:
Homeowners/Disability Exemption:
Current Assessed Value:



FIRST CLASS MAIL
US POSTAGE
PAID
DATAMARK

MARICLE JUDY
393 CIRCLE DR
MANCHESTER KY 40962-7009

8 - 4967

---

## 2010 PROPERTY TAX BILL

Kevin Johnson, Clay Co. Sheriff
102 Richmond Rd. Suite 100
Manchester, KY 40962

Property Location: 735 MEMORIAL DRIVE
Property Description: 0.289 ACRES & HOUSE



| Tax Authority | Rate/$100 | Assessed Value | Tax |
|---|---|---|---|
| STATE | 0.1220 | $50,000 | $61.00 |
| COUNTY | 0.0790 | $50,000 | $39.50 |
| SCHOOL | 0.5440 | $50,000 | $272.00 |
| EXTENSION | 0.0400 | $50,000 | $20.00 |
| HEALTH | 0.0600 | $50,000 | $30.00 |
| SOIL CONS | 0.0120 | $50,000 | $6.00 |
| LIBRARY | 0.0650 | $50,000 | $32.50 |

Total Tax: $461.00

| | Paid By: | |
|---|---|---|
| 2 % Discount | NOV 30, 2010 | $451.78 |
| Face Value | DEC 31, 2010 | $461.00 |
| 5 % Penalty | JAN 31, 2011 | $484.05 |
| 21 % Penalty | Paid After: JAN 31, 2011 | $557.81 |

Return this cards with payment.
Make check payable: Clay Co. Sheriff
Include a self-addressed, stamped envelope
for receipt

Bill Number: 7416
Account No: 320113.0001
Map Number: 082-30-00-007.00
Tax Dist: 0
Deed Book: 234
Deed Page: 527
Farm Acres: 0
County Clerk: Freddy W. Thompson
Original Assessed Value:
Homeowners/Disability Exemption:
Current Assessed Value:

PRESORTED
FIRST CLASS MAIL
US POSTAGE
PAID
DATAMARK

MARICLE R CLETUS & JUDY
393 CIRCLE DR
MANCHESTER KY 40962-7009

8 - 4970