# Exhibit D
# Real property in Manchester, Kentucky
# Deed Book 275,
# Page 189

Case: 6:09-cr-00016-KKC   Doc #: 1093-4   Filed: 01/10/11   Page: 1 of 6 - Page ID#: 13377

# Account Screen

**WORK - 2011**

ACCOUNT: 082-42-00-039.00                    32011401

|  |  |  |
|---|---|---|
| NAME1: | 320114 01 | TAX DIS 01 |
| | MARICLE CLETUS & JUDY | |
| NAME2: | | |
| MAIL ADDRESS: | 393 CIRCLE DRIVE | |
| CITY, STATE, ZIP: | MANCHESTER KY 40962 | |

| | | |
|---|---|---|
| MAP: | 082-42-00-039.00 | |
| DEED: | 275 / 189 | |
| DATE INSPECTED: | | |
| DATE ASSESSED: | 11/18/2004 | |
| DATE SALE: | 11/1/2004 | |
| SALE PRICE: | $15,000.00 | |

PREV OWNER: STINSON JOE H
PROPERTY LOCATION: 0 CASTLE HEIGHTS
HOMESTEAD: N

| | | | |
|---|---|---|---|
| RES | $15,000 | FRM RES | $0 |
| COM | $0 | FRM FCV | $0 |
| MOB | $0 | FRM TXV | $0 |
| BUILD | $0 | ACREAGE | 1.1 |
| LAND | $0 | | |

DESC: 1.101 ACRES/VACANT

## DEED OF CONVEYANCE

THIS DEED OF CONVEYANCE, made and entered into this 28 day of October 2004, by and between **JOE HARRIS STINSON, SINGLE** whose address is 5968 South Hwy 25, Corbin, Ky 40701, party of the first part, and **R. CLETUS MARICLE AND HIS WIFE, JUDY MARICLE** whose address is 79 Hwy 80, Manchester, Ky 40962, as joint tenants, with full rights of survivorship, parties of the second part.

WITNESSETH: That for and in consideration of the sum of $15,000.00 cash in hand paid, the receipt of which is hereby acknowledged, party of the first part does hereby SELL, GRANT AND CONVEY unto the parties of the second part, for and during said parties natural lives, and upon the death of either of said parties of the second part, then the remainder to the survivor of said parties, in fee simple, the following described property, viz: Being all of that same tract of land conveyed to party of the first part by that deed found of record in **DEED BOOK 216, PAGE 378; DEED BOOK 216, PAGE 375 and DEED BOOK 236, PAGE 215**, records of the CLAY County Court Clerk's office and being more particularly described as follows:

**DEED BOOK 216, PAGE 375:** A certain tract or parcel of land lying and being in the Castle Heights Subdivision of Manchester in Clay County, Kentucky, bounded and described as follows, to-wit:

Beginning at a stake, the original corner location between Lots 12 and 13 of Section "C" and Section "E"; thence with the line between Lot 13 and Section "E" S 46-53 W 12.52 feet to a point in the agreed line between Stinson and Moore; thence with said line N 69-12 E 28.51 feet to a point in the original line between Section "C" and Section "E" from which an iron pipe bears N 69-12 E 45.33 feet; thence with the original line between Section "C" and Section "E" S 84-53 W 17.59 feet to the beginning and containing 68 square feet according to a survey made by Meredith General Surveys, Inc., on May 23, 1976.

Map of Castle Heights being recorded in Deed Book 84, page 640, Clay County Court Clerk's office.

**DEED BOOK 216, PAGE 378:** Lying and being in Castle Heights addition to Manchester, Kentucky and being Lots # one, two, three, four, five, six, and seven of Block B.

Also all of Block E and being the same lot described in a deed to First Party hereto by Homer Fredrick and Evelyn Fredrick the 2nd day of August, 1947.

And which reference map is filed in Deed Book #84, page 640, records of Clay County Court Clerk's Office.

These lots are to be used for residence only which house me be four rooms or larger, with bath, and can be either framed, weather boarded and sealed, brick veneer or stone veneer or solid brick or stone wall. No barns or outbuildings can be built on the front of

1



any lots.

To have and to hold all of the above-described real property together with all of the rights, privileges, appurtenances and improvements thereunto belonging unto the Grantees for and during said Grantees' joint lives and upon the death of either of said Grantees, then the remainder to the survivor of said Grantees, and his or her heirs and assigns forever, with covenant of "GENERAL WARRANTY", and parties hereby certify that pursuant to KRS 382 the consideration reflected in this deed is the true and actual amount paid for said property.

