# Exhibit E
# Real property located at Fox Trail Road, Manchester, Kentucky Deed Book 288, Page 513

066-00-00-026.12

# DEED OF CONVEYANCE

THIS DEED OF CONVEYANCE, made and entered into this 26th day of Oct., 2007, by and between PHILIP MOBLEY AND HIS WIFE, DONNA MOBLEY whose address is 255 West Fox Trail Road, Manchester, Kentucky 40962, parties of the first part, and JUDY MARICLE whose address is 393 Circle Drive, Manchester, Kentucky 40962, party of the second part.

WITNESSETH: That for and in consideration of the payment of a mortgage to First National Bank of Manchester, Kentucky in the principal sum of $88,480.00 on September 24, 2004 cash in hand paid, the receipt of which is hereby acknowledged, parties of the first part do hereby SELL, GRANT, AND CONVEY unto the party of the second part, her heirs and assigns, the following described property, viz:

Being ALL OF that same tract of land conveyed to parties of the first part by that deed found of record in DEED BOOK 251, PAGE 437, records of the CLAY County Clerk's office and being more particularly described as follows:

## LOT 7A

A portion of Triple S Development, Inc., known as Lot #7 of Fox Trail Estates, located on the North side of Charlie Sizemore Road being approximately 1.0 miles West of the intersection of Charlie Sizemore Road and Highway #421 in Clay County, Kentucky, and being more particularly described as follows:

Beginning at an iron pin (set), marked DRN PLS #3230, a common corner to Lot #7A, Lot #7B and Lot #7C. Thence with a common line of Lot #7C, South 86-36-43 West a distance of 111.71 feet to an iron pin (set) in the center of the creek. Thence running with the creek North 39-27-00 West a distance of 131.57 feet to an iron pin (set) in the center of the creek. Thence running with the creek North 30-15-00 West a distance of 90.86 feet to an iron pin (set) in the center of the creek, a common corner to the Triple S Development reserve parcel (D.B. 239, Pg. 328). Thence leaving the creek and running with a common line of the Triple S Development reserve parcel North 85-56-53 East a distance of 174.67 feet to an iron pin (set), a common corner to Lot #7A, Lot #7B and the Triple S Development reserve parcel. Thence leaving the Triple S Development reserve parcel and running with a common line to Lot #7B South 19-43-59 East a distance of 197.42 feet to the point of beginning containing 0.64 acres more or less as surveyed by Don Ray Nolan P.L.S. #3230 September 7, 1999.

There is also included the right to use a 40 foot roadway which Runs East to West along the northern boundary of Lot 7A and 7B bearing N 85-56-53 E and being part of Triple S Development reserve as shown on that plat dated September 7, 1999 of record in Plat Cabinet 2, page 40.

## RESTRICTIVE COVENANTS FOR FOX TRAIL ESTATES

1. Only single family residences shall be built in the subdivision. Each residence shall be at least 1,600 square feet. In the event more than one house is to be built on any lot, at least ¼ acre of area is required per house.

2. No noxious or offensive trade or activity shall be carried on or upon any lot nor shall anything be done thereon which may be an annoyance or nuisance to the neighborhood.

3. Outbuildings, barns, or stables shall be limited to two per residence and all outbuildings shall be constructed so as to compliment the primary residence.

4. Dogs, cats, and/or other household pets may be kept upon the property. No livestock or poultry shall be kept on any lot in the development, further, no animals of any kind shall be kept, bred, or maintained within the sub-division for any commercial reason or purpose.

5. No mobile homes shall be permitted on the property.

6. No disabled vehicles shall be parked on the lot.

7. Outside of dwelling will be completed within one (1) year of the beginning of construction. At no time during construction shall any trash or debris of any type be placed, wasted or deposited on any lot by the owner, contractor, or subcontractor. After construction all houses shall be kept in state of good repair and well groomed.

8. If house is to be built at a later date, lot shall be maintained and mowed regularly.

9. No residence or other building or appurtenance shall be placed or located nearer than 25 feet to the street.

10. No trailer, basement, tent, shack, garage, barn or other outbuilding shall be erected in this subdivision an any time for use as a residence, nor shall any temporary structure be used as a residence.

11. Utility services shall be provided from the source to the building by underground Connection.

To have and to hold all of the above-described real property together with all of the rights, privileges, appurtenances, and improvements thereunto to the party of the second part, her heirs and assigns forever, with covenant of "GENERAL WARRANTY", and pursuant to KRS 382, the consideration reflected in this deed is the true and actual amount paid for said property.

GRANTORS:

_____   _____
PHILIP MOBLEY                   DONNA MOBLEY

GRANTEE:

_____
JUDY MARICLE

STATE OF KENTUCKY,

COUNTY OF CLAY,

I, _____, Notary Public for the county and state aforesaid, do certify that on this day the foregoing deed and consideration certificate was produced to me in the county aforesaid and sworn, acknowledged and delivered by PHILIP MOBLEY, GRANTOR to be his free act and deed.
Witness my hand this 26th day of Oct, 2007.

