# Exhibit F
# Real property located at Fox Trail Road, Manchester, Kentucky Deed Book 251, Page 441

## DEED OF CONVEYANCE

THIS DEED OF CONVEYANCE, made and entered into by and between TRIPLE S DEVELOPMENT, INC., Rt. 8, Manchester, Kentucky 40962 party of the first part and JUDY MARICLE, A MARRIED WOMAN whose address is Rt.5, Box 91, Manchester, Kentucky 40962, party of the second part.

WITNESSETH: That for and in consideration of the sum of $9,520.00 for Lot 7B and $9,520.00 for Lot 7C, cash in hand paid, the receipt of which is hereby acknowledged, party of the first part does hereby SELL, GRANT AND CONVEY unto the party of the second part, her heirs and assigns, the following described property, viz: Being a part of Deed Book 239, page 328, being Lots 7B and 7C in the Fox Trail Estates, records of the Clay County Clerk's office and more particularly described as follows:

### LOT 7B

A portion of Triple S Development, Inc., known as Lot #7 of Fox Trail Estates, located on the North side of Charlie Sizemore Road being approximately 1.0 miles West of the intersection of Charlie Sizemore Road and Highway #421 in Clay County, Kentucky, and being more particularly described as follows:

BEGINNING at an iron pin (set), marked DRN PLS #3230, on the West right-of-way of Fox Trail Drive, being 25 feet from its' centerline, a common corner to Lot #7C. Thence with a common line of Lot #7C, leaving said right-of-way South 86-36-43 West a distance of 99.87 feet to an iron pin (set), being a common corner to Lot #7A, Lot #7B and Lot #7C. Thence leaving Lot #7C and running with a common line of Lot #7A and #7B North 19-43-59 West a distance of 197.42 feet to an iron pin (set), being a common corner to Lot #7A, Lot #7B and the Triple S Development reserve parcel (D.B. #239, PG. #328). Thence running with a common line of Lot #7B and the Triple S reserve parcel North 85-56-53 East a distance of 132.42 feet to an iron pin (set) on the West right-of-way of Fox Trail Drive, being 25 feet from its' centerline. Thence with the right-of-way South 09-35-51 East a distance of 97.36 feet to an iron pin (set). Thence with the right-of-way South 09-35-51 East a distance of 58.10 feet to a point. Thence with the right-of-way South 13-03-00 East a distance of 36.95 feet to the point of beginning containing 0.50 acres more or less as surveyed by Don Ray Nolan P.L.S. #3230 September 7, 1999.

There is also included the right to use a 40 foot roadway which runs East to West along the northern boundary of Lot 7A and 7B bearing N 85°56'53" E and being a part of

1

Triple S Development reserve as shown on that plat dated September 7, 1999 of record in Plat Cabinet ___2___, page __40__.

### LOT 7C

A portion of Triple S Development, Inc., known as Lot #7 of Fox Trail Estates, located on the North side of Charlie Sizemore road being approximately 1.0 miles West of the intersection of Charlie Sizemore Road and Highway #421 in Clay County, Kentucky, and being more particularly described as follows:

Beginning at an iron pin (set), marked DRN PLS #3230, on the West right-of-way of Fox Trail Drive, being 25 feet from its' centerline, a common corner to Lot #7B. Thence with the right-of-way South 19-55-00 East a distance of 66.48 feet to a point. Thence with the right-of-way South 22-35-00 East a distance of 14.18 feet to a point. Thence with the right-of-way South 22-33-33 East a distance of 46.80 feet to an iron pin (set). Thence South 81-52-00 West a distance of 146.47 feet to an iron pin (set) in the center of the creek. Thence running with the center of the creek North 41-28-00 West a distance of 169.53 feet to an iron pin (set), a common corner to Lot #7C and Lot #7A. Thence with a common line to Lot #7A, leaving the center of the creek North 86-36-43 East a distance of 111.71 feet to an iron pin (set), a common corner to Lot #7A, Lot #7B and Lot #7C. Thence with a common line of Lot #7B, North 86-36-43 East a distance of 99.87 feet to the point of beginning containing 0.53 acres more or less as surveyed by Don Ray Nolan P.L.S. #3230 September 7, 1999.

### RESTRICTIVE COVENANTS

(1) Only single family residences shall be built in the sub-division. Each residence shall be at least 1,600 square feet. In the event more than one house is to be built on any lot, at least 1/2 acre of area is required per house.

(2) No noxious or offensive trade or activity shall be carried on or upon any lot nor shall anything be done thereon which may be an annoyance or nuisance to the neighborhood.

(3) Outbuildings, barns, or stables shall be limited to 2 per residence and all outbuildings shall be constructed so as to compliment the primary residence.

(4) Dogs, cats and/or other household pets may be kept upon the property. No livestock or poultry shall be kept on any lot in the development, further, no animals of any kind shall be kept, bred or maintained within the sub-division for any commercial reason or purpose.

(5) No mobile homes shall be permitted on the property.

(6) No disabled vehicles shall be parked on

the lot.

(7) Outside of dwelling will be completed within one (1) year of the beginning of construction. At no time during construction shall any trash or debris of any type be placed, wasted or deposited on any lot by the owner, contractor or subcontractor. After construction all houses shall be kept in state of good repair and well groomed.

(8) If house is to be built at a later date, lot shall be maintained and mowed regularly.

(9) No residence or other building or appurtenance shall be placed or located nearer than 25 feet to the street.

(10) No trailer, basement, tent, shack, garage, barn or other outbuilding shall be erected in this subdivision at any time for use as a residence, nor shall any temporary structure be used as a residence.

(11) Utility services shall be provided from the source to the building by underground connection.

To have and to hold all of the above-described real property together with all of the rights, privileges, appurtenances and improvements thereon, to the party of the second part, her heirs and assigns, with covenant of "GENERAL WARRANTY", and the undersigned certify and state that pursuant to KRS 382, the consideration reflected is the true and actual amount paid for said property.

Witness our signatures this 13th day of Sept., 1999.

GRANTOR:

TRIPLE S DEVELOPMENT, INC.

BY: _____

ITS: _____

GRANTEE:

_____
JUDY MARICLE

STATE OF KENTUCKY,

COUNTY OF CLAY,

I, _____, Notary Public for the county and state aforesaid, do certify that on this day the foregoing deed and consideration certificate was produced to me in the county aforesaid and sworn, acknowledged and delivered by _____ as _____ of TRIPLE S DEVELOPMENT, INC., GRANTOR for and on behalf of said corporation.

3