# Exhibit G

# 1997 Norris Yacht
# Serial #NYL7516W5297

Fred & Donna Jackson<br>
P.O. Box 159<br>
Fall Rock, Kentucky 40932

October 13, 2010

Hon. David Olinger<br>
Chief, Forfeiture Unit<br>
United States Attorney's Office<br>
260 West Vine Street – Suite 300<br>
Lexington, Kentucky 40507-1612

Hon. Mark A. Wohlander<br>
Wohlander Law Office, PSC<br>
P.O. Box 910483<br>
Lexington, Kentucky 40591

Re: Purchase of 1997 Norris Yacht, Serial #NYL7516W5297

Gentlemen:

This letter will act as confirmation of our agreement to purchase the above listed yacht named "Judges Chambers" from Cletus and Judy Maricle. We are ready and willing to pay $100,000 for the yacht. We understand that once you receive our letter agreement that this matter will have to be referred to the Hon. Danny Reeves for his approval. We also understand that this matter will be referred to Judge Reeves in an expeditious manner in order to complete the sale as soon as possible. Once this matter has been approved by Judge Reeves, we will provide the United States with full payment for the yacht at the time the United States provides us with a full release as to any interest the United States might have in the yacht.

Thank you in advance for any assistance you can provide to move this matter forward as expeditiously as possible.

Very truly yours,

*Fred Jackson*   *Donna Jackson*<br>
Fred & Donna Jackson

THE BACK OF THIS DOCUMENT HAS AN ARTIFICIAL WATERMARK-HOLD AT AN ANGLE TO VIEW

**FIRST NATIONAL BANK of Manchester**
120 TOWN SQUARE • MANCHESTER, KENTUCKY 40962
PHONE (606) 598-6111 • FAX (606) 598-1451 • MEMBER FDIC

No. 251784    73-544/421

DATE 10-21  20 10

PAY TO THE ORDER OF  UNITED STATES MARSHALL    $ 100000.00

$100,000.00$ — DOLLARS

FOR PURCHASE OF BOAT
VIN#NYL7516WS297
REMITTER FROM : CLETUS AND JUDY MARICLE

**BANK MONEY ORDER**

AUTHORIZED SIGNATURE

THIS MONEY ORDER CONTAINS MULTIPLE SECURITY FEATURES DESIGNED TO DETECT DUPLICATION OR ALTERATION.

⑈251784⑈ ⑆042105442⑆ 000 490 3⑈