# EXHIBIT H
## STATEMENT OF CLAIMANT

I, Judy Maricle, a Claimant of certain property which the United States has moved to forfeit from my husband, the Defendant, Russell Cletus Maricle, do hereby declare under penalty of perjury that the information set forth in her motion for a hearing to adjudicate her interest in the various items of property, that as set forth in the motion and the documents attached to her motion are true and correct to the best of her knowledge and evidence her interest in the property which the United States seeks to forfeit.

*Judy Maricle*
Judy Maricle
Claimant

*January 10, 2011*
Date of Signature