**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON
CRIMINAL ACTION NO. 09-CR-00016-S-DCR**

*ELECTRONICALLY FILED*

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| V. | |
| **RUSSELL CLETUS MARICLE, et al.** | **DEFENDANTS** |
| and | |
| **JUDY MARICLE** | **CLAIMANT** |

___

**PROPOSED ORDER**
___

Counsel for the Claimant, Judy Maricle, having moved the Court for an Order scheduling a hearing to consider the rights of the Claimant to certain property which the United States seeks to forfeit from the Defendant, Russell Cletus Maricle; and the United States having responded thereto; and the Court having fully considered the matter and being otherwise sufficiently advised;

IT IS HEREBY ORDERED that the Defendant's motion is hereby sustained and a hearing is scheduled to consider the Claimant's rights to property which the United States seeks to forfeit is hereby scheduled for _____, at the hour of _____.

This the _____ day of _____, 2011.

_____
United States District Judge

Prepared by:

/s/*Mark A. Wohlander*
Mark A. Wohlander
Wohlander Law Office
P.O. Box 910483
Lexington, Kentucky  40591
Telephone: (859) 361-5604
Facsimile: (859) 219-0913
wohlanderlaw@insightbb.com
*Counsel for Claimant Judy Maricle*