UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

CRIMINAL NO. 09-16-S-DCR                    ELECTRONICALLY FILED

UNITED STATES OF AMERICA                                         PLAINTIFF

V.            **MOTION FOR ORDER TO CONDUCT DISCOVERY**

**RUSSELL CLETUS MARICLE, ET.AL.**                              DEFENDANTS

\* \* \* \* \* \* \* \* \* \*

Comes the United States, through counsel, and moves the Court for a period of 120 days to conduct discovery in connection with the ancillary claims filed in this action. To date, three claims have been filed and the United States anticipates there will be more. Upon conclusion of the discovery period, the United States will either move to dismiss the petitions or for an ancillary hearing.

A proposed Order is tendered herewith.

Respectfully submitted,

KERRY B. HARVEY
UNITED STATES ATTORNEY


/s/ David Y. Olinger, Jr.
David Y. Olinger, Jr.
Assistant United States Attorney
260 W. Vine St., Suite 300
Lexington, KY 40507

(859) 685-4896

## CERTIFICATE OF SERVICE

    I hereby certify that on October 18, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will notify all registered CM/ECF participants:

                                                     s/ David Y. Olinger, Jr.
                                                     Assistant U.S. Attorney