UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

CRIMINAL NO. 09-16-S-DCR

UNITED STATES OF AMERICA                                                                 PLAINTIFF

V.                                                         **ORDER**

RUSSELL CLETUS MARICLE, ET.AL.                                                       DEFENDANTS

\* \* \* \* \* \* \* \* \* \*

Upon Motion of the United States, and the Court being otherwise sufficiently advised:

IT IS HEREBY ORDERED, that the United States has 120 days from the date of this Order in which to complete discovery of all ancillary claims filed herein.

Dated this the _____ day of _____, 2010.

_____
UNITED STATES DISTRICT JUDGE

Prepared by:

KERRY B. HARVEY
UNITED STATES ATTORNEY

/s/ David Y. Olinger, Jr.
David Y. Olinger, Jr.
Assistant United States Attorney
260 W. Vine St., Suite 300
Lexington, Kentucky 40330
(859) 233-2661