UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON
CRIMINAL ACTION NO. 09-CR-00016-S-DCR

*ELECTRONICALLY FILED*

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| V. | |
| RUSSELL CLETUS MARICLE, ET AL., | DEFENDANTS |
| and | |
| FIRST NATIONAL BANK OF MANCHESTER, KENTUCKY | CLAIMANT |

## FIRST NATIONAL BANK OF MANCHESTER, KENTUCKY'S PETITION TO ADJUDICATE AND ESTABLISH ITS INTEREST IN PROPERTY SUBJECT TO FORFEITURE

First National Bank of Manchester, Kentucky, by counsel, and pursuant to 21 U.S.C. §853(n), petitions this Court for a hearing to adjudicate its interest in property subject to this Court's Order of Forfeiture.

Petitioner is First National Bank of Manchester, Kentucky. As grounds for its petition, and for the reasons set forth below, the Petitioner respectfully submits the Court to recognize a first mortgage on certain property which the United States seeks to forfeit as a result of the conviction of Russell Cletus Maricle.

The Petitioner is a Kentucky corporation. The Petitioner received notice that the United States has moved to forfeit the following property of the Defendant, Russell Cletus Maricle:

A. Real Property located in Manchester, KY., and recorded in Deed Book 292, page 109, in the name of Cletus Maricle, with all appurtenances and improvements thereon:

The real property located in Manchester, Kentucky and recorded in Deed Book 292, page 109, is a commercial building. This property is encumbered by a mortgage to First National Bank of Manchester, Kentucky dated November 5, 2008 and recorded in **Mortgage Book 191, page 271**, records of the Clay County Clerk's office to secure account number xxxxx3044, being loan number xxxx6285 with a balance of $94,535.18, plus daily interest at the rate of $15.94 per day from February 16, 2011 until paid. A copy of said mortgage and promissory note are attached as Exhibits "A" and "B".

WHEREFORE, for the reasons set forth above, and as evidenced by the documents attached hereto as Exhibit A and B, the Claimant requests that this court set this matter for a hearing, pursuant to 21 U.S.C. § 853(n), so that the Petitioner may establish that it has a legal right, title or interest in the property listed above.

Respectfully submitted,

/s/ *Clint J. Harris*
21 Bankers Alley
Manchester, Kentucky 40962
Telephone: (606)598-1481
Facsimile: (606)599-1367
clintharris@windstream.net
*Counsel for Claimant First National Bank of Manchester, Kentucky*

## VERIFICATION

Pursuant to 28 U.S.C. § 1746, I make the following declaration under penalties of perjury:

I verify that I have read the foregoing Petition and that the facts alleged in it are true and correct.

Executed on: 2-16-2011

FIRST NATIONAL BANK OF MANCHESTER, KENTUCKY

BY: _____
LYNDA GILBERT
ITS: CEO

STATE OF KENTUCKY,

COUNTY OF CLAY,

Subscribed and acknowledged to before me by LYNDA GILBERT as CEO of First National Bank of Manchester, Kentucky.

This 16 day of Feb., 2011.

_____
NOTARY PUBLIC, STATE AT LARGE
My commission expires: 10-19-2011

### CERTIFICATE OF SERVICE

I hereby certify that on 16 day of Feb, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of the electronic filing to the parties of record.

/s/ Clint J. Harris
Clint J. Harris
Counsel for Claimant First National
Bank of Manchester, Kentucky