UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON
CRIMINAL ACTION NO. 09-CR-00016-S-DCR

UNITED STATES OF AMERICA                                                                                      PLAINTIFF

V.                                              **PROPOSED ORDER**

RUSSELL CLETUS MARICLE, ET AL.,                                                                       DEFENDANTS

and

FIRST NATIONAL BANK OF MANCHESTER, KENTUCKY                                       CLAIMANT

      Counsel for the Claimant, First National Bank of Manchester, Kentucky, having moved the Court for an order scheduling a hearing to consider the rights of the Claimant to certain property which the United States seeks to forfeit from the Defendant, Russell Cletus Maricle; and the United States having responded thereto; and the Court having fully considered the matter and being otherwise sufficiently advised;

      IT IS HEREBY ORDERED that the Claimant's motion is hereby sustained and a hearing is scheduled to consider the Claimant's rights to property which the United States seeks to forfeit is scheduled for _____, at the hour of _____.

      This the _____ day of _____, 2011.

_____
United States District Judge

Prepared by:

*/s/ Clint J. Harris*
**CLINT J. HARRIS**
21 Bankers Alley
Manchester, Kentucky 40962
Telephone: (606)598-1481
Facsimile: (606)599-1367
clintharris@windstream.net