**EXHIBIT A**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

CRIMINAL CASE NO. 09-16-S-DCR

UNITED STATES OF AMERICA,                        PLAINTIFF

v.

CHARLES WAYNE JONES, et al.                      DEFENDANTS

**ORDER**
**(proposed)**
\*\*\* \*\*\* \*\*\*

      The Defendant, Charles Wayne Jones, has moved the Court pursuant to 18 § 3553(a), to downwardly depart from the sentencing range computed and applied under the United States Sentencing Guidelines.

      It is ORDERED that the Motion is GRANTED and that the guideline range for sentencing shall be reduced via a downward departure by \_\_\_\_\_ months.

      So ORDERED this \_\_ day of _____, 2011.


_____.
Danny C. Reeves, District Judge presiding