# EXHIBIT B

# DEFENDANT JONES MEDICAL CHART

# FROM DR. SHELLEY B. STANKO, M.D.

Follow up

DATE:  01-22-2010 Fri
CHARLES W JONES

CHIEF COMPLAINT:
This 70 year old male is here for follow-up of hypertension. Medication refills are needed today. LAB WORK REVIEWED AND DISCUSSED WITH PATIENT TODAY, SEE REPORT IN TIMELINE.

History of Present Illness:
This 70 year old male is here for follow-up of hypertension, dyslipidemia, type two diabetes mellitus, and CAD, significantly improved  by medication
THE PATIENT REPORTS TOLERATING CURRENT MEDICAL THERAPY WELL AND DENIES ANY SIGNIFICANT SIDE EFFECTS FROM MEDICATION.
 Medication refills are needed today.

LAB WORK REVIEWED AND DISCUSSED WITH PATIENT TODAY, SEE REPORT IN TIMELINE.

PAST MEDICAL HISTORY:
Diabetes
Chronic back pain
S/p heart blockages

SURGERIES:
Stents

SOCIAL HISTORY:
non smoker/ denies alcohol use.

FAMILY HISTORY:
Father: Heart attack
Mother: Lupus

Prostate: 2006?
Colonoscopy: Never

ALLERGIES:
Nkda

Current medications include:
Ambien , 10MGS  #= 30, Sig: 1 PO QHS
FeSO4, 325 mg  #= 90, Refill: 0, Sig: 1 po TID
Januvia, 100mg  #= 30, Refill: 3, Sig: 1 po QD for diabetes
Lorcet , 10/650  #= 120, Sig: 1 po  QID PRN
metaglip, 5/500mg  #= 120, Sig: 2 po bid
METOPROLOL, 50 MG  #= 60, Refill: 3, Sig: 1 PO BID
Plavix , 75 mg  #= 30, Refill: 3, Sig: 1 po qd

DATA REVIEW:

| Date | Weight | Blood Pressure | BMI |
|---|---|---|---|
| 2009-05-21 | 170 | 98 / 52 | 24.4 |
| 2009-06-23 | 164 | 130 / 70 | 23.5 |
| 2009-06-29 | 171 | 124 / 62 | 24.5 |
| 2009-08-10 | 169 | 100 / 58 | 24.2 |
| 2009-09-24 | 168 | 108 / 64 | 24.1 |

| Date | Cholesterol, Total | HDL Cholesterol | Triglycerides | LDL Cholesterol Calc |
|---|---|---|---|---|
| 2008-08-05 | 164 | 35 | 168 | 95 |
| 2009-01-30 | 158 | 34 | 160 | 92 |
| 2009-06-23 | 157 | 33 | 170 | 90 |
| 2010-01-12 | 165 | 33 | 151 | 102 |

| Date | Alkaline Phosphatase, S | AST (SGOT) | ALT (SGPT) |
|---|---|---|---|
| 2009-06-23 | 80 | 13 | 13 |
| 2010-01-12 | 103 | 13 | 12 |

| Date | Hemoglobin A1c | Hemoglobin A1c Range | Glucose, Serum | Glucose, Serum Units |
|---|---|---|---|---|
| 2008-08-05 | 7.3 | <7.0 | 133 | mg/dL |
| 2009-01-30 | 7.1 | <7.0 | 133 | mg/dL |
| 2009-06-23 | 7.3 | <7.0 | 178 | mg/dL |
| 2010-01-12 | 7.4 | <7.0 | 184 | mg/dL |

| Date | BUN | Creatinine, Serum | Potassium, Serum | Sodium, Serum |
|---|---|---|---|---|
| 2009-06-23 | 29 | 1.39 | 4.9 | 136 |
| 2009-06-29 | | | | |
| 2009-07-28 | | | | |
| 2010-01-12 | 19 | 1.38 | 4.5 | 140 |

REVIEW OF SYSTEMS:
Constitutional ROS:

Fever, chills, weight loss or gain, thirst, appetite changes, and malaise are denied.

Respiratory ROS:
Shortness of breath, orthopnea, hemoptysis, congestion, and/or cough are denied.

Cardiovascular ROS:
Chest pain,chest heaviness, lower extremity edema, exertional dyspnea or chest pain,tachycardia,and or palpitations are denied.

Gastrointestinal ROS:
Indigestion, difficulty swallowing, nausea, vomiting, reflux symptoms, abdominal pain, diarrhea, melena and/or hematemesis are denied.

PHYSICAL EXAM:
VITAL SIGNS: (4)  Weight: 173 lbs, Height: 5 ft 10 in, BMI: 24.8, BP: 118 / 60, Pulse: 68
GENERAL DESCRIPTION:
Mr. CHARLES W JONES  is a 70 year old well-developed CAUCASIAN MALE, appearing stated age in no acute distress.

NECK:
The neck is supple, without lymphadenopathy.
The thyroid gland is normal to palpation and inspection.  There is no thyromegaly.
No carotid bruits are detected.  No JVD.

LUNGS:
The lungs are clear to auscultation bilaterally.  Good breath sound expansion.
No inspiratory or expiratory wheezing detected.
No rales, or rhonchi are heard.

CARDIAC:
The heart is in normal sinus rhythm, without murmurs, rubs, or gallops.
PMI is in the mid-clavicular line.

ABDOMEN:
The abdomen is nontender to palpation, without masses or organomegaly.  Bowel sounds are normal to auscultation.  Neither rebound tenderness guarding is present.

EXTREMITIES:
There is no cyanosis, clubbing or edema with good distal pulses bilaterally.


ASSESSMENT/PLAN:
250.00 TYPE 2 DM W/O COMPLICATION CONTROLLED
414.00 CORONARY ATHEROSCLEROSIS OF UNSPECIFIED TYPE OF VE
722.52 DEGENERATION OF LUMBAR OR LUMBOSACRAL INTERVERTEBR
780.52 INSOMNIA UNSPECIFIED
All above are established, stable.
Continue risk factor modification.
Diet and exercise modification discussed today.
Risks of noncompliance discussed at length today.

268 WITH VITAMIN D DEFICIENCY
new onset, requires adjustment of medication.
 Vitamin D, 50,000 units  #= 8, Refill: 0, Sig: 1 po q week for 8 weeks

REFILLS GIVEN TODAY INCLUDING:
 Ambien , 10MGS  #= 30, Sig: 1 PO QHS
 FeSO4, 325 mg  #= 90, Sig: 1 po TID
 Januvia, 100mg  #= 30, Sig: 1 po QD for diabetes
 Lorcet , 10/650  #= 120, Sig: 1 po  QID PRN
 METOPROLOL, 50 MG  #= 60, Sig: 1 PO BID
 Plavix , 75 mg  #= 30, Sig: 1 po qd
 metaglip, 5/500mg  #= 120, Sig: 2 po bid

HEALTH MAINTENANCE:  Up to date.

THE ABOVE DIAGNOSIS AND TREATMENT PLAN HAS BEEN REVIEWED AND DISCUSSED WITH DR. STANKO. THESE RECOMMENDATIONS ARE PER HER PREVIOUSLY ESTABLISHED TREATMENT GUIDELINES/PROTOCOLS AND ARE EVIDENCE-BASED.


Electronic Signature on 01-24-2010 Sun 06:57:44 PM, by SUSAN M HODGE (User Name: SHODG).

Electronic Signature on 01-26-2010 Tue 11:02:10 AM, by SHELLEY STANKO (User Name: SSTAN).

DATE:  09-24-2009 Thu
CHARLES W JONES

CHIEF COMPLAINT:
This 70 year old male complains of  rash involving the the outside of mouth not improved  by medication, nystatin cream.  Patient states that these symptoms have been OCCURRING during the past 3 months.

The patient presents with h/o hypertension well  controlled with medication.  The patient reports tolerating current medical therapy for hypertension very well, and denies any significant side effects from medication.  He denies CHEST PAIN, FEELING LIGHT HEADED, VISUAL CHANGES OR FLUID RETENTION.


