UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

CRIMINAL NO. 09-16-S-DRC

UNITED STATES OF AMERICAN                                    PLAINTIFF

VS.

RUSSELL CLETUS MIRACLE, ET AL.                               DEFENDANTS

**VERFIEID PETITION TO ASSERT RIGHT,
TITLE AND INTEREST IN PROPERTY**

Comes R. Scott Madden and petitions the Court, pursuant to 21 U.S.C. §853(n), for a hearing to assert his right, title and interest in the property listed of Cletus Maricle as following:

2)   Real property located in Manchester, Ky., and recorded in Deed Book 292, page 109, in the name of Cletus Maricle, with all appurtenances and improvements thereon.

In support of said petition, R. Scott Madden would state that he is the co-owner of said property having acquired one-half interest in said property by Deed from B.W. Madden and Carolyn Madden, husband and wife, to Robert Scott Madden of Manchester, Kentucky on the 2nd day of November, 1979 and recorded in Deed Book 164 at page 539.  Scott and Linda Madden have held title thereto and paid taxes thereon continuously since said deed was executed. Attached hereto for a more complete description of said property is a copy of the Deed recorded in Deed Book 164 at page 539.

Wherefore, R. Scott Madden would petition the Court for a hearing to assert his right, title and interest in the property listed of Cletus Maricle being the real property located in Manchester, Ky., and recorded in Deed Book 292, page 109, in the name of Cletus Maricle, with

all appurtenances and improvements thereon if the United States disputes his and his wife's title and claim thereto.

Respectfully submitted,

By: _____
R. Scott Madden
109 Dickenson Street
Manchester, Kentucky 40962

**VERIFICATION:**

I, R. Scott Madden, state that I have read the foregoing and the information contained therein is true and correct to the best of my knowledge and belief for the purposes contained therein on this the 16 day of February, 2011.

_____
R. SCOTT MADDEN

STATE OF KENTUCKY

COUNTY OF CLAY

SUBSCRIBED AND SWORN TO BEFORE ME BY R. Scott Madden with whom I am personally acquainted and who executed the foregoing as his free act and deed for the purposes contained therein on this the 16 day of February, 2011.

_____
NOTARY PUBLIC

My commission expires: 12/21/14

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed electronically and served both electronically and by mailing same, postage prepaid, to the following:

Kerry B. Harvey, United States Attorney
David Y. Olinger, Jr., Assistant U.S. Attorney
Forfeiture Unit
206 W. Vine Street, Suite 300
Lexington, Kentucky 40507

And by filing the original with:

United States District Court Clerk
Federal Courthouse
3rd and Main Street
London, Kentucky 40741

All on this the 17 day of February, 2011.

_____
R. Scott Madden