*539*

*Bldg site*
*Notary*
*164/539*

# DEED OF CORRECTION
## GENERAL WARRANTY DEED

WHEREAS, on the 16th day of October, 1979, the first parties hereto executed a deed to the second party, which deed due to typographical error ommitted a source of title and the parties now mutually desire to correct said oversight and to otherwise modify same, NOW WITNESSETH:

THIS DEED, made and entered into on this the 2nd day of November, 1979, by and between B.W. Madden and Carolyn Madden, husband and wife, of Manchester, Kentucky, parites of the first part, and Robert Scott Madden, of Manchester, Kentucky, party of the second part.

WITNESSETH: That for and in consideration of the exchange and partial division of land jointly owned by R. Cletus Maricle and B.W. Madden, and $10,000.00 cash in hand paid to R. C. Maricle, the receipt of which is hereby acknowledged, the parties of the first part do hereby grant, sell and convey to the party of the second part, his heirs and assigns forever, the following described property, to-wit:

> Beginning at common corner between Manchester Baptist Church, Eugene Clark and R. Cletus Maricle and B.W. Madden's tract of property, thence with common line between Eugene Clark's property and the property of B.W. Madden and R. Cletus Maricle to Lawyer Street, approximately 44 feet; thence with right-of-way of Lawyer Street in a northwesterly direction away from Eugene Clark's line and running a distance of 61 feet, thence at a right angle away from Lawyer Street and parallel with the first call herein to-wit the Clark-Maricle common line a distance equal to the first call, thence turning at a right angle and running parallel with Lawyer Street 61 feet to the point of beginning.
>
> It is agreed and understood by and between the parties hereto that R. Cletus Maricle and Robert Scott Madden are to have an easement

across the back of said lot immediately behind this lot to the alley running parallel to Lawyer Street.

It is agreed and understood that if R. Cletus Maricle and Robert Scott Madden should ever desire to sell the property herein conveyed that the property shall be offered to the parties of the first part at a price equal to sum contained in any offer of successive offers to purchase.

It is understood and hereby acknowledged that R. Cletus Maricle & R. Scott Madden are erecting law offices on the within described property and that said construction is being financed by and through the First State Bank of Manchester, Kentucky, which will hold a first mortgage on said property and that said lien is prior and superior to the first option to purchase right herein reserved to the grantors herein.

It is also agreed and understood that R. Cletus Maricle and/or Robert Scott Madden may purchase immediately behind said property an area of 336 square feet at a price determined by dividing the number of square feet herein conveyed into Twenty Thousand ($20,000.00) Dollars, one-half of the same to be paid to B.W. Madden. This privilege extends to the heirs, successor and/or assigns of R. Cletus Maricle and/or Robert Scott Madden

Being all of the property conveyed to the parties of the first part by R. Cletus Maricle and wife, Judy C. Maricle by deed bearing date the 28th day of April, 1977, which is of record in Deed Book 156, at page 376, records of the Clay County Court Clerk's Office.

TO HAVE AND TO HOLD, the same, together with all the appurtenances thereunto belonging to the party of the second part, his heirs and assigns forever, with covenants of "General Warranty".

IN TESTIMONY WHEREOF, Witness the signature of the first parties hereto, this the day and year first above written.

_B W Madden_
B.W. Madden

_Carolyn Madden_
Carolyn Madden

LAW OFFICES
!ICLE AND MADDEN
116 LAWYERS STREET
P. O. BOX 417
HESTER, KENTUCKY 40962

STATE OF KENTUCKY )
) SCT
COUNTY OF CLAY )

I, a Notary Public in and for the state and county aforesaid do hereby certify that the foregoing General Warranty Deed was this day produced before me and acknowledged and delivered by B.W. Madden and Carolyn Madden to be their free act and deed.

Wtiness my hand this the 2nd day of November, 1979.

_Patricia Ann Bullock_
Notary Public
State at Large

My Commission Expires: 5/8/82

STATE OF KENTUCKY )
) SCT
COUNTY OF CLAY )

I, Squire Baker, Clerk of the County Court for the County aforesaid, do certify that on this day the foregoing deed from B.W. Madden and Carolyn Madden to Robert Scott Madden was received and lodged in my office for record and that I have truly recorded it, together with this and the foregoing certificate thereon endorsed in my said office.

Witenss my hand this 2 day of November, 1979.

Recorded in Deed
Book NO. 164 Page 539

_Squire Baker_
Clerk, Clay County Court

_Charlotte Smith_ D.C.

This deed prepared by:
MARICLE & MADDEN
Attorneys at Law
Manchester, Kentucky

By: _RS Madden_

LAW OFFICES
RICLE AND MADDEN
116 LAWYERS STREET
P.O. BOX 417
HESTER, KENTUCKY 40962