February 15,2011

Hon. Danny Reeves
Federal Judge

RE: RUSSELL CLETUS MARICLE

Hon. Judge Reeves:

My name is Judy Maricle, wife of Russell Cletus Maricle, and I am writing this letter to hopefully acquaint you with my husband in a more personal way than you know him now.

R. Cletus Maricle was born in 1943 to Harvey and Thelma Maricle. Harvey Maricle died when Cletus was only 18 months old leaving his 25 year old widow to raise their son alone. Thelma was a school teacher and raised Cletus to be a fine young man. Cletus always took care of his mother even bringing her into our home when she became ill. After being in our home for some time Thelma went to the nursing home and Cletus visited her there two to three times a day, reading to her and taking personal care of her.

My own mother became ill with cancer and Cletus allowed me to move her into our home where she remained for nine years until her death. He helped with my mother in every way and provided good care for her. While my mother was in our home her only sister became ill with cancer and was a widowed and childless woman. We took her into our home and cared for her until her death. My brothers wife divorced him and we took him into our home until he could make other arrangments. He also took care of all his widowed aunt and cousins needs in their time of illness. He is a compassionate man.

Cletus and I have 10 grandchildren and we help them as much as we can. We raised one of our granddaughters until she was nine years old and her parents were able to take over her care. We also took one of our grandsons to raise, Blake White, who was living with us when Cletus was arrested in 2009. It made a great impact on Blake as he did everything with his papaw. I could  tell you many other wonderful things this man has done for others but time does not permit it here. It is sufficient to say that Russell Cletus Maricle is a good man and it is his nature to be kind and good to others. Never arrogant or rude or selfish.

Cletus worked 18 hours a day when we were raising our family and I worked also. We were taught to work hard, go to church, obey the laws of our government  and be good citizens. We have always tried to do  that and to raise our children to be good citizens and be kind to others. We did not tolerate unkindness in our children.

Cletus graduated from UK Law school in the top ten in his class, worked in Georgetown, Ky. for a time and returned to Manchester where he soon started his own law practice. In 1990 he ran for Circuit Judge of Clay, Leslie, and Jackson counties and defeated his opponent becoming Circuit Judge of the 41st Judicial District. People presently working or applying for jobs who were not supporters of Cletus for Judge and who worked hard to defeat him were never treated any different . They kept their jobs and  others were  hired . Each one was  treated with the same respect  that Cletus  gave to his friends .If ask, I believe each one of them would tell you or anyone of his fairness and kindness to them and I believe the attorneys that were in his courtroom would tell how they were treated with respect and fairness.

Russell Cletus Maricle remained Circuit Judge in Clay, Leslie and Jackson counties until 2007 when he retired. He never had an opponent during all these years. He was serving as Senior Judge when he was arrested in 2009.

In January 2009, shortly before his arrest, our son of 36 years died. He left behind 3 children and a broken hearted family...especially his dad! Cletus grieved and visited his sons grave everyday. A very broken man who had to go to the doctor for depression and a man who had always been the tower of strength in a family who now needed the strength of others. Most of his thoughts were of his son and visiting the graveyard. He would NEVER have been a flight risk as he would never have gone far from his son.

Russell Cletus Maricle has touched lives in many places with his kindness and respect for others, a good man, a good husband, a good father, a good grandfather, a good friend, a good member of his community, a fair and honest Judge and good citizen of the United States of America.

Respectfullly,

Judy C. Maricle

FEB-15-2011 13:27 From:JACKSON CO CLERKS                To:916065261021          Page:1/1

February 15, 2011

To Whom It May Concern:

I knew R. Cletus Maricle for the many years he was circuit judge in Jackson County.  He was always very professional, treating everyone fairly and equally, and went by the law when making decisions.  He was very thorough and conscientious with his case load.  I have total respect for Mr. Maricle from my observations of him.

Sincerely yours,

Bobby G. Morris

LAW OFFICES
## HAMM, MILBY & RIDINGS, PLLC
120 NORTH MAIN STREET
LONDON, KENTUCKY 40741-1360
(606) 864-4126
FAX (606) 878-8144

MARCIA MILBY RIDINGS
JAMES A. RIDINGS
R. AARON HOSTETTLER
BRANDON G. JONES
BRYAN K. SERGENT
JAMES MILBY RIDINGS

E-MAIL hmr@hmrkylaw.com

WM, A. HAMM
1900-1986

ROBERT L. MILBY
1916-2000

February 15, 2011

To Whom It May Concern:

I'm writing this letter in connection with my past experience with Judge Maricle who, I understand, is to be sentenced shortly in connection with his federal court case.

