

**Manchester Pentecostal Holiness Church**
*Located a the Corner of Walters & Baker Streets*
**Pastor Rev. Dean Lawson**
P.O. Box 304
Manchester, KY 40962
(606) 598-8655    (606) 813-3323

February 15, 2011

Honorable Judge Reeves:

I am writing this letter on behalf of R. Cletus Maricle. He has been a friend to me and my family for more than 30 years. He is not someone that I just know by name or a mere acquaintance, but a true friend. He has been beside my family in good times and in bad, just as I have with his. I stood with Cletus during the hardest time of his life as he faced the death of his son.

I attended Manchester Pentecostal Church with Cletus for 20 plus years. During this time, I found him to be honest, patient, kind, loving, and compassionate to those around him. I often saw him reach out to those in need to do whatever he could to help, asking nothing in return. Cletus was always there with a kind word of encouragement not only to fellow church members, but also to fellow community members. He not only gave to Manchester Pentecostal Church, but he also gave to and did many good things for Clay County and Manchester, Kentucky.

As the Pastor of Manchester Pentecostal Church, I truly believe that R. Cletus Maricle is an honorable and compassionate man who not only loves his family, but also Clay County and its citizens. I pray that God directs you in your decision and that you consider the honorable service that R. Cletus Maricle has given to Clay County.

Sincerely,

*Pastor Dean Lawson*

Pastor Dean Lawson
Manchester Pentecostal Church

*"A Place of New Beginnings"*

FROM: MARK G. SMITH
1808 VERSAILLES RD.
LEXINGTON, KY 40504

TO:
THE HONORABLE JUDGE DANNY REEVES

FEBRUARY 15, 2011

Dear Judge Reeves,

I have had the honor of knowing Cletus Maricle for over twenty years. I have always known him to be a man of strong moral character. He is a loving family man, the patriach, and the only grandfather of five of his grandchildren the father figure of two more, and after the death of his son the father figure of his three children. He is their Rock, he is surely missed.

I have known him to offer only sincere, sound, moral advice to whomever sought it, family, friend, or people that I did not know.

What I do know is that the world was a better place with him walking around in it.

I recognize that a jury convicted him. But after losing his son, his freedom, his career, and his family, at his age almost any sentence could be a death sentence.

He is one of the good guys,

Respectfully,

Mark G. Smith

February 15, 2011

To Whom It May Concern:

This letter is in reference to Russell Cletus Maricle. His mother and mine were sisters, making the two of us first cousins. His father, a World War II veteran, died when Cletus was 18 months old, leaving his young mother with the tremendous burden of raising a child on her own. The financial and emotional hardship meant that she had to depend on her parents and siblings for support and guidance during this very stressful time in her life. Her need to provide for the two of them financially meant that she must find a vocation. With her parents and siblings help, she went to college to become a teacher. After one year of college, she could teach in a one-room school, therein providing the two of them some income. At the close of the school year, Cletus' mother would return to college during the summer to get additional hours toward a teaching degree. Continuing in this manner over a span of several years, she was finally able to complete her college degree. Her tenacity and perseverance along with the assistance of her siblings and parents, she became the sole provider for Cletus and herself.

The closeness of the Murray family as well as the fact that Cletus and I were less than a year apart in age meant that we were virtually raised together. As youngsters, we were together almost every day, either at my parents' home or at our grandparents' home. This involvement of extended family taught Cletus and me the value of and the responsibility for family. As a result of their closeness, Cletus cared for his mother throughout her lifetime. They had depended upon one another throughout Cletus' life and in later years, when his mother became ill, Cletus provided emotional and loving support of her until her death.

Cletus has provided this same loving and emotional support to other extended family members, especially his aunts and uncles. With his immediate family, children, their spouses and grandchildren, Cletus has been a caring, loving father and grandfather, always striving to be supportive in their endeavors.

In conclusion, Russell Cletus Maricle is a good person, whose upbringing had hardships to be overcome. He persevered, strived to become the best son, father, grandfather and husband he could be, contributing to the betterment of his family, extended family and community.

Sincerely,

Ronnie Hacker

110 Dickenson Street
Manchester, Kentucky 40962
February 14, 2011

Honorable Judge Danny Reeves
Federal Court House
Frankfort, Kentucky  40604

Dear Sir:

I am respectfully requesting leniency in the sentencing of R. Cletus Maricle.

I knew Cletus Maricle in high school as a quiet, conservative, very intelligent, well-mannered, respectful and compassionate young man.  For the past twenty-three years I've had the opportunity of knowing Cletus as a friend and co-worker.  He still maintains those same qualities today in both his personal and professional life and possesses conservative family values for both family and community.

