UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(At London)

CASE NO. 09-16-DCR                                    ELECTRONICALLY FILED

UNITED STATES OF AMERICA,                                       PLAINTIFF,

VS.                              MOTION

RUSSELL CLETUS MARICLE, ET AL.,                              DEFENDANTS.

\*\* \*\* \*\*

Comes now the Defendant, Russell Cletus Maricle, by counsel, pursuant to FRCr. 7 and other applicable law, and moves the Court for an Order dismissing Counts 1 and 2 of the superseding indictment based on the insufficiency of the indictment. A memorandum of law in support of this motion is submitted herewith.

WHEREFORE, an Order in conformity herewith is respectfully requested.

Respectfully Submitted,

s/David S. Hoskins
David S. Hoskins
107 East First Street
P.O. Box 1185
Corbin, KY 40702-1185
Telephone: (606) 526-9009
Facsimile: (606) 526-1021
COUNSEL FOR DEFENDANT
RUSSELL CLETUS MARICLE

CERTIFICATE OF SERVICE

The undersigned certifies that on this 4th day of March, 2011, the foregoing was filed electronically with the Clerk of the Court by using CM/ECF System which will send notice of filing to all counsel of record.

                                                s/David S. Hoskins  
                                                COUNSEL FOR DEFENDANT  
                                                RUSSELL CLETUS MARICLE

Case: 6:09-cr-00016-KKC Doc #: 1155 Filed: 03/04/11 Page: 2 of 2 - Page ID#: 14218