UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(At London)

CASE NO. 09-16-DCR                                                  ELECTRONICALLY FILED

UNITED STATES OF AMERICA,                                           PLAINTIFF,


VS.                                         <u>ORDER</u>


RUSSELL CLETUS MARICLE, ET AL.,                                     DEFENDANTS.


\*\* \*\* \*\*


This matter being before the Court upon motion of the Defendant, Russell Cletus Maricle, for an Order dismissing Counts 1 and 2 of the superseding indictment, and the Court being sufficiently advised,

IT IS HEREBY ORDERED AND ADJUDGED that the Defendant's motion is SUSTAINED and Counts 1 and 2 of the superseding indictment are dismissed.

DATED this_____day of_____, 2011.


_____
JUDGE
UNITED STATES DISTRICT COURT