```
(EDKY-234)              UNITED STATES DISTRICT COURT
                         EASTERN DISTRICT OF KENTUCKY
                            CRIMINAL MINUTES-GENERAL

 LONDON       Case No: 09-16      At FRANKFORT            Date 3/7/2011
```

PRESENT:
HON.       DANNY C. REEVES    , JUDGE

K. Ratliff              Cindy Oakes
Deputy Clerk            Court Reporter

   Stephen Smith/Jason Parman          None Required
   Assistant U.S. Attorney             Interpreter Present

|   DEFENDANTS | ATTORNEY FOR DEFENDANTS |
|---|---|
| (1) Russell Cletus Maricle (present) | (1) David Hoskins/M. Pinales |
| (2) Douglas C. Adams (present) | (2) Kent Westbury/Kristen Logan |
| (3) Charles Wayne Jones (present) | (3) T. Scott White |
| (4) William E. Stivers, aka Al Man (p) | (4) Robert L. Abell |
| (5) Freddy W. Thompson (present) | (5) Russell James Baldani |
| (6) William B. Morris, aka Bart (p) | (6) Jerry W. Gilbert |
| (7) Debra L. Morris, aka Debbie (p) | (7) Elizabeth Hughes |
| (8) Stanley Bowling (present) | (8) Daniel A. Simons/Jason R. Barclay |

PROCEEDINGS:     EVIDENTIARY HEARING ON OBJECTIONS TO PSR

   This matter having been called for proceeding with defendants and counsel present as noted. The Court having heard counsel and testimony offered, accordingly,

   **IT IS ORDERED** herein as follows:

   1)   Defendant/Maricle having orally dismissed his attorneys in open court, tenders a pro se Memorandum in Support to his objections to the Court presiding over these proceedings. Defendant/Maricle's motion for recusal is **DENIED.**

   2)   Defendant/Maricle's oral motion for Court to review transcripts (DE Nos. 581, 671 & 679) of trial proceedings is **DENIED.**

   3)   After first break in proceedings, Mr. Hoskins and Mr. Pinales re-enter their appearances for the defendant/Maricle.

   4)   Defendants' objections to the 18 level enhancement under USSG § 2C1.1 are **SUSTAINED** in part. This enhancement will be reduced to a level 14 with respect to all defendants.

   5)   The USA's objection to the omission of a vulnerable victim enhancement under USSG § 3A1.1 is **OVERRULED.**

This matter is continued pending individual sentencing hearings to commence on Tuesday, March 8, 2011.

Defendants are remanded to custody pending further orders of the Court.

This 7th day of March, 2011.



Signed By:
*Danny C. Reeves* DCR
United States District Judge

Copies:    COR - USM - USP
Initials of Clerk    akr

TIC:   2/38