AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF KENTUCKY at Frankfort

| USA | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. | |
| Russell Cletus Maricle, ET AL | Case Number: 6:09-CR-16-DCR |

| PRESIDING JUDGE<br>Danny C. Reeves | PLAINTIFF'S ATTORNEY<br>Stephen C. Smith/Jason D. Parman | DEFENDANT'S ATTORNEY - B. Bayer/K.Westbury<br>M.Pinales/D. Hoskins/T.Scott White/R. Abell/R. Baldani/J.Gilbert/<br>E. Hughes/D. Simons |
|---|---|---|
| TRIAL DATE (S)<br>3/7/2011 | COURT REPORTER<br>Cindy Oakes | COURTROOM DEPUTY<br>K. Ratliff |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| W1 | | 3/7/11 | | | **WITNESS:** TIMOTHY S. BRIGGS |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of   1   Pages