## EXHIBIT I

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON**

**CRIMINAL NO. 09-16-S-DCR**

**UNITED STATES OF AMERICA**                                      **PLAINTIFF**

**V.**       **OBJECTION TO OBSTRUCTION OF JUSTICE ADJUSTMENT**

**RUSSELL CLETUS MARICLE**                                **DEFENDANT**

Based upon the handling of the recordings and the transcriptions, any adjustment for obstruction of justice must be deleted, whether based upon the conviction of obstruction of justice or upon the jury's conviction of Maricle in a case in which he testified. The recordings and the transcripts were materially altered and distorted by prosecutorial misconduct and judicial findings and rulings through the processes of deletion, exclusion, alteration, addition or a combination thereof.

By doing so and allowing the witnesses Kennon White and Wanda White to give their interpretation of what was said and not allowing the jury access to the complete and unaltered recorded and transcribed portions placed an impenetrable shield between the jury and justice or truth.

(1) THE COURT ARBITRARILY ABUSED ITS DISCRETION IN THE TRANSCRIPTION, EDITING AND SUBMISSION OF RECORDINGS AND TRANSCRIPTIONS THEREOF TO THE JURY BY ENGAGING IN EX PARTE WRITTEN HEARSAY WHICH IN ESSENCE DIRECTED A VERDICT OF GUILTY AGAINST THE DEFENDANT.

The judge interjected himself into the fact finding process, and made himself a witness in this case, by the manner in which he handled the taped recordings made among two cooperating witnesses, Wanda White and Kennon White, and the defendant and other interested parties.

The parties were given a time frame within which to submit respective versions of transcripts of the recordings which the United States and Maricle did. The United States and defendant Maricle had repeatedly exchanged versions of the transcripts in what the defendant Maricle thought was an attempt to reach an agreement on the content of the transcripts. Each party would make corrections to the transcript and return to the other.

The Court convened for the purpose of scheduling a hearing date with respect to the authenticity and content of the tapes. The defendant raised no question on authenticity, but did so on the content. At that time the judge indicated he would schedule a two day hearing on the tapes as to content and even threatened to have court on Christmas Eve and Christmas Day if the parties couldn't make arrangements for their availability before those dates. (Document #249)

On the 22nd day of December 2009 the parties appeared in Court prepared for a hearing with the defendant Maricle interested in resolving the discrepancies to the content of the recordings and the transcripts. It was the understanding of the defendant Maricle that this was the purpose of the court proceedings which was confirmed by the presence of the equipment placed in the courtroom, including ear phones, for all participants to use in listening to recordings.

Instead, the Court had listened to the clips designated by the United States while reading the transcripts of designated clips made by the United States but not the transcripts submitted by defendant Maricle, which action amounted to ex parte written hearsay. The transcripts made by the United States were unattested. The judge had made certain changes on the transcripts and

2

directed the United States to attest to the correctness of the tapes. The attestation was later made by Kennon White and Wanda White, two prosecution witnesses who testified pursuant to plea agreement. No recordings were listened to and Court was adjourned before noon. A scheduled two day hearing lasted approximately 2 hours.

The Court refused to allow any other portions of the recordings or transcripts be used and allowed the transcripts signed by Kennon White and Wanda White to be submitted to the jury during deliberations. The Court specifically denied Maricle's motion after he testified that his attested versions of the tapes be submitted to the jury for comparison. The Court denied the request allowing only White's versions to go to the jury room without the actual recordings, which were kept in the courtroom with the admonition that the jury could return to the courtroom to listen to the tapes if they desired.

In essence the Court engaged in ex parte written hearsay and became a witness in the case relative to disputed facts. His decision was then submitted to the jury under the signature of Kennon White. This action denied defendant Maricle his constitutional right of confrontation since he could not require the Hon. Danny C. Reeves to testify in the case because he was the Judge. If Judge Reeves could have been cross examined, his numerous errors in transcription could have been demonstrated. A detailed comparison will be submitted.

(2)   THE   FIRST   RECORDING   OF   MARICLE   BY   THE   WHITES DEMONSTRATES THE TYPES OF MAJOR ERRORS THAT WERE MADE AND APPROVED BY THE COURT FORMING THE BASIS FOR FALSE AND MISLEADING TESTIMONY.

Clips from the March 27, 2007, the first recorded conversation between Maricle and the White's (Kennon and Wanda) standing alone are sufficient to show the prejudice suffered by this

3

defendant due to the employment of the Court's ex parte written hearsay and the permitted

interpretations by Kennon White and Wanda White. A fair comparison of each of the submitted

transcripts establishes the obvious differences and the bias in favor of the government. For

example at 01:09:50 – 1:12:11 see the following distortion by alteration:

| Maricle Transcript (UNREAD BY COURT) | White Transcript (READ BY COURT) |
|---|---|
| **Kennon:** Only thing bothers me, I hope they ain't got Stanley …(U/I)… on this election I'm afraid they'll get on me …U/I… you know what I'm saying? I'm not worried …U/I… proving anything else …U/I… Just me and him talking …U/I… that worries me. | **Kennon:** Only thing bothers me, I hope they ain't got Stanley …(U/I)… on this election I'm afraid they'll get on me …U/I… you know what I'm saying? I'm not worried …U/I… proving anything else …U/I… Just me and him talking …U/I… that worries me. |
| **Maricle:** Last year I don't remember ever being around him his big problem was in the state | **Maricle:** Last year …not been around him his big problem was a conspiracy charge |
| **Kennon:** Stephan Charles represented him on that one too. | **Kennon:** Right conspiracy charges, they could hit him on that too? |
| **Maricle:** I don't know I mean, I don't even know he's the one in the state. There's been three or four names thrown around no whether or not it's all the same thing I don't know …U/I… | **Maricle:** I don't know I mean I don't even know …(U/I)… there've been three or four names thrown around now whether or not it's all the same thing, I don't know …(U/I)… |

The difference in the two versions lies mainly in the use of the words conspiracy and

Stephan Charles.

Only the version submitted by White permits his interpretation that Maricle said

Stanley's (Stanley Bowling) big problem was a conspiracy charge. (Trial Transcript, Vol. 6B

Lines 3-11 p.42)[1] The version presented by Maricle does not permit such an interpretation. It

does not even use the word conspiracy. The Court chose in ex parte manner not to read

---

[1] Questions by Steve Smith and answers by Kennon White were as follows:
    Q. -- recording picked up? And at the time you said, "I hope they ain't got Stanley on this
        election." Who were you referring to?
    A.    Stanley Bowling.
    Q.    Okay, and at that time, it was attributed to Mr. Maricle. He said his big problem was
        conspiracy charge, who was he referring to?
    A.    Stanley.

Maricle's transcript and to accept the written hearsay of Kennon White and permit White's transcript to go to the jury but would not allow Maricle's. The Court placed itself in the position of being a witness and/or a "fact finder."

In a conversation relative to Kennon Whites' unemployment appeal the following distortion by addition occurred:

| Maricle Transcript (UNREAD BY COURT) | White Transcript (READ BY COURT) |
|---|---|
| **Maricle:** Well you've got an appeal past that | **Maricle:** Well you've got an appeal past that |
| **Kennon:** Yeah that's right, you've got an appeal past that | **Kennon:** Yeah that's right, you've got an appeal past that |
| **Maricle:** You've got an appeal to Circuit Court | **Maricle:** You've got an appeal to Circuit Court |
| **Kennon:** Can you appeal it into circuit court? I didn't | **Kennon:** Can you appeal it into circuit court? I didn't |
| **Wanda:** Really, an unemployment case? | **Wanda:** |
| **Maricle:** Yeah but you're stuck with having the findings of fact...it has to be a question of law, findings of fact are whatever they found is the findings of fact if there's evidence to support it even though if you don't believe it, you have to go along with the evidence, but in the application of the law, it's up to the judge it's hard to win in the Circuit Court | **Maricle:** Yeah but you're stuck with having the findings of fact...it has to be a question of law, findings of fact are whatever they found is the findings of fact if there's evidence to support it even though if you don't believe it, you have to go along with the evidence, but in the application of the law, it's up to the judge it's hard to win in the Circuit Court. |
| **Wanda:** Where do you get em at? I mean you get at the places you're working or what? File in Frankfort or do you file in your hometown or you file... | **Wanda:** Where do you get em at? I mean you get at the places you're working or what? File in Frankfort or do you file in your hometown or you file... |
| **Maricle:** No, I think their filed here | **Maricle:** I think filed here. I'll take care of it. |

(01:53:45 – 01:56:00)

By adding the words, "I'll take care of it" Kennon White was allowed to testify that the defendant Maricle promised to take care of his unemployment case if appealed to Maricle as Circuit Judge, i.e., that he would win. (Trial Transcript Vol. 6B Lines 14-25 p.51 and Lines 1-13 p. 52)[2] This interpretation can only be possible if the words "I'll take care of it" are in the

---

[2] Questions and answers by Smith and White were as follows:

    Q.    Mr. White, there was mention in this segment that – some mention about something being filed as an appeal.

conversation. If not, the logical interpretation of what was said is that White could probably not win because the Court was bound by the findings of fact made by the Unemployment Insurance Commission and it was hard to win an appeal to Circuit Court. Only when the transcript was being submitted to the Court does Kennon White add the damaging statement, "I'll take care of it," which permits him to make his false interpretation.

Again, the Court failed to give objective consideration to the transcripts of both parties. It arbitrarily adopted the Kennon White version of the transcripts with his addition, which was subsequently submitted to the jury to the great prejudice of the defendant's right to a fair trial.

In the clip beginning at 1:21:51 speaking relative to a job held by Maricle's grandson that was eliminated by Carmen (Mayor Carmen Webb Lewis) the following important difference in transcripts occurs by means of distortion by alteration:

| Maricle Transcript (UNREAD BY COURT) | White Transcript (READ BY COURT) |
|---|---|
| **Lindsey:** I know, but I knew that she said she was going to | **Lindsey:** I know, but I know Stacey said ...U/I... |

A.    Uh-huh
Q.    What are you all talking about appealing?
A.    My ruling for unemployment.
Q.    And where were you going to be seeking unemployment from at that time?
A.    The City of Manchester
Q.    And had you had a dispute with the Mayor of the new administration about the unemployment?
A.    Yes I had.
Q.    And Mr. Maricle said "you have got an appeal past that." What was he talking about?
A.    He was talking about appealing into Circuit Court in front of him.
Q.    In front of him?
A.    Yeah.
Q.    As Judge
A.    Yes
Q.    And he says "I'll take care of it" What was he talking about.
A.    He was talking about taking care of my unemployment, that if I got it in front of him that he would take care of it.

This is not an insignificant difference. In the context of the conversation the transcription by Maricle fits because the parties are talking about Carmen (the Mayor) eliminating a job and the person "Stacey" is not mentioned. But an unfair interpretation of "that Stacey said" could be made and possibly imputed to a Stacey Perkins who was subpoenaed but not called as a witness by the United States, but whose name came out prominently during the presentation of the government's proof as being an involved person.

