UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action No. 6: 09-16-S-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| RUSSELL CLETUS MARICLE, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

*** *** *** ***

The Court having reviewed the financial affidavit submitted by Defendant Maricle [Record No. 1175], and being otherwise sufficiently advised, it is hereby

**ORDERED** that Defendant Maricle's oral motion to proceed on appeal in forma pauperis is **SUSTAINED**. However, his present counsel shall not be relieved of their responsibilities in the case until a Notice of Appeal has been filed. In the event a Notice of Appeal is not filed by Defendant Maricle's current counsel within the time provided by the applicable rules, the Clerk of Court is directed to file a Notice of Appeal on his behalf.

This 10th day of March, 2011.



Signed By:
Danny C. Reeves   DCR
United States District Judge

-1-