## TRANSMISSION FORM

District Court: _____

District Court Case No.: _____

### SHORT CAPTION

_____,
Plaintiff/Petitioner

vs.

_____,
Defendant/Respondent

*provide pro se address IF NOT on the docket sheet*

District Court Judge: _____

Court Reporter(s): _____
_____

From Deputy Clerk: _____

Date: _____

APPEAL INFORMATION to be completed by the Sixth Circuit

Court of Appeals Case No.:
_____

Case Manager:
_____

Date Filed:

Anything that needs special attention:

Appeal filing fee paid?   _____Yes   _____ No

### RECORD TRANSMISSION

I hereby certify that I have transmitted to the United States Court of Appeals for the Sixth Circuit the annexed documents consisting of:

Pleading(s) (**including the pre-sentence report; state court pleadings, etc.**) _____ volume(s)
Deposition(s)  _____ volume(s)     Exhibit(s)     _____ volume(s)
Transcript(s)  _____ volume(s)     **Sealed**     _____ volume(s).

**Please indicate if this is a supplemental record: _____ Yes

which constitutes the CERTIFIED RECORD ON APPEAL, this _____ day of _____,20_____.

Deputy Clerk,_____
United States District Court