FOR USE BY DISTRICT COURT PERSONNEL ONLY

## TRANSMISSION FORM

| | |
|---|---|
| District Court: **USDC, ED, KY** | **APPEAL INFORMATION** to be completed by the Sixth Circuit |
| District Court Case No.: **6:09-CR-16-S-DCR-01** | Court of Appeals Case No.: **11-5308** |
| SHORT CAPTION<br>**UNITED STATES OF AMERICA**<br>Plaintiff/Petitioner<br>vs.<br>**RUSSELL CLETUS MARICLE**<br>Defendant/Respondent<br>*provide pro se address IF NOT on the docket sheet | Case Manager: **Cathryn Lovely**<br>Date Filed: **FILED MAR 16 2011 LEONARD GREEN, Clerk** |
| District Court Judge: **Danny C. Reeves**<br>Court Reporter(s): **Oakes, Banta, Wilder, Wiesman, McDermott & Wanda Rowe**<br>From Deputy Clerk: **Rebecca Chaney**<br>Date: **March 14, 2011** | ANYTHING THAT NEEDS SPECIAL ATTENTION:<br>Eastern District of Kentucky FILED MAR 28 2011 AT LONDON LESLIE G WHITMER CLERK U S DISTRICT COURT |

RECEIVED MAR 1 2011 LEONARD GREEN, Clerk

■ Appeal filing fee paid?   ☐ Yes   ✓ No

### RECORD TRANSMISSION

I hereby certify that I have transmitted to the United States Court of Appeals for the Sixth Circuit the annexed documents consisting of:

Pleading(s) **(including the pre-sentence report; state court pleadings, etc.)** __2__ volume(s)
Deposition(s) _____ volume(s)   Exhibit(s) _____ volume(s)
Transcript(s) _____ volume(s)   **Sealed** __2__ volume(s).

**Please indicate if this is a supplemental record: ✓ Yes

which constitutes the CERTIFIED RECORD ON APPEAL, this __14__ day of __March__, 20__11__.

Deputy Clerk, **Rebecca Chaney**
United States District Court