## TRANSMISSION FORM

| District Court: | U.S.D.C., EDKY |
|---|---|
| District Court Case No.: | 6:09-cr-16-S-01-DCR |

### SHORT CAPTION

RECEIVED

MAR 18 2011

LEONARD GREEN, Clerk

Plaintiff/Petitioner   USA

vs.

Defendant/Respondent   RUSSELL CLETUS MARICLE

**APPEAL INFORMATION to be completed by the Sixth Circuit**

Court of Appeals Case No.:

11-5308

Case Manager:

Cathryn Lovely

Date Filed:

3/11/2011

FILED
MAR 21 2011
LEONARD GREEN, Clerk

| District Court Judge: | Danny C. Reeves |
|---|---|
| Court Reporter(s): | Cindy Oakes |
| | Sandy Wilder |
| | Barbara McDermott |
| | Lisa Wiesman Ann Banta |

**ANYTHING THAT NEEDS SPECIAL ATTENTION:**

Eastern District of Kentucky
FILED
MAR 28 2011
AT LONDON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

$455.00 Appeal filing fee paid? _____ Yes    X    No    IFP Status

### RECORD TRANSMISSION

I hereby certify that I have transmitted to the United States Court of Appeals for the Sixth Circuit the annexed documents consisting of:

Pleading(s) **(including the pre-sentence report psi)**                    1    volumes (DE 1211)

Deposition(s)  _____ volumes(s)        Exhibit(s)  _____ volume(s)

Transcript(s)  _____ volume        **Sealed**        _____ volumes

**\*\*Please indicate if this is a supplemental record:**        X    Yes

which constitutes the CERTIFIED RECORD ON APPEAL, this        16th    day of    Mar   ,20   11

Clerk,   LESLIE G. WHITMER

United States District Court

By: Jackie Brock, D.C.