UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at LONDON)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action No. 6: 09-16-S-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| RUSSELL CLETUS MARICLE, et al., | ) | **ORDER** |
| | ) | |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Due to a scheduling conflict, and upon the Court's own motion, it is hereby

**ORDERED** as follows:

1. That the ancillary hearing previously scheduled for July 19, 2011, beginning at the hour of 9:30 a.m., regarding the claims of Judy Maricle, Sara Bowling, Hometown Bank of Corbin, Inc., Laura Melanda Hacker and Laura Adams is **RESCHEDULED** to **Wednesday, July 27, 2011**, beginning at the hour of **9:30 a.m.**, at the United States Courthouse in **LONDON**, Kentucky.

2. That the ancillary hearing previously scheduled for July 20, 2011, beginning at the hour of 9:30 a.m., regarding the claims of First National Bank is **RESCHEDULED** to **Thursday, July 28, 2011**, beginning at the hour of **9:30 a.m.**, at the United States Courthouse in **LONDON**, Kentucky.

3. That the ancillary hearing previously scheduled for July 20, 2011, beginning at the hour of 1:30 p.m., regarding the claims of R. Scott Madden and Janet Jones is

**RESCHEDULED** to **Thursday, July 28, 2011**, beginning at the hour of **1:30 p.m.**, at the United States Courthouse in **LONDON**, Kentucky.

This 17th day of May, 2011.



Signed By:
*Danny C. Reeves* DCR
United States District Judge