UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

CRIMINAL ACTION NO. 9-16-DCR                ELECTRONICALLY FILED

UNITED STATES OF AMERICA                                         PLAINTIFF

V.                           **MOTION TO UNSEAL**

RUSSELLCLETUS MARICLE ,ET AL.                               DEFENDANTS

\* \* \* \* \*

Come the Plaintiff, United States of America, by counsel, and moves the Court to unseal Docket Entries 1037 and 1039 in this action.

        Respectfully submitted,

        KERRY B. HARVEY
        UNITED STATES ATTORNEY

        s/ David Y. Olinger, Jr.
        Assistant United States Attorney
        260 West Vine Street, Suite 300
        Lexington, Kentucky 40507-1612
        (859) 685-4896
        Fax: (859) 233-2658
        E-mail:  david.olinger@usdoj.gov

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 20, 2011, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send the notice of electronic filing to all counsel of record.

                                                                     s/ David Y. Olinger, Jr.
                                                                     Assistant U.S. Attorney