UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

**CRIMINAL ACTION NO. 9-16-DCR**                    **ELECTRONICALLY FILED**

**UNITED STATES OF AMERICA**                                      **PLAINTIFF**

V.                          **ORDER TO UNSEAL**

**RUSSELL CLETUS MARICLE, ET AL.**                         **DEFENDANTS**

\* \* \* \* \*

On the motion of the plaintiff and the Court being sufficiently advised , it is ordered that Docket Entries 1037 and 1039 in this action be and are unsealed.

Dated this day _____ of July , 2011.

_____
HON. DANNY C. REEVES
U.S. DISTRICT COURT JUDGE

Prepared by:

KERRY B. HARVEY
UNITED STATES ATTORNEY


s/ David Y. Olinger, Jr.
Assistant United States Attorney
260 West Vine Street, Suite 300
Lexington, Kentucky 40507-1612
(859) 685-4896
Fax: (859) 233-2658
E-mail:  david.olinger@usdoj.gov