### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF KENTUCKY
### SOUTHERN DIVISION
### LONDON

**CRIMINAL ACTION NO. 9-16-DCR**                                    **ELECTRONICALLY FILED**

**UNITED STATES OF AMERICA**                                                             **PLAINTIFF**

**V.**                                   **NOTICE OF FILING**

**RUSSELL CLETUS MARICLE ,ET AL.**                                              **DEFENDANTS**

* * * * *

Come the Plaintiff, United States of America,  by counsel, and gives notice to the

Court of the attached Settlement Agreement between the United States and Sarah

Bowling.

The Settlement Agreement is attached hereto.


Respectfully submitted,

KERRY B. HARVEY
UNITED STATES ATTORNEY

s/ David Y. Olinger, Jr.
Assistant United States Attorney
260 West Vine Street, Suite 300
Lexington, Kentucky 40507-1612
(859) 685-4896
Fax: (859) 233-2658
E-mail:  david.olinger@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on July 20, 2011, I electronically filed the foregoing with the

clerk of the court by using the CM/ECF system which will send the notice of electronic

filing to all counsel of record.


s/ David Y. Olinger, Jr.
Assistant U.S. Attorney