UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

**CRIMINAL ACTION NO. 9-16-DCR**　　　　　　　　**ELECTRONICALLY FILED**

**UNITED STATES OF AMERICA**　　　　　　　　　　　　　　　　**PLAINTIFF**

V.　　　　　　　　　　**NOTICE OF FILING**

**RUSSELL CLETUS MARICLE ,ET AL.**　　　　　　　　　　**DEFENDANTS**

\* \* \* \* \*

　　Come the Plaintiff, United States of America, by counsel, and gives notice to the Court of the attached Settlement Agreement between the United States and Robert Scott Madden and Linda Madden.

　　The Settlement Agreement is attached hereto.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　KERRY B. HARVEY
　　　　　　　　　　　　　　　　UNITED STATES ATTORNEY

　　　　　　　　　　　　　　　　s/ David Y. Olinger, Jr.
　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　260 West Vine Street, Suite 300
　　　　　　　　　　　　　　　　Lexington, Kentucky 40507-1612
　　　　　　　　　　　　　　　　(859) 685-4896
　　　　　　　　　　　　　　　　Fax: (859) 233-2658
　　　　　　　　　　　　　　　　E-mail: david.olinger@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2011, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send the notice of electronic filing to all counsel of record.

        s/ David Y. Olinger, Jr.
        Assistant U.S. Attorney