## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## SOUTHERN DIVISION
## LONDON

**CRIMINAL NO. 09-16-S-DCR**

**UNITED STATES OF AMERICA**                                                                 **PLAINTIFF**

V.                    **STIPULATED EXPEDITED SETTLEMENT AGREEMENT**

**RUSSELL CLETUS MIRACLE, ET.AL.**                                                    **DEFENDANTS**

\* \* \* \* \* \* \* \*

IT IS HEREBY STIPULATED by and between plaintiff, United States of America, and Petitioners, Robert Scott Madden and Linda Madden, to compromise and settle its claim [DE #1121] according to the following terms:

1. The parties do hereby agree to settle and compromise stipulate the Petitioners' claim date to real property forfeited from Russell Cletus Maricle upon the terms set forth below.

2. By entering into and signing this settlement agreement, the Petitioners withdraw any petitions filed with the Federal Bureau of Investigation (FBI).

3. The parties hereby stipulate and agree that Robert Scott Madden and Linda Madden have a one-half (½) interest and Russell Cletus Maricle and Judy Maricle have a one-half (½) interest in the real property located at 116 Lawyer Street, Manchester, Clay County, Kentucky.

4. The parties agree that the real property is subject to a lien by First National Bank

of Manchester against the interest of Russell Cletus Maricle and Judy Maricle.

5.  The Petitioners agree to release and hold harmless the United States, and any agents, servants, and employees of the United States (or any State or local law enforcement agency) acting in their individual or official capacities, from any and all claims by the Petitioners, their assigns or agents, which currently exist or which may arise as a result of the government's action against the property.

6.  The Petitioners understand and agree that by entering into this Settlement Agreement, they waive any rights to further litigate against the United States their interest in the forfeited property and to petition for remission or mitigation of the forfeiture. Unless specifically directed by Order of this Court, the Petitioners are hereby excused and relieved from further participation in this action.

7.  The Petitioners understand and agree that the United States reserves the right to void this Settlement Agreement and to terminate the forfeiture action at any time for legal reasons or within ninety (90) days after the date of this agreement for economic reasons.

8.  The Petitioners understand that any payments they may receive as a result of the forfeiture of this real property will by processed through the Department of the Treasure and are subject to offset against any debt owed by the Petitioners to the United States.

9.  The terms of this settlement agreement are contingent upon entry of an Order and Final Decree of Forfeiture. Further, the terms of this settlement agreement shall be subject to approval by the United States District Court. Any violation of any terms or conditions

shall be construed as a violation of an Order of the Court.

DATED this _____ day of _____, 2011.

KERRY B. HARVEY
UNITED STATES ATTORNEY


By: _____
David Y. Olinger, Jr.
Assistant U.S. Attorney



_____
Attorney for Petitioners

_____
Robert Scott Madden

_____
Linda Madden