UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

CRIMINAL NO. 09-16-S-DCR

UNITED STATES OF AMERICA     PLAINTIFF

V.    **STIPULATED EXPEDITED SETTLEMENT AGREEMENT**

RUSSELL CLETUS MIRACLE, ET.AL.     DEFENDANTS

\* \* \* \* \* \* \* \*

IT IS HEREBY STIPULATED by and between plaintiff, United States of America, and Petitioners, William Bartley Morris, II and Jessica Renee Morris, to compromise and settle its claim according to the following terms:

1. The parties do hereby agree to settle and compromise stipulate the Petitioners' claim date to real property forfeited from William Bart Morris and Debra Morris upon the terms set forth below.

2. By entering into and signing this settlement agreement, the Petitioners withdraw any petitions filed with the Federal Bureau of Investigation (FBI).

3. The parties hereby stipulate and agree that the Petitioners are the one-half owners of B & J Transfer, Inc. In consideration of their ownership interest, the United States agrees to the following:

A) The United States will forfeit in its entirety, the 1992 Truck Trailer, VIN #2A9SWF8B5NT053197;

B) The United States will return the 2003 Truck Trailer, VIN #48XAR482231002273, upon payment of $1,000.00 due immediately with the return of the trailer.

4. The Petitioners agree to release and hold harmless the United States, and any agents, servants, and employees of the United States (or any State or local law enforcement agency) acting in their individual or official capacities, from any and all claims by the Petitioners, their assigns or agents, which currently exist or which may arise as a result of the government's action against the property.

5. The Petitioners understand and agree that by entering into this Settlement Agreement, they waive any rights to further litigate against the United States their interest in the forfeited property and to petition for remission or mitigation of the forfeiture. Unless specifically directed by Order of this Court, the Petitioners are hereby excused and relieved from further participation in this action.

6. The Petitioners understand and agree that the United States reserves the right to void this Settlement Agreement and to terminate the forfeiture action at any time for legal reasons or within ninety (90) days after the date of this agreement for economic reasons.

7. The terms of this settlement agreement are contingent upon entry of an Order and Final Decree of Forfeiture. Further, the terms of this settlement agreement shall be subject to approval by the United States District Court. Any violation of any terms or conditions shall be construed as a violation of an Order of the Court.

DATED this ____ day of _____, 2011.

KERRY B. HARVEY
UNITED STATES ATTORNEY


By: _____
David Y. Olinger, Jr.
Assistant U.S. Attorney


_____
Attorney for Petitioners


_____
William Bartley Morris, II


_____
Jessica Renee Morris