UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at LONDON)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action No. 6: 09-16-S-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| RUSSELL CLETUS MARICLE, et al., | ) | **ORDER** |
| | ) | |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

The United States having filed a notice of settlement of claims involving third parties R. Scott Madden and Linda Madden [Record No. 1270], it is hereby

**ORDERED** that the hearing previously scheduled for Thursday, July 28, 2011, to resolve the claims of R. Scott Madden and Linda Madden is **CANCELED**, but only with respect to R. Scott Madden and Linda Madden. Subject to intervening orders of the Court, the hearing regarding the claims asserted by Janet Jones shall proceed as scheduled on this date.

This 20th day of July, 2011.



Signed By:
*Danny C. Reeves*  DCR
United States District Judge