UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

CRIMINAL NO. 09-16-S-DCR

UNITED STATES OF AMERICA                                            PLAINTIFF

V.         STIPULATED EXPEDITED SETTLEMENT AGREEMENT

RUSSELL CLETUS MIRACLE, ET.AL.                                    DEFENDANTS

* * * * * * * *

IT IS HEREBY STIPULATED by and between plaintiff, United States of America, and Petitioner, Judy Maricle, to compromise and settle her claim [DE #1093] according to the following terms:

1. The parties do hereby agree to settle and compromise the Petitioners' claim to real property forfeited from Russell Cletus Maricle upon the terms set forth below.

2. By entering into and signing this settlement agreement, the Petitioner withdraws any petitions filed with the Federal Bureau of Investigation (FBI).

3. The parties hereby stipulate and agree that Judy Maricle has an ownership or a martial interest in the real property forfeited herein and agree to settle her claim as follows:

4. That the United States will discontinue forfeiture proceedings and release the following two tracts of property:

a. Real Property located at 99 Fox Trail Rd., Manchester, KY and recorded in Deed Book 288, page 513, in the name of Judy Maricle, with all appurtenances and improvements thereon.

b. Real Property located at Fox Trail Rd., Manchester, KY and recorded in Deed Book 251, page 441, in the name of Judy Maricle, with all appurtenances and improvements thereon.

5. Judy Maricle agrees to forfeit her interest in the following four tracts of real property, and to execute any documents necessary to pass clear title to the United States:

a. Real Property located in Manchester, KY., and recorded in Deed Book 292, page 109, in the name of Cletus Maricle, with all appurtenances and improvements thereon;

b. Real Property located at 393 Circle Dr., Manchester, KY., and recorded in Deed Book 260, page 350, in the name of Judy Maricle, with all appurtenances and improvements thereon.

c. Real Property located in Manchester, KY and recorded in Deed Book 275, page 189, in the name of Cletus R. Maricle and Judy Maricle, with all appurtenances and improvements thereon; and

d. Real Property located at 735 Memorial Dr., Manchester, KY and recorded in Deed Book 234, page 527, in the name of Cletus R. Maricle and Judy Maricle, with all appurtenances and improvements thereon;

6. The parties agree to an equal division of the $100,000 in sale proceeds of the One 1997 Norris Yacht Widebody Mercruiser, Serial #NYL7516W5297, Engine Numbers P#0K199165, S#0k029984, named "Judge's Chambers," which is $50,000.00 per party.

7. The Petitioner agrees to release and hold harmless the United States, and any agents, servants, and employees of the United States (or any State or local law enforcement

agency) acting in their individual or official capacities, from any and all claims by the Petitioner, her assigns or agents, which currently exist or which may arise as a result of the government's action against the property.

8. The Petitioner understands and agrees that by entering into this Settlement Agreement, she waives any right to further litigate against the United States her interest in the forfeited property and to petition for remission or mitigation of the forfeiture. Unless specifically directed by Order of this Court, the Petitioner is hereby excused and relieved from further participation in this action.

9. The Petitioner understands and agrees that the United States reserves the right to void this Settlement Agreement and to terminate the forfeiture action at any time for legal reasons or within ninety (90) days after the date of this agreement for economic reasons.

10. The Petitioner understands that any payments she receives as a result of the forfeiture, including the proceeds from the sale of the houseboat listed in paragraph 6, will be processed through the Department of the Treasury and are subject to offset against any debt owed by the Petitioner to the United States.

11. The terms of this settlement agreement are contingent upon entry of an Order and Final Decree of Forfeiture. Further, the terms of this settlement agreement shall be subject to approval by the United States District Court. Any violation of any terms or conditions shall be construed as a violation of an Order of the Court.

DATED this 21st day of July, 2011.

KERRY B. HARVEY
UNITED STATES ATTORNEY

By: *David Y. Olinger, Jr.*
David Y. Olinger, Jr.
Assistant U.S. Attorney

*Mark A. Wohlander*
Mark A. Wohlander
Attorney for Petitioner

*Judy Maricle*
Judy Maricle