UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

CRIMINAL ACTION NO. 9-16-DCR                    ELECTRONICALLY FILED

UNITED STATES OF AMERICA                                        PLAINTIFF

V.             **MOTION TO SET ASIDE ANCILLARY HEARINGS**

RUSSELL CLETUS MARICLE, ET AL.                              DEFENDANTS

\* \* \* \* \*

Come the Plaintiff, United States of America, by counsel, and moves the Court to cancel and set aside the ancillary hearings scheduled for July 27 and July 28, 2011.

The United States has previously filed settlement agreements with Judy Maricle, Scott and Linda Madden, Sarah Bowling, and William Bartley Morris and Jessica Renee Morris.

The United States has oral settlement agreements with claimants Laura Melanda Hacker and Laura Adams, claimant Janet Jones, claimant First National Bank of Manchester as to its claims of both the R. Cletus Maricle real property and the Doug Adams property real property. The United States has also reached an oral agreement with Hometown Bank of Corbin as to the William Bartley Morris real property.

Written settlement agreements are being drafted and sent to the parties for signatures. When completed, they will be filed with the Court. No hearing on the merits of any claim will be necessary.

An Order is attached hereto.

        Respectfully submitted,

        KERRY B. HARVEY
        UNITED STATES ATTORNEY

        s/ David Y. Olinger, Jr.
        Assistant United States Attorney
        260 West Vine Street, Suite 300
        Lexington, Kentucky 40507-1612
        (859) 685-4896
        Fax: (859) 233-2658
        E-mail: david.olinger@usdoj.gov

### CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2011, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send the notice of electronic filing to all counsel of record.

        s/ David Y. Olinger, Jr.
        Assistant U.S. Attorney