UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

**CRIMINAL ACTION NO. 9-16-DCR**　　　　　　　　　**ELECTRONICALLY FILED**

**UNITED STATES OF AMERICA**　　　　　　　　　　　　　　　**PLAINTIFF**

V.　　　　　**ORDER SETTING ASIDE ANCILLARY HEARINGS**

**RUSSELL CLETUS MARICLE, ET AL.**　　　　　　　　　　　**DEFENDANTS**

\* \* \* \* \*

Upon Motion of the United States to set aside the ancillary hearings scheduled for July 27 and 28, 2011, and the Court being advised that all claims have been settled, and being otherwise sufficiently advised,

**IT IS HEREBY ORDERED**, that the hearing set for July 27, 2011, at 9:30 a.m., to adjudicate the claims of Hometown Bank of Corbin, Inc., Laura Melanda Hacker, and Laura Adams, is hereby **SET ASIDE**; and the hearings set for July 28, 2011, at 9:30 a.m. and 1:30 p.m., to adjudicate the claims of First National Bank and Janet Jones are **SET ASIDE**.

Signed Settlement Agreements shall be filed with the Court within thirty (30) days of entry of this Order.

Dated this day _____ of July , 2011.

                                                                          _____
                                                                          HON. DANNY C. REEVES
                                                                          U.S. DISTRICT COURT JUDGE

Prepared by:

KERRY B. HARVEY
UNITED STATES ATTORNEY

s/ David Y. Olinger, Jr.
Assistant United States Attorney
260 West Vine Street, Suite 300
Lexington, Kentucky 40507-1612
(859) 685-4896
Fax: (859) 233-2658
E-mail: david.olinger@usdoj.gov