UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at LONDON)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | Criminal Action No. 6: 09-16-S-DCR |
| V. | ) ) | |
| RUSSELL CLETUS MARICLE, et al., | ) ) | **ORDER** |
| Defendants. | ) | |

*** *** *** ***

This matter is pending for consideration of the United States' motion to set aside the ancillary hearings previously scheduled for July 27 and July 28, 2011. [Record No. 1277] The United States indicates that all claims have been settled and that the hearings scheduled for July 27 and July 28, 2011, to adjudicate the remaining claims of First National Bank, Janet Jones, Hometown Bank of Corbin, Inc., Laura Melanda Hacker, and Laura Adams are no longer necessary. Therefore, being sufficiently advised, it is hereby

**ORDERED** that the United States' motion [Record No. 1277] is **GRANTED**. The hearings previously scheduled for July 27 and July 28, 2011, are **CANCELED**. The United States shall file the signed Settlement Agreements regarding the above-named claimants with the Court within thirty (30) days of entry of this Order.

This 25th day of July, 2011.



Signed By:
*Danny C. Reeves*  DCR
United States District Judge