UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

**CRIMINAL ACTION NO. 9-16-DCR**                              **ELECTRONICALLY FILED**

**UNITED STATES OF AMERICA**                                                    **PLAINTIFF**

V.                              **NOTICE OF FILING**

**RUSSELL CLETUS MARICLE ,ET AL.**                                      **DEFENDANTS**

\* \* \* \* \*

    Come the Plaintiff, United States of America, by counsel, and gives notice to the Court of two (2) attached Settlement Agreements between the United States and First National Bank of Manchester as to their claims filed in D.E. #1110 (Douglas Adams property) and D.E. #1112 (Russell Cletus Maricle property).

    The Settlement Agreements are attached hereto.

Respectfully submitted,

KERRY B. HARVEY
UNITED STATES ATTORNEY

s/ David Y. Olinger, Jr.
Assistant United States Attorney
260 West Vine Street, Suite 300
Lexington, Kentucky 40507-1612
(859) 685-4896
Fax: (859) 233-2658
E-mail: david.olinger@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2011, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send the notice of electronic filing to all counsel of record.

                                                s/ David Y. Olinger, Jr.
                                                Assistant U.S. Attorney