UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

CRIMINAL NO. 09-16-S-DCR

UNITED STATES OF AMERICA                                                       PLAINTIFF

VS.        **PARTIAL FINAL DECREE AND ORDER OF FORFEITURE**

RUSSELL CLETUS MARICLE, ET. AL.,                                           DEFENDANTS

* * * * * *

WHEREAS, on April 1, 2008 the United States District Court for the Eastern District of Kentucky, Honorable Danny C. Reeves, Judge, entered a Preliminary Judgment of Forfeiture pursuant to the provisions of 21 U.S.C. § 841 and 853 and pursuant to the Jury's Special Verdict regarding forfeiture entered at trial;

AND WHEREAS, notice of the United States' intention to dispose of the property in accordance with the law and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property was published on an official government internet website for 30 consecutive days beginning June 29, 2011, a Declaration of Publication being attached hereto;

All claims to any property forfeited herein were settled. The following items are

1

hereby **DISMISSED** and not forfeited herein:

1) 2003 Travis Trailer VIN #48XAR482231002273 seized from B&J Transfer;
2) 2009 Honda Rancher ATV VIN #1HFTE372194000494 seized from William Bart Morris;
3) 2008 Pontiac Grand AM VIN# 1G2AL18F987141540.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1.      That the United States Marshal shall forthwith seize the forfeited property and dispose of it in accordance with the law;

2.      That the following property be forfeited to the United States of America and no right, title or interest in the property shall exist in any other party.

1) 2008 Honda Foreman ATV VIN# 1HFTE31GX84300411;

2) 2007 Chevrolet Silverado Truck VIN# 2GCEK13Z971135718;

3) 2005 Chevrolet Silverado Truck VIN# 1GCHK23295F962761;

4) 2004 Chevrolet Suburban Truck VIN# 3GNFK16Z44G145244;

5) 1995 GMC Dump Truck VIN# 4V1JBAPE8SR838332;

6) 1980 Chevrolet Dump Truck VIN# C17DEAV127146;

7) 1985 GMC Dump Truck VIN# 1GTS9F4C6FV520771;

8) 1984 Mack Tractor VIN# 2M2N179YXEC093187;

9) 2001 Stigers Tag-A-Long Trailer VIN# 1S9F223271K087116;

10) 2004 Cherokee Lowboy VIN# SV4001152;

11) 1974 Transcraft Lowboy Trailer VIN# B1217;

12) 2003 Hyundai Santa Fe VIN# KM8SC73D43U398975;

13) 1995 Eastern Tandem Trailer;

14) 1992 Fabrex Trailer VIN #2A9SWF8B5NT053197;

15) 1990 Schien Trailer VIN #109390AF4L1001058;

16) 1980 Kenworth Truck VIN# 286844J;

17) Cash/Currency in lieu of 1997 Norris Yacht Widebody Houseboat;

18) Caterpillar Bulldozer Ser No: 9DB01270;

19) Case 580 Super M Backhoe Ser No: CJF0059639;

20) Silver Tadpole 12 Jon Boat Ser No: BUJ40694H293;

21) Cub Cadet Commercial Mower with Trailer Ser No: 5E231Z80023;

22) Korbelko Mark IV Hydraulic Excavator Ser No: YMU2165;

23) Miscellaneous Farm Equipment Ser No: including the following items: 1 Taylor Way Disk Plow, Ser No: 74683; 1 Turning Plow, Ser No:1005920067; 1 Ferguson Turning Plow, Ser No: 1375; 1 Bush Hog Mower, Ser No:1102342; 1 Disc Plow, Ser No: N/A

24) Case Construction King Backhoe Ser No: JAB0022684;

25) John Deere Series IV Bulldozer Ser No: TO450GH814711;

26) Massey Ferguson Tractor with attached Bush Hog Loader Ser No: 560395;

27) John Deere Mower Ser No: 3407207461;

28) Yazoo Mower Ser No: 31901067;

29) New Holland Tractor VIN# G503770

30) Red Cast Iron Smoker with 3 Gas Burners, Wood Shelves and 2 Butane Tanks;

31) 1996 Dodge Ram 3500 Utility Truck with accessories, VIN# 1B6MF3650TJ184931;

32) 1989 Chevrolet Silverado 3500 Pickup Truck VIN# 2GCHC39N4K1140747;

34) Vulcan Grill Ser No: 8042099;

35) Cash in lieu of 1990 Foretravel Grandville Motor Home, VIN# 4CDC7XC14L1900161;

36) 2007 Saturn Aura VIN# 1G8ZS57N07F123816;

37) 2004 GMC Envoy VIN# 1GKDT13S242404816;

38) 2003 Chevrolet Silverado VIN# 1GCHK23183F135645

39) 2001 Titanium by Glendale, Fifth Wheel Series M-28EX VIN# 2GRFW28T81S014475.

3.     That the forfeited property listed herein be disposed of according to law.

4.     That any and all forfeited funds, and the proceeds of sale from any forfeited property, after payment of costs and expenses incurred in connection with the forfeiture, sale, or other disposition of the forfeited property, shall be deposited forthwith by the United States Marshal into the Department of Justice Asset Forfeiture Fund in accordance with Title 28 U.S.C. § 524(c) and Title 21 U.S.C. § 881(e).

5.  That the Clerk is hereby directed to sent attested copies of this Order to all counsel of record and the United States Marshal.

Dated this _____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE

Prepared by:
KERRY B. HARVEY
UNITED STATES ATTORNEY


s/ David Y. Olinger, Jr._____
AUSA
Attorney for the United States
U.S. Attorney's Office
260 W. Vine Street, Ste. 300
Lexington, KY. 40507-1671
Phone: (859)233-2661
Fax: (859)233-2658
David.Olinger@usdoj.gov

DISTRIBUTION:
U.S. Attorney
U.S. Marshal