IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 09-16-S-DCR |
| | ) | |
| Cletus Maricle, et.al. | ) | |
| | ) | |
| Defendant. | ) | |

DECLARATION OF PUBLICATION

In accordance with 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure, notice of the forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on June 29, 2011 and ending on July 28, 2011. (See, Attachment 1).

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 07, 2011 at Lexington, KY.

David Olinger
Assistant U.S. Attorney

Attachment 1

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
## COURT CASE NUMBER: 09-16-S-DCR; NOTICE OF FORFEITURE

Notice is hereby given that on April 15, 2010, in the case of <u>U.S. v. Cletus Maricle, et.al.</u>, Court Case Number 09-16-S-DCR, the United States District Court for the Eastern District of Kentucky entered an Order condemning and forfeiting the following property to the United States of America:

2003 Travis Trailer VIN# 48XAR482231002273 (10-FBI-005232) which was seized from B&J Transfer on September 14, 2010 at P.O. Box 2582, located in Manchester, KY

2008 Pontiac Grand AM VIN# 1G2AL18F987141540 (10-FBI-005233)

2008 Honda Foreman ATV VIN# 1HFTE31GX84300411 (10-FBI-005234) which was seized from B&B Excavating on September 14, 2010 at 201 Bert T. Combs Lake Road, located in Manchester, KY

2007 Chevrolet Silverado Truck VIN# 2GCEK13Z971135718 (10-FBI-005235) which was seized from B&B Excavating on September 14, 2010 at 201 Bert T. Combs Lake Road, located in Manchester, KY

2005 Chevrolet Silverado Truck VIN# 1GCHK23295F962761 (10-FBI-005236) which was seized from B&B Excavating on September 14, 2010 at 201 Bert T. Combs Lake Road, located in Manchester, KY

2004 Chevrolet Suburban Truck VIN# 3GNFK16Z44G145244 (10-FBI-005237) which was seized from B&B Excavating on September 14, 2010 at 201 Bert T. Combs Lake Road, located in Manchester, KY

1995 GMC Dump Truck VIN# 4V1JBAPE8SR838332 (10-FBI-005239) which was seized from B&B Excavating on September 14, 2010 at 201 Bert T. Combs Lake Road, located in Manchester, KY

1980 Chevrolet Dump Truck VIN# C17DEAV127146 (10-FBI-005240) which was seized from B&B Excavating on September 14, 2010 at 201 Bert T. Combs Lake Road, located in Manchester, KY

1985 GMC Dump Truck VIN# 1GTS9F4C6FV520771 (10-FBI-005241) which was seized from B&B Excavating on September 14, 2010 at 201 Bert T. Combs Lake Road, located in Manchester, KY

1984 Mack Tractor VIN# 2M2N179YXEC093187 (10-FBI-005243) which was seized from B&B Excavating on September 14, 2010 at 201 Bert T. Combs Lake Road, located in Manchester, KY

2001 Stigers Tag-A-Long Trailer VIN# 1S9F223271K087116 (10-FBI-005244) which was seized from B&B Excavating on September 14, 2010 at 201 Bert T. Combs Lake Road, located in Manchester, KY

2004 Cherokee Lowboy VIN# SV4001152 (10-FBI-005245) which was seized from B&B Excavating on September 14, 2010 at 201 Bert T. Combs Lake Road, located in Manchester, KY

1974 Transcraft Lowboy Trailer VIN# B1217 (10-FBI-005246) which was seized from B&B Excavating on September 14, 2010 at 201 Bert T. Combs Lake Road, located in Manchester, KY

2003 Hyundai Santa Fe VIN# KM8SC73D43U398975 (10-FBI-005247)

1995 Eastern Tandem Trailer VIN#  (10-FBI-005251)

1992 Fabrex Trailer VIN# 2A9SWF8B5NT053197 (10-FBI-005252) which was seized from B&J Transfer on September 14, 2010 at P.O. Box 2582, located in Manchester, KY

1990 Schien Trailer VIN# 109390AF4L1001058 (10-FBI-005253)

1980 Kenworth Truck VIN# 286844J (10-FBI-005254)

Real Property at 393 Circle Drive, Manchester, KY (10-FBI-005257) Parcel # DB 260, PG 350

Real Property located at 201 Bert Combs Lake Road, Manchester, Kentucky and recorded in Deed Book 271, Page 220 in the name of Stanley H. Bowling with all appurtenances and improvements thereon (10-FBI-005258)

2007 Saturn Aura VIN# 1G8ZS57N07F123816 (10-FBI-005259) which was seized from Freddy W Thompson on September 14, 2010 at 4064 N. Highway 421, located in Manchester, KY

