Case Nos. 11-5291/11-5308/11-5311/11-5312/11-5313/11-5336/11-5337/11-5366

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

### ORDER

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

| | |
|---|---|
| DOUGLAS C. ADAMS | (11-5291) |
| RUSSELL MARICLE | (11-5308) |
| WILLIAM STIVERS | (11-5311) |
| CHARLES JONES | (11-5312) |
| FREDDY THOMPSON | (11-5313) |
| WILLIAM MORRIS | (11-5336) |
| STANLEY BOWLING | (11-5337) |
| DEBRA MORRIS | (11-5366) |

    Defendants - Appellants

The court having determined that consolidation of the above causes for purposes of briefing and submission is appropriate,

It is **ORDERED** that the causes be, and they hereby are, consolidated for the purposes stated above. Each appellant shall file a separate brief and the appellee shall file one consolidated brief.

                                             **ENTERED PURSUANT TO RULE 45(a),**
                                             **RULES OF THE SIXTH CIRCUIT**
                                             Leonard Green, Clerk

Issued: November 28, 2011