# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Leonard Green<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: November 28, 2011

Mr. Robert L. Abell
Mr. Russell J. Baldani
Mr. Jason Ross Barclay
Mr. Bennett E. Bayer
Mr. John D. Cline
Ms. Candace C. Crouse
Mr. Martin Stanley Pinales
Mr. Jerry W. Gilbert
Ms. Elizabeth S. Hughes
Ms. Kristin N. Logan
Mr. Robert Kent Westberry
Mr. Larry A. Mackey
Mr. Scott A.C. Meisler
Mr. Jason D. Parman
Mr. Stephen C. Smith
Mr. Trevor Wayne Wells
Mr. Scott White
Mr. Charles P. Wisdom Jr.

Re:   Case Nos. 11-5291/11-5308/11-5311/11-5312/11-5313/11-5336/11-5337/11-5366, *USA v. Douglas Adams, et al*
      Originating Case No. : 09-00016-002

Dear Counsel,

  The Court issued the enclosed Order today in these cases.

                                          Sincerely yours,

                                          s/Cathryn Lovely
                                          Case Manager
                                          Direct Dial No. 513-564-7039

Enclosure