# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# SOUTHERN DIVISION
# LONDON

CRIMINAL CASE NO. 09-16-S-DCR

UNITED STATES OF AMERICA,                                    PLAINTIFF,

v.

RUSSELL CLETUS MARICLE, et al.                               DEFENDANTS.

## JOINT STIPULATION OF THE PARTIES
## TO SUPPLEMENT THE RECORD

1. The parties in this case have agreed that the district court record must be supplemented pursuant to Fed. R. App. P. 10 because certain documents were inadvertently omitted from the record and are necessary for the resolution of the appeal in this case. Rule 10 (e)(2)(A) allows the record to be supplemented on stipulation of the parties if anything material to either party is omitted from the record by error or accident.

2. In this case, certain transcripts of audio-recordings that were approved by this Court and referred to in district court record entries 571 and 721 were not made part of the district court record. These transcripts were "Final Version" transcripts that have Judge Reeves' initials and date and time of creation in the top right corner. The transcripts, which Defendants seek to include in their Appendix in the court of appeals, are material to Defendants' argument that the district court erred in preparing the transcripts for presentation at trial and use by the jury. *See* Brief of Defendant Jones 15-26; Brief of Defendant Maricle 27-29.

3. Accordingly, the transcripts of audio recordings bearing the following dates are attached to this stipulation to be made a part of the record:

March 27, 2007

April 6, 2007

April 30, 2007

April 30, 2007 (2)

May 1, 2007

May 2, 2007

May 4, 2007

May 14, 2007

May 16, 2007

June 7, 2007

The versions of the transcripts attached to this stipulation were provided by the U.S. Attorney's Office on May 18, 2012.

4. The parties have further agreed that there are additional transcripts that the United States may wish to supplement at a later date if the United States should believe they are necessary for the resolution of the appeal.

Respectfully submitted,

| STRAUSS TROY CO., LPA | **Scott Meisler** |
|---|---|
| /s/Candace C. Crouse | Criminal Division, Appellate Section |
| MARTIN S. PINALES (Ohio Bar No. 0024570) | U.S. Department of Justice |
| CANDACE C. CROUSE (Ohio Bar No. 0072405) | 950 Pennsylvania Avenue NW, Room 1264 |
| The Federal Reserve Building | Washington, DC 20530 |
| 150 East Fourth Street | tel: (202) 307-3803 |
| Cincinnati, Ohio 45202-4018 | fax: (202) 305-2121 |
| Telephone: 513-621-2120 | |
| Fax: 513-241-8259 | |
| mspinales@strausstroy.com | |
| cccrouse@strausstroy.com | |

## CERTIFICATE OF SERVICE

I hereby certify that an exact copy of the foregoing document was provided via email upon the parties of record and Scott Meisler, Criminal Division, Appellate Section, U.S. Department of Justice, 950 Pennsylvania Avenue NW, Room 1264, Washington, DC 20530 via email, on the 21st day of May, 2012.

/s/Candace C. Crouse
CANDACE C. CROUSE (Ohio Bar No. 0072405)