*[Handwritten top right: Final Version Rev. DCK 12/17/09 9:13 pm. 3/27/07 Transcript]*

The following transcript involves conversations between the following individuals:

Det. Greg Pace = Pace
Male Cooperating Witness = CW
Female Cooperating Witness = FCW
Cletus Maricle = Maricle
Unknown Female = UF
Unintelligible = U/I

Recording dated March 27, 2007

---

Transcript at 01:09:50 *(U/I)*

CW:   Only thing bothers me, I hope they, I hope they ain't got Stanley on this election. *(U/I)* I'm afraid they'll get on me ...U/I... you know what I'm saying? I'm not worried. *(U/I)* Proving anything else. Just me and him talking ...UI... That worries me.

Maricle:   Last year...not been around him. His big problem was a conspiracy charge....

CW:   Right. Conspiracy charges, they could hit him on that, too?

Maricle:   I don't know, I mean, I don't even know ....U/I.... There've been three or four names thrown around.. whether or not it's all the same thing; I don't know. ...UI...

*[margin note: or whoever it is, that was the one that]*

CW:   I wouldn't think he would be now, because, I mean, he ain't ended up with nothing out of it. I mean. See, that KBI ...U/I.... What about the drug court job? Is there one coming open here before long?

Maricle:   If we get another like thirty people, there'll be a job; I don't think....... we've been growing some, but now it's slacked off a little bit because they ain't arrested a whole lot of people lately, but I expect *(U/I)*

CW:   Well, you let us know whenever ....

Maricle:   (Interrupting) .... Oh, I will if one does, I will. We got two full times and one part time right now. The part time is I don't know how many she's got; she could be getting close to capacity.

Transcript at 01:12:11

---

Transcript at 01:13:12

CW: Well, I'll tell you what. I look for it, you know. I'll tell you what. I just don't .... Bart bothers me...him and Bart both acts funny to me. I mean they're acting funny. And that's what bothers me, because I'm afraid they'll come here on this dag gone election and said getting a hold of me on that and then try to get me on the election, you know.

Maricle: I don't think they are going to be on the election. They've got too many problems with that ...UI... as...anything on the election have to have Jennings as a witness and he wouldn't go over (UI)

CW: Well, that's true. And Kenny Day wouldn't either, would he?

UF: ....U/I....

CW: What's that?

Maricle: Ken, Ken Stepp ....U/I....

CW: Was it that much?

Maricle: Did he have to borrow money on his house?

Transcript at 01:13:46

-------------------------------------------------------------------------------

Transcript at 01:20:49

CW: You don't think they're going to fool with this election stuff?

Maricle: ...UI... I don't think so...

CW: Right.

Maricle: Are you talking about 2002?
CW: 2002 on up.

Maricle: What makes you think they are? I mean that ....

CW: Well, I mean, I just don't see Jennings being able to give 'em anything but besides that.

Maricle: ....U/I.... they brought all the records back, you know?

CW: Did they bring all the records back?

Maricle: From 2004, 2000... - whatever the one was that you ran in, I think they brought

all them back.

CW:   Well, what else would Vernon be able to tell 'em?

Maricle:   Hmmm?

CW:   What else would Vernon be able to tell 'em?

Maricle:   Buddy, I don't know what Vernon .....

CW:   That's what I'm saying, you know, see, that's what gets me because I .....

Transcript at 01:21:48

---

Transcript at 01:21:51

Maricle:   Where?

Lindsey:   Brandon.

Maricle:   Who?

Lindsey:   Carmen.

FCW:   Did she let him go?

Lindsey:   Your grandson, Brandon.

Maricle:   She eliminated the job or whatever.

FCW:   Oh, did she?

Maricle:   That was before you left.

Lindsey:   I know, but I knew that Stacey said ...UI...

Judy:   Said she was broke.

Lindsey:   Brandon come and said some of them guys over there acted like he was going to be working ...UI...

Maricle:   No, some of those guys said that, she never said that. No, she never said that.

Multiple People Talking in Background.

Judy: Said wasn't, uh, wasn't enough money.

FCW: Yeah.

