Fine Version Approved OCR 12/17/09 4pm.
4/6/07 Transcript

The following transcript involves conversations between the following individuals:

AS - Alman Stivers
WJ - Wayne Jones
CHS1 - Confidential Human Source #1
CHS2 - Confidential Human Source #2
UI - Unintelligible

---

Transcript at 00:57:33

AS: He ah, just as the four lanes end...

WJ: He get caught for speeding or what?

CHS1: No, they caught him for a Reckless

CHS2: Hell go to court for that, uhm...

CHS1: (UI).

CHS2: Yeah.

WJ: For what?

CHS2: You know about, about three years....

AS: Hey, ah, did you tell, ah, what it was Anthony never got them papers is what it was. She wanted me to ask.

CHS2: What did he want?

AS: The order, the transport order, on, on, on...

CHS2: He didn't know anything of that, did he?

AS: No, I asked Cletus.

CHS2: And what he say?

AS: He said hell, he said I can't get Anthony to do the transport order on him.

CHS2: You know, they sent him back to LaGrange. I feel so sorry for him now.

CHS1: When they send him back?

CHS2: After he called me last time I had (UI) send him money. (UI) He said they're shipping me back to LaGrange and life in a halfway house. He said I've got you, you know, and he said on the phone everything and I thought, you know, you talk to him and took care of us and I said Cork, it, it's supposed to been.

AS: It's that damn Anthony.

WJ: Where'd they have him at? At the halfway house.

CHS1: In McCreary.

CHS2: In a halfway house in McCreary and he got...

WJ: (UI)?

CHS2: I mean.

CHS1: Oh yeah, he had it made, buddy, over there (UI)...

AS: (UI) he can get out.

CHS2: See, Clete told me that as soon as the transport papers come in and see that he got out and Anthony said I'll (UI) with you...

CHS1: Well Anthony, well Anthony's just ain't never on the ball, buddy.

AS: Huh?

CHS1: Anthony's on them drugs.

CHS2: (UI) I guess.

AS: All (UI).

CHS2: (UI) does everything for him anyway (UI).

AS: (UI) get her to type that transport order up. Cletus had it.

CHS2: But you know the cost don't you back to church (UI) and it (UI) shooting it right back to the LaGrange.

WJ: There's a halfway house in McCreary?

CHS1: Yeah.

Transcript at 00:59:07

---

Transcript at 01:02:52

CHS1: Fellows, when was the last time you seen Bart?

AS: I seen him, ah...

WJ: Stopped the other day and talked to him.

AS: Day before yesterday.

WJ: I guess that's when it was.

AS: Day before yesterday he was taking Deb to the doctor.

CHS2: Has he...?

CHS1: How's he acting?

AS: He's fine.

CHS1: Was he?

AS: Yeah.

CHS1: I ain't seen him in forever.

AS: Yeah, he ah, you know, said he, he must have been doing a lot of work for Stanley.

CHS1: Yeah, him and Stanley they know...

(EVERYONE TALKS AT ONCE - UI)

WJ: Stan partner. Him and Stanley's partners.

CHS1: Ah, yeah, I'd say Stan partner on the transfer station.

AS: Ah.

CHS2: Yeah.

AS: But he said he'd been gone.

WJ: They're partners in every damn thing (UI).

Transcript at 01:03:30

---

Transcript at 01:17:07

AS: Well sooner they took me to jail up there for, ah, for menacing and the only thing I was trying to do was done had Denver Dean handcuffed and he was, all they had to do was put him in the car and leave with him. And they was a whoopin' and he was a fightin' around with 'em and everything. Ah, Tolliver get on the radio and said they're surrounding me, they're surrounding me. Said Stivers' got a gun. Which I never had a gun on him. And he said, ah, ah, (UI) over here to the fire department and booked me.

CHS2: Old City Hall?

AS: Ah, (UI) all the time hell I can't, I can't think of his name.

WJ: Hell I don't what they (UI) would have been.

AS: (UI) son of a...

CHS1: Yeah (UI).

AS: Fireworks over there and everything. Hell, I knowed him for years. Can't think of what his name is.

CHS2: (LAUGHS) (UI).

AS: He sold Beanie Babies and fireworks and...

CHS1: Well beanie babies used to be a money making deal buddy.

CHS2: Damn right (UI).

WJ: (UI).

AS: (UI) three or four heart attacks, ah...

WJ: Yeah (UI).

CHS1: I know this sounds bad but I don't remember his name.

