The following is a transcript of a consensually monitored conversation between a confidential human source, who is in a position to testify, and Cletus Maricle which occurred on April 30, 2007:

CM - Cletus Maricle
PM - Phillip Mobley
JUDY - Judy Maricle
CHS - Confidential Human Source
UF - Unknown Female
UI - Unintelligible

---

Transcript at 00:08:48

CM: (UI) What's going on?

CHS: They subpoenaed Wanda to the grand jury.

CM: For when?

CHS: For Wednesday.

CM: Wednesday.

CHS: Wednesday. They want her to be over in London tomorrow at nine a.m. And, son, I just be honest with you, she's tripping.

CM: (LAUGHS) I knew it.

CHS: I mean because, now I want to tell you something there now buddy, she's just, she's shook up. You know, I mean I suppose. They subpoena you?

CM: They're trying to, trying to.

PM: No.

CHS: Well they asked, PVA's Office when they got Wanda down there, they was looking for Freddy Thompson too. Did they, did they subpoena Freddy or is he...?

PM: Oh, I don't know. I haven't hear from Freddy.

CM: He's out of town so. (SIGHS) Well, hell. Really. Careful.

1

PM: He never spent no money in that election (UI).

CHS: What?

PM: Other than what's reported, I mean, he never spent no money.

CM: He didn't have nothing to spend.

PM: He didn't have nothing to spend.

CM: Depending on what they're after.

CHS: Well now, buddy, they got Dobber.

CM: I've heard they (UI) subpoena him, but...

CHS: They've got some, I've heard they got some magistrates, I don't know. I've heard they got Clinton Johnsons and that's what I heard. I don't know who else they did, you hear anybody else they'd a done?

CM: Well, I hadn't heard anything about Clinton.

CHS: Could there be anybody else besides Wanda?

PM: I ain't heard one.

CM: I have heard Wanda.

CHS: Ah, yeah they got her. Son, we come in there, I'll tell you what I done, they scare, wa...I said I was at the Sheriff's Office there, ah, I was, ah, getting copies of my tax bills there. Cause I've got Junior Burns' girl, she's trying to buy that property out there and had to get all that stuff together and, ah, Wanda went back to get a deed, buddy. And they must come in there looking for Freddy and they'd seen Wanda over at city hall a couple times and once I'd seen them come through that door and she said I turned around and she said I flew back towards that deed room and went up to 'em and said Wanda. Then I turned around and said that, she said they rough buddy, I said son, so they, they jerked them badges out. She said now they weren't that bad over at city hall but she said when they come in their place she said now they's rough...she said they weren't nice. She said they was, you know, pretty, pretty straight forward...

CM: What you figure they doing?

CHS: I figure it's election. Why, why, what else would it be? They're down there looking for Freddy and...

2

CM: Well Freddy and Wanda...

PM: ~~I can't even...~~ .. Candidates

CM: ..and, and Clinton and...

CHS: Dobber.

CM: Dobber. Hell Dobber...

CHS: ...that's exactly what it is.

PM: That aspect of it.

CHS: Have they subpoenaed Alman or Wayne?

CM: I'm not talking about that, I'm, not that I know of. Not that I know of.

PM: It'd have to be this last one because I wasn't in one before that.

CHS: Yeah, well see? That's what I don't realize, I mean, you know. You take two thousand and two, you didn't even run in two thousand and two.

CM: Well see I feel (UI)...

CHS: So it would hafta be over.

CM: Well you think they're harrassing people. You've always thought they was after 2000.

CHS: That's what I thought but I don't know now. It kinda makes me wonder. So they never did get a hold of you?

PM: Not yet. They probably will. If you do, you do.

CHS: Oh, they will get a hold of you, cause they...

CM: Yeah.

CHS: ...there ain't no way you can...

CM: That's right.

