*Final Version*
*Rev. DCR 12/18/09 @ 11:50am*

The following is a transcript of two consensually monitored conversations between two confidential human sources, who are in a position to testify, and Cletus Maricle (first conversation) and Vince Dobber Weaver (second conversation) on April 30, 2007:

*4/30/07 Transcript*

CM - Cletus Maricle
CW - Charles Dobber Weaver
RA - Richie Asher
CHS1 - Confidential Human Source #1
CHS2 - Confidential Human Source #2
JL - Judy Last Name Unknown
RL - Rhonda Last Name Unknown
UF - Unknown Female
UI - Unintelligible

Recording dated April 30, 2007

---

Transcript at 00:34:40

CHS2:   Well they come in down there. I know what, I know who they are. I know what they look like. I've seen 'em before and me and Mike's looking up a deed and they come in, ah, it was Buddy Blair  Oh, let me tell you one about Tim Briggs. He is dating, he's getting divorced.

CM:   Oh, is he?

CHS2:   Um uhm. He is dating a girl that lives up towards the lake. I know her because I went to Cosmotology School with her.

CHS1:   (UI) *What?*

CHS2:   My inlet there.

CHS1:   He's getting, nah he's getting ready to move, though.

~~CHS2:   I'm gonna find out what's going on.~~

~~CHS1:   He's getting ready to move, ain't he?~~

~~CHS2:   He's getting ready to move, yeah.~~

~~CHS1:   He's getting married.~~

~~CM: Who is?~~

CHS2: That's what she says. Tim Briggs.

CM: Didn't know that.

CHS2: She also one who fooled with Jennings when she's in Cosmotology School. Sonya.

CM: Is that right?

CHS2: (LAUGHS) What you think about that now. She's pretty though. I'll give her that.

CM: I would think Jenning's wife would like to know that.

CHS2: Huh?

CM: If I was Jennings White, I would like to know that.

CHS2: Why?

CM: (CHUCKLES).

CHS2: What would ...

CM: What would that do to Tim Briggs' credibility?

RA: Shoots it down.

CM: Destroys him.

CHS2: I ain't telling him. He's told stuff on me. (LAUGHS) I ain't telling him; he's told too much stuff on me.

CHS1: Hey, let me tell you something...

CHS2: It had to be him or Dobber or somebody.

CHS1: He...

CHS2: I think it's Dobber though.

CHS1: He ain't... (UI)

~~CHS2: I've seen Dobber talking to much.~~

CHS1: He ain't, he ain't gonna let (UI) what's going on now (CHS2).

CHS2: Who?

CHS1: Jennings.

CM: I don't know that they talked to anybody. Anybody told his name. It could be, it could be a fishing expedition.

CHS2: Well how would they come and subpoena the people...subpoena the people they're subpoena though, if they ain't talked to anybody?

CHS1: (UI).

CHS2: Did they subpoena Betty Sue? No.

CM: Betty Sue? Oh, Smith.

CHS2: Ah, ah, you know who I'm talking about, Betty Sue Meredith or whatever her name is. I guarantee they ain't subpoenaed Wes Hacker.

CHS1: Let me tell you if they ever find out anything they won't care to subpoena.

CHS2: Huh?

CM: (UI)

Transcript at 00:37:10

---

Transcript at 00:45:56

CM: And you're telling the truth on Tim Briggs.

CHS2: Yeah, I'm gonna call, I'm gonna call her tonight.

CHS1: Well, yeah's, ah, he used...

CHS2: I'm gonna try to find out what they want.

CHS1: ...and I don't know if she fooled with Jennings or not because he, he used to flirt with her.

CHS2: He flirted with her.

CHS1: All over there at the, at the, he may, ah, I'd say he did because he...

CM: But he's definitely getting a divorce.

CHS2:   Yeah he's getting a divorce.

CM:   And go, and he's got her?

CHS2:   Which I'm sure he don't, he don't know that I'm sure, you know, surely he don't.

(SMALL CHILD ENTERS AND BEGINS TALKING IN BACKGROUND WITH MISCELLANEOUS INDIVIDUALS - NON PERTINENT CONVERSATIONS)

RA:   (UI).

CHS2:   He wasn't with them today. You know. That's who served me the subpoena over there at the city hall. Was him. I didn't know that other boy who was with him today.

CHS1:   Briggs wasn't with him?

CHS2:   Un uhn, Buddy Blair was.

CHS1:   Do you know what Briggs looks like well enough to know him?

CHS2:   Yes, I've seen him enough. Yeah.

CM:   You know what I think of Buddy Blair.

CHS2:   Huh?

