*Final Version*
*Approved*
*DCK*
*12/17/09*
*@ 10:25 AM*

The following transcript involves conversations between the following individuals:

BART MORRIS = MORRIS

CLETUS MARICLE = MARICLE

Female Cooperating Witness = FCW

Male Cooperating Witness = CW

Unknown Female = UF

Unintelligible = U/I

*( 5/1/07 –*
*Clips of Maricle*
*& Morris's Trans. )*
*° Gov't Version*

----------------------------------------------------------------

Transcript at 00:12:48

CW:    Hey.

MORRIS:    Hey.

CW:    What's going on, buddy?

MORRIS:    What'd you doing, buddy?

CW:    I didn't see you nowhere out there.  I been by two or three times today.

MORRIS:    I've been up working on that dog gone loader.

CW:    Let me tell Wanda there, she may ...UI...

FCW:    ....U/I....

MORRIS:    I was wanting to see if you could get a hold of ....U/I....

CW:    Why, not much.  ....U/I...., asked a big bunch of questions and stuff about the election stuff.

MORRIS:    Who all did they have up there, you know?

CW:    They had ah, they had ah, Dobber and Phillip I don't think went *(UI)* I think he ended up with an attorney, and ah, Wanda's attorney I guess was there on ~~that old~~ conference. You know, he couldn't make it down because how quick notice it was, and ah, they basically, just.....I

1

don't know who else was there, but now, Dobber I know was there. I know that ..... ah, well, buddy, they said that they said that they subpoenaed ah, ah, Bartley, but they, why would they subpoena .....they wouldn't subpoena Bartley, would they? See Freddie Thompson told me that they subpoenaed him. Did they subpoena Chris?

MORRIS:    No.

CW:    They didn't.

MORRIS:    No. ...UI...

CW:    Well, I told him, I said I didn't hear nothing about it. I said, I talked to Bart to ask him, and he told that they hadn't subpoenaed, you know, told me about it if he had of, I mean, I....

MORRIS:    ...UI...I was over at Bartley's last night never heard a thing.

RUSTLING / WALKING SOUNDS

FCW:    ....U/I.... can't understand what you're saying.

CW:    Okay.

FCW:    Alright.

SOUNDS OF MOVEMENT

MORRIS:    ...UI... why he's gone up to sign a surety bond to get him out of jail right now. So they sure could have got up with him if they wanted.

CW:    Well, how long has he been in?

MORRIS:    ...U/I... I think they went up there and got after ...UI...

CW:    They got Travis today.

MORRIS:    What for?

CW:    DUI.

MORRIS:    They got Chris on some kind of warrant with his girlfriend. I don't know what went on, I don't want to know really. Shit, I don't really know what happened. (Pause) Well, I don't know why they ...UI...

TELEVISION IN BACKGROUND

2

had

CW:   I don't know, I didn't know either, you know.  I went down there and talked to him a little bit, but now, I'll tell you what I did do, ah, I mean, they asked, they asked Wanda about if she'd seen any election fraud, and they asked her if she had been under the directions of any officials had she committed election fraud or, you know, asked her how she got in there as election officer.  Asked her how, you know, why she was there.  Asked her who served with her.  Asked her, ah, if she'd seen any money exchanged in elections.  Asked her if, ah, I'll tell you who, buddy, they're after more than anybody.

MORRIS:      Who?

CW:   Who you think?  Who would you guess?

MORRIS:      I'd say, I don't know, I figured it, already be over with...UI...

CW:   Well it ain't, there still making them go to Lexington, Thursday.  I thought it was today, er, yester....tomorrow, but it's Thursday, but now, buddy, it's ah, I guess, ah......

MORRIS:      Over the election?

CW:   And I'll tell you who it is.....I'll tell you who they're wanting, they're wanting Doug Adams.  I figured where they had subpoenaed Phillip, they were after Cletus, which they probably are after anybody.  You know what I'm saying?  But, now buddy, I tell you what...

PHONE RINGS IN BACKGROUND

CW:   Doug Adams is who I think that they're wanting.

MORRIS:      You might be right, I don't know.

PHONE RINGING

MORRIS:      (MORRIS SPEAKING TO SOMEONE ON THE PHONE)

Transcript at 00:17:40

PAUSE/ TELEVISION IN BACKGROUND

MORRIS:      I figured when they got him, Oscar, they'd got Doug.  You know?

CW:   Well, you know, Oscar may not a, may not a would'a worked with 'em.

MORRIS:      I don't know, now buddy, you might be right

CW:   There was a lot money throwed out there to Oscar.  He throwed $200,000 in a fine, you

3

know. And very few people's got that.....I mean, and you know, and stuff. I mean, I just don't know, you know, they may, but I agree with you, I wouldn't ......

ORRIS: (Interrupting) I think, I, I'm serious now, myself, I think your Dad may end up getting a slap on the hand. They want Todd Roberts is who they want. That's what I heard. They pretty bad want Todd, I think anyway. We don't need that, right?

CW:    No.

MORRIS:    I don't.

CW:    No, let me tell you that's one think you sure don't do with the .....

MORRIS:    You just don't do that, you know how they are. I just told Frank, buddy, I mean, Frank's wanting to, you know, leave it to a lot of people then they down there ...UI... owned land ...UI... buddy. Or I heard they did. Did you?

CW:    Yeah, I've had all kinds of stuff . I heard they was right in business together.

MORRIS:    Well, right over there best buddies together.

CW:    I can't say that they are, you know, or they ain't, but I mean, the way I look at it, Bart, is, I tell you what I think, I think that they're coming after this election stuff is what I think.

MORRIS:    Well, they ain't got nothing. They don't have nothing. If they wanted to get after election should have gone way back. You know what I think?

CW:    Hmm?

MORRIS:    Five or six years ago, the one they laid on the election with ...U/I... They ain't six years ago, you know that?

CW:    They don't get in no hurry, that bunch don't.

MORRIS:    As far as the last two elections, nothing went on, Kennon.

CW:    Well, I'll tell you what, Bart, now, let's just call it like it is. You know, I don't know what they want or what they don't want, but I can say this, is they, they are digging deep for somebody for saying something, and I don't care, I mean, you know, ah, a man, a man can sit there, I can sit here, and I tell you what, I used to think bad things can't happen. I'll tell you what it is, Bart, I've set up there and I watched Daddy say Keenon, I've not done nothing, they ain't gonna get me for nothing, I mean, I'm not worrying about it, and I'll tell you something, about three weeks later, son, they've got him, come a dag gone pee diddle of not getting out. If my sister hadn't went over there and put a hundred thousand dollar bond up for him, and they hadn't

fit it all the ways, you know, to where they've got it at. Let me tell you something, he wouldn't have been out. And let me tell you, he might as well not be out, the only difference is, is he's at home, cause he can't even, you know, I mean, shoot, son, he can't even walk out, I mean he walk out the door and take the trash out, of a 100 foot of that machine, and let me tell you, if he goes to the doctor, he has to call it in ahead of time unless it's a life threatening emergency. You know, and I'll tell you something, Bart, I believe that, here's what I.....you know, and I ain't gonna lie to you, I tell you what I think's happened. I think Vernon and Jennings has went down there and told them everything that has ever went on, and I think that they've told it, and I think they've said stuff about me. I think they've said it about Papaw. I think they've said it about you. I think they've said it about, ah, everybody. I don't think it's just a certain bunch, but I'll tell you what I believe, I believe this, and they can say, well, they got Dennis; I don't think it had nothing to do with them getting Dennis; that may have been a small part of it. But let me tell you something, when Vernon got ready to cooperate, he cooperated. Now, I'm gonna tell you something, Bart, them guys ain't like this. Now, people think you may just walk in there and tell them this and that, now, let me tell you what I hear the way the feds is, buddy, is when they cooperated with them, they cooperate, buddy, they don't, they don't go in there and say well, I'll say something about his right over here, and we'll forget everything, you know what I'm saying? I mean, do you ... I.......what do you know about 'em? Do they work like that, or?

