*Final — Version DCR RW 12/18/09 10:40 AM*

*5/2/07 Transcript*

The following transcript involves conversations between the following individuals:

Male Cooperating Witness = CW

Female Cooperating Witness = FCW

Cletus Maricle = Maricle

Judy Maricle = Judy

Lindsey Maricle = Lindsey

Unintelligible = U/I

Recording dated May 2, 2007

-------------------------------------------------------------------------------------

Transcript at 02:17:38

CW:     Now I'll tell you what, Wanda is blue and I'm worried about her.

Maricle:        Why?

CW:     She's just, she's just upset buddy, I don't know what to do with her, and we was sitting in there, but let me tell you, she's had, she's had fits on me here today.  And I mean I've never had to deal with her being in this situation.  I mean, I've seen her get upset over things before that I could have ~~control~~, you know, could do, but I've never seen her in, you understand what I'm saying?  Cause she's got a little bit better, but I don't know what to do with her buddy, I mean, I just wish you know she's, I mean she's, she just feels she ain't got nobody to talk to over this, She don't feel she's got nobody and let me tell you something, she's upset with her attorney.  Not because of any other reason, but she don't feel like he's telling her what to say and, I mean, you know, I just, you know, I ,I just don't know what to do, you know with her.  I mean I don't know what to tell her and, uh, I might be making a bigger deal out of it than what it is.  She might be making a bigger deal out of it, but I mean.  I'm gonna tell you something, just like she told me today, she said, I'll tell you what Kennon, she said, I went down there and she said I put my ass on the line, and she said, and I don't have anybody.  She said, you can't help me.  I mean, you know what I'm saying, I mean, I don't know, you know.  I mean, it upsets me.  I mean I can't help it.  I don't know what to do with it.  We've hired an attorney and she says, you know, she said, I'm, she said I don't have a job and she says, you know, and I said well now, he said he'd help you.  You understand what I'm saying?  It's just to the point that it's just, she's upset.  And I don't think she's I, mean, don't get me wrong, I don't think she's going to do down there and say nothing to hurt anybody, but, I mean, I think that, you know, I think that, uh, I don't know. What I mean,

1

do you do in a situation like this?

Maricle:    Well, first of all, she probably needs to listen to what people do say to her.  She don't listen very well, you know, uh.  She keeps wanting to go down there and talk to Dobber, that ain't going to serve no useful purpose to her.

CW:    No it ain't.

Maricle:    Not at all, uh, other than, just ain't going to serve no useful purpose.

CW:    Well, no because it's, whatever, it didn't bother me that bad before he went two or three days ago, but I wouldn't want to go now.  I seen him and Clint Harris out there talking and I pulled up and talked to them briefly and Dobber worried.  But when a guys acts like to you that he's not worried and then he goes and starts talking to somebody like Clint and I just pulled up wandering what he was saying and, you know, Clint was telling him to get a hold of Todd's lawyer Gary Crabtree and get Gary Crabtree to get him, uh, you know, to get Gary to get him an attorney, help him find him an attorney.  So, that tells me that there's something going on and let me tell you, Wanda's scared to death she's in trouble, now she's scared to death she's in trouble and, uh, she says I ain't ended up with you know, she said I've helped everything.  I've did everything I could and, she said, she said Wayne come in there and sit me down in Daugh's election said six times.  Said would not let me do anything and, I mean, she's right, he did, he come in there six times and, you know, he didn't do that in the primary and, I mean, daddy, daddy's got you know beat and we don't have jobs and, I mean, hell buddy, its just awful buddy.  I mean and I've tried to do the best I can do and its just terrible buddy, I mean you know, and she's and Anthony messed up on Cork there, and didn't get his stuff done some way or another, he didn't even get to come up did he?  I mean Cork got sent back to La Grange.  Did you know that?

Maricle:    He never did, no he never did get him up there

CW:    See, that's you know, that's what I told Wanda.  I said Anthony, you know, messed up right there because, you know, they had him in a pretty good place over there.  He was in a half way house doing good and them guys coming over there buddy and coming to church with him and, and, you know, them guys...

Maricle:    How long's he been in now?

CW:    Buddy, he's been in along time and, uh, you know Wanda's disheartened because of him.  He's calling everyday and, you know, trying to, uh, get, you know...

Maricle:    Well, let me tell you about it, I'm going to tell you a few things here.  Wanda has taken on her family to raise as you know that..

