*Final Version*
*Rev - DCR*
*12/20/09*
*@ 9:40pm*

*5/4/07 Transcript*

CM - Cletus Maricle
CHS1 - Confidential Human Source #1
CHS2 - Confidential Human Source #2
UI - Unintelligible

---

CHS1: It is now around, ah, three forty, May the fourth. I'll be going to Cletus Maricle's to have a conversation with him and we'll be locking the recorder.

(Long period where CHSs prepare for meeting with cletus - non pertinent conversation. CHSs arrive at Maricle's house and non-pertinent conversation with young child while locating Maricle. Maricle found talking on phone)

**(Conversation Begins at 8:35 minute mark)**

CM:   Well we, we can settle it right quick but the answer is no and you call that commissioner back, fax him, and tell him you talked to me and he does not have my permission. He has no authority to give him my permission. He is on probation under my supervision and if he wants to force Mister, ah, Sizemore to get to vote then he should, ah, ah, ah, you know, just let Mister Sizemore vote. Ah, and you know, if he wants him to vote that's what's going to happen and that, ah, if he assists him in that, that, ah I will deal with it appropriately .

(BRIEF PAUSE - THUNDER IN BACKGROUND)

CM:   Better not be in there. You know what I mean. I put one more out of drug court in jail today. Ah, woo, woo, woo, woo, woo, one more in drug court. Ah, no, no, but he, he'll be next, uh, uh, Oakley Brock. No, Oakley won't get to preach tonight, he's in jail. So, I mean, what the hell's the problem. (Laugh) That's the way I look at it all. But, ah, I don't know but you tell that commissioner that that, that is not approved by the court, will not be approved by the court and if he has a problem with it, if he wants, he can come back down there to the penitentiary to continue. All right. Bye. How are you all today?

*START*

CHS1: Lord.

CM:   Better than yesterday.

CHS1: No.

CHS2: No, worse.

CM:   Worse than yesterday?

CHS2: Yes.

1

CHS1: Not even, I mean, can you get, did you get my message?

CM:    I got your message but I looked at it, it was a University of Kentucky number and I couldn't call it back.

CHS1: University of Kentucky?

CHS2: Called from a cell phone, we was by the University of Kentucky.

CM:    It was a University of Kentucky number.

CHS1: Ah, no I left it off my cell phone.

(THUNDER IN BACKGROUND)

CM:    Well actually there may have been a University of Kentucky, that may have been a number and I thought it was because the University of Kentucky could have been calling to confirm Blake's appointment. (PAUSE)  I got your message but, ah...I was just uh...

CHS2: Well, let me tell you, ah, Kennon's not in the room but let me tell you what happened.

CM:    Hey just a minute, let's see.

CHS2: Okay.

(CM MUMBLING AS HE IS LOOKING THROUGH CALLER ID.  BEEPING SOUND AS CM SCROLLS THROUGH CALLER ID - NON PERTINENT)

CHS2: Should be eight one three eleven oh four.

CM:    University of Kentucky.  Three two three five five three three, that's what this one is.  Cell phone seven thirty five.

CHS2: That's it.

CM:    Eight one three, one one oh four.

CHS2: one, one oh four, yeah.

CHS1: Yeah that's it.

CM:    When I picked this up and looked at it, I got that...

CHS2: Well let me tell you.  I went in there at 5:55 and didn't get out until seven, ten after

2

seven.  He tried to get a..that man went off on me...

CHS1: An order to, he tried...

CHS2: ... an order, an order on me right then, when I plead the fifth amendment

CHS1: ...from a judge, he tried to go get a judge right then and left Wanda sitting in there for forty, for forty minutes or better.  And ah, she tried to go through and answer, you know, questions, you know...

CM:    Was your lawyer there?

CHS1: Yeah, he, was outside.

CHS2: Well, yeah.  I, I, he, huh, every question he asked me was about you.  Every single question.

CHS1: Didn't, nothing about Doug Adams this time.

CHS2: No.  And I plead the fifth Amendment on five of 'em, about five questions and I got ready to plead the fifth again when he said this is bull shit and slammed the thing down and said I'll be right back and I said I think I need to talk to my attorney and he said no I think you need to sit right there and he left me sitting in that room with about thirty people for probably thirty-five, count em up, no probably thirty-five, forty minutes.  Come back and when he came back he asked me to step outside and got Brent and told me I'd be getting some kind of letter that would make me...

CHS1: Testify or go to jail.

CHS2: Testify or go to jail Monday morning.

CM:    What was he asking?

CHS2: He asked me.  Asked me a few questions about Wayne Jones.  He asked me if I prior to the May 2006 election did I see any candidates, any candidates contact me to work for them during the election.  He asked me if I was friends with you.  I answered that yes, you know, and he asked me ah...

CHS1: Well, you got 'em wrote down, didn't you?  Didn't you write something?

CHS2: I, I, yeah let me go.  I wrote a few of 'em down.

CHS1: Go get 'em.

3

CHS2: Where's the keys, did I bring 'em in? I'm so tore up I don't know whether I'm coming or going.

CHS1: You, you must have brought 'em in. Somethings laying right there on that table. Son, that Brent Caldwell says he's, said this is blowing his mind. That he's never seen 'em like this. He said since I've been down there he said I've not seen, he said, now he said Steve's a hard prosecutor, he's a hard nose prosecutor. But he said this is even unusual for Steve. I'll tell you what, son. They, they tore Wanda up so bad that she done cried for two hours when she got out of there. I mean, and ah, and, and you know, she didn't know. I mean, she took the fifth Amendment but son she...

(BRIEF PAUSE - THUNDER IN BACKGROUND)

CHS1: What did they ask Phillip?

CM:    Ah, generic type questions.

CHS2: Dobber disappeared forever and then surfaced after I left.

CM:    Ah, really, nothing of any great consequence on Phillip, ah, did he have any meetings with candidates, ah, whether any meetings with election officers.

CHS2: They asked me more than that, but that was all I could remember.

CM:    About Phillip Mobley.

CHS2: Yeah, and they asked me if I'd, ah, met with Phillip Mobley.

CM:    Here we go, what did they, did you meet Cletus before the election?

CHS2: That was, that was my third question they asked me. They asked me lots of questions about Wayne Jones. They didn't ask me not one question about Alman, nothing about him. They asked me about uh... (RUMBLING OF THUNDER). That's a mean man. Everybody talking about how nice he was, he was not nice to me.

CHS1: They ain't nobody's ever told me he was nice. They said...

CHS2: He slammed the binder down on the desk and it popped like a gun.

CM:    What, what, do you remember specifically what he asked?

CHS2: He asked how, how the relationship between you and Wayne. Uh, asked if I had been given any favors. Had I been offered any money, he said monetary or something but it meant money, right?

4

CM:     Yeah, probably.

CHS2: Not one question about Doug Adams, not one question about Dobber.  I even tried, ah, to bring Dobber's name up and they just, cut me ou...he cut me right where I, he told I was there to answer questions, not ask 'em.

CM:     How many times did he mention my name?

CHS1: Everytime just about that they asked what you said.

CHS2: About ten times.  About every question was directed towards you.

CM:     What questions were they?

CHS1: Them right there on that...

CHS2: He asked me...

CM:     What questions were they?

CHS2: Yeah, that's just scribbles that I got, I just tried to, he asked me if I, if you asked me to do, to help Phillip Mobley in the elections.  He asked me if you gave me any money.

CM:     Did you say hell no on that. (LAUGHTER).

CHS2: Right, and, oh god...

CM:     Did you take the fifth on all those?

CHS2: I took the fifth on everything.

CM:     Okay.

CHS2: And listen he, after about the sixth, cause I talked to Stephan Charles outside.  My lawyer didn't come for hour and a half.

CM:     Really.

CHS1: See that's what makes me...

CHS2: And that pissed them off.  They was already pissed off about that cause that held us, everyone us up for about three hours.

CM:     What else?

5

CHS2: He asked me um, oh, how I become an election officer over again. Did you appoint me to election officer.

CM:   Did I appoint you? (Laugh)

CHS2: Yeah.

CM:   I don't really have any authority to appoint you.        *Anybody ,*        ✓

CHS2: And, why, he asked me why, ah, Phillip Mobley wanted to be, ah, what kind of power Phillip could get out of being PVA. I forgot to tell you that, he asked me that. Ah...

CHS1: Buddy that's, ah...

CHS2: I did answer, I did answer that question. I said well he worked there, you know, ah, with the previous administration. I guess he you know liked the job and it pays pretty good, so I mean, that's, that, well I figured that's his interest. He wanted yes and no. That was, I mean when I started trying, like, for instance what I just told you, that was too long an explanation for him.

CHS1: I'll tell you what, Brent...

CHS2: Every question was about you. And it was, I never expected any question to be about you, none.

CHS1: That's why that they...

CHS2: The other day they asked no questions about you.

CHS1: That's why they done that. They was getting you...

CHS2: None.

CHS1: ...that's what they've done. They, they figured they'd get you on surprise down there and hit her hard, aint' they?

CM:   Well I don't know no election officers, have no authority over election officers. We didn't spend no money in the election. And I never considered from the get go giving you money. I never offered you money.

CHS2: Well I said no to that. Brent, Brent told me to say I plead the fifth amendment. Okay, but when you first go in they ask you your name and you, and where you live and I told them I was in transition, actually I had two addresses, who I was married to, where I, where I previously worked and then they started, the first question out of the shoot was

6

one about you.  What is your, can you tell, please tell us and all these ladies and
gentleman the relationship you have with Cletus Maricle.  It took me by surprise because
I mean I thought at first what are they insinuating here.  You know what I mean, it was, I,
I said could you explain yourself and, and then he said, I said because I don't understand
that question.  Cause I didn't understand, I didn't understand what he, I mean to me it
sounded like something that they, they tried to insinuate about Doug.  Are you following
me?

CM:      Um uhm.

CHS2: That's how it got throwed out to to me and I was like I don't understand that question.
Then it just exploded from there.  He just hammered me.

CHS1: They told Wanda that she would either answer the question or...

CHS2: Because Brent, when I went in, Brent said if you feel uncomfortable with any question, I
don't give a shit what it is, you plead the fifth amendment.  He wouldn't let me do that on
everything.  He made me do each individual ...

CHS1: Did he not tell you that you're going to tell what you know...

CHS2: He's, that was after he slammed the thing..

CHS1: ...on Cletus Maricle.  If you do not you are going to jail.  That he is getting, he was going
to get a hold of a judge ~~that night.~~  (UI)

CHS2: He tried to leave and get get a judge and he come back and told me about thirty-five
minutes later come back and said I will see you Monday morning.

CHS1: He said you'd be getting a letter see, is what, is what you said he said when you come out.
And I'll tell you what made me madder than fire.

CHS2: And if he said that right in front of my lawyer out in the hallway.

CHS1: Brent, Brent Caldwell and I'll tell you what it burned me up cause I've hung right over  at
Kendilynn's and I come over there waiting on Wanda.  And I was over there probably
two hours outside and...

CHS2: See, I told him to pick me up at four o'clock.  Brent didn't even get there until four.

CHS1: And ah, and, and let me tell you what I did.  I waited outside forever.  And when Brent
come out of that courtroom and he and Wanda walked out walked out, he flew back,
toward that way and Wanda came walking up toward the car and all he did was throw up
his hand...

7

CHS2: He didn't want to talk to you.

CHS1: He didn't want to talk to me, Brent didn't but I'll tell you what I would have talked, let me tell you something, boys, to me, I mean I don't know I just can't, uh, fathom what, uh...

CM:    Well, that's the way they do things.  They might get by with it.

CHS2: Did they not ask Phillip nothing about you?

CM:    Just asked him what his role was.

CHS2: So, what, did Phillip ever find out where Dobber went?

