*Final Version*
*Rw*
*Dck 12/17/09*
*@ 8:30pm*

*5/14/07*
*Transcript*

The following transcript involves conversations between the following individuals:

Male Cooperating Witness = CW

Female Cooperating Witness = FCW

Cletus Maricle = Maricle

Unintelligible = U/I

Recording dated May 14, 2007

---

Transcript at 00:13:00

13:05

Maricle: Is that what you think they are going to ask her?

CW: Yeah, that's what Brent thinks, that it's heading in the direction He said from what I've been able to gather, and what that they ask you down there the other day and they ask Wanda the other day ~~they may be something different.~~

Child: ....U/I....

CW: He said they may not ask all them, but they may be something different, but he says...

Child: Can I have your gold watch?

CW: Buddy, I tell you what; I'd just about give it to you if my, wasn't a present.
Child: Hmmm?

CW: You want you a gold watch? I've got several up there.

Child: ....U/I....

CW: They may be; you may have to take some links out. I'll make Trey pick you out one of his old ones and give to you.

Child: Hmmm?

CW: I'll make Trey get, get one of his old ones and give to you. But like I said he said that may not be everything, but he said he was going to be fair, but now, he, all he is, is he told us to look over 'em because that would probably be what was going to be asked Friday. He said, you know, which I'm not going in. I'm staying, I'm staying away. I don't see as I've

1

got no business to be in there around any of that.

Maricle: ....U/I.... ~~grand jury. Don't see any problem to it.~~

CW: Well, I mean I don't ahh, you know, I don't see the.... you know, here's, here's what the only problem that I see with it, and I don't .... you know, I know we talked about that the other day that Dobber I don't know, you know, what Dobber's done; but other than that, other than that, you know, I don't ahh, you know, I just don't want to get, you know.....a man definitely don't want to get Wanda in a bind down there, you know what I'm saying?

Maricle: How ~~do you know. I mean, she maybe~~, *does she know then* She'll have to answer that one, right?.

CW: Right.

TV IS VERY LOUD IN BACKGROUND.

CW: Buddy, there just ain't no way that I know how to tell her what to say. I don't know what.....I mean here's the thing, you can word things different, I mean you understand what I"m saying? You don't want to get in.....I don't want to get her in a bind because she gets down there and answers one wrong, and then there she is, you know, and I don't know what, you know, that she ..... I mean I just, you know, I, I just can't believe they've done what they've done there, buddy. To me, I mean *that's your CW I know they've been*

Maricle: I think really, ~~they've been~~ after me for years, but also I think they're after her and this Administration to get to your Daddy....

CW: Well, I'd say that's....I'd say that exactly right.
Maricle: Have you talked to these people about the election? *and ain't*

CW: No, I've never talked to 'em about the election whatsoever. All I've talked to 'em about is Todd. See, that's what, that's what I can't understand either because to me, ahhh, well, I mean, you know, I would have thought that they would have been on, been after, you know, on me over the, you know over the November, you know, if they was going to ask any questions that's when daddy run but you know, they've not been that way, which, you know, I don't doubt that it's coming, you know, I don't doubt that it wouldn't going to happen, but I'll tell you what, now, I mean it's just shocked me where it's at right now. But I'm gonna tell you something. Here's what I worry about. I don't want to get her in a position that she's .... I mean, now, let me tell you something, Brent don't know ..... I mean I've not talked to Brent in depth about, you know.... I just....you know, he basically knows Wanda was an election officer and knows the questions that they're going....but I, you know, I haven't talked to him, you know, in depth about this thing because, you know, I don't know because I feel, I feel uncomfortable because I know how it is. A lot of these guys.....

2

Maricle: (Interrupting) .... I don't see any question that's especially concerning on the election. I tell you right now, I never handled any money. [handwritten: of those / really that is (U/I). I tell you / no]

CW: Well, I know you never handled no money.

Maricle: That's just a simple matter...U/I...

CW: Well, I know, I mean I know, I didn't, you know, you sure never handled, no, I never, I never seen you handle no money.

