*[handwritten notes in right margin: Final Version Rev - DCR 12/18/09 @ 3:47pm 5/16/07 Transcript]*

The following transcript involves conversations between the following individuals:

Male Cooperating Witness = CW

Cletus Maricle = Maricle

Unintelligible = U/I

---

CW:    It's Wednesday, May the sixteenth, and I'm going to Cletus Maricle's house to have a conversation with him. I'm now locking the recorder; it is right at 1:45 on Wednesday, May the sixteenth.

NOTE:  NON-PERTINENT CONVERSATION UNTIL APPROX. 23:00 ON THE CD:

*[handwritten: (19:30) Of course I'm not her lawyer (UI)]*

Maricle:       I don't think she should talk to anyone. *[handwritten: (UI) Course sometimes people just need somebody to talk to.]*

*[handwritten: (23:12)]*

CW:        Okay, but no, that's what, that's what, you know, and I think because Ed told her a lot of things, you know, in the election what was going on, and they ended up, you know, happening just like what he said was going to happen, and I think that she just ahh, you know, and you know Ed used to be pretty close to us years ago; you know what I'm saying, but she just don't have anybody to, to really, to really do .... I mean, you know, I'm going to tell you something, with this whole situation, it's got her tore all to pieces now, I mean, and ahh, you know, I know, I think.....

Maricle:       I can understand why it would have her  torn up, I mean; I mean who wouldn't it tear up?

CW:            I mean. *[handwritten: to a certain extent]*

Maricle:       Who wouldn't it tear up?  They have, they have really ~~this circumstance~~ unleashed a reign of terror on this county just in order to take ~~they~~ get more money for their ~~budgets~~ ; now that's what it amounts to. *[handwritten: and    projects]*

CW:            Well.

Maricle:       Now, this, this HIDTA and stuff is federal funded; and that's what ~~they're~~ doing, they've done, and nobody has said nothing about their people that were corrupt such as Rodger Cooper.  And nobody's said nothing about that, you haven't seen that in the press, you haven't heard that in the press. *[handwritten: their]*

CW:            Who?

Maricle:       Rodger Cooper.

CW:            Who was that?

Maricle:      He's one of their agents over in Leslie County; he's a state policeman, but he was assigned to that project, just like Buddy Blair and was. And he made a bunch of money from what I've heard a bunch of money.

CW:      Well, did they arrest him?

Maricle:      Why no, they didn't arrest him. I think he may have resigned or something, but they never done nothing with him that I know of.

CW:      Well, all I know is, is it's a scary thing, ahh, you know, for Wanda because she don't know what to say let me tell you something. I mean Wanda thinks that she can get five years, thinks she, she could have to....if she don't say anything down there, that they could put her in jail for eighteen months; I mean, now let me tell you something, Wanda is really stressing this, buddy, more than anybody I've ever seen in my life. And it upsets me because I know one thing. I know it's a terrible thing to be put in a situation that she's been put in, and when you can't take your Fifth Amendment right.

Maricle:      Did they give her something in writing?

CW:      Yeah, Judge Hood was the one that done it; I mean she's literally had to I mean, they took her in there and put her right up there buddy and Judge Hood ordered her to do it; I mean that's.....

Maricle:      Well, now did they give her immunity?

CW:      They give her immunity.

Maricle:      Okay, and she's got it in writing?

CW:      She's got it in writing, I mean; her lawyer's got it.

Maricle:      (Interrupting) .... Well, that's what I mean, I mean.....

CW:      (Interrupting) ....I mean, you know, which I'll be honest with you, she didn't really want immunity......and ... ahh, because immunity sounds like a real good thing, until you get to figuring on, you know, it ain't as good as what it looks, I mean, you know, in a way, I mean, you get took there because, and uh, you know, I went right around and around and said it over and over and over again, but now, you know, every question that uh.....I mean she just feels like she's put out there by herself, and she won't listen to me right now because I tell you why. She figures if I had enough daggone sense that Daddy wouldn't be in the situation he's in right now. I could talk to Wanda and do something now, I tell you the only reason that ahh, ahh, she just, ahh, she ........

CELL PHONE RINGING (Interrupting); MARICLE ANSWERS IT. NON-PERTINENT CONVERSATION WITH UNKNOWN PARTY.(Not relevant to conversation)

2818

CW:          But, it's a tough situation for her because she don't realize what she can do because I'm going to tell you something. Ahh, you know, Wanda is just in a situation, buddy, she just doesn't want to get hung out to dry. Now, I mean, that's exactly what she feels. She don't know what Dobber's told 'em; she worries about.....she tells me right up and down, she swears Darnell right there has ended up, going to end up doing something with 'em, and then you know, she's worried about Darnell, and she's worried about Bart, and she's worried about everybody. I mean, Dar, I mean, she is worried now; let me tell you, Wanda's worried son, and ahh, 'cause she said that they just ahh, .... she can't understand why they're doing it to her.

Maricle:     Well, maybe....I, I got my theory on that.

CW:          Well, what is your theory on it.

Maricle:     My theory on why they're after Wanda as opposed to any other election officer in the county in any election is 'cause she's your wife or more importantly because she Doug's daughter-in-law.

CW:          Why didn't they come after me? They're going to, ain't they? Why would they bypass me?

Maricle:     Honestly, don't know the answer to that Kennon, uh; there may be two or three answers; I don't know; I mean, I just don't know. Ahhh, I would have thought that if they were going to indict you they would have done that months ago. That's one thing I would have thought.

CW:          When they got Daddy?

Maricle:     Yeah. The other thing I've thought is, ahhh, that ahhh, ~~you~~ they'd like gave them information supposedly on Todd, and maybe they don't want ..... ~~they got~~ to put some ~~certain~~ witnesses on the stand.....I'm just, I mean I'm just thinking thoughts right here now; I don't know if a word of this is right; I may be wrong, but they not want, they might want to put some witnesses on the stand who are not under indictment or not charged to testify. And, ahhh, so your testimony is against Todd, it still affects your dad some.

CW:          Yeah, but I'm going to tell you something, all I can testify......

