*Final Version Approved OK 12/15/09 @ 3:30 pm*

*6/7/07 @ 10:38 Am*

The following transcript involves conversations between the following individuals:

Male Cooperating Witness = CW

Wayne Jones = Jones

J.D. Napier = JD

Unintelligible = U/I

CW: It is ten thirty-eight (10:38) on June the seventh (7th), and ~~we're~~ *I will be* stopping by Wayne Jones' residence to talk with him and locking in the recorder now. ✓

BACKGROUND VEHICLE AND RUSTLING NOISES

*2:55* CW: Buddy, you got your garden looking good. Let me pull over.

*3:32* WALKING, RUSTLING NOISES

CW: Wayne, you don't care for me walking on the greens, do you, buddy? You got your yard looking like a golf course here, buddy.

JD: ....U/I....

JONES: What ya been a doin', Kennon, laying drunk?

*4:07* CW: I've been laying at the house, buddy, over in London ....U/I.... ; I went to Levi Jackson yesterday, boys.

JONES: Well, what's Wanda doin', anything?

CW: No, she's drawing unemployment I reckon.

JONES: She's still on drawing unemployment?

CW: Yeah.

BACKGROUND NOISES; HAMMERING

CW: Had to bring my nephew over here to the dentist to get two teeth pulled.

JONES: ....U/I....

CW: Gibson.

1

JONES:   ....Ben?.... yeah, it does; yeah, Ben's a good dentist. ....U/I....

CW:   Buddy, what you been in to? Anything?

JD:   Aw, buddy, work around a.... little bit.

CW:   I understand you....U/I......

JD:   ....U/I.... nothing to do man, too hot. ....U/I

CW:   Well, has Alman got moved in up there yet, buddy?

JONES:   Yeah, he finally got moved. Yeah, that hail beat my cabbage looks like its sproutin' right through there. ....U/I...

CW:   Buddy, are you, have you heard anything . . . god dang, got any taller ....U/I....

JONES:   ....U/I.... (Interrupting) .... That's six (6) inches of hail in my yard here the other evening.

5:07  CW:   Yeah, momma called and said ....U/I....

JONES:   ....U/I.... of hail. It beat, knocked, my beets ... it beat them beans right off the wire; they've begin to come back; beat the leaves, limbs off; ....U/I....

CW:   Did it hurt any of your vehicles or anything?

JONES:   Huh uh (meaning no). Yeah, it never hurt my vehicles.

CW:   I might get up there and check my roof ....U/I....

JONES:   Yeah, ....U/I.... ; you can see where it blowed that little tree down right over there.

CW:   Yeah.

JONES:   Broke some leaves, limbs out of that big maple right up there, too. ....U/I....

CW:   Dang.

JONES:   I tell you what, it, it blowed the rain right through my back door; I've been living here thirty (30), thirty (30)-some years; and that's the first time it's ever done that.

CW:   You know it looked bad over in London, but it never got that bad; it got ... you know, we had some heavy rain, but I tell you what, mom, mom she said ....U/I... just don't know where to go

2

. . . it looked bad towards there buddy.

CW: Buddy, I tell you ......

JONES: ....U/I.... it just come through ... it come out ....Liberty Hill that a way and it went right through ....U/I.... here towards Beech Creek; it didn't bother Garrard; it didn't bother Burning Springs, Island Creek.

CW: No.

JONES: They got rain, you know, a little wind, but they didn't get none of that hail.

CW: They got hail down on Town Branch ....U/I.... where my sister called.

JONES: Yeah, you ought to seen the damn leaves; I mowed yesterday, mowed all them leaves that come off these trees.

CW: Well, your poles is rusted there on the Mongiardo and Beshear, ain't they?

JONES: Yeah, yeah; that don't make no difference.

CW: Well.

JONES: ....U/I... showed 'em up twenty something, It'll just get better. He'll beat the shit out of him, out of Fletcher, he will absolutely wear Fletcher's ass out..

JD: ....U/I.... little breeze feels good

CW: Yeah, I'm living beside Franklin.

