**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: November 16, 2012

Mr. Robert L. Abell
271 W. Short Street
Suite 200
P.O. Box 983
Lexington, KY 40588

Mr. Russell J. Baldani
Law Offices
300 W. Short Street
Lexington, KY 40507

Mr. Jason Ross Barclay
Barnes & Thornburg
11 S. Meridian Street
Indianapolis, IN 46204

Mr. Bennett E. Bayer
Landrum & Shouse
106 W. Vine Street
Suite 800
Lexington, KY 40507

Mr. Robert R. Carr
Eastern District of Kentucky at London
P.O. Box 5121
London, KY 40745-5121

Mr. John D. Cline
Law Office
235 Montgomery Street
Suite 1070
San Francisco, CA 94104

Ms. Candace C. Crouse
Strauss & Troy
150 E. Fourth Street
Fourth Floor
Cincinnati, OH 45202

Mr. Jerry W. Gilbert
Law Office
212 N. Second Street
P.O. Drawer S
Richmond, KY 40475-0000

Ms. Elizabeth S. Hughes
Gess, Mattingly & Atchison
201 W. Short Street
Lexington, KY 40507

Mr. Larry A. Mackey
Barnes & Thornburg
11 S. Meridian Street
Indianapolis, IN 46204

Mr. Scott A.C. Meisler
U.S. Department of Justice
Appellate Section
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

Mr. Jason D. Parman
U.S. Attorney's Office
601 Meyers Baker Road
Suite 200
London, KY 40741

Mr. Martin Stanley Pinales
Strauss & Troy
150 E. Fourth Street
Fourth Floor
Cincinnati, OH 45202

Mr. Stephen C. Smith
U.S. Attorney's Office
601 Meyers Baker Road
Suite 200
London, KY 40741

Mr. Trevor Wayne Wells
Miller & Wells
300 E. Main Street
Suite 360
Lexington, KY 40507

Mr. Robert Kent Westberry
Landrum & Shouse
220 W. Main Street
Suite 1900
Louisville, KY 40202

Mr. Scott White
Morgan & Pottinger
133 W. Short Street
Lexington, KY 40507

Mr. Charles P. Wisdom Jr.
U.S. Attorney's Office
260 W. Vine Street
Suite 300
Lexington, KY 40507

Re: Case No. 11-5291/11-5308/11-5311/11-5312/11-5313/11-5336/11-5337/11-5366
*USA v. Douglas Adams, et al.*
Originating Case No. : 6:09-CR-16

Dear Counsel,

Counsel for DEFENDANTS…..when filling out your oral argument acknowledgment form, please list **only the party you represent** under "Party Name/s".  Then…when filing the form via ecf, please **use ONLY your case number – DESELECT all of the other numbers**.  The form filed by the USA is the only one that should appear on all of the docket sheets.

If you have any questions regarding these instructions, please contact me **before** filing your form.

Sincerely yours,

s/Julie Brock
Case Manager
Direct Dial No. 513-564-7011