UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

CRIMINAL NO. 09-16-S-DCR            ELECTRONICALLY FILED

UNITED STATES OF AMERICA            PLAINTIFF

V.            **JOINT MOTION TO SELL SUBSTITUTE ASSET**

RUSSELL CLETUS MARICLE, ET.AL.            DEFENDANTS

\* \* \* \* \* \* \* \* \* \*

Comes the United States and Judy Maricle, through counsel, and moves for entry of an order of forfeiture to allow the sale of a substitute asset seized pursuant to the provisions of 21 U.S.C. § 853(n) and Fed.R.Crim.P. 32.2.

Judy Maricle, the wife, of Russell Cletus Maricle, has received an offer to purchase the following real property for $5,000.00 which was listed in the Order Forfeiting Substitute Property [D.E. # 1259] as #3 of Cletus Maricle property:

> Real Property located at 735 Memorial Dr., Manchester, KY and recorded in Deed Book 234, page 527, in the name of Cletus R. Maricle and Judy Maricle, with all appurtenances and improvements thereon;

in which the Court has ordered may be applied as a substitute asset towards the money judgment entered in this action. Attached hereto is a copy of the offer letter.

The property has a PVA value of $3,500.00 due to extensive fire damage caused to

the dwelling and the United States believes this to be fair market value and a reasonable offer.

The parties agree that the property can be sold and the proceeds placed in the United States Marshals Seized Assets Holding Account pending the appeal of the criminal case.

A proposed Order is tendered herewith.

Respectfully submitted,

KERRY B. HARVEY
UNITED STATES ATTORNEY


/s/ David Y. Olinger, Jr.
David Y. Olinger, Jr.
Assistant United States Attorney
260 W. Vine St., Suite 300
Lexington, KY 40507
(859) 685-4896


/s/ Mark Wohlander
Mark Wohlander, Esq.
3141 Beaumont Centre Circle
Suite 302
Lexington KY 40513

## CERTIFICATE OF SERVICE

     I hereby certify that on November 26, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will notify all registered CM/ECF participants.

                                                      s/ David Y. Olinger, Jr.
                                                     Assistant U.S. Attorney