Ashley Estep

November 6, 2012

David Olinger, Esq.
Office of United States Attorney
Eastern District of Kentucky
260 West Vine Street, Suite 300
Lexington, KY 40507

Re:   Notice of Intent to Buy

Dear Mr. Olinger:

I would like to make a firm offer of $5,000.00 cash to purchase the house and realty located in the Lyttleton community of Manchester, Clay County, Kentucky. It is my understanding that this property has been condemned and deemed unlivable due to fire damage. I have attached a copy of the property valuation card from the Clay County Property Valuation Administrator for your information.

If you have any questions or need any additional information, do not hesitate to contact me.

Sincerely,

*Ashley Estep*
Ashley Estep

Account Screen                                          WORK - 2013

082-30-00-007.00                                                  32011301

ACCOUNT:            320113 01          TAX DIS  00         MAP:  082-30-00-007.00
NAME1:              MARICLE R CLETUS & JUDY                DEED:  234        / 527
                                                           DATE INSPECTED:
NAME2:                                                     DATE ASSESSED:          9/5/2002
MAIL ADDRESS:       393 CIRCLE DRIVE                       DATE SALE:              5/1/1996
CITY, STATE, ZIP:   MANCHESTER KY 40962                    SALE PRICE:         $48,000.00
PREV OWNER:         ROBERTS LARRY JOE & MARY ANN
PROPERTY LOCATION           735 MEMORIAL DRIVE
HOMESTEAD           N

RES              $3,500     FRM RES         $0
COM                  $0     FRM FCV         $0
MOB                  $0     FRM TXV         $0
TC_BUILD             $0     ACREAGE       0.29
TC_LAND              $0

DESC:      0.289 ACRES & UNLIVEABLE HOUSE

PHILIP R. MOBLEY
CLAY COUNTY P.V.A.
102 RICHMOND RD. STE. 200
MANCHESTER, KY  40962

KATHY CAMPBELL              Wednesday, November 07, 2012                Page 1 of 1