UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

**CRIMINAL NO. 09-16-S-DCR**

**UNITED STATES OF AMERICA**     **PLAINTIFF**

V.     **ORDER**

**RUSSELL CLETUS MARICLE, ET.AL.**     **DEFENDANTS**

* * * * * * * * * *

    The United States and Judy Maricle, through counsel, having moved for entry of a Order to Sell a Substitute Asset, and the Court being otherwise sufficiently advised:

    IT IS HEREBY ORDERED, that the Real Property located at 735 Memorial Dr., Manchester, KY and recorded in Deed Book 234, page 527, in the name of Cletus R. Maricle and Judy Maricle, with all appurtenances and improvements thereon, be sold for the amount of $5,000.00, and the proceeds be placed in the United States Marshals Seized Assets Holding Account pending all noticing, third party claims, and ancillary hearings.

    Dated this the _____ day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE

Prepared by:

KERRY B. HARVEY
UNITED STATES ATTORNEY

/s/ David Y. Olinger, Jr.
David Y. Olinger, Jr.
Assistant United States Attorney
260 W. Vine St., Suite 300
Lexington, Kentucky 40330
(859) 233-2661