UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Nos. 11-5291/ 5308/ 5311/ 5312/ 5313/ 5336/5337/ 5366

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

DOUGLAS C. ADAMS (11-5291),
RUSSELL CLETUS MARICLE (11-5308),
WILLIAM E. STIVERS, aka AL Man (11-5311),
CHARLES WAYNE JONES (11-5312),
FREDDY W. THOMPSON (11-5313),
WILLIAM B. MORRIS, aka Bart Morris
(11-5336), STANLEY BOWLING (11-5337),
and DEBRA L. MORRIS, aka Debbie (11-5366),

    Defendants - Appellants.

**FILED**
*Jul 17, 2013*
DEBORAH S. HUNT, Clerk

Before: NORRIS, MOORE, and DONALD, Circuit Judges.

**JUDGMENT**

On Appeal from the United States District Court
for the Eastern District of Kentucky at London.

THIS CAUSE was heard on the record from the district court and was argued by counsel.

IN CONSIDERATION WHEREOF, it is ORDERED that the defendants' convictions are VACATED on all counts, and the case is REMANDED to the district court for a new trial.

**ENTERED BY ORDER OF THE COURT**

Deborah S. Hunt, Clerk