# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: July 17, 2013

Mr. Robert L. Abell
271 W. Short Street, Suite 200
Lexington, KY 40588

Mr. Russell J. Baldani
300 W. Short Street
Lexington, KY 40507

Mr. Jason Ross Barclay
Barnes & Thornburg
11 S. Meridian Street
Indianapolis, IN 46204

Mr. Bennett E. Bayer
Landrum & Shouse
106 W. Vine Street, Suite 800
Lexington, KY 40507

Mr. John D. Cline
235 Montgomery Street, Suite 1070
San Francisco, CA 94104

Mr. Martin Stanley Pinales
Ms. Candace C. Crouse
Pinales Stachler Young Burrell & Crouse
455 Delta Avenue, Suite 105
Cincinnati, OH 45226

Mr. Jerry W. Gilbert
212 N. Second Street
P.O. Drawer S
Richmond, KY 40475-0000

Ms. Elizabeth S. Hughes
Green, Chesnut & Hughes
201 E. Main Street, Suite 1250
Lexington, KY 40507

Mr. Larry A. Mackey
Barnes & Thornburg
11 S. Meridian Street
Indianapolis, IN 46204

Mr. Scott A.C. Meisler
U.S. Department of Justice
Appellate Section, 950 Pennsylvania Avenue, N.W.
Washington, DC 20530

Mr. Jason D. Parman
Mr. Stephen C. Smith
U.S. Attorney's Office
601 Meyers Baker Road, Suite 200
London, KY 40741

Mr. Trevor Wayne Wells
Miller Wells
2700 Valparaiso Street, Suite 1459
Valparaiso, IN 46384-1459

Mr. Robert Kent Westberry
Landrum & Shouse
220 W. Main Street, Suite 1900
Louisville, KY 40202

Mr. Scott White
Morgan & Pottinger
133 W. Short Street
Lexington, KY 40507

Mr. Charles P. Wisdom Jr.
U.S. Attorney's Office
260 W. Vine Street, Suite 300
Lexington, KY 40507

Re: Case Nos. 11-5291/11-5308/11-5311/11-5312/11-5313/11-5336/11-5337/11-5366, *USA v. Douglas Adams et al.*
Originating Case No. : 6:09-cr-16

Dear Counsel,

    The court today announced its decision in the above-styled cases.

    Enclosed is a copy of the court's opinion together with the judgment which has been entered in conformity with Rule 36, Federal Rules of Appellate Procedure.

                                         Yours very truly,

                                         Deborah S. Hunt, Clerk

                                       Cathryn Lovely
                                       Deputy Clerk

cc:  Mr. Robert R. Carr

Enclosures

Mandate to issue.