**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: July 18, 2013

Mr. Robert L. Abell
271 W. Short Street, Suite 200
Lexington, KY 40588

Mr. Russell J. Baldani
300 W. Short Street
Lexington, KY 40507

Mr. Jason Ross Barclay
Barnes & Thornburg
11 S. Meridian Street
Indianapolis, IN 46204

Mr. Bennett E. Bayer
Landrum & Shouse
106 W. Vine Street, Suite 800
Lexington, KY 40507

Mr. John D. Cline
235 Montgomery Street, Suite 1070
San Francisco, CA 94104

Ms. Candace C. Crouse
Pinales Stachler Young Burrell & Crouse
455 Delta Avenue, Suite 105
Cincinnati, OH 45226

Mr. Jerry W. Gilbert
212 N. Second Street
P.O. Drawer S
Richmond, KY 40475-0000

Ms. Elizabeth S. Hughes
Green, Chesnut & Hughes
201 E. Main Street, Suite 1250
Lexington, KY 40507

Mr. Larry A. Mackey  
Barnes & Thornburg  
11 S. Meridian Street  
Indianapolis, IN 46204

Russell Cletus Maricle  
F.C.I. Beaumont - Medium  
P.O. Box 26040  
Beaumont, TX 77720

Mr. Scott A.C. Meisler  
U.S. Department of Justice  
Appellate Section  
950 Pennsylvania Avenue, N.W.  
Washington, DC 20530

Mr. Jason D. Parman  
U.S. Attorney's Office  
601 Meyers Baker Road  
Suite 200  
London, KY 40741

Mr. Martin Stanley Pinales  
Pinales Stachler Young Burrell & Crouse  
455 Delta Avenue  
Suite 105  
Cincinnati, OH 45226

Mr. Stephen C. Smith  
U.S. Attorney's Office  
601 Meyers Baker Road  
Suite 200  
London, KY 40741

Mr. Trevor Wayne Wells  
Miller Wells  
2700 Valparaiso Street  
Suite 1459  
Valparaiso, IN 46384-1459

Mr. Robert Kent Westberry  
Landrum & Shouse  
220 W. Main Street  
Suite 1900  
Louisville, KY 40202

Mr. Scott White
Morgan & Pottinger
133 W. Short Street
Lexington, KY 40507

Mr. Charles P. Wisdom Jr.
U.S. Attorney's Office
260 W. Vine Street, Suite 300
Lexington, KY 40507

      Re:  Case Nos. 11-5291/5308/5311/5312/5313/5336/5337/5366, *USA v. Douglas Adams et al.*
            Originating Case No. : 6:09-CR-16

Dear Counsel,

   Enclosed is a copy of a corrected page from the decision originally sent to you yesterday. Also enclosed is a copy of the corrected opinion.

   Thank you for your cooperation in this matter.

                                            Yours very truly,

                                            Deborah S. Hunt, Clerk


                                            Cathryn Lovely
                                            Deputy Clerk

cc:  Mr. Robert R. Carr

Enclosures