UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY

SOUTHERN DIVISION

(LONDON)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO. 6:09-CR-00016-DCR-REW-9 |
| | ) | |
| RUSSELL CLETUS MARICLE, | ) | |
| DOUGLAS C. ADAMS, | ) | |
| CHARLES WAYNE JONES, | ) | |
| WILLIAM E. STIVERS, | ) | |
|     aka AL MAN, | ) | |
| FREDDY W. THOMPSON, | ) | |
| WILLIAM B. MORRIS, | ) | |
|     aka BART, | ) | |
| DEBRA L. MORRIS, | ) | |
|     aka DEBBIE, and | ) | |
| STANLEY BOWLING, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' EMERGENCY JOINT MOTION FOR IMMEDIATE RELEASE**

Comes now the Defendants Russell Cletus Maricle, William E. Stivers, Charles Wayne Jones, Freddy W. Thompson, William B. Morris, Debra L. Morris, and Stanley Bowling[1], through counsel, and

---

[1] Defendant Douglas C. Adams does not join in this Motion and will be filing a separate motion to address the conditions of his release.

respectfully move the Court for their immediate release from custody. In support of this Motion, the Defendants state as follows:

1. On July 17, 2013, the Sixth Circuit Court of Appeals issued an opinion "vacat[ing] defendants' convictions on all counts and remand[ing the case] for a new trial." *See* D.E. #1307 at 68.

2. As of the time of this filing, the Defendants remain in the custody of the Bureau of Prisons in spite of the Court of Appeals' ruling.

3. 18 U.S.C. § 3142 authorizes this Court to order the Defendants immediate release pending their new trial.

4. The Defendants request that the Court order their release immediately subject to the same pre-trial conditions of release the Court imposed after the indictments in this matter.

5. Those terms are prescribed in existing Court orders contained in the docket of this matter as follows: William B. Morris [D.E. #19], Freddy W. Thompson [D.E. #21], Debra L. Morris [D.E. #24], William E. Stivers [D.E. #25], Charles Wayne Jones [D.E. #26], Russell Cletus Maricle [D.E. #220], and Stanley Bowling [D.E. #281].

6. The Government, through its counsel Assistant United States Attorney Jason Parman, has authorized the Defendants to represent that the Government does *not* oppose the release of the following defendants on the same pre-trial release conditions established by the Court in the above-identified Court orders: William B. Morris, Freddy W. Thompson, Debra L. Morris, Charles Wayne Jones, Russell Cletus Maricle, and Stanley Bowling.

7. The Government does not seek, nor does 18 U.S.C. § 3142(f) require, detention hearings for those unopposed Defendants prior to their release.

8. Each of these Defendants fully complied with the conditions of their release prior to and throughout the lengthy trial proceedings and the Court has a good faith basis to find that they will continue to do so.

9. The Government does oppose the motion of Defendant Stivers, whose initial pre-trial conditions of release were revoked by the Court at later times in these proceedings.

10. Defendant Stivers seeks a return to the conditions of his initial pre-trial release order (D.E. #25), or in the alternative in lieu of continued incarceration, additional conditions of release provided by 18 U.S.C. § 3142(c), such as restrictions on personal associations, places of abode, and travel, curfews, and/or additional reporting requirements to a designated pretrial services agency, in order to alleviate any concerns held by the Court and/or raised by the Government.

WHEREFORE, the Defendants jointly and respectfully move the Court for their immediate release. The Government does NOT oppose the motions of Defendants William B. Morris, Freddy W. Thompson, Debra L. Morris, Charles Wayne Jones, Russell Cletus Maricle, and Stanley Bowling on the same terms of pre-trial release ordered by the Court after their indictments. The Government does oppose the motion of Defendant Stivers, who respectfully asks the Court to impose the same conditions of release as initially ordered, or in the alternative, additional restrictions on movement, location, and/or reporting.

/s/ Martin Pinales
Martin S. Pinales
Pinales, Stachler, Young, Burrell & Crouse Co., LPA
455 Delta Avenue, Suite 105
Cincinnati, OH  45226
513-252-2750
Fax:  513-252-2751
Email:  mpinales@cinci.rr.com


Candace C. Crouse
Pinales, Stachler, Young, Burrell & Crouse Co., LPA
455 Delta Avenue
Suite 105
Cincinnati, OH  45226
513-252-2750
Fax:  513-252-2751
Email:  ccrouse@pinalesstacher.com

**Attorneys for Russell Cletus Maricle**


/s/ T. Scott White
T. Scott White
Morgan & Pottinger, P.S.C. – Lexington
133 W. Short Street
Lexington, KY  40507-1395
Lexington, KY  40507-1395
959-226-5288
Fax:  859-255-2038
Email:  tsw@morganandpottinger.com

**Attorney for Charles Wayne Jones**

/s/ Robert L. Abell
Robert L. Abell
120 N. Upper Street
P. O. Box 983
Lexington, KY 40588-0983
859-254-7076
Fax:  859-281-6541
Email:  robert@robertabelllaw.com

**Attorney for William E. Stivers**

s/ Russell James Baldani
Russell James Baldani
Baldani, Rowland & Richardson
300 W. Short Street
Lexington, KY  40507
859-259-0727
Fax:  859-231-7489
Email:  brr@brr-law.com

R. Tucker Richardson, III
Baldani.. Rowland & Richardson
300 W. Short Street
Lexington, KY  40507
859-259-0727
Fax:  859-231-7489
Email:  brr@brr-law.com

**Attorneys for Freddy W. Thompson**


/s/ Jerry W. Gilbert
Jerry W. Gilbert
Coy, Gilbert & Gilbert
212 N. Second Street
P. O. Box 1178
Richmond, KY  40475-1178
859-623-3877
Fax:  859-624-5435
Email:  Jerry@coygilbert.com

**Attorney for William B. Morris**

/s/ Elizabeth Snow Hughes
Elizabeth Snow Hughes
Green, Chestnut & Hughes PLLC
201 E. Main Street, Suite 1250
Lexington, KY  40507
958-475-1471
Fax:  859-455-3332
Email:  ehughes@gcandh.com

**Attorney for Debra L. Morris**

/s/ Larry A. Mackey
Larry A. Mackey
Barnes & Thornburg LLP – Indianapolis
11 S. Meridian Street
Indianapolis, IN  46204-7250
317-231-7250
Fax:  317-231-7433
Email: larry.mackey@btlaw.com

Jason R. Barclay
Barnes & Thornburg LLP – Indianapolis
11 S. Meridian Street
Indianapolis, IN  46204-7250
317-231-7250
Fax:  317-231-7433
Email: jason.barclay@btlaw.com

Daniel A. Simons
Simons, Dunlap &  Fore, PSC
116 W. Main Street
Chase Bank Building, Suite 2A
P. O. Box 726
Richmond, KY  40476-0726
Email:  daniel@tsdflaw.com

**Attorneys for Stanley Bowling**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record by the Court's electronic filing service this 19th day of July, 2013:

/s/ Jason R. Barclay
Jason R. Barclay