UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(LONDON)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO. 6:09-CR-00016-DCR-REW-9 |
| ) | |
| RUSSELL CLETUS MARICLE, ) | |
| DOUGLAS C. ADAMS, ) | |
| CHARLES WAYNE JONES, ) | |
| WILLIAM E. STIVERS, ) | |
| aka AL MAN, ) | |
| FREDDY W. THOMPSON, ) | |
| WILLIAM B. MORRIS, ) | |
| aka BART, ) | |
| DEBRA L. MORRIS, ) | |
| aka DEBBIE, and ) | |
| STANLEY BOWLING, ) | |
| ) | |
| Defendants. ) | |

**PROPOSED ORDER**

The Court having considered the Defendants' Emergency Joint Motion for Immediate Release hereby finds pursuant to 18 U.S.C. § 1342 that the previously-ordered conditions of pretrial release imposed by this Court on the Defendants reasonably assure the appearances of the Defendants in these proceedings and will adequately ensure the safety of the community, and therefore the Court **GRANTS** the Defendants' Joint Motion and **ORDERS** as follows:

1) The Bureau of Prisons shall immediately release from its custody Russell Cletus Maricle, William E. Stivers, Charles Wayne Jones, Freddy W. Thompson, William B. Morris, Debra L. Morris, and Stanley Bowling;

2) Each Defendant shall comply with the conditions of release relating to that Defendant as stated in the following Court Orders:

   a. William B. Morris [D.E. #19];
   b. Freddy W. Thompson [D.E. #21];
   c. Debra L. Morris [D.E. #24];
   d. William E. Stivers [D.E. #25];
   e. Charles Wayne Jones [D.E. #26];
   f. Russell Cletus Maricle [D.E. #220]; and
   g. Stanley Bowling [D.E. #281].

SO ORDERED THIS _____ DAY OF _____, 2013.

_____
Judge, United States District Court
Eastern District of Kentucky,
Southern Division, London

**Distribution:**

Candace C. Crouse
Pinales, Stachler, Young, Burrell & Crouse Co., LPA
455 Delta Avenue
Suite 105
Cincinnati, OH  45226
Email:  ccrouse@pinalesstacher.com


Martin S. Pinales
Pinales, Stachler, Young, Burrell & Crouse Co., LPA
455 Delta Avenue
Suite 105
Cincinnati, OH  45226
Email:  mpinales@cinci.rr.com

T. Scott White
Morgan & Pottinger, P.S.C. – Lexington
133 W. Short Street
Lexington, KY 40507-1395
959-226-5288
Fax: 859-255-2038
Email: tsw@morganandpottinger.com


Robert L. Abell
120 N. Upper Street
P. O. Box 983
Lexington, KY 40588-0983
859-254-7076
Fax: 859-281-6541
Email: robert@robertabelllaw.com


R. Tucker Richardson, III
Baldani.. Rowland & Richardson
300 W. Short Street
Lexington, KY 40507
Email: brr@brr-law.com


Russell James Baldani
Baldani, Rowland & Richardson
300 W. Short Street
Lexington, KY 40507
Email: brr@brr-law.com

Jerry W. Gilbert
Coy, Gilbert & Gilbert
212 N. Second Street
P. O. Box 1178
Richmond, KY 40475-1178
Email: Jerry@coygilbert.com

Elizabeth Snow Hughes
Green, Chestnut & Hughes PLLC
201 E. Main Street, Suite 1250
Lexington, KY 40507
Email: ehughes@gcandh.com

Daniel A. Simons
Simons, Dunlap & Fore, PSC
116 W. Main Street
Chase Bank Building, Suite 2A
P. O. Box 726
Richmond, KY  40476-0726
Email:  daniel@tsdflaw.com

Jason R. Barclay
Barnes & Thornburg LLP – Indianapolis
11 S. Meridian Street
Indianapolis, IN  46204-7250
Email:  jason.barclay@btlaw.com


Larry A. Mackey
Barnes & Thornburg LLP – Indianapolis
11 S. Meridian Street
Indianapolis, IN  46204-7250
Email:  larry.mackey@btlaw.com

Jason D. Parman
U.S. Attorney's Office – London
601 Meyers Baker Road, Suite 200
London, KY  40741-3035
Email:  Jason, Partman@usdoj.gov