UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | Criminal Action No. 6: 09-16-DCR |
| V. | ) ) | |
| RUSSELL CLETUS MARICLE, et al., | ) ) | **ORDER OF RECUSAL AND TRANSFER** |
| Defendants. | ) | |

*** *** *** ***

In accordance with General Order No. 13-1, and pursuant to the provisions of 28 U.S.C. § 455, the undersigned hereby **RECUSES** from further participation in the above-styled action. Accordingly, it is hereby

**ORDERED** that, pursuant to paragraph 5 c. of this Court's Case Assignment and Recusal Order filed January 8, 2013, this action is **TRANSFERRED** to the Chief District Judge Karen K. Caldwell to preside over all further proceedings.

This 23rd day of July, 2013.



-1-