# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
### SOUTHERN DIVISION
### LONDON

**CRIMINAL NO. 6:09-CR-16-KKC**

**UNITED STATES OF AMERICA**                                 **PLAINTIFF**

**V.**               **RESPONSE TO MOTIONS FOR RELEASE**

**RUSSELL CLETUS MARICLE, et. al.**                   **DEFENDANTS**

\*    \*    \*    \*    \*

The United States, by counsel, has no objection to the court addressing the motions for pretrial release before the mandate issues.  Further review of the Sixth Circuit's decision will not be pursued. The United States does not object to the release, under the conditions previously imposed, of those defendants who were released pending trial and not revoked.  That would include all defendants with the exception of Douglas C. Adams and William E. Stivers. While violation conduct occurred by defendants Thompson and Jones while on release, those issues were addressed without the necessity of revocation. No additional aggravating evidence has been uncovered since the trial regarding Thompson and Jones.

A hearing is requested for all defendants to be released that informs each of the conditions of release and the potential penalties should a release violation occur.  The United States moves for detention regarding defendants Adams and Stivers due to previous violation conduct dealing with impermissible contact / intimidation of witnesses.  This conduct establishes a serious risk that those defendants will obstruct justice and/or

intimidate a potential witness if released.

Respectfully Submitted,

KERRY B. HARVEY
UNITED STATES ATTORNEY

By:    s/Jason D. Parman
           Assistant United States Attorney
           601 Meyers Baker Rd.  Suite 200
           London, KY 40741
           (606) 330-4831
           (606) 864-3590
           Jason.Parman@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2013, the foregoing was electronically filed

through the CM/ECF system, which will send notice of the filing to counsel of record.

           s/ Jason D. Parman
           Assistant United States Attorney