UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | No. 6:9-CR-16-KKC-REW |
| ) | |
| v. ) | |
| ) | ORDER |
| RUSSELL CLETUS MARICLE (1), ) | |
| CHARLES WAYNE JONES (3), FREDDY ) | |
| W. THOMPSON (5), WILLIAM B. ) | |
| MORRIS (7), STANLEY BOWLING (9), ) | |
| ) | |
| Defendants. ) | |

*** *** *** ***

The Court **SCHEDULES** a telephonic conference, for counsel only, for **today, August 1, 2013, at 12:45 p.m.**, to be participated in by at least one lawyer for the United States and one lawyer for each of the following Defendants: Russell Cletus Maricle, Charles Wayne Jones, Freddy W. Thompson, William B. Morris, and Stanley Bowling. The sole purpose of the call is to discuss the timing and logistics of release, as to these Defendants, and to address transportation issues. Prior to the telephonic conference, the Court will send an email message[1] to all counsel of record with the telephone number, access code, and security code to utilize, and counsel must call into the conference and be ready to proceed at the time designated.

This the 1st day of August, 2013.

---

[1] The Court will utilize the email addresses in the record.

1



Signed By:
*Robert E. Wier*
United States Magistrate Judge