UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

CRIMINAL NO. 6:09-CR-16-KKC                *ELECTRONICALLY FILED*

UNITED STATES OF AMERICA                                          PLAINTIFF

V.         <u>NOTICE BY UNITED STATES OF AUSA APPEARANCE</u>

CLETUS MARICLE ET AL                                              DEFENDANTS

\* \* \* \* \* \*

The United States gives notice that, in addition to Assistant United States Attorney Jason Parman, the undersigned Assistant United States Attorney will represent the United States in this case.

          Respectfully Submitted,

          KERRY B. HARVEY
          UNITED STATES ATTORNEY

By:   s/ Andrew T. Boone
       Assistant United States Attorney
       260 W. Vine Street, Suite 300
       Lexington, Kentucky 40507-1612
       (859) 685-4841
       Andrew.boone2@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

On August 1st, 2013, I electronically filed this document through the ECF system, which will send the notice of electronic filing to attorneys of record.

                                                <u>s/   Andrew T. Boone</u>
                                                Assistant United States Attorney