**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON**

CRIMINAL CASE NO. 6:09-16-KKC

UNITED STATES OF AMERICA,                              PLAINTIFF,

v.

RUSSELL CLETUS MARICLE, et al.                         DEFENDANTS.

## MOTION TO WITHDRAW

Now come attorneys, Martin S. Pinales and Candace C. Crouse, and respectfully move this Court for leave to withdraw as counsel for defendant, Russell Cletus Maricle. In support hereof, undersigned state as follows:

1. Undersigned counsel were privately retained to represent Defendant Maricle for the jury trial.

2. After Maricle was convicted, counsel volunteered to remain on the case as appellate counsel if the Court would agree to appoint them, which it did.

3. Counsel represented Maricle throughout the appeal of this matter.

4. After oral argument, Maricle filed a *pro se* Motion to remove undersigned counsel and appoint new counsel. Maricle argued that counsel should be removed because they "failed and refused to cite controlling, binding authorities which require that the Racketeer Influenced and Corrupt Organizations conviction be immediately vacated because of lack of jurisdiction of the District Court" and because they and "all other counsel" have "an actual conflict of interest because of their failure to recognize and apply controlling, binding precedents" that were set forth in Maricle's motion. (6th Cir. Dkt. For Case No. 11-5308, Motion filed on 4/1/2013).

5. After the Sixth Circuit reversed Maricle's conviction and remanded for a new trial, the court denied Maricle's Motion for new counsel. (6th Cir. Dkt, 7/17/13 Order)(Attached as Ex. 1).

6. Since Maricle's release from prison, he has met with the undersigned attorneys and advised them that he still wishes for this Court to appoint new counsel.

7. Accordingly, undersigned counsel requests that this Court permit them to withdraw from the case. Counsel further request that this Court appoint new counsel for Defendant Maricle.

Respectfully submitted,

/s/ Martin S. Pinales
MARTIN S. PINALES
CANDACE C. CROUSE (admitted pro hac vice)
Pinales, Stachler, Young, Burrell & Crouse Co., LPA
455 Delta Ave., Suite 105
Cincinnati, Ohio 45226
(513) 252-2750
(513) 252-2751 (fax)
mpinales@pinalesstachler.com
ccrouse@pinalesstachler.com

**CERTIFICATE OF SERVICE**

I hereby certify that an exact copy of the foregoing document was provided via email upon the parties of record, on the 7th day of August, 2013.

/s/ Martin S. Pinales
MARTIN S. PINALES