Case No. 11-5308

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

RUSSELL CLETUS MARICLE

    Defendant - Appellant

Upon consideration of the defendant's motion for Candace Crouse to withdraw as counsel and asking the court to appoint new counsel,

And further considering the defendant's motion to vacate and dismiss counts 1, 2, 12 and 13 of the indictment for lack of jurisdiction of district court,

It is ORDERED that the motions be, and they hereby are, DENIED.

ENTERED BY ORDER OF THE COURT
Deborah S. Hunt, Clerk

Issued: July 17, 2013