**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON**

CRIMINAL CASE NO. 6:09-16-KKC

UNITED STATES OF AMERICA,　　　　　　　　　　　　PLAINTIFF,

v.

RUSSELL CLETUS MARICLE, et al.　　　　　　　　　　DEFENDANTS.

**ORDER GRANTING
MOTION TO WITHDRAW**

For good cause shown, the motion of Martin S. Pinales and Candace C. Crouse to withdraw as counsel for Defendant, Russell Cletus Maricle is hereby GRANTED. It is ORDERED that new counsel be appointed for this defendant.


ENTERED　　/　　/

　　　　　　　　　　　　　　　　　　　　　　　_____