UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CRIMINAL MINUTES - GENERAL

London Case No. <u>09-CR-16-KKC-1</u>     At <u>Lexington</u>     Date <u>August 9, 2013</u>

U.S.A. vs. <u>Russell Cletus Maricle</u>   <u>x</u> present    <u> </u> custody   <u>x</u> bond    <u> </u> OR

PRESENT:     HON. ROBERT E. WIER, UNITED STATES MAGISTRATE JUDGE

<u>Susan Adkins</u>         <u>Peggy Weber</u>          <u>Andrew T. Boone</u>
Deputy Clerk            Court Reporter          Assistant U.S. Attorney

Counsel for Defendant: <u>Martin S. Pinales</u>  <u>x</u> present   <u> </u> appointed  <u>x</u> retained

PROCEEDINGS:     STATUS CONFERENCE

The parties appeared as noted for a hearing to evaluate and adjust, as necessary, Defendant's release conditions.

The Court **ORDERS** as follows:

1. Defendant requested removal of the electronic monitoring condition of his release. The United States objected to the request. After hearing the arguments of the parties, and for the reasons stated more fully on the record, the Court denies Defendant's request. The Court continues Defendant on the conditions of release previously imposed by the Court (DE ##215, 220, 221, 231) at this time. Defendant's new address for purposes of supervision shall be 3512 Nicholasville Road, Lexington, Kentucky. Defendant has leave to file a motion to modify release conditions, including those discussed at the hearing and any other current condition.

2. The Court takes the motion to withdraw as counsel filed by Hon. Martin S. Pinales and Hon. Candace C. Crouse (DE #1328) UNDER ADVISEMENT. Defense counsel shall report on the status of counsel, including the status of Defendant's representation by Hon. David S. Hoskins, who is also listed as counsel of record for Defendant, as set forth in a separate Order. If Maricle seeks appointment of counsel, current counsel of record shall so notify the Court by August 15, 2013.

3. The Court reviewed the core release conditions with Defendant.

Copies: COR, USP, USM
Initials of Deputy Clerk <u>sla</u>
TIC:     0/.16

Signed By:
*Robert E. Wier*
**United States Magistrate Judge**