UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | No. 6:9-CR-16-KKC-REW |
| ) | |
| v. ) | |
| ) | ORDER REGARDING CERTAIN |
| RUSSELL CLETUS MARICLE, et al., ) | CASE MANAGEMENT ISSUES |
| ) | |
| Defendants. ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

For the further efficient management of this matter, the Court **ORDERS** as follows:

1. Any lawyer wishing to raise any matter regarding client representation (*i.e.,* any motion to withdraw or to convert prior retained status into a CJA appointment) shall make an appropriate filing by **August 15, 2013**. This does not apply to counsel for Charles Wayne Jones, Freddy Thompson, William Morris, or Debra Morris, all of whom have, on the record, clarified or resolved their prospective roles. Specifically, Mr. Hoskins shall clarify his status with respect to Defendant Maricle, and all counsel for Stanley Bowling shall indicate their status. Should Maricle and/or Bowling request appointment of counsel, the request shall be made by a filing by the August 15 deadline. The Court anticipates reappointing Robert Abell for Defendant Stivers and assumes that retained counsel will continue in place for Defendant Adams. Again, any filing to displace that status should occur by August 15.

2. The USPO shall promptly secure a current financial affidavit (CJA-23 form) for the Court's consideration as to Defendants Jones, Debra Morris, and William Stivers.

3. Judge Caldwell's Order of July 26, 2013 (DE #1313), set certain filing deadlines. As a sub-schedule regarding substantive and other matters, the Court Orders the following: To the extent any party seeks a) severance; b) to attack the substance of the charges; or c) to raise any other substantive defensive motion (e.g., a motion to suppress or to dismiss) not already concluded by the Sixth Circuit, the party shall file such motion by **August 30, 2013**. The Court will set a response schedule upon receiving motions filed.

4. In light of the appellate disposition, the Court will be inclined against using transcripts except to the extent the parties can *agree* on content. The parties shall be prepared to discuss this issue and make proposals for resolution at the August 22 conference before Judge Caldwell. This shall include a forecast of the number and duration of tapes the United States generally would predict using.

5. **By August 19, 2013**, each party shall file a status report with the Court indicating that party's view of a) the counts remaining for trial; b) the time needed for trial; and c) pretrial concerns or issues that the party desires to raise with the Court at the August 22 conference.

This the 12th day of August, 2013.

Signed By:
*Robert E. Wier* REW
United States Magistrate Judge