# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 11-5291/11-5308/11-5311/11-5312/11-5313/11-5336/11-5337/11-5366

_____

Filed: August 15, 2013

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

DOUGLAS C. ADAMS, et al.

    Defendants- Appellants

## MANDATE

Pursuant to the court's disposition that was filed 07/17/2013 the mandate for the above-numbered cases hereby issues today.

COSTS: None