## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: August 15, 2013

Mr. Robert R. Carr
Eastern District of Kentucky at London
P.O. Box 5121
London, KY 40745-5121

Re: Case No. 11-5291/11-5308/11-5311/11-5312/11-5313/11-5336/11-5337/11-5366, *USA v. Douglas Adams*
Originating Case No. : 6:09-CR-16-2

Dear Clerk,

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Julie Brock
Case Manager
Direct Dial No. 513-564-7011

cc: Mr. Robert L. Abell
    Mr. Russell J. Baldani
    Mr. Jason Ross Barclay
    Mr. Bennett E. Bayer
    Mr. John D. Cline
    Ms. Candace C. Crouse
    Mr. Jerry W. Gilbert
    Ms. Elizabeth S. Hughes
    Mr. Larry A. Mackey
    Russell Cletus Maricle
    Mr. Scott A.C. Meisler
    Mr. Jason D. Parman
    Mr. Martin Stanley Pinales

    Mr. Stephen C. Smith
    Mr. Trevor Wayne Wells
    Mr. Robert Kent Westberry
    Mr. Scott White
    Mr. Charles P. Wisdom Jr.

Enclosure