UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

UNITED STATES OF AMERICA                                                                    PLAINTIFF

vs                                                                                                    No. 9-cr-16-KKC-REW

**DEFENDANT THOMPSON'S MOTION FOR A SEPARATE TRIAL**

FREDDY THOMPSON                                                                                     DEFENDANT

\*   \*   \*   \*   \*   \*   \*   \*

Comes Defendant, Freddy Thompson, by counsel, pursuant to Fed.R.Crim.P.8(b) and 14 and the Fifth and Sixth Amendments to the United States Constitution respectfully requests this Court to grant a severance in this cause of action so that Mr. Thompson will, as to all of the offenses charged against him, be tried separate and apart from the co-defendants charged in the above-captioned indictment. In support thereof, the Defendant tenders the accompanying Memorandum of Points and Authorities.

Respectfully submitted,

/s/ Russell Baldani

/s/ R. Tucker Richardson, III

*Attorneys for Defendant Thompson*
Baldani, Rowland & Richardson
300 West Short Street
Lexington, KY 40507
859.259.0727
russ@brr-law.com
tucker@brr-law.com

## **NOTICE**

Please take notice that the foregoing shall come on for hearing at the convenience of the Court.

## **CERTIFICATE OF SERVICE**

This is to certify that the foregoing has been filed via CM/ECF on this the 19th day of August, 2013 which will cause notice of the same to be served electronically on all parties.

/s/ Russell Baldani