UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

UNITED STATES OF AMERICA                                          PLAINTIFF

vs                                                               No. 9-cr-16-KKC-REW

**ORDER**

FREDDY THOMPSON                                                   DEFENDANT

\*   \*   \*   \*   \*   \*   \*   \*

Upon Motion of the Defendant, and this Court being otherwise sufficiently advised;

**IT IS HEREBY ORDERED** that Defendant Thompson's Motion for a Separate Trial is GRANTED. Defendant Thompson shall be tried separately from his co-defendants.

Entered this the _____ day of August, 2013.

_____
HON. KAREN CALDWELL
*United States District Judge*