# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# SOUTHERN DIVISION
# LONDON

**CRIMINAL ACTION NO. 6:09-CR-16-KKC-REW**

**UNITED STATES OF AMERICA**                                                    **PLAINTIFF**


**V.**               **NOTICE OF COMPLIANCE WITH GENERAL**
                **RELEASE ORDER AMENDMENT AND CLARIFICATION**


**RUSSELL CLETUS MARICLE, et al.**                              **DEFENDANTS**

* * * * *

The United States, by and through the undersigned counsel, hereby gives notice that, pursuant to the Court's August 12, 2013 General Release Order Amendment and Clarification (Docket No. 1339), it has circulated a list of potential government witnesses, by email among counsel of record.


                        Respectfully submitted,

                        KERRY B. HARVEY
                        UNITED STATES ATTORNEY


                  By:   /s/ Andrew T. Boone
                        Andrew T. Boone
                        Assistant United States Attorney
                        260 W. Vine Street, Suite 300
                        Lexington, Kentucky 40507-1612
                        (859) 685-4841
                        FAX (859) 233-2747
                        andrew.boone2@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

On August 19, 2013, I electronically filed this document through the ECF system, which will send the notice of electronic filing to all counsel of record.


/s/Andrew T. Boone
Assistant United States Attorney