UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

CASE NO. 09-CR-00016-KKC                                    ELECTRONICALLY FILED

UNITED STATES OF AMERICA,                                              PLAINTIFF,

VS.           <u>MOTION TO MODIFY CONDITIONS OF RELEASE</u>

RUSSELL CLETUS MARICLE, et al.,                                        DEFENDANTS.

** ** **

Comes now the Defendant, Russell Cletus Maricle, by counsel, and moves the Court to modify his conditions of release. Specifically, Mr. Maricle requests that the condition of confinement with electronic monitoring device be lifted. As grounds for this motion, the Defendant states as follows:

1. As reflected in Mr. Maricle's CJA 23 affidavit, his assets would not allow him to survive as a fugitive.

2. Mr. Maricle, 70 years old, suffers from significant health problems. The need for regular medical care and continuity of providers negates any risk of flight.

3. Mr. Maricle had a prime opportunity to flee when he was released from federal prison in Beaumont, Texas. He had no monitoring device attached to his body. His release had been imminent for several days, allowing time to gather assets and make plans to flee if he had any such intention. Instead, he immediately returned to the district and complied with all orders of the court.

4. Mr. Maricle's conduct since he was released on conditions in 2009

demonstrates he poses no risk to society or any individual.  He had no bond violations whatsoever.  He made no attempts to contact or influence any witness.

    5.  The witnesses have now all testified.  This renders any subsequent attempt to influence them nearly moot.

    6. Mr. Maricle now resides in Lexington, Kentucky.  He has little need to visit Clay County at this point, although he would request that he be allowed to continue treating with his regular physicians there and that he be allowed to visit his son's grave.  Otherwise, he would agree to remain outside of Clay County while on pretrial release.

    WHEREFORE, an Order in conformity herewith is respectfully requested.

    Respectfully Submitted,

s/David S. Hoskins  
Attorney At Law  
107 East First Street  
P.O. Box 1185  
Corbin, KY 40702-1185  
Telephone: (606) 526-9009  
Facsimile: (606) 526-1021  
Email:  hoskinslaw@bellsouth.net  
COUNSEL FOR DEFENDANT  
RUSSELL CLETUS MARICLE

CERTIFICATE OF SERVICE

    The undersigned certifies that on this 22nd day of August, 2013, I electronically filed this document using the CM/ECF system, which will send notice of filing to all counsel of record.

s/David S. Hoskins  
COUNSEL FOR DEFENDANT  
RUSSELL CLETUS MARICLE