UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

CASE NO. 09-CR-00016-KKC                                         ELECTRONICALLY FILED

UNITED STATES OF AMERICA,                                                       PLAINTIFF,

VS.                                            ORDER

RUSSELL CLETUS MARICLE, et al.,                                              DEFENDANTS.

** ** **

This matter being before the Court on the Defendant's motion to modify his release conditions, and the Court being sufficiently and adequately advised,

IT IS HEREBY ORDERED AND ADJUDGED that the Defendant's motion is GRANTED.

DATED this_____day of_____, 2013.


_____
JUDGE
UNITED STATES DISTRICT COURT