UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | |
| ) | |
| Plaintiff,            ) | No. 6:9-CR-16-KKC-REW-1 |
| ) | |
| v.            ) | |
| ) | ORDER |
| RUSSELL CLETUS MARICLE,            ) | |
| ) | |
| Defendants.            ) | |

*** *** *** ***

Defendant, Russell Cletus Maricle, moves the Court to modify the conditions of his release. DE #1373 (Motion). The Court **ORDERS** the United States to file a response to the motion **on or before August 30, 2013**.

This the 23rd day of August, 2013.

Signed By:
*Robert E. Wier*  REW
United States Magistrate Judge

1