UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 6:9-CR-16-KKC-REW-1 |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| RUSSELL CLETUS MARICLE, | ) | |
| | ) | |
| Defendant. | ) | |

\*\*\*  \*\*\*  \*\*\*  \*\*\*

Defendant has submitted a revised financial affidavit. DE #1397. Upon review of the affidavit, the Court finds that Defendant qualifies for court-appointed counsel. To preserve continuity of counsel and avoid prejudice, and in the interests of justice and judicial economy, the Court **JUDICIALLY APPOINTS** Hon. David S. Hoskins to represent Defendant under the Criminal Justice Act.

This the 4th day of September, 2013.



Signed By:
*Robert E. Wier*  REW
United States Magistrate Judge

1