UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

CASE NO. 09-CR-00016-KKC                      ELECTRONICALLY FILED

UNITED STATES OF AMERICA,                        PLAINTIFF,

VS.           **MOTION TO DISMISS COUNT ONE**

RUSSELL CLETUS MARICLE,                        DEFENDANT.

\*\* \*\* \*\*

Comes the Defendant, Russell Cletus Maricle, by counsel, and moves this honorable Court to dismiss Count One of the Superseding Indictment because it is unconstitutional to make bribery of voters a predicate act for RICO and because it is unconstitutional to deem the Clay County Board of Elections a RICO enterprise.

WHEREFORE, an Order in conformity herewith is respectfully requested.

                                       Respectfully Submitted,

                                       s/David S. Hoskins
                                       Attorney At Law
                                       107 East First Street
                                       P.O. Box 1185
                                       Corbin, KY 40702-1185
                                       Telephone: (606) 526-9009
                                       Facsimile: (606) 526-1021
                                       Email: hoskinslaw@bellsouth.net
                                       COUNSEL FOR DEFENDANT
                                       RUSSELL CLETUS MARICLE

CERTIFICATE OF SERVICE

The undersigned certifies that on this 6th day of September, 2013, I electronically filed this document using the CM/ECF system, which will send notice of filing to all counsel of record.

s/David S. Hoskins
COUNSEL FOR DEFENDANT
RUSSELL CLETUS MARICLE