UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

CASE NO. 09-CR-00016-KKC                                    ELECTRONICALLY FILED

UNITED STATES OF AMERICA,                                                    PLAINTIFF,


VS.                                              <u>ORDER</u>


RUSSELL CLETUS MARICLE,                                                      DEFENDANT.

** ** **

This matter being before the Court on the Motion of the Defendant, Russell Cletus Maricle, to dismiss Count One of the Superseding Indictment, and the Court being sufficiently advised,

IT IS HEREBY ORDERED AND ADJUDGED that the Defendant's Motion to Dismiss Count One of the Superseding Indictment is GRANTED.

DATED this_____day of_____, 2013.


_____
JUDGE, UNITED STATES DISTRICT
COURT