**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON**

**CRIMINAL NO. 6:09-CR-16-KKC**                              *ELECTRONICALLY FILED*

**UNITED STATES OF AMERICA**                                                **PLAINTIFF**

**V.**                                    **MOTION IN LIMINE**

**RUSSELL CLETUS MARICLE, ET AL.**                                        **DEFENDANTS**

\* \* \* \* \*

EXHIBIT A – COMPACT DISC CONTAINING AUDIO OF PERTINENT
    RECORDINGS, FILED IN CLERK'S OFFICE