# EXHIBIT B
# CHART OF SELF-SERVING STATEMENTS BY DEFENDANTS AND CO-CONSPIRATORS

*United States v. Russell Cletus Maricle, et al*
*Case No. 6:09-CR-16-KKC*

| Transcript | Defendant Making Statement | Description of Statement | Audio Recording Time |
|---|---|---|---|
| 3/31/07 Stivers Recording | William Stivers | In reference to a meeting about election officers, Stivers said: "See Don never even called a meetin' buddy.  We didn't know nothin' bout it."  He further stated: "We didn't know nothin' bout the election officers, period.  Hell Don never called a meetin'." | 00:26:29 |
| | Mary Stivers | "Well, nobody fooled with that lyin SOB"; "nobody trusted him enough (V. Hacker) to fool with him" | 00:40:16 |
| | William Stivers | "And the reason why I served is so we can have a fair and honest election" | |
| 4/10/07 Stivers & Jones Recording | William Stivers | In discussing Cletus Maricle, Stivers said: "Well, the only thing about it is this, if they put him on the stand, he won't lie.  That's the one thing he won't do . . ." | 01:48:01 |
| 4/30/07 Maricle Recording from Kennon White | Richie Asher | Asher told Wanda White not to worry, purportedly because she hadn't done anything wrong. | 00:55:20 |
| 4/30/07 Maricle Recording from Kennon White | Charles Dobber Weaver | Weaver and an unidentified female told Wanda White that she didn't do anything and that they never saw any money. | 01:38:33 |

1

| 4/30/07 Maricle Recording from Kennon White | Cletus Maricle | When discussing how Wanda became an election officer, Maricle stated: "You know once an election officer's chosen, they're chosen by board of election." | 01:11:51 |
|---|---|---|---|
| 5/01/07 Freddy Thompson Recording | Freddy Thompson | In response to statement of money exchanged or irregularities on the machines, Thompson stated: "I don't think there was." Thompson stated: "I wasn't involved in no election business this year whatsoever. Wasn't involved whatsoever. I run it fair, I stay neutral in everybody's races you know. You all ask me for something, I got it for you, if somebody was asking me something and I could help a friend, you know, was about as much as I ever. I wasn't even mixed up in nothing. I was unopposed, I just kept my nose out of everybody's business."  "You've wasted my time if you will let me over nothing but a bunch of lies. I said everything you've asked me has been a lie, a bunch of losing candidates and their families are go around telling everybody.. . so that's where everything they ask me was a lie, I swear to God it was. Everything they asked me was a lie." | 00:08:32  00:09:18  00:13:25 |
| 5/01/07 Maricle, Colter & Others Recording | Wayne Jones | Jones stated: "I can honestly say I've not seen no money change hands by hell." | 00:54:48 |

2

| 5/02/07 Maricle Recording from Wanda White | Cletus Maricle | In response to the statement everyone has said take the fifth amendment-Maricle makes the statement "Well, now, I've not said that" | 00:16:32 |
| --- | --- | --- | --- |
| | | "Didn't change no votes." | 00:24:37 |
| | | "Didn't see as she's done anything" | 00:27:40 |
| | | "Every penny of money that Phillip Mobley contributed uh contributed that he got from contributions, uh, I mean he reported." | 02:10:16 |
| | | "You came up here after the election in 2002 or sometime, and said you wanted to change your registration to Democrat and work as Democrat...well I mean but that's the truth" | 02:36:11 |
| | | "I really don't think Phillip will be taking the fifth amendment tomorrow, of course, Phillip don't know nothing." | 02:09:50 |
| 5/04/07 Maricle Recording | Cletus Maricle | Maricle stated: "I don't really have any authority to appoint anybody." | 00:17:39 |
| | | "Well I don't know no election officers, have no authority over election officers. We didn't spend no money in the election.   And I never considered from the get go giving you money. I never offered you money." | 00:18:41 |
| | | "Well I don't remember having done anything, you know to. . ."   Maricle stated: "I know that Wanda and I don't think I've done anything to be in trouble over. I mean I really don't....I believe that. I believe that.   I believe that, I sure do. Ah, and ah, but I don't know anything I've ever, that they can say that could get us in trouble." | 00:29:49 |
| | | "I ain't done nothing." | 00:47:36 |

3

| 5/04/07 Maricle Recording | Cletus Maricle | "Well, they've I haven't had nothing to do with them." | 00:33:07 |
| | | "There was talk about some meetings ... but there wasn't no meeting that I know of on a Friday night . . . and if there was it would have been Hershel and Ed and them..." | 00:39:06 |
| 5/04/07 Maricle Recording | Cletus Maricle | Maricle stated: "Just because they want to get somebody, you know, ah, I don't know anything illegal we've done." | 00:51:09 |
| 5/22/07 Maricle Recording | Cletus Maricle | "Well, as long as she gave truthful answers." | 00:38:10 |
| | | "But I wouldn't have Wanda get in no trouble and tell a lie." | 00:40:41 |