UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

CRIMINAL NO. 6:09-CR-16-KKC           *ELECTRONICALLY FILED*

UNITED STATES OF AMERICA                               PLAINTIFF

V.                      **MOTION IN LIMINE**

RUSSELL CLETUS MARICLE, ET AL.                       DEFENDANTS

\* \* \* \* \*

The United States of America, having filed a Motion in Limine for an Order seeking the following: (1) prohibiting the defendants from cross examination of government witnesses on arrests that did not lead to convictions; (2) precluding the defendants from inquiring into the administration, use, results or any other reference to the polygraph examinations by government witnesses; (3) precluding the defendants from offering self-serving statements made by the defendants and co-conspirators within conversations recorded by cooperating witnesses; and (4) precluding the defendants from cross examination of FBI Task Force Officer Edsel Vincent "Buddy" Blair or any other government witness regarding the novel *Gravy, Grits, and Graves*; and sufficient cause having been shown,

**IT IS HEREBY ORDERED**:

1.      The United States motion requesting the defense be prohibited from cross examination of the government witnesses on arrests which did not lead to convictions is hereby **GRANTED**.

2. The United States motion requesting the defense be precluded from inquiring into the administration, use, results or any other reference to the polygraph examinations by government witnesses is hereby **GRANTED**.

3. The United States motion requesting the defense be precluded from offering self-serving statements of the defendants and co-conspirators contained within portions of recorded conversations is **GRANTED,** as these statements are hearsay.

4. The United States motion requesting the defense be prohibited from cross examination of government witnesses regarding the novel *Gravy, Grits, and Graves* is **GRANTED**.

This ___day of _____, 20____.

_____
UNITED STATES DISTRICT JUDGE