UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

CASE NO. 09-CR-00016-KKC                     ELECTRONICALLY FILED

UNITED STATES OF AMERICA,                     PLAINTIFF,

VS.        **MOTION FOR RELEASE OF NOTICE OF LIS PENDENS
AND RETURN OF PROPERTY**

RUSSELL CLETUS MARICLE,                     DEFENDANT.

\*\* \*\* \*\*

       Comes now the Defendant, Russell Cletus Maricle, by counsel, and moves this Honorable Court to order the immediate release of a Notice of Lis Pendens filed by the United States of America as to Russell Cletus Maricle recorded in Encumbrance Book 17, at page 169, of the Clay County Clerk's office in Manchester, Kentucky 40962. The Notice of Lis Pendens is a cloud upon the title of the property listed on the notice as **Property of Cletus Maricle** to which reference is made for a more particular description.

       Defendant further moves that the United States of America be ordered to return to or release to Russell Cletus Maricle the sum of $50,000.00 representing the proceeds from the sale of a houseboat seized by the United States that were being held pending the outcome of an appeal which has now been decided favorably to the Defendant.

       The United States has no right to pretrial restraint of substitute assets. The retention of the liquid assets and the cloud of title on the real estate of the Defendant is

preventing the Defendant from preparing his defense in this case.

                                  Respectfully Submitted,

                                  s/David S. Hoskins
                                  Attorney At Law
                                  107 East First Street
                                  P.O. Box 1185
                                  Corbin, KY 40702-1185
                                  Telephone: (606) 526-9009
                                  Facsimile: (606) 526-1021
                                  Email:  hoskinslaw@bellsouth.net
                                  COUNSEL FOR DEFENDANT
                                  RUSSELL CLETUS MARICLE

## CERTIFICATE OF SERVICE

      The undersigned certifies that on this 30th day of September, 2013, I electronically filed this document using the CM/ECF system, which will send notice of filing to all counsel of record.

                                  s/David S. Hoskins
                                  COUNSEL FOR DEFENDANT
                                  RUSSELL CLETUS MARICLE