UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

CASE NO. 09-CR-00016-KKC                                    ELECTRONICALLY FILED

UNITED STATES OF AMERICA,                                              PLAINTIFF,


VS.                    ORDER DIRECTING RELEASE
                    OF LIS PENDENS AND RETURN OF PROPERTY


RUSSELL CLETUS MARICLE,                                               DEFENDANT.


** ** **

Upon motion duly made, and the Court being advised,

IT IS HEREBY ORDERED that the United States immediately release the notice of Lis Pendens filed in the Clay County Kentucky Clerk's office in Encumbrance Book 17, at page 169, as to Russell Cletus Maricle.

IT IS FURTHER ORDERED that the United States release the sum of $50,000.00 being held in escrow pending the outcome of the appeal which has now been resolved favorably to the Defendant.

DATED this_____day of_____, 2013.


_____
JUDGE
UNITED STATES DISTRICT COURT