UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

CASE NO. 09-CR-00016-KKC                               ELECTRONICALLY FILED

UNITED STATES OF AMERICA,                                            PLAINTIFF,

VS.                         MOTION IN LIMINE

RUSSELL CLETUS MARICLE,                                              DEFENDANT.
** ** **

Comes now the Defendant, Russell Cletus Maricle, by counsel, and moves the Court for an Order in limine precluding the United States from presenting the evidence contained in the testimony of IRS Agent Jeff Sagrecy in the original trial of this case. As grounds for this motion, the Defendant states that Sagrecy's testimony was offered in support of the money-laundering charge, which has been dismissed.

In the alternative, the Defendant moves the Court to conduct a hearing as to Sagrecy's qualifications to testify as to the matters he opined.

WHEREFORE, an Order in conformity herewith is respectfully requested.

Respectfully Submitted,

s/David S. Hoskins
Attorney At Law
107 East First Street
P.O. Box 1185
Corbin, KY 40702-1185
Telephone: (606) 526-9009
Facsimile: (606) 526-1021
Email: hoskinslaw@bellsouth.net
COUNSEL FOR DEFENDANT
RUSSELL CLETUS MARICLE

CERTIFICATE OF SERVICE

The undersigned certifies that on this 30th day of September, 2013, I electronically filed this document using the CM/ECF system, which will send notice of filing to all counsel of record.

s/David S. Hoskins
COUNSEL FOR DEFENDANT
RUSSELL CLETUS MARICLE