UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

CASE NO. 09-CR-00016-KKC                                    ELECTRONICALLY FILED

UNITED STATES OF AMERICA,                                                PLAINTIFF,

VS.                                          ORDER

RUSSELL CLETUS MARICLE,                                                  DEFENDANT.

** ** **

This matter being before the Court on the Motion of the Defendant, Russell Cletus Maricle, for an Order precluding the United States from presenting the evidence contained in the testimony of IRS Agent Jeff Sagrecy in the original trial of this matter, and the Court being sufficiently advised,

IT IS HEREBY ORDERED AND ADJUDGED that the Defendant's motion is GRANTED.

DATED this_____day of_____, 2013.

_____
JUDGE, UNITED STATES DISTRICT COURT