UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

CASE NO. 09-CR-00016-KKC                          ELECTRONICALLY FILED

UNITED STATES OF AMERICA,                                   PLAINTIFF,

VS.                              MOTION IN LIMINE

RUSSELL CLETUS MARICLE,                                     DEFENDANT.

** ** **

        Comes now the Defendant, Russell Cletus Maricle, by counsel, and moves the

Court for an Order in limine precluding the government from introducing evidence from a

witness as to what the witness believed another person meant by a certain statement or

comment.

        WHEREFORE, an Order in conformity herewith is respectfully requested.

                                        Respectfully Submitted,

                                        s/David S. Hoskins
                                        Attorney At Law
                                        107 East First Street
                                        P.O. Box 1185
                                        Corbin, KY 40702-1185
                                        Telephone: (606) 526-9009
                                        Facsimile: (606) 526-1021
                                        Email:  hoskinslaw@bellsouth.net
                                        COUNSEL FOR DEFENDANT
                                        RUSSELL CLETUS MARICLE

CERTIFICATE OF SERVICE

        The undersigned certifies that on this 30th day of September, 2013, I electronically

filed this document using the CM/ECF system, which will send notice of filing to all

counsel of record.

s/David S. Hoskins
COUNSEL FOR DEFENDANT
RUSSELL CLETUS MARICLE