UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

CASE NO. 09-CR-00016-KKC                                     ELECTRONICALLY FILED

UNITED STATES OF AMERICA,                                              PLAINTIFF,


VS.         <u>MEMORANDUM IN SUPPORT OF MOTION IN LIMINE</u>


RUSSELL CLETUS MARICLE,                                                DEFENDANT.

\*\* \*\* \*\*

Comes now the Defendant, Russell Cletus Maricle, by counsel, and in support of his Motion in Limine , states as follows:

In the initial trial of this case, the government introduced into evidence various surreptitious recordings of conversations involving government witnesses and numerous other persons, including some of the Defendants.  While the recordings were being played for the jury, the government frequently stopped the recording and asked the government witness what *that witness* understood by something said by another person on the recording.

The Defendant submits that this is improper, as it requires speculation by the witness and is irrelevant under Federal Rule of Evidence 402.  Furthermore, it impermissibly allows the government to "put words in person's mouth" that were never spoken by that person.

Respectfully Submitted,

s/David S. Hoskins
Attorney At Law
107 East First Street
P.O. Box 1185
Corbin, KY 40702-1185
Telephone: (606) 526-9009
Facsimile: (606) 526-1021
Email:  hoskinslaw@bellsouth.net
COUNSEL FOR DEFENDANT
RUSSELL CLETUS MARICLE

CERTIFICATE OF SERVICE

The undersigned certifies that on this 30th day of September, 2013, I electronically filed this document using the CM/ECF system, which will send notice of filing to all counsel of record.

s/David S. Hoskins
COUNSEL FOR DEFENDANT
RUSSELL CLETUS MARICLE