UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

CASE NO. 09-CR-00016-KKC                                    ELECTRONICALLY FILED

UNITED STATES OF AMERICA,                                                PLAINTIFF,


VS.                                    ORDER


RUSSELL CLETUS MARICLE,                                               DEFENDANT.

\*\* \*\* \*\*

This matter being before the Court on the Motion of the Defendant, Russell Cletus Maricle, for an Order precluding the United States from introducing evidence from a witness as to what the witness believed another person meant by a certain statement or comment, and the Court being sufficiently advised,

IT IS HEREBY ORDERED AND ADJUDGED that the Defendant's motion is GRANTED.

DATED this_____day of_____, 2013.


_____
JUDGE, UNITED STATES DISTRICT COURT