UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

CASE NO. 09-CR-00016-KKC                                    ELECTRONICALLY FILED

UNITED STATES OF AMERICA,                                              PLAINTIFF,


VS.                              MOTION TO PRECLUDE



RUSSELL CLETUS MARICLE,                                              DEFENDANT.

** ** **

Comes now the Defendant, Russell Cletus Maricle, by counsel, and moves the Court to preclude the use at trial of any and all surreptitiously-made audio recordings, transcripts of the same and any testimony which would be the product of the recordings and/or any testimony finding its basis in the audio recordings or transcripts.

WHEREFORE, the Defendant objects to any and all audio recordings, transcripts, and testimony based thereon and moves the Court to exclude the same upon retrial.

Respectfully Submitted,

s/David S. Hoskins
Attorney At Law
107 East First Street
P.O. Box 1185
Corbin, KY 40702-1185
Telephone: (606) 526-9009
Facsimile: (606) 526-1021
Email:  hoskinslaw@bellsouth.net
COUNSEL FOR DEFENDANT
RUSSELL CLETUS MARICLE

CERTIFICATE OF SERVICE

The undersigned certifies that on this 30th day of September, 2013, I electronically filed this document using the CM/ECF system, which will send notice of filing to all counsel of record.

                                                     s/David S. Hoskins
                                                     COUNSEL FOR DEFENDANT
                                                     RUSSELL CLETUS MARICLE