UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

CASE NO. 09-CR-00016-KKC                                    ELECTRONICALLY FILED

UNITED STATES OF AMERICA,                                              PLAINTIFF,


VS.                                    <u>ORDER</u>


RUSSELL CLETUS MARICLE,                                                DEFENDANT.

** ** **

This matter being before the Court on the Motion of the Defendant, Russell Cletus Maricle, for an Order precluding the use at trial of any and all surreptitiously-made audio recordings, transcripts of the same, and any testimony which would be the product of the recordings and/or any testimony finding in basis in the audio recordings or transcripts, and the Court being sufficiently advised,

IT IS HEREBY ORDERED AND ADJUDGED that the Defendant's motion is GRANTED.

DATED this_____day of_____, 2013.


_____
JUDGE, UNITED STATES DISTRICT
COURT