UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

CASE NO. 09-CR-00016-KKC                                              ELECTRONICALLY FILED

UNITED STATES OF AMERICA,                                                          PLAINTIFF,

VS.                                            MOTION IN LIMINE

RUSSELL CLETUS MARICLE,                                                            DEFENDANT.

** ** **

Comes now the Defendant, Russell Cletus Maricle, by counsel, and moves the Court for an Order in limine precluding Edsel Vincent Blair, or any other witness, from testifying as to a prior attorney-client relationship between Defendants Maricle and Adams. This relationship dates to 1989 and is not relevant to the matters at issue in this trial.

Likewise, Blair should be precluded from expressing his opinion regarding the propriety of various proceedings in state courts. In the alternative, Maricle moves the Court to conduct a hearing as to Blair's qualifications to give such opinion testimony.

WHEREFORE, an Order in conformity herewith is respectfully requested.

Respectfully Submitted,

s/David S. Hoskins
Attorney At Law
107 East First Street
P.O. Box 1185
Corbin, KY 40702-1185
Telephone: (606) 526-9009
Facsimile: (606) 526-1021
Email: hoskinslaw@bellsouth.net
COUNSEL FOR DEFENDANT
RUSSELL CLETUS MARICLE

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 30th day of September, 2013, I electronically filed this document using the CM/ECF system, which will send notice of filing to all counsel of record.

s/David S. Hoskins<br>
COUNSEL FOR DEFENDANT<br>
RUSSELL CLETUS MARICLE