UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

CASE NO. 09-CR-00016-KKC                                    ELECTRONICALLY FILED

UNITED STATES OF AMERICA,                                              PLAINTIFF,

VS.                                         ORDER

RUSSELL CLETUS MARICLE,                                               DEFENDANT.

** ** **

    This matter being before the Court on the Motion of the Defendant, Russell Cletus Maricle, for an Order precluding Edsel Vincent Blair, or any other witness, from testifying as to a prior attorney-client relationship between Defendants Maricle and Adams, and the Court being sufficiently advised,

    IT IS HEREBY ORDERED AND ADJUDGED that the Defendant's motion is GRANTED.

    DATED this_____day of_____, 2013.

_____
JUDGE, UNITED STATES DISTRICT COURT