UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

CASE NO. 09-CR-00016-KKC                                           ELECTRONICALLY FILED

UNITED STATES OF AMERICA,                                                          PLAINTIFF,

VS.                            MOTION TO COMPEL DISCOVERY

RUSSELL CLETUS MARICLE,                                                            DEFENDANT.

** ** **

    Comes now the Defendant, Russell Cletus Maricle, by counsel, and moves this Honorable Court to order the United States to immediately comply with discovery requests in this case pursuant to Fed. R. Crim. P. 16 as to the following items:

    1. Copies of all election records of the Clay County Clerk's office relative to the 2002 primary and general elections in Clay County, Kentucky, seized by the United States or taken into the possession of the United States.

    2. Copies of all election records of the Clay County Clerk's office relative to the 2004 primary and general elections in Clay County, Kentucky, seized by the United States or taken into possession of the United States.

    3. Copies of all election records of the Clay County Clerk's office relative to the 2006 primary and general elections in Clay County, Kentucky, seized by the United States or taken into the possession of the United States.

    A supporting memorandum is attached hereto.

    WHEREFORE, an Order in conformity herewith is respectfully requested.

Respectfully Submitted,

s/David S. Hoskins
Attorney At Law
107 East First Street
P.O. Box 1185
Corbin, KY 40702-1185
Telephone: (606) 526-9009
Facsimile: (606) 526-1021
Email:  hoskinslaw@bellsouth.net
COUNSEL FOR DEFENDANT
RUSSELL CLETUS MARICLE

CERTIFICATE OF SERVICE

The undersigned certifies that on this 2nd day of October, 2013, I electronically filed this document using the CM/ECF system, which will send notice of filing to all counsel of record.

s/David S. Hoskins
COUNSEL FOR DEFENDANT
RUSSELL CLETUS MARICLE