UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

CASE NO. 09-CR-00016-KKC                                   ELECTRONICALLY FILED

UNITED STATES OF AMERICA,                                             PLAINTIFF,


VS.    <u>MEMORANDUM IN SUPPORT OF MOTION TO COMPEL DISCOVERY</u>


RUSSELL CLETUS MARICLE,                                              DEFENDANT.

\*\* \*\* \*\*

Comes now the Defendant, Russell Cletus Maricle, by counsel, and in support of his Motion to Compel Discovery, states as follows:

**2002 Election Records**

On August 22, 2013, counsel for Maricle orally requested that AUSA Andrew T. Boone furnish to the Defendant, Russell Cletus Maricle, a copy of all election records from the Clay County Clerk's office for the 2002 elections in Clay County, Kentucky. This request was made immediately after the hearing in this case in United States District Court in Lexington, Kentucky. It has now been more than one month and the Defendant has received no response. Mr. Boone's late entry of appearance in this case is understood; however, this case is set for trial on October 28, 2013.

After the primary election in 2002, the Federal Bureau of Investigation seized and took into its possession the election records of the Clay County Clerk's office made in the course of

conducting said election.  Maricle had never been furnished copies of these records, nor has he been afforded the opportunity to inspect and copy the originals.

On September 5, 2013, co-defendants Stanley Bowling and William Bart Morris entered plea agreements in which they implicated Maricle in illegal activity in the 2002 elections.  It is imperative to have immediate access to these records in order to prepare for the October 28, 2013, trial.

**2002 and 2004 Election Records**

The Defendant has yet to be furnished copies or allowed to view and copy the original 2004 and 2006 election records, primary and general, kept and maintained by the County Court Clerk of Clay County and confiscated by the government.  Specifically, there are twenty precincts in Clay County, Kentucky, and the Defendant has yet to be furnished records for the following: East Manchester, Garrard, Greenbriar, Harts Branch, Big Creek, Flat Creek, Brightshade, Gooserock, Whites Branch, Horse Creek, Pigeon Roost, Portersburg, Fogertown, Burning Springs, Pin Hook, Sextons Creek, Allen, Oneida, and South Fork, nineteen of the twenty.  This request is for all election records.  The Defendant requested these at the first trial of this case, but the request was never honored.

This is a retrial of this case, not a rerun.  Evidence may not be the same and additional defenses will be employed.  In order for the Defendant to be prepared for trial, strict and quick compliance is required.

WHEREFORE, the Defendant prays this Court to immediately order compliance with discovery and require the United States to furnish copies of any and all election records for the 2002, 2004 and 2006 primary and general elections.  Further, the Defendant requests that he be allowed to view, inspect and copy the original of said records.  If any records have been

destroyed or otherwise been rendered unavailable, the United States should be required to advise the Defendant and the circumstances surrounding the same.

                        Respectfully Submitted,

                        s/David S. Hoskins
                        Attorney At Law
                        107 East First Street
                        P.O. Box 1185
                        Corbin, KY 40702-1185
                        Telephone: (606) 526-9009
                        Facsimile: (606) 526-1021
                        Email: hoskinslaw@bellsouth.net
                        COUNSEL FOR DEFENDANT
                        RUSSELL CLETUS MARICLE

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 2nd day of October, 2013, I electronically filed this document using the CM/ECF system, which will send notice of filing to all counsel of record.

                        s/David S. Hoskins
                        COUNSEL FOR DEFENDANT
                        RUSSELL CLETUS MARICLE