UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

CASE NO. 09-CR-00016-KKC                               ELECTRONICALLY FILED

UNITED STATES OF AMERICA,                                          PLAINTIFF,

VS.                                    ORDER

RUSSELL CLETUS MARICLE,                                           DEFENDANT.

** ** **

This matter being before the Court on the Motion to Compel Discovery of the Defendant, Russell Cletus Maricle, and the Court being sufficiently advised,

IT IS HEREBY ORDERED that the United States of America provide to the Defendant within_____days hereof, copies of election records for Clay County, Kentucky, for the 2002, 2004, and 2006 primary and general elections seized or taken into its possession.  Upon request, the United States shall allow the Defendant to view and inspect said records.  In the event any record or records have been destroyed or otherwise rendered unavailable, the United States shall so advise the Defendant and the Court.

DATED this_____day of_____, 2013.

_____
JUDGE, UNITED STATES DISTRICT COURT