UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AMENDED CRIMINAL MINUTES - GENERAL

London        Case No. 6:09-CR-16-KKC        At Lexington        Date 10/2/2013

U.S.A. vs Russell Cletus Maricle (1)    X present    ___ custody    x bond    __ OR
U.S.A. vs Douglas C. Adams (2)          X present    x custody      ___ bond   __ OR
U.S.A. vs Charles Wayne Jones (3)       X present    ___ custody    x bond    __ OR
U.S.A. vs William E. Stivers (4)        X present    x custody      ___ bond   __ OR
U.S.A. vs Freddy W. Thompson (5)        X present    ___ custody    x bond    __ OR

ORDER: Counsel for the parties were present as indicated. Defendant Adams's oral motion to reschedule the trial date is **GRANTED** without objection by any party and the Jury Trial scheduled on October 28, 2013, is **CONTINUED** to November 4, 2013, at 9:00 a.m. Counsel for the parties shall be present at 8:30 a.m. There will be no trial on the following dates: 11/11, 11/15, 11/27, 11/28, 11/29, and 12/6/2013. Defendant Jones's oral motion for an extension of time to file a response to the government's motion in limine to exclude evidence at trial (DE 1469) is **GRANTED** and a response shall be filed no later than October 11, 2013. The Pretrial Conference remains scheduled on October 15, 2013, at 9:00 a.m. All defendants not in custody remain on their current conditions of release. Defendants Douglas C. Adams and William E. Stivers are remanded to custody.

PROCEEDINGS: STATUS CONFERENCE

PRESENT:    HON. KAREN K. CALDWELL , CHIEF JUDGE U.S. DISTRICT COURT

| Mitchell Zegafuse | Rhonda Sansom | Andrew T. Boone and Christine Corndorf |
| Deputy Clerk | Court Reporter | Assistant U.S. Attorney and |
| | | Special Assistant U.S. Attorney |

Counsel for Dft Maricle: David Hoskins    X present    X appointed
Counsel for Dft Adams: Kent Westberry and Bennett Bayer    X present    X retained
Counsel for Dft Jones: Scott White    X present    X appointed
Counsel for Dft Stivers: Robert L. Abell    X present    X appointed
Counsel for Dft Thompson: Russell Baldani    X present    X retained

Copies: COR, USP, USM, Lex-D, JC
TIC: .25                                                Initials of Deputy Clerk mwz