UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

CASE NO. 09-CR-00016-KKC            ELECTRONICALLY FILED

UNITED STATES OF AMERICA,            PLAINTIFF,

VS.        <u>MOTION TO MODIFY CONDITIONS OF RELEASE</u>

RUSSELL CLETUS MARICLE,            DEFENDANT.

** ** **

Comes now the Defendant, Russell Cletus Maricle, by counsel, and moves the Court to modify his conditions of release. Specifically, Mr. Maricle requests that he be allowed to travel to the Social Security Administration office in Lexington, Kentucky, to complete an application for social security benefits.

WHEREFORE, an Order in conformity herewith is respectfully requested.

Respectfully Submitted,

<u>s/David S. Hoskins</u>
Attorney At Law
107 East First Street
P.O. Box 1185
Corbin, KY 40702-1185
Telephone: (606) 526-9009
Facsimile: (606) 526-1021
Email: hoskinslaw@bellsouth.net
COUNSEL FOR DEFENDANT
RUSSELL CLETUS MARICLE

<u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that on this 3rd day of October, 2013, I electronically

filed this document using the CM/ECF system, which will send notice of filing to all counsel of record.

s/David S. Hoskins
COUNSEL FOR DEFENDANT
RUSSELL CLETUS MARICLE

Case: 6:09-cr-00016-KKC    Doc #: 1492    Filed: 10/03/13    Page: 2 of 2 - Page ID#: 17013