UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

Eastern District of Kentucky
**FILED**
OCT - 3 2013
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

**CRIMINAL ACTION NO. 6:09-cr-00016-SS-KKC**

UNITED STATES OF AMERICA          PLAINTIFF

V.     **MOTION OF UNITED STATES FOR ARRAIGNMENT**

RUSSELL CLETUS MARICLE,
DOUGLAS C. ADAMS,
CHARLES WAYNE JONES,
WILLIAM E. STIVERS,
    aka AL MAN, and
FREDDY W. THOMPSON          DEFENDANTS

\* \* \* \* \*

The United States moves for an arraignment because the grand jury has returned a superseding indictment against the Defendants, Russell Cletus Maricle, Douglas C. Adams, Charles Wayne Jones, William E. Stivers, aka Al Man, and Freddy W. Thompson.

Respectfully submitted,

KERRY B. HARVEY
UNITED STATES ATTORNEY

By: /s/ Jason D. Parman
Jason D. Parman
Assistant United States Attorney
601 Meyers Baker Rd.
London, KY 40741
(606) 330-4831
Jason.Parman@usdoj.gov