**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON**

**CRIMINAL NO. 6:09-CR-16-KKC**                                                  *ELECTRONICALLY FILED*

**UNITED STATES OF AMERICA**                                                                    **PLAINTIFF**

V.                                   **MOTION FOR RETURN OF
                                       <u>GOVERNMENT TRIAL EXHIBITS</u>**

**RUSSELL CLETUS MARICLE, ET AL.**                                                       **DEFENDANT**

\* \* \* \* \* \*

The United States respectfully moves the Court for an order directing the Clerk of Court to return to the custody of the United States Attorney the trial exhibits submitted during the previous trial of this matter. These exhibits are currently in the custody of the Office of the Clerk, in the Frankfort office. The United States intends to use many of the exhibits during the re-trial scheduled for November 4, 2013.

                                                        Respectfully submitted,

                                                        KERRY B. HARVEY
                                                        UNITED STATES ATTORNEY

BY:   <u>/s/ Jason D. Parman</u>
       Assistant United States Attorney
       601 Meyers Baker Road, Suite 200
       London, KY 40741
       Tel: (606) 864-5523
       Jason.Parman@usdoj.gov

       <u>/s/ Andrew T. Boone</u>
       Assistant United States Attorney
       260 W. Vine Street, Suite 300
       Lexington, KY 40507
       (859) 685-4800
       Andrew.Boone2@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 9, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System, which will send notice of filing to counsel of record.

/s/Andrew Boone
Assistant United States Attorney
