UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | |
|---|---|
| **CRIMINAL NO. 6:09-CR-16-KKC** | *ELECTRONICALLY FILED* |
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| **V.** | **ORDER** |
| **RUSSELL CLETUS MARICLE, ET AL.** | **DEFENDANTS** |

\* \* \* \* \*

The United States of America, having filed a Motion for Return of Government Trial Exhibits with sufficient cause having been shown,

**IT IS HEREBY ORDERED**:

1.  The United States motion requesting the return of its trial exhibits is hereby **GRANTED** and the Clerk of Court is hereby directed to return the exhibits to the United States.

This ___day of _____, 2013.

_____
UNITED STATES DISTRICT JUDGE