UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

CASE NO. 09-CR-00016-KKC                                  ELECTRONICALLY FILED

UNITED STATES OF AMERICA,                                              PLAINTIFF,

VS.        <u>RESPONSE TO MOTION FOR RETURN OF TRIAL EXHIBITS</u>

RUSSELL CLETUS MARICLE,                                                DEFENDANT.

\*\* \*\* \*\*

Comes now the Defendant, Russell Cletus Maricle, by counsel, for his Response to the government's Motion for Return of Trial Exhibits (DE#1516), and states that the Defendant has no objection to the exhibits submitted by the government at the previous trial of this matter being returned to the government.

        Respectfully Submitted,

        s/David S. Hoskins
        Attorney At Law
        107 East First Street
        P.O. Box 1185
        Corbin, KY 40702-1185
        Telephone: (606) 526-9009
        Facsimile: (606) 526-1021
        Email:  hoskinslaw@bellsouth.net
        COUNSEL FOR DEFENDANT
        RUSSELL CLETUS MARICLE

<u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that on this 9th day of October, 2013, I electronically

filed this document using the CM/ECF system, which will send notice of filing to all counsel of record.

                                                                             s/David S. Hoskins  
                                                                             COUNSEL FOR DEFENDANT  
                                                                             RUSSELL CLETUS MARICLE