**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON**

| | |
|---|---|
| **CRIMINAL NO. 6:09-CR-16-KKC** | *ELECTRONICALLY FILED* |
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| **V.** | **UNITED STATES' RESPONSE IN OPPOSITION TO MOTION TO COMPEL** |
| **RUSSELL CLETUS MARICLE, ET AL.** | **DEFENDANTS** |

* * * * * *

Defendant Maricle has moved for an order compelling the United States to produce records it obtained from the Clay County Clerk's Office relating to the 2002, 2004, and 2006 elections. The motion should be denied as moot. Prior to the first trial, the United States produced to all defendants all records in its possession from the Clay County Clerk's Office, which are described below in further detail. The United States will reproduce these records to any defendant who does not currently have them.

### A.  2002 Voter Assistance Forms

On or about October 21, 2002, the FBI served a grand jury subpoena on the Clay County Clerk's office and obtained certain records relating to the May 2002 primary election. The FBI then reviewed voter assistance forms obtained pursuant to that subpoena and prepared two different spreadsheets based on the information contained in those forms. One spreadsheet listed the basic information contained on each of the voter assistance forms (e.g., voter name, reason for requesting assistance, precinct, name of the person assisting the voter, and name of the election officer). The second spreadsheet listed the Clay County voters who purportedly sought assistance as a result of blindness and who maintained valid Kentucky drivers' licenses that

allowed them to operate motor vehicles without restrictions. On or about October 5, 2004, the FBI sent the underlying voter assistance forms to the Clay County Commonwealth's Attorney's office. On February 12, 2010, the government provided both of the above-referenced spreadsheets to each defendant, as part of its production of Jencks materials.[1]

### B. Other Election Records

Later in the investigation, the government obtained additional records from the Clay County Clerk's Office. Like the 2002 voter assistance forms discussed above, the Clerk's Office produced these records in response to a grand jury subpoena.[2] These records included numerous documents relating to the 2006 primary and general elections, such as registration sheets, voter assistance forms, and listings of precinct officers. The Clerk's Office produced far fewer records that related to the older election cycles. The records that the government received from the Clay County Clerk's Office were produced to the defendants on or about April 6, 2009. *See* Ex. A hereto (discovery receipt signed by Mr. Hoskins on April 6, 2009).

### C. Conclusion

Based on the foregoing, the government states that it has already produced all of the records in its possession that it obtained from the Clay County Clerk's office. These documents remain in the government's possession and will be provided again to any defendant who cannot locate them. As such, Maricle's motion should be denied as moot.

---

[1] These spreadsheets formed the basis for Special Agent Timothy Briggs' testimony on March 9, 2010, that the 2002 election records reflected "irregularities." [DE 880, March 9, 2010 trial transcript at 24-26.] This testimony is the subject of Maricle's objection to the government's designation of a portion of Special Agent Briggs' prior testimony for use at the upcoming trial. [DE 1475.] Because Maricle had possession of the pertinent records at the time Briggs testified, his objection should be overruled.

[2] Maricle's motion makes several references to records seized from the Clay County Clerk's Office. The undersigned has found no indication that the federal government seized records from the Clay County Clerk's Office as part of the investigation that led to this matter.

        Respectfully submitted,

        KERRY B. HARVEY
        UNITED STATES ATTORNEY

BY:   /s/ Jason D. Parman
       Assistant United States Attorney
       601 Meyers Baker Road, Suite 200
       London, KY 40741
       Tel: (606) 864-5523
       Jason.Parman@usdoj.gov

       /s/ Andrew T. Boone
       Assistant United States Attorney
       260 W. Vine Street, Suite 300
       Lexington, KY 40507
       (859) 685-4800
       Andrew.Boone2@usdoj.gov

## CERTIFICATE OF SERVICE

    I hereby certify that on October 11, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System, which will send notice of filing to counsel of record.

        /s/Andrew Boone
        Assistant United States Attorney