UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CRIMINAL NO. 6:09-16-KKC |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | **ORDER** |
| RUSSELL CLETUS MARICLE, | ) | |
| DOUGLAS C. ADAMS, | ) | |
| CHARLES WAYNE JONES, | ) | |
| WILLIAM E. STIVERS, and | ) | |
| FREDDY W. THOMPSON, | ) | |
| | ) | |
| Defendants. | ) | |

\* \* \* \* \* \* \* \*

The Court hereby ORDERS that the deadline for compliance with paragraph 4 of the Court's order dated July 26, 2013 (DE 1313) is extended. The *in camera* submissions set forth in paragraph 4 SHALL BE FILED on or before October 29, 2013.

Dated this 16th day of October, 2013.

Signed By:
*Karen K. Caldwell* KKC
United States District Judge