UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

CRIMINAL ACTION NO. 6:09-cr-00016-SSS-KKC

**UNITED STATES OF AMERICA**                                                              **PLAINTIFF**

V.                          **ORDER SETTING ARRAIGNMENT**

**RUSSELL CLETUS MARICLE,
DOUGLAS C. ADAMS,
CHARLES WAYNE JONES,
WILLIAM E. STIVERS,
   aka AL MAN, and
FREDDY W. THOMPSON**                                                                       **DEFENDANTS**

* * * * *

The Court ORDERS that the Motion of the United States for arraignment is

GRANTED, and this matter is SET FOR ARRAIGNMENT in United States District

Court at London, on _____, 2013, at _____.

On this ____ day of _____, 2013.

_____
UNITED STATES MAGISTRATE JUDGE

Copies:   United States Marshal
          United States Probation