UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON

Eastern District of Kentucky
**FILED**

OCT 1 8 2013

AT FRANKFORT
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

CRIMINAL ACTION NO. 09-16-KKC

UNITED STATES OF AMERICA,                                                     PLAINTIFF

VS.                         RECEIPT FOR EXHIBITS

RUSSELL CLETUS MARICLE, ET AL,                                          DEFENDANTS

\* \* \* \* \* \* \* \*

I, _Mandy Poynter_, do hereby acknowledge receipt of all the government's exhibits introduced into this matter at trial (See attached exhibit list), pursuant to order of the Court (DE 1519).

This 18th day of October, 2013.

_[signature: Mandy Poynter]_

Witness:

**ROBERT R. CARR, CLERK**

By _[signature]_
Deputy Clerk

cc: COR