UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

CASE NO. 09-CR-00016-KKC                                    ELECTRONICALLY FILED

UNITED STATES OF AMERICA,                                                PLAINTIFF,

VS.                              <u>RESPONSE</u>

RUSSELL CLETUS MARICLE, et al.,                                         DEFENDANTS.

\*\* \*\* \*\*

Comes now the Defendant, Russell Cletus Maricle, by and through counsel, and in response to this Court's Opinion and Order (DE#1521) and the government's Notice Regarding the Definition of the Enterprise at Issue (DE#1532), states as follows:

1. Maricle joins in the response filed by Defendant Freddy Thompson (DE#1542).

2. Maricle joins in Defendant Douglas Adams' claim that the third superseding indictment denies him the fair notice guaranteed by the Fifth and Sixth Amendments to the United States Constitution (DE#1539).

3. Maricle joins in Defendant Douglas Adams' motion to dismiss for failure to charge an offense (DE#1538).

4. Maricle joins in Defendant Douglas Adams' motion for a bill of particulars (DE#1539).

5. Maricle joins in the motion to dismiss based on the statute of limitations and the

"law of the case" doctrine filed by Defendant Charles Wayne Jones (DE#1540).

6. Maricle joins in the anticipated motion by Defendant William Stivers challenging the third superseding indictment on the grounds of judicial estoppel.

7. Maricle objects to a continuance of the trial now scheduled for November 4, 2013.

>Respectfully Submitted,
>
>s/David S. Hoskins
>Attorney At Law
>107 East First Street
>P.O. Box 1185
>Corbin, KY 40702-1185
>Telephone: (606) 526-9009
>Facsimile: (606) 526-1021
>Email: hoskinslaw@bellsouth.net
>COUNSEL FOR DEFENDANT
>RUSSELL CLETUS MARICLE

CERTIFICATE OF SERVICE

The undersigned certifies that on this 23rd day of October, 2013, I electronically filed this document using the CM/ECF system, which will send notice of filing to all counsel of record.

>s/David S. Hoskins
>COUNSEL FOR DEFENDANT
>RUSSELL CLETUS MARICLE