UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT LONDON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CRIMINAL NO. 6:09-16-KKC |
| Plaintiff, ) | |
| v. ) | |
| ) | **ORDER** |
| RUSSELL CLETUS MARICLE, ) | |
| ) | |
| Defendant. ) | |

\*\* \*\* \*\* \*\* \*\*

This matter is before the Court on the motion in limine by the Defendant Russell Cletus Maricle (DE 1472) requesting that the Court preclude the United States from presenting the testimony of IRS Agent Jeff Sagrecy.

The defendants are charged with various violations of federal law, all of which are related to their alleged participation in a vote-buying and vote-stealing scheme in Clay County, Kentucky that lasted from 2002 to 2007 and encompassed three election cycles – 2002, 2004, and 2006. There are now five defendants in this matter scheduled for trial: Douglas C. Adams, Freddy W. Thompson, Charles Wayne Jones, Russell Cletus Maricle, and William E. Stivers.

Trial is scheduled to begin November 4, 2013. This will be the second trial of these defendants. Their first trial occurred before U.S. District Judge Danny Reeves. After seven weeks, the jury found all of the defendants guilty of all counts. The Sixth Circuit vacated the defendants' convictions finding that that the cumulative effect of various errors during the trial warranted a new trial. *United States v. Adams, et al.*, 722 F.3d 788 (6th Cir. 2013). Judge Reeves recused from the matter and reassigned it to the undersigned. (DE 1311.)

Maricle argues that Sagrecy testified as an opinion witness at the first trial regarding money-laundering charges and that, because those charges have now been dismissed, his testimony should be excluded. In the alternative, he argues that the Court should conduct a hearing regarding Sagrecy's qualifications. The government has filed a notice of its intent to call Sagrecy as an opinion witness to testify with regard to the RICO charge against the Defendants.

Accordingly, the Court hereby ORDERS that Maricle's motion (DE 1472) is DENIED to the extent he seeks to exclude Sagrecy's testimony and the motion is GRANTED to the extent he requests a hearing regarding Sagrecy's qualifications to testify as an opinion witness on the identified subject. The Court further hereby ORDERS that the matter SHALL BE HEARD on October 31, 2013 at 2:00 p.m.

Dated this 25th day of October, 2013.

KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY