UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

CASE NO. 09-CR-00016-KKC                      ELECTRONICALLY FILED

UNITED STATES OF AMERICA,                      PLAINTIFF,

VS.     <u>MOTION TO PRECLUDE JEFF SAGRECY FROM TESTIFYING
AS AN OPINION OR AS AN EXPERT WITNESS</u>

RUSSELL CLETUS MARICLE,                      DEFENDANT.

** ** **

Comes the Defendant, Russell Cletus Maricle, and moves the Court to preclude Jeff Sagrecy from testifying as an opinion or as an expert witness because of the failure of the United States to comply with Fed. R. Crim. P. 16(a)(1)(G) and Rules 702, 703, or 705 of the Federal Rules of Evidence.

                                            Respectfully Submitted,

                                            <u>s/David S. Hoskins</u>
                                            Attorney At Law
                                            107 East First Street
                                            P.O. Box 1185
                                            Corbin, KY 40702-1185
                                            Telephone: (606) 526-9009
                                            Facsimile: (606) 526-1021
                                            Email: <u>hoskinslaw@bellsouth.net</u>
                                            COUNSEL FOR DEFENDANT
                                            RUSSELL CLETUS MARICLE

CERTIFICATE OF SERVICE

The undersigned certifies that on this 31st day of October, 2013, I electronically filed this document using the CM/ECF system, which will send notice of filing to all counsel of record.

                                                                  s/David S. Hoskins
                                                                   COUNSEL FOR DEFENDANT
                                                                   RUSSELL CLETUS MARICLE