UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

CASE NO. 09-CR-00016-KKC                           ELECTRONICALLY FILED

UNITED STATES OF AMERICA,                                      PLAINTIFF,


VS.    <u>MEMORANDUM IN SUPPORT MOTION TO PRECLUDE
       JEFF SAGRECY FROM TESTIFYING AS AN OPINION OR
              AS AN EXPERT WITNESS</u>


RUSSELL CLETUS MARICLE,                                        DEFENDANT.

** ** **

The government's Notice of Intent to Call Expert Witness (DE#1505) does not comply with Fed. R. Crim. P. 16(a)(1)(G), which requires the United States provide "a written summary of any testimony that the government intends to use under Rule 702, 703, or 705 of the Federal Rules of Evidence during its case in chief." Ibid. This written summary "**must** [emphasis added] describe the witness opinions, the bases and reasons for those opinions, and the witness qualifications." Ibid.

The notice filed by the United States is deficient in all respects. Other than stating that SA Sagrecy will provide his opinion concerning the effects on interstate commerce, it does not state what that opinion is nor provide any bases or reasons for that opinion. Merely giving an example of what he might testify is not sufficiently definitive, is inconsistent with the rule, incongruous with the purposes of discovery and open ended at best.

"The summary of the bases of the expert's opinion must be provided even where the proffered experts prepared no reports, and can include any information that might be recognized as a legitimate bases for an opinion under Federal Rule of Evidence 703."

*United States v. White*, 492 F.3d 380, 406 (6th Cir. 2007). Referencing general subject matters to be covered at trial and not identifying what opinion the expert would offer on those subjects does not provide the discovery to which the defendant is entitled. *United States v. Duvall,* 272 F.3d 825, 828 n.1 (7th Cir. 2001). The purpose of disclosure of expert reports is to insure effective cross-examination, prevent surprise and avoid delay. *United States v. Michel-Diaz*, 205 F. Supp. 2d 1155 (D.C. Mont. 2002).

    Respectfully Submitted,

    s/David S. Hoskins
    Attorney At Law
    107 East First Street
    P.O. Box 1185
    Corbin, KY 40702-1185
    Telephone: (606) 526-9009
    Facsimile: (606) 526-1021
    Email: hoskinslaw@bellsouth.net
    COUNSEL FOR DEFENDANT
    RUSSELL CLETUS MARICLE

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 31st day of October, 2013, I electronically filed this document using the CM/ECF system, which will send notice of filing to all counsel of record.

    s/David S. Hoskins
    COUNSEL FOR DEFENDANT
    RUSSELL CLETUS MARICLE