UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

CASE NO. 09-CR-00016-KKC                           ELECTRONICALLY FILED

UNITED STATES OF AMERICA,                                    PLAINTIFF,

VS.                                    ORDER

RUSSELL CLETUS MARICLE,                                      DEFENDANT.

** ** **

This matter being before the Court on motion of the Defendant, Russell Cletus Maricle, for an Order precluding Jeff Sagrecy from testifying as an opinion or as an expert witness, and the Court being sufficiently advised,

IT IS HEREBY ORDERED that the Defendant's motion is GRANTED.

DATED this_____day of_____, 2013.

_____
JUDGE, UNITED STATES DISTRICT COURT