UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

CASE NO. 09-CR-00016-KKC                                    ELECTRONICALLY FILED

UNITED STATES OF AMERICA,                                              PLAINTIFF,


VS.        <u>MOTION FOR RETURN OF DEFENDANT'S TRIAL EXHIBITS</u>


RUSSELL CLETUS MARICLE,                                                DEFENDANT.
                                    ** ** **

    Comes the Defendant, Russell Cletus Maricle, by counsel, and moves the Court for an Order directing the Clerk of Court to return to the custody of the Defendant the trial exhibits submitted during the previous trial of this matter.  These exhibits are currently in the custody of the Office of the Clerk, in the Frankfort office.  The Defendant intends to use many of the exhibits during the re-trial scheduled to begin November 4, 2013.

    Respectfully Submitted,

    s/David S. Hoskins
    Attorney At Law
    107 East First Street
    P.O. Box 1185
    Corbin, KY 40702-1185
    Telephone: (606) 526-9009
    Facsimile: (606) 526-1021
    Email:  hoskinslaw@bellsouth.net
    COUNSEL FOR DEFENDANT
    RUSSELL CLETUS MARICLE

CERTIFICATE OF SERVICE

The undersigned certifies that on this 31st day of October, 2013, I electronically filed this document using the CM/ECF system, which will send notice of filing to all counsel of record.

s/David S. Hoskins
COUNSEL FOR DEFENDANT
RUSSELL CLETUS MARICLE
