UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

CASE NO. 09-CR-00016-KKC                    ELECTRONICALLY FILED

UNITED STATES OF AMERICA,                                    PLAINTIFF,

VS.                          ORDER

RUSSELL CLETUS MARICLE,                                      DEFENDANT.

** ** **

This matter being before the Court on the Motion for Return of Defendant's Trial Exhibits, and the Court being sufficiently advised,

IT IS HEREBY ORDERED that the Defendant's motion is GRANTED, and the Clerk of the Court is hereby directed to return the exhibits to the Defendant.

DATED this_____day of_____, 2013.

_____
JUDGE, UNITED STATES DISTRICT COURT