## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## SOUTHERN DIVISION AT LONDON

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | ) Criminal No. 6: 09-16-S-KKC-REW |
| | ) |
| CHARLES W. JONES, | ) |
|     Defendant. | ) |
| _____ | ) |

### DEFENDANT CHARLES W. JONES MOTION FOR RE-ARRAIGNMENT

The Defendant, Charles Wayne Jones, hereby moves the Court that a hearing be scheduled for the purpose of re-arraigning him on Count 1 of the Third Superseding Indictment.

A proposed order is attached.

Respectfully submitted,

*/s/ Scott White*_____.
Scott White
Morgan & Pottinger, PSC
133 W. Short Street
Lexington, KY  40507
859. 226-5288 (DIRECT)
tsw@m-p.net

### Certificate of Service

I certify that this Motion was served on all parties via ECF system on November 5, 2013.

/s/ *Scott White*_____.
Scott White

1