**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **Criminal No. 6: 09-16-S-KKC-REW** |
| ) | |
| **CHARLES W. JONES,** ) | |
| Defendant. ) | |
| _____) | |

## ORDER FOR RE-ARRAIGNMENT

The Defendant, Charles Wayne Jones, has moved the Court that he be re-arraigned on Count 1 of the Third Superseding Indictment.

For good cause shown, it is ORDERED that the Defendant Charles Wayne Jones appear before this Court on November ____, 2013, at _____ __.m., for the purpose of being re-arraigned on Count 1 of the Third Superseding Indictment.

So ORDERED this ___ day of November, 2013.

_____
Karen K. Caldwell, Chief District Judge, presiding