UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | No. 6:9-CR-16-KKC-REW-1 |
| v. | ) ) | ORDER |
| RUSSELL CLETUS MARICLE, | ) ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Defendant, Russell Cletus Maricle, by counsel, moves the Court for an Order directing the Clerk to return to the custody of Defendant the trial exhibits Defendant submitted during the previous trial of this matter. DE #1566 (Motion). The Court **ORDERS** the United States to file any response or objection to the motion **on or before Friday, November 8, 2013**. Any other party also may respond with any opposition by the same date.

This the 6th day of November, 2013.



Signed By:
Robert E. Wier   REW
United States Magistrate Judge

1