GRANTOR:

_____
JOE HARRIS STINSON

GRANTEES:

_____   _____
R. CLETUS MARICLE          JUDY MARICLE

STATE OF KENTUCKY,

COUNTY OF CLAY,

I, ___Barbara Smith___, Notary Public for the county and state aforesaid, do certify that on this day the foregoing deed and consideration certificate was produced to me in the county aforesaid and sworn, acknowledged and delivered by JOE HARRIS STINSON, GRANTOR to be his free act and deed.

Witness my hand this 28 day of October, 2004.

_____
NOTARY PUBLIC, STATE AT LARGE

My Commission Expires: 2/25/05

STATE OF KENTUCKY,

COUNTY OF CLAY,

I, ___Barbara A. Smith___, Notary Public for the county and state aforesaid, do certify that on this day the foregoing consideration certificate was produced to me in the county aforesaid and sworn, acknowledged and delivered by R. CLETUS MARICLE, GRANTEE to be his free act and deed.

Witness my hand this 28 day of October, 2004.

_____
NOTARY PUBLIC, STATE AT LARGE

My Commission Expires: 2-25-05

2

STATE OF KENTUCKY,

COUNTY OF CLAY,

I, ~~Barbara A. Smith~~, Notary Public for the county and state aforesaid, do certify that on this day the foregoing consideration certificate was produced to me in the county aforesaid and sworn, acknowledged and delivered by JUDY MARICLE, GRANTEE to be her free act and deed.

Witness my hand this 28 day of October, 2004.

NOTARY PUBLIC, STATE AT LARGE

My Commission Expires: 2-25-05

STATE OF KENTUCKY,

COUNTY OF CLAY,

I, FREDDY W. THOMPSON, Clerk of the County aforesaid, do certify that on this day this deed from JOE HARRIS STINSON to R. CLETUS MARICLE AND HIS WIFE, JUDY MARICLE was received and lodged in my office for record, and that I have truly recorded it, together with this and the foregoing certificates thereon endorsed, in my said office in Deed Book 275, page 189 at 3:15 p.m.

Witness my hand this 2 day of Nov, 2004.

FREDDY W. THOMPSON, CLERK

BY: _____ D.C.

THIS DEED PREPARED WITH THE CONSIDERATION AND DESCRIPTION FURNISHED BY PARTIES

THIS DEED WAS PREPARED

BY: Clint Harris

CLINT J. HARRIS
ATTORNEY AT LAW
21 BANKERS ALLEY
MANCHESTER, KENTUCKY 40962
TELEPHONE: (606) 598-1481

3

# PROPERTY TAX BILL

MAKE CHECKS PAYABLE TO:
CITY OF MANCHESTER

CITY OF MANCHESTER • 123 Town Square
MANCHESTER, KY 40962 • 606-598-3555

Please pay at 123 Town Square across from the public library

MARICLE R CLETUS & JUDY
393 CIRCLE DRIVE
MANCHESTER, KY 40962

| Acct. No.: | Bill No.: | Year: |
|---|---|---|
| 32011401 | 600 | 2010 |

| Map Number/Gen. Location | Property Code | Assessment | | Rate | Tax Amount |
|---|---|---|---|---|---|
| 082-42-00-039.00 CASTLE HEIGHTS 01 | Real Est. | 15,000.00 | Manchester | .3500 | 52.50 |

Amounts do not include penalty and interest

| Total Tax Due By | |
|---|---|
| **01/03/11** | **52.50** |
| 2% Discount if paid by 12/01/10 | 51.45 |
| 6% Penalty if paid after 01/03/11 | 55.65 |

Delinquent Tax Information

---

# PROPERTY TAX BILL

MAKE CHECKS PAYABLE TO:
CITY OF MANCHESTER

CITY OF MANCHESTER • 123 Town Square
MANCHESTER, KY 40962 • 606-598-3555

Please pay at 123 Town Square across from the public library

MARICLE R CLETUS & JUDY
393 CIRCLE DRIVE
MANCHESTER, KY 40962

| Acct. No.: | Bill No.: | Year: |
|---|---|---|
| 32011401 | 600 | 2010 |

| Map Number/Gen. Location | Property Code | Assessment | | Rate | Tax Amount |
|---|---|---|---|---|---|
| 082-42-00-039.00 CASTLE HEIGHTS 01 | Real Est. | 15,000.00 | Manchester | .3500 | 52.50 |

Amounts do not include penalty and interest

| Total Tax Due By | |
|---|---|
| **01/03/11** | **52.50** |
| 2% Discount if paid by 12/01/10 | 51.45 |
| 6% Penalty if paid after 01/03/11 | 55.65 |

Delinquent Tax Information