_____
NOTARY PUBLIC, STATE AT LARGE

My Commission Expires: 4/24/2008

STATE OF KENTUCKY,

COUNTY OF CLAY,

I, _____, Notary Public for the county and state aforesaid, do certify that on this day the foregoing deed and consideration certificate was produced to me in the county aforesaid and sworn, acknowledged and delivered by DONNA MOBLEY, GRANTOR to be her free act and deed.
Witness my hand this 26th day of Oct, 2007.

_____
NOTARY PUBLIC, STATE AT LARGE

My Commission Expires: 4/24/2008

STATE OF KENTUCKY,

COUNTY OF CLAY,

I, Josephine Davidson, Notary Public for the county and state aforesaid, do certify that on this day the foregoing consideration certificate was produced to me in the county foresaid and sworn, acknowledged and delivered by JUDY MARICLE, GRANTEE to be her free act and deed.

Witness my hand this 26 day of Oct, 2007.

Josephine Davidson
NOTARY PUBLIC, STATE AT LARGE

My Commission Expires: 4/24/2008

STATE OF KENTUCKY,

COUNTY OF CLAY,

I, FREDDY W. THOMPSON, Clerk of the County aforesaid, do certify that on this day this deed from PHILIP MOBLEY AND HIS WIFE, DONNA MOBLEY to R. CLETUS MARICLE AND HIS WIFE, JUDY MARICLE was received and lodged in my office for record, and that I have truly recorded it, together with this and the foregoing certificates thereon endorsed, in my said office in Deed Book _____, Page _____ at _____ ___m.

FREDDY W. THOMPSON, CLERK
By: _____ D.C.

Prepared by [signature] R. Cletus Maricle

R. Cletus Maricle
393 Circle Drive
Manchester, Kentucky 40962

99568
Filed on:10/26/2007 12:32:37 PM
Book: DEED Number: 268
Page: 543
Freddy Thompson, Clay County
DC: [signature]

Kevin Johnson, Clay Co. Sheriff
102 Richmond Rd, Suite 100
Manchester, KY 40962

Property Location: 99 FOX TRAIL ROAD
Property Description: 0.643 ACRES & HOUSE    LOT # 7A

| Tax Authority | Rate/$100 | Assessed Value | Tax |
|---|---|---|---|
| STATE | 0.1220 | $92,000 | $112.24 |
| COUNTY | 0.0790 | $92,000 | $72.68 |
| SCHOOL | 0.5440 | $92,000 | $500.48 |
| EXTENSION | 0.0400 | $92,000 | $36.80 |
| HEALTH | 0.0600 | $92,000 | $55.20 |
| SOIL CONS | 0.0120 | $92,000 | $11.04 |
| LIBRARY | 0.0650 | $92,000 | $59.80 |

Total Tax: $848.24

| | | |
|---|---|---|
| 2 % Discount | Paid By: NOV 30, 2010 | $831.28 |
| Face Value | Paid By: DEC 31, 2010 | $848.24 |
| 5 % Penalty | Paid By: JAN 31, 2011 | $890.65 |
| 21 % Penalty | Paid After: JAN 31, 2011 | $1,026.37 |

Return this cards with payment.
Make check payable: Clay Co. Sheriff
Include a self-addressed, stamped envelope
for receipt

Bill Number: 7414
Account No: 320102.0001
Map Number: 066-00-00-026.12
Tax Dist: 0
Deed Book: 288
Deed Page: 513
Farm Acres: 0
County Clerk: Freddy W. Thompson
Original Assessed Value:
Homeowners/Disability Exemption:
Current Assessed Value:

MARICLE JUDY
393 CIRCLE DR
MANCHESTER KY 40962-7009

8 - 4968

US POSTAGE
PAID
DATAMARK

# Account Screen

**ACCOUNT:** 066-00-00-026.12  
**WORK - 2011**  
32010201

| | | |
|---|---|---|
| NAME1: | MARICLE JUDY | 320102 01   TAX DIS 00 |
| NAME2: | | |
| MAIL ADDRESS: | 393 CIRCLE DRIVE | MAP: 066-00-00-026.12 |
| CITY, STATE, ZIP: | MANCHESTER KY 40962 | DEED: 288 / 513 |
| PREV OWNER: | MOBLEY PHILIP & DONNA | DATE INSPECTED: |
| PROPERTY LOCATION | 99 FOX TRAIL ROAD | DATE ASSESSED: 12/20/2007 |
| HOMESTEAD | N | DATE SALE: 1/1/2007 |
| | | SALE PRICE: $88,480.00 |

| | | | |
|---|---|---|---|
| RES | $92,000 | FRM RES | $0 |
| COM | $0 | FRM FCV | $0 |
| MOB | $0 | FRM TXV | $0 |
| TOBUILD | $0 | ACREAGE | 0.64 |
| TOLAND | $0 | | |

**DESC:** 0.643 ACRES & HOUSE   LOT # 7A