History of Present Illness:
This 70 year old male complains of  rash involving the the outside of mouth not improved  by medication, nystatin cream.  Patient states that these symptoms have been OCCURRING during the past 3 months.
Initially believed this rash to be angular chelitis, but it is unresponsive to antifungal treatment.

The patient presents with h/o hypertension well  controlled with medication.  The patient reports tolerating current medical therapy for hypertension very well, and denies any significant side effects from medication.  He denies CHEST PAIN, FEELING LIGHT HEADED, VISUAL CHANGES OR FLUID RETENTION.

PAST MEDICAL HISTORY:
Diabetes
Chronic back pain
S/p heart blockages

SURGERIES:
Stents

SOCIAL HISTORY:
non smoker/ denies alcohol use.

FAMILY HISTORY:
Father: Heart attack
Mother: Lupus

Prostate: 2006?
Colonoscopy: Never

ALLERGIES:
Nkda

Current medications include:
Ambien , 10MGS  #= 30, Sig: 1 PO QHS
FeSO4, 325 mg  #= 90, Refill: 0, Sig: 1 po TID
Januvia, 100mg  #= 30, Sig: 1 po QD for diabetes
Lorcet , 10/650  #= 120, Sig: 1 po  QID PRN
metaglip, 5/500mg  #= 120, Sig: 2 po bid
METOPROLOL, 50 MG  #= 60, Sig: 1 PO BID
Plavix , 75 mg  #= 30, Sig: 1 po qd
Vitamin D

REVIEW OF SYSTEMS:
SEE HPI ABOVE.
Constitutional ROS:
Fever, chills, weight loss or gain, thirst, appetite changes, and malaise are denied.
Respiratory ROS:
Shortness of breath, orthopnea, hemoptysis, congestion, and/or cough are denied.
Cardiovascular ROS:
Chest pain,chest heaviness, lower extremity edema, exertional dyspnea or chest pain,tachycardia,and or palpitations are denied.
Gastrointestinal ROS:
Indigestion, difficulty swallowing, nausea, vomiting, reflux symptoms, abdominal pain, diarrhea, melena and/or hematemesis are denied.

PHYSICAL EXAM:
VITAL SIGNS: (6)   Weight: 168 lbs, Height: 5 ft 10 in, BMI: 24.1, BSA (Mosteller): 1.94, BSA (DuBois): 1.94, BP: 108 / 64, Pulse: 58, Respiration: 14, Pulse Oxygen: 98
GENERAL DESCRIPTION:
Mr. CHARLES W JONES  is a 70 year old well-developed CAUCASIAN MALE, appearing stated age in no acute distress.
HEENT:
Head is normocephalic and atraumatic.  PEERLA, EOMI.
OP is patent and clear.  Nares are patent, clear, and not swollen.
Sinuses are non-tender in the maxillary, frontal, and ethmoid regions.
TM's are clear with normal cone of light reflex bilaterally.
There is no significant cerumen within the external auditory canal.


NECK:
The neck is supple, without lymphadenopathy.
The thyroid gland is normal to palpation and inspection.  There is no thyromegaly.
No carotid bruits are detected.  No JVD.

LUNGS:
The lungs are clear to auscultation bilaterally.  Good breath sound expansion.
No inspiratory or expiratory wheezing detected.
No rales, or rhonchi are heard.

CARDIAC:
The heart is in normal sinus rhythm, without murmurs, rubs, or gallops.
PMI is in the mid-clavicular line.

ABDOMEN:
The abdomen is nontender to palpation, without masses or organomegaly.  Bowel sounds are normal to auscultation.  Neither rebound tenderness guarding is present.

EXTREMITIES:
There is no cyanosis, clubbing or edema with good distal pulses bilaterally.

SKIN:
Corners of mouth noted to have erythematous plaques.


ASSESSMENT/PLAN
401.1 BENIGN ESSENTIAL HYPERTENSION
established, stable.
Continue risk factor modification.
Diet and exercise modification discussed today.
Risks of noncompliance discussed at length today.

694.3 IMPETIGO HERPETIFORMIS
new onset, requires adjustment of medication.
 Bactroban ointment ,   #= 1 tube, Refill: 1, Sig: apply to affected BID


REFILLS GIVEN TODAY INCLUDING:
none

HEALTH MAINTENANCE:
Up to date.

THE ABOVE DIAGNOSIS AND TREATMENT PLAN HAS BEEN REVIEWED AND DISCUSSED WITH DR. STANKO. THESE RECOMMENDATIONS ARE PER HER PREVIOUSLY ESTABLISHED TREATMENT GUIDELINES/PROTOCOLS AND ARE EVIDENCE-BASED.


Electronic Signature on 09-27-2009 Sun 09:34:09 AM, by SUSAN M HODGE (User Name: SHODG).

Electronic Signature on 10-04-2009 Sun 09:57:24 PM, by SHELLEY STANKO (User Name: SSTAN).

Follow up

DATE:  08-10-2009 Mon
CHARLES W JONES

CHIEF COMPLAINT:
This 70 year old male is here for follow-up of type two diabetes mellitus and dyslipidemia.  Medication refills are needed today, and EKG for colonoscopy on Thursday.

History of Present Illness:  This 70 year old male is here for follow-up of type two diabetes mellitus and dyslipidemia.  Medication refills are needed today, and EKG for colonoscopy on Thursday.

HOME GLUCOSE MONITORING REGIMEN BY PATIENT OR CARETAKER:  FASTING AM AND AFTERNOON NON FASTING with improvement in glc control.

He complains of hoarseness but no sore throat or difficulty swallowing or post-nasal drainage.

Needs preop EKG for colonoscopy.

PAST MEDICAL HISTORY:
Diabetes
Chronic back pain
S/p heart blockages

SURGERIES:
Stents

SOCIAL HISTORY:
non smoker/ denies alcohol use.

FAMILY HISTORY:
Father: Heart attack
Mother: Lupus

Prostate: 2006?
Colonoscopy: Never

ALLERGIES:
Nkda

Current medications include:
Ambien , 10MGS  #= 30, Sig: 1 PO QHS
FeSO4, 325 mg  #= 90, Refill: 0, Sig: 1 po TID
Januvia, 100mg  #= 30, Sig: 1 po QD for diabetes
Lorcet , 10/650  #= 120, Sig: 1 po  QID PRN
metaglip, 5/500mg  #= 120, Sig: 2 po bid
METOPROLOL, 50 MG  #= 60, Refill: 3, Sig: 1 PO BID
nystatin Cream
Plavix , 75 mg  #= 30, Sig: 1 po qd
Vitamin D

DATA REVIEW:

| Date | Weight | Blood Pressure | BMI |
|---|---|---|---|
| 2009-02-09 | 171 | 132 / 82 | 24.5 |
| 2009-05-21 | 170 | 98 / 52 | 24.4 |
| 2009-06-23 | 164 | 130 / 70 | 23.5 |
| 2009-06-29 | 171 | 124 / 62 | 24.5 |

| Date | Cholesterol, Total | HDL Cholesterol | Triglycerides | LDL Cholesterol Calc |
|---|---|---|---|---|
| 2008-08-05 | 164 | 35 | 168 | 95 |
| 2009-01-30 | 158 | 34 | 160 | 92 |
| 2009-06-23 | 157 | 33 | 170 | 90 |

| Date | Alkaline Phosphatase, S | AST (SGOT) | ALT (SGPT) |
|---|---|---|---|
| 2009-01-30 | 100 | 16 | 12 |
| 2009-06-23 | 80 | 13 | 13 |

| Date | Hemoglobin A1c | Hemoglobin A1c Range | Glucose, Serum | Glucose, Serum Units |
|---|---|---|---|---|
| 2009-01-30 | 7.1 | <7.0 | | 133 mg/dL |
| 2009-06-23 | 7.3 | <7.0 | | 178 mg/dL |
| 2009-06-29 | | | | |
| 2009-07-28 | | | | |

REVIEW OF SYSTEMS:
Constitutional ROS:
Fever, chills, weight loss or gain, thirst, appetite changes, and malaise are denied.

Respiratory ROS:
Shortness of breath, orthopnea, hemoptysis, congestion, and/or cough are denied.