I have known Judge Maricle since I got out of law school in 1976. I don't remember ever having a case against him but we did serve as co-counsel in a major case in Clay County. In that instance I found him to be extraordinarily competent and prepared and he was very helpful to me, as a young lawyer, in giving me guidance in defending the case.

After Judge Maricle went on the bench, I was in his court on numerous occasions. He was always prepared for whatever was before him. I sat in Motion Hour on numerous occasions and he treated lawyers who came before him with respect. Of course, as with any judge, I did not always agree with every decision, but I felt Judge Maricle decided cases before him based on what he genuinely felt was the correct decision.

Judge Maricle has had a lot of tragedy in his personal life. His only son died unexpectedly shortly before his own problems began. I am sure that his wife depends on him for emotional support as they grieve together. Judge Maricle has been a dedicated grandfather to his grandchildren and, again, I believe his family has relied upon him heavily in that aspect.

I know that Judge Maricle has been convicted of some serious charges. However, he and his family have suffered greatly and he has paid a high price for his actions. True justice also has to be tempered somewhat with sympathy and I do believe that Judge Maricle and his family have paid a great price already for his actions. To whatever degree the Court feels is appropriate, I believe that sympathy should be considered in the final result.

I would be glad to answer any questions that anyone has for me concerning this matter.

Very sincerely yours,

Marcia Milby Ridings

MMR/fo

To Whom it May Concern:

I write this letter on behalf of my uncle, R. Cletus Maricle. I have known Cletus for the entirety of my life. As a family member, I have found him to be an honest man, a caring husband, father, and uncle, and a devoted member of his church. As an attorney myself, I have found him to be a respected, concerned, and thoughtful member of the bar, as well as a hard-working public servant.

Cletus' willingness to be of assistance to those around him helped to create and foster my desire to practice law. In the years preceding my time in law school, Cletus graciously allowed me to observe motion hours and hearings, and provided various cases and statutes to assist in my understanding of the subject matter. In addition, he was willing to give generously of his personal time to discuss the practice of law and the responsibilities involved. In part because of those experiences, I chose to attend law school and I achieved the degree of Juris Doctor in May of 2004 as bestowed by the University of Kentucky College of Law. I am eternally grateful for Cletus' contributions in that endeavor.

As an attorney who practices in the area of Criminal Law, I have the utmost respect for our American system of justice. I believe among its most significant innovations is the fact that it allows for the consideration of a man on the whole – on his merits, as it were. To that effect, I urge anyone who desires to take measure of Cletus to consider him thoroughly in so doing. My relationship with Cletus is a testament that his years of dedication have been of great value to his family, the bar, and his community. Surely such should carry great weight.

Respectfully Submitted,

M. Brandon Roberts,
Attorney at Law

February 14, 2011


To:    Hon. Danny C. Reeves
       Judge, United States Federal Court
       Eastern District of Kentucky


From:  Marilyn M. Roberts
       293 Curry Branch Road
       Manchester, Kentucky  40962


Dear Judge Reeves:

        I am writing in support of Russell Cletus Maricle.  I understand he will be on your
docket for sentencing in early March.

        I was employed as Court Reporter for the 41st Judicial District from October 6,
1967 until June 30, 2010 when my position was abolished.  Judge Maricle was my
supervising Judge from 1990 through 2007.  Of course I am not an attorney, but I was for
many years the one who prepared indictments and instructions in criminal cases.  Under
Judge Maricle things changed for the better.   Although I still did the typing he and the
attorneys involved would go over instructions and he would decided what would be
given.

        To my knowledge and observance Judge Maricle treated all attorneys and Court of
Justice employees with the respect they deserved.  He never asked me to do anything
wrong in my position.  As far as politics are concerned he never asked or told me to vote
for anyone.

        Outside of work of course I knew him and his family.  Years ago they went to my
church.  I would see him at the ball park with his grandchildren.  He has always been the
strength for his family, the one the children went to with problems or anything.   My
thoughts are wandering I apologize.  I did want to mention that Judge Maricle started our
Drug Court program in this District and devoted many, many hours of his own time to
this program and helping our young people.

I understand the just has convicted him and he will be sentenced. I'm not familiar with Federal Sentencing Guidelines. They seem complicated to me, but I know the Judge imposes the sentence.