As a family man, he is a loving, caring and giving parent to his children and grandchildren.   He has had custody of two of his grandchildren.  He cared for them, took them to school, picked them up, provided a good, stable home and took them to church and church functions. His grandchildren's lives have been turned upside down by the absence of their grandfather.

I've always found him to be very fair in his expectations of the treatment of his children.  He didn't expect any special favors.  If they were wrong they suffered the consequences like everyone else.  If anything, he was a little tougher on his own.

As Circuit Judge, he  worked hard at being as fair as the law allowed.  In fact, he tried to rid our county and community of drugs by putting drug dealers in jail.  He knows first-hand what drugs can do to an individual and their family--everyone suffers!

He is a good man sorely missed by his family and community.

Sincerely,

Janet Mobley
Janet Mobley

Judge Reeves,

My name is Casey Mobley. I am 15 years old. My papaw, Russell C. Maricle, is probably one of the most kind hearted, loving, inspirational people I have ever known. When sentencing my papaw, I would like you to take into consideration that there are many people who love him, and need him in their lives. My papaw has 10 grandchildren, and not a single one of us has ever felt anything but love from him. He has more kindness in him than most people ever have the chance to witness, let alone feel it in their hearts every single day like my family and myself do. He cares so much for the people he loves. When I entered the 7th grade, I struggled. Not just academically, but socially and emotionally as well. My papaw wanted me to go to the Christian Academy, and always stressed to me the importance of education, and happiness. To this day, he always asks me how I'm doing in school. Always asking how my grades are, and if I'm happy. When I was younger, my papaw would always take me to church with him and my cousins. Afterwards, we would always go to Dairy Queen. When I spent the night with him school nights, I would always wake up to pancakes and hash browns. He spent countless hours cooking, and running us where ever we wanted to go. Not because he felt he had to, but because he loved us, and wanted to spend as much time with us as possible. My papaw is a great man. He is dearly missed. We're all waiting for him to come back. Please, please let him come home.

Casey Mobley

Casey Mobley

140 Richmond Road
Manchester, Kentucky 40962
February 12, 2011

Honorable Judge Danny Reeves
Federal Court House
Frankfort, Kentucky 40604

Dear Sirs:

Please consider my request for leniency in sentencing R. Cletus Maricle. I have personally known Cletus for most of his life, and feel that I can attest to exceptional character traits that I have observed in him through various relationships during these years.

As his high school English and dramatics teacher, he was extremely well-mannered; always prepared, and showed kindness and gentleness to his classmates and to me. In short, he was the perfect student who showed the most promise of a great future in any field of his choice.

Later, I was the teacher of Cletus' children. Again, I never knew a parent who was more caring or more concerned with the progress of his/her children.

As his personal friend, I am delighted with his sense of humor and his keen intellect. Since I live alone and a close neighbor to Cletus and Judy, I have the assurance that I could call on them for help at any time and know that they would quickly respond. This knowledge is important to me!

His life has not always been easy since he lost his father at a very early age and his only son just a few years ago. Yet, he chose "to go on".

My heartfelt request to you is to show him mercy in your decision by granting him freedom to continue his service to his family who so desperately need him and to the community which he can so ably serve.

Thank you.

Very truly yours,

*Jean B. Cobb*

Jean B. Cobb

2-15-11

Dear Judge Reeves,

I come to you today in discussion of sentencing for my grandfather Russell Cletus Maricle. To be honest, there really is no way of fully describing my grandfather to you without you experiencing/knowing him for yourself, but I'll do my best.

The things that come to my mind when trying to describe him would be; thoughtful, kind, hard working, humble, and putting others first before himself. I have never in my life known of my grandfather doing anything wrong. He has spent his life doing for others and for his family. He is greatly loved and missed by all.

Please consider my request for leniency when sentencing my grandfather. Thank you so much for your time.

Brandon Mobley

Brandon Mobley

February 14, 2011

Your Honor,

My name is Donna Mobley and I am writing to you today to beg for leniency when sentencing my dad Russell Cletus Maricle. I am sure you receive many letters from children of defendants who come before your court telling you all the wonderful qualities of their parents, but I feel that just being one of his children shows one of his greatest qualities as I am adopted. I am his daughter because he chose me-not because we share the same blood line.

My reason for telling you this is because it's the best way I know to explain what a truly good man he is. My hope is that it will give you a sense of him and of his character.