At one point when talking about Stanley Bowling talking to the FBI the following distortions by alteration and exclusion appears:

| Maricle Transcript (UNREAD BY COURT) | White Transcript (READ BY COURT) |
|---|---|
| **Maricle:** Well, I don't know about that U/I I'd try to find out if they're talking | **Maricle:** Well I don't know about that U/I I'll try to find out if they're talking to him or not |
| **Kennon:** Why don't you find out and see what … because I need to know | **Kennon:** Why don't you find out and see what … because I need to know |
| U/I | U/I |
| **Kennon:** Which I'm probably worried about nothing. I take spells. | **Kennon:** Which I'm probably worried about nothing. I take spells. |
| **Maricle:** Take spell worrying about it? I personally don't think you've got anything to worry about, I don't know. | U/I |
| **Kennon:** Right | **Kennon:** Right |

Clip 1:35:20 – 1:37:38

At trial Kennon White's interpretation was that Maricle would try to find out if Stanley Bowling was talking to the FBI. (Trial Transcript Vol. 6B Lines 17-24 p.50)[3] This interpretation is only possible if White's transcription is adopted. If Maricle's transcription is used the

---

[3] Q.    Finally, Mr. White, there was a comment, Mr. Maricle said, "I'll try to find out if they have been talking to him or not." Who was he referring to?
A.    Stanley Bowling
Q.    And who would be talking to Stanley Bowling? He was referring to "they." Who was he talking about as to "they"?
A.    The FBI

meaning is entirely different and would be that Kennon White try to find out if Stanley Bowling was talking to the FBI. "I'll try to find out..." is a statement that the speaker will take the action. "I'd try to find out" ... is a suggestion to the listener that he try to find out.

Of further significance in this clip is the last quote by Maricle and the last quote by White wherein in his transcription Maricle says "I personally don't think you've got anything to worry about, I don't know." And White answers "Right" which shows lack of knowledge by Maricle of White's election activity. This statement was deleted by the Court.

There are several differences in transcriptions that are of little legal significance in this case but demonstrates the means used to deny the defendant a fair trial. One of those, which is not highly significant, but demonstrates the incorrectness of White's transcription very vividly, is the "kicking out" of a drug court participant. Compare:

| Maricle Transcript (UNREAD BY COURT) | White Transcript (READ BY COURT) |
|---|---|
| **Maricle**: I kicked one out today so | **Maricle**: I kicked one out today so |
| **Lindsey**: Who did you kick out | **Lindsey**: Who did you kick out? |
| **Maricle**: Billie Phelps | **Maricle**: Digger Phelps. |

Clip 1:40:06 – 1:41:43

This example demonstrates the fallacy and unreasonableness of the Court's method of allowing the use of transcripts and recordings. The employed means could have enabled the jury to conclude that former Notre Dame Basketball coach Digger Phelps was kicked out of drug court. Certainly this would have been a permissible but unreasonable conclusion perpetrated by fraud as were the other White transcriptions and interpretations.

In the very same clip in reference to Vicki (an employee of drug court) attention is drawn to the following:

| Maricle Transcript (UNREAD BY COURT) | White Transcript (READ BY COURT) |
|---|---|
| **Wanda:** ...U/I...That old cow, she's stabbing me in the back. Mmm hmm see I come this close to not liking her. Now I really I really, it's certified, I don't like her | **Wanda:** ...U/I...That old cow, she's stabbing me in the back. Mmm hmm. See I come this close to not liking her. Now I agree with you I agree with you, it's certified, I don't like her. |

Again, the White transcription indicates someone doesn't like Vicki, a drug court employee. The Maricle transcript gives no indication of any dislike for Vicki by anyone other than Wanda White.

In one minute and thirty seven seconds, these two statements are altered to the point of producing two entirely false statements.

(3)    THE COURT KNOWINGLY CREATED OR APPROVED ADMISSIONS BY SILENCE OR ADOPTIVE ADMISIONS WHICH WERE THE EXACT OPPOSITE OF WHAT WAS SAID AND THE TRUE MEANING THEREOF.

The Court's editing of unattested copies of transcripts and recordings produced meanings, and permitted interpretations exactly the opposite of what was expressed.    By allowing statements or questions of Kennon White and/or Wanda White to be played and read without responses produced untruths resulting in a jury verdict not based upon the facts.

The record clearly demonstrates that the Court was knowledgeable of admissions by silence and/or adoptive admissions and cognizant that it was happening in this case.

On February 17, 2010, Judge Reeves advised counsel of the admonition he intended to give.  It was as follows:

> THE COURT:  Earlier I had given the general instruction about audio recordings.
> And it reads, "At the time the audio recordings were made, Kennon White and his wife, Wanda White, were cooperating with the United States.
> You are instructed that their statements on the audio recordings are admitted to provide context for the defendants' statements.

9

Then you have heard the testimony given by a witness which includes his or her interpretation of what other people meant by what they said.

You are reminded that this testimony represents the witness's understanding of what was meant by the statements and was offered to put these statements and the parties' conversations in context."

That's the purpose that it was admitted earlier, so that would be the general instruction the court will be giving.

I just wanted to alert you where I was heading on that before the – before the end of the day.

[Trial Transcript Vol. 8B pp. 17-18]

After which Attorney Hughes requested as follows:

MS. HUGHES: -- before we took the break, and I was wondering if the court would consider adding the word "only."

Kennon White's testimony, I want to call it testimony but it's not, his statements on the audio tapes are admitted only to add context because as I understand it, his statements are out-of-court statements and they are in fact hearsay; and they are only admitted to provide context.

I just wouldn't want the jury to think that that was an additional reason.

So I would just suggest that we add that additional word, if the court would consider that.

Thank you. [Id. p.19]

Thereupon the Court stated:

THE COURT: All right, I will certainly consider that. Of course, in addition to explaining this – the statements that are contained on the audio tape, he's also testified to a number of admissions made by the defendants in the case.

So there is a fine line on some of these matters that the court will have to consider, but I will certainly take that into account. [Ibid]

However, the word "only" was not added and the instruction was as follows:

And, ladies and gentlemen, before the next witness is called, I do want to give you an instruction relating to the testimony that you've just heard, and you have heard the testimony given by a witness which included his interpretation of what other people meant by what they said. You are reminded that this testimony represents the witness's understanding of what was meant by the statements and has been admitted to put these statements and the parties' conversations in context. You are so instructed. [Trial Transcript Vol. 10A pp. 68-69]

In talking about recorded statements of defendants Judge Reeves stated:

> THE COURT:   . . . There are admissions that could come in, admissions of the defendant – the defendants that could come in. There could be adoptive admissions or there could be admissions by silence when there's a statement made an the witness should be expected to respond a certain way and does not – does not respond. [Trial Transcript Vo. 9A, p. 133]

# I

At that time Maricle's attorney made the point that was what had happened as to the "Downey boy." Maricle's statements in response to White's were deleted from the recording and the transcript allowing the testimony to be taken as an adoptive admission rather than an expression by Maricle of no knowledge of the "Downey Boy," as it truly was.

Kennon White's statements, questions and accusations that Maricle had let the "Downey boy" out of jail for political reasons which was in fact responded to became an admission by silence. The following comparison is submitted:

| Totality of Recording and Transcript | Parts Submitted to Jury After Editing By Court |
|---|---|
| **Maricle:**   I mean you have to answer that truthfully. I mean if they ask her who he was and she said my son-in-law, well, she said that. Ahh, I don't think you know, I don't – Did Wanda promise anybody that I was going to let them out of jail if they voted? I don't think – Certainly didn't have my permission to do that and I don't think she done that; but now, if she did, then she tells em she did, but ah I certainly | **Maricle:**   I mean you have to answer that truthfully.<br><br>**(REMAINDER DELETED)** |
| **Kennon:** Well, only the thing, you know that I said on Phillip, that's not bothered me but I'll tell you the only one that bothers me is on that Downey boy.   That does bother me on the Downey boy. | **Kennon:** Well, only the thing, you that that I said on Phillip, that's not bothered me but I'll tell you the only one that bothers me is on that Downey boy.   That does bother me on the Downey boy. |
| **Maricle:** I don't know a thing about that no Downey boy | **Maricle:**       **DELETED** |
| **Kennon:** Okay well | **Kennon:** Okay well |
| **Maricle:** I don't know | **Maricle:**       **DELETED** |

| | |
|---|---|
| **Kennon**: Okay, well, I mean, you know that was the only thing that I think anybody could say anything about. You don't want me to . . . I mean that's but it was not in Phillip's | **Kennon**: Okay, well, I mean, you know that was the only thing that I think anybody could say anything about. You don't want me to . . . I mean that's but it was not in Phillip's |
| **Maricle**: I'm not telling her what to say or what not to say, I don't know nothing about any Downey boy | **Maricle:**        **DELETED** |
| **Kennon**: Well, if you take Phillip Mobley out of that question, it's different, but I mean, you know, I mean I don't ah I don't know how long that boy's been in or anything else, but I mean, I didn't, you don't remember anything about it. | **Kennon**: Well, if you take Phillip Mobley out of that question, it's different, but I mean, you know, I mean I don't ah I don't know how long that boy's been in or anything else, but I mean, I didn't, you don't remember anything about it. |
| **Maricle**: I don't even remember who you're talking about. | **Maricle:**        **DELETED** |
| **Kennon**: Well, it was John Downey and that's the only thing that bothered me because it was Raleigh that asked me for help; he was going to help me up there, and I, I, you know and I talked to you, but that means anything that ahh | **Kennon**: Well, it was John Downey and that's the only thing that bothered me because it was Raleigh that asked me for help; he was going to help me up there, and I, I, you know and I talked to you, but that means anything that ahh |
| **Maricle**:  I don't know anything about the Downey boy, don't | **Maricle:**        **DELETED** |

(May 16, 2007 recording at 41:14 – 42:53)

The statements "I don't know a thing about no Downey boy," "I don't know," "I'm not telling her what to say or what not to say, I don't know nothing about any Downey boy," "I don't remember who you're talking about," and "I don't know anything about the Downey boy, don't" became a blank page and a silent recording permitting admissions by silence – the opposite of what was said.

The taking of this statement out of context provided the backdrop for Kennon White's testimony that Maricle had promised White to let the "Downey boy" (John Downey) out of jail so Raleigh Downey, a brother, would haul and buy votes in the 2006 election for Mayor between Daugh White, Kennon's dad, and Carmen Webb Lewis.  (Trial Transcript Vol. 8B, pp 7-9)

The facts as established by Maricle at trial showed the "Downey boy" was before Special Judge Thomas Lewis of Bowling Green, who took Downey's guilty plea, let him out of jail and probated him.  This was established by a video of the proceedings, other court records and by the

12

testimony of Judge Lewis, who testified Maricle never mentioned the case to him. This is

consistent with Maricle's statements on tape, which were not presented to the jury, permitting the

jury to draw an opposite conclusion based upon White's false interpretation.

## II

On May 14, 2007, Kennon White at the instance of the FBI raised the question of use of

Maricle influence on behalf of his son-in-law, Philip Mobley, in his election.

| Totality of Recording and Transcript | Parts Submitted to Jury After Editing By Court |
|---|---|
| **Kennon:** Well if gets asked that way, did you use Cletus Maricle's influence with Philip Mobley | **Kennon:** Well if gets asked that way, did you use Cletus Maricle's influence with Philip Mobley |
| **Maricle:** That's one thing I was very careful to do. Never promised to do. I never promised anybody that I would help somebody in a court case ...U/I... the very simple reason is ...U/I... I don't believe having cases held over head forever for some political thing. | **Maricle:**<br><br>**DELETED** |

(May 14, 2007 recording at 00:43:20-00:44:00)

Again, the use of White's statement accompanied by the deletion of Maricle left an

impression that Maricle acknowledged use of his position for political purposes when in fact he

asserts that he did not believe in using his position as Judge to hold cases or decisions over a

person's head for political gain.