Real Property located at 201 Bert Combs Lake Road, Manchester, Kentucky and recorded in Deed Book 221, Page 17 in the name of Stanley H. Bowling with all appurtenances and improvements thereon (10-FBI-005260)

2004 GMC Envoy VIN# 1GKDT13S242404816 (10-FBI-005261) which was seized from Freddy W Thompson on September 14, 2010 at 4064 N. Highway 421, located in Manchester, KY

2003 Chevrolet Silverado VIN# 1GCHK23183F135645 (10-FBI-005262) which was seized from Freddy W# Thompson on September 14, 2010 at 4064 N. Highway 421, located in Manchester, KY

Real Property located at Parsley Hill Road, London, Kentucky and recorded in Deed Book 631, Page 44, at the Laurel County Clerk's Office in the name of William B. Morris and Debra Lynn Morris, with all appurtenances and improvements thereon (10-FBI-005263)

2001 Titanium by Glendale, Fifth Wheel Series M-28EX VIN# 2GRFW28T81S014475 (10-FBI-005264) which was seized from Freddy W Thompson on September 14, 2010 at 4064 N. Highway 421, located in Manchester, KY

RP located at 716 N. Hwy 11, Manchester, KY and recorded in Deed Bk 263, page 347 at Clay Co. Clerk's Office in the name of Douglas Adams and Laura Adams with all appurtenances and improvements thereon. Inc. all rights under the Coal Lease Agreement (10-FBI-005266)

Real Property located at North Highway 421, Manchester, Kentucky and recorded in Deed Book 289, page 455, at the Clay County Clerk's Office in the name of Douglas Adams and Laura Adams with all appurtenances and improvements thereon (10-FBI-005267)

Real Property located at 84 Rhodes Street, Manchester, Kentucky and recorded in Deed Book 139, Page 437 at the Clay County Clerk's Office in the name of Charles Wayne Jones with all appurtenances and improvements thereon (10-FBI-005268)

Real Property described in Deed Book 292, Page 109, recorded in Clay County Courthouse, Manchester, KY (10-FBI-005300) Parcel # DB 292 - PG 109

RP located at 735 Memorial Drive, Manchester, KY 40741 (10-FBI-005302) Parcel # DB

234, PG 527

RP recorded in Deed Book 275, Page 189 in the Clay County Courthouse, Manchester, KY 40741 (10-FBI-005303) Parcel # DB 275, PG 189

RP at 99 Fox Trail Road, Manchester, KY 40741 (10-FBI-005304)

RP recorded in Deed Book 251, Page 441, in the Clay County Courthouse, Manchester, KY 40741 (10-FBI-005306) Parcel # DB 251 PG 441

Cash/Currency in lieu of 1997 Norris Yacht Widebody Houseboat Ser No: NYL7516W5297 (10-FBI-005307) which was seized from R. Cletus Maricle on October 25, 2010 at 393 Circle Drive, located in Manchester, KY

Caterpillar Bulldozer Ser No: 9DB01270 (10-FBI-005879) which was seized from B&B Excavating on September 15, 2010 at 201 Bert Combs Lake Road, located in Manchester, KY

Case 580 Super M Backhoe Ser No: CJF0059639 (10-FBI-005881) which was seized from B&B Excavating on September 14, 2010 at 201 Bert T. Combs Lake Road, located in Manchester, KY

Silver Tadpole 12 Jon Boat Ser No: BUJ40694H293 (10-FBI-005882) which was seized from Freddy Thompson on September 14, 2010 at 4064 N Highway 421, located in Manchester, KY

Cub Cadet Commercial Mower with Trailer Ser No: 5E231Z80023 (10-FBI-005884) which was seized from Freddy Thompson on September 14, 2010 at 4064 N Highway 421, located in Manchester, KY

Korbelko Mark IV Hydraulic Excavator Ser No: YMU2165 (10-FBI-005885) which was seized from B&B Excavating on September 14, 2010 at 201 Bert T. Combs Lake Road, located in Manchester, KY

Miscellaneous Farm Equipment Ser No: See List (10-FBI-005887), including the following items: 1 Taylor Way Disk Plow, Ser No: 74683; 1 Turning Plow, Ser No: 1005920067; 1 Ferguson Turning Plow, Ser No: 1375; 1 Bush Hog Mower, Ser No: 1102342; 1 Disc Plow, Ser No: N/A which was seized from B&B Excavating on September 15, 2010 at 201 Bert T. Combs Lake Road, located in Manchester, KY

Case Construction King Backhoe Ser No: JAB0022684 (10-FBI-005891) which was seized from B&B Excavating on September 14, 2010 at 201 Bert T. Combs Lake Road, located in Manchester, KY