UF: So, Brandon said that Scott and them's office.

FCW: Is he?

CW: He'll like that better anyway.

JM: He will.

FCW: Yeah.

Lindsey: I just want to bartend.

FCW: You got to go to bartendering school to bartend. Bartenders...

Lindsey: Couple weeks, I mean couple of days a week.

JM: Well.

Lindsey: What's wrong with that Mommy? I'd be doing something...UI...

Transcript at 01:22:22

---

Transcript at 01:23:40

CW: See, I didn't know they brought them back.

Maricle: ...UI... those records they brought back. Now, they kept a copy, but...UI...

CW: Well, they ain't got long on that, do they? Is it five year statute or ....?

Maricle: I assume it is.

...U/I... SEVERAL PEOPLE SPEAKING

1:24:12  CW: That makes me feel better because I figured that's what they'd be on me after it for.

Maricle: I don't anticipate that's ....U/I....
BOTH FCW AND UF TALKING AT SAME TIME; ....U/I....

Maricle: You'd know more than I would. But, uh, they might on you. Now I don't know.

CW: I don't know either. I mean I just figured that they might, but uh ... well, see, like I said, Stanley is only thing that bothers me.

Transcript at 01:24:45

---

Transcript at 01:35:20

CW: Well, have you heard anything from any ~~new~~ of them magistrates or anything since they, since Crawdad's went in? How they're doing?

Maricle: Not talked to ......I don't know if I've talked to any of 'em or not ....U/I....

BOTH FCW AND UF TALKING AT SAME TIME; ....U/I....

Maricle: I've seen Ray once; ain't seen Randall; ain't seen Terry. (Wanda in background-talk with Judy about Real Estate Commission)

BOTH FCW AND UF TALKING AT SAME TIME; ....U/I....

CW: I'll bet they don't know how to act down there under this new deal.

BOTH FCW AND UF TALKING AT SAME TIME; ....U/I....

CW: Well, do you think I ought to just wait and see what happens over there and not move on anything?

NO AUDIBLE RESPONSE FROM MARICLE.

CW: You do?

BOTH FCW AND UF TALKING AT SAME TIME; ....U/I....

CW: It'd be a shame to get beat to the punch.

Maricle: Hm?

CW: It'd be a shame to get beat to the punch though, wouldn't it? You don't feel like that's going to happen though, do you really?

Maricle: I don't think we will, with the election. I may be dead wrong. I just don't think the election's going to be ~~ugly~~....I just don't think that's where they'll go.

BOTH FCW AND UF TALKING AT SAME TIME; ....U/I....

(UI)

CW: You don't think Stanley would go over there and say something about me?

Maricle: Well, I don't know about that. ~~I'd like~~ (UI), I'll try to find out if they've been talking to him or not.

CW: Why don't you find out and see what ... because I need to know.

BOTH FCW AND UF TALKING AT SAME TIME; ....U/I....

CW: Which I'm probably worried about nothing. I take spells.

Maricle: Take spells a worrying about it?

BOTH FCW AND UF TALKING AT SAME TIME; ....U/I....

Maricle: Don't think I personally anything you've got to worry about; I don't know.

CW: Right.

Transcript at 01:37:38

---

Transcript at 01:40:06

FCW: That's made me madder than fire over Vicki sitting here talking about it. I've gotten madder than fire.

Lindsey: Of mind and I just remember when Carmen first went in, she was like Wanda we'll get you a a new job. We'll get you a job in drug court and then she found out....UI...

FCW: ...U/I....That old cow, she's stabbing me in the back. Mmmhmm. See, I come this close to not liking her. Now, I agree with you, I agree with you, it's certified. I don't like her.

CW: Well, now, if you, if Clet hired you up there to work like .....

FCW: I'd whoop her first day.

CW: No, don't ~~go up there, you go up there~~ whoopher (laughing) (UI). When you think one could come open up ~~there~~ you think?

Maricle: I don't really know; I'm not allowed to ~~I've not got .... 'cause see, I say they have~~ would be, they hired a new worker for every thirty people. I think the last time I checked, we've got two and a half just workers 'cause one of 'em is still part time. They'd have to get to ninety before they'd make a place for another one coming in 'cause they'll have to fill her case load up to ninety.