(COUPLE PEOPLE TALKING AT ONCE - UI)

AS: Finally he did, ah, he sit there beside of me and he talked. He said really what happened. I said (UI) I said (UI) get Denver on out of here. I said they was coming (UI) I said they was gonna kill Feltner's ass. I said I was just trying to keep somebody from getting killed. I said I never laid a hand on him, never threatened him, never done nothing. I just told him I said better get him out of here. Well he did. And I said he was hell bent on, ah, taking me to jail. And I said he's gotten me over here. I said I'm going to jail. I said there ain't no doubt about that. He said yeah. Yeah, I go to (UI) (LAUGHS) and but ah, anyway I, I, give me a cigarette, he give me a cigarette and I smoked it. Feltner come through there and he smacked it out of my hand, mine. He said no smoking around (UI) and I'm sitting there (UI) and he went on through there. He give me another cigarette. He bit, broke the package. I'm sitting there, me and him sitting there smoking (UI) and he come back by and he, I said gonna tell you something.

CHS2: Get, quit that, get.

AS: He said what. I said I'm handcuffed and I said I can stay handcuffed and I said if you smack me, I'm gonna kill ya. I said I'm gonna take this handcuff and put it around your fucking throat and I'm gonna snap your neck. He said you threatening me? I said no, I said I'm making you a god damn promise. I said, now you go out there and do whatever you're gonna do and don't smack me no more, give us some respect me, now won't you.

CHS2: Did he smack you again?

AS: Hell no he never smacked me. (UI) sitting there talking.

WJ: (UI).

AS: I don't know. To make you feel better I guess. Ah, the one was sitting there talking to me, reached over with the handcuff key and unhandcuffed me. He said you don't have to do that buddy, he said by god your hands are free now.

CHS2: Um, he wanted you to get out of there, didn't he.

CHS1: They was trying...

AS: I can't think of what his name is. He's one of the best that you've ever seen in your life (UI).

WJ: I don't know.

CHS1: I don't either.

AS: He's the one...

WJ: Is he the state trooper that (UI) me the firework?

AS: Yeah, yeah, he the one that come by and was...

WJ: Yeah.

AS: And that wasn't so bad as the fire marshall [sp] was.

WJ: Yeah.

AS: What is his damn name. Dark skin. Called the ball games for Laurel County.

CHS1: I know who, I know who you're talking about, but I just can't tell you...

AS: He worked over here for a long time.

WJ: Well.

AS: But ah...

CHS2: I don't know. I don't know the names.

AS: You know what he, he unhandcuffed me and sitting there, ~~Feltner looked~~ [looking at] him right funny and he said you don't have (UI) handcuffed and he said your hands is uncuffed now.

CHS1: Have you ever heard that old saying, I've fought the law and the law won (UI) [buddy]? (LAUGHTER)

AS: (UI) up there in jail, I'm up there in jail. (UI) he said what have you done? I said I reckon I'm the most dangerous man on Horse Creek. He said why? I said by god I said I had twenty-seven god damn law officers take me and one drunk to jail.

Transcript at 01:22:08

---

Transcript at 01:22:53

WJ: The cops (UI) in this county.

CHS2: I'm never drinking (UI).

CHS1: Are they locked up?

CHS2: He's been hooved, hadn't he?

WJ: Hell yeah.

CHS2: Don Rolin is but has Billy Don?

AS: Yep.

WJ: Yeah.

AS: Yep Billy Don's been more times than Don.

WJ: Yeah.

AS: Yeah, we've been trying to get Don Rolin out forever.

WJ: Yeah (UI).

CHS2: Well they got (UI) for good [guns], didn't they?

CHS1: Yeah they got him for killing...

AS: (UI).

CHS1: Let me tell you about...

AS: (UI).

(SEVERAL PEOPLE TALKING AT ONCE - UI)

CHS1: Don, Don Rolin just like a pit bull (UI).

CHS2: No Bill Rolin.

WJ: No, not Billy Rolin.

CHS2: Oh, I don't know...

CHS1: Billy Don...

AS: Billy Don, that's Billy Boy.

CHS2: Oh. You know if I (UI).

WJ: I'll say another thing for that son of a bitch (UI) over there, little Stevie Sizemore over there, he's dead now. UI

AS: Buddy, I, he married that black woman. I never did hear nothing out of him.

WJ: He was a dangerous son of a bitch.

CHS2: He married Jimmy Shiffer's woman, Joyce too, did you know that? Before he married

that black one.

WJ: Who?

CHS2: Jimmy... Harris

CHS1: Are you talking about the ~~(UI)~~ that was killed up there on Burchell Hollow? ✓

CHS2: No.

AS: No.

CHS2: Ah, Christine (UI)...

AS: Christine...