CHS: I've got, I've got Wanda's stuff out there in the car. Should be up there, she has to be over there if she goes tomorrow to the FBI headquarters at nine a.m. in London. And they got

3

her going to Lexington, Wednesday. And she's already called down there and Brent Calwell, her attorney up in Lexington, tried to get her out of going and the last time he called and had a scheduling conflict and they told, they told him she had to be there this time. They said they weren't no, that it was a different ball game. They wasn't letting her out of going.

CM: Well...shoot.

CHS: She's tore up at Brent, you know, she ain't real mad at him or nothing, you know, but she's just, she's just tore up.

CM: It can't be a good thing.

CHS: I know, I mean...

CM: Who told you they subpoenaed Clinton...

CHS: I think, I, now let me tell you. Donny Thompson was the man who told me that. Now whether he knows that, you know. That's who told me that. Which I, you know, I told him, I said well they subpoenaed Wanda. And ah, he said well look, I said well they were looking for the PVA office, but I believe, Donny, that they were looking to find where people live. I said I don't think they was looking for nobody in there. That's what I figured they was doing, I mean, how do you think I got my (UI), I said. He said well you reckon that's what they was doing? You reckon they might be looking for where or do you think they've got a subpoena for you.

CM: Subpoena for me.

CHS: Well see you know what I've got in my mind? Maybe some of these guys in the police department over at nine one one, they got worried about, cause you got residence addresses up there too, don't you, where you can punch right into a computer. And that's what I figured they was coming up there for, on you for. What did Dobber, I mean, you know it, you know it makes me wonder. I wonder if they got any other election officers.

CM: I was, all I heard was they subpoenaed Dobber and that was through the grapevine. I mean I, I've not talked to Dobber. I don't know that but I, ah, I assume on the basis of what people said he's been subpoenaed. Course they subpoena him it seems like every damn time.

CHS: Yeah.

CM: He, he, he, he, he was subpoenaed on everything, you know it, doesn't that seem right to you?

4

CHS: No it don't.

CM: (CHUCKLES)

CHS: Well now they subpoenaed him on the, on that fire down there, didn't they. And they subpoenaed him on, on...

CM: That's what I'm saying every time you turn around they subpoena Dobber.

PM: Subpoena him up every time you turn around.

CHS: Dobber must be a good witness.

CM: You reckon.

CHS: ~~I might reckon~~ may be (LAUGHTER) And I'll tell you what, son, Wanda, she's...

CM: What time did they come to see Wanda?

CHS: Probably about eleven. That's probably about [around that] what time they down there. I was down there talking to Loretta there in the Sheriff's Office. And I seen Buddy Blare walk by a window and I see (UI) sitting there and I say god dang go, I said there went Buddy ~~Blare~~ [Blair]. I ~~He~~ said is Buddy out there. Loretta said they're probably coming in here. I said well I seen Kevin come ~~run outside~~. I said I walked outside. (LAUGHS) I was going to go to the other side to, why, heck when they come over there and I thought they were talking to Kevin on the outside and Wanda come out there and she said ~~Kevin,~~ [Ken] she said look what they give me and then I said what...

CM: On the subpoena what did they, just for her and...

CHS: I don't know, I got it...

(PAUSE IN CONVERSATION AS CHS WALKS TO CAR FOR THE SUBPOENA AND THEN RETURNS TO THE HOUSE)

CM: (UI)

CHS: Packing some joy there. (LAUGHTER)

CM: ~~He has got a....~~ (UI)

(BRIEF PAUSE - POSSIBLY LOOKING OVER SUBPOENA)

CHS: See the back of that card.

5

(BRIEF PAUSE)

CM: Well, she gonna take a lawyer with her? [handwritten: ask Buddy but about for her]

CHS: What she, I don't believe (UI) did, huh? You know afraid to go without one. I mean, what do you think? You taking one with you?

PM: If I go I will. Absolutely. I'd be afraid not to take...

CM: Afraid not to. You'd be a fool, you know (UI) pages full, get somebody for something and they don't care whether they did it or not. Ah, that's a problem I...