CM:   You know what I think of Buddy Blair.

CHS2:   He was actually nice today, it's the other one that wasn't. This was a short, ma...man about, he was probably my age about that, you know, shorter, goatee, like a reddish blonde goatee. He was the one that was, had been so rough. Buddy really didn't say nothing. I guess cause he knows us all. He didn't, he didn't have much to say. (SIGHS) Well I don't know what I'm gonna do

CHS1:   FBI agents put in long hours I bet, buddy, that might be the...

Transcript at 00:47:30

---

Transcript at 00:48:30

CHS2: well, yeah he did. He wouldn't even come over and talk to me.

CHS2: That's been, what ~~is at~~ today Monday? That was last Thursday. I pulled him over and ~~told~~ to tell him that Carmen might not be the mayor and he just like, he went I gotta go, I, I gotta go. And I thought, well what's your deal, buddy, ~~he's always~~ you wanting to talk about Carmen.

CM: Is they gonna do ~~anything~~ you about that or is there anybody in a position where they can. That's the question.

Transcript at 00:48:54

Transcript at 00:59:30

CM: And Tim Briggs has got a girlfriend.

CHS2: Yeah.

CM: I think that's the most important thing you know.

CHS2: That he's got a girlfriend?

CM: Most important thing, you know, in the world. Tim Brigg's got a girlfriend.

CHS2: (LAUGHS) Oh yeah ri...well...

CM: (UI).

CHS2: ...can I tell it, can I tell him that tomorrow?

CM: Who whose a good friend of Jennings White. They may have had the same girlfriend. That's the most important thing in the world you know.

CHS2: I tell him that, you know what he's gonna do to me? He's gonna be pissed off.

CM: So? So?

CHS2: He'll come, he'll come...

CM: So.

~~CHS2: ...he'll come...~~

CM: So.

CHS2: He's come down, he's...now he is mean. He talks crap to you, I'll fall apart. I can't, I don't deal well,

you, Cletus, you know me, I don't deal well under pressure.

CM: I thought you a strong, yeah I thought you was a (a) strong person (CHS2).

CHS1: She has been, she has been, I'll tell you what...

CHS2: I'm just beat down right now.

CHS1: ...let me tell you what, he's been train wrecked, they're life's been train wrecked...

CM: Okay, okay, look at it this way. If sex, all they hollered about Dough is sex, sex, sex, sex, right? If sex is their game then their sex they gotta, they gotta go, they gotta a right, they gotta roll with the flow.

(PAUSE IN CONVERSATION)

CHS2: What if I don't, what if, what if that's not true? What if she's lying?

CHS1: Well just, just don't say nothing.

CHS2: Then I, then I've been made an idiot.

CHS1: No just wait and see because let me tell you something.

CM: Who is she?

CHS2: I went to cosmotology school with her up here.

CM: What's her name?

CHS2: She used to work for Shiloh's. Sonya and she was married. I can't remember who she, what her last name was.

CHS1: I'll tell you...

CHS2: Married to a boy out there on ah...

CHS1: She looks just like (CHS2) Wanda only she's a little bit, ah...

CHS2: Skinny.

CHS1: ...skinnier.

/Wanda

CHS2:   Thanks, I needed that one (CHUCKLES).

CHS1:   She's about the closest person that's been a twin to you (~~CHS2~~) then anybody I've ever know.

CHS2:   Yeah she is. She looks better than I do. I'm gonna call her tonight, I swear I am.

CHS1:   Where you gonna get her number?

CHS2:   I've got her number. I'm gonna call.

CM:     You oughta get in bed and get you some rest. That's the best advise anybody give. You don't need to be calling nobody.

CHS2:   I'm gonna call and, and ask her.

CHS1:   Well now don't call her (UI)...

CHS2:   What they wantin'.

RA:     You get to bed and...

CM:     You figure she will?

CHS2:   I'd say she will.

CM:     You figure she knows she'll tell you?

CHS2:   Yeah.

1:02:07 CM: She won't

CHS1:   If she does, he won't be with her long.

CM:     That's right.

RA:     Was you and her...

CHS2:   Am I aggravating you?

CM:     Un uhn. No, I'm just, I'm just telling you like it is, you know, the best I can. You can't lie to 'em. You obey all court orders.

CHS1:   (~~LAUGHS~~) ~~You~~ (UI).

CHS2:   That don't, that ain't good advice for me. (LAUGHS) I'll just be honest with you.

CHS1:   Well, it's always nice for you...

CHS2: I'll end up, I don't know, me and Brent'll get into it in the morning.

Transcript at 01:02:51