MORRIS:    I don't know now, buddy, I've not messed with them.

CW:    I mean that's what I mean, you know.

MORRIS:    I mean, that business as far as the makeup was, you know.

CW:    You think that Vernon set right there and told what he said about Daddy, you think he wouldn't say something about other people if he got in a pickle?

MORRIS:    I'd say you're right.

CW:    I mean, I don't come, I tell you what, I feel bad about coming down here and sitting here saying that because I don't want to aggravate you, and I know misery loves company, but I swear, Bart, I don't know, buddy, that uh, I, I just feel like, man, lord, how mercy, where's it gonna stop at?    I mean, you know what I'm saying?

MORRIS:    I know what you mean. I like your daddy, don't care, you gotta do something wrong first, now buddy. I'll tell you that.

TELEVISION IN BACKGROUND

Transcript at 00:23:57

CW:    Well, you might be right, I mean, you know, I ....if, you know what though,

is also, bothers me? Well, Bart, you know, I ain't gonna lie to you, I, you know, I've been very minimally other than the last, you know, time or two, been around elections in a long time, you know what I'm saying? But I'm gonna tell you something, people.....when you take somebody like Vernon, saying go down a list of people, and say alright, this person, this person, this person, this person....ah, don't know nothing about them, ah, they don't do this; this person, this person, ah, ah, we talked to this guy to take care of these people, ah, I tell you what when you take guy that can set down and dissect, now let me tell you something, it's a whole different ball game, see, that's what bothers me. And they've got Jennings and Vernon up there together in Leitchfield right now. They moved Jennings from Atlanta to Leitchfield a month ago, he was over in London for a while they said now, you know, from what I hear, he's right up there with Vernon. Now, let me tell you something, they didn't put them up there because they was buddies. They put them up there to sit down and be able to jog each other's memories probably. I don't know that they done that. Maybe they didn't do that. But, it's a funny thing to me that them two guys ah, you know, you know what I'm saying? I mean I don't think they're talking about getting their stories together. I'm just saying that I think them two guys right there, buddy, is, ah, you know.

TELEVISION IN BACKGROUND

CW:    And let me tell you something, Jennings is the ring leader. He's the person that done more than anybody. You know what I'm saying? I mean, what do you think?

MORRIS:    I just don't think they're after the '06, they maybe buddy and I ..UI... They may be beating bushes buddy, I don't know. (TELEVISION PLAYING) I think that drug ring went a lot bigger than what they'd a thought right then, buddy. That was one time...Kennon, it's bullshit like that.

CW:    Yeah, but you know they wouldn't be asking, getting, getting Dobber and Wanda and Phillip Mobley over, over, over Kenny Day stuff like that, I mean, you know...

MORRIS:    No, no not that. I just, you know, I don't know what their idea is, but .....

CW:    Maybe they think that they was something that you know, that all that, I don't know. Maybe they just think that the elections altogether was.....you know, I didn't realize it but they put Sammy Gregory, uh, and uh, and I don't know if he didn't have to go this time, but now, buddy, I reckon they had got the whole Horse Creek bunch there, precinct up there, you know, ah, in May, after the May election. And, and you had Randy Craft up there, they got him and Frog and all them boys, and took 'em over there. And ah...

MORRIS:    Was that the last time?

CW:    That was in May, May before the November. Now, I'll be honest with you, I don't think that November is interesting to 'em as much as the May one. But the November one is interesting them, but now I'll tell you what, I think they're going back all the way to 2002, and

6

I'll tell you what, uh, Wayne Jones told me there a minute ago, he said well, it's hard to remember stuff back, you know, but he said, seems like to me a lot of stuff back then, he said if they go back to 2002, you know, they's a lot of people going to have problems, you know. They can put their hooks in 'em.

MORRIS:    Think they's a little too late, buddy.

CW:    Well, if they don't do something this month, but now, he uh, he, he told me that they waited on ah, Wally McDaniel there on that bank robbery charges until four or five days before the statutes of limitations run out on it. And they sat Peanut Abner down here before they put him in, and they did it on the day or two or the day before or the day of the last day of statute of limitations. That they waited that long before they finally moved on it. So, I don't know if they feel that way in election......I don't know what them guys done, I mean, I know what Wally done. I don't even know what Peanut done, but, you know. I remember stuff in the paper and things, but now you know, evidently, they think they the only statute of limitations stuff, you know.

MORRIS:    You may be right on it. I don't know.

CW:    Dobber went down there talking to Clint Harris and ah, I see 'em there and pulled up and talked to him. Now, Dobber is getting him an attorney is the way it sounded to me, and uh...

MORRIS:    What'd he got ahead and get a lawyer for?

CW:    Well, I mean that's what Freddie said about Phillip, you know, what did he get him an attorney for. But, let me tell you something, I mean, you know, I don't know.

TELEVISION IN BACKGROUND

CW:    I guess a man will know more about it Thursday after he has to go down there.

MORRIS:    Yeah.

CW:    Probably know more than he wants to know, won't he?

MORRIS:    Yeah. Phillip, he and Doug, he knows what to get over this, he's nice and stuff, you know. You know Jennings, you know Jennings has squealed shit on Doug Adams, them two hate each other.

CW:    Well.

MORRIS:    When it comes to something like that, now, it'll be a different story. They'll be thinking, they better be thinking of a different technique then you know.

7

CW:    Well, you see, here's what's you don't know.  You don't who all they subpoenaed.  You don't know....now, let me tell you, a lot of people, they'll get them subpoenas, and, uh, they was to pull up to their house and give 'em one, they'll never tell nobody, see, they'll just go and that's smart on their part to do it that way, you know.

MORRIS:      Yeah.

CW:    But now, see, the only reason that we know that Wanda got one is, she's my wife, she's at the clerk's office.  We know that Phillip got one because they asked where his office was down there, and, you know, the only reason we know Dobber got one because they went right up there to the dag gone highway garage and served it, and you know, if uh, anybody that had served as an election officer in these other precincts, if they'd went to them, and they lived up in the head of Bright Shade somewhere, and they just pulled up and handed 'em one, you know, who would know?

TELEVISION IN BACKGROUND

CW:    I'm going to tell you something.  I was told there was ten or eleven, twelve people going to be down there when I went on the grand jury on Todd, back it was almost a year ago, whenever it was, when we got down there?

MORRIS:      Yeah.

CW:    There was 50-some people (laughing).

Transcript at 00:30:33

CW:    Papaw down here yesterday?  I thought I'd seen him.

MORRIS:      No, he went to Harrodsburg yesterday (talking about Stanley Bowling).

CW:    Did he?