CW:    Uh huh.

2

Maricle:        Its obvious, uh, and I understand her doing that.  She's the sort of the, the what do you say, the...

CW:    Patriarch or...

Maricle:        ...UI...whatever you ~~say~~ wanna about that.  Uh, she, uh, uh, gonna have to let go of part of that.  Uh, we'll get jobs.  I mean, I don't know exactly where or how but we'll get jobs.  I mean, I, you know, I don't uh...

CW:    Well she's depending on that drug court job, but we ~~don't~~ didn't have any idea because usually drug use goes up not down, you know,  I mean.

Maricle:        It, it, it, it's, what I'm talking about here, over here is our particular situation right now is the number of participants.

CW:    Right, that's what I'm saying, I mean

Maricle:        Which is going down because they need to stay in their jobs, that's what's happening, but, uh...

CW:    But they, but they'll be somebody leave or something surely won't they?  Insurance is such a big deal.

Maricle:        Insurance, I don't know.

CW:    And you know she, she was depending on that, but I'll tell ~~what~~ you what I, I've learned in my life...

Maricle:        I've been thinking, I don't have no contact with the Laurel County Board of Education, do you?  I've been trying to think of other places where you can get insurance, uh.  Obviously, uh, we ain't gonna get nothing out of the city or county here, uh.

CW:    Well do you?

Maricle:        We might, you know.

CW:    Don't you think?

Maricle:        We might get something out of Doug.  I mean, you know, out of out Board of Education here but, its not gonna be nothing out of city or county.

CW:    You don't think the drug courts going come through on it or.  I mean.  You don't think its gonna open any openings will come?

3

Maricle:      I don't think there's going to be an opening in this county for a while, I mean, I don't think there's going to be an opening in this county for a while.

CW:    Even if, if what's her name takes that other job or...

Maricle:      Oh, if Ellen yeah, yeah, yeah, if Ellen takes that job yeah, but now Ellen ain't got no guarantee of that job. Her med, her, I'd be more concerned about Ellen's physical condition. Her, her medical condition is bad, she's off right now because of her medical condition. Yeah, I mean, I think there's a, that's that's yeah I wasn't even thinking. I was thinking terms of us getting an additional position because we got more people.

CW:    Right.

Maricle:      ...UI...

CW:    Well, Wanda was just, you know, she, she was just, you know, looking for that because ever since especially, I mean, she didn't, she didn't think about it much in May,, you know, but, you know, whenever it come after, you know, that daddy got beat, it really become an issue with her because, you know, she knows she wasn't going to have a job, you know.

Maricle:      Uh, I, I've got another thing in mind, I can't say what it is right now, but it will be three or four months. Uh, that's uh, that's a possibility for her.

CW:    Okay.

Maricle:      Now drug court, I mean, we might, we might get an influx next week and say well, we got to have another person and then we might not. It just, it just don't, uh, I just don't know about, about that. I've got a couple of other things I have talked to some people trying to find out about Laurel County Board of Education, uh, and I don't know whose actually, has got influence over there.

CW:    Well, I use to know the guy that, that...

Maricle:      I don't even know the superintendent's name now.

CW:    I don't know the superintendent's name. I remember Larry VanHook over there. He bought, when I was in the mobile home business, I bought all my gas. He's the chairman of the school board over there.

Maricle:      Now, talking about your school board jobs is they ain't the best paying jobs in the world.

CW:    Well, that's right. That's the reason she was wanting , you know, she, you know...

Maricle:     They ain't the best paying jobs in the world, you know.  Something else, I mean, we got, Ralph might get something in Jackson County but, you know, you can't afford to drive to Jackson County for a job that don't pay some money.

CW:   Well, that's what we was talking about, I mean...

Maricle:     You got to have a job that pay's some money.

CW:   About twelve dollars an hour if you can't get...

Maricle:     That's right.

CW:   I mean, you know, that what we, but, I don't know, you know, that's , that's the main
          thing
and, uh...

Maricle:     But now I've got, I've got something in that, but now it maybe three or four months, uh, it, it depends on my situation that determines, whatever happens on this retirement in the next two or three months, I mean I don't know.  I may have to be gone by the end, by, by June 30th.  I may be out of here.  I mean, I have no choice.  I can't, uh, I can't afford to take a big reduction in my retirement, just, just to stay around, I mean , I just can't do that.

CW:   Right.