CHS1: Did they, did, did Phillip have to plead the fifth or did he, ah, ever answer the question?

CM:    They didn't ask him but eight to ten questions.  Well you were there, it seemed over in a short period of time.

CHS2: He wasn't there even twenty minutes.

CM:    Basically family history, ah, you have any meetings, particularly any meetings with candidates.  You know other than (UI)

CHS2: They asked me...

CM:    ...any meetings with election officers.

CHS1: Brent Caldwell.

CHS2: if I seen any money exchanged in the 02, 04, 06 elections.  Hit me all the way back to 02.  Sent me for a loop and I plead the fifth on that.  He asked me if you were involved in the 02, 04, and 06 elections.  I took the fifth on that.  I took the fifth on everything.  I, I mean, I didn't know what to say.

CHS1: Well what can you say, I mean, what do you do.

CHS2: I took the fifth.  If they'd a asked me questions like Doug Adams, I'd know what to say.  Cause I mean, you know.

CHS1: Well I figured they'd hit Phillip about all this.

CHS2: Wayne Jones.  They asked me lots of questions about Wayne Jones.

CHS1: How many, did they give you, did, did Brent tell you the number of people that they, they

8

had down there, that he was?

CHS2: Brent said twenty-two people.

CHS1: See that's what I can't understand.

CHS2: He said the day before and yesterday morning.

CHS1: Twenty-two people.

CHS2: But when me and Dobber and Phillip was there, there was the three of us, Brent said that David somebody, I don't know who David is, David, David, David Williams, another David and ah, the court clerk told him that they had twenty-two people from Clay County down there. The day before and yesterday. And that's why he was late because they told him to just keep calling back and he, he told him to come on.

CHS1: And that's a lot of people not to know that they was going down there, ain't it.

CM:   Yeah. I should have heard something about it.

CHS1: Yes, I would say.

CM:   (UI)

CHS2: Phillip. Phillip was sitting there on, next to, I mean, when they told, when he told me that.

CM:   Well he sure didn't.

CHS2: I felt good. Phillip come out, I said Phillip how was it, he said fine. And I'll be, I said they didn't ask you any (UI) questions? He said no. I went in there, sit down. He's nice to me when I went in.

CHS1: Done a Jekyll and Hyde, didn't he.

CHS2: Kennon, you don't even know it. You don't, don't even know.   *or*

CHS1: Well I, let me ask you this. How can they compel her testify? I thought, you take the fifth amendment, I mean, can they make her testify ~~and~~ put her in jail?

CHS2: That's what they told me.

CM:   They'd have to get the judge to order it, then you need to *that* give 'em. A judge can order you to do it but, I, I mean, I can't see a judge ordering ~~you~~. They can't make you ~~testify~~,

9

*, the judge can MAKE you*

but, he believes that's right.  I see you...

CHS1:  Well, it, would Steve have enough, I mean, would he have to have a good reason to get them to, to do that?  I mean if he went out of there, if Steve Smith went out of there and done that, I mean would he not have to have a, a good reason for that?

CHS2:  Well he couldn't get it done yesterday and he, his excuse was he couldn't find a judge. That everybody was gone.

CHS1:  Would you think we'll get a letter?

CM:    Yeah.

CHS1:  So you think they'll do.

CHS2:  You do?

CM:    I think that they'll, they'll, they'll do something, they'll do a letter, I mean I don't know what kind of letter you'll get but...

CHS2:  He didn't call it a letter...

CM:    I mean they will try...

CHS2:  ...he called it some...

CM:    They will try to order you to do something...

CHS1:  An order.

CM:    I can't tell you to do it or not.

CHS2:  An order, an order.

CM:    Yeah, I can't tell you to do it or not, that's up to you and your lawyer.  Ah, particularly now, ah, ah, anyway.

CHS2:  When you appeal it, what do you do?  You just appeal it, how does that prolong it.

CM:    I don't even know that, that, you know, you, you better listen to your lawyer.  I can't give you advice.  You know, at this point and time.

CHS2:  Why?

10

CM:     If I do it's obstruction of justice,   which would mean a criminal offense on my part .

CHS2: But you're talking to me now.

CM:     I, I'm talking to you but I'm telling you it would be obstruction of justice  and there ain't no need to going that route.

CHS1: What's, where does it come into that once that she, once, how does that make it, you know, when does it become a thing that you can't tell us anything.

CM:     Well I just can't because if I try to  tell you how to, how to handle it and how to answer questions or  anything like that and they find that out, they'll charge me with obstruction of justice.  Kind of sounds like they're going to indict me.

CHS2: Will they indict me too?  They'll just charge me.

CM:     They won't charge you.  I don't think, I mean, I...

CHS1: What makes you think they're going to indict you?

CM:     That's what the, that's the questions they're asking.  That's where they're going and I'm sure they're going to.

CHS2: Well you know I wouldn't lie to you.  I mean I...

CM:     Well I'm trying to, I know that, I know that,  I know.  I mean, I know that.

CHS2: And they didn't ask me one question about you the day before, not one.  I don't know if it's not what Phillip didn't go  or, I don't know what the deal is.

CHS1: Evidently they didn't want you to have any inkling of what they were going to ask you down there, did they?

CHS2: Dobber didn't even have to go.  Dobber went upstairs to another place.  Didn't want me and Phillip to...

CHS1: Dobber went somewhere more than what they're saying.  I, let me tell you something, Dobber's been the man that, that's been right there that's caused every bit of this.  I think.

CHS2: Dobber don't know nothing.

CHS1: Well.  Dobber knows.  Dobber knows plenty.

CM:     Yeah.

11

CHS2: ~~I'm telling you~~ he's told, he's told stuff about me then.

CHS1: He's probably telling stuff about everybody Wanda, and I mean, you know, I mean..

CM:   He's probably right.  He's right.

CHS1: And, I mean, you know, I mean, I think we know what we done and the thing about it is Dobber is right there and now here we are.  So we're going to have to talk to your attorney and see what you can do to try to, I mean, I was, I was hoping he could tell us what to do but if he can't.

CHS2: (CHS1)  we need to get another lawyer, I'm telling you we need to get another lawyer.

CHS1: I don't know.  Honey, let me tell you, Brent Caldwell is supposed to be one of the top ones in the state, ain't, ain't he.

CM:   Yeah, he's a good lawyer , he is.  I can't tell you what, what to say  or what not to say .  If I advised you on that, they'd say that was obstruction of justice.

CHS1: Well if you took, if a person takes the Fifth Amendment you, you think it's a good chance that we won't get, we won't...

CHS2: Can I take the Fifth Amendment again when I go?

CHS1: Well if, listen, if they, if they compel you but he, do you not think they can compel her or you think they will compel her?

CHS2: What does compeled mean?  I mean he just said make....

CHS1: Well compel means to make.  That's what you, that's what compel means.

CM:   Order you to  do it or go to  jail.

CHS2: I'm gonna go to jail, that's what I'm gonna do.

CM:   Order you to do it .

CHS2: I'm going to jail.

CM:   Connie, ah, ~~Connie~~ Hunt spent eighteen  months in jail because she wouldn't answer their questions once .

CHS2: Do they put you in jail right then on the spot?

12

CM:     They can.  They can.

CHS1:  Lord gosh, lordy.  I wished I'd never seen an election.

CM:     Asked her if I was involved in 02, 04, and 06.

CHS2:  They tried to  go back farther than  that and I said  listen, I don't.  I don't know.

CM:     Ok.

CHS1:  I'll tell you what, she...

CM:     Well, I don't remember having done anything, you know, to...

CHS1:  ...she cried, when Wanda come out of there she cried off and on for two hours.   I didn't
        know, I didn't mean to call you on the phone, I didn't think that, ah, I tell you, I kinda felt
        bad about it because I didn't think it may have been a good idea but, but I just...

CM:     I've never seen like that thing up in Bath County, they counted the phone calls from
        various ones.

CHS1:  Did they?   Well I've not called you hardly never.

CM:     I know.  I know, you haven't .  Yeah, I'm very...

CHS1:  So I mean, I know.  I usually just come see you but I mean, I didn't, I'll tell you what I
        didn't know what to do.  When, when, when, when I, when I seen her come out of there...

CHS2:  Cletus I would never do nothing to get you in trouble.  Never.

CM:     I know that Wanda and I don't think  I've done anything to be in trouble over.  I mean I
        really don't.

CHS2:  Do you believe that?

CM:     I believe that.  I believe that.  I believe that, I sure do. Ah, and ah, but I don't know
        anything I've ever, that they can say that could get us in trouble. And I've heard (UI).

CHS1:  Well, you know what worries me is not...

CHS2:  Darnell worries me.

CHS1:  Yeah, he worries me...

CHS2: Darnell.

CHS1: ...and let me tell you we're sitting here and we know but I'm gonna tell you something. What worries me is the other twenty-two people up there.

CM:    Who were those twenty-two people?

CHS1: I don't know.

CHS2: We couldn't find out. Brent was going to try to find out.

CHS1: But how, can you, is it public record...

CHS2: I'm so aggravated with Brent, I don't even want to talk to him. .

CHS1: ...to go before the grand jury? It's not. I'll tell you who I think they are. I think they're people out of every precinct. And I'll tell you what I think, I think it's people right here that Jennings White's told 'em...

CHS2: They asked me if, ah, if I could name the people that, ah, that was what I was out of other precincts.

CHS1: You don't have no way of knowing.

CHS2: I said that I don't, I don' t know. I don't even know half the other precincts. Do you know what I mean?

(BRIEF PAUSE)

CM:    But what they're doing, they done it last year and they had people scared to vote. They make you think things you're doing that are perfectly all right something wrong with 'em. Like something's wrong with asking somebody to help .

CHS2: Do you want me to keep that, do you want me to throw it away?
CM:    No. No.

CHS2: You can keep it, or throw it away, I didn't...

CM:    Uh, but, you know, they want to make you think something's wrong with asking somebody to vote for you. That ain't right.

CHS2: They asked me if I, uh, if we, if you and I, and Wayne, never asked me n... one, just one or two questions about (CHS1) , had meetings prior to the election. Never asked me about Alman, never asked me about Dobber, never asked, , you know what I'm saying.

14

CM:    Never asked me about other people, you know what I mean, like other people.  Oh and You and Wayne and I may have been in all kinds of crap,  but we never had no meetings.

CHS2:  Huh

CHS1:  Who did you, who did you say Wanda, who else did they ask you about?

CHS2:  They asked me about, ah, Bart, (UI) Barb .

CHS1:  Yeah, I know that, but what about Bart Morris?  They ask you about Bart Morris?

CHS2:  Only like one, I mean, one individual question, you know what I mean, it was like one, he done  more talking than I did, you know what I mean.  He just kept on and on and on.

CHS1:  They're coming after us, ain't they?

CM:    Yeah, I mean, I've, I've expected it for some time, I mean .

CHS2:  You have?

CM:    Now listen, they've been, for twenty-eight years, (UI)  they've, they've tried, everybody that's gone over there they, they've asked questions about me.  They've done it since 1978.

CHS2:  Are you kidding me?

CM:    No ma'am, no.

CHS2:  They've never asked, uhm, the city people nothing about you.

CM:      Well, they've, I haven't had nothing to do with them.

CHS2:  (LAUGHTER) It ain't funny now youguns, it ain't funny.   I've been up all night worrying about this.

CHS1:  You know what...

CHS2:  What would they charge me with if they charge me.

CHS1:  They'll charge you with election fraud.

CM:    You mean...

CHS2:  That's what they'll charge me with, won't it.  .

15

CM:    They didn't say you was a target.

CHS2: They said I was going to jail.

CM:    No, that ain't true.  Did they ask you...UI...?

CHS2: No.

CM:    Charge you with something to go to jail?  .

CHS2: No, no.  But  they said I would go to jail.