Maricle: ....U/I.... [handwritten: I mean, I was not]

CW: I mean, I'm sure Wanda never seen you handle no money; but I mean, you know, that's what I'm saying, I mean, that's not the question, you know that .....(pause). Talked to Alman lately?

Maricle: I went out there a few minutes [handwritten: just a moment] this morning, went this morning. He's moving to Hector. Be there before week's over.

CW: Well, I don't think there's anything.....

Maricle: (Interrupting) ....Wanda I don't think there's anything to it.

CW: Well, I mean the only thing that I know of.....I mean, here's the thing, is that's not what I'm.....you know, I'm not really worried about all them questions. I'm worried more about, about how she got the election officer because here's the thing. It ain't no secret, I mean, what that, you know....because they raised cane for her to not be in there. I mean, you know, they's people that didnt' want her in there and you know, if it hadn't been.....I mean, just to be frank about it, if it hadn't been for, you know, you, she wouldn't got to be election officer because Wayne and them would have never put her there and that's the only thing that bothers me is just because Dobber, you know, everybody, Bart Morris, Darnell to all them......

Maricle: I don't think Wayne was opposed to her being an election officer at all. [handwritten: Don Nolen]

CW: Well, I mean, you know, I don't.....I know this. I know that they never put her in there the first ahhh, the first ahhh, when she first registered, and they come up and said that ahh, said that ..... I mean it was ....U/I..... You know, there's some people, and some more didn't want her in there, you know, I mean it's ......but I mean they ended up putting her there, and I mean, that's the only reason they did, and...

Maricle: But, 5 or 6 years you all been coming up here and eating...

CW: Well, that's exactly right.

3

CHILD YELLING IN BACKGROUND

Maricle: It's fifteen till six (talking to child).

CW: Well, we've been up here all the time, I mean it's hard to.

Maricle: (Interrupting)... ....U/I....5, 6, 7 years.

CW: But you know what, what the bothering question about that is, is you don't know what else they going to ask; you don't know what they are going to hit her with when she gets down there; you don't know what Dobber's done. Let me tell you something, buddy, ahh, I just don't think that my young'uns are ready, you know, I mean I, I'll just be frank with you now, buddy, now, I mean my young'uns would die if something happened to Wanda, I mean; but I guess your'uns would die if something happened to Wanda, but I mean, you know......

CHILD YELLING (Papaw, get in there.)

Maricle: (to child) Okay.

CW: But now, but now, the fact about it is, I mean I'm just, you know, I just need to know, well, I need to know; I mean, you know.

Maricle: What do you need to know? I mean I really don't...I mean, these are pretty straight forward questions. You two have been election or no election CW:It's been a long time, yeah.

Maricle: For a long time. And......

CW: Well, I'm not familiar with the law. I mean I know that you know that I don't know, you know, and ahh, I don't know where it's all going, but I can tell you one thing. I think that ahh, I think that, I think they're going to, to do something. I mean I don't think they're going through all this, do you? I mean you think they're going to try to do something?

Maricle: Yeah, yeah, yeah.

CW: I mean that's all you can say about it, but I mean, you don't you know......

Maricle: (No audible response)

CW: What time you gotta have Blake to his ballgame?

Maricle: Ahh, it's about half an hour.

4

21:40

CW:     But I mean, you know, I mean you....I mean.....I mean there's [*Hem's*] some pretty straight forward questions, but I mean.....

Maricle:     Straight forward; I mean......

CW:     (Interrupting) .... I know but you know..... [*but dorm there*]

Maricle:     ....U/I..... I mean, you know, She can't get herself in no trouble.

CW:     Well, that's, that's true; she can't get herself in no trouble, but I....I, you know, I hate for her to get anybody else in trouble, but now, ..... you know, I think that ahhh, ..... I mean, I.... you know, I'm worried about that; are you not worried about that? I mean.....

Maricle:     Yeah, I'd say anytime that the federal government... Joe Conley, I don't think it's a hoot. [*John Conley ... a hoot ... I don't consider it a UI*]

CW:     I mean, you know, I mean.....