Maricle:     (Interrupting) I just said it was probability, I'm not...

CW:          .....but in the grand jury, all I could tell 'em was what, was what people told me like Jeff Culver, Mike Bishop. All I had was second hand information. The only thing I could tell them that was exactly what I knew was the fact that I did see him with Bobby Joe Curry riding around. Now, that was the only thing I could testify to that was not second hand information. Because everything else that I knew .....why, I mean I guess my conversation with Den Rice down there ~~in there, well~~, you know, I guess, you know, that would have been one that I had, but and what conversation I had with Todd, but I mean I don't think it helped 'em any on that stuff.

*may have)*

*in January*

Maricle:    Uh, Well, I may be wrong, I mean, I just, I just think if going to indict you they would have done it; back when they said ......

CW:    (Interrupting) .... Well, that makes me feel better, but it don't make me feel better for Wanda because I tell you what, I mean, I just be honest with you, ahhh, I would go before I would want to see my wife go. You know, I mean if it come down to going to the penitentiary, I would want to go before my wife would go. Would not you?

Maricle:    Oh, Yeah, Yeah, yeah, I mean.

*done*    *set*

CW:    You know, that's what situation I'm in, and you know, I worry about that, and ahhh, you know, and I mean, let me tell you something. Now, this is just simple as it is. I mean, I ....if this was just affecting Wayne, I told you this the other day, I'm just being truthful with you, if this was just affecting Wayne, I'd never think about it no more. But I know what it's going to go to, and I mean, it's just a situation that I just don't want it to go there, and I think when she goes down there, and they get her in there, and they go to answering them questions, I think that they's things that she don't know about what would cause people trouble, and what wouldn't cause people trouble, and I tell you what we can do, Cletus, we can sit here all day, and say I've not done nothing; I've not worried about it; I'm going to this; I'm going to do that because let me tell you, it don't change the fact that when ever that it comes down that....I mean you understand what I'm saying to you? I mean a man may not have done it, you know, say in his mind, because I tell you something, Daddy don't, Daddy's got right up there and told me that he hadn't did anything; I mean, you know, and I ain't saying he did, but let me tell you something, sometimes, boys, I tell you what, I'm finding out when it comes to federal law that, brother, it don't take much to do anything, does it?

*that's*

Maricle    Well, and they warp everything too, I mean, they warp your statements, they warp what you say; and that, you know, and sometimes there can be no right answer, they'll take whatever you say, they'll take it and they'll go, they'll, they'll use it to try to prove something no matter which way you answer the question. That's why I say best thing for her to do is listen to the questions, answer the questions truthfully and go on; I mean, cause she, she's got no, no problems; she's got immunity; ahhh, and ahhh, she'll just have to listen to 'em and, and answer them the best she can because there's really no way that anybody ..... you don't know how the questions going to.....

CW:    (Interrupting) .... Well, you.....

Maricle:    Series questions going to come out; you don't know what question is going to be asked first; you just can't do it.

CW:    Well, if you get it put this way, how do you know Cletus Maricle? Now, I think they'll definitely ask her that. She's knowed you for a long time. How she met you, she probably don't remember it.... you understand what I'm saying?

Maricle:    I don't remember how I met Wanda, I've known her a long time.

CW: But see that's what I'm saying. maricle: I've known her A long time.

CW:        ~~But see that's what I mean~~ and that one right there.  Of course, when we said the stuff about the meetings, ahhh, that is something that they, that they ahhh, that I think was on the list that she give you whenever we come up here and talked the other day.  Was that not on there.....was there any meetings to do with ..... and you know, that's what I don't worry about because, now, see that question  is a catch twenty-two question because you get in there ....

Maricle:        The last four or five years you've been up here to 3 or 4 times per week

CW:        I know it, but, see, that's what I'm saying, but, I mean,  what could they say to you if she said well, no, I mean if you all want to consider meeting that's being up there, you know, that could be, I mean how do you answer that question?  See, that's what I....see Darnell come up here, well yeah Phillip was here, yeah it was after Phillip's election.

Maricle:        I don't remember, it wasn't in Phillip's election

CW:        I said it was after Phillip's election.

Maricle:        That's right ....U/I....  *I was getting ready ...*

CW:        That's what I'm saying but I mean that's what I said, I mean, you know, and I thought about that when we talked about it the other day.  I thought well, I was thinking wrong, I thought it was before, but it was not it was in, it was right before the council race, I mean, so, that's what, maybe three or four weeks probably, and I mean, you know, that.....

Maricle:        (Interrupting)  I didn't really think Darnell was for Phillip

CW:        I don't think he was either.

Maricle:        I mean I don't know, I mean, well, see, here's the thing, are they going to let her explain her answers or not explain her answers.

CW:        Well, see that's what I'm saying, you just don't know.

Maricle:        (Interrupting) .... You guys don't know.  I mean, you know.

CW:        I mean if she explains that answer that she was up there, I mean that's what you get into, and then and then here's the thing how did uh,.... you know, and, and the biggest thing in, and I'm just going to, you know, I mean, how did you become election officer, well there's no doubt that, you know, that the election commission is the one that put you there, and they're the ones that vote on it or whatever, but there's no doubt if it hadn't been for you, she wouldn't have got there.  Now, I mean, just .... they wouldn't like Wanda well enough to put her there, period, I mean I know that.  And I mean people pretty well that's common knowledge out here .... I mean that's common knowledge, I mean, you know, I mean Dobber knows that, and you know, other people know that, heck, Darnell knows that because you remember how he acted because he wanted to be there, and I mean you know, so that's a question that bothers me right there because, you know, I mean, you know, because that ... and you know, and I'm going to tell you

*back to*

something, Dobber seen everything she done down there just like what he done. And then you ahhh, take how active, now she, you know, that right there is a question that they may ask and they may not, but you know, that was, I guess he went by probably from the way Brent was talking on that one that he went probably to the statute of limitations that probably they wouldn't be interested in anything going back past the statute of limitations and that's probably the reason you said, you know, about 02; that's a question he said they may not get in to, you know, but that's one he said you need to be prepared to answer if it comes up, and then, you know, and then, have you seen Cletus Maricle and any other public officials exchange money. Well, I don't think Wanda has ever seen you exchange money with anybody, I mean, you know. You understand what I'm saying?