JD: You got a hell of a neighbor then.

CW: I tell you what. He's got dogs, buddy; I tell you what, I don't know ....U/I....

JD: ....U/I....

JONES: ....U/I....

JD: ....U/I....

CW: No, he don't even speak to me.

JD: ....U/I....

3

CW:  I'll tell you what he's got. He's got, he's got two (2) dogs there, one's red, one's black.

JD:  ....U/I....

JONES:  ....U/I.... yeah come out back and we'll get that thing up.

CW:  He's uh, He's uh . . . on something . . . he don't speak. Yeah, I tell you what he did, he's ahh, he's, he's ahh, ....U/I....

JONES:  Nooo, ....U/I....

CW:  He looked me right dead square faced, faced in the eye, buddy, and go right on.

JONES:  He'll go right on; and he won't never speak to you ....U/I....

CW:  His woman, she, first time I seen her out fooling with one of them dogs the other day, and she waved at me.

JONES:  Yeah. But Franklin, he, he ....U/I.... he's uh . . . he don't associate with anyone from Clay County.

JD:  ....U/I....

CW:  Buddy, he takes your dogs up there on one leash, a double leash ....U/I....

JONES:  Yeah. ....U/I....

CW:  ....U/I.... Somebody told me they's what you call a Russian Wolf Hound.

JONES:  Yeah, I know what you're talking about.

CW:  ....U/I.... said they were designed to attack wolves off a . . . . .

CW:  Yeah, they're big, buddy.

JONES:  They're big buddy, let me tell you what they'll do. ....U/I... they drag them.

RUSTLING NOISES

Transcript at 00:08:41

CW: What do you think is going on, Wayne?

JONES:  Buddy, I don't know; I ain't hearing nothing now. I ain't hearing a thing. ....U/I....

4

Clinton and ....U/I...he's in jail.

CW: He in jail?

JONES: Clinton?

CW: Yeah, yeah he will be

JONES: I tell you what. He'll get time out of that son. Yeah ... stupid son of a bitch telling them Jennings White brought him enough money down there to buy votes with. He bought ... he told the truth he'll only not do nothing worth a shit. Lordy, lordy he broke in jail is what he done son, he is supposed to of broke in. He probably wind up with about eight, eighteen months to thirty, eighteen to thirty months ... U/I ... Well, ain't no difference whether you take the money or not, they got you on a conspiracy to buy votes. Shit, that's just as bad.

TWO PEOPLE TALKING AT SAME TIME

JONES: ...U.I ... that crazy sonuvabitch ... U/I

CW: ....U/I....

JD: ....U/I....

CW: That son of a gun, ahh, ....let me tell you something.... I'd say, I'd say that ahh, ....U/I.... I don't know

CW: They tell me they've got Lee Sizemore tied up in that deal.

JONES: Nah, I don't think so.

CW: Well. You don't think so?

9:54 JONES: Nah, that's over with. 2002 is over with.

CW: Well, you reckon that they ......

JONES: (Interrupting) ... unless they got you indicted under sealed indictment.

CW: ....Yeah

CW: See, that's what I don't know .... I tell you what, now, buddy, it just don't look .... I mean I tell you what, buddy. I don't know what Darnell; is what, I don't know about.

JONES: Now, I'll tell you what I'll tell you what I think about Darnell. I don't see how they

5

can indict Darnell over that blacktop unless they indict the rest of them; I swear I don't. The rest of that city council. I just don't see how they can. You know what they told him? The reason they indicted him and not the rest of them? Because he was getting out there with them the other day and showing them where to put it. What difference does it, fuck, somebody had to show them where to put it.

CW: I didn't go out there to show them because I tell you what.

JD: No, Darnell did . . . he was right there with them.

CW: Darnell wanted to do it all; out there buddy; and I'll tell you what. I could see after, after five (5) minutes ....U/I . . . actually, no, no closer to . . .

JONES: Well, Kennon they could get every mayor, every city councilman in East Kentucky, shit, like that, I mean every magistrate.

CW: ....U/I....