**Cardiovascular ROS:**
Chest pain,chest heaviness, lower extremity edema, exertional dyspnea or chest pain,tachycardia,and or palpitations are denied.

**Gastrointestinal ROS:**
Indigestion, difficulty swallowing, nausea, vomiting, reflux symptoms, abdominal pain, diarrhea, melena and/or hematemesis are denied.

**PHYSICAL EXAM:**
VITAL SIGNS: (4)  Weight: 169 lbs, Height: 5 ft 10 in, BMI: 24.2, BP: 100 / 58, Pulse: 64

**GENERAL DESCRIPTION:**
Mr. CHARLES W JONES  is a 70 year old well-developed CAUCASIAN MALE, appearing stated age in no acute distress.

**NECK:**
The neck is supple, without lymphadenopathy.
The thyroid gland is normal to palpation and inspection.  There is no thyromegaly.
No carotid bruits are detected.  No JVD.

**LUNGS:**
The lungs are clear to auscultation bilaterally.  Good breath sound expansion.
No inspiratory or expiratory wheezing detected.
No rales, or rhonchi are heard.

**CARDIAC:**
The heart is in normal sinus rhythm, without murmurs, rubs, or gallops.
PMI is in the mid-clavicular line.

**ABDOMEN:**
The abdomen is nontender to palpation, without masses or organomegaly.  Bowel sounds are normal to auscultation.  Neither rebound tenderness guarding is present.

**EXTREMITIES:**
There is no cyanosis, clubbing or edema with good distal pulses bilaterally.

**ASSESSMENT/PLAN:**
250.02 UNCONTROLLED TYPE 2 DIABETES
272.2 MIXED HYPERLIPIDEMIA
414.00 CORONARY ATHEROSCLEROSIS OF UNSPECIFIED TYPE OF VE
401.1 BENIGN ESSENTIAL HYPERTENSION
722.52 DEGENERATION OF LUMBAR OR LUMBOSACRAL INTERVERTEBR
established, stable.
Continue risk factor modification.
Diet and exercise modification discussed today.
Risks of noncompliance discussed at length today.
Current medications are continued.

**REFILLS GIVEN TODAY INCLUDING:**
Ambien , 10MGS  #= 30, Sig: 1 PO QHS
Januvia, 100mg  #= 30, Sig: 1 po QD for diabetes
Lorcet , 10/650  #= 120, Sig: 1 po  QID PRN
METOPROLOL, 50 MG  #= 60, Sig: 1 PO BID
Plavix , 75 mg  #= 30, Sig: 1 po qd
metaglip, 5/500mg  #= 120, Sig: 2 po bid

HEALTH MAINTENANCE:  Up to date.

EKG Interpretation:  Normal sinus rhythm

Electronic Signature on 08-20-2009 Thu 02:21:32 PM, by SHELLEY STANKO (User Name: SSTAN).

**Marymount** MEDICAL CENTER

Name: _Charles Jones_  DOB: _____  Date: _8/5/09_

Physician Signature: (Required) _____

Laboratory Orders: Routine: _____ STAT: _____ Fasting: _____ Yes ____ No ____ # Hrs _____

DIAGNOSIS, SIGNS AND/OR SYMPTOMS AND PHYSICIAN SIGNATURE REQUIRED.

DTL027

| Panels | DIAGNOSIS |
|---|---|
| ☐ BMP | |
| BUN, CO2, Cl, Creat, Glu, K+, Na+, Ca++ | |
| ☐ CMP | |
| BUN, CO2, Cl, Creat, Glu, K+, Na+, Ca++, T. Bili, Alb, Prot, AST, ALT, ALP, | |
| ☐ Liver Function | |
| Alb, T & D. Bili, ALP, AST, ALT, TP | |
| ☐ Electrolyte Panel | |
| Na++, K+, CT, CO2 | |
| ☐ Lipid Panel | |
| Chol, Trig, HDL Chol, LDL Chol Risk Factor | |
| ☐ Thyroid Function Tests | |
| TSH, FT4 | |
| ☐ Obstetric Panel | |
| CBC, HbsAg, Rubella, RPR, Ab Screen, ABO & Rh Type | |
| ☐ Prenatal Panel | |
| CBC, HbsAg, Rubella, RPR, Ab Screen, ABO & Rh Type HIV (requires Consent) | |
| ☐ Acute Hepatitis Panel | |
| (HAAb, HbcAb, HbsAg, HCV) | |
| ☐ Executive Panel | |
| Screening Test: Medicare and Medicaid does not reimburse ABN required. CBC, CMP, Lipids, TSH, Uric Acid, Iron, GGT | |
| ☐ Rast Panel | |
| Allergies specific to Region | |

**SPECIAL CHEMISTRY**
- ☐ Alcohol
- ☐ B12
- ☐ BHCG (Serum, Quant)
- ☐ CEA
- ☐ Estradiol
- ☐ Ferritin
- ☐ Folate
- ☐ FSH
- ☐ HbsAg
- ☐ HBsAb
- ☐ HBeAb
- ☐ HAAb
- ☐ HCV Ab
- ☐ Iron
- ☐ LH
- ☐ TIBC
- ☐ PSA   Screen ___ Diagnostic ___
- ☐ TSH
- ☐ T4 (Free)
- ☐ T3 (Free)

**OTHER**
- ☐ _____
- ☐ _____
- ☐ _____

| CHEMISTRY | DIAGNOSIS |
|---|---|
| ☐ Albumin | |
| ☐ ALP (Alk. Phospatase) | |
| ☐ ALT (Alanine Transferase) | |
| ☐ Ammonia | |
| ☐ Amylase | |
| ☐ AST (Aspartane Transferase) | |
| ☐ Bilirubin, Total | |
| ☐ Bilirubin, Direct and Indirect | |
| ☐ BUN | |
| ☐ Calcium | |
| ☐ Calcium, Ionized | |
| ☐ Carbon Dioxide CO2 | |
| ☐ Chloride | |
| ☐ Cholesterol | |
| ☐ Creatinine | |
| ☐ GGT | |
| ☐ Glucose | |
| ☐ HDL Cholesterol | |
| ☐ Hemoglobin A1C | |
| ☐ LDH | |
| ☐ Lipase | |
| ☐ Magnesium | |
| ☐ Phosphorus | |
| ☐ Potassium | |
| ☐ Sodium | |
| ☐ Total Protein | |
| ☐ Triglycerides | |
| ☐ Uric Acid | |

**DRUG MONITORING**
- ☐ Acetaminophen
- ☐ Carbamazepine
- ☐ Digoxin
- ☐ Dilantin
- ☐ Lithium
- ☐ Phenobarbital
- ☐ Procainamide
- ☐ NAPA
- ☐ Quinidine
- ☐ Salicylates
- ☐ Theophylline
- ☐ Valproic Acid

**GLUCOSE CHALLENGE**
- ☐ Glucose PC 50
- ☐ Glucose 2 hr. PP
- ☐ GTT (100 gm) ____ Hour
- ☐ GTT (75 gm) ____ Hour

**URINE CHEMISTRIES**
- ☐ Creatinine, 24 Hr.
- ☐ Creatinine Clearance
- ☐ Total Protein, 24 Hr.
- ☐ Sodium
- ☐ Potassium

**OTHER**

_EKG → DM HTN_

| HEMATOLOGY | DIAGNOSIS |
|---|---|
| ☐ CBC (includes Plts & Diff) | |
| ☐ CBC w/o differential | |
| ☐ Hemoglobin | |
| ☐ Hematocrit | |
| ☐ Platelet Count | |
| ☐ Reticulocyte Count | |
| ☐ ESR (Sedimentation Rate) | |
| ☐ Prothrombin Time with INR | |
| ☐ aPTT | |
| ☐ Fibrinogen | |
| ☐ D-Dimer | |

**IMMUNOLOGY**
- ☐ ANA
- ☐ ASO Screen ___ Titer ___
- ☐ HIV (requires signed consent)
- ☐ Monotest
- ☐ Pregnancy Test, Qualitative
  - ☐ Serum
  - ☐ Urine
- ☐ RF Screen ___ Titer ___
- ☐ RPR
- ☐ RSV
- ☐ Rubella
- ☐ Strep Screen