I just wanted to support Judge Maricle, if I could. He has many, many great qualities both professionally and personally.

Sincerely,

*Marilyn M. Roberts*

Marilyn M. Roberts

FEB-14-2011  13:56    FROM-                                    T-966  P.001/001  F-875



**COMMONWEALTH OF KENTUCKY**
**LESLIE CIRCUIT AND DISTRICT COURTS**
P.O. BOX 1750
HYDEN, KENTUCKY 41749

CARMOLITTA MORGAN
CLERK

TELEPHONE:
(606) 672-2505

February 14, 2011

David Hoskins, Esq.
107 East First Street
Corbin, KY 40702

RE: R. Cletus Maricle

Dear Mr. Hoskins:

I became the Circuit Court Clerk for Leslie County in 1993. I have held that position since that date. Up until Judge Cletus Maricle's arrest, I had served under him when he was Circuit Judge as well as many special assignments as the Senior Judge. I was never asked by Judge Maricle at any time to vote for any candidate, make any campaign contribution, or support any cause. As far as political matters, neither a private nor public do I remember him advocating for any political candidate or cause.

During his 10 years as Circuit Judge I never saw him give favor to any individual, attorney, or corporation in the Leslie Circuit Court. All matters were open and above board and handled very professionally in my opinion.

Sincerely,

Carmolitta Morgan Pace
Leslie Circuit Clerk

To Whom It May Concern

From:  Mary Nicholson, Retired Teacher
       7944 Hwy 638
       Manchester, KY   40962
       (606) 598-3965

Date:    February 14, 2011

**Re:  R. Cletus Maricle**

My husband, Aubrey, and I have known Cletus Maricle for 40+ years.  We consider him to be our friend.

For many years, Cletus and I voted at the same precinct--Fogertown.  When Mr. Maricle ran for Circuit Judge, I supported him because of his honesty. He always wanted the best for Clay County.  I campaigned for Cletus-- telephone calls to the neighbors to vote and to see if they needed transportation.  *Never* did Mr. Maricle ask me to do anything that was not legal.  At no time did he try to influence by political views.

I am aware that R. Cletus Maricle has been convicted of a crime.  With a lighter sentence, he would be able to live out his life in peace with his family.  He is a good Christian family man who loves his wife, children, and grandchildren.  Please consider his age.

If you have any questions, please call.

*Mary Nicholson*

FEB-14-2011 03:58P FROM:                                TO:16065261021          P.3

02/14/2011

To whom it may concern:

I am writing this letter of reference at the request of R. Cletus Miracle, who is being reviewed for sentencing. I understand that he has been convicted of a crime and is currently serving a prison term for said conviction. I am confident that justice would be served by offering him a lighter sentence.

I have known Mr. Miracle for over 40 years. During the time that I have known him, I have found him to have many very positive traits. First of all, he is a loving father. Secondly, he is a peace-loving citizen. He abhors violence and cruelty. This peace loving nature will allow him to avoid situations that could get him into trouble.

In my conclusion, I can recommend Mr. Miracle to you without reservation. You will find my trust in him to be well placed.

Feel free to contact me at the following address: 347 Railroad Avenue, Manchester, KY 40962. Phone (606)598-2970.

Sincerely,

John E. Pennington

To it may concern:

My name is Doug Hopkins and I am writing this letter writing in support of and on behalf of Judge Cletus Miracle. Having had the opportunity to work in Judge Miracle's court room for the past 13 years in my duties as a probation/parole office afforded me to observe first hand Judge Miracle. Not one time in those 13 years did Judge Miracle ask me to compromise my professional integrity. I always found the judge to be fair in his rulings. I can say without hesitation, he was extremely firm in dealing with subjects with drug related charges as he showed a zero tolerance for these subjects.

I would plea with the court to please consider Judge Miracle entire career and all the positive things he has done for his community before rendering a decision. What I see now is a man whose life was ever shattered with the lose of his son, his career and for the most part his family.


Sincerely,
Doug Hopkins

Dear Sir,

I am writing this letter for a dear friend of mine. I worked with Cletus Maricle for fifteen years and have known him longer than that. I have never met a more intelligent person in my life. Cletus has not only been a co-worker, but also a good friend to me. He has never asked me to do anything wrong. He has never asked me to vote a certain way nor has he ever told me that he was for this person or that person.

Cletus Maricle has always been a family man that took care of his children and grandchildren. He is the one that they always depended on when they needed anything from babysitting to picking up and dropping off the grandchildren at school. I have the utmost respect for him and his family.