I was adopted at the age of two, my brother was born 2 years later and was his natural child. A few years later my two sisters were born and they also were his natural children, but too him I was his oldest child, first born to anyone who ask. I am now 42 years old and in all those years he never once treated me any differently than my brother and sisters. He showed me all the love and kindness any child could ever need. He taught me to be good, respectful of others, to be hardworking, generous, kind to others even if they were not always kind to me. We were raised in church, taught that school and grades were important and taught strong family values. He did not just tell me these things but showed me in the way he lived his daily life by always helping others wherever help was needed. He drove elderly people to the grocery when they had no one else to take them. He drove people to work in the winter when the roads were slick and they didn't have a 4 wheel drive. My grandmother heated her home with coal and every day after work he went to her house and carried coal in for her no matter how late he had to work. When I was a little girl in grade school my best friend didn't always have ice cream money so he gave me an extra quarter every day to make sure she got an ice cream.

There are so many more good things I could tell you about my dad and the kind of man he is but this letter would become too long so I will close with this-January 31, 2009 our family suffered a horrible tragedy, my brother at the young age of 36 passed away from a heart attack. Our lives were forever changed on that day and time has not healed this wound. My dad has never and will never recover from this loss. My brother was his only son and his heart was broken to the point it cannot heal. I ask that you will take this tragedy into consideration when sentencing him and show mercy. My hope is that these simple words can adequately convey the many attributes of my dad.

Thank you for your time and consideration.

Respectfully,

Donna Mobley

Donna Mobley

To whom it may concern:

Dear sir,

I am writing this letter in support of Mr. R. Cletus Maricle whom I have known for the last 50 years. I knew him in high school and graduated with him in 1960. I was his friend and classmate and still consider him to be a close personal friend.

I have known him as a practicing attorney and one of the very best and most dependable of all the lawyers in eastern Kentucky.

I was active in the Clay County Jaycees with him and served as an officer with him in this organization for five years or more.

I know he loved politics and became Circuit Judge of Clay, Leslie, and Jackson counties. I also entered politics and became State Representative for the 90th district of Kentucky House of Representatives. I, personally, asked him for advice and support in my 10 years in this position, which he freely gave, and never once ask me to vote for, nor, do anything that was wrong or illegal.

Cletus Maricle does not deserve to be punished for serving his community and county for more than 30 years in various beneficial ways. If at all possible, he should receive the minimum sentence and be probated to return home to live out his retirement in peace.

Thank you for your attention and time to read this letter of recommendation from Stephen C. Keith, former State Representative. My address is 5433 N. Hgwy 421, Manchester, Kentucky and my home phone is 606-598-6538 if you need additional information.

Sincerely,

Stephen C. Keith

**Rev. Aaron W. Mobley, M.A.R., M.Div**

**95 Fox Trail Road**

**Manchester, Kentucky 40962**

| | |
|---|---|
| **To:** | **Hon. Judge Reeves** |
| **From:** | **Rev. Aaron W. Mobley, M.A.R., M.Div.** |
| **Date:** | **February 15, 2011** |
| **Subject:** | **Russell Cletus Maricle** |

Mr. Reeves, my name is Aaron Mobley and I am a Baptist Minister in Manchester, Kentucky. I have known Cletus almost my entire life. Cletus is a man of compassion, integrity, and goodwill. Some have insinuated that it was corrupt politics that gained him the position of Circuit Judge in the 41st Circuit. But, in reality, he was given this position by the people because of his incredible knowledge and fairness to all people. Cletus is the type of man that demonstrates kindness even to those who would be considered his enemies. Even as a Minister of the Gospel of Jesus Christ, this is an area in which I could learn from a good man like Cletus. I respect and honor him for his Christ-likeness. He has been a pillar to this community and to his Church. This community was better because of him. And this is the reason for my correspondence. I am asking for your prayerful consideration of Cletus and the "realities" of his life. I do not know your spiritual persuasion but I ask that you seek God's sovereign wisdom as you endeavor in the life altering decisions that you must make. May God bless you and your family.

Your Friend-In-Christ,

Rev. Aaron W. Mobley, M.A.R., M.Div.

I wom Blame
to papaw what Russle C. Maricle

Dear, Judge
My papaw Russle C. Maricle was very good to me and I really wan them to get out of jail so here are some of the things we did together we went fishing we slept together every night and we always watched George Lopez! I cry every night when I go to sleep over my papaw and I want him to get out of jail so please let him out I know he's inocent. We played chess together, we went to church, he also got me to school on time.