## III

White made a statement to Maricle that accused Maricle of basically supporting all

candidates and thereby was dishonest. Maricle took issue with White, but the Court's deletion of

the denial created an admission by silence contrary to what Maricle actually said, i.e. that he was

candid with people about whether or not he would vote for them.

| Totality of Recording and Transcript | Parts Submitted to Jury After Editing By Court |
|---|---|
| **Kennon**; Only one you didn't support would, probably you could say (laughing) was Urshell | **Kennon**; Only one you didn't support would, probably you could say (laughing) was Urshell |

| | |
|---|---|
| Smith; I mean you know in honesty and I see because, you know, how many people have you ever looked at and said well, no, I'm not going to vote for but a few, I mean, you ay have told Carmen that, but I mean, you know, you | Smith; I mean you know in honesty and I see because, you know, how many people have you ever looked at and said well, no, I'm not going to vote for but a few, I mean, you ay have told Carmen that, but I mean, you know, you |
| **Maricle:** I was always pretty honest with anybody, somebody asked me to vote for em, if I'd vote for them I could, if I didn't, I wouldn't, course obviously, I didn't, I didn't vote, I didn't vote for any of them. | **Maricle:**<br><br>**DELETED** |

(May 16, 2007 recording at 38:00-38:25)

## IV

In a series of questions posed by Kennon White relative to the use of money or official position a statement by Maricle "Tell the truth, I mean" was altered to read "That's the worst thing" * and Maricle's responses relative to use of money and official position were deleted.

| Maricle Transcript (UNREAD BY COURT) | White Transcript Submitted to Jury After Editing By Court |
|---|---|
| **Kennon:** …I mean, you know, you get in there and they accuse you, you know, they get you, you know, for doing something wrong there, I mean, you get 5 years and if you don't … you get in there and just don't say nothing you could go for 18 months …U/I… | **Kennon;** …I mean, you know, you get in there and they accuse you, you know, they get you, you know, for doing something wrong there, I mean, you get 5 years and if you don't … you get in there and just don't say nothing you could go for 18 months …U/I… |
| **\*Maricle:** Tell the truth, I mean | **\*Maricle:** That's the worst thing. |
| **Kennon:** …U/I…yeah, but, but, but here's the problem. When the truth can cause everybody else a problem. I mean, that' what the problem is, and I don't know, you know…and I think…I think they can definitely take you places where they could, you know, I mean, I think if Wanda you know without Wanda knowing what to say, I I think there is a very good possibility that we all end up down there | **Kennon:** …U/I…yeah, but, but, but here's the problem. When the truth can cause everybody else a problem. I mean, that' what the problem is, and I don't know, you know…and I think…I think they can definitely take you places where they could, you know, I mean, I think if Wanda you know without Wanda knowing what to say, I I think there is a very good possibility that we all end up down there |
| **Maricle:** U/I Well, I can say this without any question I did not give Wanda or nobody money for the 06 election and I dare anybody could come up here and say I did. | **Maricle:**<br><br>**DELETED** |
| **Kennon:** Well, now | **Kennon:** Well, now |
| **Maricle:** That's just it in a nutshell | **Maricle:** That's just it in a nutshell |

14

| Kennon: Right | Kennon: Right |
|---|---|
| Maricle: I didn't promise nobody no favors | Maricle:                    DELETED |
| Kennon: Well | Kennon: Well |
| Maricle: I don't remember ever promising anybody anything. I know I didn't have no money. I don't know of any favors I promised anybody and …U/I… that I know of and I think I'd know if I did. Do you know of anywhere I put any money? Didn't happen | Maricle:<br><br>                    DELETED |
| Kennon: No, I mean, I didn't, I didn't | Kennon: No, I mean, I didn't, I didn't |
| Maricle: I was for my son-in-law | Maricle: I was for my son-in-law |

(May 14, 2007 recording at 25:23-26:52)

In the conversation Kennon White says "…you get in there and just don't say nothing you could go for 18 months…(U/I)" to which Maricle responds "tell the truth I mean" which would negate the United States contention that Maricle was advising Wanda White to assert the fifth amendment or privilege, and/or refuse to answer and risk contempt charges. The alteration to "that's the worst thing" completely obliterated the true conversation and its meaning leaving the impression that Maricle was saying that the worst thing would be 18 months in jail for contempt.

Again positive statements or answers by Maricle that he did not give anybody any money or promise any favors were deleted creating admissions by silence that could be interpreted as acknowledgments of guilt.

V

In a conversation about money in the election, the following comparison is self explanatory in demonstrating what deletion can do to meaning and context:

| Maricle Transcript | White Transcript Submitted to Jury After Editing By Court |
|---|---|
| Kennon: Well, I know you, you know, now let me tell you something | Kennon:  Well, I know you, you know, now let me tell you something |
| Maricle: I didn't put money in election | Maricle:         DELETED |
| Kennon: Well, all I can say is, if you did, you left me out, so I really, you know | Kennon: Well, all I can say is, if you did, you left me out, so I really, you know |
| Maricle: …U/I… we agreed when we started we wasn't handing no money out | Maricle:         DELETED |

(May 14, 2007 recording at 46:29-46:43)

15

## VI

The United States moved the Court to delete from the May 14, 2007 recording the following statement by Maricle, "I don't see any of those really that's U/I. I tell you I never handled no money." In fact, the statement by Maricle was "I don't see any of those questions really that's (U/I) I'll tell you right now, I never handled no money." (May 14, 2007 recording at 17:08-17:18) these statements were made in response to a long statement by Kennon White relative to questions he anticipated would be asked by the grand jury. Again, there is another admission by silence created by deletion.

This error was further compounded by the alteration of the conversation that took place immediately thereafter. Maricle made the statement "That just a simple matter ... didn't handle no money." The Court never considered Maricle transcript and instead adopted Kennon White as saying Maricle said "That just a simple matter U/I" The words "didn't handle no money" were not included on the transcript even though they are on the recording.

## VII

With respect to exchanging money in the election Kennon states, "Well, I don't think Wanda has ever seen you exchange money with anybody..." The following conversation ensued:

| Totality of Recording and Transcript | Parts Submitted to Jury After Editing By Court |
|---|---|
| **Maricle**: If she has, she has a mirage because I never exchanged money with anybody | **DELETED** |
| **Kennon**: Well | **Kennon**: Well |
| **Maricle**: And I | **Maricle**: And I |
| **Kennon**: Well, I mean no | **Kennon**: Well, I mean no |
| **Maricle**: I didn't spend any. I just | **Maricle**:        **DELETED** |
| **Kennon**: Well, see you can | **Kennon**: Well, see you can |
| **Maricle**: (Interrupting) It didn't happen | **Maricle**:        **DELETED** |
| **Kennon**: But see that right there is one that you can just say, well, that ain't a problem. You know | **Kennon**: But see that right there is one that you can just say, well, that ain't a problem. You know |

16

| Maricle: It ain't true | Maricle:          DELETED |

(May 16, 2007 recording at 37:18-37:34)

## VIII

A side by side comparison of one of the conversations relative to employment for Wanda

White and the seeking of leniency for her brother appears hereunder:

| Totality of Recording and Transcript | Parts Submitted to Jury After Editing By Court |
| --- | --- |
| **Kennon:** It said, "Did Cletus Maricle promise you anything to support Phillip such as money or favors?" Well, the only thing that, which you know, Wanda said, the words, you know, she said now he, you know, he did tell me he would help Cork, and he did tell me he would help me get a job at drug court, but she neither one of them has come to pass, but she said that's not something that, you know, that maybe | **Kennon:** It said, "Did Cletus Maricle promise you anything to support Phillip such as money or favors?" Well, the only thing that, which you know, Wanda said, the words, you know, she said now he, you know, he did tell me he would help Cork, and he did tell me he would help me get a job at drug court, but she neither one of them has come to pass, but she said that's not something that, you know, that maybe |
| **Maricle:** But I didn't tell her that I would do that in exchange for her being for Phillip; and I would help Wanda get a job regardless of any election | **Maricle:**<br><br>        DELETED |
| **Kennon:** Well | **Kennon:** Well |
| **Maricle:** I didn't even know she was going to need one at that time; I mean she had a good job, right? | **Maricle:**<br><br>        DELETED |
| **Kennon:** Well, we can put that down there. Here's here's the only thing about that one; that is something where Cork ain't got out | **Kennon:** Well, we can put that down there. Here's here's the only thing about that one; that is something where Cork ain't got out |

(May 16, 2007 recording at 38:25-39:20)

Again, by deletion the Court took a passage in which Maricle denied he had promised

Wanda White he would help her brother Cork in a Court related matter and denied he had

promised her a job in exchange for political support and turned it into an admission by silence.

The two key issues used by the government against the defendant Maricle on the

obstruction of justice charge were the alleged promising of leniency for her brother in a criminal

case and a job with drug court. By eliminating his statements on the issue, a negative was

replaced with a false positive.                          **IX**

In regard to telling Maricle about blacktopping and extortion, the Court deleted Maricle

statements that he did not know anything about it and did not want to know anything, the Court's

deletion created an admission by silence in the following discourse:

| Totality of Recording and Transcript | Part Submitted to Jury After Editing By Court |
|---|---|
| **Maricle**: And I don't want to know nothing about that, I don't know nothing about it and don't want to know nothing about it. | **Maricle**:            **DELETED** |
| **Kennon**: (Interrupting) Well, I know exactly what you're saying, but I'm going | **Kennon**: (Interrupting) Well, I know exactly what you're saying, but I'm going |
| **Maricle**:(Interrupting) Just like you started to ask me a lot of questions one night, and I said there ain't no privilege when it comes to talking to me. I don't need to know nothing about something | **Maricle**:   :(Interrupting) Just like you started to ask me a lot of questions one night, and I said there ain't no privilege when it comes to talking to me.    **LAST SENTENCE DELETED** |
| **Kennon**: (Interrupting) Well all I said is … | **Kennon**: (Interrupting) Well all I said is… |
| **Maricle**: (Interrupting) Don't want to know | **Maricle**:            **DELETED** |

(May 16, 2007 recording at 59:00 – 59:15)

**X**

Another admission by silence was created by eliminating Maricle's statement, "Let me

stop you, sometimes people . . . that wasn't no planned meeting." This statement was made in

response to Kennon White's conversation about being at Maricle's house when Darnell Hipsher

had come by during the fall of 2006. At first White had tried to say that Darnell Hipsher had

been at Maricle's house before the 2006 primary but was corrected by Maricle. By deletion the

impression was created that there had been some type of planned meeting. This was directly

refuted by Maricle's statement but it was deleted. (May 14, 2007 recording at 37:09-37:13)

**XI**

Near the end of the conversation of May 14, 2007, in reference to the list of questions Kennon White had brought with him Kennon asks, "you want to keep that?"    Maricle responds "no."    However, the Court altered the conversation by eliminating Maricle's negative response thereby allowing the inference that Maricle kept the list of questions.

## XII

Two deletions occurred on the tape and transcripts of May 22, 2007, that substantially altered the conversations between Kennon White and Maricle.    Both of these related to a recorded conversation of the cooperating witnesses and co-defendant William Stivers.