John Deere Series IV Bulldozer Ser No: TO450GH814711 (10-FBI-005894) which was seized from B&B Excavating on September 14, 2010 at 201 Bert T. Combs Lake Road, located in Manchester, KY

Massey Ferguson Tractor with attached Bush Hog Loader Ser No: 560395 (10-FBI-005896) which was seized from B&B Excavating on September 14, 2010 at 201 Bert T. Combs Lake Road, located in Manchester, KY

John Deere Mower Ser No: 3407207461 (10-FBI-005902) which was seized from B&B Excavating on September 14, 2010 at 201 Bert T. Combs Lake Road, located in Manchester, KY

Yazoo Mower Ser No: 31901067 (10-FBI-005903) which was seized from B&B Excavating on September 14, 2010 at 201 Bert T. Combs Lake Road, located in Manchester, KY

New Holland Tractor VIN# G503770 (10-FBI-005904) which was seized from Douglas C

Adams on September 15, 2010 at 720 N Highway 11, located in Manchester, KY

Red Cast Iron Smoker with 3 Gas Burners, Wood Shelves and 2 Butane Tanks (10-FBI-005905) which was seized from Freddy Thompson on September 15, 2010 at 4064 N Highway 421, located in Manchester, KY

1996 Dodge Ram 3500 Utility Truck with accessories VIN# 1B6MF3650TJ184931 (10-FBI-005910) which was seized from B&B Excavating on September 14, 2010 at 201 Bert T. Combs Lake Road, located in Manchester, KY

1989 Chevrolet Silverado 3500 Pickup Truck VIN# 2GCHC39N4K1140747 (10-FBI-005911) which was seized from William Bart Morris on September 16, 2010 at P.O. Box 2582, located in London, KY

2009 Honda Rancher ATV VIN# 1HFTE372194000494 (10-FBI-005912) which was seized from William Bart Morris on September 16, 2010 at P.O. Box 2582, located in London, KY

Vulcan Grill Ser No: 8042099 (10-FBI-005913) which was seized from William Bart Morris on September 15, 2010 at P.O. Box 2582, located in London, KY

Cash in lieu of 1990 Foretravel Grandville Motor Home, VIN# 4CDC7XC14L1900161 (11-FBI-000618) which was seized from William B. Morris on November 26, 2010 at Brett's Auto Sales, 519 S. Laurel Road, located in London, KY

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct. Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file a Petition within 60 days of the first date of publication (June 29, 2011) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). The petition must be filed with the Clerk of the Court, P.O. Box 5121, London, KY 40745-5121, and a copy served upon Assistant United States Attorney David Olinger, 260 West Vine Street, Suite 300, Lexington, KY 40507. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.



## Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between June 29, 2011 and July 28, 2011. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. Cletus Maricle, et.al.

**Court Case No:** 09-16-S-DCR
**For Asset ID(s):** See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 06/29/2011 | 24.0 | Verified |
| 2 | 06/30/2011 | 24.0 | Verified |
| 3 | 07/01/2011 | 24.0 | Verified |
| 4 | 07/02/2011 | 24.0 | Verified |
| 5 | 07/03/2011 | 24.0 | Verified |
| 6 | 07/04/2011 | 24.0 | Verified |
| 7 | 07/05/2011 | 24.0 | Verified |
| 8 | 07/06/2011 | 24.0 | Verified |
| 9 | 07/07/2011 | 24.0 | Verified |
| 10 | 07/08/2011 | 24.0 | Verified |
| 11 | 07/09/2011 | 24.0 | Verified |
| 12 | 07/10/2011 | 24.0 | Verified |
| 13 | 07/11/2011 | 24.0 | Verified |
| 14 | 07/12/2011 | 24.0 | Verified |
| 15 | 07/13/2011 | 24.0 | Verified |
| 16 | 07/14/2011 | 24.0 | Verified |
| 17 | 07/15/2011 | 24.0 | Verified |
| 18 | 07/16/2011 | 24.0 | Verified |
| 19 | 07/17/2011 | 24.0 | Verified |
| 20 | 07/18/2011 | 23.4 | Verified |
| 21 | 07/19/2011 | 23.9 | Verified |
| 22 | 07/20/2011 | 23.9 | Verified |
| 23 | 07/21/2011 | 23.9 | Verified |
| 24 | 07/22/2011 | 24.0 | Verified |
| 25 | 07/23/2011 | 24.0 | Verified |
| 26 | 07/24/2011 | 23.9 | Verified |
| 27 | 07/25/2011 | 24.0 | Verified |
| 28 | 07/26/2011 | 24.0 | Verified |
| 29 | 07/27/2011 | 24.0 | Verified |
| 30 | 07/28/2011 | 24.0 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.