FCW: How many you got on drug court now?

Maricle: Seventy-eight I think, seventy-seven 'cause I kicked one out today, so.

FCW: We're getting close.

Maricle: I kicked one out today, so .....

Lindsey: Who did you kick out?

Maricle: Digger ~~Billie~~ Phelps.

Transcript at 01:41:23

---

Transcript at 01:53:45

FCW: Tell him about Carmen putting in against you on unemployment.

CW: Yeah, I told him.

Maricle: When's your hearing?

CW: It's the third.

Maricle: Where at? Corbin?

CW: I've had to be at .... no, it's on the phone; she's on the phone; it's a phone hearing.

BOTH FCW AND UF TALKING AT SAME TIME

CW: Well, Henry Bailey did all the work for her.

FCW: I wonder if that's going to be with Henry Bailey or with Carmen.

CW: Well, she'll be there; Henry's going to be there 'cause she wrote all that stuff down, but that's fine.

Maricle: Who you gonna have there?
Judy: You take a lawyer, too.

CW: No, I'm just going get on there, and I'll talk to 'em; if they take it, they'll take it, they'll take it. I'll have to pay you back, and that's fine.

Maricle: Well, you've got an appeal past that.

CW: Yeah, that's right. You've got an appeal past that.

BOTH FCW AND UF TALKING AT SAME TIME

Maricle: You've got an appeal to Circuit Court.

CW: Can you appeal it into circuit court? I didn't.

Maricle: Yeah, but you're stuck with having the findings of the fact ... it has to be a question of law, findings of fact are whatever they found is the findings of fact if there's evidence to support it even though if you don't believe it, you have to go along with the evidence, but in the application of the law, it's up to the judge. It's hard to win in the Circuit Court.

1:55:02 FCW: Where do you get 'em at? I mean do you get at the places you're working or what? File in Frankfort or file in the hometown or your file...?

Maricle: I think filed here. I'll take care of it.

CW: I feel better with my chances in circuit court as I would in Corbin (laughing).

BOTH FCW AND UF TALKING AT SAME TIME

CW: Naw, they've already give it to me once, so I mean I don't figure that they've got much that they're going to do because I don't think they'd give it to me .....

FCW: (Interrupting) ....90% of time they sided with the employee.

Maricle: Most of the time it goes to the employee.

UF: Well, Not much, I figured you must went to the hospital.

CW: ....U/I.... Wanda, get Trey and let's head, we've got to.....

Maricle: Sister is (UI) Betty.

FCW: Stanley's mom.

Maricle: No. ....U/I....

UF: Well, you probably should've gone then.

BOTH FCW AND UF TALKING AT SAME TIME

CW AND MARICLE BEGIN TALKING IN LOW VOICES:

CW: I'll tell you what. Mark down what I told you.

Maricle: I guess I don't know.

CW: What I said. Mark down what I told you.

Maricle: You think he's going to?

CW: I think he is. I tell you what. I don't know .... I don't know where they're going on that stuff over there on .... I don't know whether they're thinking somebody ... I can't understand that stuff over there that they're talking about at city hall.

Maricle: No, it don't make sense.

CW: No, I mean what in the world are they going to do with counterfeit money? Take counterfeit water bills or .... I mean, you know, people pay it with counterfeit money or what, I don't know. I tell you what they'll do. Before it's over with, they'll get Jackie Jones and that bunch over there probably.

Maricle: You think they will?

CW: Well, they said ... they fixed a bid there for Stanley.

Maricle: What was asking about counterfeit money?

CW: Buddy, I don't know; they just ... what they was telling Wanda there, Wanda's sister had heard that they was over there looking at, looking about counterfeit money, and about money being gone. Now, I don't know. I can tell you one thing about it. They're the thoroughest bunch of people that I've ever run into in my life. Now, Daddy had a stroke of luck with this deal with Vernon because Vernon ....I think they've got him ....

Transcript at 01:57:35  (u**i**)