CHS1: Oh, that worked at the Quick Mart.

CHS2: Yeah.

WJ: That worked at the Quick Mart.

CHS1: Okay. Is she still up there over...?

WJ: Yeah.

CHS1: Does she?

WJ: Hell yes, she could of.

CHS2: Well she paid him, I bet she paid him. Yeah.

AS: No. He, he, he, he cut their pot down. ✓

WJ: Do you think that's what that it was over?

AS: That's exactly what it was over. He got drunk over there and told me that.

CHS2: Denver Dean?

WJ: I believe it's more than that, I swear it was.

AS: Ah, he got drunk up there and told me that night and I told him. I said Denver, I said, you know, you don't give him up. I said and he gotta telling me about...I says...

WJ: I figure there's more than that.

CHS2: I figure the woman did, had a hand in that.

WJ: I did too.

AS: No, what's his name, ah, he thought he sold it to (UI) he just couldn't get a break (UI) and...

CHS2: I would say heroin (UI) dope grow then.

WJ: Yeah.

AS: They were growing dope out there on him.

CHS2: And they killed him in London? over that?

AS: They thought he cut it and sold it. they

CHS1: They was going in to get the money, wasn't he?

WJ: That's happened around right here in this county how many times people get killed.

AS: Now, there's the...

CHS2: Well I...

AS: ...that's who killed him but Denver and Billy Don...Dog was...

WJ: (UI) Burning springs and just tell her (UI) Dobs, who killed him.

AS: Dobs. (Bill Dobbs)

WJ: Bill killed one right by (LAUGHS) pot patch.

CHS2: (UI).

CHS1: (UI).

CHS2: No.

WJ: (UI).

CHS2: (UI) Tim and Todd (UI) fine line for, for three months, for about three months of a year that's still (UI).

AS: Yeah.

CHS2: (UI).

WJ: What's that?

CHS2: (UI) the big boys back up state. Him and Todd, Mark Jackson, they would go three months out of the year, when it was harvest time. Then they just do...he was scared of 'em, they wouldn't fool with 'em.

WJ: There used to be a bunch down there at Oneida.

AS: (UI).

CHS2: Yeah.

WJ: (UI) three or four routes some the, (UI) just like working a job.

CHS2: That's right, it's just like working a job.

WJ: (UI) with it.

CHS2: Just like working a job.

AS: They had, they had...

WJ: (UI) time of year when they got ready.

AS: They had put that pot out up there behind his house, back in there somewhere and he found it and cut it and burn it.

WJ: Lower Rader there where he lived back in there.

AS: I guess, Wayne, all I know it.

WJ: They's, they's pretty good...

CHS2: (UI).

WJ: (UI).

1:26:31  AS: Now Don, ah, Don's the one killed him with the damn axe [bat]. That Don killed him with the damn axe.

CHS2: (UI) wasn't he, that's what the paper said.

CHS1: Boy, he was ruthless, Don Rollin, wasn't he. He was a ruthless guy. He just...

WJ: (UI).

CHS2: (UI).

CHS1: I'll tell you what they said. They said he never cared no more about, about nobody's life. They said just spitting on the ground.

WJ: (UI).

AS: I told Bill up there that I said now Bill, the next time son of a bitch (UI) I said I'm gonna blow his fucking brains out. And he come two or three days later and he said buddy, he said do me a favor and I said what. He said if I'm a drinking, he said remind me who you are. I said well now I'm gonna tell you something Don, I said you ever jump on me again, I said kill you god damn you going. I afraid not to.

WJ: Yeah, that son of a bitch hurt you doing it...

CHS1: Oh yeah, I had a run in with him but now he, he bowed...he calmed down on me but now buddy he's a son of a... .

AS: He, he never did bother me after that.

CHS2: I...

AS: Bill Rollin told him I guess.

CHS1: Only man in , my life, I never seen Jess Lewis...

WJ: (UI).

AS: Huh?

CHS1: Only man in my life, I've only seen Jess Lewis afraid was Don.

CHS2: That right?

CHS1: And he wasn't really afraid of it but he was afraid, he didn't want no trouble because he...

AS: (UI) drinking. Now as long as that boy wasn't drinking, he wouldn't bother you at all. But Denver and, I told you who killed the Harris now. They both told me that.

CHS2: Just two of 'em, (UI).

AS: There was three of 'em.

CHS2: Oh.

WJ: I want to talk to...

Transcript at 01:27:54

---

Transcript at 01:31:40

CHS2: (UI) Alman?

AS: (UI).

CHS2: Did he?

CHS1: Phelps boys like you over there, don't they, Wayne?