Transcript at 00:18:20

---

Transcript at 00:52:09

CHS: And ah, you know, and ah, the simple facts about it is I, you know, the way I look at it is. You know, if he wants to get there and tell, that's one thing, it can go the other way then. (UI) go one way all the time, did it? I'm gonna go talk to Dobber here in a minute. Think that's a bad move, to go talk to Dobber? [handwritten: Stuff don't does]

CM: I don't know. Yeah, I don't see what (UI) Alright, you know know how well I know him (UI).

CHS: Well I don't know him, but I know him well enough that he's for Dobber. (LAUGHS) I mean, you know, if I don't break it up. There's no question about that. It's aggravating you pretty bad?

PM: Yeah, it's aggravating. Pretty aggravating.

CHS: I'll tell you what, it gets a lot worst.

PM: (UI) a man, you know, trys to do things right all his life. Be one way and get a good reputation and then bring up this underdrag. You see this and you don't know what kind of affect it's gonna have on your reputation, you know there you are. What can you do?

CHS: You know what I say about reputation. Don't believe nothing. Daddy's meant a little bit something, but that's just because people preyed on him. Man's good name's worth a whole lot to him but it ain't worth nothing in a Clay County election. If it would, man, Charles Marcum would have never won as many times as he did some of these other guys. And it's just a matter of fact of how things were set up [handwritten: was]. And if you was in the game, you was in. You wasn't, you wasn't. Now let me tell you, it doesn't matter what

6

you done out here unless something changes now (UI) of this, so I would, you know it's...I think reputation probably matters in a, in a, in a national, I don't know if it matters much in the state election, do you?

PM: I don't know. I really hadn't thought that much about it.

CHS: Well, let me tell you I couldn't, my reputation, buddy, has been, what it is all my life, it's off and on. I'm gonna tell you it's a lot harder to overcome jealously than it is a bad reputation.

PM: It is. Pretty fucking (YAWNS) I'm sorry.

CHS: Cause that a, Cause that's a strong feeling of hate when people gets it for you. Ah, they will do whatever, they don't care.

CM: Probably true.

CHS: So I don't think, buddy, that, so you don't think much to worry about or anything?

CM: I don't know about that, I mean. I, yeah, anytime that you're in court for a, ah, it, you need to be concerned like, sorta like that Joe Conley. Who got arrested and thought, where everything was a, was a hoot. I've been stopped for traffic violations before and I didn't think that was a hoot, do you?

CHS: No, it still ain't no hoot.

CM: Nope, Me neither. Ain't none of it a hoot. No.

PM: Ain't thought about it, that's for sure.

CHS: You know Alman always liked that Johnny, I didn't like. You know, he talked about Johnny Poss up there losing an election on account of the FBI coming to see him. You know, he said Johnny Poss, them guys said he just jerk out them cards and you just don't know what them guys done or said or whatever. And it's the truth, lord because...

CM: What did they say or do, do to Johnny Poss...?

Transcript at 00:56:14

---

Transcript at 01:06:39

CM: (UI) covered like I did. Hell I told him to say nothing (LAUGHS) I mean, he said I know it you can't tell him a damn thing. Ah, (UI) of course I don't know everything. But I

7

told him, not to say nothing about it. That's why I covered it with him.

CHS: What's he going to do? Is he going tomorrow and talk?

CM: Oh no. Hell no.

CHS: (UI).

CM: (UI) I don't even know. I ain't gonna take this. You know where you hafta go and just do what you hafta do. I, they're not God.

(BRIEF PAUSE)

CM: Ah, anyhow.

CHS: Well Wanda's got over there surmise in her mind of what they are going to ask her. She's just...

CM: Wanda didn't handle the money, did she?

CHS: Un uhn.

CM: Phillip didn't have no money.

CHS: Wanda's worried about on, about Dobber saying that she done something on that machine is what she's worried about.

CM: Well, that's his word versus hers. Now Wanda votin might be. One vote and that's all you could say on that new machine. That was, that new machine was disaster. I would openly tell you right up front that the two times I voted on the thing, hell I, I, I'm not computer literate. (UI) you know.