MORRIS:      I seen him yesterday morning when he was going down there.  I ain't seen him ...UI...

CW:    They were going down there?

MORRIS:      They was going to look at another horse or something.  He's in the horse business, now buddy.  Sarah bought a couple of horses.

CW:    What kind?

8

MORRIS:    Some kind of just old riding horse. He's always been a horse trader. They may not be, they bought one and they was gonna look at another, something, at Sara's Mom and Dad's house somewhere.

CW:    He was at, he was at the stock sale today.

MORRIS:    Yeah, supposed to be back today, or this morning, see.

Transcript at 00:31:20

CW:    Yeah, he said, he seen Wanda come out of the FBI headquarters over there.

MORRIS:    Did he?

CW:    Which, I mean, I ain't not trying to hide from nobody, I mean, you know. I told you before I had to go. I mean, you know, what can you do?

TELEVISION IN BACKGROUND

MORRIS:    Eh, I don't know how take that.

TELEVISION IN BACKGROUND

CW:    I tell you who scares me. You'll think I'm crazy. Stanley is who that scares me.

MORRIS:    Who?

CW:    Papaw. That's who scares me.

MORRIS:    Ah... (Pause) He ain't talked to 'em buddy.

CW:    You know, he ain't never talked to 'em?

MORRIS:    ...UI... you know, he sent his lawyer down, I don't know when, but he did. I think Stephen, they asked Stephen if he knowed anything. He said, no, I think that was all of it though.

PAUSE IN CONVERSATION; TELEVISION IN BACKGROUND

CW:    Well, maybe not, I mean, I don't know. Stanley's, I just ain't seen him. I mean, I'll be honest with you, buddy, last two times I seen Stanley, buddy, uh...

MORRIS:    (Interrupting) Buddy, I tell you that City is got him mad. He's foul...

9

CW:   Well, he got his mind messed up or something after it. I tell you what he does, son, uh, Wanda seen him down here at, uh, right after Christmas or a little bit after it, son. She said, he flew from her. She said, I mean, he got in his vehicle and, said he, said he, stuck his mouth out like he was mad, and said he, flew out of there, and, ah, then I seen him a couple of times, and he'd go. Like, like don't, don't stop or something, you know, is way he looked to me, you know. Because I was up there working behind, that was like in January and February, I'd go ... what's going on? You know, like it was the awfullest sight, you ever seen in your life, like. I don't know, I guess he's alright. I mean, I just hope, hope his health is okay.

SOUNDS OF MOVEMENT

MORRIS:    Aw yeah. He looks a lot better, I mean, you know. Talk to Cletus yesterday?

CW:    Yeah.

MORRIS:    What'd he say?

CW:    Buddy, he's starting to get mad.

MORRIS:    ...UI...

CW:    Yeah, they don't know what it means to these people, said they don't have no, he said I worry in the direction our government is going, you know. (Laughs)

MORRIS:    ....U/I....

CW:    Yeah, I got news for him, it don't do no good because, let me tell you, it don't matter how, and, uh, he's a big man here, and I think the world of him, me and him's friends, but I tell you what, if they find anything on him, if he thinks they give a doggone, buddies, to do something, he's crazy. Now they, they bring down people, buddy, big, big people.

MORRIS:    That's who they want, that's it right there, officers, power players. They use somebody like me and you to Mickey Mouse up there.

CW:    Well, you know, I'll be honest with you, Bart, I probably done less in my life, you know, I mean especially when it comes to anything to do with politics, I've done less than about anybody. All I've done is, is been fed bs and put in a dog gone corner like a mushroom. I mean, you know, everybody tell me whatever, and then you know, do, and do whatever, and you know, I mean, I ain't lying to you; I mean, you know what I'm saying?

MORRIS:    I know buddy.

CW:    And you know, and uh, and I, you know, you look at it just like it is, and you start looking back, why, this just like this mayor's race right here. Well, buddy, that bunch on that

10

other side did more than anybody in the world. I mean, they went wide open. And we did nothing, you know, to compare with anything they done. I mean, I ain't saying I didn't do anything, but ......

MORRIS:    Hell, nobody, everybody's afraid and they wasn't a bit afraid.

CW:   No, they wasn't a bit afraid, and they went wide open. (Pause; Television in background) Darnell, right there, he can say whatever about one or two o'clock that day, he, he, he got sideways. Now, they said, oh, Darnell's out of town, he, that's bull crap. Let me tell you what Darnell did. Darnell didn't want nobody to know everything he was doing, you can go down there and look, and you can just about count them up where he laid his coins. And I don't expect nothing no different out of him. I like Darnell. Me and him's friends. I think, he'd help you or he'd help me if he could, but I got news for you, buddy, Darnell right there, he's uh, Darnell got a lot of votes Daddy never got, you know, they wouldn't no way to, you know, but I think he thought he was in bad trouble there at the last and did whatever he could, you know what I'm saying? They come a hair of beating Darnell, didn't they?

MORRIS:    Yes, that was about all he was doing. It was all about ...UI... I don't know he got the last five votes.

CW:   I don't either, but he was number five, and when you go from number one to number five and ah, and then you, not, not that many votes in between, uh, the bottom three. Is that Wanda back?

Transcript at 00:36:42

Morris:    I guess that's her I can't see.

CW:   I think looking in mirror.

PAUSE IN CONVERSATION; TELEVISION IN BACKGROUND

MORRIS:    ...UI...

FCW: ...UI...

DOOR CLOSING; TELEVISION IN BACKGROUND

FCW:   Travis got took to jail for D.U.I.

MORRIS:    Chris got arrested too.

FCW: Did he? Is he back?

11

MORRIS:      Yeah.

FCW: Is he revved up?

MORRIS:      I don't what happened?

FCW: The O.C., they had a roadblock.

CW:   I bet that is where they got them all at then, huh.

MORRIS:      I don't know.

FCW: He ain't here?

MORRIS:      ...UI...

CW:   Well.

FCW: Hey, that's the way it's supposed to be.  I'm going to go ...UI...

CW:   How much they wanting to get him out?

FCW: I don't know.

CW:   He don't need out today.

FCW: But he ain't wanting to have nothing to do with me right now.  I'm just so mad.

CW:   Well, you can't .... a man can't worry about _them_ cause.  I tell you what, we can't scrape up enough money to get our own selves out (laughing).  If we get put in.

MORRIS:      (Laughs)

FCW: Well, ...UI... I went up to Crawfish and Greg, Gregory Branch want nothing to do with me.  I run into O.C. Tracy right now.  I'm not kidding.  It wouldn't do me to run into her.

MORRIS:      Who's that?

FCW: Tracy Cottingham.  That one sell oxycycontin to these youngun's left and right.  That's who brought Travis's car back down there.  It wouldn't do for me to run into her now.

CW:   Let the police get her.

MORRIS:      They won't be long, now will they?

12

Transcript at 00:38:26

_all_

FCW:  Well, I'll tell piece of my mind. If I run up on her.  She flies from me.  Said, whatever
        you
do don't let Wanda, I don't know her, I ain't never laid eyes on her.  Whatever you do, don't let
Wanda know that I was the one that brought his car back down here.  (Pause) Well, my meeting
today, it wasn't that bad.  I done freaked out over nothing.

MORRIS:       Yeah, that's what Kennon said.
        _you Know_      _i's_
FCW:  Cletus wanting us to come up there.