Maricle:     It's, uh, if they say the effective date of this legislation is, uh, that it ends June 30th, my retirement will be cut in half if it ends June 30th.  If I ain't retired by June 30th. Of course I'm just one of 50 something judges in the state in that position, you know.

CW:   Right.

Maricle:     But, uh, we'll get her a job.  I'm not concerned about, uh, about that.  I know, you know, when is, is obviously a concern...

CW:   Well I think...

Maricle:     ...to you, because insurance, because, actually she's drawing pretty good.

CW:   Yeah, she draws good unemployment.  It's the, the insurance which, you know may make it a month or...

Maricle:     How much unemployment does she draw a week?  What does she get a week?

CW:   She gets $361 or something.

5

Maricle:       A week?

CW:   Yeah, she's get $720, no let's see, she gets $721 or $722.  She gets $722 every two weeks.

Maricle:       Kennon, you can't hardly find a job in this county that will get you that kind of money working.

CW:   Well only way you could is just like with your, if you're making twelve dollars an hour and had you insurance included, then you would be.

Maricle:       Yeah, I mean, when you included the insurance, yeah.

CW:   Yeah, see that's what you that's the only thing, it's the insurance end of it there, but you get, uh, you get that but no I, I want to tell you something.  Really, Wanda needs to, she ,she, she's very upset over this, and uh, what she.  Let me tell you something, really, Wanda does not at all begrudge Phillip winning, or Crawdad winning, or any, or as far as that goes, Kevin Johnson winning, you understand what I'm saying?  But she does feel like she, that she did whatever she could to help, you understand what I'm saying?  I mean, I mean to be frank with you, she put her ass on the, you know...

Maricle:       Yeah, she didn't do nothing wrong though.

CW:   Well, I mean that's, that's what, uh, you know that's, that's what you, that's what, the way that I put it with that, is she didn't when you get ask you know what I'm saying?  But, I mean, she did put her ass on the line cause I'm going to tell you she did.

Maricle:        Well being there 12 hours a day is putting your butt on the line.

CW:   Yeah, and, uh, and, uh, you know and I think that, that's the main thing that she's got, uh, that she's tore up about because I'm going to be frank with you.  Now, she, uh, now I mean, I mean, I ain't going to like to you boys, she, uh, Wanda did everything she could down there, I mean, to help, you know what I'm saying?  I mean she did everything she could and, and Dobber did whatever he could.  Now, let me tell you something buddy, its just hard buddy, you can't, uh, that's what, I mean, she's just tore up, she thinks she might be in trouble.

Maricle:       I don't think she is.  I mean, I really don't think she's a target of an investigation.  I don't know what they are after.

CW:   Well, who do you think the target is because...

Maricle:       I don't know (laughs).  I mean.

CW:   Well, you know, what I...

6

Maricle:        I, I, I, I've told you , I've told you and told you...

CW:    Well I thought...

Maricle:        I can't, I don't have no rationality of what's what's going on.

CW:    Well, when they subpoenaed Phillip, I told Wanda, said they are after Cletus, sure is my name is what it is, cause I said why would they subpoena Phillip because PVA, just like you said, it's not a, a glamourous...

Maricle:        Right.

CW:    And, uh, and I ain't saying no political office is glamourous. I'm not saying that, I mean, you understand what I'm saying?  I mean, it's a lot more probably from the outside than it is doing it.  You understand what I'm saying?

Maricle:        Right.                                    (UI)

CW:    But now, you know, I don't, you know, but after they just, you know, talked about Doug Adams, I mean, you know, it kind of got me to where I didn't think that...

Maricle:        I'm wondering, one of the things I've wondered is, you know back, uh, the last time, you know, when Doug Adams putting tickets together and stuff, but now as far as I know he didn't do that in this 2006 election.

CW:    Well, I tell you what I've heard, uh, well I mean, you know, I wanna be frank with you, I've heard, you know, a lot of people, Ed Jordan really, when he got beat, he really felt hard at you and he felt hard because he felt like that Phillip was the thing that beat him.  When Phillip run because I guess he though that you would have probably helped him or that you could have helped him or I don't know, he thinks Phillip running, you know, hurt him.  But I'm going to tell you that just the way politics goes I guess, you know, I mean when you get certain people.

Maricle:        Kennon, I really didn't I did not get very involved in Phillip's election, uh, for a lot of reasons.  One of the main ones was my, my thoughts there was, I, I got involved in Phillips election, it would hurt him because now they's a lot of people mad, you know, people in jail and stuff, I mean, and they's the people that came out to vote and stuff.  Ed, had no reason to get mad at me.