CM:    ...UI...They're after somebody else.  It's me.  It don't mean they're after you.  You can go in there and, and...

CHS2: But, he said I was going to go to jail.

CM:    Yeah, that is because you'll answer any questions, they're going to try to hold you to your subpoena

CHS2: So I won't be charged with nothing.

CM:    That's right.

CHS1: Well can they, how long can they hold  you for contempt?

CM:    As long as the grand jury is in session .

CHS1: Lord  have mercy, son.  That's, how long  can a grand jury stay in session?

CHS2: Are you kidding me?

CM:    ...UI...

(BREAK IN CONVERSATION)

CHS1: Who will you get to represent you?

CHS2: You've not got that far, have you?  .

CM:    Not that far.

CHS1: Well, I'd just like to know because, hell I don't know, you know, Brent right there, I mean I thought...

16

CHS2: We're gonna hafta get somebody else (CHS1)  Brent, Brent was an hour and a half late yesterday .

CHS1: Brent is not used to 'em doing this kind of thing.

CHS2:  He didn't talk to me before I went in there.  I talked more to Stephen Charles than I talked to him.

CHS1: Brent is not used, Brent knows that they are, that they, let me tell you what.

CHS2: Brent acted, when I come out and told Brent what they asked me.  They, I mean, this may be flattering to you  but once he found out it was  about you, he acted like he didn't want anything to do with me.  You know what I mean.  Like it scared him to death or something and that  burnt me up even more because I already pissed at him.

CHS1: Let me tell you.  Brent is just trying to do the best he can.  He ain't see 'em.  Brent has been used to being  able to, to not go through what they going  through what they're going through.  They're unusually hard on us right here and it's not easy (UI).  You think he would be, I probably he ain't.

CM:    I think, I mean, I know he's got a reputation of being a good lawyer, but ah...

CHS1: He works for, McBrayer , Kirkland.  I mean, you know, I mean, he's, I, I don't think you need to switch attorney's now.  I think he's a good 'un, I think.  They ask you anything about Todd Roberts ?

CHS2: No.  They didn't ask me nothing about Dobber.

CHS1: I'll tell you what I look for 'em to do.  I look for 'em to do something over rocks stuff (UI).  Now I'll tell you what, every time I look at that stuff down there, they was, them orders by the time (UI) on these, ah, before they had these dismissals.  Didn't have nothing said on any of them about  what to do with money and guns.  Did you put that on, you put that on your orders pretty well every one of them cause most of them I got (UI).

CHS2: I've not told one person, not one person besides  my lawyer and (CHS1).    What they asked me.

CM:    Well, now, that's, I...

CHS2:   I would have drove over here...

CM:    ... I sorta thought that  might be what they's a doing but ah...

17

CHS2: You did?  Why didn't you tell me that?

*I just never could*

CM:    Because I just, I wasn't really sure, I mean, ~~I couldn't  ever, you know I couldn't  ever~~ formally reply because really I've been in elections pretty vocal for the last thirty years ~~elections, I mean, truthfully,~~ I have.   Not like I was ...UI... ✓ ✓ ✓

CHS1: ~~Here you go.~~ *Yeers ago.*   ✓

CHS2: Well, they asked me

CM:    (UI).

CHS2: They asked me other, you know later ones and then, I said  hell, I don't know, I mean...

CHS1: Well we was, we was, we was...

CHS2: ... I didn't say hell I don't know, but I said, and he said yes and no, don't shake your head.

CM:    Like later on, what do you mean?

CHS2: Like before two thousand.  I mean I don't, I said...

CHS1: Like going back to all the way to ~~March~~ *(ui)* and I...   ✓

CHS2: And then he  he went, well let me know, but now specifically oh two, oh four, oh six. Listen I shook my head like that, no, and he said speak up, yes or no, don't shake your head.  I was treated like, ah, low class person.

CHS1: Well let me tell you something.  Their job is to get whatever they can out of you and, let me tell you something, you take a...

CHS2: Have no idea what Dobber, I ain't going around Dobber.

CHS1: No.

CHS2: I am not  going, you were right on that,  I ain't going nowhere around him.

CM:    (UI).   *¶ CHL: Does he know I looked for him, isn't it.*

CHS2: I said Dobber where you going, me ~~and Phillip and Stephen Charles was standing~~ ℓ

~~CHS1: (UI)...~~ ℓ

~~CM:    That's a (UI).  You don't need to.~~ ℓ

18

*and Phillip and Stephen Charles was standing*

CHS2: ...at the elevator and the, Minnie and his lawyer, his lawyer's last name is Laundry or something like that standing back there and I said Dobber where you going, did they call you and he went. I said where you going? Upstairs.

CHS1: Lundy.

CHS2: Lundy was his name and then we get upstairs...

CHS1: ~~Lundy~~  *He hired Lundy.*

CHS2: And I said well Phillip, where'd Dobber get off to and he said I ain't seen Dobber since I got up here.

CHS1: He hired Lundy.

CHS2: Lundy.

CHS1: Was that the guy's name from Corbin.

CM:    Their whole purpose on Phillip...
CHS2: No it said Pikeville or somewhere, Pineville.

CM:    Their whole purpose on Phillip was just to prove that he's my daddy-in-law, I mean, that I'm his daddy-in-law. Now that, that was the whole purpose... *(UI)*

CHS2: So they didn't really ask him nothing. They didn't ask him nothing like that, did they?

CM:     No, no, no. Asked him if there were any meetings with candidates. Asking him for elections officers, other than you know like ~~what they place~~. I mean, ...UI...Ah...

CHS1: Well where can they construe that they was any meetings. I mean what is an official meeting, I mean what...

CM:    With, I think where it all comes from...

CHS2:   He's playing with that dog.

CM:    There was talk about some meetings on Friday night or something. But there wasn't no meeting that I know of on a Friday night and if there was it was, from what I can find out, if there was a meeting, it would have been Hershel and Ed and them ...

CHS2: What Friday night, I mean, were you talking about this past...

CM:    ...the Friday night before, no...

19

CHS2: Oh.

CM:   The Friday night before the election.   But, now they will ask you when you talked to me, the last time you talked to me.

CHS2: They didn't ask me that.

CM:   They will.

CHS2: They will.

CM:   They will.  And they'll ask you whether you told, now, they are going to ask if you told me what questions you're asked there.  Now, I, I.

CHS2: What do I say then?

CM:    I can't tell you what to say.  (Laughs) But...

CHS2: Just say no.

CM:   I'm not gonna tell you what to say . I mean,  you, you...

CHS1: He's playing safe on that one Wanda.  He can't...


CHS2:  I shouldn't have come talk to you then I don't guess.

CM:   Well, I need to know.  But I figured they asked.

(PHONE RINGS - MARICLE ANSWER PHONE - NON-PERTINENT)

CHS1: You know what I'm thinking, I'm think Darnell told us something because I can remember Darnell coming up here when me and when me and you, Cletus and everybody else sitting on the floor.

CHS2:  I can't hear you, wait a minute.

(MARICLE FINISHES UP TELEPHONE CALL)

CHS2: Now what  about Darnell?

CHS1: I said I wander if Darnell had been talking to 'em because all I remember wh...Darnell's been around.  Darnell came up here one day whenever , me, Clete, and Phillip and Judy and everybody were sitting up here on the porch up there but I don't think that they...

20

CHS2: What is he doing?

CM:     (CHS2), how many times a week have we seen each other over the past five years.

CHS2: Two or three times a week.

CM:     Two or three times a week, that's right.  And...

CHS2: Sometimes more.

CM:      If that, if that is wrong then I'll go to the penitentiary  because I ain't gonna stop seeing people , because, Ah, they think this that and the other (UI).

CHS2: (CHS1) I think it's Dob...Dob...Dobber and I said Darnell's talking to them too,

CHS1: Let me tell you something (CHS2), I don't think there's no doubt  it's Darnell because I, I don't know who it is.  I'm just sitting here and guessing and speculating.

CHS2: Dobber went somewhere .

CHS1: Well Dobber, ~~if~~ Dobber got ~~one he come~~ *Lundy from* over there...

(CONVERSATION INTERRUPTED BY MARICLE'S GRANDCHILD - NON-PERTINENT)
(CHS1 USES THE RESTROOM)

CHS2: Lordy mercy.

CM:     Do you think we've done anything illegal?  I don't.

(CHILD TALKING IN BACKGROUND)

CHS2: I think if you talk they are going to twist your words all to pieces, is what I think.

(MARICLE TALKING TO CHILD IN BACKGROUND.

CHS2: It's threw me for a loop, I know that.

CM:     How's that?  Who threw you for a loop.

CHS2: That man did.  Asking me them questions.  I even see that man when I went over there to London.  (Sighs).  They, they worked it good, I give them that.  They sit here, I couldn't figure it out, but they, uh, they made, uh, they made a fool of us is what they done.  You know what I mean, how they set it up, I couldn't ever figure it out.  And then get me in there and get me, then Brent come out and Brent "well what did they ask you," and I

21

started telling him and he wouldn't even talk to me. I've argued with him so much today because he can't find me out nothing about, about the judge, and he'll probably quit me Monday.

CM:     Now, are you supposed to be back down there Monday?

CHS2: Well, I, that he said I'd be getting a letter, but I mean.

CM:     The letter may say that you're a target of the investigation.

CHS2: He, He told, Steve, that Steve guy, told me I was going to be put in jail next week.

(CHS1 RETURNS FROM RESTROOM)

CHS2: I guess, I, I ain't never been in jail but, I figure...
        If I,
CHS1: Let me tell you it's a miracle Daddy's out of jail right now.          ✓
        ^

CM:     Yes sir, absolutely, absolutely.

CHS2: Why? I don't get it.

CHS1:   Cause if they put you in and they want to keep you there, you're killed. (UI).

CHS2: (CHS1) after twenty-two people going down there, their liable to come pick him right back up.

CHS1: I don't know what they're going to do but I can tell you one thing. If there was twenty-two people down there you can bet that Jennings and Vernon...

CHS2: Over two days.

CHS1: ...that Jennings and Vernon...

CHS2: He didn't ask me one question about Jennings and Vernon.

CHS1: Well that's because they've already got 'em.

CM:     They didn't need to ask you any questions about Jennings and Vernon.

CHS1: Yeah Vernon and Jennings ta....          them everything that they know.

CM:     They've got all that, Jennings and Vernon told me and they know.          ✓
                                                                 ^

22

*[handwritten: CHS1: He's had to be doing...]*
*[handwritten: CHS2:]*

CHS1: And let me tell you something that, that, boys, you go back and look at the way those elections was worked for years and years. Jennings White think nobody knows no better than he does, cause...

CHS2: Why he's had to be the one telling stuff on Barb.

*[handwritten: the one telling them anything on Barb.]*

CHS1: He had to be ~~doing, he's had to be the one tell them anything (UI).~~

CHS2: I ain't tell her nothing. I ain't telling. She asks me, I'm going to say, I'm going to say nothing.

*[handwritten: CHS1: you better not, if you tell Barb, she will tell everybody in the county.]*

~~CHS1: You better not, boys you tell, she will tell as far as (UI).~~

CM: The best advice I can give you is go home and stay. I'm telling you, go home, stay in the house do not get out. Don't talk to nobody..

CHS2: Barb's a big mouth.

CHS1: Well you can't tell (UI).

CM: That would be, that's the best advise I can give you. For your sake.

CHS1: Stay away from people.

CM: They'll liable to be following you every where you go.

CHS2: Who?

CHS1: You reckon they followed us up here?

CM: Why sure, they know you're sitting here right now. Absolutely, (CHS2).

CHS2: I come from my house. Across the road.

CM: I don't, I don't care. I'm telling you, I'll bet you anything they know right her, *[handwritten: here]* right now.