Maricle:     I'm going to be worried, but.....U/I.. talking about being..UI.. I mean, you know?

CW:     Well, I'll tell you what .... here's, here's the thing about it is, and I mean here's what I think; I mean, you know, as far as anything to do with Wanda, she's pretty straight up person, you know. I mean you know that and stuff, and I mean Wanda's not in a position that she really has ever been in before. Now, I mean, I'm just going to be frank with you; she ain't. And I mean she don't want to, to cause nobody no trouble, and she don't want to hurt nobody else. Don't want to hurt herself. I mean, you know, and that's where she's at; and that's the reason I mean you know, I mean, let me tell you something; I mean, I know that ahhh.......
TV IN THE BACKGROUND.

CW:     See, the only thing that worries me is Dobber; I'm not going to lie to you now, but because Dobber is, Dobber right there could be a problem; I don't know what, what Stanley and Bart's done; I don't know what, what they've got into here; I mean I don't know. I mean, you know, I don't know; I don't know. I don't know what Stanley's said and what he ain't said, and which I mean Bart, when you put Bart with Stanley, whatever down there; and I mean I'm just concerned over what....I'm concerned over, over kindly being put in a trap, you know, a situation that could go down there and you answer questions, and they seem like pretty straight forward questions, but you deviate any off of the beaten path or......you....let me tell you, a yes or no question is a daggone hard question to answer because let me tell you something. I mean you know they could be, they could be something said, you know, that, that other people have told 'em, and it comes up there to there to that and I mean you know, that's what worries me, you know. And I mean, I just need some help on what, on what she should do; I mean you know, set in there; and I mean a man could very easily go down there and mark yes, no, yes, this way, that way, but I don't know if that's the way to do it because I'll tell you what, if a man does that, ahh, you know, I mean, you know Brent said a man needs to be ....U/I..... on them questions right

5

there, you know, and trying to remember what happened on 'em, trying to recollect because .....
you get down there and get in there and say something wrong; I mean, it's wrong. I mean, you
know, you get in there and they accuse you, you know, they get you, you know, for doing
something wrong there, I mean, you can get five years and if you don't..... you get in there and
just don't say nothing, you could go for eighteen months ....U/I..... *Have to sit there* ✓

25:27

Maricle:    That's the worst thing. .

CW:....U/I....., Yeah, but but but here's the problem. When the truth can cause everybody else a
problem. I mean that's what the problem is. And I don't know, you know .....and I think ....I
think they can definitely take you places where they could, you know, I mean, I think if
Wanda..... you know, without Wanda knowing what to say, I, I think there is a very good
possiblity that we all end up down there.

CHILD YELLING OVER TOP OF CW SPEAKING *without any* ✓

Maricle:    ....U/I.....Well, I can say this ~~with no~~ *without any* hesitation, I did not give Wanda or nobody
money for the 06 election...UI...and nobody could come up here and say I did.

CW:    Well, now ....

Maricle:    ....U/I.... *That's just it in a nutshell* ✓

CW:    Right.   *I didnt promise* ✓

Maricle:    ^...nobody no favors, uh
CW:    Well.

Maricle:    Well Wanda never ...UI...to anybody any money to win, I don't know ...UI...that I ✓
know of...UI... Did you know anybody that put in any money? Didn't happen.

CW:    No, I mean I didn't, I didn't...

Maricle:    ...UI... I was for my son-in-law.

CW:    Right..

Maricle:    .....U/I....                                                                              *what*

CW:    Well, the.... other than.....I'm going to tell you something. That's what, you know, ✓
that's, you know, that's a careful, that a careful way to answer anything. You know that's I'm
saying? I mean, here's what I say about it. I think when it comes right down to it, I think that
ahhh, that what they say a man done wrong could be, you know, I mean, I tell you what I know.
I know Wanda was put down there. I know she was put there; I mean you, Wayne, Alman I

6

*I dont remember ever promising anybody anything.*
*I know I didnt owe money. I dont know where ...*
*(UI) ... That I know of ... (UI) ... Did you know*
*any ... (UI) ... put in any money?*


mean, let me tell you. She did what she was supposed to do when she was down there. Now, I feel afraid for her because they've got her up there in the position she's in. But now, I mean, you know, I don't know anything other to say about it, but I, you know, that ..... they get up there and go to hammering on that. Dobber said a bunch of stuff I think that I should be in trouble because I, you know, I think you, I think Wayne, I think Alman because I tell you what. I don't trust Stacy Perkins, and I mean, Bart and Alman sat right there and had me dealing with her.