37:18

| | |
|---|---|
| Maricle: | If she has, she has a mirage because I never exchanged money with nobody. |
| CW: | Well. |
| Maricle: | And I..... |
| CW: | Well, I mean no. |
| Maricle: | I didn't spend any, I just |
| CW: | Well, see you can ..... |
| Maricle: | (Interrupting) It didn't happen |
| CW: | But see that right there is one that you can just say, well, that ain't a problem. You know what I'm saying? (Laughing) You know. |
| Maricle: | It ain't true |
| CW: | But then it said did Cletus support any candidates? Well, there ain't no doubt you supported Phillip now, you know, whether, I mean that's your son-in-law. |
| Maricle: | (CW talking over top of Maricle) That's my son-in-law and, you know... |
| CW: | And as far as who else she knows you supported, I tell you what, Cletus, you just about support everybody, I mean, whether they're, you've got fifteen running whether they're running against one or each other or not, you pretty well say, well, (laughing)..... |
| CW: | .....you know, so they ain't no way that you could, you know, really say that because really everybody..... |
| Maricle: | My question to you is, I'll be honest, I was for Phillip ah.... |
| CW: | Only one you didn't support would, probably you could say (laughing) was |

*just*

Urshell Smith; I mean, you know, in honesty and I see because, because, you know, how many people have you ever looked at and said well, no, I'm not going to vote for but a few, I mean, you may have told Carmen that, but I mean, you know, you.....

Maricle:    I was always pretty honest with anybody, somebody asked me to vote for 'em, If I'd vote for them I could, if I didn't, I wouldn't, course honestly I didn't, I didn't vote ; I didn't vote for any of 'em.

CW:    It said, "Did Cletus Maricle promise you anything to support Phillip such as money or any other favors?"  Well, the only thing that, which you know, Wanda said, the words, you know, she said now he, you know,  he did tell me he would help Cork, and he did tell me he would help me get a job at drug court, but she neither one of them has come to pass, but she said that's not something that, you know, that maybe....

Maricle:    But I didn't tell her that I would do that in exchange for her being for Phillip; and I would help Wanda get a job regardless of any election.

CW:    Well.

Maricle:    I didn't even know she was going to need one at that time; I mean she had a good job.  Right?

CW:    Well, we can put that down there  Here's, here's the only thing about that one; that is something that where Cork ain't got out

Maricle:    But she needs to tell the truth what she thinks, I mean, you know?

CW:    Well, here's what she said, I'm about it she said, she said we sat right there, she said it was me and you and him, and she said I said well, said, you know, I'm going help Phillip and stuff and you're going to help me on getting a drug court job, and said he said absolutely.  I said Wanda, you go down there and say that right there, I said that right there is I mean, ahhh.....see that's what's she worried about, she....let me tell you, she's worried about you now, buddy.  She don't want to be worried about you, but she is, and ahhh, I mean she wants to be, she don't want, she don't want to hurt you, but see, that's the thing that you don't want, you know, if there wouldn't nobody here, but me and you and her, so there ain't much anybody could say about that, I mean, you know, and really, I don't know what that congregates or means, you know, you know, and you know, I don't know.   I guess she talked more with you about Cork than I ever have, but he ain't out, so I don't guess it.  And said what connection with Cletus Maricle and Wayne Jones.  Well, now, all she would know there would be what?  That you guys have been friends?

Maricle:    Yeah.

CW:    I mean, you know, other than .....

Maricle:    I mean....U/I.... you know, we've been friends for 30 years, forty years.

CW:        Is Wayne, is Wayne, what is Wayne?  Is he the Democratic Commissioner, is that what he's called?

Maricle:        Election Commissioner

*He's Election*

CW:        Democratic Election Commissioner, but that's it.  Did you use Cletus Maricle's influence as circuit judge to get people to vote for Phillip Mobley?  Well, the only thing she could say about that is the people she asked to vote for Phillip that did not respond to who Phillip was or did not know him, that she told 'em that he was your son-in-law.  Now, that's ... *I don't* *you know,* know what about that question, is that question..... is that, is that using influence, as ..... I mean, you understand what I'm saying there?  I mean I don't know.  You know, see, that's a question that.....

Maricle:        (Interrupting) .... I mean you have to answer that truthfully.  I mean if they ask her who he was, and she said my son-in-law, well, she said that.  Ahhhh, I don't think, you know, I *think* don't did Wanda promise anybody that I was going to let them out of jail if they voted I don't ~~know~~.  Certainly didn't have my permission to do that, and I don't think she done that; but now, if she did, then she tells 'em she did.  But ahhh, I certainly .....

CW:        Well, only, the thing, you know, that I said on Phillip, that's not bothered me, but I will tell you the only one that does bother me is on that Downy boy.  That does bother me on the Downy boy.

Maricle:        I don't know a thing about that no Downy boy.

CW:        Okay, well.

Maricle:        *...uh... I don't know.*

CW:        Okay, well, I mean, you know, that was the only thing that I think anybody ~~would~~ *could* say anything about.  You don't want me to .... I mean that's, but it was not in Phillip's

Maricle:        (Interrupting) .... I'm not telling her what to say or what not to say, I don't know nothing about any Downy boy.

CW:        Well.  If you take Phillip Mobley out of that question, it's different, but I mean, you know, I mean I don't ahhh, I don't know how long that boy's been in or anything else, but I mean I didn't, you don't remember anything about it....

Maricle:        I, I don't even remember who you're talking about.

CW:        Well, it was John Downy and that's the only thing that bothered me because it was Raleigh that asked me for help; he was going to help me up there, and I, I, you know, and I talked to you, but that mean anything that ahhh.....

Maricle:        I don't know anything about the Downy boy.  Don't.....