JONES: You remember over in Laurel County, what, four (4) or five (5) years ago? They blacktopped over, over fifteen (15) miles private drives over there and they never done a fucking thing with 'em.

CW: Graveled or blacktop?

JONES: Huh?

CW: They graveled 'em,?

JONES: It was blacktop. It was fucking blacktop; they never done a fucking thing to 'em. Not a thing. The feds never even got involved in it. They're just trying to get rid of anybody they can here in this county, they don't give a fuck who it is.

CW: I tell you what I figure. I figure they're here for a while.

JONES: [Interrupting] Oh, they're going to be here for a while ....U/I....

CW: They move on to another county, and it would be the same thing. They . . . I believe that paper I read they probably won't be back here for twenty (20) years, once they leave .....

JONES: Uh hmm.

CW: Well, now, let me tell you something; that ain't got nothing to do with,, what's going on now.

6

RUSTLING SOUNDS; ....U/I....

JONES: Election year buddy won't be any time soon . . . U/I . . . I don't know.

CW: Buddy, I tell you what. Darnell.....I don't see how he .............

CW: ....U/I.... Oh, these guys show up with these court appointed attorney, to me, it kindly shows a lot of time somethings going on because why going out and getting a court appointed attorney if, ahh, if ....U/I.... well you take like Vernon there, got a court appointed attorney . . .

SQUEAKING DOOR, RUSTLING SOUNDS, ....U/I....

CW: Darnell's got a court appointed attorney.

JONES: I don't know if Darnell's working with them or not.

CW: He's got Mark Flannery.

JONES: I don't know him.

CW: I don't either.

JD: ....U/I....

JONES: If they got the goods on you.

CW: What good does it to have one?  *that, uh,*

12:33

JONES: If you ~~just get~~ *(τa)* yourself a court appointed lawyer; I mean, really. If they got the fuckin' goods on ya, all you need a fuckin' attorney for anyways is to file motions and stuff. If they've got the goods on you, shit. I think Clinton hired Stephen Charles.

JONES: Stephen's a good lawyer?

JONES: He's a damn good lawyer, buddy. ....U/I....

CW: Well, I'd say that before it's over with, Steve will have to pick which case he wants ....U/I....

JONES: Well.

CW: If they indict two or three that he's trying to represent then he'll have to pick one.

7

JONES:   Nah, he can if they find different U/I

JD:   ....U/I....

CW:   Oh, he can?

JONES:   Oh, hell, yeah ... U/I ... he don't have to unless there's some kind of conflict or something else.

JONES:   Yeah, he can represent a fuckin' dozen.

13:37

CW:   They say he's a good lawyer. ...(U/I)
JONES:   Yeah, He's a good attorney.

RUSTLING SOUNDS; ....U/I....

CW:   He's a crazy guy, buddy, he's just crazy ...

JONES:   Well, he don't care.

CW:   I tell you what he better watch, ....U/I....he'll keep that over there one day and he'll wake up and they'll be at his door.

....U/I.... RESPONSES

CW:   I don't know; you know, now buddy. He better not never do nothing wrong or they'll get him.

JONES:   Neh..

CW:   (Interrupting) .... Let me tell you ....

JONES:   He's just making a living is all he's doing, I mean.

CW:   I know it, but I mean, do you reckon they probably don't like him, do you? I mean ....U/I....
   man

14:20

JONES:   Well, I don't think these fucking prosecutors and federal judges like any lawyer. They don't like any lawyer them motherfuckers; see they thought they'd give them old federal judges lifetime appointments, see, and that way it wouldn't be political, but thats the most political appointment there is, goddamn it.

CW:   Well ....

8

JONES: How they think they got it to start with? It's all political. They's all crooks.

CW: Once they there, they there, ain't they?

JONES: (Interrupting) .... Them federal judges, prosecutors that they fired, you know Gonzalez fired shit ......

CW: (Interrupting) .... ....U/I.... I seen that on the internet.

JONES: It's all fucking political, son; they're so political. There's some of them federal judges just as crooked as any fuckin' judge ever sat on a bench. They just get bigger bucks, son.