**BLOOD BANKING**
- ☐ ABO Type and Rh
- ☐ Antibody Screen
- ☐ Direct Coombs
- ☐ Rhogam Workup

**URINALYSIS**
- ☐ Urinalysis with Microscopic
- ☐ Culture if Indicated
- ☐ Semen Analysis
- ☐ Sperm Count (Post Vasectomy)

**MICROBIOLOGY**
**Additional Charge for ID/Sensitivity (each pathogen isolated)
- ☐ Routine Culture
  Source: ___
- ☐ Urine Culture ___ Void ___ Cath
- ☐ AFB Culture/Smear
  Source: ___
- ☐ Fungal Culture/Smear
  Source: ___
- ☐ Stool Culture (Comprehensive) Salmonella, Shigella, Vibrio, Campylobacter, Yersinia
- ☐ Throat culture (B-Strep)
- ☐ DNA Probe (Chlamydia/GC)
  - ☐ Chlamydia
  - ☐ GC
  Source: ___
- ☐ Wet Prep
  Source: ___
- ☐ KOH Prep
  Source: ___
- ☐ Occult Blood, Stool
- ☐ Ova & Parasites
- ☐ Clostridium Diff Panel, Stool
- ☐ Gram Stain
  Source: ___

**MISCELLANEOUS**

☐ Call results to: _____

☐ Fax results to: _____

(HIPPA requires that all patient information meet the privacy guidelines. Patient information can only be faxed to fax machines located in a secure location. Please initial if fax is secure and results will be accessible to authorized persons only)

Initial _____

**FOR LABORATORY USE ONLY:**

Date Collected: ___ Time: ___

Collected by: ___

☐ Physician Office Contacted for Additional Information: (Provide information here)

Tech Initials: ___

Date: ___ Time: ___

Place specimens labels in this area:

_fax to_

**Advance Beneficiary Notice:**
I have read the ABN on the reverse. If Medicare denies payment, I agree to pay for the identified test(s).

X _____
Patient's Signature          Date

**STANDING ORDER:**

(Valid for 3 months unless otherwise indicated by requesting physician. Physician may provide a standing order for up to one year. Diagnosis required.)

Frequency: _____ Valid for: _____
(Provide length of SO)



**ID:**
**Name:** Jones, Charles
**Gender:** Male
**Comments:**

**P/PR:** 118/172 ms
**QRS:** 92 ms
**QT/QTc:** 414/427 ms
**P/QRS/T Axis:** 40/26/41 deg
**Heart Rate:** 64 BPM

warning: age not available, assumed 35 years
sinus rhythm
probable inferior infarct
35 < Q < 40 ms in aVF
with Q in II III
Q/R > 1/3 in aVF
Abnormal ECG

Unconfirmed Report

aVR   V1   V4
aVL   V2   V5
aVF   V3   V6

25 mm/s   10 mm/mV   Frequency Response:0.5-35Hz 60 Hz   8/10/2009  9:40:49 AM   Cardiopulmonary Labs

acute care

DATE:  06-29-2009 Mon
CHARLES W JONES

CHIEF COMPLAINT:
This 70 year old male is here for follow-up of dyslipidemia. LAB WORK REVIEWED AND DISCUSSED WITH PATIENT TODAY, SEE REPORT IN TIMELINE.

History of Present Illness:
This 70 year old male is here for follow-up of dyslipidemia and type two diabetes mellitus, somewhat better  controlled with medication.  THE PATIE
REPORTS TOLERATING CURRENT MEDICAL THERAPY WELL AND DENIES ANY SIGNIFICANT SIDE EFFECTS FROM MEDICATION.

The patient also mentions fatigue is much improved recently.

LAB WORK REVIEWED AND DISCUSSED WITH PATIENT TODAY, SEE REPORT IN TIMELINE.

PAST MEDICAL HISTORY:
Diabetes
Chronic back pain
S/p heart blockages

SURGERIES:
Stents

SOCIAL HISTORY:
non smoker/ denies alcohol use.

FAMILY HISTORY:
Father: Heart attack
Mother: Lupus

Prostate: 2006?
Colonoscopy: Never

ALLERGIES:
Nkda

Current medications include:
Ambien , 10MGS  #= 30, Sig: 1 PO QHS
FeSO4, 325 mg  #= 90, Refill: 0, Sig: 1 po TID
Januvia, 100mg  #= 30, Sig: 1 po QD for diabetes
Lorcet , 10/650  #= 120, Sig: 1 po  QID PRN
metaglip, 5/500mg  #= 120, Sig: 2 po bid
METOPROLOL, 50 MG  #= 60, Refill: 3, Sig: 1 PO BID
nystatin Cream
Nystatin oral suspension
Plavix , 75 mg  #= 30, Sig: 1 po qd

DATA REVIEW:

| Date | Weight | Blood Pressure | BMI |
|---|---|---|---|
| 2009-02-09 | 171 | 132 / 82 | 24.5 |
| 2009-05-21 | 170 | 98 / 52 | 24.4 |
| 2009-06-23 | 164 | 130 / 70 | 23.5 |

| Date | Cholesterol, Total | HDL Cholesterol | Triglycerides | LDL Cholesterol Calc |
|---|---|---|---|---|
| 2008-08-05 | 164 | 35 | 168 | 95 |
| 2009-01-30 | 158 | 34 | 160 | 92 |
| 2009-06-23 | 157 | 33 | 170 | 90 |

| Date | Alkaline Phosphatase, S | AST (SGOT) | ALT (SGPT) |
|---|---|---|---|
| 2009-01-30 | 100 | 16 | 12 |
| 2009-06-23 | 80 | 13 | 13 |

| Date | Hemoglobin A1c | Hemoglobin A1c Range | Glucose, Serum | Glucose, Serum Units |
|---|---|---|---|---|
| 2009-01-30 | 7.1 | <7.0 | 133 | mg/dL |
| 2009-06-23 | 7.3 | <7.0 | 178 | mg/dL |

REVIEW OF SYSTEMS:
Constitutional ROS:
Fever, chills, weight loss or gain, thirst, appetite changes, and malaise are denied.

Respiratory ROS:
Shortness of breath, orthopnea, hemoptysis, congestion, and/or cough are denied.

Cardiovascular ROS:
Chest pain,chest heaviness, lower extremity edema, exertional dyspnea or chest pain,tachycardia,and or palpitations are denied.

Gastrointestinal ROS:
Indigestion, difficulty swallowing, nausea, vomiting, reflux symptoms, abdominal pain, diarrhea, melena and/or hematemesis are denied.

PHYSICAL EXAM:
VITAL SIGNS: (4)  Weight: 171 lbs, Height: 5 ft 10 in, BMI: 24.5, BP: 124 / 62, Pulse: 56
GENERAL DESCRIPTION:
Mr. CHARLES W JONES  is a 70 year old well-developed CAUCASIAN MALE, appearing stated age in no acute distress.

NECK:
The neck is supple, without lymphadenopathy.
The thyroid gland is normal to palpation and inspection.  There is no thyromegaly.
No carotid bruits are detected.  No JVD.

LUNGS:
The lungs are clear to auscultation bilaterally.  Good breath sound expansion.
No inspiratory or expiratory wheezing detected.
No rales, or rhonchi are heard.

CARDIAC:
The heart is in normal sinus rhythm, without murmurs, rubs, or gallops.
PMI is in the mid-clavicular line.

ABDOMEN:
The abdomen is nontender to palpation, without masses or organomegaly.  Bowel sounds are normal to auscultation.  Neither rebound tenderness
guarding is present.

EXTREMITIES:
There is no cyanosis, clubbing or edema with good distal pulses bilaterally.


ASSESSMENT/PLAN:
272.2 MIXED HYPERLIPIDEMIA
414.00 CORONARY ATHEROSCLEROSIS OF UNSPECIFIED TYPE OF VE
All above are established, stable.
Continue risk factor modification.
Diet and exercise modification discussed today.
Risks of noncompliance discussed at length today.
Current medications are continued.