Your truly,

Vanda Roberts

bruary 14, 2011

To Whom It May Concern:

I am a Deputy Clerk with the Clay County Circuit Clerk's Office. I had the pleasure of working under the Honorable R. Cletus Maricle for several years. In that time, I came to know him professionally and personally. It is my opinion that I have never known an individual with more integrity than Judge Maricle.

First and foremost, Judge Maricle is one of the most intelligent people that I have ever worked with. His professionalism and respect for his subordinates is unparalleled. I was NEVER at anytime asked to do anything unjust or immoral nor did I ever witness anything of this nature transpire.

Judge Maricle is genuinely a kind man, who is very family oriented. It is my opinion, that he serves to be the very back bone of his family. He was the problem solver, supporter and caregiver for those he loves. I also believe he would never do anything that would jeopardize the safety or well being of others.

It has been an honor and utmost pleasure working under such a fine man. I had and continue to have an immense amount of respect for him both professionally and personally.

Sincerely,

Rebecca Mobley

February 14, 2011

Hon. Danny C. Reeves
United States District Judge
United States District Court
330 W. Broadway; Suite 354
Frankfort, KY 40601

Re: R. Cletus Maricle

Dear Judge Reeves:

I am writing this letter on behalf of R. Cletus Maricle whose fate lies in your hands this March, 2011.

I have known "Cletus" for many years both as a boss and family friend. I began working for him in 1969 and worked several years for him as a partner with other attorneys and in his own individual law office. During all the years, I was never once ask to do anything unethical while working for him or as a friend in the years that followed.

Cletus has always been very professional in everything he did. He was a great father to his children, one of the best grandfathers a child could have and a true friend to all who knew him. He was always there for me even after leaving his employment whenever a tragedy struck my family.

He is a very caring individual who has compassion for the young, old, rich or poor.

He lost his father at a young age and was raised by a mother who taught school for many years to make sure he had the education he deserved and a chance at helping others. At an early age he turned to God and preached on occasion at a local church in Clay County. He is a Christian man who knows right from wrong and has tried helping the youth and others of our county on many occasions.

If given the opportunity Cletus could and would make a positive impact on our community. Therefore, I am asking that you take into consideration all the good he has done and find it in your heart to have leniency when imposing sentencing.

Thanking you for any and all consideration you may give,

Margaret Jones
1335 Hwy. 638
Manchester, KY 40962

February 15, 2011

Dear Honorable Danny C Reeves:

I am contacting you today in regards to Mr. R Cletus Maricle. I have had the pleasure of knowing Cletus both personally and professionally for more than fifty years. I can say, with absolutely no reservations, that Cletus is an honorable man, a loving husband, compassionate father and an asset to our community.

Living in a small town in Appalachia, the entire community functions as one extended family. Our small businesses rely heavily on each other for goods, information, and assistance, our schools receive support and volunteer assistance from both parents with children, as well as, alumni without, and our neighbors open up their homes and wallets to help those who are in need. It is this family atmosphere that allows a small Appalachian town survives in both the best and worst economic times. It is my opinion that Cletus embodies all of these characteristics, and my belief is founded on years of seeing first hand his charity and honor in our community.

Cletus presided over his courtroom with both fairness, and the safety of the public in mind. He has always been kind to his clerks and staff, professional to the attorneys in his courtroom and fair but firm with both the plaintiffs and defendants. He lived his personal life much the same as he worked in his professional life. Cletus never abused the authority of his position, and treated all citizens equally with the kindness that they were due. When he would come into my office he was always kind, professional, and made a point to ask about family. His is a genuinely caring man who has served our community extremely well for many years.

Given all of the publicity given to United States V. Maricle, I wanted to share with you the experience once citizens had with Cletus outside of the affidavits, testimonies, and evidence presented before the court. I am certain Cletus has made many mistakes in his life, we all have. And it is my belief that a single mistake should not define one's life or legacy, and this mistake cannot undo an otherwise lifetime of good works. The present of a little tarnish does not disqualify the silver hidden beneath.

"I will not withhold from anyone the praise which I think is due…"
Salmon Portland Chase

Thank you,

*Linda*

Linda Wagers

February 15, 2011

RE: Russel Cletus Maricle

To Whom It May Concern:

I am writing this letter of support regarding the character of Cletus Maricle. As a relative by marriage, I have known Cletus for 37 years. In that 37 years I can say, without hesitation, that I have found him to be a man of incredible honesty, kindness and understanding -- a man of very gentle spirit. In my opinion, he exemplifies the highest integrity both in public and in private and has always been a fair and just man both professionally and socially.