I want
him out
of Prison

2-14-11

Mr. Reeus,

My name is Corey Mobley, Im 15 Years old. My Grandfathers name is Cletus Mavick he was convicted of Vote fraud in may of 2010 along with 7 other People. I have to Say my grandfather is a wonderfull man, and does not deserve what has happend, because for one he is not guilty, and two he has worked as hard as he can all of his life. He raised a good family, one that I am Proud to be a Part of. My grandfather would not do the crimes he has been accused of. For the Past two Years my family has had to Suffer through this. The thought of my Grandfather going to Prison for the rest of his life for nothing and it scares me, because yes I know him very well but I have a 7 year old brother and a 1 year old baby cousin that will never get the chance to know him like I do, So Please Sir, When You decide how much time my grandfather is going to spend in Prison, Think of my brother and baby Cousin who will never get to know him if You Send him away,

P.S. Thank You for taking the time to read this Letter.

— Corey Mobley

1808 Versailles Rd.
Lexington, Ky. 40504
February 15, 2011

Honorable Judge Reeves
Federal Courthouse
Frankfort, Ky. 40604

Dear Sir:

I have known Cletus Maricle for 26 years. I went to school with his daughter and have been a guest in his home on many occasions. Cletus has always been kind and welcoming when I have visited his home. I have seen the way he interacts and supports his family. It is very admirable the way he stepped in for his grandchildren in their times of need. He had custody of 2 of his grandchildren. Cletus is everything to these children. He fed them, got them to school, took them to their extracurricular events and even stayed to be a part. His absence has been devastating to them. They desperately need their grandfather. He was the only stable and sure thing in their lives.

There are many wonderful things I could share with you about Cletus that would speak toward his good character. However, I have chosen to focus on the children that are also affected in this situation. I have been an elementary school teacher for 15 years and I see, daily, the trauma caused by separation of child and primary care-giver. I pray that you consider them as you decide future events.

Thank you for your consideration of leniency for R. Cletus Maricle.


Jennifer Smith
Jennifer Smith

Dear Judge Reeves,

I am writing you today in regard to the leniency of Cletus Maricle. I have known him for 36 years. He has been an inspiration to me in my lifetime. I was only 6 when I first met Cletus, his daughter and I became best friends in 1st grade. Cletus would take us to church every Sunday. Cletus never looks upon anyone as if he is better then them, my Dad was a farmer and my mother was a housewife and Cletus never treated us as if we were less than anyone in Clay County. I have been to his home for family cook outs, he has been to my house for family events. He is a good moral man that has everyone best interest in mind.

Cletus has been a great person in our county he has worked very hard in his lifetime to make Clay County a better place to live. I have became the person I am today because of the leadership he has shown me in my lifetime. Cletus would not hesitate to help you if he could, you could call him in the middle of the night and he would be there to help his friends. I consider Cletus one of my most dearest friends and a father figure that I will always look up to.

Thank you for reading my letter and taking my opinion into consideration.

Patricia Rawlings



**FUNERAL HOME, INC.**

402 Richmond Road
Manchester, Ky 40962
Phone 606 598-5152
Fax 606 598-6456



February 15, 2011

My name is Paula C. Rominger and I am one of the owners of Rominger Funeral Home, Inc. in Manchester, Kentucky. As a business owner and personal friend of R. Cletus Maricle, I am writing this letter on his behalf.

I am asking that whoever makes the decision concerning his future, please be considerate and lenient in his sentencing. Cletus has had a positive influence on our community by attending church, social gatherings, and supporting activities of our youth and events in general.

It is an honor to be considered a friend of Cletus Maricle and his family.

Thank you,

Paula C. Rominger

For People Who Care
.... Since 1938

To Whom It May Concern:
Re: R. Cletus Maricle
Page 1 of 2

I, Patricia Ellen Nicholson  an  Educational Consultant/ University of Kentucky Doctoral Candidate
who is currently completing Educational Leadership with International Studies  dissertation wish to
share my thoughts concerning Honorable R.  Cletus Maricle. . Please accept this correspondence in
reference to my professional colleague, Judge Maricle.  I have known of Judge  Maricle my lifetime.
Beginning in 2004, I got the privilege to work directly with him after I  became an employee of the
Kentucky Administrative Office of the Courts 5th Congressional Drug Court Program. Judge Maricle
volunteered to start the 41st Judicial Circuit Drug Court for Clay, Leslie and Jackson County. He work
diligently to secure team members. I assisted with securing a grant so that the team would receive
training from national trainers to ensure that the team was well informed, at the request of Judge
Maricle. We began a wonderful program that changed the lives of many of our participants who were
involved in the legal system because of their addictions.  Judge Maricle never received additional pay
for his work with the program and traveled, at his own expense to conduct courts, even after working
full days in Circuit Court.