### A

| Totality of Recording and Transcripts | Parts Submitted to Jury After Editing By Court |
|---|---|
| **Kennon White:** ...I'm going to tell you what she did. She basically took that notebook up there, and her and Alman sat down there and we looked over it; and she wrote her answers right there, you know we're trying to remember what we're doing, you know, and she got down there, and she studied em, I mean, she, she | **Kennon White:** ...I'm going to tell you what she did. She basically took that notebook up there, and her and Alman sat down there and we looked over it; and she wrote her answers right there, you know we're trying to remember what we're doing, you know, and she got down there, and she studied em, I mean, she, she |
| **Maricle:**    Well, as long as she gave truthful answers | **DELETED** |

(May 22, 2007 recording 37:55-38:13)

### B

| | |
|---|---|
| **Kennon White:**    But I want to tell you something. It was just to the point that Wanda had to have some kind of guidance because it had got past me an it, buddy. Let me tell you something now, she … it got past me. She didn't | **Kennon White:**    But I want to tell you something. It was just to the point that Wanda had to have some kind of guidance because it had got past me an it, buddy. Let me tell you something now, she …it got past me. She didn't |
| **Maricle:**    Well, husbands and wives sometimes have a hard time, harder time communicating … on, on stuff, than other people do, but I wouldn't have Wanda get in no trouble and tell a lie | **Maricle:**    Well, husbands, and wives sometimes have a hard time, harder time communicating … on, on stuff, than other people do  **DELETED** |

(May 22, 2007 recording 40:30-40:55)

19

The deleted statements were in reference to a conversation that the Whites' had recorded with William Stivers on May 17, 2007. Even though the recordings by Maricle do not show that Maricle had advised White to see Stivers, Kennon White had testified that Maricle had mouthed without utterances those words to him. Maricle denied this happened.

The conversation with Stivers occurred on May 17, 2007, the day before Wanda White testified to the grand jury on May 18, 2007. By deleting Maricle's responses the United States created an impression that Maricle was knowledgeable of the Stivers conversation and had wanted Wanda White to testify falsely to the grand jury. This is another created admission by silence.

## XIII

In the May 4, 2007 recording Wanda White posed questions that prompted responses which were later deleted so as to assure a false conclusion that Maricle had in some way selected her as an election:

| Totality of Recordings and Transcripts | Parts Submitted to Jury After Editing By Court |
|---|---|
| **Wanda:** He asked me um, ah, how I become an election officer over again. Did you appoint me to election officer? | **Wanda:** He asked me um, ah, how I become an election officer over again. Did you appoint me to election officer? |
| **Maricle:** Did I appoint you laugh? | **Maricle:** Did I appoint you laugh? |
| **Wanda:** Yeah | **Wanda:** Yeah |
| **Maricle:** I don't really have any authority to appoint anybody. | **DELETED** |
| **Maricle:** Well, I don't know no election officers, have no authority over election officers. We didn't spend no money in the election and I never considered from the get go giving you money. I never offered you money | **DELETED** |

(May 4, 2007 14:42-16:12)

## XIV

On May 4, 2007 the following conversation occurred:

| Totality of Recordings and Transcripts | Parts Submitted to Jury After Editing By Court |
|---|---|
| **Wanda:** Cletus I would never do nothing to get you in trouble never. | **Wanda:** Cletus I would never do nothing to get you in trouble never. |
| **Maricle:** I know that Wanda and I don't think I've done anything to be in trouble over. I mean I really don't. | **DELETED** |
| **Wanda:** Do you believe that? | **Wanda:** Do you believe that? |
| **Maricle:** I believe that. I believe that. I believe that, I sure do. Ah, and ah but I don't know anything I've ever, that they can say that could get us in trouble. | **DELETED** |

(May 4, 2007 26:59-27:24)

By deleting Maricle's responses an impression was left that Maricle acknowledged that he had done something to be in trouble. In fact the exact opposite is true.

(4)   ON PAGE 22, LINES 3-14 OF THE MARCH 3 2009 TRANSCRIPT OF GRAND JURY PROCEEDING SA BRIGGS TESTIFIED:

> IN ACCORDANCE WITH FBI DIRECTIONS WHITE ASKED, "HOW WOULD A PERSON ANSWER IT, QUESTIONS BY THE GRAND JURY IN THIS MEANING, IS WHAT I AM SAYING. DO I SAY I PLEAD THE FIFTH AMENDMENT ON EACH INDIVIDUAL QUESTION OR DO I SAY I DON'T KNOW"? MARICLE RESPONDED, "NO, IF YOU DON'T KNOW THE ANSWER, IF YOU DON'T WANT TO ANSWER THE QUESTION, PLEAD THE FIFTH." MARICLE FURTHER STATED TO WHITE, "YOU'RE GOING TO BE ALL RIGHT." DON'T GO DOWN THERE WITH ANY INDICATION THAT YOU'RE GOING TO LIE[4] TO THIS ONE, MEANING INCRIMINATE SOMEBODY BY TESTIMONY, AND I'M GOING TO LIE[5] TO THAT ONE." MARICLE FURTHER STATED, "WELL, I'M, I MEAN, I'M NOT SAYING NOT TO TELL THE TRUTH OR ANYTHING, BUT I MEAN, YOU KNOW, AIN'T NO NEED, I'VE GOT CONFIDENCE IN YOU."

THE ABOVE TESTIMONY IS DELIBERATELY INCOMPLETE, FALSE AND TAKEN OUT OF CONTEXT. IT IS BRIGGS ADAPTION OF THREE DIFFERENT SECTIONS OF A RECORDING AT THREE TIMES THAT ARE SUBSTANTIALLY SEPARATED BY TIME – 16:16-16:46; 1:12:59-1:13:44 and 2:58:19-02:58:37 on May 2, 2007. THE TRUE READINGS ARE:

---

[4] The word used was lay not lie.
[5] The word used was lay not lie.

21

# I

One of the main accusations against Maricle was that he instructed Wanda White to invoke the Fifth Amendment. By the process of deletion, Judge Reeve s turned a conversation between Kennon White and Maricle upside down and created an admission out of a denial, which in essence directed a verdict against Maricle.

The conversation was as follows:

| Kennon: | Well, that's the problem that you get is because Wanda has talked about taking the Fifth Amendment. |
| Maricle: | With? |
| Wanda: | With Brent |
| Kennon: | Cause everybody has said take the Fifth Amendment, take the Fifth Amendment, and Brent |
| Maricle: | WELL, NOW I'VE NOT SAID THAT, I DON'T KNOW WHETHER SHE SHOULD OR NOT  [Capitalized and underlined statement excluded by Judge Reeves]  I mean, I don't you know, that's something you do what your lawyer tells you do what your lawyer tells you.  That's what I'd tell anybody on that because they know better what to, you know. I'm not saying, I'm not saying TO DO THAT  [Capitalized and underlined statement not included in government's transcript prepared by Kennon White] |

The statement in context under any ordinary and reasonable construction has Maricle stating that he had not told Wanda White to take the Fifth Amendment and that he is not saying to do so. By deletion the Court and the United States have created an admission by silence and by the blank page when in fact the exact opposite is true. Maricle in fact denied that he had advised Wanda White to invoke the Fifth Amendment and in fact told her to do what her lawyer told her to do. (May 2, 2007 at 16:16 -16:46)

# II

22

One of the most significant alterations of recordings is found in the May 2, 2007

transcripts. On the left is the transcript of Maricle as to what was said that was never reviewed

by Judge Reeves or allowed to be submitted to the jury. On the right is the transcript of Kennon

White reviewed and approved by Judge Reeves for submission to the jury.

| Maricle Transcript (UNREAD BY COURT) | White Transcript (Parts Submitted to Jury After Editing by Court) |
|---|---|
| **Wanda:** You know what I mean, like if, ahh, for instance a question they asked me yesterday is how'd you become an election officer. I can answer that right? And then if they ask me something, I don't want to answer, then what will I say | **Wanda:** You know what I mean, like if, ahh, for instance a question they asked me yesterday is how'd you become an election officer. I can answer that right? And then if they ask me something, I don't want to answer, then what will I say |
| **Maricle:** Depends on whether the question tends incriminate you. | **Maricle:** Tell'em whether the question is …U/I…criminal |
| **Wanda:** Right, but how would a person answer It is what I'm saying. Do you say I plead the Fifth Amendment on each individual question Or do you say I don't know? | **Wanda:** Right, but how would a person answer It is what I'm saying. Do you say I plead the Fifth Amendment on each individual question Or do you say I don't know? |
| **Maricle:** No if you don't want to answer the question, you plead the fifth. They'll go through that with you tomorrow | **Maricle:** No if you don't want to answer the question, you plead the fifth …U/I… **DELETED** |
| **Wanda:** One question? See what I'm saying one question, one question | **Wanda:** One question? |
| **Maricle:** Yeah they may ask you a hundred, maybe only one | **Maricle:** …U/I…?? |
| **Wanda:** One question though? | |
| **Maricle:** U/I | |
| **Wanda:** You see what I'm saying like individual questions | |
| **Maricle:** And only one of them be incriminating | **Maricle:** And only one of them be … |

(May 2, 2007 at 1:12:39-1:13:44)

The correct transcript clearly shows Maricle telling Wanda White that whether or not she

has to answer a question depends on whether or not it tends to incriminate. He further goes on to

tell her that they (meaning the United States attorneys) will explain to her about taking the Fifth

Amendment when she goes to the grand jury and that she may be asked 100 questions and only

23

one of them be incriminating.  The Court ex parte approved transcript is no where near correct or complete leaving a fill in the blanks transcript.

## III

Much later in the May 2, 2007 recording the following occurred:

| | |
|---|---|
| Maricle: | Now you're gonna be alright. |
| Wanda: | I'm gonna be alright. |
| Maricle: | You're gonna be alright. |
| Kennon: | Well that |
| Maricle: | Don't go down there with any vindication that you're going to get you know... |
| Wanda: | Going to jail. |
| Maricle: | ..no, well, that you're... |
| Wanda: | I ain't gonna do that |
| Maricle: | ..going to lay it to this one or I'm going to lay it to that one... |
| Wanda: | I ain't going to do that |
| Maricle: | Cause you know... |
| Wanda: | I ain't going to do that, I ain't going to do that. |
| Maricle: | Cause you know... |

Wanda:          (interrupting) ...I ain't going to do nothing to Dobber
(May 2, 2007 at 2:58:19 – 02:58:37)

(5)    WHEN BRIGGS TESTIFIED TO THE GRAND JURY, HE CHANGED THE WORD LAY TO LIE, THEREBY COMPLETELY DISTORTING THE CONVERSATION BY MEANS OF THE FORMS OF MANIPULATION THAT ARE HEREIN DESCRIBED, CONNECTIONS WERE FORGED BETWEEN MARICLE AND OTHER DEFENDANTS OR ALLEGED CO-CONSPIRATORS. SOME EXAMPLES ARE AS FOLLOWS:

24

## I

On May 22, 2007, Kennon White came to the home of Maricle and conversed with him about Wanda White's appearance before the grand jury. The following conversation occurred:

| | |
|---|---|
| Maricle: | What were her questions… |
| Kennon White: | Similar…it was basically maybe not exactly that way, but they, they ask her some more stuff; it wouldn't all about, about you. They was probably half about you, and the rest of them about how…about Doug Adams, and some about Wayne, an you know, about Dobber |
| Maricle: | Did you tell her not to say anything about what she said. |
| Kennon White: | Well, her attorney…they didn't tell her in there not to say anything, but her attorney said you know, said, said you know if there's somebody you can trust that you really benefit, he said, you know… |

The response of Maricle "Did you tell her not to say anything about what she said," was changed to "Did you tell her not to say anything about Wayne?" This allowed Kennon White to testify that the question was in reference to Wayne Jones, a co-defendant. (Trial Transcript Vol. 8B) The last quoted statement by Kennon White, clearly demonstrates, that the parties are talking about Wanda White not revealing what she testified about before the grand jury but, by alteration and adding the name Wayne, the jury was led to believe that Maricle had inquired of Kennon White as to whether Kennon White had told Wanda White not to say anything about Wayne to the grand jury.