AS: (UI).

1:31:44 CHS1: Them Phelps boys like you a lot don't they Wayne. (LAUGHS) They liked Wayne over there.

CHS2: Oh, do they like Wayne?

CHS1: They got up there and they got so happy when they caught Wayne over there they jumped up and down the bed, didn't they Wayne?

1:32:11 WJ: Yeah. Yeah they like me them bastards Yeah, when ever they find, when ever they found (UI).me and Alman went back there and helped them picked the jury, brought a shotgun and sat it in down in the corner there UI Cletus' office - I said we ever get that shotgun we'll flush it down the commode, just acting foolish. *you know,*

CHS2: Right in front of them? You didn't say that.

WJ: Yeah, Yeah, I didn't know the son of a bitch was standing there.

AS: We didn't think he could hear us. *the Judge*

WJ: I didn't think he could hear, but anyway he, ah, he told ~~Judy~~ *the Judge*, he, he, he told Cletus, he said you tell that damn Jones not to be messing with my damn case.

1:32:35 CHS2: He heard you, *huh?*

WJ: Yeah, he heard me. I kept my ~~mouth shut~~ *caused* (UI).

CHS1: Was he the one out there that ~~cost~~ *caused* you all that trouble?

WJ: Oh yeah, yeah (UI). Jimmy and Johnny both (cut)

AS: I got something stronger than that.

CHS2: No (UI) I ain't, you know, I, I (UI).

AS: I'll give you a Lorcet.

CHS1: Holy mackeral.

CHS2: (UI) I might be scared to death. You don't have to (UI).

CHS1: I'll tell you what'll happen to you too.

CHS2: She said I ain't heard anything (UI) but stand here holding food.

CHS1: (CHS2)'s got..

WJ: See you later.

CHS1: ...see you later, okay.

AS: (UI).

CHS1: I'll tell you what, she's got, ah, (CHS2)'s got too much, ah, addiction in her family tree, buddy, to ever take one. [Wanda's]

AS: You ever [take] Sis back up to see Roy?

CHS1: Well we took her, took her up there that ah...

CHS2: (UI) she had to, ah...

CHS1: Keep going to the doctor.

CHS2: Keep going to the doctor.

AS: You need to keep going back to check with them now. (UI) and let them start sending her to the doctor.

CHS2: I know.

CHS1: I'll tell you what I think he's done. [he's replacing "has been"]

CHS2: (UI) how long will it take for that to go to court? Do you think she'll get big money out of that? Emily.

AS: Yes sir.

CHS2: You think she would?

AS: Yes sir.

CHS2: (UI) a year for it to go.

AS: It won't take a year. We'll get Cletus to it speed up. He'll speed it (UI)

CHS2: You think it would?

AS: When they get her case the way they want it, they'll tell Cletus.

CHS2: It's (UI) about (UI) told me he could have had anyone.

AS: He has.

CHS2: I don't see her getting some money for it. Not (UI). I swear though.

AS: Well you know I think the world of her. She always told it just like it was. She (UI).

Transcript at 01:34:06

---

Transcript at 01:36:05

CHS2: Well, buddy I hope poor old Cork gets out.

AS: Well I'll tell you what, bless his heart.

CHS2: He's gonna go to Texas. He, he can't stay around here.

AS: No, he can't now (CHS2) Wanda and I mean, I'm not talking about hear.

CHS2: (UI).

AS: But he, he, his friends is like mine used to be. The only way you can survive is to get rid of 'em.

CHS1: Yeah.

AS: I've still got one that I've fool with, an old buddy.

CHS2: Yeah.

AS: And I'll fool with him till death do us part. Well I, had, I've got two, me and Peanut, still

send Bill Rowland money every month.

CHS2: Yeah. He just seen in a Bill Rowland not too long ago.

AS: Yeah.

CHS2: He (UI) no (UI) staying, ah, a little roll (UI) over there.

CHS1: Was he?

AS: We, ah, we tried to keep him money in there so we, before he got transferred.

CHS2: Yeah.

AS: So he'd have money to go with him.

CHS2: Yeah.

AS: And I told (UI) I said...

CHS1: Where they got, where they got him at now?

AS: Terra Haute.

CHS1: They took him to Terra Haute, Indiana?

AS: Yeah (UI - PHONE RINGS).

CHS1: Do what you gotta do.

CHS2: (UI)

AS: Hello? (ANSWERS PHONE) Sitting here talking to your clients. No, (UI) your clients. One of your clients her and...Scott, ah (CHS2) and Wanda (CHS1) are out here. What's going on?...

Transcript at 01:37:46

---