(DOOR OPENS AND UNKNOWN MALE ENTERS - NON PERTINENT CONVERSATION)

CHS: You know what tore me up today. I got worried that they was following me. And let me tell you something they cou...

CM: That what?

CHS: That where they'd been a following me or something. That we pulled in there from the, me and Wanda at that office but I got a thinking about it. That ain't, you know, they've just, well what it is is they've seen her over in city hall two or there times. They just happen to see her and ah...

CM: (UI)

CHS: ...and ah, they probably seen the vehicle sitting out there, you know. Because my vehicle's got KY on the back of it. That's one thing I'll never get again, a daggone personalized plate. And ah...

CM: Well I...

CHS: But Wanda's needs to calm down because I'll tell you why. She's so upset. I think with this moving, buddy's, got her, ah, I mean we was moving and this shit comes up, buddy. I mean you pack all this stuff and do everything you can to lined this out. We thought we had us a new life a going, buddy, and getting out of here and, son, you get shot right in the rump.

CM: Ever since I represented a couple people in federal court back in the late nineteen seventies some I won, some I lost. Every time we turn around everybody, folks over there want to ask you want to know about (UI) want to know about (UI), want to know about now. Yep, I (UI) yeah I got tired of it.

CHS: What can you do about it?

CM: Well what can you do? Yeah, and that's since nineteen that's twenty-seven, twenty-eight, twenty-nine year, twenty-nine years. Every time somebody's going to federal court do you know about me? Do you know about him? Do you know about him? And...

CHS: See, that's the biggest thing. Wanda's just hopes that Dobber ain't co...cohoots with, ah, anybody else, you know. And she worries more about Minny being there, you know, now that Minny was in the last one, Daddy run in, you know and ah. But she's a (UI) and you know what they got right back, now Wanda's got this on her mind. She said well now, she said, you know, what about Kennon how can I tell them. Or should I tell them when they ask me how I got to be election officer. She said I never been there she said. I'd rather been there ten years. If I'd been there ten years she said they'd never say that. She said they're going to say I was there to help Doug and, you know, and, and she said and stuff and that bothers me.

CM: You know once an election officer's chosen, they're chosen by board of election. I mean

CHS: Yeah. Well...

CM: It's hard to get...

CHS: I don't know. Do you think they know the process that well? I mean, huh.

CM: You know I doubt it. I doubt it. I doubt it. Don't say nobody is subpoenaed down there.

9

(UI) nobody knows, ah, (UI) they ~~will~~ *if can* intimidate ya, they ~~can~~ *will* intimidate ya.

CHS: Well like I said it, the only thing that's got Wanda tore up is Dobber and ah, she's tore up over Dobber. Because she thinks, she thinks that Dobber could possibly have did something to help Todd and that's got her tore up.

CM: I think that's unlikely.

CHS: Do you?

CM: I really think Todd's gonna fight it. (UI) if it costs three million dollars she's gonna spend it and she has.

CHS: I've got news for her, she has...

CM: Cause they're honorable people and a year, year and a half ago she found out (UI).

CHS: But you know what? You take Ross Harris, how much money did he get? A lot more than three million dollars? Was that his name Ross Harris? Ross something or other...

CM: The guy that died up here last year?

CHS: Yeah, that got the cancer.

(BRIEF PAUSE)

CM: He is the one related to the chief justice's wife.

CHS: Yeah. (BRIEF PAUSE IN CONVERSATION) I'm gonna give Wanda about ten more minutes then I'll run up there and get her and bring her over here cause I ain't...

CM: Where is she at? Home?

1:14:57 CHS: Yeah, she ain't got TV or nothing over there. We got everything, moved out. I left her with Trey to fool with clothes. Trey...

CM: While there ain't nobody here.

CHS: Huh?

CM: While there ain't nobody here. Tell me about this thing (UI). You don't know anything that happened Saturday, do you?

CHS: ~~Why~~ *No*, what's happened?