CW:  Hmm.

MORRIS:       I'd say they just, I don't believe that they ain't got, I don't even know what
they've got

FCW:  I don't either.  They asked me ten questions at the most.  I think they're just fishing.

MORRIS:       They'll get a few more of these precincts than they asked you about, you know,
so...

FCW:  Yep.

MORRIS:       They wanted election stuff, they ain't to do with these last few elections, they
wouldn't look at nobody.

FCW:  Right.  Right.

MORRIS:       Cause, I mean, everybody was scared to death, ain't nobody done nothing, and
they know that.

FCW:  I figure it's stuff Jennings and Vernon told.

MORRIS:       It might be over something ...UI...  You may be right, if it's over something like
that ...UI...superman

FCW:  They asked me questions about him, son.

CW:  Doug?

FCW:  I said yes and no.  I said, I ain't know what they did, I'm not on that side.

CW:  Boys, I tell you, I don't worry about it, I...

13

FCW: (Interrupting) He's always been against us, you know. I told them that.

CW: The only thing that ever worries me would be Stacy, because, see, I heard that she has been working for UNITE.

FCW: They said she had. Their not stupid, the FBI ...UI...

MORRIS: ...UI...

CW: I'll tell you what they done, they put that on the internet on Big Stacy and gosh a mighty.

MORRIS: What did they put on there?

CW: They put on there that she had been working UNITE.

FCW: (At same time as CW) ...UI...

CW: Said I tell you what she done, she got on there and tell you what she didn't ..... what she didn't rip them people, buddy, I'm telling...

MORRIS: They better watch.

FCW: She did. Buddy, she got on there and defended herself.

MORRIS: Did she?

CW: You think she's solid Bart?

MORRIS: I would think so, you know, but I don't know.

CW: Right.

TELEVISION IN BACKGROUND

MORRIS: Hell, she killed what, 2 men?

FCW: Sally told me that. Sure enough, has she?

MORRIS: Who Stacy? Hell yeah.

FCW: She sure enough did?

MORRIS: Let me tell you something now, you better not mess her.

14

FCW:  Is she mean?  She acts like she ain't.

MORRIS:     She is.  Believe me, I know.

FCW:  She ain't gonna have no reason not to be nice to me.

MORRIS:     She is...UI...

FCW:  I mean, she's always been nice to me is what I'm saying.

MORRIS:     She is bad. (At same time as FCW)  ...UI...

FCW:  She ...UI...

CW:   Let's go up Cletus' before it gets too dag gone late.  I tell you what, this, this is getting old,
ever trying to get our clothes together and get back over to London and don't stay.  Got strung, I tell you what, where are we.

MORRIS:     Hell, getting moved.  Man don't know how much he's got to start moving.

CW:   No, they don't.

Transcript at 00:41:30

FCW:  I have to go through Kennon's shit enough, they not ask me none, they ain't ask me nothing ...UI...

NON-PERTINENT CONVERSATION/SOUNDS OF MOVEMENT

CW:   ...UI... didn't you?

LAUGHTER

FCW:  I said, you have to go out of town.  He said, ...UI...

MORRIS:     ...UI...

FCW:  You know?

SOUND OF TELEVISION

MORRIS:     That may be who they're looking into, cause I, I don't helping none of this election.

15

FCW: Nuh uh.

CW:   Let me tell you what they are, Bart.

MORRIS:     Huh?  I mean seriously.

FCW: I didn't have nothing to do with ...UI...

CW:   I'm going to tell you what they are, they are not going to let Clay County operate like it's operated for the last fifty years.

FCW: You know what I say...

MORRIS:     Let me tell you...

FCW: Let him get 'em.  That's why I'm answering.

SOUNDS OF MOVEMENT

MORRIS: Politics is politics.  It don't matter if it's in Clay County, Laurel County or where ever. Politics is the way it's been always.  I mean, look at politics in ...UI... right now.  You know, if they want to get people, all they have to do is go to the White House and start arresting.

FCW:  Ain't that the truth.

MORRIS: I mean, look what they're doing up there.  You know what I'm saying?  They get what, I just don't see it ever changing.  I may, I always say it, now you heard me say it a million times, Doug Adams, that's too much power for one man to have.

CW:   ...UI...

MORRIS: Doug and Jennings was a power struggle.  He and Jennings wasn't nothing but a power struggle.

FCW:  (At same time as CW)  There's no way.

CW:   Jennings never had power like Doug's got.

MORRIS:     No sir, Jennings White never did have that.

CW:   He never had it.  He had, he never, let me tell you what, he, he was the strongest man in Clay County at one time, but I'll tell you what, Doug Adams right now is probably twice or three times stronger than Jennings

16

FCW:  Let me tell you...

MORRIS:    He wanted to control it all.

FCW:  Never lost in Garrard County.

MORRIS:    That's what I'm saying, he wanted to control it all.

FCW:  (At same time as CW) ...UI...

CW:    He got it all right ...UI... and, let me tell you something, there ain't nobody around here, they ain't gonna beat, let me tell you what, he's got, he's got the sheriff's department...

FCW: ~~Kennon, he has to have half~~ the city.    (uɪ)

CW:    He got the city because, Wanda, let me tell you, there's no way that they beat daddy, did what they did down here, if he had not been, if he had, let me tell you, they, they swapped off...

FCW:  Kennon's convinced that Darnell was with them.  I ain't sure.

CW:    (Interrupting)  Darnell, Darnell was, was Darnell.  He went both ways and he dilly dallyed and, uh, you look, you look at them down there at the election officer right now, Darnell and David Hensley.

SOUNDS OF MOVEMENT AND TELEVISION

MORRIS:  If Doug Adams wasn't to have no power ...UI...  Doug Adams wasn't too powerful, Doug White would still be the mayor now.

FCW:  What did the FBI do?

MORRIS:  ....U/I....

SOUNDS OF MOVEMENT

MORRIS:    They know what you do, they know what you had to do to pull 'em out.

SOUNDS OF MOVEMENT

MORRIS:    If it wasn't at the last...

FCW:  I think so too.

MORRIS:        ...he'd still be the mayor today.  Let me tell you...

FCW:  You know what...

MORRIS:        They drug him down, they put all ~~x~~. *bunch of papers*                    ✓

FCW:  (Interrupting)  You know what pisses me off?                    ✓

~~MORRIS:        ...bunch of papers.~~

FCW:  Listen here, this is what pisses me off.  You know that Wayne Jones, come in there and they just let me (Sounds of Movement) ...UI...  They let me go right on because he didn't call nothing for them, did they?

MORRIS:        ...UI...

FCW:  But when it come November, guess what happened?  (Sound of television)  Do you think that was right?

MORRIS:  No.  Like you (Sound of door closing) ...UI...  I told you, don't, remember what I told you?

FCW:  Yeah, I do, I mean, I do.  I did tell you, didn't I?

MORRIS:        Yeah.  (Sound of Television) ...UI...

Transcript at 00:44:46

-------------------------------------------------------------------------------------------

Transcript at 00:45:27

MORRIS:        I'd say they're trying to see if old Doug had anything to do with these elections.

CW:   I tell you waht buddy...

MORRIS:        I'll tell you who's probably behind it, every bit of ...UI...

FCW:  Vernon?  Ed Jordan?

MORRIS:        Ed got spoiled over there ...UI...