CW:    Well, did you know he was mad at you over it?

Maricle:        Yeah, I know it, but, I mean, Phillip goes up there and there's some people campaigning with one of his workers, uh, for Ed and, and Urshell, I mean, what are you going to do?

7

CW:    Right.

Maricle:    But now, I mean, some people in my family voted for Ed Jordan, some voted for Kevin, some I don't know how they voted, course not got that many votes, but I never got mad at Ed. Ed made me a good sheriff course waiting on court and stuff. I had no complaints with Ed Jordan and probably, had I being voting, I might well have voted for Ed Jordan. I don't know for sure because I realize that he was against Phillip and I, you know, that made a difference, that would have made a difference to me. Uh, we'll get Wanda a job, but how well, you know, as far as, you know, I don't know job.

CW:    Well the job is an important thing, but I...

Maricle:    That's , that's not, that's not the, that's not the, the important thing right now.

CW:    The important thing right now is Wanda knowing that she's got the support of people, because I'm going to tell you, she don't feel like she's got none and I'm going to be honest with you, I , I think what it is, is this I think it's honestly because that, uh, oh, don't get me wrong, I think she thinks she's got you know superficial, or yeah (laughs) do you understand what I'm saying? And I know that, I mean, I tell you what she is, she's, she don't know what to say buddy. She's just, let me tell you what she told me up there, she said Kennon, she said, I don't want to go in there and cause anybody any trouble. She said, I don't wanna go in there and cause Dobber trouble. She said I really could care less about Dobber. I mean, she said I would never want to do nothing to hurt Cletus to cause him any trouble, Phillip, or I wouldn't want to hurt anybody, she said. Anybody, your Dad, anybody, she says, you know, she said, Kennon I don't know what to say when they ask me questions, and her, her lawyer, here's what bothers me about it. Her lawyer has got her stuck on this thing that if they take and ask if they compel her to testify and that is what is bothering me about this thing, because Wanda's attorney thinks it's a possibility and he is more in the realm than saying it's a possibility. He ain't come out and said its gonna happen but he says you know that he's concerned for her on that thing and he says that they can compel her to testify. He said that, you know, but they can do that and she and, and, and he even made reference there, you know, and Wanda said, well how, and he said the 5th Amendment. He said listen, he said they was somebody up there that went to jail, you know, uh, somebody in, shoot, I don't know, that woman on the news with Bill Clinton or whatever, you know. I mean, I'm going to tell you what, you don't do, you just don't know, you understand what I'm saying to you? I mean, she don't know what, what to say and she is scared to death buddy to go up there. Because she was fine when she thought 5th Amendment was to do in there, and just take it and she was worried about them thinking she was guilty but then, now this attorney, Brent is saying it a good possibility that they may, you understand what I'm saying? That, that, I mean, I don't know how that works. I don't know what they have to do to do that. I don't know, you know, I, I, you hear all this stuff, but now I don't know how that works. But can they go, if she goes up there tomorrow and sits down, can they compel her to testify?

Maricle:    You listen to what your lawyer tells you on that cause I am not the man to answer that question. I don't fool with federal court. I haven't dealt, haven't dealt with federal court in

8

a...

CW:    Well, what about I mean ain't you constitutional...

Maricle:        in years, uh, if it tends to incriminate her, they can't make her testify unless they give her immunity

CW:    Well do they commonly do that I mean?

Maricle:        They give you immunity that has to go through Washington, D.C.    Though I think
that has to be approved in Washington.

CW:    So in other words, if she goes down there tomorrow...

Maricle:        See we don't do immunity in state court very much.

CW:    Well, if she got down there tomorrow, are they gonna be able say we're giving you immunity, you have to testify, they probably won't do that tomorrow?

Maricle:        To get it approved through by Washington, D.C. it will take time for that, or used to, now, I see I ain't been to federal court in 20 years, you know, 17 years, so I don't, you know, I really, you know, I'm not the man to ask the question because I don't know...UI...

CW:    Well I tell you, I tell you what Brent says about it all. Brent will say is they can compel her to testify if they choose.  Will they?  I don't know, but he says here is what concerns me, is they are not being real receptive on talking about what's going on and he says, you know, you hear that you, I'm gonna tell you something it's a big deal and I think Stephen Charles is right.  I thing the 02 election, I think their getting ready to bust eggs with it buddy, and I think that, uh...