CHS1: Well let me tell you this...

(CHILD TALKING)

CHS1: They have been, they been lights going on and off the Bowl, the old Bowling House right there? We saw caught lights coming on at night for the last probably week and a half,

23

two weeks.

(CHS2 HEARD TALKING IN BACKGROUND WITH SMALL CHILD - NON PERTINENT)

CHS2: The lights in that white house beside me have been on. Has Judy showed that house or anything?

CM: No.

CHS1: Ain't nobody living in it neither. (CHS2 talking to Child). And, so either they gotta show it or either they've lost something in the dark and they've had to find it. Turn them on, turn them back. They one good thing about it. There ain't no way they can, ah, ah, that they would have been able to see us (UI) because every house over there, buddy, there's a hundred houses around us, ain't they (LAUGHS). I'll tell you what. I was hoping, buddy, to start me a new life.

*— CHS1, oh, Ain't no doubt.*

CHS2: I bet Wayne gets indicted and Barb Jo.

CHS1: Oh, they been more than that. They'll indict Freddy Thompson. You don't think they will?

CM: ~~That old man's not going to break. They'll not indict Freddy.~~ *(UI)* ✓

CHS1: Why ~~don't~~ *do* you think ~~won't~~ *they* indict him? ✓

CM: Because uh,

CHS2: Because they didn't ask me...

CM: (Interrupting) they won't move on Freddy Thompson ...UI....

CHS1: Well that's true.

CM: Anything important

*Close, He was letting Vernon clean, clean down there for him.*

CHS2: Do you think Vernon knows anything on it, think about it that way.

CHS1: Well now let me tell you him and Vernon got ~~to politicing up in Burning Springs~~...

CHS2: (Interrupting) He was and Chad worked there.

CHS1: Chad worked there and let me tell you something that's a very good possibility, *that* ~~because~~ when Vernon was cleaning and doing all that stuff down there, he may have been already there.

CM:    I don't know.  They're going to have to come up with something so,  I mean, I know they won't indict on what they have, I mean, it's, it's nothing you have to worry ~~to me.~~  (UI)

CHS1:  Well you know what I can't understand that.  Is everybody else they get after ~~they~~ it don't take 'em four or five months to get.  They been after you thirty years looks like they woulda, I mean can't they get just about anybody they want to.  I mean they can, can't they.  I mean,,

CM:    I guess so (CHUCKLES).  I guess but they never have really, you know.  I ain't done nothing.

~~CHS1: I know...~~

~~CM:    (talking at same time as CHS1) I mean, that's, uh  you know.~~

CHS1:  ...I mean I understand what you're saying but I mean I'm just, but I 'm just saying, you know, if they really wanted you that long.

CHS2:  They'll put me in jail, won't they.

CHS1:  Yeah.  If he, if, if according, if they get you, if they, well do you think that they hafta get that from Washington or can  a judge sign.

CM:    I think they have  to get immunity from Washington.  I think, you know...

~~CHS1: (interrupting) Is that hard to get?~~

CM:      How hard that is,  I don't know. I mean, and it's been a long time since I've been...(UI).

CHS2:  Have you ever  have to do  that?

CM:    What?

CHS2:  Get, getting an order like that.

CM:    Well, there is no state immunity.

CHS2:  Oh.

CM: It doesn't exist.

CHS2:  Oh, okay.

(BRIEF PAUSE IN CONVERSATION)

CHS2: Buddy, I'll tell you it's scary. Heck, I don't know what we've done to that man but he is pissed off.

CHS1: Now let me tell you something they, they, they, ah...

CHS2: He acted like I'm the biggest liar and biggest sleaze. .

CHS1: ... They're on Clay County right now. That's...

CM:   Huh?

CHS1: They're on Clay County I said.

CM:   Yep.

CHS1: And they'll move on after they get done here. They've move on to somewhere like, they was on Floyd County, I think, for a while wasn't they and then they'll go on to, ah, another county and they'll probably...

CHS2: Bet you don't want me coming back up here no more now, huh. .

CM:   It might be best for a while not to communicate to tell you the truth (UI).

CHS2: (Interrupting) You reckon they, you reckon, you reckon they know we're up here now or you just saying that to scare me or do you think...

CM:   No, I think, I think they probably know. .

CHS2: They're going to ask me if I come talk to you, then ain't they.

CM:   You know, you got the city police right down there, I mean...

CHS1: Well they may, they may, you know, just to watch to see if we did come. I mean, I never even thought about that but I mean, you know I...

CM:   (At same time as CHS1) Yeah, yeah. That's right.

CHS2: I'm glad I didn't come last night, cause we stopped and ate and got the kids and ate. If they followed us, they's be bored to death.

CHS1: Well, they had to sit outside the, ah, Ryan's Steakhouse.

CM:   But I can't tell you how to answer the questions. I mean, that's, you know, you, uh...

CHS1: Well you probably have to be answering your own before long in my opinion.

CM:   I don't intend to answer any questions, if they call me as a witness. I don't...

CHS2: They'll ask me if I come up here, won't they.

CHS1: We need to call, we need to call Brent. I'll tell you what, Brent'd probably kill...

CHS2: You think they'll ask me if I come up here?

CM:   Yeah, there's a good chance they will.

CHS1: Well...

CM:   And you'll have to say yes.

(CONVERSATION INTERRUPTED BY SMALL CHILD - NON PERTINENT)

CM:   ~~And they'll not like it and they probably know.~~ *You cannot lie to them and they'll probably know.* ✓

CHS2: What baby?

(CHILD TALKING)

CHS2: ~~Hey Kennon,~~ I...aww, they ain't following nobody. ✓

CHS1: Wanda, I told you that they've been, ah...

CM:   They'll have pictures. Getting out of that truck out there if you're not careful or they'll have pictures of you going in your house.

CHS1: They may have pictures sitting here right now.

CM:   Absolutely. (LAUGHS) ~~Keep on~~ *Look at him.* looking up the hill. ✓

CHS1: They might be.
CM:   Well, I mean...

CHS2: Younguns it ain't funny.

CHS1: No, it ain't, I know it ain't.

CHS2: There ain't nothing about it that's funny.

CHS1: I know that, I know that, I know that, I mean...

(CHILD IN BACKGROUND)

CHS2: How in the world did anybody, how did we get into this shape?

CM:   Just because they want to get somebody, you know, ah, I don't know anything illegal we've done.

CHS2: I mean...

CM:   But, you know, that ain't gonna say they ain't gonna try to say you did.

CHS1: It wouldn't bother me if Dobber didn't know what we're doing. If we, if it was for that, it would not bother me.  I...

CHS2: They'll go into more depth , ah, questions when, when, if I go down there Monday, won't they.  Even more, won't they.

CHS1: I don't see how they're going to get your letter by Monday.  I mean, how can they get your letter, it's Friday.

CHS2: Well maybe I, maybe I, hopefully I won't.

CHS1: There won't be one by Monday, couldn't be really or they, unless they send you...

CHS2: Could they fax one?

CHS1: Well no they could maybe send one to your attorney

CHS2: To Brent.

CHS1:  but they might come down here and serve you papers, you know, if they serve you papers then...

CHS2: I'm going to be in London.

(CONVERSATION INTERRUPTED BY SMALL CHILD - NON PERTINENT)

CHS2: I didn't even want to tell you.

CM:   Well.

CHS2: I said that will tear him all to pieces, Kennon.

28

CM:     Well, it don't make you feel good but...

CHS2: I'd rather not know.

CM:     Well I hope, man needs to know, needs to know.

CHS1: Tell you what ~~everything..~~

CHS2: (CHS1), I'm glad you didn't get him last night because I told, did you get the message?

CM:     I got the message over there...

CHS2: I said don't leave him no more message, I mean he'll, he'll be up all night..

CHS1: Wayne.

CM:     But see I saw that University of Kentucky number by and I got around to pushing it back and it...

CHS2: Yeah.

CHS1: You know that, Wanda...Wayne talked to Dobber five or six...

CHS2: I know.  I definitely ain't talking to Dobber.

CHS1: You can't.

CHS2: I ain't talking to nobody, nobody.

CM:     That's, that's the best advise I can give.

CHS2: I mean you, huh, I wish I'd a took it the other day when you told me not to but I didn't say nothing.  I mean, I was just trying to see what he was going to say.

CHS1: No Dobber's come out, Dobber will come out of this smelling like a rose, someway.

CHS2: I don't know.  Vernon thought he'd come out smelling like a rose too.

CHS1: Who knows how he's come.

CHS2: He's in jail.

CHS1: Yeah.  (PAUSE) (UI)To me  Jennings White is the best key they've got but they don't go past him.  He ain't been involved.  He may have originally been involved in 04  but he

29

ain't been involved...

CHS2: Jennings don't know nothing on me to tell. He know anything on you? Does he know anything on you, (CHS1)? (LAUGHS)

CHS1: Well if he does, you know, no I mean, no I mean...

CM: They don't have to know it to tell it.

CHS2: Yeah. I didn't mean to aggravate you.

CM: Oh, it, this...

CHS2: I didn't mean to aggravate you. I know it, I know you aren't but I didn't mean to.

CM: ...well this, I'm not, I know that, I know that. I know that I'm not aggravated at you. (CHUCKLES) I just, you know, that, that, that a person gotta go through this and living in a free country. That's not a good feeling but...

(BRIEF PAUSE - NON PERTINENT CONVERSATION)

CM: (To dog) Well, I'm gonna put you in the house. I don't want to sit here.

CHS2: You don't want to hold him either.

CM: I'll, I'll be right back. I'm going to go to the restroom.

(MARICLE LEAVES ROOM - NON PERTINENT CONVERSATION WHILE CHSs TALK WITH SMALL CHILD - LONG PAUSE - MARICLE RETURNS BRIEF NON-PERTINENT CONVERSATION)

CM: How many times did you say they mentioned my name (UI)?

CHS2: A lot. (LAUGHTER) A lot. My, listen I was so rattled when I came out (CHS1) said you better write down what they asked you. I, they asked me more than that but I couldn't remember them.

CHS1: Well I'll tell you what you musta see, I'm gonna tell you something...

CHS2: Brent had rattled me even more. Brent, Brent was being a prick.

CHS1: That's because he can't get nothing done. Whenever people wants to, they can't help you, they get mad at you.

30

CM:    One, five, three, eight, eight.  Hello?

(MARICLE ANSWERS PHONE AND QUICKLY HANGS UP)

CHS2: You'ns got me so paranoid right now.

CM:    I'll tell you, I mean, they've got forty people here working for how long, I mean, you know.

CHS1: Hey, how many?

CM:    Forty.

CHS1: When?

CHS2: What do you mean forty people?  Forty FBI people?

CM:    Yes.  That's my opinion of it, I don't know.

(MARICLE ANSWERS PHONE, BRIEFLY TALKS, THEN HANGS UP)

CHS1: You think they had that many here?

CM:    I wouldn't doubt it, I heard it.

CHS1: Lord have mercy.

(SMALL CHILD INTERRUPTS)

CHS1: I guess Steve felt pretty good for, for Phillip.

CHS2: They didn't do Phillip the way they did me.  That's like, you know, you, you's think I'm lying.  They think because I'm a woman and that, ah, I'll crack is what they think.  He slammed shit at me (CHS1), I tried to tell you.  You think, I mean, he got, you don't think he did that but he did.

CHS1: You know better than saying ^any thing when you was on Pawpaw, (CHS2) so that ain't what you say.

CHS2: What?

CHS1: I said when you come from Pawpaw you...

CHS2: They don't know that.  (LAUGHTER)  I'm serious, they don't know that.  But you see

31

what I'm saying though, a woman , am I right or wrong.   I thought I'd go in there and talk my way out of it.  I ~~would.~~ *was*

CHS1: But you couldn't have.