Maricle:   ...UI...right....U/I..... I don't know nothing about Stacy. I don't need to know nothing about Stacy.

CW:   Well, I mean .....I understand what you're saying. That's what I'm saying, you know, I was afraid, you know, for what the situation they've done, you know. I mean I don't want, you know, talk too much up here or anything, but I mean, you know, I just want to say that, you know, if Wanda goes down there and tells the truth and it's going to get you and me and, and Wayne and Alman, I mean, what good does, I mean, you know....I don't want to be in the middle of no big mess and have to be down there spending big money trying to get attorneys to help me and stuff; and I mean, you know, I .....but I tell you something. I mean I've looked at what they can do. I mean I've looked over there what they've done to Daddy. You know, and I've looked at what they've ahhh...... I tell you what. I don't know how Todd can run around and do what he's done. I mean, you know, honestly, I mean Daddy's put away Let me tell you. They won't even let Daddy go, they won't even let Daddy go to Jody ...UI...'s wedding now.

Maricle:   Who's Jody.....

CW:   (Interrupting) .... Jody ....UI.... is Karen's young'un, his granddaughter; they's having it up there at the ..... but now, they're letting him go to the other grand young'un, Ryser, Rocky Ryser's; they're letting him go to it because it's in London, but they told him he would be around too many potential witnesses by going to the Manchester Baptist Church to the wedding. I mean, you know, I don't really know what, what to do with it; and I'll tell you what. I mean I hate to come up here because I, you know.....here's the thing, you know, and which I don't know of anybody that said anything, but Wanda has not ended up with a job; and Corky's still in jail. So, I mean, you know, they's certain things that people could say, but it ain't happening; I mean, you know what I'm saying, so they make it to where that it's, you know, really, you know, it could be refuted or whatever; but now, here's, here's the problem I've got with everything. I don't even care about that stuff; I care about Wanda not being in trouble. You understand what I'm saying to you? I mean, you do, don't you? I mean, I mean wouldn't you

Maricle:   Yeah.

CW:   And ahhh..... (TV IS VERY LOUD). How did Rusty's graduation go yesterday?

Maricle:   It went well.

CW:   That's good. I mean, you know, I don't know. I mean Wanda's feelings been hurt

7

about things before, Cletus, but I'm going to tell you something. The thing about it is, she, she would never ..... I mean you know what I'm saying? I mean, she just, just don't know what to do. And she, you know, I mean I want to tell you something, when you look around and find out you don't have many people that's there to help you when the chips down and trying to help you anyways. You know what I'm saying. I mean, you know, everybody can help you when you're on top, but if you ain't on top, you know, everybody's looking for a way to push you on off so they don't have to fool with you no more; but I tell you what, they've leveled the awfullest stuff against Daddy I ever seen in my life, buddy, I mean, I don't know. Ain't that RICO Act a, I mean that's a hard case I mean to ever beat, you know.

Maricle:   ....U/I....

CW:   They lay the RICO .... that's the reason it goes through Washington; if they lay the RICO on you, buddy, isn't it a very hard case to beat?

Maricle:   ....U/I....Wanda didn't have nothing to do with the absentee voting.

CW:   She didn't have nothing to do with the absentee voting; that's the most, you know, I mean .... not in the May's. I did I mean she may have knew that Bart and Darnell did the thing, but she didn't ......you know, do it herself. Have you seen Wayne any?

Maricle:   No, I met him uh yesterday or day before going out Greenbriar.