CW:        Okay.  Well, if Phillip ain't in there, that question is not, ahhh....did you witness any irregularities on the machine?  You know, I mean, you know ..... (laughing).....

Maricle:        I never....U/I....  *that's*                              *except*

CW:        (Interrupting) .... See, Dobber was there, and I mean, you know, the thing about it is, is, is .... see, what I'm saying is, here's the thing if we can sit here and say this, I tell you what, my blood pressure is so high, buddy, that's it's untelling how much that I've....I mean I've feel it going up right now; it ain't anything that they check, you know, that and every time I sit down and start talking about this, I mean it gets me, you know, because, because here's the thing, Clet.  You sit down and when we sit down here and talk, I mean, you know, and I don't blame you .....I mean, you know,  you, you are very reserved on talking to anybody but you always have been; you don't never talk very much; I mean, you know, which is probably a pretty good quality because you know.....

Maricle:        (Interrupting) I talk to much

CW:        I mean, you understand what I'm saying?

Maricle:        .....U/I..... I appreciate you saying that.

CW:        I mean, well, you don't, and I mean, you know, and I mean, you know, but see, here's the problem, I mean it's good to be paranoid; it's good to be worried; and it's good to be aggravated; and it's good to say well, I don't have nothing to be worried about.

Maricle:        .... U/I.....

CW:        (Interrupting) .... But, but the problem is, is with it ..... let me tell you something, they's some questions here that is directly going to affect, if they asked 'em, and let me tell you, they's always an ounce of prevention worth a pound of cure.  I've always been told; and let me tell you, if this was any other time in my life, except with where Daddy is in the situation he's in, and I'm worried about what Wanda says in this meeting right here; and let me tell you something, I think if Wanda comes out of this fine, I think everybody's fine; I think, I think that this right here is the biggest thing when she goes to the grand jury that is got to do with Daddy's case it's  got to do with all of it because you said the other night that, you know, and she went down there.....and let me tell you something, Daddy ..... I don't know about a RICO Act or what that means, I mean, but now, I would say that ahhh, that Daddy's got problems; wouldn't you say that he's got problems?  I mean, he's just, he's just charge, don't they put a RICO  charge on it......

*it's the biggest thing*

Maricle:        (Interrupting) .... The fact, the fact that they charged you with that makes you have problems.

CW:        Yeah,  because it's easier to prosecute.

Maricle:        But the fact is, I think they are really, really, really stretching it on that.

*the easiest, the easiest*

CW:        Well.

Maricle:        Now, I don't want to say anything to put words in Wanda's mouth.

CW:        Well .....

Maricle:        (Interrupting) .... Well, I remember it one way, but don't mean that she remembers it that way.

CW:        Well, I understand what you're saying; and that's a good way, you know, you can say, but here's the nutshell about it....which I don't know.....okay, as far as setting down there, let me tell you something.   I mean, you know, and, and you can go back here and say well, as far as remembering, that's fine; but I'm going to tell you something Wanda did whatever she could to help Phillip down there, you know; and that's what Dobber knows; and she knows it does.  And let me tell you something, if there ever .....

Maricle:        (Interrupting) I thought actually Dobber was against Phillip

CW:        Only thing Dobber was against Phillip on was him and Darnell was up there, and back doored about sixty votes in there that they run a little sideline ticket and made them two or three thousand dollars there, that's what my speculation is; now, that's what I think, and ahhh, you know, and ahhh, and it says, "did you change anyone's vote without their consent?"  I mean, well, you know, I mean, well, to be quite frank with you, ahhh, what .....

Maricle:        (Interrupting) .... You don't know whether she did or not.

CW:        I wasn't there.  That's right, only she knows that.

Maricle:        only she knows

CW:        And, and, and, that's the only question she can do, but I'm going to tell you something.   There wasn't.....if they, if they don't think, I mean, that you take for example Anthony Short down there, sitting down there, every time he's ever been there, and wrotes people's name in. Snort doggone Oxycontin right off book down there on them.

Maricle:        Do what?

CW:        Actually snort doggone Oxycontin right down there right off the doggone .....

Maricle:        (Interrupting) .... Snorting it .....

BOTH CW AND MARICLE TALKING AT SAME TIME; ....U/I....

CW:        He snorted one right off the books down there, buddy, and .....

Maricle:        Lord, have mercy.

CW:        And, ahhh, you know, ~~but~~ to Wanda....it just offended the piss out of Wanda, but she didn't say nothing, you know.

Maricle:   Oh, no.

CW:        And, and you know, because what do you do....I mean, you know.

Maricle:   TALKING AT SAME TIME AS CW; ....U/I....

CW:        And ahh, but now, he....you know, but I'm going to tell you something, they was a reason, I mean Betty give him money not to come serve whenever Daddy run, and ahhh, you know, and I mean, These questions is what I'm worried about.  Said that Charles Dobber Weaver change anyone without their consent.  Well, Dobber knows that; Wanda knows that; that's kind of a catch twenty-two, you know, it's according to what Dobber's went down there and said.

Maricle:   They're the only two know whether they did or not.

CW:        Well, you know.....

Maricle:   you don't even know, I don't even know and

CW:        Well, I wasn't there.....

Maricle:   Nobody else know; they don't knows whether he did or not.

CW:        Said, "was you or anyone else to your knowledge involved in the absentee voting process?"  Well, of course, there was people there....I don't think that question was written down right because, of course, there was people involved in the voting, absentee process, because if there wasn't, there wouldn't been no absentee votes voted because I guess you're involved even if you just stand there and let everybody else go down there and vote, I mean, you knowed it.

Maricle:   What's the word involve
CW:        That's what I'm saying, you're, well, you're in the situation there, but that's the only thing you could say.

Maricle:   If you voted an absentee ballet, you were involved.

CW:        That's right.

Maricle:   You know.

CW:        So, Wanda would have to answer that.....

Maricle:   (Interrupting) .... U/I....., you were involved.