CW: I tell you what I'm afraid of. I'm afraid before its over with over here everybody's gonna have problems.

JONES: 2002 is over with.

CW: Yeah, I don't worry about 2002.

JONES: Unless they've got some sealed indictments or something.

CW: I don't worry about 2002. I tell you what. I tell you what, now, buddy.

JONES: ....U/I.... I can't ... can't, well 2004, Kennon, I don't know anybody done anything in 2004. I couldn't swear they did.

(15:21)

JD: ....U/I....

CW: I mean, well, here's the thing.

JONES: I didn't see nothing in 2004.

CW: Well, here's the thing.

JONES: 2006 was the cleanest election I've ever seen.

CW: Well.

JONES: I never seen one that clean before. I don't know what stuff they're after. I have no idea what they're after. They're going after anybody they can get.

CW: No, I don't doubt it, now let me tell you something, boys. I tell you what I believe. I believe that they've had from what, from what I see and what questions that Wanda was asked down there, now, I tell you what I think they've done. I think they've got to the point that they

9

have problems all over this country to have them machines that have that ....U/I.... two steps ; I think that's where they're going to have .... I think that's .... and I think they .....

JONES: (Interrupting) .... Now, I'll tell you about them machines.

CW: They're not there no more are they?

16:18 JONES: They've got all the same steps....U/I..... ~~if you can test them machines.~~ ?

JONES: If you can read and write, now, Kennon, there's no way that anybody can steal your fucking vote. ....U/I....

CW: I'd say after two (2) or three (3) times, you're right.

JONES: No, no, if you can read, if you can read, there's no way that nobody can steal your vote. I, I know. I mean there's a ... U/I ... Now, if a fellow can't read and write to good ...

JD: ....U/I....

CW: Or you know at lot of times, you know, people, people gets in a hurry and walked off.

JONES: ....U/I.... Well, that's ... that's ...

CW: They walk across ~~the room~~ (U/I), and they leave it and they leave it, and then and then ....U/I....

16:48 JONES: Well. ~~You~~ (U/I) got two choices then, They can either cancel his vote or vote his ... I mean the way he votes, you know.

CW: Is that what the law is?

JONES: That's the law ....you ... the two judges can cancel it or agree to the vote ... U/I ... ready to vote, you know, hit that final thing; U/I but the machines, them machines like that?

17:08 CW: They all over the state?

JONES: Yeah, all over the state.

CW: ~~Well, they all think them machines like that all over the place,~~ ? so they ain't no different.

17:20 JONES: And they're set up just like they were from fucknig day one. There ain't a fucking bit of difference in them mother fuckers its just big bolder letters. Now, I mean you, you know its in ~~Corbin~~ (U/I)

CW: Does it still have the cast ballot and vote at the end?

10

JONES:    Right, absolutely. Absolutely.

CW:    I think that's where people gets confused.

EVERYONE TALKING AT ONCE; ....U/I....

JONES:    But if you can read though, I mean, ....U/I....

CW AND JONES TALKING AT SAME TIME; ....U/I....

17:37    JONES:    It says cast ballot or review. Now there's some walked off there last year.

CW:    Oh, I think there's a lot of people walked off, but I'm going to tell you ....U/I....

RUSTLING SOUNDS

JONES:    ....U/I.... if you can read and write, there ain't no way they can steal your vote.

CW:    ....U/I.... I'll tell you what, this stuff got me, Wayne, where buddy, I tell you, I can't eat a decent meal.

18:02    JONES:    Well, I mean (U/I)

CW:    Buddy, they got me son ... I got diarrhea ...

18:07    JONES:    They're just after (U/I), after anybody they can get.

CW:    ....U/I....

JONES:    And when they indicted Doug and Darnell on that RICO act, they scraped the bottom of the barrel right there.

CW:    Let me tell you something. I don't know how they're going to beat a RICO Act if they go to the pen.