780.79 OTHER MALAISE AND FATIGUE
most likely due to low RBC's and B12 def
281.1 OTHER VITAMIN B12 DEFICIENCY ANEMIA
new onset, requires adjustment of medication.
Continue risk factor modification.
Diet and exercise modification discussed today.
Risks of noncompliance discussed at length today.
Start B12 OTC daily and a MVI
Recheck CBC in 2 weeks.

268.2 VITAMIN D DEFECIENCY
new onset, requires adjustment of medication.
 Vitamin D, 50,000 units  #= 8, Refill: 0, Sig: 1 po q week for 8 weeks then q month thereafter

REFILLS GIVEN TODAY INCLUDING:
No refills today

HEALTH MAINTENANCE:  Up to date.

THE ABOVE DIAGNOSIS AND TREATMENT PLAN HAS BEEN REVIEWED AND DISCUSSED WITH DR. STANKO. THESE
RECOMMENDATIONS ARE PER HER PREVIOUSLY ESTABLISHED TREATMENT GUIDELINES/PROTOCOLS AND ARE EVIDENCE-BASED.


Electronic Signature on 06-29-2009 Mon 11:33:25 AM, by SUSAN M HODGE (User Name: SHODG).

Electronic Signature on 06-29-2009 Mon 10:16:42 PM, by SHELLEY STANKO (User Name: SSTAN).

acute care

DATE:  06-23-2009 Tue
CHARLES W JONES

CHIEF COMPLAINT:
This 70 year old male complains of loss of appetite with occasional nausea. Patient states that these symptoms have been OCCURRING for the pa 3 days. He also mentions "fungus" in corners of mouth. Patient states that these symptoms have been OCCURRING intermittently for the past 6 weeks.

History of Present Illness:
This 70 year old male complains of loss of appetite with occasional nausea. Patient states that these symptoms have been OCCURRING for the pa 3 days.

He also mentions "fungus" in corners of mouth. Patient states that these symptoms have been OCCURRING intermittently for the past 6 weeks.

The patient presents with h/o type two diabetes mellitus, well  controlled with medication.  THE PATIENT REPORTS TOLERATING CURRENT MEDICAL THERAPY WELL AND DENIES ANY SIGNIFICANT SIDE EFFECTS FROM MEDICATION.

| Date | Hemoglobin A1c | Hemoglobin A1c Range | Glucose, Serum | Glucose, Serum Units |
|---|---|---|---|---|
| 2009-01-30 | 7.1 | <7.0 | 133 mg/dL | |
| 2009-06-23 | 7.3 | <7.0 | 178 mg/dL | |
| 2009-06-29 | | | | |

PAST MEDICAL HISTORY:
Diabetes
Chronic back pain
S/p heart blockages

SURGERIES:
Stents

SOCIAL HISTORY:
non smoker/ denies alcohol use.

FAMILY HISTORY:
Father: Heart attack
Mother: Lupus

Prostate: 2006?
Colonoscopy: Never

ALLERGIES:
Nkda

Current medications include:
Ambien , 10MGS  #= 30, Sig: 1 PO QHS
Januvia, 100mg  #= 30, Sig: 1 po QD for diabetes
Lorcet , 10/650  #= 120, Sig: 1 po  QID PRN
metaglip, 5/500mg  #= 120, Sig: 2 po bid
METOPROLOL, 50 MG  #= 60, Refill: 3, Sig: 1 PO BID
Plavix , 75 mg  #= 30, Sig: 1 po qd

DATA REVIEW:

| Date | Weight | Blood Pressure | BMI |
|---|---|---|---|
| 2009-02-09 | 171 | 132 / 82 | 24.5 |
| 2009-05-21 | 170 | 98 / 52 | 24.4 |

| Date | Cholesterol, Total | HDL Cholesterol | Triglycerides | LDL Cholesterol Calc |
|---|---|---|---|---|
| 2008-08-05 | 164 | 35 | 168 | 95 |
| 2009-01-30 | 158 | 34 | 160 | 92 |

| Date | Alkaline Phosphatase, S | AST (SGOT) | ALT (SGPT) |
|---|---|---|---|
| 2009-01-30 | 100 | 16 | 12 |

REVIEW OF SYSTEMS:
Constitutional ROS:
Fever, chills, weight loss or gain, thirst, appetite changes, and malaise are denied.

Respiratory ROS:
Shortness of breath, orthopnea, hemoptysis, congestion, and/or cough are denied.

Cardiovascular ROS:
Chest pain,chest heaviness, lower extremity edema, exertional dyspnea or chest pain,tachycardia,and or palpitations are denied.

Gastrointestinal ROS:
as stated in HPI.

PHYSICAL EXAM:

VITAL SIGNS: (5)   Weight: 164 lbs, Height: 5 ft 10 in, BMI: 23.5, BP: 130 / 70, Pulse: 61, Pulse Oxygen: 98
GENERAL DESCRIPTION:
Mr. CHARLES W JONES  is a 70 year old well-developed CAUCASIAN MALE, appearing stated age in no acute distress.
HEENT:
Head is normocephalic and atraumatic.  PEERLA, EOMI.    Nares are patent, clear, and not swollen.
Sinuses are non-tender in the maxillary, frontal, and ethmoid regions.
TM's are clear with normal cone of light reflex bilaterally.
There is no significant cerumen within the external auditory canal.
The corners of mouth are moist and erythematous with minimal cracking noted.

NECK:
The neck is supple, without lymphadenopathy.
The thyroid gland is normal to palpation and inspection.  There is no thyromegaly.
No carotid bruits are detected.  No JVD.

LUNGS:
The lungs are clear to auscultation bilaterally.  Good breath sound expansion.
No inspiratory or expiratory wheezing detected.
No rales, or rhonchi are heard.

CARDIAC:
The heart is in normal sinus rhythm, without murmurs, rubs, or gallops.
PMI is in the mid-clavicular line.

ABDOMEN:
The abdomen is nontender to palpation, without masses or organomegaly.  Bowel sounds are normal to auscultation.  Neither rebound tenderness guarding is present.

EXTREMITIES:
There is no cyanosis, clubbing or edema with good distal pulses bilaterally.


ASSESSMENT/PLAN:
250.00 TYPE 2 DM W/O COMPLICATION CONTROLLED
established, stable.
Continue risk factor modification.
Diet and exercise modification discussed today.
Risks of noncompliance discussed at length today.

112.0 CANDIDIASIS OF MOUTH
new onset, requires adjustment of medication.
 Nystatin oral suspension,   #= QS, Refill: 0, Sig: swish and swallow 1 tsp 5 x a day for 10 days
 nystatin Cream ,   #= 1 tube, Refill: 0, Sig: apply to area BID until clear

Need to reassess labs to assess response to therapy and risk factor modification He will be notified of results by phone with significant abnormal results or by mail with results that do not require intervention.

REFILLS GIVEN TODAY INCLUDING:
No refills today

HEALTH MAINTENANCE:  Up to date.

THE ABOVE DIAGNOSIS AND TREATMENT PLAN HAS BEEN REVIEWED AND DISCUSSED WITH DR. STANKO. THESE RECOMMENDATIONS ARE PER HER PREVIOUSLY ESTABLISHED TREATMENT GUIDELINES/PROTOCOLS AND ARE EVIDENCE-BASED.



Electronic Signature on 07-06-2009 Mon 09:00:15 AM, by SUSAN M HODGE (User Name: SHODG).

Electronic Signature on 07-06-2009 Mon 10:05:13 AM, by SHELLEY STANKO (User Name: SSTAN).

acute care

DATE:  05-21-2009 Thu
CHARLES W JONES

CHIEF COMPLAINT:
This 70 year old male complains of lesion that was itching and sore left underarm. Patient states that these symptoms have been OCCURRING for the past 2 weeks. The patient also mentions low blood pressure. Patient states that these symptoms have been OCCURRING for the past 2 weeks.

History of Present Illness:
This 70 year old male complains of lesion that was itching and sore left underarm. Patient states that these symptoms have been OCCURRING for the past 2 weeks.