An attribute that I most admire is his fervency in defense of children and the elderly, those who frequently have no voice. Cletus is a positive influence in our society, helping many, many people in his lifetime. On various occasions, I know of him helping the needy or less fortunate either financially or by providing fee legal services as an attorney, or on occasion, by giving them shelter. I do not recall a single incident where Cletus turned anyone away, not even those who were unkind to him.

As a Christian and the wife of a Pastor, I must also mention that I have found Cletus to be a spiritually minded man with a heart after God. I believe this to be the foundation of the many admirable attributes that he possesses. The Bible tells us that the true man is revealed by his heart. That is true especially with Cletus.

My mother, a godly woman from her childhood, held Cletus in highest esteem and often commented of his high moral character. "He's really a good man" she would say. My daughter, who was married in 2006, did not hesitate to choose Cletus to perform

the ceremony attesting to her love for him.  We have taught all of our children to value people of character, and they are proud, as are we, of the man Cletus Maricle.

This chapter of Cletus' life is an unfortunate one.  However, many, many chapters are of an excellent life lived, a life we have been privileged and blessed to be a part of.  We feel deeply that our family and our community would benefit if he were home to continue his life as before.

With all honesty and sincerity, I write this from my heart.

Sincerely,

Debra Roberts

# LONDON & AMBURN, P.C.

### ATTORNEYS AT LAW
BankEast Building
607 MARKET STREET, SUITE 900
KNOXVILLE, TENNESSEE 37902

(865) 637-0203
FAX (865) 637-4850
www.latlaw.com

W. DALE AMBURN
JAMIE BALLINGER-HOLDEN
HEIDI A. BARCUS†
IDA ELIZABETH BOND*
MARK A. CASTLEBERRY
PATTI T. COTTEN
CONNIE S. DITTO *
R. SCOTT DURHAM
CHRISTOPHER C. FIELD
EDWARD F.M. GOOD, M.D., J.D.°
DIANA L. GUSTIN
IAN P. HENNESSEY
HILLARY B. JONES

MARGARET G. KLEIN
JASON P. LAMBERT
JAMES H. LONDON*
JASON H. LONG†
SUMMER H. McMILLAN†
JENNIFER PEARSON TAYLOR††
DANIEL T. SWANSON

* TENN. SUPREME COURT
  RULE 31 LISTED MEDIATOR
† ALSO LICENSED IN KENTUCKY
‡ ALSO LICENSED IN ILLINOIS
° OF COUNSEL
● ALSO LICENSED IN GEORGIA

February 15, 2011

Honorable Danny C. Reeves
United States District Judge
U.S. District Court
330 W. Broadway, Suite 354
Frankfort, KY 40601

RE:    R. Cletus Maricle

Dear Judge Reeves:

We have represented Memorial Hospital, Inc. in Manchester, Kentucky for over 20 years. Normally, we have about six cases on the docket in the Clay County Circuit Court.

Accordingly, I have personally appeared before Cletus Maricle on many occasions and have tried several jury cases before him. Cletus Maricle was always very fair and treated us with the utmost respect and dignity. We always believed that we would be given a fair hearing and/or a fair trial in his Court.

Based upon my personal experiences with Cletus Maricle for over 20 years, I strongly urge this Court to extend the greatest leniency available to Cletus Maricle. We appreciate the Court's attention to this matter.

Yours very truly,

James H. London

JHL/mjt

Wednesday, February 16, 2011

Richard A. Asher
9025 North Highway 421
Manchester, Kentucky 40962

### RE: Russell Cletus Maricle

David S. Hoskins
107 East First Street
Corbin, Kentucky 40701
Phone: (606)526-9009

To whom it may concern,

I have been acquainted with Russell Cletus Maricle for the past 30 years or so and have been in direct associated with him in a direct manner for seven of the last ten years. In my almost 40 years of life I have never met a finer, more kind and compassionate gentleman. I consider him a close personal friend, during the last ten years, he has gone out of his way to treat me as a son, at different times his encouragement and support has helped me return to school and increase my education, by obtaining another degree. During my association with him he took a person interest in making certain that I could exist on a day to day basis. He also served as an excellent character reference to help me obtain employment, entrusted me with the safety and supervision of his grandchildren, inconvenienced himself ant many times to ensure my well-being at the sacrifice of his personal life, and at time placed me ahead of his own family. This letter is not an antiquate representation of the person that Russell Cletus Maricle is given the opportunity, I would not hesitate to give my life to help him. He is the type of person I, and I hope most people should, aspire to emulate.