Judge  Maricle always conducted himself with  dignity and respect toward  all persons he encountered.
I initially worked as a Drug Court Case Manager and reported the progress or lack of progress to the
Drug Court Team.  Judge Maricle, Chair of the Drug Court Team,  always involved every team member
in the decision making process.  He valued the input of all team members  and utilized a consensus
model for decision making.

As our program grew, I became Treatment Coordinator and was responsible for determining eligibility
of participants for the Drug Court Program. Judge Maricle always respected my professional opinion
and never attempted to influence my decision or override my final decisions on any person that I
accessed. He remained totally professional  and always included the team when reviewing the
assessments or when making final decisions of acceptance,  denial, or sanction  toward  program
participants.

On numerous occasions, I approached Judge Maricle to ask his opinion of administrative regulations or
statues as they relate to persons involved in the judicial system. He always referenced the laws as
written and frequently researched my questions before supplying an answer.  He is a man of law and
order and upholds the highest standard of professionalism when interacting with his colleagues or
persons involved in the judicial system.

As a colleague of Judge Maricle, I learned a lot about the judicial system. Furthermore,  through our
close working relations and  because of his sincere attitude toward others  I got  to know him
personally and consider him my dear friend.

He became involved in activities that were supportive of our Drug Court Participants, more
specifically, I recall an event where as a volunteer I chaired the local Relay for Life Program. I
encouraged our Drug Court participants  and team members to participate. The team agreed and were
active during the Relay for Life Program forming a Drug Court Relay for Life Team .R.  Cletus
Maricle was there walking side by side with others participating in the Drug Court  Relay for Life
Team. He joyfully  interacted  with all local community members displaying his support for  persons
with cancer. I am a cancer survivor and will never forget Judge Maricle and his dedication toward this
cause. Our all night event was welcomed by Judge Maricle, he was there when we began the event,

To Whom It May Concern:
Re: R. Cletus Maricle
Page 2 of 2

stayed long into the night. The next morning, just prior to dawn, Judge Maricle came back to participate in the closing event. Again, showing support our team and for persons battling cancer. He did not have to do any of this but did it because he cared for those in attendance who were trying to survive – cancer or addiction. This is only one example of the character, care and compassion R. Cletus Maricle has for others.

R. Cletus is an example to anyone. He has never ask, encouraged, insisted or even suggested any unethical, illegal or dishonest act from me. I am proud to be a friend and colleague of R. Cletus Maricle and respectfully request that you consider the entirety of this correspondence when making decisions concerning my friend and colleague.

Respectfully,

P. Ellen Nicholson

Patricia Ellen Nicholson
Educational Consultant/Doctoral Candiate

To whom it may concern,

My name is Shannon Seltner I am a recovering addict I was under Judge Clits miricle in Drug Court of Clay County I have been clean and sober for almost 2 years and I truly believe it is all because of Mr. miricle whom believed in me and my husband and gave us a second chance at life and I stick to that as of today. I am the manager at the Huddle House in Manchester now so I can give second chances myself to people. I would like to say that Mr. miricle saved me and my husbands life. he is a great person and Judge he was always fair and equal he has inspired me to want to do better for myself and my family. I believe in Mr. miricle and truly think he deserves a second chance also. He is an asset to our community and we need him so please consider what I have to say about this wonderful person and I'm glad to say he is a friend.

Thank you,
Shannon Seltner
2/17/2011
(606) 599-8664

February 17, 2011

To Whom It May Concern:

I am composing this letter in support of former Circuit Judge, Cletus Maricle. I had a lot of interaction with Judge Maricle while he was involved with the Drug Court Program in Clay County. Judge Maricle did a really great job with all of the participants in the Drug Court Program. His caring and concern for individuals suffering with substance and alcohol dependency problems was very evident in the way that he practiced his profession. He always treated each client with great respect and understanding. Through my interaction with Judge Maricle and the Drug Court Program, I can attest that he made a very positive impact the lives of many individuals, as well as in my own life. I hope that all of the positive contributions that Judge Maricle made to the Clay County community will be taken into consideration when deciding his case. If you need any further information, feel free to contact at the address listed below.

Thanks,


Franklin Sibert
175 N Mount Tabor Road
Apt 131
Lexington, KY 40509
Ph. 1-606-813-3880


175 N MOUNT TABOR ROAD
APT 131
LEXINGTON, KY 40509