## II

On page 9 of Volume 11B Wanda testified that Maricle said "but he's one of the first people that come and talked to me" and that he was referring to Dobber Weaver. In fact, what was said was that Dobber was one of the first people the FBI came and talked to in some earlier investigations, not that Dobber came and talked to him.

### III

A unique deletion occurred when Kennon White asked the question "...you never did talk to Dobber, did you?" The implied answer to that question is no. In fact, Maricle stated, "I never had no reason to talk to Dobber." By means of deletion the jury was left with basically a truthful answer but not the full truth that Maricle had no reason to talk to Dobber. (May 14, 2007 recording at 44:32-44:37)

### IV

A general conversation relative to elections was altered to change the meaning of a recorded conversation on May 1, 2007, and forge a missing link between Maricle and Adams. The following alteration and/or addition occurred:

| Maricle Transcript | White Transcript Parts Submitted to Jury After Editing By Court |
|---|---|
| **Maricle:** That's getting pretty bad, I mean ...U/I... as just, in elections, that somebody has thought I was against him and I was actually for him | **Maricle:** That's getting pretty bad, I mean Doug Adams has just in elections, that somebody has thought I was against him and I was actually for him |

In the place of an unintelligible, the name Doug Adams was added. In fact, the name Doug Adams is not heard on the tape and with its addition renders the statement disjointed.

(6)    BY REFUSING TO ALLOW THE DEFENDANT TO PLAY THE TAPES NOT USED OR DESIGNATED, THE COURT DENIED THE DEFENDANT HIS RIGHT TO HAVE ALL TAPES PUT IN CONTEXT.

### I

The portions of a recorded conversation among Wanda White, Kennon White, R. Cletus Maricle, and Richie Asher and others of April 30, 2007 excluded from being played at trial by the Court were extremely relevant to the issues involved in this trial and particularly the obstruction of justice charge and the intent necessary for one to be convicted.

This conversation occurred the day before Wanda White was scheduled to meet with the FBI and three days before a grand jury appearance to which she had been subpoenaed. This conversation occurred at a time when Maricle was frying fish, and you could hear the fish being battered and fried, which would rebut testimony that Maricle patted down the cooperating witnesses. Any such pat down or whispering would have been picked up on one of the two recording devices of Wanda White and Kennon White.

## II

On April 30, 2007, the first recording lasted from 6:00pm-7:40pm; a second recording began at 8:05pm-10:14pm, a total time of three hours and fifty minutes. The primary topic of conversation during these recordings was Wanda White's scheduled meeting with the FBI on May 1, 2007, and grand jury appearance of May 3, 2007. By excluding practically all of the recording over defendant's request and taking isolated portions out of context, the Court deprived Maricle of extremely important evidence on the issue of intent to obstruct justice and admissions alleged to have been made.

| Time on Kennon White Recording | Time on Wanda White Recording | Excerpts |
|---|---|---|
| 19:30 | 16:24 | Maricle tells White she can take an attorney to the grand jury with her but the attorney cannot go in. |
| 28:46 | 25:56 | Maricle tells White she has to go to the grand jury. |
| 28:56 | 26:05 – 26:13 | Maricle tells White to take an attorney with her and that he would tell anybody that. |
| 39:30 | 36:58 | White in reference to grand jury says "But I hafta to go to it, don't I? Maricle: "Yep absolutely." |
| 40:11 | 37:38 – 37:42 | Maricle: "You obey a court order otherwise you do what you want to do." |
| 44:03 | 41:40 | Maricle: "You hafta listen to your lawyer." |

| 51:49 | 49:36 – 49:38 | Maricle: "Well, remember one thing you don't lie to them." |
|---|---|---|
| 51:53 | 49:4 | Maricle: "You don't lie." |
| 51:57 | 49:44 – 49:48 | Maricle: "Well you tell the truth is what you do. You tell the truth." |
| 52:55 – 53:04 | 50:45 – 50:54 | Maricle: "Well you need your lawyer there. Yeah, everybody anytime you talk to anybody that's a law officer, whether it's state, federal, local whatever, you need your lawyer with you." |
| 53:44 | 51:33 | Maricle tells Wanda White if she doesn't show up for the grand jury she'll go to jail. |
| 54:45 | 52:35 – 52:39 | Maricle tells Wanda to follow her lawyer's advice |
| 1:02:25 – 1:02:34 | 1:00:28 – 1:00:40 | Maricle: "You can't lie to em, you obey all court Orders." |
| 1:11:52 – 1:12:08 | 1:10:11 – 1:10:28 | Maricle: "You're not going to lie to nobody." |

### III

The April 30, 2007 recording would refute Wanda White's contention that Maricle had Richie Asher investigating the FBI when in fact, she was the one who requested Asher to investigate the FBI, and he basically said no.

> CHS2: [Wanda White]    I need to hire you, Richie.
> RA:   [Richie Asher]    Don't know what I can do.
>
> (CD 4/30/07 taped conversation at 1:03:20 – 1:01:28)
>
> CHS2: [Wanda White]    Keenon answer that. It might be
>     Brent.
> (CHS1 [Kennon White] ANSWERS PHONE)
> CHS2: [Wanda White]    See you Richie.
> RA:   [Richie Asher]    I'm walking down with ya.
>
> (CHS2 [Wanda White] SPEAKS ON PHONE NON PERTINENT
> CONVERSATION – ENDS CONVERSATION)
>     Who's that back there?
> RA:   [Richie Asher]    Robin's behind Judy. Judy's behind
>     you.

(CHILD TALKING IN BACKGROUND)

| | | |
|---|---|---|
| CHS2: | [Wanda White] | Buddy, this guy right here's been investigating. You didn't know that, did you? |
| RA: | [Richie Asher] | Here and there. Here and there. |
| CHS2: | [Wanda White] | How much you take to investigate the FBI? |
| RA: | [Richie Asher] | (LAUGHS) Oh. |

(CHILD TALKING IN BACKGROUND)

| | | |
|---|---|---|
| CHS2: | [Wanda White] | Huh? |
| RA: | [Richie Asher] | That'd be expensive because... |
| | | |
| CHS2: | [Wanda White] | Would it? |
| RA: | [Richie Asher] | ... and that turns their eyes on me. |
| | | |
| CHS2: | [Wanda White] | If you're good it don't. |
| RA | [Richie Asher] | Well, that untrue. Let me tell you something. When you're fighting, when you're dealing with the government, they know everything; they know everything about me... |
| CHS2: | [Wanda White] | Well it's.... |
| RA: | [Richie Asher] | ...everything about you as far as little things here and there. But. I'm fixing to get shot at, but that's a whole nother story. |
| CHS2: | [Wanda White] | Why? |
| RA: | [Richie Asher] | I'm looking into Bill Gilbert's death. I know who done it. |

(CD 4/30/07 taped conversation at 1:16:03 – 01:16:40)

## IV

By refusing to allow the defendant to play all of the May 16, 2007, recording the Court excluded conversations extremely relevant to Maricle's state of mind. This plus the deletions herein set forth presented a false interpretation put forth by Kennon White. Not included for the jury's consideration was a part of the conversation at 12:33 – 15:05 of the recording:

| | |
|---|---|
| Kennon: | Buddy, not much, I just, you know, worried about Wanda |

29

| | |
|---|---|
| Maricle: | Buddy, I mean, I think all she can do is go down there and listen to the questions and answer as best she can. To try to tell her what, I think even trying to prepare her for what questions are, maybe they are doing the right thing, but you don't know, don't know direction they are going. |
| Kennon: | Well, if go direction they've been going, you know, that's what Brent was saying, he said don't know if them the questions, what they ask her, but he says more than likely that what he would think she needs to do. |
| Maricle: | Listen to the questions and answer as best she can, I think it's really a mistake to try prime her on what to say. |
| Kennon: | Well I think she can handle it but I mean I've had, you know, I've had |
| Maricle: | Let me, let me, let me quote one thing for you |
| Kennon: | Alright |
| Maricle: | Out of second Timothy, somewhere in first chapter, God has not given us a spirit of fear, but of power and of love, and of sound mind. |
| Kennon: | Yeah, I seen that on TV |
| Maricle: | Remember that, remember that at all times, you can't operate out of a spirit of fear, you have to operate out of a spirit of love, of power, and of sound mind. You don't know what they're gonna ask her or how they're gonna ask her and, uh, and questions and I just, ah, I think it's a mistake to try to, be a mistake or wrong to try to, ah, prepare her for, for it or you to prepare her. Her lawyer who has talked to her might could better prepare but I, but when he ain't right there and you're in there with all those people it's different. You've been to a federal grand jury |

(May 16, 2007 recording at 12:33 – 15:05)

V

30

The United States had designated certain parts of recordings of Bart Morris and Cletus Maricle made on May 9, 2007, to be played at the trial. However, the United States did not play the recordings or use them or the transcripts as evidence. The defendant could have played the recordings and used Kennon White's transcript but it would had to have been with the alteration, exclusions, deletions and additions as approved by the Court. Had the defendant done so, he would have been producing evidence that was incomplete, distorted, or inaccurate. The defendant submits for comparison a transcript of parts of his conversation with Kennon White. Sections that are blocked in plain blocks ☐ indicate that it is Maricle's transcript for the part that is not boxed. Sections in shadowed blocks ▓Shadowed▓ are sections the Court excluded from being played, leaving statements and questions un-responded to, creating admissions by silence or other altered meanings. A reading will demonstrate exactly what defendant Maricle contends without an exhaustive analysis.

00:51:50
Maricle:      Trying to listen to my messages on the way up here couldn't hear for them kids.
Kennon:      How are you doing buddy?
Maricle:      Alright. How are you doing buddy?
Kennon:      Buddy, I'm not doing too good, I don't want to come up here and aggravate you.
Maricle:      That's alright.
Judy:        Wanda been back down there today? If you want to talk privately.
Maricle:      Okay, go I there, be alright.
Judy:        Or you'uns can go in there.

00:52:57
Kennon:      Don't blame you. You look awful comfortable. They've give Wanda an immunity thing.
Maricle:      I mean can't do nothing to her then.
Maricle: THAT'S GREAT MEANS THEY CAN'T DO NOTHING TO HER THEN.