10

CM: ~~Jamie~~ called me two weeks ago, Sunday morning, Saturday night three thirty in the morning. Drunker than all (UI) Lindsey was over there and ah, he said she said she had done (UI) shit (UI). I said well you want me to come get her? Yeah I want you to come get her. I want to go back real quick, let me, let me go back a little further. He called here on Saturday night and he talked to Judy. Wanted to know where she had been (UI). I don't ~~now~~ what he said, I wasn't here. So the next morning, Sunday morning, Saturday night he called about three thirty. I answered the phone and, ah, (UI), you know, she doing this, she doing that, she broke a deal and all that. I said well you want me to come get her. Yeah, want to come and get her. I said well, I'd be over there. She called back and said not to come (COUGHS) everything's all right. I said okay, I won't come. About ten minutes later he calls said come get her, come get her. (UI) (COUGHS) Why, you know, (UI) but I thought maybe, after about four, five ~~more~~ calls, she'd call say don't come, he'd call says come get her (COUGHS). I don't mind telling ya I went and got her. It was about four-thirty, five o'clock in the morning (UI) (COUGHS). She was at that point in time pretty straight. Now I ain't saying she got, wasn't drunk tonight. I ain't saying she had always been straight that night. I asked her (UI) where was her car. ~~Do~~ apparently you know where her car was? Well what happened she, when he called all ~~these~~ people, ah, on Saturday morning, his mother didn't know he (UI). And ~~finally~~ she went over there and Lindsey left before she got there and I figured she laid the law down to her. So (UI) I got (UI) she didn't drive the car (UI). So I went and got her, brought her home. ~~Sunday night~~ on her over, see what happened Sunday night. Sunday night she (UI) she went out to Rusty's Sunday night. Monday night she left, she was going over Walmart and somebody jumped ~~other~~ there and (UI) thought it was his ex-wife. No I ain't beat him up Shannon but there's another one.

CHS: Ah, Paige.

CM: (UI) there was another one but jumped on her so she come home, she hasn't been ~~(UI) yet~~ hit. I thought (UI) about three thirty and she can call and I tried to get (UI). (UI) I don't wanna do that, don't wanna hafta press charges and all that stuff. Tuesday he went and bought a new Mercedes. She stayed over there Tuesday night about two thirty, two, about two-thirty Wednesday morning, Tuesday night, she called me and to come get her. And ah, I first said no I ain't coming. And then I said, well, I'll be there. Don't worry I'll be there to get you. A few minutes before I get started up she called me back and told me not to come and so I (UI). (SIGHS) Now, since then I don't know what's happened to her. Lindsey's in the hospital. Ah, she (UI) called Michelle yesterday morning, Michelle Vallance (UI), Michelle (UI)... yeah

CHS: Um uhm.

CM: ...Lindsey was in the hospital. So, I went over there to check her out and find out ~~everything~~ nothing. She won't let the doctors tell me what's wrong with her. Her mom's a mess, I mean (UI) mom's really bad. And I, he said she was using that dust stuff, you spray computers with? Now I don't know what's not, she denies it so, ah, on the Saturday night

put a tube in her (UI)

11

when I went there.

CHS: What do you mean using it?

CM: (UI) they got, they even got stuff that you can spray computers with to get the dust off of them, they use it to get high.

CHS: Oh, I didn't know.

CM: It ain't drugs, it's compressed air that'll kill ya. Guess what, it will kill ya. Now I don't know if she was or not. Ah, I don't know what she's getting, what she done this time. I don't know whether it's drugs she's on, whether she may have done that or if she's actually got something else wrong with her. She won't let the doctors tell us. And ah, I can't figure her out. Jamie's mad though.

CHS: Um uhm.

CM: Is he mean too

CHS: Jamie? He's mean with his mouth. Now a lot of time people say that, you know, guy's mean with his mouth if he gets in the right hands, he'd be mean, you know, other ways. But now I don't see the mean side of Jamie. If I, I bet that's, the way I've seen him talk so bad to women before he's had that you would a thought that they'd a probably rather have been hit right between the eyes.