FCW:  How?  He ain't never went to jail yet.

18

MORRIS:     Let me tell you what it is, that, what's that, his cousin, first cousin, which one is it?

CW:   That's what Ed says.

FCW: That's what they say, but I don't know if it's true or not.

MORRIS:     Yeah.

FCW: It is?

MORRIS:     He's got ...UI... I bet you money, now, that's where all that's come from. ~~You're~~ what's illegal when you go down right up there and give ninety percent of yours.     (UI)  ✓

FCW:  Would he do that you reckon?  You think Ed Jordan will be there?

MORRIS:     I don't know, but I'd say...

FCW:  Oh, you're talking about what they'll ask me?

MORRIS:     It'll be about...

FCW:  Doug Adams?

MORRIS:     Yeah.  He has been.

CW:   I tell you what, I wouldn't want to be in his shoes.

FCW:  I wouldn't either, buddy.

MORRIS:     I wouldn't either.  I wouldn't either.

FCW:  See, I've got to work through it with Doug, with my Daugh.  Didn't ask me one question about him.

CW:   No, because you know why? Whatever they done on him, they done.

FCW: Yeah.  They asked me if I'd ever seen any money change hands.  I said yeah.  I ain't gonna lie, I saw something, said, yeah.  They said, who?  I said, Jennings White and Vernon Hacker.

MORRIS:     (Laughs) You honestly said that?

FCW: You think I didn't?

19

MORRIS:    I, I hope not.

FCW:  Well, I have, I do, this election.  They didn't say this election, they said any election.

MORRIS:    Oh.

CW:    Jennings and Vernon's the one that's fooled with Wanda, buddy.  Johnny Wheels is out here, buddy.

MORRIS: ....U/I....

CW:  Fellas, I'll see you later.

Transcript at 00:47:20

-----------------------------------------------------------------------------------------------------

Transcript at 00:55:25

MARICLE: ...UI...  What have you been doing today?

CW:    Shew, buddy, we've been running around.  Wanda went to her appointment there.

MARICLE: Did she?  It go all right?

CW:  Well, she, she's better, she was good when she woke up this morning, but now, after she got out, better than what she was.

CHILD INTERRUPTING; TALKING OVER TOP OF CW.

Blake: Papaw I'm turning the water on

MARICLE:    Well, that's alright Blake.  Don't get it all over everything out there.

CW:    Kept her, they kept her, I think less than an hour.  (Pause) They asked her just basic questions.  Dobber was there right after she was.

MARICLE:  Who was?

CW:  Dobber.

MARICLE:  Dobber.  So, that was the only two that was there?

CW:  That we know of.  He was there, you know, after she left.  Which, I didn't go over there

20

with her. I was afraid they would subpoena me right there on spot.

MARICLE: You don't need to go up there.

CW: And ah, I don't know they, they asked her if there was any voting irregularities on the machine. They asked her, uh, see now, they asked her how she become election officer, through how, what, you know, how she come to be there. They asked her if she seen any money exchanged. Know what she told 'em?

MARICLE: What?

CW: She said , yes, said, I used to see Vernon and Jennings White do it. She said, they never even wrote that down. She said, when she said that they just took them pads, and said when she said that, they laid them right back down.

MARICLE:  Ah, lord.

CW: She's mad at 'em, I mean you know, she. You know who they're, who they're wanting, don't you?

MARICLE: Who's that?

CW: Buddy, I don't know if I ought to say that, okay. Doug Adams.

MARICLE: Doug?

CW: Yes, sir, son. They concentrate on him more than anybody.

MARICLE:  Asked a lot about him?

CW:  Um hm.

MARICLE:  Did they ask her about me?

CW:  Buddy, I don't think they did. I, they may have mentioned your name along with a bunch of other elected officials, you know, but they didn't concentrate. But now they hammered, they hammered on Doug. Asked her, if uh, if under the direction of any officials had she been directed to commit voter fraud. Asked her if she had, uh, observed any irregularities on the machine and they asked her about, uh, if she seen any politicians buy votes. And, ah, asked her if she knew any voter fraud. She told them she knowed of rumors. You know, that she had heard rumors but she didn't know of any for sure. (Pause)

MARICLE:  I'm sort of surprised they asked her about Doug.

21

CW:    Well, you know, it surprised me that they asked about Doug, but you know, they're asking Doug Adams. Now, why do you think that is?

BACKGROUND NOISES

MARICLE:    Blake don't honey. Well, really, if they're interested in him, I guess you'd have to say he probably is a most powerful man in the county. (Pause) With being republicans in there, him being a republican.

CW:    Asked her how she learned to operate the machine and she tell them that she went through a training.

Blake: Papaw look I got my hair wet.

MARICLE:    Um hm.

CW:    Asked who the other elections officers worked with her that served. And she might have messed, thought her, she told them Dobber. She didn't say, I don't think, I don't know whether she the man Anthony and Lucy served down there with her. She just said her and Dobber.

SOUND OF DOOR CLOSING

MARICLE:    Well, you know...

CW:    They asked her about Phillip, asked her if, uh, Doug Adams supported him.

Blake: Getting my hair wet.

CHILD TALKING OVER TOP OF CW

MARICLE:    Did Doug Adams support Phillip?

CW:    Wanda told them, said, you'll have, said, I don't know. She said, you'll have to ask, ask him. You know, ask one of them. Said, I don't know whether he did.

Transcript at 01:01:23

-----------------------------------------------------------------------------------------

Transcript at 01:02:28

MARICLE:    I feel Doug voted for Phillip. But, you know, I'm sure Doug voted for PVA's, shoot buddy, I mean, you know.

22

CW:    Probably more than anybody, the PVA's...

MARICLE:    Probably the 2 candidates running, I mean, that's probably.

SOUND OF DOOR CLOSING/CHILD MAKING NOISES

MARICLE:  Now, I've thought and thought. Phillip ran a straight race. I mean, he really did. He really didn't have to buy no votes. I'd say that money from people...

CHILD SCREAMING

MARICLE:    Money was probably spent somewhere. Well, I figured Crawdad's spent.

CW:    I figured Johnny Dean put some up for Kevin.

MARICLE:    Yeah.

CHILD SCREAMING

MARICLE:    Some of those magistrates. But I'd say last years election was the cleanest election been in this county is a long, long time, because everybody was scared.

CW:    I think the biggest problem that they had on anything and it was a problem not just in Clay County, it's a problem everywhere, is the machines. I think she had a lot of confusion on the new machines.

MARICLE:    Oh yeah, no question. I mean, you know, I'm computer illiterate and anything the county does, I mean to me. I, uh, I've been, I got a list of things to do I need to do top thing on there learn to use the computer by the end of my nineteen years. (Laughs) It's nineteen years.

Transcript at 01:05:00

-----------------------------------------------------------------------------------------------

Transcript at 01:13:55

CW:    Yeah, that's.....I'm right there beside it's Twin Oaks. Got a good location, I'm just ah, hoping......I tell you what now, buddy, that, that is what bothers me about Wanda getting a subpoena, which I'm hoping that they will let her out of having to go up there, but now Brent don't think there's going to be much hope in that. He thinks they're going to keep her up there and make her go. I figure after talking to her today.......

MARICLE:    Now, you talking after today or before today?

23

CW:    He thought it before, and I think he thinks that now.