Maricle:        Now you said that, what makes you say that?

CW:    Buddy, because I've sit back and studied it and I think Jennings White and Vernon Hacker, I think you go back to the people that run that it stirred up.  Let me tell you something, that was the most wide open election on both sides that you've probably had.  Well, wouldn't you say that was the worst election that's been?

Maricle:        That's been, yeah.

CW:    In 20 years here, 25, 30...

Maricle:        Yeah.

CW:    Would you not think that Jennings White is as meticulous as a record keeper as he is,

9

would not have probably did everything he could to get everything he could on anybody that he knew was against him for sure?

Maricle:        Probably.

CW:    The, you know, the rumor is that they went up that he had a bunch of stuff at his house that he took out of the clerks office that had evidence on people that had helped him, but he took it out of there for safe keeping and when they went up there on him, that they got a lot of that stuff, you understand what I'm saying?  Now here's what I worry about, I worry about that they have taken information he give them and the reason they ain't did nothing yet on the 2002 election is because they've watched the other elections since 2002, mainly I think 2006, and I tell you what, I've not been too far off key, because I tell you what...

Maricle:        You must know something about 2006 I don't.

CW:    Well...

Maricle:        I don't know.

CW:    Well 2004, 2006...

Maricle:        I don't know 2006 being, you know, I mean, I thought it was a straight election.

CW:    Well, the thing about it is, is, uh, well I mean it's probably, I mean....

Maricle:        Would you say it was the straightest election ever run in Clay County?

CW:    Well, I would say, I'll tell you what, if I was ask by certain people I would say yeah, and if you was ask by certain others I would, you know, I don't know.  I would say this, I would say that without saying it that I think they's a possibility that they gonna be some problems out if it.  Now if asked, of course yes, I would say that, but I think they're coming up.  I think that their gonna start with 2002 and I think their gonna work their way right up and I'll tell you what, I think they've done, I think they've got these magistrates as sure as my names what it is.  I think Clinton Johnson down there, I don't know who all, but I'll tell you what I think they've done, I think they've got an inside track on how everything has went, is what I think.  I think they got, I think Jennings White has give them every trick that he and he's the master of them, he did.  He was, uh, he's probably did more in elections than anybody else in history.  I mean, wouldn't you agree with that?  I mean, probably?  I would think he has would you?

Maricle:        He was good.

CW:    That's right, and, let me tell you something, in the situation he's in, wouldn't you say he's give them all his tricks that he done.  Who, who studied everybody and knew them, knew how they operated, knew who, and every precinct did what.  Just like Vernon Hacker down

10

here, I know why that they've got Dobber and Wanda over there, because Vernon Hacker right there, uh, they're starting with that. You know, why they went to Horse Creek in May already, cause Jennings knew how Horse Creek operated. Would that not be his precinct he knew how, what operated. Tommy Harmon was his main buddy. Wouldn't that Tommy Harmon, wouldn't that have been Garrard precinct that they got it pulled up in there, Pigeon Roost right there, ain't them all Jennings White's main precincts that he was so good in? Wouldn't you think? Didn't he carry them the best?

CW:    All except 2002.

Maricle:    That's right, but, but, I mean, up till them wouldn't you say them was his best precincts?

CW:    Oh yeah, yeah, yeah.

Maricle:    That he was knowledgeable precincts. Ok ain't them the three precincts they hit pretty, well, when they called them over there and had Randy Craft and that Frog and Delmas Roberts and, uh, but I don't think that was Jennings...

CW:    You don't?

Maricle:    I really don't. That was Sue.

CW:    You don't think seeing Jennings give them any information on that at all?

Maricle:    Well I don't know if Jennings give them no information but the person raised hell about that was Sue.

CW:    I think she may have started it, but I think they went to Jennings on knowing them precincts and I'll tell you what I think, I think same thing on Vernon right now. I think Vernon knows how the Manchester precinct worked. I think he could go right down that list right there and check off everybody that ever been paid for a vote, that has been paid, because he bought a 100 every time he ever run and, probably that or more, and you, which I'm, I'm speculating on that's how many, I don't know, you know what I'm saying, but I think he's probably told them everything about it and I think that Dobber has been his main connection because him and Dobber, because you would always see him, Dobber and Todd talking things over and I think Dobber was the main one out here. And . . .

Transcript at 02:43:44

11