CHS2: I may have to try to do that Monday.  Or Wednesday or whenever I get le...if I get, I might not get a letter.  He might just be doing that to scare me, but Brent thinks he will.

CHS1: Well you know what, that's why Brent's upset because he hasn't been able to get his usual...

CHS2: Brent ain't done nothing.

CHS1: Oh, I think he's done whatever he could and I think that they have basically said look this is what we're doing and he ain't able to do nothing about it and I think we've put so much pressure on him to do something about it that he's about ready to say sp...you know, I mean when you, you're straight forward and you talk to him just like you talk to anybody.

CHS2: Well, I'm paying him.

CHS1: That's right.  You think they'll get Wayne?

CHS2: I U/I , well it sounds like they're going to.

CHS1: Well if they...

CHS2: Everytime they asked about him they asked Wayne in the same sentence.

CHS1: I'll tell you what, Wayne definitely had hisself in too much just like (UI).

CHS2: Yep, with the wrong kind of people.

CHS1: Um uhm.  Tomorrow's (UI).

CHS2: What you think about, *I mean,* are you upset?.  I mean, know you're not jumping for joy.

CM:    Well, I'm not jumping for joy but I'm not shocked by any stretch of the imagination.

CHS2: I can't believe you're not shocked?

CM:    I'm not shocked at all cause I've know, like I said if you've been around here twenty-eight years it's been, you know.

CHS1: How many times have you been just setting here like this probably and then nothing

happened.

CM:    Well it's where they ask the questions before the grand jury I don't remember any of that, but, I mean, as far as FBI agents.

CHS1:  Would anybody ever come and told you like me though...

CM:    Probably not.

CH2:   Nothing...

CM:    Probably not...

CHS2:  I mean think about it.

CM:    ...(CHS2), probably not, wanda, probably not,

CHS2:  You know.

CM:    Yeah, probably not.

(SMALL CHILD INTERRUPTS - NON PERTINENT CONVERSATION)

CHS1:  I don't know if it's good that they didn't ask you about...

CHS2:  Do you think that they'll indict Phillip?

CM:    No, I don't think so.  Phillip's not one of the ones they want.

(CHILD TALKING)

CHS1:  Who do you think the ones they want are?

CM:    Well, obviously I'm one of 'em.

CHS2:  Do you think they want me?

CM:    No.

CHS1:  Think they want Wayne.

CM:    Probably Wayne.

CHS1:  You don't think they want Freddy though.

33

CM:     I think they want Freddy, but I don't think they got Freddy.  Yeah, I'd say they will, I don't know...

CHS2: Barb, you think they want Barb?

CHS1: Probably not.

CM:     I don't, I don't know, I don't know on that one.  Yeah, she's a former state representative ...

CHS2: I dare you, you better not speak to her, I'm serious, because she tells everything she knows.

CHS1: I'm like him.  I ain't no way.  She'd be all...

CM:     . Put another notch on them.

CHS2: There ain't nobody left.

CM:     Ah...

CHS2: To get...

CM:     Doug maybe.

CHS1: Doug Adams?

CHS2: Doug Adams?

CM:     Yeah, maybe, maybe not but ah...

CHS1: Let me tell you he oughta, when they're after someone...

CHS2: Why do you think he asked me about him (UI) and then didn't ask me not one question when I got up there.

CHS1: Because they want to cut you off from going down there.

CHS2: Huh.  They didn't want me to get a story together before I went, be prepared.  It's what it was.. Cause I was prepared.  (LAUGHS).     Oh Lord.

CM: Oh Lord.

CHS1:  Worried ain'tcha.

CM:     Me?  Buddy, it don't make you feel good, I mean, but you know, what happens happens.  I can't (UI) they can just (UI).

*find out*

*no de*

CHS2: (CHS1) did they tell you when you was in over there that they would put you in jail.

CHS1: No.  They told me that a, but I'll tell you what I did now.  Why they asked me about Todd Roberts that's all they asked me about.

CHS2: I hope I wasn't no smartass.

*yeah*

CHS1: All they asked me about was Todd Roberts and let me tell  you something.  Todd Roberts right there.  I told 'em one knowed that all I knew was what these policemen had told me. So I really wasn't of no assistance to them other than telling 'em that these policemen had said this and they'd hafta go verify what the police had said because that's the only thing I knew.  And then asked me if he drove around with Bobby Jo Curry and I said yes.  I seen him ride around with him passed me by.  I mean, see they never asked a word, that's what worries me.  They never asked a word about, ah, about Vernon and, son, they come up there and...

CHS2: They never asked you one thing about Vernon  and then got him that night.

CHS1: No, I now I was, got him that night.

CHS2: (CHS1) was there.

CHS1: I was up there.  I drove on by.  The brake used to...

CHS2: Did you know that?

CM:    Yeah.

CHS1: You  reckon they had him a long time before they got him?

CHS2: I wandered why that they, ah, had you and Doug down there and then went and got Vernon.  To make it look like you told something on him?

CHS1: I don't know.

CHS2: I mean, giving the timing of it .

*run*

CHS1: They, but they had, they had the day we was down there (CHS2) they had fifty-two or something like that.  You remember?  I mean it was a sight.  Richie Couch and ah, Gary Gregory had to be down there.  And you had, ah, I ran into the Hubbard boy, the Richard Hubbard.  And ah, run into, ah, ah, the guy that run JJ's out here and run into, ah, heck they had Floyd Couch Junior down there I think.

CHS2: How much you wanna bet like what he's saying, that they ask Dobber if I come to him

35

the night before.

CHS1: I guarantee they did.

CHS2: And I did.  Not the night before, but, ah, the night before it's (UI)...

CM:    They'll ask you whether or not you was up here today, too.

CHS2: I'm gonna say no.  I am (CHS1).

CHS1: Well, you'll just...

CHS2: Then they'll ask what we talked about, won't they.  Won't they not?

CM:    Yeah.

CHS1: Well he said it would be a good idea for us not to come back for a while, didn't ya?

CM:    I think it's a good idea for you to stay at home and not talk to nobody, is what I think.

CHS2: Do you  really?

CM:    Yes.  Cause, I mean, the more you're out, the more you stir up, the more people talk and people's...(Interrupted by CHS2).

CHS2: They're going to ask me what, everybody around here knows that I was down there. Donnie Thompson called when we were pulling...

CM:    (UI) Your cell phone number?

CHS2: ...in the pulling the (UI) bed when (CHS1) dropped me off and asked, ah, asked what was going on.

CM:    (UI) I have no idea.

CHS2: Best thing to do is just not answer the phone I guess?

CHS1: Ah...

CHS2: We ain't got a phone over here no more.

CHS1: If there's any more happening, stirs up much I'll have to (UI).

CM:    Is your cell phone number...

36

CHS2: 1104 .

CM:  1104 .  *That's right*  ✓

CHS2: It's on your cell phone.

CM:  Okay, okay.

CHS2: I mean the 813 .

CM:  813 , 1104 , okay.

CHS2: The house phone's not working.  I don't have one over there yet.  I need to get one over there Monday.  What'd you say about phones?.  You think they, they see...

CM:  Well I mean any phone you got, they'll know who you called.

CHS2: How?

CHS1: They call it ping.

CHS2: I know they can listen to it but how do they know who, who's called?  I mean...

CM:  Well they...

CHS1: Well, caller ID, buddy, you got caller ID.

CM:  The number.  They can get around the phone company every call that you make.

CHS2: Oh okay, okay, okay.

CM:  Every call you make.

CHS2: Okay.

CM:  Off your phone or printout or cell phone or...

CHS2: Okay.

CHS1: They ain't such thing as not being able to be traced anymore.  Too much technology.

CM:  That's right.

CHS2: I don't think that's what it is, well, I mean, I'm not the FBI but I tried to get a phone for

37

somebody aggravating me and I couldn't ever get it.

CHS1: You ain't the FBI though.

CHS2: Well.

(MARICLE SPEAKS WITH SMALL CHILD - NON PERTINENT)

CHS2: (LAUGHS) Will you fill my bond if I get put in jail?

(Laughter)

CHS1: They just...

CM:    (Laughs) They don't let judges sign a bond.

CHS1: No, they'll put you in for kin... con

CHS2: Will they give me a bond?

CHS1: Let me tell you something, they did that Clinton...

CHS2: (CHS1), I'm serious will they or not?

CHS1: No they, they won't give you not bond. They... no

CHS2: I, I have, Cletus look at me, I feel I'm going to jail next week.

CHS1: They put you in...

CM:    Well, I'm not going to say you may not, I mean, I...

CHS2: But will they fill, will they give me a bond thing?

CM:    If they put you in contempt, no.

CHS1: No, if they hafta put you in for that, they hafta put you in until you decide to testify, is what they do.  And they put that woman in...

CHS2: They'll make me just sit there?

CHS1: That's right.  They put that woman in that used to work for Clinton...

CHS2: They have to give you, send you to court like they do here.

38

CHS1: Didn't they put a woman in there that used to work for Clinton...

CM:    They have to go to court. It has to, I mean, it has to be the judge that orders it.

CHS1: Say?

CM:    Huh?

CHS1: Didn't they put somebody in there that worked for Clinton or for Hillary one time and...?

CM:    Oh yeah, she stayed, ah, that's right, the, I was thinking, about ~~Connie Hunt awhile agobut~~ *something (UI)*, what's her name, ah... *(UI)*

CHS1: I forget.

CM:    ...stayed for a year and a half or something liked that...

CM:    ...because she refused to testify, ah. What was her name? The wife was in business with the...she was younger married to the older man. What was her name? Susan McDougal.

CHS1: Yeah, that's who it was.

CM:    Susan McDougal.

CHS2: What'd she do now? Why did she get put in jail?

CM:    She refused to testify.

CHS1: Refused to testify against the...

CHS2: They let her sit in jail for a year and a half?

CM:    Yeah she sit her time.

CHS1: And Clinton couldn't even pardon her because she was in there. Because it was on...

CHS2: Would you sit in jail that long for somebody?

CM:    Yes.

CHS2: You would?

CM:    Yes sir, yes ma'am.

CHS2: (LAUGHS) That's a long time .  Would you sit that long for me?

CM:    That's right.

CHS2: Okay.

CM:    Absolutely, absolutely. .

CHS2: All right.

CM:    I'll be very honest with  you.

CHS2: Okay.

CM:    that, uh, I would  not,  If I've seen somebody shoot somebody (SMALL CHILD YELLS IN BACKGROUND) (UI).

CHS2: Right.

CM:    but as far as.

CHS2: Good God Blake.

CM:     As far as these other things, no.  Now I...(UI)...if that's what you have to do its what you have to do.

CHS1: You ever been to jail in your life?

CM:    Walked in and out, and uh....

CHS1: I'll tell you what, buddy, I mean.  Cork's  about the same way (LAUGHS).

CHS2: I'll tell you Cork, Cork'll, uh, his little ass put  in jail for not telling(LAUGHS).  He sat there...

CHS1: The thing about itis...

CHS2: He's a professional now.  (Laugh)

CHS1: Everybody else...

40

CHS2: He ain't like me and you, is he Clete, he's a professional. (Laughs)

CHS1: I guess you go in there and just lay on one of them bunks and just lay there and lay there and lay there. And ah...

CHS2: That's real cute.

CHS1: No I mean, it ain't but ah, I mean, that's what...

CHS2: That's real cute. I'll throw this bottle right at your head too.

CHS1: No, I know that (CHS2), I'm just telling you that that's...

CHS2: He's aggravated me and he, don't.

CHS1: No I'm not aggravating (CHS2), I just don't know what to tell you to do.

CHS2: I wish you'd been there, that's what I know...

CHS1: I wished you. I do not wish anything. I just don't know what to, what to tell you to do. I know one thing I wished...