CW:   Out there talking to Alman, I. Has Alman got his old wife moved up there yet?
Maricle:   No, they're moving up there this week.

CW:   Are they?

Maricle:   ....U/I.... He bought another one.

CW:   Yeah, he said.....that's what he said. He's up there talking .....

Maricle:   Ed Jordan, that's the man.

CW:   You think that's what it is? Well, it could be; I mean, you know, Ed was....Ed's hot headed, you know, he don't, he don't never let nothing lie. (PAUSE)   I just don't know just what they're going to do with this 02 stuff.

Maricle:   02.

CW:   Yeah, I don't know what they're going to do with 02.

Maricle:   ....U/I....

8

CW: Yeah. I don't know what they're going to do with 04 because, you know, all that was council races....U/I....; I mean, you know, ....U/I....

Maricle: ....U/I....

CW: I mean them looks like simple questions; I mean, you know, let me tell you something. If I was going down there......but the problem with Wanda is Wanda real straight forward, and you know, if she could ...... can they tell you something in a grand jury and they say so and so, we've got people that said this....even if they don't have people that said this.....?

Maricle: They're not under oath; you are. You have to tell the truth; they don't have to.

CW: Well, now, see that's what I'm saying, you know, I mean.....

Maricle: (Interrupting) Yeah, the FBI they can lie but you have to tell the truth.

CW: You know, Wanda right there, buddy, that's going to be a, that's going to be an issue and you know, because like I said, we just need to figure out, you know, some way to I mean ahh, you know, to word that. I don't know, you know, I mean.......

Maricle: ....U/I....

CW: Well, like number eight here. "What is the connection with Cletus Maricle and Wayne Jones?"

Maricle: That's whatever Wanda knows.

CW: That's right.

Maricle: ....U/I....I don't know...UI...

CW: I mean, you know, that's what I'm saying; all she can say is you guys is friends, you know, that you guys, you know. She might think you all are close, you know?

Maricle: What does Wanda know, I mean, she doesn't know what the connection is, how would Wanda know.

CW: Well, that's right; I mean she don't know. How do you know Cletus Maricle? I guess you could say that would be through me.

Maricle: ....U/I....I don't remember the first time I ever seen Wanda.

CW: I don't either.

Maricle: You don't either, and you don't remember (laugh).....

9

CW: (Interrupting) ....I remember first time, but not the first time you've seen her, but I remember the first time I did, I mean, you know

Maricle: Yeah.

CW: Here's, here's the thing right here, you know, it says, " did you have meetings with Cletus Maricle before the 06 election ....U/I...". Well, let me tell you. I don't know if you consider 'em meetings, but we did, we were here, you know, and I mean, and I mean but here's the thing. That's just like what ..... you know, that evening Darnell come out here and Phillip was setting there, and you and me, and we's all out there, and what if it's Darnell tells 'em something, you know, and maybe there wouldn't a whole lot said; I mean I left there, but you know, you understand what I'm saying? I mean, Wanda was there, so I mean, how does she answer that question? That question right there, how would you answer that, knowing I mean, even though they wasn't, ahh, you know, maybe the, the, utmost bunch of talk, you know, just general election talk, but how could you answer that? Would that be considered a meeting, Would that be considered, uh, just happen you know...... I don't know why Darnell come up here; I mean, he just showed up for some reason, but I mean, you know.....

Maricle: That was last fall.

CW: Was that last fall?

Maricle: That was last fall.

CW: Okay, well, that may be, you know, so I mean ahh, it's 06 election so I don't know, you know, what .....    Sometimes people ...

37:11    Maricle: ...UI..Let me stop you. That wasn't no planned meeting.

CW: Well, see it don't say planned meetings; it just says meeting.

Maricle: ....U/I.....

CW: So, if you answered that......