*sending in (U/I) voting*

CW:        I didn't vote absentee; I didn't vote absentee, but you know, they's people did, and I guess if you're ~~standing there while they was voting~~, you know, that they were involved, but you know, if they want an answer yes or no, I don't know how you would be able to answer that question right there covers a lot of ground.  Who was in charge of absentee voting.  Well, that would have been on Wayne, and that would have been ....I don't guess on the Republican side, I don't know who was down there, but I don't think there was a Republican officer in May, or was there?  I don't remember.

Maricle:        Ahhh, what they usually do is the County Board of Elections is, you know either Freddy does it or get somebody to do it; I don't remember even whether they pay the people or not that come and serve during that period of time I, I think they do, but I don't know.

CW:        Did Charles Dobber Weaver or you meet with the same thing as Wayne Jones or Cletus Maricle prior to the election?  Now, I don't know whether Wanda knows or not, but I know that Wayne and Dobber met because I was there one or two times that they talked to one another.

Maricle:        ....U/I....

CW:        (TALKING OVER TOP OF MARICLE) So, I mean if you.... I know.....

Maricle:        (TALKING AT SAME TIME AS CW) ....U/I...  There was no meeting with Wayne and Dobber; and there was no meeting with Wanda and Dobber together. I mean, if she, if she  remember such a meeting, tell 'em that, but I ....U/I....

CW:         Did you use your influence as election officer to help the candidates of your choice get votes?  Well, I would say that about every doggone election officer in this county used their influence as election officer to help people get votes.  Wouldn't you figure that?

Maricle:        That's why you have one Democrat and one Republican.

CW:        Well.

Maricle:        You don't put all Republicans or all Democrats in you have it even because Election officers are
people that are, that are chosen because they are politically active.  *them*

CW:        Did Charles Dobber Weaver use his influence as election officer to help the candidates of his choice?  I'm sure he did because ~~since~~ firemen down there, I mean, you know, I mean, I mean, but see, that's questions ; I don't know, you know.

50:13    Maricle:        ....U/I....I tell you, the thing is,  I don't want to point this out why she's going to have to listen to questions; she's
going to have to answer questions truthfully; and, and be careful as to what's said it's just  Did you use your position as election officer to help somebody ~~to~~ get a vote.  Did...okay, now listen that question; that's one question.  Next question, did you help anybody get a vote.  Did you

*and they may vote for them* [handwritten]

*50:48* [handwritten]

campaign with anybody. Uh, yep, an election officer might go four days before the election and
ask somebody to vote for somebody, ~~and if they vote for em,~~ but it may not be because you was
election officer, may be because he's his brother or his sister or something else. See what I
mean?  That's why she has to listen to questions and just answer questions truthfully; that's all
she can do. And it's, it's because they will try to trick you up, get her to say what they want her
to say. And you can't prepare her for that; that's the only other ......

CW:            (Interrupting) .... That's the reason that's he's trying to....but you know what, he
says he's going to put some more questions together that they may ask when we get down there.
He....which I'm going to stay at his office; he told me said I want you to come and sit in the
lobby at Chase Building and just set right there, and said you don't need to come around 'cause
said I'm going to tell you something, Kennon, he said whether you want to admit this or not, he
said you go in there, and he said I can't tell you what to do; but he said I'm going to tell you just
as, saying this, that it is very possible that if you ~~would~~ be around setting there, they'd walk out
and slap you with a subpoena and you setting right there ...... *was to*    *been* [handwritten]

Maricle:        (Interrupting) .... (Laughing)I've had it happen ~~it'll even be~~ twenty years or
                twenty.....well, no,
it's been almost thirty years, but I .... you know, it happens, and I used to prosecute, and I may
have done it a time or two, somebody there brings somebody, but is he really going to say
something different if you walk out there and have a subpoena; ain't nothing you can do about it.

CW:            No.

Maricle:        ....U/I....

CW:            No, and if the lawyer is not around, how do you overcome that?

Maricle:        Uh, Oh well, ....U/I.....; I heard she was going to Lexington ....U/I.....; you
don't need to be over there with them, uh, uh and I would've said that to anybody , I mean, you
just, you know, unless, unless you wanting to get in there.....

CW:            (Interrupting) .... Oh, lord have mercy.

Maricle:        Unless you want to get in there

CW:            I'm going to tell you what; I'm going to tell you what. I'll be frank with you. I'm
not going around it because I don't want to be involved, but I'll tell you what, I would feel much
better if this was me.

Maricle:        Ahhh, I know you would.  I know you would.

CW:            Because ahhh, I know how to answer questions, and ahh, I know how to do that,
but because I'm gonna tell you something, when you go to these depositions and you do stuff for
years and years, you learn; and ahh, I've went through 'em probably twenty-five ....

Maricle:        (Interrupting) .... You can tell the difference between when a person, one of these expert witnesses testifies for the first time and when they testify for the fiftieth time. Or two hundred fifty times, I'm talking about these experts that they hire; and then they get polished, over time, and they can be cool as a cucumber. They may start out rough, but you know, practice, because you're doing it. I mean that's just it.

CW:        Tell you what you can do, you can take, they took me up there one time on a mediation in London on a civil suit,
and I sat there, and they was six lawyers involved, and son, they kept me in there for almost five hours, and ahhh, they was two or three of them hollered buddy; they didn't want to take breaks or nothing, buddy, I'll get you a glass of water, but I'll tell you what I done, I talked so much, they asked me questions and it was just yes or no was all I was saying or I don't know, that's what I told to say, my lawyer, said yes, no, I don't know, see, be careful about elaborating on anything, and you know, see, I tell you what I done, I had places my lips rolled right up, buddy, I talked so much in there.

Maricle:        (laughing) Remember that verse I gave you there, it says in the second chapter of Timothy, first, first chapter, second Timothy, first chapter, you know, God's not given us the spirit of fear, but of power, and of love, and a strong mind. Just listen to their questions and ....

CW:        Well.

Maricle:        .....answer them I can't tell her what or what not to say, that's all I'm saying.