18:23    JONES:    why didn't they indict Kenny Day and them down there now shit like that is what that RICO Act is for ... involved in drugs and organized crime...U/I... see that's what the fuckin' RICO Act is for, not for people doin' a little fuckin' blacktoppin' for somebody ... U/I ....

18:46    CW:    I'll tell you what now, buddy, I don't know what's going to happen, but I'll tell you this. (U/I)

JD:    ....U/I....

JONES:    If the FBI comes

11

CW: They get anybody they want to get.

JONES: Look here, if they come to me this evening and say I want you to be at London Friday at such and such time, I ain't going to fucking go unless they got a fucking subpoena for me. I ain't gonna going talk to them motherfuckers. You don't have to. You don't have to. But everybody gets scared that they run right over there, son. And if you lie to the motherfuckers .....

CW: (Interrupting) .... They'll get you then ....U/I....

19:18 JONES ....U/I.... never indicted Darnell if he didn't he lied to them twice as a matter of fact.

CW: Well, he needs to thank Robert Stivers for that because Robert, Robert's the very damn one that told him what to say. I guarantee it.

19:42 JONES: There's a woman that's on the grand jury down there that a person knowed, and she told him that he actually lied to 'em twice about the blacktop. Never indicted him....U/I.... if he hadn't of lied to 'em.....U/I.... son of bitches ....U/I.... lied to. Ain't never been ....U/I.... went and lied to 'em. Well, I don't think they would have, but they are just, son, they're after anybody they can get. ....U/I....they ain't targeting nobody, me ... U/I ... the judge or anybody else is a target
20:00 ...U/I... they're just after.... After anybody they can get

CW: Is there somebody from Clay County on the grand jury over there? Huh uh. Surely they don't go out that far, do they?

20:11 CW: I thought everybody from Clay County had to go to London see. (U/I) I tell you one thing. Darnell looks bad. I think ....

JONES: (Interrupting) .... Yeah, he, he ..... I talked to him the other day; I saw him up at IGA; I talked to him a little bit.

20:25 CW: I tell you something ...

JONES: (Interrupting) .... He didn't act like he was worried, but he'll pull some time ....U/I.... I mean fuck, I'm tellin' you now ...

CW: Let me tell you, I don't think they'll get you without you pullin' time ....U/I....

JONES: The feds .... I don't care what you give 'em to, how much you give 'em and who you give 'em, you're going gonna pull some fucking time. Yeah. They'll give you some ease but you'll pull time. To me .... you'll pull time. Yeah, they ain't no fucking doubt in my mind about that. You will pull some time .... no doubt in my fucking mind on that. I bet that little boy sat
20:52 there ... [interrupted] ... U/I ...

EVERYONE TALKING AT ONCE; ....U/I.... RUSTLING SOUNDS;

12

CW: ....U/I.... I think Darnell's ....U/I....

JONES: Darnell's up shit creek buddy is what . . .

21:10 CW: ....U/I.... ~~they can definitely get the Council.~~

JONES: I tell you another thing, now, they *Hey* could come back and get the rest of that city council.

CW: Oh, I'll tell you what I think; I think, I think they could get any of us; I think they could get me or get the Council, either one ....U/I.... over there.

JD: ....U/I.... *definitely, Hey*

21:31 JONES: They can definitely get the council. ~~Especially that damn Mathis.~~

Transcript at 00:21:37

JD: ....U/I....

JONES: Buddy, you gonna have to get rid of that damn woman.

JD: Yeah.

EVERYONE TALKING AT ONCE; ....U/I....

JD: It's hard to get rid of her; it's hard to get rid of her ....U/I.... have to get one that's got all that money.

U/I NON-PERTINENT CONVERSATION BACK AND FORTH BETWEEN JONES AND UM AND CW.

23:20 CW: Wayne, I'm going to go, brother.

JONES: Okay, Kennon, come back, buddy.

CW: I will. I'll let you all get to work here; I didn't realize that ......

JONES: ....U/I....

CW: I will; I'll see, ole buddy.

RUSTLING SOUNDS.

13

CAR NOISES

CW: Eleven o two (11:02) ....U/I....

RECORDING ENDS.