The patient also mentions low blood pressure. Patient states that these symptoms have been OCCURRING for the past 2 weeks.

PAST MEDICAL HISTORY:
Diabetes
Chronic back pain
S/p heart blockages

SURGERIES:
Stents

SOCIAL HISTORY:
non smoker/ denies alcohol use.

FAMILY HISTORY:
Father: Heart attack
Mother: Lupus

Prostate: 2006?
Colonoscopy: Never

ALLERGIES:
Nkda

Current medications include:
Ambien , 10MGS  #= 30, Sig: 1 PO QHS
Januvia, 100mg  #= 30, Sig: 1 po QD for diabetes
Lorcet , 10/650  #= 120, Sig: 1 po  QID PRN
metaglip, 5/500mg  #= 120, Refill: 3, Sig: 2 po bid
METOPROLOL, 50 MG  #= 60, Sig: 1 PO BID
Plavix , 75 mg  #= 30, Sig: 1 po qd

DATA REVIEW:

| Date | Weight | Blood Pressure | BMI |
|---|---|---|---|
| 2009-02-09 | 171 | 132 / 82 | 24.5 |

| Date | Cholesterol, Total | HDL Cholesterol | Triglycerides | LDL Cholesterol Calc |
|---|---|---|---|---|
| 2008-08-05 | 164 | 35 | 168 | 95 |
| 2009-01-30 | 158 | 34 | 160 | 92 |

| Date | Alkaline Phosphatase, S | AST (SGOT) | ALT (SGPT) |
|---|---|---|---|
| 2009-01-30 | 100 | 16 | 12 |

REVIEW OF SYSTEMS:
Constitutional ROS:
Fever, chills, weight loss or gain, thirst, appetite changes, and malaise are denied.

Respiratory ROS:
Shortness of breath, orthopnea, hemoptysis, congestion, and/or cough are denied.

Cardiovascular ROS:
Chest pain,chest heaviness, lower extremity edema, exertional dyspnea or chest pain,tachycardia,and or palpitations are denied.

Gastrointestinal ROS:
Indigestion, difficulty swallowing, nausea, vomiting, reflux symptoms, abdominal pain, diarrhea, melena and/or hematemesis are denied.

PHYSICAL EXAM:
VITAL SIGNS: (4)   Weight: 170 lbs, Height: 5 ft 10 in, BMI: 24.4, BP: 98 / 52, Pulse: 64
GENERAL DESCRIPTION:
Mr. CHARLES W JONES  is a 70 year old well-developed CAUCASIAN MALE, appearing stated age in no acute distress.

NECK:
The neck is supple, without lymphadenopathy.
The thyroid gland is normal to palpation and inspection.  There is no thyromegaly.
No carotid bruits are detected.  No JVD.

LUNGS:
The lungs are clear to auscultation bilaterally.  Good breath sound expansion.

No inspiratory or expiratory wheezing detected.
No rales, or rhonchi are heard.

CARDIAC:
The heart is in normal sinus rhythm, without murmurs, rubs, or gallops.
PMI is in the mid-clavicular line.

ABDOMEN:
The abdomen is nontender to palpation, without masses or organomegaly.  Bowel sounds are normal to auscultation.  Neither rebound tenderness guarding is present.

EXTREMITIES:
There is no cyanosis, clubbing or edema with good distal pulses bilaterally.  Small 1cm diameter knot nontender nonmobile noted in the left axilla.


ASSESSMENT/PLAN:
401.1 BENIGN ESSENTIAL HYPERTENSION
Hypotension
established, but not at goal.
Continue risk factor modification.
Risks of noncompliance discussed at length today.
Medication changes today include discontinuing
 METOPROLOL, 50 MG  #= 60, Refill: 3, Sig: 1 PO BID

782.2 LOCALIZED SUPERFICIAL SWELLING MASS OR LUMP
left axillary knot
new onset, requires adjustment of medication.
 Augmentin , 875 mg  #= 20, Refill: 0, Sig: 1 po BID for 10 days

plan to biopsy if not resolved in 2 weeks


REFILLS GIVEN TODAY INCLUDING:
 Ambien , 10MGS  #= 30, Sig: 1 PO QHS
 Januvia, 100mg  #= 30, Sig: 1 po QD for diabetes
 Lorcet , 10/650  #= 120, Sig: 1 po  QID PRN
 Plavix , 75 mg  #= 30, Sig: 1 po qd
 metaglip, 5/500mg  #= 120, Sig: 2 po bid

HEALTH MAINTENANCE:  Up to date.

THE ABOVE DIAGNOSIS AND TREATMENT PLAN HAS BEEN REVIEWED AND DISCUSSED WITH DR. STANKO. THESE RECOMMENDATIONS ARE PER HER PREVIOUSLY ESTABLISHED TREATMENT GUIDELINES/PROTOCOLS AND ARE EVIDENCE-BASED.


Electronic Signature on 05-22-2009 Fri 10:33:18 AM, by SUSAN M HODGE (User Name: SHODG).

Electronic Signature on 05-25-2009 Mon 10:22:57 AM, by SHELLEY STANKO (User Name: SSTAN).

Follow up

DATE: 02-09-2009 Mon
CHARLES W JONES

CHIEF COMPLAINT:
This 69 year old male is here for follow-up of lab work. Patient also states he has a red, rouch, scaley area on Lt side of back of neck. Also a sore a in corner of mouth. Symptoms x 6 weeks.

History of Present Illness:  This 69 year old male is here for follow-up of type two diabetes mellitus and low back pain, fair  controlled with medicatio
The patient reports tolerating current medical therapy for hypertension very well, and denies any significant side effects from medication.  He denie:
CHEST PAIN, FEELING LIGHT HEADED, VISUAL CHANGES OR FLUID RETENTION.

The patient also complains of red scaling  rash involving the left posterior neck.  Patient states that these symptoms have been OCCURRING for th
past 6 weeks.

LAB WORK REVIEWED AND DISCUSSED WITH PATIENT TODAY, SEE BELOW REPORT

PAST MEDICAL HISTORY:
Diabetes
Chronic back pain
S/p heart blockages

SURGERIES:
Stents

SOCIAL HISTORY:
non smoker/ denies alcohol use.

FAMILY HISTORY:
Father: Heart attack
Mother: Lupus

Prostate: 2006?
Colonoscopy: Never

ALLERGIES:
Nkda

Current medications include:
ALTACE, 5MG  #= 30, Sig: 1 PO QD
Ambien , 10MGS  #= 30, Sig: 1 PO QHS
Januvia, 100mg  #= 30, Sig: 1 po QD for diabetes
Lorcet , 10/650 #= 90, Sig: 1 po  TID PRN
metaglip, 5/500mg  #= 30, Sig: 1 qd
METOPROLOL, 50 MG  #= 60, Sig: 1 PO BID
Plavix , 75 mg  #= 30, Sig: 1 po qd

DATA REVIEW:

| Date | Weight | Blood Pressure | BMI |
|---|---|---|---|
| 2008-08-18 | 186 | 134 /  72 | 26.7 |

| Date | Cholesterol, Total | HDL Cholesterol | Triglycerides | LDL Cholesterol Calc |
|---|---|---|---|---|
| 2008-08-05 | 164 | 35 | 168 | 95 |
| 2009-01-30 | 158 | 34 | 160 | 92 |

| Date | Alkaline Phosphatase, S | AST (SGOT) | ALT (SGPT) |
|---|---|---|---|
| 2008-08-05 | 102 | 14 | 8 |
| 2009-01-30 | 100 | 16 | 12 |

REVIEW OF SYSTEMS:
Constitutional ROS:
Fever, chills, weight loss or gain, thirst, appetite changes, and malaise are denied.

Respiratory ROS:
Shortness of breath, orthopnea, hemoptysis, congestion, and/or cough are denied.

Cardiovascular ROS:
Chest pain,chest heaviness, lower extremity edema, exertional dyspnea or chest pain,tachycardia,and or palpitations are denied.

Gastrointestinal ROS:
Indigestion, difficulty swallowing, nausea, vomiting, reflux symptoms, abdominal pain, diarrhea, melena and/or hematemesis are denied.