Sincerely,
Richard A. Asher

February 15, 2010

Dear Judge Reeves;

My name is Sonjia Allen McClure and I am writing this letter in hopes that it will make its way to your desk and that you have time to consider its content. The purpose of my letter is to relay to you my experiences and relationship with Cletus Miracle and to sincerely stress to you exactly what kind of a person I know Cletus to be.

I have known Cletus all of my life. One of his daughters, Meredith, was and still is one of my best friends. As a young child I spent many hours in the Miracle home. My father was a farmer so Cletus often helped out by taking me to cheer ballgames in grade school as Meredith and I cheered together. He truly was a father figure to me. I was always well cared for while I was with him, just as if I was his own child. Meredith had three siblings, two older and one younger so there were always lots of kids at the Miracles and I can remember how nice they were to all of us and how they truly enjoyed their company. Going to the Miracles was no different than being at my own home. While at the Miracles' home Cletus and his wife, Judy interacted with us by playing board games like trivial pursuit and card games like rummy and rook. When I would stay with the Miracles on Saturdays I was always expected to bring my church clothes as he took everyone in the house to church on Sunday morning and then we did something for lunch thereafter and most of the time he even take me home.

I am asking you today as a person who has know him for 36 years to please take into consideration all these great things that he has done for, not only me and my family, but many others. Cletus has been an inspiration to me in my life. He often gave me life lessons as I would listen to him more than my own parents (you know how teenagers are). I am now a mother of two daughters 15 and 8 and I strive to be a parent to them as I remember him being to me.

It's hard for me to understand all the legal issues surrounding Cletus for they are very confusing to me but as a sound moral person who grew up in a small community where everyone knows everyone else, and as a strong Christian person, I believe this, Cletus is a good moral man and I am proud to call him my friend. So today I leave you with this, please, Judge Reeves, I implore you, find it in your heart to grant leniency on him during your consideration of his sentencing. He has a large family that loves and needs him. His son who passed away at 37 of a sudden heart attack has three children that could sure use him in their lives right now.

In closing I would like to thank you for taking the time to read and consider my letter. I wish that I could take the time to talk to you about the many fond memories that I have of Cletus and his family but unfortunately I know that is not possible so instead just consider this letter as a small portion of how strongly I feel about how good a man Cletus is and that I hope you consider my feeble attempt to put it in writing.

Sincerely, Sonjia K. Allen McClure

**Donna R. Farmer**
**1623 Blue Grouse Circle**
**Griffin Gate**
**Lexington, Kentucky 40511**

**February 15, 2011**

The Honorable Judge Danny Reeves
Eastern District Court
State of Kentucky

Dear Honorable Reeves:

I pen this letter with both hope and trepidation. It is my sincere hope that my words shall be graciously received; my fear, that I shall fail to effectively relate the urgency of my heart.

The trial and incarceration of Judge R. Cletus Maricle has touched with sadness the hearts of so many, both family and friends. Our family is so broken. I have seen his wife's tears, I have heard his grandchildren's questions, "Where is Papaw, when is he coming home and may we go see him?" I have seen the tears and I have felt their pain because I love them.

Judy Maricle and I are sisters. We are from an honest and hard working family. Both our brothers have served our country with honor in both the Navy and Army 101st Airborne.

I have known Cletus Maricle for more that "50" years. His father and our father were life long friends. Our father survived the beaches of Normandy! Cletus' father died tragically before he was two years old. His mother never remarried.

Thelma Maricle reared and educated her only son, Cletus, on an elementary school teacher's salary. Mrs. Maricle was a fine Christian lady and it was she who planted the seed of entering the ministry into Cletus' heart. It became the most difficult decision of his life.

The choice Judge Maricle made was perfect for his heart and empathetic nature. In his capacity as a lawyer and judge he was able to serve with both wisdom and compassion. He understood so well the importance of the decisions that he would make with regard to those whose lives would be changed by his decisions.

It is my plea and my prayer that when Judge Maricle stands before your Honor at sentencing, your heart will be moved with empathy for him and his family. May your compassion join hands with justice.

Respectfully,

Donna R. Farmer
donnar.farmer@insightbb.com
859-231-7777