Kennon:      Well, her lawyer has told her this, he says this is something that don't go on much. He said, you know, this type thing, he said, says not see a whole lot of it but here is what he tells her, he tells her that, that if she doesn't testify, she can get 18 months in jail. Ok,  he says if you testify and lie, he said its five years he said, so I mean, I'm just, uh, I'm just to this point, I mean, I don't you know and you know I don't know what to do. I mean this just ...U/I... my

31

lawyer, I can't talk to him, I mean its just, its just a terrible thing, buddy, I mean, my wife tore all to pieces, she don't want to go to jail. She's crying over the kids and I mean, you know, and I don't know what to do with it. I just don't know what to do. I mean, I'm afraid that uh, I mean, I just wish she knew what to do on answering these questions because, uh, because, it ain't, uh, going to be easy to answer them I mean you know

Maricle:        Did they, did she go to grand jury today or?

Kennon:        They didn't have grand jury she just went up told her that if she didn't come they'd look her up and subpoena her and you know, before grand jury and they'd have        her immunity letter. But they, we went up there and talked to Brent Caldwell and him and her talked to Steve Smith in there and she wasn't in there probably twenty minutes. But, he was nicer today, but he just says here you go, you know.

Maricle:        Did give her the immunity?

Kennon:        Yeah, she got to be there on the 18th and I mean I'm not going to lie to you buddy, I mean I'm just concerned, very concerned. Because, she don't know what to say, she don't know what to do I'm concerned because, uh, you know, I'm afraid they'll going that uh, I'm afraid, I'm, to come after me, afraid, you know, they will come after you, afraid they'll come after Wayne and I'm...

| MARICLE:    WELL, KENNON ON ME I DON'T KNOW WHAT THEY'D COME AFTER ME ON I DIDN'T GIVE WANDA (UI) I NEVER GIVER HER ANY MONEY. |
| --- |

Kennon:        No you never give her any money or nothing, I mean she...

| MARICLE:    AND I NEVER, UH, PHILIP DIDN'T SPEND ANY MONEY ON ELECTION DAY. IF SOMEBODY'S OUT THERE TRYING TO GET HIM VOTES, UH, YOU KNOW, ON THE GROUND (UI). PHILIP DID NOT PUT ANY MONEY IN THE ELECTION AND THAT IS THE TRUTH. |
| --- |

Kennon:        Ok, I understand, here.

Maricle:        What is she worried about?

Kennon:        Here's what she is worried about, is because she's worried about that they are going to ask her who put her there I know election commission is one and but also she's worried that Dobber and some of them told them that you helped her to get there and she's worried about that the reason she was there. And she's worried about that she's done stuff on the machine, which Dobber did too. But, she is worried about that now that's what she's worried about and she's worried about the, I mean, she knows you didn't give her any money.

| MARICLE:    I DIDN'T GIVE HER ANY MONEY. ELECTIONS OFFICERS CHOOSE THE UH, ELECTION COMMISSION CHOOSES ELECTION OFFICERS, UH, YOU ALL CAME UP HERE |
| --- |

32

AFTER YHOUR ELECTION AND SAID YOU ALL WAS GOING TO CHANGE YOUR REGISTRATION AND WANT TO BE ACTIVE DEMOCRATS THAT THE WAY IT HAPPENED.

Kennon:        Yeah we came up here and talked and I don't remember exactly everything, but yeah, that's basically that's the way it happened. But what she don't want to do is get herself in a bind. I mean because, I mean because I mean, she don't want to get herself in a bind. Let me tell you something, there is nobody trying to hurt nobody. Let me tell you something, she loves you she loves Judy let me tell you something buddy I am just worried about where they are going with it. And I think that it's going to be something that she's going to have to know what to say because if she doesn't, I mean she is going to go I don't know and if she goes in there and tells the truth I think that everybody has got problems, I think. I know that you say "well I don't have problems" but, let me tell you something, if it happens like what they're saying, the thing about it is, I mean, I don't know about the illegalities of, of, of, anything, you understand what I'm sayin to you. I don't know, and that's one thing that scares me. If she knew what to say, she would be alright. Let me tell you, I don't want her to talk to attorney because, because, I mean, I just, I mean, you know, I mean. Let me tell you something, I feel awkward of the situation that I'm in to even talk. I mean, right now I'm feeling awkward about even, you know, talking about it. But I'm going to tell you something, Clet they're going to get, they are after her hard I think they are after you, they evidently ain't after her, but they're after you and they're after Wayne. And I mean, what do we need to say because I am going to tell you what Wanda says will make the difference of whether, that you know, there's trouble for, put you in middle of it, me, hell, the other people in the middle of it. I mean, everybody down there. I don't know what to say or what to do, and I mean it's tore me all to pieces. I mean, Wanda, how can she go down there if she don't know what to say. And I mean, I don't care, I, I don't care to tell her if I knew what to tell her, but I don't know what to tell her. And I don't know how to answer anything, I mean, you know, and I mean, I'll be honest with you Brent Caldwell, right there, I mean, you know and he keeps saying well what are you worried about, what are you worried about? But I'll tell you what he's emphasizing so strong that...

Maricle:       What about, with respect to me what is she worried about?

Kennon:        She's worried about the fact that you helped her get to be election officer and that's what she's worried about and she's worried about how she helped Philip when she got down there. Now that's how, that's what she's worried about now Clet. I don't know how else to put it other than, you know, I mean, it's a tough situation and I don't know. She, that's what she's worried about, I mean it's not money or anything like that, but it's the tracing back that you helped her to get there and they may not be able to do that, I mean, they may not be able to do that. And, uh, you know, but when she got down there, I mean, she was put there, and I mean, and Dobber was put there, and I mean everybody that's in on these things was put there, I know that. But, but here's the thing, she's afraid that's where they're going with it. And uh, you know, and she don't want to get down there, I think she's, she's afraid that it'll get you in trouble, she's afraid it'll get her in, you know, she don't know whether it will get her in trouble or not, because she don't, you know, which, you know like I said we've not talked with Brent in depth about other things.

MARICLE:    AS FAR AS I KNOW WANDA DIDN'T DO ANYTHING WRONG, UH...

Kennon:        Well, I mean, uh…

MARICLE:    THAT I KNOW OF, SHE CERTAINLY, CERTAINLY WASN'T NO MONEY OR
ANY SORT, UH…

Kennon:        Well is that what she needs to say, or is that?

MARICLE:    I DIDN'T GIVE HER, DID SHE, DID…

Kennon:        No, she never got any money, I mean, I know that…

MARICLE:    SHE NEVER GOT ANY MONEY, I MEAN, THAT'S, YOU KNOW…

Kennon:        …and uh…

MARICLE:    UH, AND, AND, AS FAR AS I KNOW SHE, YOU KNOW AS FAR AS HER
GETTING, THERE'S NOTHING THERE'S NOTHING WRONG WITH BEING AN ELECTION
OFFICER. THERE'S NOTHING WRONG WITH BEING FOR SOMEBODY THEY'VE GOT
PEOPLE AFRAID TO BE FOR SOMEBODY. I MEAN, THEY GOT ME INTIMIDATED LAST
YEAR AND I DON'T DO NOTHING. BUT THEY HAD ME, WELL YOU'RE SEEN TALKING TO
SO AND SO, SAYING SO AND SO, SO AND SO GOT (UI), YOU KNOW. AS FAR AS I KNOW, NO
MEETING OF CANDIDATES, DAMN, I DON'T KNOW OF ANY CANDIDATES SHE MET WITH
AS AS A MEETING. I MEAN, THAT'S ONE OF THE THINGS THEY'VE BEEN SAYING ABOUT
ME, I DON'T KNOW, WHEN…ONLY CANDIDATES I KNOW THAT MET WAS UH, THEY WAS,
THAT I HEARD MET WAS THREE OR FOUR OF THE, OF UM, OF ED AND URSHELL, BUT
DON'T EVEN KNOW THAT, I DON'T KNOW THAT. THAT'S JUST PEOPLE TALKING, UH
BUT AS FAR AS I KNOW SHE DIDN'T DO ANYTHING WRONG. I DIDN'T ASK HER TO DO
ANYTHING WRONG AND WOULDN'T ASK HER TO DO ANYTHING WRONG.

Kennon:        Well if that's what, if that's what she needs to say, I mean I , you know, that's
what she'll say, but I'm going to tell you see, that's what she's worried about because she don't
know what Dobber is going to say that she done. And, and, you know, and, and, here's the other
thing, I mean, she, you know, and, I mean, it's just a tough doggone deal to handle buddy. I don't
know how to, how to put it no more clearer, we're, I mean, she needs help on what to say. I mean
she don't know and, and she can't get in there and get herself messed up, I mean if that's what
she needs to say I mean I don't care. Let me tell you something, Wanda is not good at uh, at
going through this kind of thing. I mean she's uh, she's not good at it and I'm worried about my
kids and I'm worried about her. But let me tell you something, she don't want, she does not want
to hurt anybody, and she don't want to do that, I mean, she just, I mean, she's made up her mind
she don't want to do that. But, she don't want it, she wants to kind of have her cake and eat it
too. She don't want to get herself in a bind, you know, down there because she's scared to death
because that lawyer's telling her, you know, you can get five years if you get in there and say
something that ain't correct, and uh, you know, and uh, and the facts about it is, is I think that uh,
that uh, the biggest thing that she's worried about, which us, is that she was worried about that

the fact that uh, she helped Philip and that, and that you helped get her down there, now that's what she's worried about and that, you know, that's , and she, you know, she said, I, you know, I did what I was going to do down there, but she said now I'm having to be up in front of the daggone Grand Jury over it, she said, I'm scared to death and she said, I don't know what to do about the Fifth Amendment. Can they, can they hold that on her to where she can't take it?

Maricle:       If give her immunity she has to testify.

Kennon:      Well they give her immunity, she got immunity.

Maricle:       If they gave her written immunity, she has to testify.

Kennon:      Do they had to get that out of Washington?

Maricle:       Used to they did, but now I don't know anymore, I think they still do. I think they're still ...U/I...

Kennon:      I don't know what to do with her buddy, I mean I'm upset I don't know, and I mean, I wouldn't want to come back up here, I know that...

Maricle:       Kennon, that's that's alright, I mean...

Kennon:      Because I'm, let me tell you something, I'm in a situation that I don't know. Now, let me tell you something, that doggone plea agreement right there buddy, I mean, it's uh, to me, I mean I, let me tell you something I'm worried, I mean. Not plea agreement whatever Darnell and them did, uh, whatever it is.

Maricle:       What do you mean whatever Darnell did?

Kennon:      Well Darnell they got him on that black top stuff and whatever that daggone, uh...

Maricle:       Oh.

Kennon:      Um, I don't know what Vernon has done on his stuff, and I'm just worried now buddy, I mean, I'm just worried. Because, I'm worried they got Wanda right there set up to, to go in there and, and, and lie or say something wrong and when she does they've got Vernon and Dobber over here ready to sock it to her. Now, that's what I am worried about, and it's uh, that's my worry, and I think that uh, I've not read Vernon's plea agreement, but I tell  you what, I'm, I'm kind of concerned about what they've done with Daddy. And, you know, I tell you what, to be quite honest with you, I didn't know, I mean, let me tell you something, I believe that, uh, that if I've missed this I've missed it by the skin of my teeth. Because, me and, you know, I, you know, Mike White was there the whole time I wasn't there and I don't know if the're going by my authority, but let me tell you it wouldn't shock me if they was to come up and got me tomorrow. I mean, you know, I'm aggravated, I just don't know, I mean, you know, I don't know. And, you know, if they did they did, I mean, there ain't nothing I could do about it. But,

35

they've got Wanda down now there now and, they got daddy tied up in there and I think they's, you know, II mean, I'm just worried, buddy.