CM: Well, I'll tell you on Tuesday morning she called me to come and get her and I couldn't make up my mind whether to take a gun or not. Ah, of course I was (UI) but I made up my mind not to take one (STATIC - UI) I didn't want that, I didn't want that. And I, I ain't worried about nothing against him. I mean, but they ain't gonna be anything at all. I didn't like going in there that morning at four thirty, you know, somebody calls and come get your daughter, you don't have, that they're drunk. I didn't like that, I'll be honest with ya, I didn't like that.

CHS: Well I wanna tell ya. It's not a good deal for her or him, either one, probably before...

CM: Not that.

CHS: ...before it's over with. Now I wanna tell you something, it's all well and good if you can find somebody that's got a big old healthy trust fund because it makes your life a hell of a lot easier. But that ain't the end, that ain't everything. And, you know, the way I look at it is Jamie has got plenty of money, but I'm gonna tell you something. If Jamie was real easy to live with he woulda had the one he had the first time or the second time and he wouldn't have been on no number...

12

CM: I know that. (UI) tell you where he's wrong on something. (UI).

CHS: No, that's what kills him probably.

CM: I mean she could care if he had money, she put, I mean she got to like him, she like...

CHS: Well that's a change.

CM: And she probably one of, one of the few that she liked him because she liked him. Because this is (UI) that's just, that's just her, you know, it's no big deal, I never raised them that way.

CHS: Well you, she never had to want for nothing either, I mean, you know it's...

CM: No.

CHS: ...and people ain't really, you know, in, in all reality, you know, she's had it made all her life, basically and then she had some hard spots, I sure you know, but I want to tell you something. Ah, Jamie right there has had it made all his life. But now I'll tell you what, buddy, they called there, they got to calling us, buddy, at, ah, like seven in the morning.

CM: Who was?

CHS: Jamie and Lindsey and they'd call...

CM: They's up all hours of the night, buddy.

CHS: Well they, well let me tell you something, Wanda tell me, she said I know Jamie and Lindsey ain't been to bed when they call at seven o'clock because neither one of them gets up that early.

CM: No. As Wanda told...

CHS: Wanda's sharp, you know, she, and ah, and I think that that's basically, you know, ah, ah, we just got, now let me tell you something we just weren't going to answer the daggone phone (UI) any phone we want to. Answer it every time when Lindsey calls but she want, let me tell you something. You can get where you talk to Jamie like that and if you talk to him three or four times, you're look, you're phone will be ringing at, ah, three in the morning or three thirty in the morning or five in the morning. Because when you get a relationship with him, I bet he calls Cleo that late.

CM: Well, I didn't, I didn't know whether he told Cleo he was dating Linsey or not but if he hasn't, she can come over and put that kind of hurt on him. Why, hell with him that's the way I feel about it (LAUGHS).

13

CHS: Well let me tell you something, now. When I got, ah, years ago, nine or ten years ago, ah, probably about ten years ago I come out of drug rehab. I'd been in about two months, three. And he had a big party over there and I run into him in the bathroom and (BANGING - UI) stuff and (BANGING - UI) I got out of there. Cause I, you know, I was feeling pretty good and I didn't figure that I needed...

CM: Um uhm.

CHS: You know what I'm saying, I mean..

(CONVERSATION INTERRUPTED - NON PERTINENT CONVERSATION)

CM: But I don't know, I, I, geez, I don't know what's wrong with her.

CHS: Well she probably okay, I mean, she may, let me tell you something. That, that's another dangerous thing with Jamie. Because he don't, Jamie's usually pretty tight, he don't spend much money believe it or not, as much what you think. But, on the other hand, if he ever gets loosened up a little bit and somebody wants anything it don't bother him to get it, I mean, you know what I'm saying. He don't have, I mean, Jamie's got plenty of money, now he's not got nothing like his brother's got but. And let me tell you something...

CM: Well, now I don't care how much money he's got (UI) still comfortable to me but he ain't going to do that shit.