MARICLE:    They didn't tell her not to come or anything.

CW:    No. No, to make sure she comes. But they never, you know, Wanda said just the questions they asked her. Son, I tell you what, Wanda was in a mess last night, son.

MARICLE:    I knowed she'd was.  (CHILD MAKING NOISES OVER MARICLE TALKING)

CW:  Let me tell you something.  What can you do?

MARICLE:    Isn't nothing you can do one way or other (CHILD MAKING NOISES OVER MARICLE TALKING)

CHILD TALKING

CW:    Okay, she's at home, I will (talking to child).  But I think that to me that ah, you know, what I've really seen out of this thing is that they, that they are hard core.  I mean, it doesn't matter....you know, I would have figured that I would have got subpoenaed before Wanda would.  Wouldn't you figured that?

1:15:40    MARICLE:    ~~That~~ They done subpoenaed you once.

CW:  Yeah.

Transcript at 01:15:44
-----------------------------------------------------------------------------------------------------

Transcript at 01:22:00

CW:    You know, honestly, over there, I thought they's really going to hit Wanda hard, and do more than what they done, I don't know.  Which they may have just been priming her up for the grand jury, might'nt they?

MARICLE:  Who was there?

CW:    Tim Briggs and ah, Buddy Blair, and, uh, that other guy that runs with 'em.  I'm forgetting his name, he's the one that's, I'll tell you he is a Pace, maybe.  Greg Pace, I think is his name.  Wanda was ten minutes late on 'em this morning, buddy.  She got messed up there, didn't know how to get there, didn't know where County Road was.

MARICLE:    They probably figured she wasn't coming.

CW:  She probably would have been just as well.  Phillip never went, did he?  (Pause)  Phillip calmed down any?  Is he a little bit better?

MARICLE:    Yeah, he's pretty calm now.  You know anybody else that got subpoenaed?

CW:    Other than Dobber, I've not been able to find out now.  They told me... Freddy Thompson told me today that they had subpoenaed Bart's boy.  I went down there, and they said no.  Bart and Deb said they hadn't subpoenaed him.  Oh, I tell you who was over there when we come out of there that Wanda said was over there, but he wasn't at the FBI headquarters, but he was in the parking lot down the street a little bit there was Stanley Bowling, across from stock sales.

MARICLE: Well, that's pretty far down the street then.

CW: Well, it's probably a half mile.  Which Wayne said he was at the stock sales, said he was looking at horses.

Transcript at 01:24:30

-------------------------------------------------------------------------------------

Transcript at 01:26:30

MARICLE:    Are you any better tonight?

FCW:  Huh?  Yeah, yeah, it wasn't nothing.  I've been aggravated all night.  They put Travis in jail at 2:00.

CW:    Today?

FCW:  Yeah, he's out now.  He said he took all the tests, though, said, I wasn't, I didn't do nothing.  I said, follow the tests this times. ...UI...He said he's going to Tennessee once this is done, he's moving, I don't know. ...UI...

Transcript at 01:26:45

-------------------------------------------------------------------------------------

Transcript at 1:32:25

FCW:  Um, now the, the, I'm filling out that application tomorrow.  Tracey's printing it off on the on computer.

MARICLE:    Okay.

FCW:  But, I don't have enough career points to ...UI...

CW:    (Interrupting)  Lindsey's supposed to print it off for you?

FCW:  ...Lindsey's going to print it off for me, and I'm going to go over tonight and look and tell them to put the stuff in by the fifth.

MARICLE:    Okay.

FCW:  I looked it up and you don't have to.  You can have college degree or you can have experience to make some college.  You see what I'm saying?

MARICLE:    Right, right, okay.

FCW:  So, I have that.

MARICLE:    Okay.

FCW:  So I'm covered on that.  As soon as she prints it out for me, I will fill it out.

CW:  She printing it out for you right now?

FCW:  No.  She don't feel good.

CW:  Okay.


FCW:  Chris, they put Bart's Chris in jail the nineteenth.

Transcript at 01:33:16

---------------------------------------------------------------------------------------------

Transcript at 1:35:40

MARICLE:  How long did you stay over there today?

FCW:  About 35 minutes, asked me about 20 questions.  They wasn't hateful today like they was yesterday.  Seems like they was wanting to rush me out of there though.  I thought that was rude.

CW:  Well, you know, probably had...

FCW:  (Interrupting)

CW AND FCW TALKING AT SAME TIME

FCW:  And uh...

CW:  Untelling who they had coming in there.

FCW:  They was concentrating on Doug Adams.

MARICLE:    Was they?

CW:    They asked you....

PHONE RINGING

MARICLE:    They ask you anything about me?

FCW:  Huh uh.

CW:  Didn't even mention his name?

1:36:2c| FCW: (Wanda Answering phone; non-pertinent conversation)

FCW:  Did they ask about you?  No.  They asked me ......

CW: They asked about different political people.  Who'd they ask you about?

FCW:  Yeah.  They asked me about Barb.

MARICLE: Barb?                              *Knew the answer to that*

FCW: (Laughing) Yeah.  I told her too.  They asked me about, uh, Dobber.  They asked me, Well, I don't know if they didn't ask me about Dobber.  They asked me who served with me, you know they ~~had to ask me that.~~  I said Dobber.  They asked me any, uh, how did I become an election officer, and I said well, I was appointed, and then the election commission, you know, selected me.  Said, I was appointed, you know.  They asked me a little about that, and then they asked me, uh, I wasn't going to lie to them.  They said have you ever seen money exchanged.  I said, yeah (laughing).  He said, who, and I said, Jennings and Vernon (laughing).  They weren't real interested in that.  I don't know why do you?  I should have went up and ask them.  They asked me a question about Doug Adams.  Which, I mean, I told them the truth, I said, you know, he's always been against us.  You know, he's always been against Kennon and, against Doug, and, I mean, that ain't no, that ain't no big secret, then they had to know.  Anything they asked you, you know that they know answer to it.

CW: Didn't they ask you, what did they ask you about Phillip?

FCW:     They asked me if Doug Adams supported Phillip Mobley.  I said , well, you'll have to ask them that, I can't, I don't know that. *and won*

MARICLE:     That's getting pretty bad.  I mean, Doug Adams has just, in elections, that, somebody has thought that I was against him and I was actually for him.  I mean, people come up.....if they don't get as many votes as they think they ought to get in a particular place then the world was against them.  Uh, I, I seen one or two people, now I never did it this way, I mean, when it was over it was over, but, uh, I remember a couple of people that won handily that were really upset that they didn't get as many votes in a precinct that they thought they ought to have got.  They carried it but, damn, geez, there's just sometimes people just ain't ~~for you.~~ *( u I )*

FCW: That's right.  That's right.  But how would they know, you know, if Doug Adams was for Phillip?

MARICLE:  That's right.

FCW:  I mean I don't know where that was going, but, I said...

MARICLE:     That's all they asked about Phillip?

FCW:  Yeah, that's all they ask about him.  I said, well ain't he coming, he's coming next, you can ask him.  They said, no, he won't be showing up today.  So that was the end of that, and, uh, let's see they ask me something else...  I mean, they didn't ask me about ten things.

MARICLE:     Bet they which, they already, already knew the answers.

FCW: Yeah.

CW: (Interrupting)  They try to catch *me* you in a lie?