CHS2: I think his dad has pissed him off. That's what I think.

CHS1: Well I'm sure he's not made them happy with...

CHS2: And I think they took it it out on me, I'm serious.

CHS1: And I think...

CHS2: You think I'm lying.

CM:    They been after me for, I told you how long and, I, for anybody to think (UI)...

CHS2: You think it's strictly about you and nothing to do with (CHS1) (UI) dad pissing them off.

CM:    I don't think they I, I would have thought so maybe at the time but no. I don't, I think (UI)

CHS1: I'll tell you what's getting ready to happen. What's getting ready to happen is because of, ah, you being election officer down there. You, I wished you'd never been election officer. Wish you never fooled with election. But I'm gonna tell you you don't know at the time and you don't know and, and you know if you're an election officer in Lexington...

41

CHS2: I'm, ah, you know what pisses me off.  I begged you'ns from the time I went in not to trust Dobber.  Not to put Dobber there with me.  Did I not?  What did I say?

CM:    I didn't have nothing to do with Dobber being in there.

CHS2: But, but was I, was I ever, did I ever feel good about (UI) Dobber being there?

CM:    Oh, I can't say anybody felt good about putting Dobber in there.

CM:    Oh, I can't say...

CHS2: No.

CM:    ...(UI).

CHS2: No.  (MARICLE YELLS AT SMALL CHILD)  God I'm glad I didn't go back and talk to him last night.

CHS1: I'll tell you what...

CHS2: Cause I was wanting to jump all over him.

CHS1: Well, I'll tell you what I think.

CHS2: I never thought they'd, think, even think about them asking if he'd come and seen somebody.

CHS1: Well let me ask you this, ah, did anybody see people from the election commission.  Was any of them people or all them people like Don Nolan and...

CHS2: (UI)(CHS1) they didn't tell me who was there.

CHS1: ...Mary Louis Phillips and, and Penny.  I wander if they was all there yesteryear, ah, or the day before.  Or, ah, Delma Roberts or Ray Brown or...

CHS2: Hell, I don't know.

CM:    I don't, think anybody down there is dangerous. .

CHS1: Well if they said there's twenty-two you don't think you'd be...

CM:    I don't, I don't believe them.  I don't.

CHS2: Why they'd tell that for...

42

CM:     I don't know and I don't believe it.

CHS2:   To throw us.

CM:     I may be wrong they may have...

CHS2:   We was the only one that know, no, we was the only three sitting there.

CHS1:   But no they said they were down there Wednesday.

CHS2:   We sit there from 1:30 on.

CM:     (UI) there'd a been more...UI...

CHS2:   They said the day before and that day.

CHS1:   The day before and that day, twenty-two more people was...

CHS2:   That's what they said.

CHS1:   That's what Brent said or David, whoever David was to.

CHS2:   He told us all.

CHS1:   Okay.

CHS2:   And then Brent called, I mean that wasn't he told us, the David man. I know that David, he's the same, let me tell you who David is, David, because I asked Steven Charles who he was and he's the same thing that the Steven Smith is.

CHS1:   Oh he is.                     ¶ CHS1: I know David Williams . . .

CHS2:   And it ain't David Williams, cause I know David Williams, because I see him on TV..
                              ^

CHS1:   It was Jennings lawyer isn't he.

(BRIEF PAUSE)

CHS2:   Well...(sigh)...Do you think they will put me in jail? All I'm worried about is jail (LAUGHS). That's all I'm worried about is jail. Do you think they will?

CM:     (Laughs) I don't know.

CHS2:   You think they, you think they would is what I'm saying.

CHS1: Well yeah they...

CM:    Yes.

CHS2: You do?

CM:    Yes.

CHS1: If they do it, they'll do it.

CM:    If they can do it, they will.  If they can't, if they legally can do it, they will.  Absolutely.

CHS1: Well they never take...

CHS2: I've got two kids.  Surely to god they wouldn't put a woman with two kids, well I mean, I know they will

CHS1: They put 'em in every day like that.

(SMALL CHILD YELLS SOMETHING ABOUT HIS COUSIN BEING IN JAIL)

CHS2: Well, my cousin's Dad's s in jail too.  (Laughs)

(CONVERSATION WITH SMALL CHILD - NON PERTINENT)

CHS2: Then I guess we need to go and get clothes to sleep in.  We ain't got nothing over there to sleep in.  I seen Judy when I come out this morning.  She pulled in to we live right beside where she works.

CM:    Oh, you all do?

CHS2: Yeah.

CM:    Over Remax?

CHS2: Yeah.

CHS1: Well if we're not gonna be able to talk up here, where do we need to talk  When we need to.  When can we talk?

CM:    Well we, we'll hafta figure that out.

CHS2: Youn's really think that they know we're here, followed us.

44

CM:     (CHS2), they know you're here.  Absolutely.  Without even thinking...

CHS2: Well they woulda had to sit at home for two hours and watched me over at my house.

CM:     And they, and they probably know you were up here night before last.

CHS1: The other day.

CM:     ...the night before last.

CHS1: They probably been watching us and they probably been watching him.  They know every move he's made, every move, let me tell you they have so many resources that when they decide to do it, they, they, they watch everything.  You know when the people can deer hunt they put...

*Don't they?* ✓

CHS2: Do you think they know  where we  live in London?

CHS1: Absolutely.

CHS2: You do?

CHS1: They probably know the first time that you went over there and talked about renting that house.  They probably knew it.  Let me tell you something, (CHS2), they've got things that they can point, just like that right there and listen to a conversation up to twelve hundred feet.

CHS2: That's real nice to know.  Ain't it.

CM:     Yeah.

CHS1: I don't know that...

CHS2: I don't think it goes on around here.

CHS1: I doubt it does.  I doubt they do.  They just, ah...

CHS2: That's CSI shit, (CHS1).

CHS1: Well let me tell all, every police you ever talk to talks about CSI and they say all that stuff's a bunch of bullcrap so.

CM:     A lot of it is , but the FBI's got the resources to do all that...     ✓

(SHORT CONVERSATION WITH SMALL CHILD)

CHS2: Well, I guess if I get put in jail, you'll know it.  It'll probably be on the news.  (Laughs)

CHS1: Yeah, I'm sure it will.  Let's hope that it don't...

CHS2: I'm a nobody.

CHS1: Let's hope that it don't come to that.

(BRIEF PAUSE)

CHS2: Well do you at least think I done good?

CM:    Yeah.  (YELLS AT SMALL CHILD - NON PERTINENT CONVERSATION)

CHS2: I don't know how some people go in there  and can do the same thing I did and then, and then they get by with it.  Ca.., I mean, that ain't,  washing with me, that don't make no sense.  They must want you bad is all I know.

CM:    They do, they do, they do.  It, ah, it means, ah, probably several  hundred thousand dollars more for them  in money from Washington  for the HIDTA program.

CHS2:  How they going to get that?

CM:    The more people you get the more money they get.  That's the program, I mean, that's the way it works.  Why would they have somebody investigate if they you know...

CHS2: .  Keep the ball rolling in other words.

CM:     The more, the more they get the more money they get.  Will they get a reward because of Doug and them?  Yeah.  They get a reward and they'll get money.  That'll be, that'll be big time and they'll get more money.  I'll betcha, I'll betcha their funding will go up.  That's what they want, it's all about money.

(Child Talking)

CHS2: It's costing me money.

CHS1:  Huh.

CHS2: Will Wayne talk to 'em?  What do you think? You think he will?
CM:    Wayne don't think there's anything to be concerned about.

CHS2: Well brother let me tell you, he's wrong.  I ain't, I ain't gonna go, I ain't gonna tell him nothing.

46

CHS1: Well Wayne, just let me tell you about Wayne.

CHS2: I ain't going to tell nobody nothing.

CHS1: Some people deals with things like that. Some people say...

CM:    He deals, he deals with, he can deal. He's been there. He's been in jail and trial. He's been through a trial. He's been tried and tested.

CHS2: I bet it wasn't federal though.

CM:    Yes it was. I represented him.

CHS2: It was?

CM:    I represented him for bank robbery in nineteen seventy-eight and we beat their ass.

CHS2: Are you kidding?

CM:    It's ever since then that they've been after me. You did not know that?

CHS2: No I didn't know that...

CHS1: Ah, yeah, yeah I knew it. (TALKS TO SMALL CHILD)

CHS2: I thought Wayne went to jail for pot.

CM:    Huh?

CHS2: I thought Wayne went to jail for pot.

CM:    He did, he did go to jail for pot but we beat the bank robbery.

CHS1: Was his pot charged federal or was it state?

CM:    Federal.

CHS1: Yeah.

CM:    I think he went federal. I don't know, I'm not sure about that.

CHS2: And he don't think there's nothing to worry about.

CM:    He goes out hunting all the time don't he and got guns and him a convicted felon.

47

CHS2: He ain't a convicted felon right now.

CM:    Yes he is.

CHS2: Well how's he the election commissioner.

CM:    Well that don't...

CHS2: He can't vote.

CM:    He, yeah.

CHS2: He can?

CM:    Yeah.

CHS2: He can?

CHS1: He got his rights restored.

CM:    He got his rights restored.  But that don't restore your rights to carry a gun.

CHS2: Oh.  Does that mean when Vernon gets out he can run for councilman again?

CHS1: If they  restore his rights.

CHS2: He can?

CM:    If they restore his rights.  Wayne ran for magistrate again after he got out.
CHS2: I don't know.  I know his brother did, I don't know.

CM:    Yeah, Wayne ran again, he ran against ...UI...

CHS2: They didn't ask me nothing about no magistrates.  That's what I expected they ask about
        is magistrates.

CM:    Ew they, they'd rather have a judge or a, sheriff  but I'd say Ed has probably, is probably
        working with them, superintendant, but I'll sure be there, they've got ...UI... (CHS2
        Interrupts) .

CHS2: God, I'm glad, Oh, lord, I'm glad I didn't talk to Ed.  Ah, see I do listen to you.  Whether
        you think I don't or not, I do.

CM:    Don't talk to him.

48

CHS2: You think he's working with 'em?

CM:    Why sure, Steve Smith's his first cousin.

CHS1: Steve or his dad?

CM:    Ah first, he's first or second cousins to him.  What do you think?  they raised together from, from, ah...

CHS2: I don't know.  He ain't went to jail.

CM:    one in Clay County and one in, in, ah, Knox County.  About as far from here to Jake Mobley's down there.  It just happens that there's a line.

CHS2: This was  a young man.

CM:    That he's first or second cousin to Ed Jordan.

CHS1: Ed's a smooth operator too ain't he.

CHS2: God, I thought that was the prettiest man there ever was too.  I thought he was so good looking, he'd come in there, slam that note written down  on me.  Scared the shit out of me (LAUGHS).  I don't think nothing about it no more.  (SMALL CHILD YELLS) Okay.  Phillip said he was nice.  (Laughs)  He did.

CHS1: He probably was nice too.

CHS2: I could tell  Steven Charles didn't think he was nice though.  He was trying to talk to Steven Charles and Steven wouldn't even, he'd say grunt or, or something.

CHS1: Didn't you say Steven would smoke cigarettes in there?

CHS2: He'd smoke the whole time he was there.

CHS1: How in the world did he get by with smoking in a federal courthouse?

CHS2: Listen he had my eyeballs running.  He'd smoke so much (LAUGHS)

CHS1: Lexington's smoke free anyway (UI).

CHS2: Down there smoke, Phillip smoked too.  Yeah.

CHS1: Well then maybe they're allowing them to.

49

(MARICLE YELLS TO SMALL CHILD - NON PERTINENT)

CHS2: I think this is a bunch of shit is what I think it is.

CHS1: Well it's...

CHS2: That's what I, I think it is. I'm, I, I'm, I, I think it's a bunch of shit, no kidding.