Maricle: (Interrupting) .... U/I.....(laugh)

CW: See, that's what I'm saying, you know, you don't know...... you get what I'm saying here? Because if she said no, and then they said hold on a minute, Darnell Hipsher signed a statement right here that ahh, that you all did have a meeting. Okay. Well, let me ask you what happens then? Then, the come to you and they say, all right, Mr. Maricle, was Darnell up there, and Kennon and Wanda; and they go to Phillip, and you guys ain't going to go down there ..... what're you gonna say; I mean, you know, you got to say well, yeah, and then they say well, that was a meeting; there was more than one of you there; and I mean, so how do you answer

10

that question? You get what I'm telling you? *that's what I'm saying...(UI)...who (UI)? question*

Maricle:   I don't know ~~how she'll answer that question, thinks like that~~. Sort of like, over at Alice Lloyd College, five or more people together is considered a party. ~~Five or more people was a party, whether they was partying or not.~~ *they're*

CW:   Well, like, yeah, you know you supported Phillip. I don't know, you know, who all else you supported.

Maricle:   I am a Democrat. I ~~voted Democratic~~. *I can't even vote.*

CW:   Okay. *I can't vote in the Republican primary..(UI)..*

Maricle:   *I* didn't vote Republican, but what difference does it make. I voted Democrat...UI...

CW:   Okay. But as far as supporting, I mean, you was for Phillip, I mean, you could have voted for him I guess...... I mean that's what I'm saying, you know. She couldn't answer that you didn't support anybody else (laughing)I'm sure you supported, because I'm sure....I guess she could say why I guess he supported his son-in-law, you know.

Maricle:   Been to see Brent *down there* again?

CW:   Talked to him on the phone.

CW:   But, I mean, you know, I just told 'em to try to put togetherthat we'd like to know we're not going in there shocked, you know, on what was going to be asked. He sat down there and said that what he would think that would be asked would be this kind of stuff.

CHILD YELLING

CW:   It's about time for you to go, ain't it?

Maricle:   ....~~UI~~... *Five after*

*40:42*  CW:   See, did you witness any irregularities on the voting machines? That's a, well, that's a question.....what if Dobber gets there and says, yeah, yeah, you know, see that makes it I don't know. And then you don't know who was in there; you know, who was in there that will go down there and say, I seen it....... you know what I'm saying there? I mean, that's what ......

NO AUDIBLE RESPONSE FROM MARICLE.

CW:   That right there.....did you use Cletus Maricle's influence as circuit judge to get people to vote for Phillip Mobley? I mean I don't know that ..... and you got what is .....did you

11

change anyone's vote without consent? I mean, you know, I mean it's just stuff right here, buddy, that's just going to be a hard ..... (Pauses). I mean, I just....you know, everybody that, you know, that ahh, that we asked to vote for Phillip, I mean, we told him who he was; people that didn't know, you know? I mean, you know. I'm sure that was worth something to 'em, but I didn't say.....

Maricle: Did you promise anybody you'd [I'd] do anything for them?.

42:24

CW: Only one was that Downy boy; Bobby Downy's [brother], and that John...UI... [you know helping.. (UI).. Daddy.. (UI).. democrat.. (UI)]

Maricle: ....U/I....I'm talking about

CW: No, I mean, you know, I mean, you know.....that ....I mean that was the only one I did. I didn't, you know, I think Wanda said she that she had told, you know, one or two people, you know, who that is.

Maricle: That's different saying you know who they are than a get out of jail free or something like that.

CW: Well, you reckon that they've been up there talking to Oochie or any of that bunch?

Maricle: (NO RESPONSE)

CW: See, that's, now, that, you know, now, if they don't go on to that; I mean, you know, not for that. I mean, not for .....U/I.... (Pauses). Well, if gets asked that way, did you use Cletus Maricle's influence with Phillip Mobley.

43:27

Transcript at 00:43:20

[forever for sme]

Maricle: That's one thing I did very seldom, promised to do, I never promised anybody that I would help somebody in a Court case...UI... the simple reason is...UI...I don't believe having cases held over head...UI...political thing.

CW: Said "did Charles Dobber Weaver or you meet with Wayne Jones or Cletus Maricle" which that's the same question only with Dobber filled in there, which, you know, I think Dobber ..... but I don't know whether Wanda knows it or not .... I know Dobber and Wayne, you know, .....U/I....you know, I don't know what they talked about, and I don't know .... you never did talk to Dobber, did you?