CW:        (Interrupting) .... Let me ask you your philosophy on something. Let me ask you your philosophy on something. Man goes to church and does the right thing, and this type of guy that's been out here that has done some things wrong, and he goes to church, and let's say he's in church for a year or two, and he lives right and does the right thing. I mean you understand what I'm saying? Let me tell you, there's a better guy, the guy that goes to church and does the right thing is a lot better guy than the hypocrite because they's a lot of hypocrites out there. You know what I'm saying?

Maricle:        I know it.

CW:        But what happens when a guy has done something wrong if they was to come back on a guy and hit his rump and him being in church, he just drove up because it don't matter, you know, because the devil gets you in a bind, you know?

Maricle:        God will take care of you.

CW:        Well, I think he will.

Maricle:        ....U/I....

CW:        (Interrupting) .... I think God is there to definitely take care of us But I'll tell you one thing about it that, that I see that, that right now that Wanda, you know, I tell you what else

it'll do, I believe that firmly, that people, you know, God gives you wisdom and things, but I'm going to tell you something, I believe when it comes to this stuff right here, that you know, that you have to .... I mean, I believe you have to do what you've got to do, you know, when it comes to praying and all this kind of thing; but I'm going to tell you, there's some serious things right here, that concerns me, and if it wasn't for the fact of .... and I'll be quite frank with you, you know, I think they's nothing being done that hasn't been done in Clay County for twenty-five years. I mean probably a hundred. But I tell you what, I think and I do believe that, you know, but I don't know when they give Wanda immunity, which that's one thing I'm going to talk to Brent about, I mean what about this, I mean, does immunity cover ahhh, ahhh, a husband and wife thing, or does it, does you still got the ....

Maricle:    You better talk to him about that. You better talk to him about that I don't know in federal court whether it does.

CW:    Does it in state court.....

Maricle:    (Interrupting) In state court it's a privilege

CW:    It's, it's privileged in federal, too.

Maricle:    It's privileged as I interpret it.....I interpret it in state court that ahhh, you can keep 'em from testifying in court about it, but now, I don't know if it applies in the grand jury or not. There's a lot of exceptions to it, but the purpose of the privilege of a marital privilege is so that the family stays together, don't cause divorce or rift; that's the purpose of a marital privilege.

CW:    Now, I'll tell you what it's done, it's caused a whole lot, and I'm going to tell you something, I, I'm really concerned for the situation that .....cause I'm going to tell you something.

Maricle:    I, I, I worry about her and I pray for her, and ahhh, ....U/I..... I can see where, you know, I can see where she's coming from, ahhh, but she'll just have to put her trust in that it will be alright, listen again to the questions, and again I don't know whether they'll let you....you know in court, my court, regular court, you got a right to explain your answer. Now, I don't know if they'll let you explain the answer there or not; you been there, I don't know.

CW:    Well, I'm going to tell you, I think it's got to do with what they want to do but I tell you what I do think. I don't think that, that, one thing I don't think them guys want is somebody that lies because I tell you what, that blows the whole doggone case for where there's any attorney really don't want a lying witness, do they? (laughing)

Maricle:    What did they get Darnell....what did he do?

CW:    Really, I don't know, must have, must have been that blacktop, but see, I want to tell you something, I went down there because and ahhh, I will just be frank with you, I was concerned about the language in there over that extortion stuff. Now, I'll tell you what, I went over Bart's down there, buddy, and I said, "Bart, you been down there talking to them guys, buddy, ain't you?" Well, no, no. And, you know, and I said will Stanley been down there No,

*Stanley*

you'll have to go down there and talk to 'em, but I'm going to tell you something. Let me tell you something right there, buddy, ahhh, I don't know.

Maricle:        And I don't want to know nothing about that. I don't know nothing about it and don't want to know nothing about it.

CW:             (Interrupting) .... Well, I know exactly what you're saying, but I'm going ....

Maricle:        (Interrupting) .... Just like you started to ask me a lot of questions one night, and I said there ain't no privilege when it comes to talking to me; I don't need to know nothing about something ....

CW:             (Interrupting) .... Well, all I said is ......

Maricle:        ......don't want to know.

CW:             (Interrupting) Stanley ~~understand~~, you know, roll on a man; but I'm going to tell you something, which, you know, I guess the facts about it is, is ahhh, I don't know. But that's a situation that you just don't know. And ahh, you know, but I tell you what. I think that ahhh, I think they've got problems with ahhh, ahhh, evidently, that fire is going to play a big role in it, I mean, you know, that they're going try to ....U/I....

Maricle:        ....U/I.....They'll keep going over it.

CW:             And you know, and I think that there's where Vernon and Bobby Joe is ahhh ....

Maricle:        I can't place that house in my mind; I'm sure if I had a picture of it back then, I'd recognize it. I cannot place that house in my ~~house~~ *could have* ~~mind~~ *mind*

CW:             Well, Darnell right there is evidently from what I ...... had done them floors down there for the city, and ahhh, I think he may have some issues; that may be where some of this stuff is coming from; I don't know, you know; and ahhh, but he done floors for ever and ever, you know. I tell you what, it's a good thing I never showed up at the city three years earlier; I mean....

Maricle:        Worst mistake you ever made was going to work for the city; and I thought it was best thing, too.

CW:             Yeah, I thought it was too; but it's the worst thing, worst thing Wanda ever did going to work there; worst thing you can ever do is stick your nose in politics; and I'm going to tell you something. Clay County is ~~in~~ a situation right now that it just....I'm going to tell you something. London right now......I'll tell you what you can do. You can go over there, and people don't care. They don't care over there. They don't care because they are working, ain't setting there without ~~a~~ job; and the people over there has got too busy of a life to set and pick mine apart. You understand what I'm saying to you? (laughing)

Maricle:        What have they done about that six thousand dollars missing in the Sheriff's office?  What have they done about the two hundred thousand dollars that's supposedly missing in the circuit court clerk's office?  They've done nothing about those things because right now they are ~~dedicated,~~ they're aiming to try to get their grants going, get more money for themselves; well, they're trying to get as much as they can over here.    I understand then doing that you know, they've done nothing about those other things; ahhh, I've not seen them doing anything about one of their own that's messed up.  Ahhh, and ahhhh.....