SEE HPI ABOVE.

PHYSICAL EXAM:
VITAL SIGNS: (4)  Weight: 171 lbs, Height: 5 ft 10 in, BMI: 24.5, BP: 132 / 82, Pulse: 64
GENERAL DESCRIPTION:
Mr. CHARLES W JONES  is a 69 year old well-developed CAUCASIAN MALE, appearing stated age in no acute distress.

NECK:
The neck is supple, without lymphadenopathy.
The thyroid gland is normal to palpation and inspection.  There is no thyromegaly.
No carotid bruits are detected.  No JVD.

LUNGS:
The lungs are clear to auscultation bilaterally.  Good breath sound expansion.
No inspiratory or expiratory wheezing detected.
No rales, or rhonchi are heard.

CARDIAC:
The heart is in normal sinus rhythm, without murmurs, rubs, or gallops.
PMI is in the mid-clavicular line.

ABDOMEN:
The abdomen is nontender to palpation, without masses or organomegaly.  Bowel sounds are normal to auscultation.  Neither rebound tenderness guarding is present.

EXTREMITIES:
There is no cyanosis, clubbing or edema with good distal pulses bilaterally.

SKIN:
The lesions are multiple tender to touch erythematous and located at the base of hair follicles on the back of the left neck and located on the corner the left mouth.


ASSESSMENT/PLAN:
401.1 BENIGN ESSENTIAL HYPERTENSION
250.00 TYPE 2 DM W/O COMPLICATION CONTROLLED
722.52 DEGENERATION OF LUMBAR OR LUMBOSACRAL INTERVERTEBR
780.52 INSOMNIA UNSPECIFIED
All above are established, stable.
Continue risk factor modification.
Diet and exercise modification discussed today.
Risks of noncompliance discussed at length today.

704.8 FOLLICULITIS
new onset, requires adjustment of medication.
Medications as prescribed today are initiated.  The patient is advised to notify us if problems develop.
Patient counseled on medications side effects today.
  Altabax, APPLY TO AFFECTED AREA BID X 10 D  #= 1 TUBE, Sig: APPLY TO AFFECTED AREA BID X 10D

REFILLS GIVEN TODAY INCLUDING:
  ALTACE, 5MG  #= 30, Sig: 1 PO QD
  Ambien , 10MGS  #= 30, Sig: 1 PO QHS
  Januvia, 100mg  #= 30, Sig: 1 po QD for diabetes
  Lorcet , 10/650  #= 90, Sig: 1 po  TID PRN
  metaglip, 5/500mg  #= 30, Sig: 1 qd
  METOPROLOL, 50 MG  #= 60, Sig: 1 PO BID
  Plavix , 75 mg  #= 30, Sig: 1 po qd
  one touch glocometer,   #= 1, Sig:
  ONE TOUCH ULTRA TEST STRIPS,   #= 100, Sig: AS DIRECTED FOR FS BID

  The patient will return for re-evaluation WITH DR. STANKO in 6 months.


Electronic Signature on 02-09-2009 Mon 08:24:01 AM, by SUSAN M HODGE (User Name: SHODG).

Electronic Signature on 02-12-2009 Thu 07:06:18 AM, by Nancy VanArsdale Morris (User Name: NMORR).

Saint Joseph London
310 EAST NINTH STREET
LONDON, KENTUCKY 40741

Unit Number: MZ00110772    Account Number: MK0022648158
Patient Name: **JONES,CHARLES W**
Document Type: RADIOLOGY REPORT
Ordering Physician:PATIL, SANDESH R
Dictated By: BRYAN G. GIBSON PA
Date/Time Admission:
Date of Procedure: 08/27/08
Date/Time of Dictation: 08/27/08 1316
Date/Time Transcription: 08/27/08 1330
Patient Location: MMC - CATH

DOB: ███████
Patient Room #:
X-RAY #: DI00045849
Clinical Data: LHC
Exam:RAD CHEST 2 VIEWS

TWO VIEW CHEST.

HISTORY: Preop.

COMPARISON: None.

 FINDINGS: The patient is status post median sternotomy.  The cardiac
silhouette is normal in size. The mediastinum is unremarkable. The lungs
are clear. There is no pneumothorax. The osseous structures are
unremarkable.

IMPRESSION: No acute cardiopulmonary process.


The films were reviewed and interpreted by Dr. Westerfield, dictation by
Bryan Gibson, PA-C.


<<Signature on File>>

_____
Dictated By:  BRYAN G. GIBSON PA
E-Signed By :DAVID WESTERFIELD

GIBBR/PS
D: 08/27/08 1316
T: 08/27/08 1330

*Shelley B. Stanko, MD*

DATE:  08-18-2008 Mon
CHARLES W JONES

CHIEF COMPLAINT:
This 69 year old male is here for medication refills.

History of Present Illness:
This 69 year old male is here for medication refills.

The patient presents with h/o CAD  type two diabetes mellitus and hypertension
Pt had labs done on the 5th, drawn here. Needs results.
 Stress test 3 weeks ago, concern for abnormality.  Has LHC scheduled with Dr. Patil end of the month.  Last LHC was 2005.

PAST MEDICAL HISTORY:
Diabetes
Chronic back pain
S/p heart blockages

Surgeries:
Stents

Current medications include:
ALTACE, 5MG  #= 30, Sig: 1 PO QD
Ambien , 10MGS  #= 30, Sig: 1 PO QHS
Januvia, 100mg  #= 30, Sig: 1 po QD for diabetes
Lorcet , 10/650  #= 120, Sig: 1 po  QID PRN
metaglip, 5/500mg  #= 30, Sig: 1 qd
METOPROLOL, 50 MG  #= 60, Sig: 1 PO BID
Plavix , 75 mg  #= 30, Sig: 1 po qd

ALLERGIES:
Nkda

Social History: non smoker/ denies alcohol use.

FAMILY HISTORY:
Father: Heart attack
Mother: Lupus

Prostate: 2006?
Colonoscopy: Never

REVIEW OF SYSTEMS:
Constitutional ROS:
Fever, chills, weight loss or gain, thirst, appetite changes, and malaise are denied.

Respiratory ROS: Respiratory ROS:
Shortness of breath, orthopnea, hemoptysis, congestion, and/or cough are denied.

Cardiovascular ROS:
Chest pain,chest heaviness, lower extremity edema, exertional dyspnea or chest pain,tachycardia,and or palpitations are denied.

Gastrointestinal ROS:
Indigestion, difficulty swallowing, nausea, vomiting, reflux symptoms, abdominal pain, diarrhea, melena and/or hematemesis are denied.

PHYSICAL EXAM:
VITAL SIGNS: (5)   Weight: 186 lbs, Height: 5 ft 10 in, BMI: 26.7, BP: 134 / 72, Pulse: 78, Respiration: 16

GENERAL DESCRIPTION:
 Mr. CHARLES W JONES  is a 69 year old overweight CAUCASIAN MALE, appearing stated age

NECK:
The neck is supple, without lymphadenopathy.
The thyroid gland is normal to palpation and inspection.  There is no thyromegaly.
No carotid bruits are detected.  No JVD.

LUNGS:
The lungs are clear to auscultation bilaterally.  Good breath sound expansion.
No inspiratory or expiratory wheezing detected.
No rales, or rhonchi are heard.

CARDIAC:
The heart is in normal sinus rhythm, without murmurs, rubs, or gallops.
PMI is in the mid-clavicular line.

ABDOMEN:
The abdomen is nontender to palpation, without masses or organomegaly.  Bowel sounds are normal to auscultation.  Neither rebound tenderness
guarding is present.

Page 2

EXTREMITIES:
There is no cyanosis, clubbing or edema with good distal pulses bilaterally.

ASSESSMENT/PLAN:
250.02 UNCONTROLLED TYPE 2 DIABETES established, but not at goal.
Continue risk factor modification.
Diet and exercise modification discussed today.
Risks of noncompliance discussed at length today.
Current medications are continued.
refills given today.