Maricle:        …U/I…

Kennon:       Are you worried, I mean?

Maricle:        You should be worried, I mean…

Kennon:       Are you worried?

> MARICLE:      WELL I DON'T REALLY THINK I'VE DONE ANYTHING WRONG BUT, YOU KNOW, ANYTIME THEY'RE THROWING YOUR NAME AROUND AND TRYING TO GET YOU, YOU HAVE TO BE CONCERNED.

Kennon:       Well…

Maricle:        Do you think I have?

Kennon:       Well, I mean, I think, here's what I think Clet, I think basically that we've all got ourselves in a jam right here and that's what I think. And I think that we've got to figure out how to get out of this jam without getting in trouble if we can and that's what I think. But I'll tell you what I'll do, I'll never have nothing to do with another election, Wanda's never going to have nothing to do with another election, and I ain't saying, you know, all I am saying is, is that we're, that I, let me tell you something, I think, I think that uh, yeah I think we're all in a jam before it's over with if we don't watch ourselves. That's what I think. Now what do you think? Because, let me tell you something they're not doing all this for their health, I mean, do you agree with that, I mean…

Maricle:        Oh, yeah.

Kennon:       To go to the point to give Wanda an immunity letter?

Maricle:        No, not doing it for their health.

Kennon:       I mean, so, I mean, you know, I mean it's a situation here. Let me tell you, I, you know, I feel awkward about talking, I'm just trying to say what I've got on my mind, I'm not, I mean, you know. You know, I think it's a situation that we're, that we're looking at that's, that could be very, you know, I mean, yeah, I think that, uh, I think that me and you and Wayne and, uh, and uh, I think several others right here may have trouble before its over with. Now, that's what I think. I don't, you know, I ain't saying what you've done or what you ain't done, I'm just saying before its over with that that's where they're headed with it. And uh, you know, I'm not uh…

Maricle:        Well, I don't think there's any question they're after me, like I told you, they've wanted me for years, uh, for some reason, and there haven't been anybody over there that they

haven't asked about me that I know of. Um, well, but, I mean, you know I don't want to minimize, I'm not minimizing, I don't reckon I out to minimizing, you know, anybody's concerns.

Kennon:      Well, no, I mean, I just don't want to cause...

Maricle:      Federal Government gets antsy over power, and they're not out to solve crimes they're out to get people. Ain't they? Is that right?

Kennon:      Yeah, I mean they're out to get you, whenever they're out to get you.

Maricle:      What did they add to your dad's indictment

Kennon:      They added racketeering and RICO, and, uh, blacktop, and, you know, they's some good, added some other Hobbs Act, uh. I don't know, they's, they added...

Maricle:      What is the Hobbs Act?
Kennon:      Hobbs Act's extortion. So, I mean...

Maricle:      I didn't remember what the Hobbs Act was

Kennon:      Well, now that's what they've added to it, you know, daddy is flabbergasted I reckon, from what Mom...

Maricle:      Who did he extort?

Kennon:      Well, see that's what they say in there, it says, you know, I don't know, here's what I look at, which uh, which uh, I probably shouldn't have done, but I went in there and talked to Bart a minute ago and Bart said, well said you know, said you know, you've got Bart, you got Salmon's Construction, you got Stanley Bowling, you've got Delmas Philpot, and you've got the Garrison's. Now them's only ones that have been contractors that I know of, now there may have been seems like one other place on a water tank, but now, I don't know, you know, where they're coming with. You know, you just don't never know where they're coming with it uh, you know, they might have come with it through, I don't know, but uh, I don't know what the criteria is to charge somebody with that, you know.

Maricle:      I don't either, I mean, I'm not familiar with the, with the Hobbs Act. I never did have any, any dealing with anybody that was charged with that. Didn't even know what it was until you told me right then. I've heard of it and, and, you know, being that you said that I now know but I mean other than that I don't. Uh...

Kennon:      I tell you what Wanda is distraught buddy. Now son I'll tell you, she ain't hiding it, I mean, I didn't even, which I told her there wasn't no use in her coming, which she, she didn't even, I mean she's just terrible shape buddy.

Transcript at 01:09:25

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Maricle:        Well…

Kennon:        I mean if they's, you know, they's some way, that, that's the main thing, because Wanda, I mean, she's just like I said, she's, she's, she's uh, she's upset, I mean, you know, I'm doing, I mean, when I say, she says "I tell you what Kennon", she says, she said "I did everything that I could do" she said.

Transcript at 1:10:40

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

Transcript at 1:12:50

Kennon:        I'm good Judy, I appreciate it. I'm gonna get out of here I was just talking to you there for a minute. I mean, I think Wanda will be fine if she knows what to say.

Maricle:        Well we've got until the 18th when she goes back.

Kennon:        Yeah.

Maricle:        That's 9 days.

Kennon:        Right, that's exactly right. She told me today, she said "I'm going to tell you something Kennon," she said "I would do nothing to hurt Cletus or Wayne either one." That's what she told me, she said "I wouldn't want to hurt them in anyway," she said, "there one thing about it I trust Cletus' advice, what he tells me," and she dais "I don't want to trust nobody else," but she says "There is one thing Cletus knows, he knows that I, that I, do what I'm, you know, that I'm the type of person that I'm, you know, what I am and that is all he ever sees." And uh…

Maricle:        They try to make things that are perfectly alright illegal that's not right, but they do it and they do a good job of it. They do a good job of it. …U/I… Mainly they was just asking about me and Wayne? Is that what you said?

Kennon:        That's basically what they asked for, you know, that's what they asked, which they didn't talk in that detail today, they basically just said this is what you've got and explained to her what few rights she had, I mean, you get one of them, you know it's, you know it's your lawyer, it's, he said you know it's the best thing that ever was.

Maricle:        Right.

Kennon:        In a way but, he said, you know, he said you know, course if you've got people you people you care about and stuff. Wanda said well I ain't getting into anything, you know anything like that, see he's getting aggravated with us too because he thinks he ain't getting told everything and, you know, and Brent wants to know everything and, you know, that's the situation, you know. Wanda, buddy, she's, she's a sight

Transcript at 01:15:22

Maricle:    Well, just try to calm her down for next 4-5 days. (See if we can explain things to her, so that she'll know what to do. That's the main thing. What is today? Wednesday?)

DAYS. SEE IF SHE CAN'T REST THE MAIN THING. THAT'S THE MAIN THING. WHAT IS TODAY? WEDNESDAY?

Kennon:    Yeah.

Maricle:    ...U/I...

Kennon:    I don't know, you know, really, you know, what worries me about Wanda is she just, I tell you what, I think she's going to stroke out, son. She's in the worst shape that ever was, but she don't feel like she's got no friends. I mean, that's the worse thing about it, that she feels, hell she's took stuff out on me, buddy. She told me today, "I tell you what, I'm gonna tell you something," she said, "Cletus know I did whatever I could to help," and she said, "I want help back," She said, "I want help back." She said "Now", she said, "I don't want anybody to do anything, but", she said, "I've got to be told something now." She said "I can't," she said, "continue in a situation I'm not told now." She said uh, she said uh, she said "I didn't get a chance to help Doug." She said "I did help Philip." She said, I'm, you know, she said, "I want somebody to tell me something." And I don't blame her for that, do you? Are you, buddy, I mean, you know, I mean I mean, I mean, I mean, put your thinking cap on I guess, you know, because do you know anybody that's ever experienced anything like this?

Maricle:    No not really I never did deal that much.

Kennon:    Did you ever know of anybody to get immunity?

Maricle:    Yeah, they've, I've, I've known one or two, it seems like, let's see, I know Grover demanded immunity one time, I can't remember if they gave immunity to him or not. I've known one or two, can't remember it was very seldom. But I, I don't know if it is very seldom, I don't have that much contact anymore.

Kennon:    Well I'll tell you what, Brent Caldwell said they didn't do it much, he said he had seen it before, but usually when they do it, they're wanting to get to the bottom of something, you know. He said sometimes they use in these drug cases a lot, you know, if you can get a family member or, you know, or somebody that had minimal, you understand what I'm saying, that minimal stuff. He said, you know, you get to see it like that, but he said in a case like what they are trying to do right now, he said, you know I've not seen that buddy.

Maricle:    Where does he think they're going?

Kennon:    He thinks they're goin after you. He thinks they're going after Wayne, he thinks they're going after other political figures here. Which Brent, you know, he may uh. Do you know anybody that knows Brent?

Maricle:     No not close, no, you know, I mean I know people that know of him, but that's about it.

Kennon:     What does Wayne think?

Maricle:     I haven't talked to Wayne

Kennon:     You ain't talked to him in a while?

Maricle:     Ain't talked to him about it. I haven't talked to him.

Kennon:     I seen Alman over at uh Lowe's, run into him.

Maricle:     He said he seen you over there.

Kennon:     Alman's pretty doggone smart buddy. He come up, he said, uh, he said, they're going to give Wanda immunity and, he said, when they do she can say any doggone thing she wants to say. I thought well, (laughs).  I went down there and asked that attorney and he said "No, she can't do that," he said, "they'll bust her rump on, uh, on stuff." Which, didn't tell him where, you know, where I heard that, I said, well, if she get immunity does that mean she can't be?  And he said, "No," He said, "if that was the reason they wouldn't be able to give them what they wanted, you know, when when they give it to people."  And you can hear anything, you know.  One of these days, buddy, man will be worked through all this stuff, and I guess he won't think there's much to it, but I'll tell you what now buddy, I think…

Maricle:     I always think there's a lot to it.
...U/I...ALWAYS THINK THERE'S A LOT TO IT.

Kennon:     Oh, I thee's a lot to it, because I don't know really how to say it any other way.

Maricle:     Well, she don't need to be running out talking to a lot of people. I mean that's for her own sanity, she don't need to be talking to a lot of people. People will try to get you to talk to them they'll want you to say this that and the other. She don't need to talk to a lot of people, you know. I mean, keep her everybody needs to…

Kennon:     Well, it don't do no good to talk to people because all you talk to is, is people that usually don't really, you know what I've found out, is most people don't care, they care about what you know and what they can find out and that's it. They don't care about anything else and they don't really have no personal concern for you, and uh, you know, that's what I've found out about people.  I have very few people that has, Clete, she's loyal to you she's just got to have guidance, buddy.  That's all there is to it and uh. I'm gonna tell you she don't want to get in a situation, that she just gets. Can you imagine what, what Wanda would do if they put in jail for 18 months buddy. She'd She'd have cardiac arrest, I mean, you know.

Maricle:     Well, she'd probably end up running the jail (laughs).

40

Kennon:        Well, she might do that. She might do that. She runs me well. But uh, but now she uh, you know Wanda has a hard time lying, you know, she's uh, she's a tough, she had a hard time, I wouldn't use that phrase, but she had a hard...

Maricle:       I wouldn't ask her to do that.

Kennon:        Well, I mean, here's what I am saying, you know, she has a hard time, she has a hard time keeping a straight face, a poker face. What do you think? Do you think she does? She does, don't she?

Maricle:       I never really had thought about it. Never really had thought about that.