CHS: I know, that's right, I mean, I mean that's what I'm saying. But see that's what, that's what you get into. Let me tell you something. Money's a big, a big corrupter. Money's a big spoil, money's a big lie. People can say whatever they want to about it...

MC: Money's a big lie.

CHS: ...cause you, you have, you never have enough and what is enough, you know? You know, how much happier could a guy been if, well for example how happy could a guy been if he never had to ever step his nose into politics. Let me tell you something Phillip's probably went through his mind today. I wish I hadn't run for office. I wished I kept my rump right up here as a, as a family court person.

CM: Um uhm.

CHS: You understand what I'm saying? And that's what you get into because...

CM: I'll tell you I, I come so close last January telling Phillip don't run. I didn't say a word, I didn't, I didn't say do or don't. But I wish now I had said don't. You know I mean, even though it's just the time to start calling (UI) no money. What money we have is all the general fund money, what, what's money for, always want for money. Ah, (UI) PVA

14

(UI) stole (UI).

CHS: You know what (UI) and I'll tell you what really what a lot, a lot of peop...a lot of money comes from these elections which you run every what, six years and then you have competition eight years? Let me tell you something, boy, these funeral homes put up the ~~a lot of~~ money a lot of times (UI). But now on these county tickets...

CM: Well they've got a vested interest.

CHS: They've got a vested interest.

CM: That's right.

CHS: And let me tell you, they don't (UI) right there. And I (UI) out here that when they (UI) that's probably half the money that goes into the pot.

CM: (UI)

CHS: See like that. And see they got to, if, if they can get, get their money, their revenue back like that way but I don't. That's like I told, I, I'm gonna tell you something right there. Todd Roberts. I don't know ~~by the way~~ what he gonna do but I'll tell you one thing I ainn't talk to him since he's been in trouble. But now he come over there to, ah, Barb Joe's store. He said I know Doug White ain't done nothing and ~~he~~ says they're trying to say that he has done something but said I know he ain't done nothing. He said I'm a fightin' 'em. But he never did say tell Doug that or he never did say whatever.

CM: But he knew they would.

CHS: But he knew they would. And that's probably, his lawyer woulda probably killed him if he knowed he come over and said that. But now here's the facts about it.

CM: Yeah. Do you think you could convince me Doug White, ah with any conspiracy to distribute ma...ah drugs. You couldn't convince me of that at all.

CHS: No Daddy ain't, Daddy ain't, Daddy ain't been no druggie.

CM: He may have gotten him some pussy every once in a while but the (UI). Well that's what, and, and (UI) they ~~kick~~ wherever your weaknesses is (UI)

CHS: Well yeah, that's exactly what you get. Well that's just like ~~that mouse~~. See that's what I'm, that's what I'm, I, I hope that, ah, I'll tell you, you know, see here's what dangerous. You take Anthony for example. Anthony gets down there (UI) I mean just (UI) like it is (UI) no one at the book down there it's his last daggone election. Well then you get a guy that will do that, not this time but the time before. Now let me tell you something. Do

15

you understand what I'm saying here? You get a guy like that and who's to know that he ain't had some kind of, ah, issue and, you know, what, what if you get down there and that's what worries Wanda. She just worries about Dobber and she worries about him. But I wanna tell you Wanda worrys about everybody right now.

CM:   (UI)

CHS:  Okay.

(INTERRUPTED BY UNKNOWN FEMALE - NON PERTINENT ABOUT SOMEONE KILLING HIMSELF)

CM:   Oh my god. well

CHS:  I didn't know that.

(UNKNOWN FEMALE RETURNS - NON PERTINENT)

CHS:  Well I'll go get, ah...

CM:   (UI)

~~CM:   Go get Wanda and wait 15-20 minutes till Richie leaves. (UI)~~

CHS:  Ah, well, I'll let you go.

(CHS LEAVES AND WALKS TO THE CAR WITH CLET WITH HIM)

CM:   I'll see you again.

Transcript at 01:32:00