1:39:53  FCW:  They ask me something that I said I don't know.  And they, kinda bounced around *them* a little bit, I don't know.  Todd Roberts' name got brought up.  Very first question they asked me.  You know they ask ~~you~~, well, I mean, not, the very first question, but they ask you your name, they ask you where you live, I mean, they did all that.  Oh I know what they asked me, they asked me if, uh, Doug Adams used any influence to get Mike Bishop in as chief.  I don't know, you know.  ~~You know.~~  *I dint know*

CW:  Well.

1:40:39  FCW:  ~~I don't know~~ other than that, it was just...

MARICLE:     They, they just plain old, shit out of Carmen and them damn people.

FCW: You think that's where it's coming from or you think it's coming from...

MARICLE: (Interrupting)    Well, why else?

FCW: (Interrupting) ...Sue Jones and Ed Jordon and Urshell?

MARICLE:  Well, that might be part of it, but on that thing about questioning about Mike Bishop, was for one reason and one reason only.....

FCW: Because of Carmen wrote down all that stuff?

MARICLE:  That's all.  Because of Carmen.

FCW:  You don't think Carmen ain't supporting Mike Bishop?

MARICLE Carmen ain't for Mike Bishop

FCW:  She, who would she be for?

MARICLE:    She's Mike Bishop...

FCW:  Lonnie maybe.  I don't, Jeff Culver.  Shoot, where my head at?

CW:  I'm gonna tell you...

MARICLE:  (Interrupting)  ....She ain't for Mike Bishop, I can tell you that.

FCW:  You think?

MARICLE:  I don't think she's for Mike Bishop at all.

FCW:  Why, I don't, I don't know.......

MARICLE:  Do you Kennon?

CW:  I think she wasn't, but I tell you what I think now or I think Mike and them guys, I think Doug and Mike, that bunch has worked it out for her.

MARICLE:  (talking at same time CW was talking, U/I)

FCW:  Well, I always thought she was for him, ....U/I.... (continuing to talk at same time CW is talking - U/I).

CW:  She wasn't but I'm going to tell you what I have found out.  I have found out since this election's over that Doug and Mike Bishop give a lot of chin music to both sides, and then in the end, they ended up being probably more for her than they was for us, now.  You know what I'm

29

*I mean, that was my*

saying?

MARICLE:    Yeah.  The only thing they asked about Philip was whether or not Doug?

FCW: That's the last thing they asked me.  That was the very last thing they asked me.  Well, I kind a, I got to figuring on it, that, that it's, coming from Sue and Urshell, ~~I got to~~ figuring on it. ~~I mean, that was my take on it.~~

MARICLE:  That, that, that could be.    *Dobber*

FCW:  (Interrupting)  Everybody else was saying, you know, Vernon and Jennings and Todd and all this......I don't think, I ......

*p.42:39*

CW:  Tell you what you can *do* ...

FCW:  It's just typical...

MARICLE:  Jennings and Vernon, well Jennings wasn't even here last time.  Yeah.

FCW:  Right, right.

CW:  Huh uh.

MARICLE:  Vernon was pretty much shut down.

FCW:  (Interrupting) ..... during the May, and he was shut down because  of ....U/I....

MARICLE:  I mean, that's Jennings...

FCW:  I mean, that's right.  They were already be in on him, by that time.  He wasn't arrested, but he knew they was on him.

MARICLE:  I don't think Todd was that active last spring, was he?

CW:  No.

FCW:   They was scared to death.

CW:   And, and I say this about it though, you can sit there and guess who is putting this there and who is dropping this, and you may hit every now and then, but I'll tell you what you'll do a lot of times, you will be off base completely.  When you are in the guessing game, you make an educated guess, but it's still a guess, ain't it.

FCW:  I'll tell you what, coming up there, got there at ten after nine, I tell you why 10 after 9

30

they never told me where to come yesterday.

Transcript at 01:43:30

---

Transcript at 01:46:22

FCW:  Buddy Blair was fine today, he didn't say hardly nothing.  He and the other guy, Briggs was there, he was the one that done.  He done everything.  He done all the asking everything.  Which they was much nicer today, than they was yesterday.  Kennon says they ain't never nice.  Not to fall for that one.  (Laughs)  Todd's name got brought up, Vernon and Jennings.

MARICLE:  But you brought 'em up.  (Laughs)

FCW:  I didn't, no, I didn't bring Barb's name up.

MARICLE:  I thought you brought Todd's name up.

FCW:  I didn't .....no, I didn't bring Todd's name up, they brought his name up, and Dobber.

MARICLE:  What they ask about Todd?

FCW:  They's asking me if him and, uh, Dobber had a relationship and kind of what the connection was there.  I said, yeah, everybody knows that, they're best of friends.  You know.

MARICLE:  Been friends for years.

FCW:  Right, best friends.

MARICLE:  Yeah.

FCW:  I don't know if they..

CW:  You know, you know what you should have said?  Come to think about it, Dobber is married to J.C. Lawson's sister.  Well, I'd, no don't say.......

FCW:  (Interrupting) I ain't saying nothing like that.

CW:  That would have started it off, wouldn't it?

FCW:  Don't want that.  I answered the questions short and brief.

CW:  I tell you what, them son of a guns have been hard, buddy, to do that now.

31

FCW:  Which, Brent, Brent was on phone, I mean, anything they asked, he.  If there was anything flagged, you know, he, which he only had to interrupt one time.  He said it went good. I'm not worried about it, he's going to be there.  But it's Thursday, not Wednesday, I got to be there.  I wrote Thursday, on May Third.

CW:  Is that when Phillip's got to be there?

MARICLE:  May thirty-first.

FCW:  I bet Freddy's got to go too.  *Doug*

CW:  I don't know if he does or not, but he probably does.  Well...

FCW:  (Interrupting) After today, I mean, it was queasy, but he, I mean, I feel good about it but it wasn't.  I didn't know nothing about Doug Adams, I mean I ain't worried about it.  It would be different if I knew something about, on him, but I don't, so.  Kennon came back from grand jury when he had to go with ~~Daugh~~ and acted like it was awful.

*1:48:57*

CW:  It ain't easy.  Let me tell you, them people from ~~last...~~  *Lexington*

MARICLE:  Bad thing is you have 23 or however many people there are...

FCW:  (Interrupting) I thought there was ~~three~~ *twelve* of them, people.

MARICLE:  ...and one of them decide to ask you.  No, shit no, in federal court they've got twenty down there.

CW:  They got sixteen to twenty-three.

MARICLE:  Yeah, and, I mean, they'll be this one asking that, and that one asking that, and then you'll get.  Sometimes these grand jurors, I mean...

CW:  They're worse than the prosecutors.

MARICLE:  Yeah, they get off track on something that ain't got nothing to do with it.

FCW:  (Interrupting) Well, are they

MARICLE:  I mean, it doesn't.

FCW:  Are they lawyers and stuff?

MARICLE:  No, they're just average citizens.

32

FCW:  (Interrupting) (TALKING AT SAME TIME AS MARICLE)

CW:  They're allowed to ask you basically anything.

MARICLE:    You, you imagine just start, start going out here and just speaking twelve, sixteen...

FCW:  (Interrupting)  Well, they  don't know nothing about me.

CW:  They know more than you think they do.