(BRIEF PAUSE)
CM:    (UI).

CHS1: Five four eight oh.

CM:    Six eight four four.

CHS2: Oh that's Judy's number.

CHS1: Oh, who's you trying to call.

(LARGE BACKGROUND NOISE - MARICLE MAKES PHONE CALL - NON PERTINENT)

CHS2: You're  not going to tell her, are you?

CM:    Hm?

CHS2: Are you gonna tell her they're putting me in jail?

CM:    No.

CHS2: Oh.

CM:    No, no, no.

CHS2: I'll tell you what, she needs to do though.  She needs, She needs to stay home too.

CM:    Yeah.

CHS2: You know.  They'd love to, they'd love to wrap her up in  something.

CM:    I try to tell her that, I've tried to tell her that.

CHS2: You know what, to use against you, do you know what I mean?

(LARGE NUMBER OF SIRENS HEARD IN THE BACKGROUND)

50

CM:     She don't listen, she don't listen.

CHS2:   Well you can show her, well that would be telling, well, I mean, you might tell her anyway, that would be the only way you could get the point across. .

CHS1:   I'm gonna tell you something (CHS2), what a...

CHS2:   You know what I'm saying though, just, I mean, they get people's kids to get people, you know what I mean.

CM:     Yeah.

CM:     Sure they might be.

CHS1:   There might be a certain, certain way to...

CHS2:   I mean they do.

CM:     That's what I thought they might be doing on you.

CHS1:   That's what I figured that they'd try, yeah they...

CM:     And they know they've got you.

CHS2:   Yeah.

CHS1:   Do you think they done it on some kind of (UI)? Why wouldn't they have got me?

CM:     No, they want me , but I mean, they, they think that they can squeeze her more than they can anybody else, because ...UI...I mean, that's.

CHS1:   Well let me tell you something, buddy, that bunch scares me to death.

CHS2:   (CHS1) wouldn't even, he took your advise, he wouldn't even go in , I said...

CM:     Well that's the, that's the only thing (UI)...

CHS2:   ...I said come in, come in (CHS1) for me, with me, and he, he wouldn't.

CM:     Didn't need to go down there.

CHS2:   Huh?

CM:     Because next thing you know, there's no need to go down there because they done got you in there.

51

CHS2: They probably would have, wouldn't they?    I bet they would've.

CHS1: They scared me so bad sitting out there.  I, I got around the building where I thought it was safe.

CHS2: Brent spotted you though.  Brent and Phillip both did.

CHS1: Did they?

CHS2: Yeah.  You was, that's where they was at, at the top of the window where you was parked, up at that deli.

CHS1: Well I was looking up there watching that light.

CHS2: They kept me, I sit in there with people I didn't even know for thirty-five minutes.

CHS1: Son, those people when they come out of there, they parked all over the place.

CHS2: Did you see them come out?

CHS1: Yeah.

CHS2: He probably scared them as bad as he scared me, ~~I ain~~'t kidding.      *I'm not*

CHS1: Well they probably, you know, they probably been down there and used to it.

CM:    No, you can't scare them.

CHS2: You don't think?

CM:    No, they're part of the system.  They're the little man getting their day.  Get somebody.

CHS2: They love it don't they.

CM:      Absolutely. .

CHS2: You think they do ?

CM:    Absolutely, they love it.  They love it.

CHS2: They's writing.  They had pads of paper like a, ah, you know what I'm talking about note pa...like those yellow pads.  And they was writing stuff.  They never asked me one question.  (CHS1) said they'd ask me questions and people...

52

CM:     Well, if you started answering questions...

CHS2: They never asked me nothing.

CHS1: They figure that you take the fifth amendment so, so many times that...

CHS2: Are they not allowed to?  I guess they're not allowed to then, are they?

CM:     You can take the fifth amendment to their questions, same as anybody else.

CHS1: Yeah, that's what they figured.

CM:     They wouldn't ask you any until Steve Smith asked you.

CHS1: Yeah.

CHS2: Buddy, let me tell you, you'uns may not believe this and (CHS1) said he was nice to him, but he's got a temper.

CHS1: Well see back then though they was wanting Todd and I really didn't have anything to hide.

CHS2: (UI - LAUGHS).

CHS1: So I told 'em, I told 'em you know what jail that Mike Bishop and Kevin Johnson or one of them guys had told me and they'd have, and I don't know if it's true.  I said you'd have to ask them and that was the truth.

CHS2: So,  you didn't piss him off like I did.

CHS1: Well, I mean, you know, I guess if I'd been you in your position I would have.

CHS2: Do you think, well let me ask you this, do you think they'll do that same process?

CHS1: No, if they get you back down there...

CHS2: Again?

CHS1: ...they know you're gonna take the fifth that they'll have something to make you testify if you go back.  If you don't, you'll never go back, will she?

CHS2: I will or I won't?

CHS1: If you either won't...

53

CM:     They, they, they can, they'll try to make you come back and testify.

CHS1: The reason they might not ask much against me was on account that you have a right there, too, I'm your, your husband.

CHS2: Election fraud is, is what they're looking at.

CM:     I guess.

CHS2: Election fraud.  I wonder if they'll start asking me questions about what I did at the polls.

CHS1: That's exactly what they're gonna start asking, yeah.

CHS2: They're gonna start hitting  me on stuff, ain't they.

CHS1: Um uhm.

CHS2: That Dobber's told 'em.  I know where it's come from.

CHS1: That's where it's at and what you, what you gotta do is to...

CHS2: Cause  they didn't ask me none of that.  I was scared to death too, my insides was a jerking.

CM:     They were getting around, they were getting around to it.

CHS1: Yeah, that's what they, they were getting around to...

CHS2: They were getting around to it weren't they.

CHS1: ...and they just, they just seen where it was going and they knew if they asked you what question and what you was going to come with then they was going to get them a judge. Let me ask you did, did they...

CHS2: Somebody said Ed had people down there a while back, a month or so ago, that, that signed statements on me and Dobber at the election polls.  I don't know if that's, believe it or not.

(MARICLE INTERRUPTS CONVERSATION AFTER HIS DOG ENTERS ROOM.  CALLS FOR GRANDSON TO GET THE DOG - NON PERTINENT)

CHS2: If that's the case, if they've got people who signed stuff on me...

CHS1: Well they...

CHS2: You'd think they'd arrest me before they, ah, had me doing that.

CHS1: They'll reindict you before they arrest you unless they do that contempt.

CHS2: Wouldn't they have to indict Dobber too?

CHS1: That's a thought.

CHS2: No.  What baby?  (Talking to Child)

CHS1: I mean they don't have to indict, ah, anybody they want to do they, I mean that's...

CM:    They can indict whoever they want to.

CHS1: And they don't have...

CHS2: Well don't you agree...

CM:    .They don't have to indict nobody.

CHS2: ...they'd  have to indict Dobber if they indict me?

CM:    No, absolutely not, (CHS2), Wanda, under no circumstances, they don't care about that.

CHS2: That don't make no sense to me.

CM:    I'm just, it don't make sense to nobody...

CHS2: He did the same thing I did.

*It's irrelevant*

CM:    ...it don't matter, it ain't go nothing to do with it.  ~~You're right~~, I'm sure.

CHS2: It ain't right, it ain't right Cletus.

CM:    If they want you, they look say I want to indict this one, I don't want to indict, if they cooperate say I don't want to indict that one.

CHS2: It, it wouldn't be right.

CM:    It may not be right, but that's the way it works.

CHS2: He did the same thing I ~~did~~ *done*, that wouldn't be right.  I'll tell 'em it's not right.

CHS1 :       Well that don't make no difference to them.

55

CM:     (LAUGHS)  You know you ain't, you know, so what.  You don't, I mean, you don't mean to be smart but so what.  I don't think it's right either, so what.

CHS2:  Stephen Charles told me whatever I did, not to go in there and smart off.

CM:     You talked to much down there yesterday in that room .

CHS2:  What room?  I wasn't in, It was a cafeteria.

CM:     You were down there talking, you talk too much.  Telling this stuff about...

CHS2:  To him?

CM:     To Everybody.

CHS2:  There wasn't nobody in there but me, Phillip and Dobber.

CM:     All those listening devices.

CHS2:  Brent told me they ~~wouldn't put~~ wasn't listening devices in the that building.

CM:     Bullshit.

CHS2:  Are you lying to me?

CM:     That's what the KGB tells 'em in Russia too.  That's what the KGB tells 'em too.  They heard every word you said...

CHS2:  That's illegal.  That's illegal.

CM:     Ain't got nothing to do with it.  (UI). And it probably aint illegal,

CHS1:  Probably ain't.  They probably got rights to guard them federal premises with whatever they deem necessary.

CHS2:  I talked a lot, but I

CM:     Sure they do.

CHS2:  But I didn't talk to none of them. Cletus, Cletus...

CM:     They heard you and all (UI) I mean I didn't...

(CHILD ASKING "WHAT'S ILLEGAL" OVER AND OVER)

56

CHS1: (UI).

CHS2:  Well, I've never done nothing like this before

CM:    You need to...

(CONVERSATION INTERRUPTED BY SMALL CHILD - NON PERTINENT)

CM:    Ah, you need to, you need to, you don't need to talk to a lot of people.

CHS2:  Did Steve tell you I talk too much.

CM:    I heard.  I've heard what you said and I know it was too much.  You needn't be off telling you're on ebay, that's a violation of the law.

CHS2:  Well how is that?

CM:    Ain't your computer?   _wasn't    wAsn't   was it?_

CHS2: No.

CM:    On state, on city time, wasn't it?

CHS2: Everybody does it.

CM:    I don't ca...ain't got nothing to do with it.  Ain't got nothing...

CHS2:  I'll bet there are people in James Phillip's office that, ah, gets on ebay.

CM:    And every once in awhile they'll bump one too  They gave, ah, Wayne Jones' boy almost lost.

CHS2: That's nothing, that's nothing.

CM:    It's theft of services.  Theft of things, yes it is, ah, ah, I mean, it is, it is...

(TALKING ALL AT ONCE - UI)

CHS2: That's illegal?

CHS1: I wish I'd, I wish I'd never worked for a city.  I wish I'd never been in an election.  I wish I'd never been on ebay.  (UI)

CHS2: For bidding on ebay.

CM:     Sure.  You're taking, you're taking, you're, you're using somebody else's time (UI).

CHS2: Well I thought I was doing right telling him the truth, they seen me.

CM:     Well there's more...

CHS2: They came right around and seen me on ebay.  I didn't know who it was, I thought he was lying to me.  I would not have told nobody that except Steven Charles and Phillip.

CM:     I know that's only Steve Charles and Phillip.

CHS2: I trust them.

CHS1: But Dob...

CM:     Ah, who heard it (UI) Steven Charles and Phillip but who heard it other than Stephan Charles and Phillip that you didn't see.  You didn't hear Steven Charles say anything, did you?

CHS2: No.

CM:     That's right.  You can't keep, you're naive.  You know all about it.

CHS2: I wouldn't have told them.

CHS1: (UI).

CM:    . Huh.

CHS2: I wouldn't have told them nothing like that.

CM:     I know.  I know.  I'm just telling you.  I'm just telling you.

(WALKING NOISE - CHS1 USES REST ROOM - PAUSE IN CONVERSATION)

CHS2:        I didn't know you couldn't do that.

CM:     You're using city time and property for your own personal benefit.

CHS2: I didn't know, I mean, honest to God.  I didn't know.

CM:     Damn near fireChris Jones, Wayne's boy.

CHS2: What did he do?  For getting a computer.

58

CM:    Yeah.

CHS2: I didn't know that.  I wouldn't have told no one that but Stephen Charles and Phillip.
You're saying the rooms may have been listening devices in there?

CM:    I have no doubt in my mind that they are.

CHS2: I have said more than that to them.