Maricle: ...U/I...I never had no reason to talk to Dobber.

CW: It says who did you support in the 06 election. Not you, that's Wanda.

12

Maricle:    ....U/I.... *have a night*

CW:   You know, I tell you what,...UI...me...UI... Well, maybe they won't ask that, maybe they will; but that's what Brent told me; that they would, you know.... *,if*

Maricle:   (Interrupting) Oh, I think he's right, I think they will, but that's not right. .Man ought to be for who he wants to be. *for And not tell Anybody*

CW:         I mean, you know, and ....U/I.... *here, you know,* that's the problem she has .... Wanda has not got any problem with the rest of these very much. Ahh, you know, I think the biggest problem she's got is anything to do with her being ....U/I....; now, that's where she's worried, worried about Dobber. Now, that's the only statement that Brent's made is, you know, is I don't know what's when on ....U/I..... Brent keeps .....U/I..... Now, let me tell you, he does say that, you know, you got to remember that the other officer, which is Dobber, has been down here. And you know, that's what he's worried about *with*

Maricle:   (Interrupting) ....That's what one has to worry about is what the other U/I.....

*45:55*
CW:       That's right; that's what's so dangerous about, you know, you could ......(Pauses). I guess you'd better take him .... it's about fifteen after.
Maricle:     ....U/I....Yeah.

CW:   I don't want to ..... you want, well, you can remember them pretty much ..U/I.... *can't you?*

Maricle:    ....U/I....

CW:   I mean.

Maricle:    ....U/I....

CW:   Well, I know you can. Let me tell you something. Well, all I can say is, if you did, you left me out, so ......

Maricle:    ....U/I....We agreed when we started we wasn't handing no money out.

CHILD INTERRUPTING, YELLING

Maricle:    Here, get your shoes on. *out and*

CW:   Well, you know what I think makes a lot of their problem is, is I think people *seen* Alman, Alman and Phillip have....see, Alman did whatever he did in two thousand and two, and I think that's automatically what people ..... *because, before it's over*

Maricle:   (Interrupting) .... Well, that may be a problem before it's over ....U/I....

13

CHILD INTERRUPTING, TALKING.

47:08  CW: Well, that's what I'm saying. I mean, I don't know who's who.....

Maricle: ....U/I.... [Never intended to, never wanted to] ✓

CW: Well.

Maricle: ....U/I.... [I mean Phillip worked hard. James Sizemore beat Ursell Smith twice. James Sizemore never asked a first person to vote for him. Never did.]

[I didn't know that] CW: ....U/I.....

Maricle: ....U/I....Urshell Smith, [Never did.]

CW: ~~Okay.~~ I've done (UI) okay.

CHILD TALKING, CRYING
UNINTELLIGIBLE CONVERSATION, WALKING, DOOR CLOSING SOUNDS.

NON-PERTINENT.

Maricle: ....U/I..... I mean, I don't care if you call, I mean

CW: Well, I mean that's the reason......now, let me tell you. Let me tell you. That's the only reason I haven't called, let me tell you ....U/I.....This was Wayne.....I'm going to tell you something, I wouldn't care.....Wayne's all right to me, but now, we've been friends a long time; and when I think it's something put you in a mess. Now let me tell you..... Wayne......don't get me wrong.....I don't doubt .... I don't guess I should have worded it that way..... but I'll put it this way, I wouldn't be going to Wayne's house.

Maricle: Well, you know, the thing is, I just don't think we done anything wrong.

CW: Well, you know what?

Maricle: ....U/I..... I'm not allowed to say that; and that's all you can do.

CW: Well, if Wanda goes down there and told everything, I ain't sure that ahh, I mean, let me tell you something. I just believe, I believe this. I believe if Wanda goes down there and tells everything that she does know, then I think that we are all in trouble; and I think that's what we need to avoid now. I don't want to lie to you, you know what I mean You want to keep that?

~~Maricle:    No.~~

Transcript at 00:49:17