CW:        I'll tell you one thing.  I'll have to .... me and Wanda will be right down in to it when I get back over there because I'm not wanting her to go talk to Ed; I don't think that talking to Ed is a good thing; I don't think that Ed seeing them questions right there is a good thing, and ahhh, that's Wanda.....Wanda don't trust nobody.  She don't trust her attorney.  She trusts you.  She trusts me pretty well.

Maricle:        ~~Ed's her trust her~~?, Ed's probably not.

CW:        (Interrupting) .... I'll tell you what.....

Maricle:        Ed may be the most non-trustable person in the world. (laughing)

CW:        Well, I'm going to tell you what she told me.  She said Ed told a lot of people things that, you know, they said he told that never come to pass; but she said "he's never lied to me".  She said she was sitting around there over all this time, and said that "he has not lied to me"; she said "what he's told me has come to pass" and you know, and ahhh, and I tell you what he told her.  Ahhh, it's just like right down there on that election, he said now I tell you what he said... what you're going to do is go in there, Wanda, and you're going help people; and he said they put every election officer in this county is put places to help people; and he said people puts 'em there; and he said what's going to do is you're going to go down there and help and said whenever it comes time for them to help Doug, said none of them's going to help Doug; and said that's just the way it is and said, you know, and says and says you watch and see if you try to do the same thing that they put you down there to do when it come to the May primary, he said you watch what they do.  And I tell you what, Wayne showed up there five or six times, and did what he done; and that right there, Wanda said you know what, he told me the doggone truth.  She sat right there, and said, let me tell you .... Wayne is two faced and says what ever he wants to say.....oh, Yeah.  Well, let me tell you, he won't cross you, Cletus, because, you know, but I'll tell you what he will cross.  He'll do anything.  Wayne Jones is a man that will do anything.  Wayne Jones will ....U/I....

Maricle:        ....U/I.... won't cross me

CW:        Oh, he won't you.

Maricle:        Well, I don't know about that, that (laughing)

CW:        Well, he won't.  I tell you...

*right*

Maricle        (Interrupting) .... Well, I don't know. Wayne and I are not always for the same people.

*right*

CW:        Oh, I know it, but I'm going to tell you, basically, it's not .... it's simply because that when it comes to that, that ......see, I've learned a lot of things, too, Cletus, over the last little while. Lot of times, I never did realize what Wayne and Stanley was doing to one another down there. Wayne and Stanley are just like that right there; Wayne's down in his garage the every day.....they talked.....lot of times you have two people running just to keep somebody else from running. Lot of times, they work up deals to put people here to run and do that. Buddy, let me tell you, politics is a lot deeper than what people wants to say it is. They, and ahhh, and I guess it goes on everywhere. I mean you know understand what I'm saying? But now let me tell you something, that's like Stanley and Wayne up there, there ain't no doubt in the world that them guys right there has ahhh, has that Hart's Branch precinct, you can go down there, and if they're both for you, you'll win a hundred and seventy votes, but sometimes they'll split 'em out, and give this guy a little more than the other one, and this one and that one, but I'm going to tell you something, they's no way....but I'll tell you this, Wayne Jones right there is ahhh, is got the same deal Jennings White did now, and let me tell you, I'll help people say and Doug's got a big part of it, too; you've got Freddy up there that's got two votes on an election officer; you got Wayne up there that's got one vote; they can control every officer that goes in there; and they take care of theirs; but when it comes down to it, if they wanted to take care of ours, they could have took care, but they didn't; but I'm not mad because that's just the way it is.

Maricle:        Let me tell you a story. This ain't got nothing to do with Clay County politics necessarily, but ahh, I've learned a lot from Jaycee's but ...UI... But you talk about wheeling and dealing, those people wheel and deal you, you, five votes out of this tub, you give up five votes out of that tub for this candidate, uh, I learned a lot right there in vote counting, the way that people will ahh, will trade numbers, you know. I mean I'm sure their families will vote five people for this one and four for that one, and two for that one; I mean, that's just, that.....they do that ...UI...next Tuesday on election day. They'll be these law firms ahh, that they always have.....these big law firms always have ahh somebody in 'em that's Republican; and he takes up money for the Republican. I'm not talking about ahh, little attorneys in Manchester; I'm talking about the big Lexington firms, Stites and Harbison and Stoll, Keenon and Park, and those people. They'll all have a Republican, and he takes up so much money, and he gives it to the Republican candidate. Or they'll have a Democrat, and he'll take up so much money, and he'll give it to the Democrat candidate.

CW:        That goes on a lot around here.

*if you'll look*

Maricle:        So they can play both sides, and, and, if you'll look a lot of times, you'll find the same people donated money to two candidates

CW:        (Interrupting) terrible for it

Maricle:        ....two different candidates running against each other; get their finance reports, look at it; they'll donate thousand dollars to this one, a thousand dollars to that one, two to this one, one to that one, and ahh, and that'll happen, that, that's happened I'm sure in this election; I

know some people that I think in my opinion ....I don't know, but I think they're given money to Ernie Fletcher; and I think they're giving money to Steve Brashear covered both bases

CW:           I'll bet you're right.  I'm going to tell you.  I just want to say one thing about all this stuff here.  I think I think it's a mistake not trying to sit down and figure out something for this because I'm going to tell you what.  I think when Wanda goes down there, if she's not prepared, Wanda can answer questions on it if she knows what to do, but if she don't, let me tell you what.  We're all have trouble out of it.  You mark it down what I told you today, setting in this room right here, that you, me....if I don't have privilege, you, me, Wayne, every one of 'em....because I'll tell you what they'll do.  Wanda ain't equipped without being prepared.  Wanda can hold her ground when she knows what to say, but the problem is when you take people like Steve Smith and other prosecutors, that Ken Taylor and all them guys down there that knows how to handle her and stuff, let me tell you something.  If she is not well prepared for this right here.  We'll every one have trouble, now, you mark it down what I told you because we'll, we'll, we'll be right down there in front of the grand jury if we're lucky, if we're not arrested .  Now, I've told you.  And I mean you can think about it....