401.1 BENIGN ESSENTIAL HYPERTENSION
272.2 MIXED HYPERLIPIDEMIA
722.52 DEGENERATION OF LUMBAR OR LUMBOSACRAL INTERVERTEBR
All of the above established, improved.  Current medications are continued.
refills given today.
Continue risk factor modification.
Risks of noncompliance discussed at length today.
Diet and exercise modification discussed today.

HEALTH MAINTENANCE:  Colonscopy to be arranged.

Electronic Signature on 09-01-2008 Mon 06:20:48 PM, by SHELLEY STANKO (User Name: SSTAN).

JONES, CHARLES W, ████████, # 6660
Timeline Entry as of 01-14-2011 Fri 02:18:00 PM

JONES, CHARLES W
08-05-2008 Tue 11:30:00 AM
Collection Date: 08-05-2008 Tue

---

Patient Name        ID      BirthDate  Sex  SSN
JONES, CHARLES W    6660    ███████    M    ███████████
  Address ███████████ OF MANCHESTER ████████
  Home Phone : ███████████
  Lab ID: 16220010
  Bill Code: 05
  Status of Specimen: F
  Fasting: Y

---

| TEST NAME | NORMAL RESULTS | ABNORMAL RESULTS | UNITS RANGE | REFERENCE | LAB |
|---|---|---|---|---|---|
| **CBC With Differential/Platelet** | | | | | |
| WBC | 7.5 | | x10E3/uL | 4.0-10.5 | 01 |
| RBC | 4.15 | | x10E6/uL | 4.10-5.60 | 01 |
| Hemoglobin | 12.6 | | g/dL | 12.5-17.0 | 01 |
| Hematocrit | 37.8 | | % | 36.0-50.0 | 01 |
| MCV | 91 | | fL | 80-98 | 01 |
| MCH | 30.4 | | pg | 27.0-34.0 | 01 |
| MCHC | 33.3 | | g/dL | 32.0-36.0 | 01 |
| RDW | 14.4 | | % | 11.7-15.0 | 01 |
| Platelets | 236 | | x10E3/uL | 140-415 | 01 |
| Neutrophils | 58 | | % | 40-74 | 01 |
| Lymphs | 26 | | % | 14-46 | 01 |
| Monocytes | 7 | | % | 4-13 | 01 |
| Eos | | 8 | % | 0-7 | 01 |
| Basos | 1 | | % | 0-3 | 01 |
| Neutrophils (Absolute) | 4.4 | | x10E3/uL | 1.8-7.8 | 01 |
| Lymphs (Absolute) | 2.0 | | x10E3/uL | 0.7-4.5 | 01 |
| Monocytes(Absolute) | 0.5 | | x10E3/uL | 0.1-1.0 | 01 |
| Eos (Absolute) | | 0.6 | x10E3/uL | 0.0-0.4 | 01 |
| Baso (Absolute) | 0.1 | | x10E3/uL | 0.0-0.2 | 01 |
| Hematology Comments: | | | | | 01 |

---

| TEST NAME | NORMAL RESULTS | ABNORMAL RESULTS | UNITS RANGE | REFERENCE | LAB |
|---|---|---|---|---|---|
| **Basic Metabolic Panel (8)** | | | | | |
| Glucose, Serum | | 133 | mg/dL | 65-99 | 01 |
| BUN | 20 | | mg/dL | 5-26 | 01 |
| Creatinine, Serum | 1.30 | | mg/dL | 0.50-1.50 | 01 |
| Glom Filt Rate, Est | | 55 | mL/min | 60-137 | 01 |
| If African-American | >60 | | mL/min | 60-137 | 01 |

Note: Persistent reduction for 3 months or more in an eGFR
<60 mL/min/1.73 m2 defines CKD. Patients with eGFR values
>/=60 mL/min/1.73 m2 may also have CKD if evidence of persistent
proteinuria is present. Additional information may be found at
www.kdoqi.org.

| | | | | | |
|---|---|---|---|---|---|
| BUN/Creatinine Ratio | 15 | | | 8-27 | 01 |
| Sodium, Serum | 137 | | mmol/L | 135-145 | 01 |
| Potassium, Serum | 5.0 | | mmol/L | 3.5-5.2 | 01 |
| Chloride, Serum | 103 | | mmol/L | 97-108 | 01 |
| Carbon Dioxide, Total | 22 | | mmol/L | 20-32 | 01 |
| Calcium, Serum | 9.4 | | mg/dL | 8.5-10.6 | 01 |

---

| TEST NAME | NORMAL | ABNORMAL | UNITS | REFERENCE | LAB |
|---|---|---|---|---|---|

Page 2

JONES, CHARLES W, ██████, # 6660
Timeline Entry as of 01-14-2011 Fri 02:18:00 PM

|  | RESULTS | RESULTS |  | RANGE |  |
|---|---|---|---|---|---|
| **Hepatic Function Panel (7)** |  |  |  |  |  |
| Protein, Total, Serum | 7.5 |  | g/dL | 6.0-8.5 | 01 |
| Albumin, Serum | 4.0 |  | g/dL | 3.6-4.8 | 01 |
| Bilirubin, Total | 0.2 |  | mg/dL | 0.1-1.2 | 01 |
| Bilirubin, Direct | 0.07 |  | mg/dL | 0.00-0.40 | 01 |
| Alkaline Phosphatase, S |  | 102 | IU/L | 25-160 | 01 |
| AST (SGOT) | 14 |  | IU/L | 0-40 | 01 |
| ALT (SGPT) | 8 |  | IU/L | 0-55 | 01 |

| TEST NAME | NORMAL RESULTS | ABNORMAL RESULTS | UNITS | RANGE | REFERENCE | LAB |
|---|---|---|---|---|---|---|
| **Lipid Panel With LDL/HDL Ratio** |  |  |  |  |  |  |
| Cholesterol, Total | 164 |  | mg/dL | 100-199 | 01 |  |
| Triglycerides |  | 168 | mg/dL | 0-149 | 01 |  |
| HDL Cholesterol |  | 35 | mg/dL | 40-59 | 01 |  |
| VLDL Cholesterol Cal | 34 |  | mg/dL | 5-40 | 01 |  |
| LDL Cholesterol Calc | 95 |  | mg/dL | 0-99 | 01 |  |
| LDL/HDL Ratio | 2.7 |  | ratio units | 0.0-3.6 | 01 |  |

| TEST NAME | NORMAL RESULTS | ABNORMAL RESULTS | UNITS | RANGE | REFERENCE | LAB |
|---|---|---|---|---|---|---|
| **Prostate-Specific Ag, Serum** |  |  |  |  |  |  |
| Prostate Specific Ag, Serum | 3.2 |  | ng/mL | 0.0-4.0 | 01 |  |
| Roche ECLIA methodology. |  |  |  |  |  |  |

According to the American Urological Association, PSA should be
undetectable after radical prostatectomy. A PSA of less than
0.5 ng/mL (or undetectable) is not likely to be associated with
disease recurrence within five years of treatment.
Values obtained with different assay methods or kits cannot be used
interchangeably. Results cannot be interpreted as absolute evidence
of the presence or absence of malignant disease.

| TEST NAME | NORMAL RESULTS | ABNORMAL RESULTS | UNITS | RANGE | REFERENCE | LAB |
|---|---|---|---|---|---|---|
| **Hemoglobin A1c** |  |  |  |  |  |  |
| Hemoglobin A1c | 7.3 |  | % | <7.0 | 01 |  |
| Diabetic Adult <7.0 |  |  |  |  |  |  |
| Healthy Adult 4.8 - 5.9 |  |  |  |  |  |  |
| (DCCT/NGSP) |  |  |  |  |  |  |

American Diabetes Association's Summary of Glycemic
Recommendations for Adults with Diabetes:
Hemoglobin A1c <7.0%. More stringent glycemic goals
(A1c <6.0%) may further reduce complications at the
cost of increased risk of hypoglycemia.

| TEST NAME | NORMAL RESULTS | ABNORMAL RESULTS | UNITS | RANGE | REFERENCE | LAB |
|---|---|---|---|---|---|---|
| **TSH** |  |  |  |  |  |  |
| TSH | 2.006 |  | uIU/mL | 0.350-5.500 | 01 |  |