Kennon:        Well, you know that's that's what I'm saying, I mean I know that you, that that's what you, but I mean, but I don't know what. I'd say that's where you dilemma is, I mean, you know, but what do you do that that's the dilemma, I mean, you know, if you. They've always I guess a medium ground that you look for, you know.

*************************************

Kennon:        But I'm going to tell you something, I don't think a man can look through his life and figure that he ain't made mistakes, anybody. I mean, you know, and I'm going to tell you something, the biggest mistake Wanda ever made was going down there and serving as election officer, because its got her ass in a bind. And that's the biggest mistake that I ever made was running for jailer back then. The biggest mistake, another biggest mistake I ever made was working at that city over there, and I mean. I know mistake after mistake I've made.

Maricle:       We all make mistakes, you know, once made they're made and you can't undo them.

Kennon:        Well, that's right, but you don't wanna suffer if you keep from it, you know. Do you think you're gonna wind up indicted before all this is over?

MARICLE:       KENNON DON'T THINK I HAVE DONE ANYTHING TO BE INDICTED OVER.

Kennon:        I know it, but, I mean...

MARICLE:       I HAVEN'T DONE ANYTHING.

Kennon:        But, I mean, what do you think? I mean, you make, I mean we are sitting right here today. I mean, because I don't, uh, I know that you don't see that, but I'm just saying. Even though you don't see that you've done anything to be indicted for, do you still think you are going to be indicted before this over?

41

MARICLE:    I DON'T HAVE ANY IDEA. I DON'T THINK I'VE DONE ANYTHING.

Kennon:    What does Stephen, does Stephen Charles think you are going to be, or does?

MARICLE:    I HAVEN'T TALKED TO STEPHAN (UI) HE WENT DOWN THERE WITH
PHILIP BUT I DIDN'T REALLY TALK TO STEVE. BUT I REALLY DON'T SEE THAT
I'VE DONE ANYTHING, BUT WHO KNOWS WHAT SOME OF THEM MAY HAVE SAID.
I DON'T KNOW.

Kennon:    See that's what Wanda worries about, she worries about uh, she worries about
that, I mean. She worries about what Dobber said and, and, you know, and I mean you know…

Maricle:    What's happening to Dobber?

Kennon:    I have no idea. See you, for all I know they may have done this for him, who
knows. Wayne Mr. Wayne, is uh, (laugh), I tell you what, I hope he really trusts people he
talked to this last time. I hope he really trusts us.

MARICLE:    SEE, I DIDN'T EVEN GET OUT AND CAMPAIGN FOR PHILIP BECAUSE I
WAS MORE CONCERNED ABOUT IT FROM A STANDPOINT THAT ETHICALLY YOU
KNOW, YOU GOT UH JUDGES AI'T SUPPOSED TO, YOU KNOW, PUT TOO MUCH ON
THE LINE TO HELP SOMEBODY, AND UH, I MEAN, THERE WERE PEOPLE I WAS
ORDINARILY I WOULD'VE SEEN, I DIDN'T EVEN GO SEE, YOU KNOW.

Kennon:    Well, that's what I said, but you got.  Well, here's the thing, I mean, in all
honesty, a man can just do the best he can do and, but, but its all, you know, I.  I don't know.
Well Wanda, like I said, she just uh, she just feels like what she done is got herself in a hell of a
bind, now that's what she feels like. I don't know, you know, other than that, if a man knew what
Dobber had gone in there and said it wouldn't be so bad. You know, one thing a lot of times that
I see that people do, and its hard, you know, its hard to relive old ghosts, buddy, I mean it is, you
get in a situation and there you are.  Well, what do you think? Just let her calm down I mean, are
you gonna think of something?

Maricle:    Yeah, tell her to calm down a few days here, she's got 8 or 9 days to get her, get
her wits together. Takes you time, may shake you just like if you have a close call in a car wreck,
you're shaken for a while, needs to calm down, but, but now as far as what they're going to ask
her I don't have any idea what they're gonna ask.

Kennon:    I figure they'll ask her the same questions that they asked her the other day.

Maricle:    well which were?

Kennon:    Which, well…

42

MARICLE:    I DIDN'T GIVE HER ANY MONEY? I DIDN'T GIVE WANDA ANY MONEY.

Kennon:    Well, that's true, I mean, I, you know, ...U/I...

MARICLE:    I NEVER PUT UP ANY MONEY AND FOR, FOR, FOR BUYING VOTES (UI) PHILIP MOBLEY SPENT NO MONEY.

Kennon:    Well, I mean, that's true, I mean, you get, I mean, I know, I mean, I don't know, I mean I don't know, I mean, all I know is, is what I know, I can't say I wasn't with him 24 hours a day, but no, Philip didn't give me any money

MARICLE:    PHILIP DIDN'T GIVE NOBODY ANY MONEY.

Kennon:    Well, that is probably, you probably do know, see.

MARICLE:    PHILIP, FIRST OF ALL, DIDN'T HAVE IT. THAT'S FIRST.

Kennon:    Well, I understand what you are saying, I mean, I don't.  I mean, you are probably, I mean, I don't mean to, I just don't. ...U/I..., I've got in such a scared way ready to say, I don't want to say anything that I don't know or I do know, you know what I'm saying, I'm just trying to, to, you know.  Which, no I didn't hear of Philip putting out no money, I heard, you know, I heard Kevin Johnson had put out some money, and I heard that, you know Johnny Dean put up some for him and stuff, but I never did hear. I heard Crawdad had some, you know, you know the usual, but I didn't hear.  I guess you hate to see me coming don't you buddy.

Maricle:    No, no, you're my friend always have been. Um, I just wish they weren't putting her through this.

Kennon:    Well what does she need to do? Just wait, I mean, I mean.  I've got to, I've got to tell her something, I mean, to say, I mean.  What does she need to do I mean?  She's got until the 18th.

Kennon:    Is it alright for me to come up here and talk to you or do you think that will cause you any excuse?

Maricle:    You can come.

Transcript at 1:30:25

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

Transcript at 1:31:27

Maricle:    Do you think I ought to get a lawyer?

43

Kennon:    Buddy I don't know now, I tell you what, you would know more than I do but, I mean, about a lawyer.

Maricle:    ...U/I...

Kennon:    But I wanna tell you something, here's the facts, you're in a situation which I guess when you are a lawyer that your probably in a lot better situation than what.

Maricle:    No, not really always something, yeah. Lawyers don't represent themselves.

Kennon:    Laughs, well, but, but, they but, they can, they can, know more about the law then what, you know, a common person knows, but all I know is, I don't want Wanda going to jail. I don't want her, uh, abused and, I mean, you, I mean, you understand what I'm saying, I mean, and really she's in a situation right now, buddy, that she's gotta very likelihood of going to jail and, you know, and I, I think that, you know, and I'm not gonna lie to you, I mean I'm just gonna cut the bullshit and talk straight to you. Is that okay? I think if she goes up there and tells the truth, I think that I've got problems. I think Wayne's got problems and I think you've got problems. And I think Dobber's got problems and I think that just about everybody she's around could.

Transcript at 01:32:20

Maricle:    What problems do you think that I have Kennon, that's the question I?

Kennon:    That's the question, I think the problem that you've got is that where Wanda, where that you have Wanda get down there as election officer and I think that's the problem. And I think she helped Philip down there and that she, she was put there, I mean, she done what she...that's where the problems at. That's where she's worried now. I mean, that's where she is worried, you know, I mean, I'm gonna be frank with you. That's were she's worried now, you know. That's...

Maricle:    What's happened to kids?

Kennon:    Are you alright?

Maricle:    What's happening?

**************************************

Kennon:    Is he okay?

Judy:    They're drowned, they're...

**************************************

44

Judy:        Blake, how bad is your back?

Child:       I fell on my foot.

Judy:        Well you all go out there and sit down.

Maricle:     Go sit on the porch.

Judy:        Well they drowned...

**************************************

Kennon:      I just I tell you watch them kids...U/I...I think I didn't mean to come up here aggravate piss out of you and wreck your evening.

> MARICLE:    YOU ALL COME UP HERE, THIS IS TRUTH, AND SAID YOU WANTED TO CHANGE TO DEMOCRAT, THIS TRUTH. IF YOU WANT, WANT SOMETHING (UI)

Kennon:      Well uh.

> MARICLE:    YOU CHANGED TO DEMOCRATS, AS FAR AS ME HAVING ELECTIONS OFFICERS, THAT'S WHAT, AS FAR AS ACTUAL CONTROL, I DON'T HAVE ANY ACTUAL CONTROL.

**************************************

Maricle:     Uh....

Kennon:      Well now, they, here's the thing, you know, is just like Wayne right there, you know.

> MARICLE:    HE IS THE ELECTION COMMISSIONER, THEY WAY THEY'RE CHOSEN IS WHOEVER IS A PRECINCT CAPTAIN GENERALLY TURNS IN, DON'T HAVE TO, EXECUTIVE COMMITTEE REALLY TURN IN THEIR ELECTION OFFICERS AND THE BOARD OF ELECTIONS CHOOSES WHO THEY ARE.

Kennon:      Well is that what she needs to say I mean is that?

> MARICLE:    WELL, THAT, THAT'S THE WAY THAT IT WORKS

Kennon:      Well, I understand what you're saying.

> MARICLE:    ISN'T THAT THE WAY IT WORKS?

Kennon:    Yeah, I mean that's the way it works but here, here's the problem is with it. Is she needs to know exactly what to do, because here's the thing its hard, uh, its hard to put it any other way that she's got a problem down there. Do you agree she's in a , in a in a tissey, that she's got a problem?

Maricle:    Go in there and play ...U/I...

Kennon:    But I think there's your food I'm gonna let you go and, sit right there and eat, Judy. But, uh, I am, uh, you think about it there, but, I mean, she's gonna have to know something, I mean she's not trying to hurt anybody, she's don't ...U/I... she's got loyalty to you, I mean she always has, I mean you've been a friend to her.

*************************************

Kennon:    I mean, you helped him to, you know, and, you know, we may not have agreed on everything all the time, but, you know, still yet, you know, we, we've been friends and uh, you know, and it, it, and it causes me problems, because I feel uneasy about trying to address certain things and, I mean, I'm not trying to go off in left field, but now her problem with this is she told me, she said, Kennon, she said, they're coming on a Friday just help me get in there as election officer to put Philip in there ...U/I... on me about the ...U/I...and that's what she's worried about and, I don't know that that means anything significantly other than who knows what Dobber said, and, I mean, he may not have said anything, you know. He may have went in there, but would the man know if he said anything.  I mean, how would you and I mean, and I tell you what, I am scared to death to go talk to him, I mean, you know, because you understand what I'm saying? So, I wasn't...

Maricle:    ...U/I...

Kennon:    Hey buddy I am, well are you gonna get back with us or do you want me to do it? Okay. Alright. When do you think you probably?

Maricle:    I'll be gone this week, weekend so ...U/I...

Kennon:    Wednesday next week or something.

Transcript at 1:36:43

    Further excluded by the Court was a statement made by Kennon White to himself upon leaving Maricle on May 9, 2007. He said "Bout been two fights put it down there (U/I) she did (U/I).  [1:39:11-1:39:39]    This was an obvious reference to his visits to Bart Morris and Cletus Maricle; however, the playing of both demonstrates either the imagination or credibility of Kennon White or both because there is absolutely no indication of anything close to a fight.

46