FCW:  Well, how could they ask you?  I mean, I don't get that.  And I asked them questions about that, and they wouldn't answer me.  I asked them, how, how, what would work Thursday, and they said, no hint, I'd find out when I got there.  So, I didn't, I mean, I don't like that, just common people that don't know nothing about you, can sit and ask you stuff.

MARICLE: That's the way it will be.

CW:  (TALKING OVER TOP OF MARICLE)  That's exactly what it is.

MARICLE:    That's the way it is.

CW:  And they will ask you.

MARICLE:  And they will ask you.

FCW:  Well, what did  they ask you Kennon?

CW:  Well, did I just know anything on....

MARICLE:  It may not be relevant but now they'll ask some questions.  And they'll get off something, I mean, you know.....I've seen 'em go wild, local grand jurors go wild on something that.....

FCW:  (Interrupting)  I mean do they know about your family and stuff?  I mean will they know about, about Cork?

MARICLE:  ....U/I....

FCW: About Travis?  And about, I mean....

MARICLE:    Well, if one of them's concerned about it, they're liable to ask you.  I mean, they...

33

FCW: This is Lexington, now.

CW:  Yeah.  They're allowed to ask you anything.

FCW: You'ns ain't getting me tore up again, now.

MARICLE:  I, I, I don't think they're is anything to get torn up about it, because, you know, just expect it.  They may ask you about something completely off the wall and U.S. Attorney can't tell them what to ask.  He's got no control over that, he may try to, but really, if they want to ask something, they ask you.  It's just like Gary Gregory in the grand jury.  I mean, occasionally, they get ...UI...

FCW: Somebody's there that's got, that dictates it though.

CW:  Well, I mean, no.

Maricle:       ...UI...

FCW:  You're saying they can ask you anything?

MARICLE:  (Laughing)  Sure.

CW:  That's exactly what we're saying.

MARICLE:  That's exactly what we're saying.  Hey, there's nothing to worry about.  It's just be prepared, you know, it, it, really, there's nothing to worry about.  We got her tore up and there ain't no reason, to get so tore up.  We don't mean that.  It's just, they may ask, you know, which way the water runs in Goose Creek.  That' just, that's just, it's just they can do it.

CW:  Now, let me tell you, if you tell them it runs a different way than what it runs, you've committed perjury.

MARICLE:      No, now, don't get her started on that.  No.  Listen, don't get, hey, we don't mean to get you upset, I'm just, I'm just telling you grand jurors have rights to ask questions.  And sometimes that's good.  Sometimes that's good.  I've seen a grand juror or two that, uh...

FCW:  (Interrupting)  Brent told me that if anything.... that if I questioned one thing, that I didn't have to answer it until I come out there and talked to him about it.  He said if every question , if you got something to say about it, you can come out and say, excuse me, I need to talk to my lawyer.  He told me I could do that.

MARICLE:  Yeah.

FCW:   He said it might piss them off, but I can do that.  (Laughing).  That's crazy.

34

MARICLE:    No, it's not crazy.  I mean that's...

FCW:    (Interrupting) (TALKING OVER TOP OF MARICLE)  Oh, yeah.  I don't think common people ought to, should be in the law in the system like that.

CW:    Yeah, I think they should.

MARICLE:  Why?  Let me explain to you why, let me explain to you the historical purpose of the grand jury and maybe you will understand.  The historical purpose of the grand jury going back centuries is for the protection of the person that's being investigated.  In other words, to keep a, a, prosecutor from just saying I'm going to charge so and so and charge 'em.

FCW:  Charge who?

MARICLE:    Anybody.

FCW:  Wait now, I'm getting tore up because you said the person, that man told me today, I wasn't being investigated.

MARICLE:  I didn't say you was, Wanda, now.  I'm trying to explain to you in a, forget you, I'm saying to you...

FCW: Okay, just somebody else, somebody else.

MARICLE:  The purpose of the grand jury is to protect the citizen not to ......

FCW:  .....persecute 'em.

MARICLE:  ......not to persecute 'em; it was to keep 'em from being persecuted by the government.

FCW:  Keep it on a level.

MARICLE:  So, we get common people, just like the jury, you got twelve common people picked up off the street that have to try you.  It takes them to send you to prison, I can't, nobody else can.

FCW:  Now, I'd sure hate for twelve common people in Clay County to get me, uh, uh.  There won't be none be from here, though, will they?  But, I mean, they'll be from Lexington, the only place they can be, ain't they?

MARICLE:    They'll be from several counties down there.

FCW:  Are you telling me the truth?

35

MARICLE: Yes, I am. Don't get upset. I mean there ain't nothing to be upset about; it'll just be average people like you, like Kedalyn and like me and everybody else, just average people that are chosen for the grand jury, and that's who it takes to return an indictment.

FCW: But do they brief them on the case at all?

MARICLE: Well, I'm sure they do, yeah.

FCW: They do?

CW: But in today's time, to be quite frank with you, at most levels, not always, they usually go with the recommendation.

FCW: Let me ask you this. Is the grand jury, is that how Doug got an indictment against him?

CW: Yes.

FCW: Just the common people?

CW: Yeah.

FCW: You know, that probably what caused that was all that women, I mean, I mean truthfully.

CW: Well, I want common people trying me because they're just like the rest of us.

FCW: (Interrupting) ...UI... All they bad things was said, if they done told that, that's probably what done that. They probably thought the worst of him.

MARICLE: I have consistently said Doug's problem, I can truthfully say that they are going to try and try him on sex.

FCW: Right.

MARICLE: I know that's what they'll try to do now.

FCW: Well, he ain't been charged with that.

MARICLE: I know, but, that's what they will try to do.

FCW: I mean...

MARICLE: They'll try to do that now. Ah, they'll try to find something that they can stick you with, but, but, uh, they might not have that good a case, if they can ...UI... they will.

36

FCW:  Right.

MARICLE:  They'll give you a hard time, uh, just like they used to poor old black people.

FCW:  That's right.

MARICLE:  Your black, buddy, you're gonna.  They got a hard time.

FCW: (Interrupting) ...UI...You did the crime, if you was black, you did the crime.

MARICLE:  You think, they's ...UI...

FCW:  That's right.

MARICLE:  That's right.  .

FCW:  That's why, I, I swear to my goodness, if he had a clean slate, and I'm not saying, I have a clean slate, it wasn't me that said that, it, act like these women, I don't believe could move past this, I swear I don't.

*he didn't have* ^

MARICLE:  If Doug hadn't fooled with women, I don't think he'd be where he is.

FCW:  I don't either. I don't either.

RUSTLING SOUND COVERING UP CONVERSATION

MARICLE:  ....U/I....

FCW:  Yeah, exactly.

MARICLE:  It's just like the poor old fellow.......

FCW:  (Interrupting) I know you don't like hearing it.  I ain't saying guilty...

CW:  Boy, I'm getting eat up; I'm going to have to .......

MARICLE:  It's just like the thing, with uh, that fellow with Bush's man, up there in Washington this week that admitted he'd been out to the, to the, with the escort service.

FCW:  Right.

MARICLE:  Fact is, that man probably doing good job in what he was doing probably competent to do his job, but ...UI...

37

FCW:  Right.  But, that'll be, that'll be what they'll tell, yeah.  About his reputation on it.  You can screw up one time.

PHONE RINGS

FCW:  Hold on Travis, let's go Kennon.

Transcript at 01:56:30