CM:    Well, yeah, you was talking about Doug.

CHS2: I did.

CM:    I know what you said.

CHS2: I'd die if I got him in more trouble.

CM:    They couldn't believe it.

CHS2: Lord, I don't want Kennon to know that.

CM:    Well, it's best we not talk about it then.

CHS2: Oh God.

CM: (UI)

CHS2: I bet Stephen Charles about died then.  He should have said shut your mouth there is
        listening devices in here.  That's what he should have told me.  I didn't, I thought it was
        illegal to bug rooms and buildings like that.

CM:    So what, even if it is, you think they do everything legal?

CHS2: Well.  They're supposed to.

CM: They don't.

CHS2: Which right now I don't have much faith in the system.  (Laughs)

CM: Well, I really don't either.

(SMALL CHILD TALKING)

CHS2: That's made me sick.

59

CM: What?

CHS2: The ebay thing.  (Sighs)

(CM HAS CONVERSATION WITH CHILD)

CHS2: Well that sucks.  I'll be going home wondering what I said.

(CHS1 RETURNS TO CONVERSATION WITH SMALL CHILD - NON PERTINENT)

CM:    Well I don't, I mean, you shouldn't have said it, they probably they got it down, which they probably won't pay any attention to that, because of everything.

CHS2:  I was whispering.  I bet he thought I was a damn idiot.  Well I bet he did.  Did he say I was a idiot?

CM:    No.

CHS1: He probably did, but wouldn't tell you if he did, though.

CM:    No.

CHS2: I bet he said she's just like sis is probably what he said.

CHS1: You know what he said, he probably said how dumb.  Why in the H E double L would you guys ever a trusted somebody like (CHS2).  She'd kick you in the ass.  (LAUGHTER)

CHS2: He didn't say that.

(CONVERSATION INTERRUPTED BY SMALL CHILD - NON PERTINENT CONVERSATION)

CHS2: I'm almost nauseated right now.

CHS1: You've got a good reason to be (CHS2), I mean, there ain't no...

CHS2: No, I, ah...(LAUGHS)

CHS1: Yes you do because...

CHS2: No, (CHS1) he's right.  I run my mouth too much , but I didn't know.  I didn't know.  I won't do it again.

CHS1: What, let me tell you something, honey, you, you...

CHS2: I won't do it again.  No, Let's just drop the subject.

CM:    Yeah.

CHS2: Let's just drop the subject.

CM:    Well that's done.  I mean I don't think, I, I don't think  there'll be any harm come out of it to any degree but just, ah, in the future remember, remember that.

CHS2: Well, ah, a fricking lawyer would have, would have helped.

CHS1: He may...

CM:    He, he may...

CHS2: My lawyer shoulda been there.

CM:    He may  be convinced they don't do that.  I don't believe that.

CHS2: My lawyer shoulda been there at one o'clock like he told me.  Do you not agree with me?

CHS1: I'll tell you what...

CHS2: He shoulda been there with me.

CM:    But maybe he knew they wasn't gonna get to you for some time.

CHS1: See you don't never know what they tell him or what he's talked to.  He probably don't...

CM:    They may have said we ain't gonna get through until three or four o'clock (UI).

CHS1: Yeah, he'd never tell us that.

CM:    I mean that, you know...

CHS2: Then he shoulda told me not to come until four o'clock then.  Dobber was there at eight o'clock.

CHS1: If Lundy was his attorney...

CHS2: With his lawyer...

61

CHS1: ...Lundy, ah, you...

CHS2: Well that's something I don't understand.

CHS1: Well Lundy's not from Pikeville, I don't know, if it's not, Lundy's from Barbourville, ain't he?

CHS2: This man looks like Colonel Sanders.

CM:   He's from Barbourville.

CHS2: Do you know who he is, he looks like Colonel Sanders?

CM:   Yeah, he's from Barbourville.

CHS2: He was there at eight o'clock, him and his lawyer both and I don't know where they went.

CHS1: Well let me tell you this...

CHS2: Minnie went with him, ~~his attorney~~ wherever they went.

CHS1: It don't matter how good an attorney you get if they want...

CHS2: I think Minnie was supposed to be there yesterday.

CHS1: I say she was.

CHS2: I swear I do.  Because the lawyer was talking more to her then she was, than he was Dobber.

CM:   May have been.

CHS1: I wander who loaned them the money to get him.  Lundry charged him what, twenty five hundred ~~a hill down~~ to come down there.  I know he's a pretty good attorney.  I'll tell you who else he represents.  He represents Terry Davidson.

CHS2: Oh he does?  That'd be a conflict won't it.

CHS1: If he ever, ever gets indicted it would be, won't it.  Do you think they'll get any of these magistrates ?  According to what Jennings  had said.

CM:   I wouldn't be surprised.

CHS1: I wouldn't be either.

62

CM:     I think Terry and Tommy are the two, maybe Clinton, that are the most likely

CHS1:  Yeah, them's the three.

CHS2:  See, somebody forgot Clinton was supposed to be down there, he wasn't down there yesterday. He wasn't, I didn't see nobody, but us and Minnie.

CHS1:  Oh, they're done with it buddy, I'll tell you this. They're going...

CHS2:  It can't be that bad to sit in jail. You'll send me money. I'll need cigarettes, I'll need candy bar money. (Laughs).

CM:     (UI)

CHS1:  They put you in Lexington, you wouldn't get to smoke anyway. I bet they do it.

(NON PERTINENT CONVERSATION ABOUT JAILS BEING SMOKE FREE AND CHS1'S FATHER)

CHS2:  Why do you think that Todd Roberts has not been put in jail?

CM:     I don't know. I have no idea.

CHS2:  Does that not puzzle you?

CM:     Well I wondered about it. I don't have any idea why. Either they've got a very, very weak case on him and I tend to think they probably do or he's cooperating out the yahzoo with them. But his cooperation out the yahzoo, he's spending an awful lot of money to be cooperating is all I know.

CHS2:  Right. Well if that was the case then they'd have an weak case against Vernon too.

CHS1:  Vernon's already plead.

CHS2:  Vernon already plead guilty?

CHS1:  Um uhm.

CHS2:  Well, I didn't know that.

CHS1:  Yeah he has. You don't keep up with nothing. I thought you knew that.

63

CHS2: No I didn't know that.  When did he do that?  Is that when he went back to court, ah, the last time?

CHS1: It's when the...

CHS2: When they got Dennis?

CHS1: Yeah.

CHS2: Is that when he went?

CHS1: Um uhm.  What'd they ever do with that case on Dennis, did you ever hear?

CM: No.CHS2:          That was in London wasn't it.   (PAUSE) (CHS1) we might as well head over to the house and run from Barb because I don't want to look at her.

CHS1: Well we need to get over there and try to get us some clothes.

CM:      She come over.

CHS2: Every time we're in the driveway  she wants to know what, what happened over there.

CHS1: Yeah she wants to know what was said down there in front of...

CHS2: What was said.

CHS1: Her questions are...

CHS2: I slammed the door on her yesterday. (LAUGHS)

(CONVERSATION BECOMES GENERAL NON-PERTINENT - MEANWHILE MARICLE ANSWERS PHONE - NON PERTINENT WITH SMALL CHILD ENTERING AND LEAVING)

CHS1: We go, let me know when, where and if.

CM:      Okay, eight one three one oh one one.

CHS1: No, one one oh four.  Eight one three one.

CM:      One one oh four.  I will call you myself.

CHS1: That's probably a good way to do it.

64

CHS2: What are we going to now just sit, sit back and wait?

CM:    I think, I think we just sit and...

CHS2: Wait it out.

CM:    ...and, and, and wait.  I don't know...

CHS2: They don't contact me, I don't contact you right?

CHS1: No, no, no, no.

CM:    Let them contact you, yeah just sit back and wait.

CHS2: I'm even more worried now that I come .

CHS1: Well we got, I'll hafta, I'll hafta find out if it comes.

CM:    Well. .

CHS2: I'm worried about what I said now.  And trying, trying to sit here and think.

CM:    Don't worry about what you said.  That's, that's the least of things now.

CHS2: Don't say it again.

CM:    Just watch what you say. (LAUGHS)

CHS2: Okay.  This sucks, don't it.

CHS1: Well.

CHS2: Bunch  of shit ain't it.  It's a bunch of shit.

CHS1: Well, let me tell you, it, it's coming.  I think they're going to get a bunch from oh two.  I think Jennings is, Jennings is going to see to that.

CHS2: Ain't it been five years since oh two?  It's not?

CM:    Statute of limitations.  I don't think so.  Late May.

CHS1: Yes so it's...

CHS2: You think that's why they're moving so fast on all this stuff?  Yeah.  Statue of limitations

*or whatever its called.*

^ ~~on all this stuff.~~

CHS1:  Oh, they're definitely, going to do it.  Otherwise they wouldn't be moving on it, if they wasn't, would they?

CM:    No.  I think, I, I ah, I think that's what it is.  Act...I, ah, I think they'll, ah you said that they'd do something this month and, you know...

CHS1:  I think they will because of the statute of limitations and, and Alman out there told me and, ah...

CHS2:  I wander if they've asked Doug  anything about elections stuff .

CHS1:  I don't know but I'll tell you this.  They told me that they waited to get Peanut Abner till the day.

CM:    The last day.  Yeah.  Ah, his, ah yeah.

CHS1:  And his statute of limitations was up

CM:    The last day.

CHS1:  And then that they waited four days before, ah...

CHS2:  On election stuff?

CHS1:  ...Wally McDaniel before they charged him.

CHS2:  Are You're kidding?

CHS1:  Ah, four days before the statute of limitation was up on  him wasn't it?   So.

CHS2:  I guess you don't want me calling you collect from jail, do you?

CM:    (LAUGHS) If you get in jail, call collect.

CHS2:  Call Blake?

CM:    Call collect, call collect.

CHS2:  (LAUGHS) Oh, I thought you said call Blake.  That wasn't even funny.  What about call, ah, call Blake.  Poor old dog got treated awful.  .

CM:    Um uhm, see you all later.

66

CHS1: Well ah we'll be seeing you.

CM:    One one oh four.

CHS1: One one oh four.

CHS2: One four.

CM:    One one oh four.

CHS2: Judy's got it.

CM:    Eleven oh...

CHS2: Judy's got it.

CM:    Okay, all right.

CHS1: She  probably won't call me on it , but I mean...

CM:    No, but she might  get a call.

CHS1: Okay, all right.

CHS2: That sucks.  I don't feel right right now.  I feel like I'm saying bye or something.

CM:    Well, you know, ah, (LAUGHS) well you may be .

CHS2: I don't like it.

CHS1: If they's some type of an emergency...

CHS2: That means  I can't call Lindsey either don't it. I mean if you think about it.

CM:    You can call her  cell phone, that's.

CHS1: They some type of emergency I may be in prison. UI... I'll have to talk to Wayne. *(UI)*

CHS2: Aww, youn's is crazy.


CHS1: Buddy, it's not that bad.

CM:     It might even be worse .

CHS1: You reckon.

CM:     Listen, we'll communicate .

CHS1: Okay.

CM:     All right.

CHS2: I think you all is nuts is what I think.  You going to take me to Walmart or what?
(END OF CONVERSATION WITH MARICLE - NON PERTINENT CONVERSATION.
WALKING TO CAR.  CAR NOISES.)

CHS2: I left it unlocked.

CHS1: Well it's around five twenty-eight on the fourth of April and we're leaving the home of
      Cletus Maricle.  On the fourth of May, it's the fourth of May and we're leaving the home
      of Cletus Maricle.

CHS2:  He said that Stephen  Charles said  I talked way too much in that room and that they had
       it bugged.  He told me not to do that ever again.

(NON PERTINENT CONVERSATION)

END OF TAPE.