Maricle:      If they want me in front of the to grand jury...UI .....

CW:           (Interrupting) .... Well, that's exactly right .....

Maricle       (Interrupting) .... (TALKING AT SAME TIME AS CW); ....U/I....

CW:           But I mean, can, do you think......

Maricle:      (Interrupting) .... I ain't saying.....I'm not volunteering ......

CW:   (Interrupting) .... Do you think I'm telling you the truth when I'm telling you that?  Ahh, do you not think that it's up..... because here's what I think.....

Maricle:      I don't think ..... I think  ..... I do not think that you can be prepared in a sense of anticipating the questions that are going to be given and the answers that they're going to ask; and I, I ....

CW:           (Interrupting) .... You can ,,,,you can take a notebook like that into the grand jury with you.  You can take a notebook like that in there, and I tell you what else they can do, 'cause I tell you what my lawyer did when I was there.

Maricle:      You  can't take a notebook in there.

CW:           You can take, take a notebook like that right in there if you've got a list of questions that you've prepared, what they may ask you and what you may not, because ...... well, maybe you can't; they wrote down my Fifth Amendment rights what I could say.  Can you not take a notebook in there like that?

Maricle:      I don't know; I, I, if you take one in, they've

got a right to see it; I'll say that for 'em.

CW:         Well, if you had a list of questions....because I mean if Wanda would have no problems if she went in there if Brent comes up with another fifteen or twenty, and she had 'em and she answered 'em to the best of her knowledge of what you think because let me tell you what's dangerous.  You get down there and you say something and you answer a question "no", you may get back and remember somebody that talked to you, or you may get down here, then what do you do when you didn't recollect at the previous time .... I mean.... you understand what I'm saying?

Maricle:       Well, let, let me tell you my hesitation can ever be....I mean do you think you can anticipate ...don't get me wrong, but I represented a  fellow one time, and we sit down with them, and we went over what we thought would be asked, and he had his answers prepared, which were truthful answers, and they starting asking questions, and he starting giving the answers, but his answers were not to the questions as they were asked (laughing).

CW:         Well.....

Maricle:       And he  got off ....U/I.... (laughing).

CW:         Well, you know, a lot of times, you can ask a hypothetical question, you know; and that's a lot of times what I've asked, you know, you or other people, you know, hypothetically what in this situation would happen.  Let me tell you something, that is a way that you got to realize, boys, that just like this right here, you know, this is not hypothetical, I mean, some of it may be because you don't know exactly what's going to be said.  But what does it do to you when you get down there.....I'm telling you, I'm telling you, buddy, needs to be.....somebody needs to do something; I've got to, I've got to be down there tomorrow evening and meet with that attorney tomorrow night.  He's got some kind of deal there; but I mean somebody needs to let me know something because I'm going tell you if I don't, I mean you're just; I mean, buddy, I'm going to tell you something.  If you've made up your mind that you don't think that we .... it needs to do that, ahh, you know, I'm going to tell you something, it's a bad, bad serious.  I mean somebody needs to help me, because ...UI... I mean Wanda right there buddy she's not listening to me real well right now, and ahh, I'll tell you why....because she don't think I know on this situation what the hell to do.  I mean she knows I'm not an attorney.  Let me tell you.  She won't listen to Joe if you try to talk to Joe either because even though Joe is an attorney, she thinks he's not been around enough to know ..... (squeaking sound)

Maricle:       How is Joe doing?

CW:         I guess he's doing all right, buddy.  You know, I imagine he's got a lot of pressure on him.

Maricle:       Is his practice still doing all right?

CW:         Well, he says it is.

Maricle:      Good.

CW:          But, he did mention that he would like..... that he was going to leave his practice from here and maybe put an office in Covington and drive back and forth because he said he had buddies up there, that uh, that really.

Maricle:      Doing good?

CW:          He said there's so much business up there *says* on the corporate level and other things that he said that people he went to law school ~~with said~~ that if he was up there that they could send him a lot of business.  Now, I'm going to tell you something, I do think that we've every one got problems, could be, be in trouble.  I think we are in trouble; I think if we don't figure out a way for her to answer these questions, I think we're every one in trouble.  What do you think?

Maricle:      Well, I just don't think you could, I don't think you can, can anticipate every question that's going to be asked and give an answer to.  Now, that's what I think.  Now, I....

CW:          (Interrupting) .... Well, I.....

Maricle:      (Interrupting) But, you know answer may wind up in more trouble.

CW:          She might go down there and tell the truth and then its killed everybody, you know, you know that's got a problem with doggone bind.  See, Wanda can do what she needs to do if she knows what to do.  But I'm going to tell you something; she's not good about .... I don't know.  I just feel like that we've all got problems if she goes down here and tells what she.... if she goes down here without knowing what to say, it's going to be a lot more ...... I believe this way, an ounce of prevention will be worth a pound of cure in this situation.  I've not told you lots of stuff that's gone on.

Maricle:      Huh?

CW:          I've not told you lots of stuff that's wrong normally in my life.

Maricle:      No, you sure haven't.

CW:          But I'm telling you that right there..... well, what do you think?

Maricle:      NO RESPONSE FROM MARICLE.

CW:          Because I mean I know what the thing to say is go down there and just let her answer the questions and go on, and that's a good thing, but let me tell you something, that ain't, that ain't the way  this should be handled now.  I've told you.

Maricle:      Well

WALKING, RUSTLING SOUNDS.

CW:          ....U/I....

Maricle:     Yeah, about three or four months.  Where's Trey go to school?
Middle school?

CW:          Yeah, he's in the doggone......ahh, he's over at South Laurel now.
Maricle:     Oh, he's not over here?

CW:          Yeah.

Maricle:     Okay.

CW:          Alright.

Maricle:     See ya.

CW:          Bye.  My number is 813-1104.

Maricle:     1104, okay.  I got it.

CAR NOISES, DOOR ALARM, ETC.

CW:          It's 2:54 on May 16 (2007), around 2:54 on May 16; I'm
leaving the home of Cletus Maricle.

END OF RECORDING