UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

CASE NO. 09-CR-00016-KKC                                    ELECTRONICALLY FILED

UNITED STATES OF AMERICA,                                              PLAINTIFF,


VS.                        MOTION TO CONTINUE


RUSSELL CLETUS MARICLE, et al.,                                       DEFENDANTS.

** ** **

    Comes now the Defendant, Russell Cletus Maricle, by counsel, and hereby moves the Court to continue his sentencing hearing currently scheduled for March 20, 2014, at 9:30 a.m. to April 8, 2014.  Counsel for the Defendant has consulted with the Assistant United States Attorney handling this case and states that he has been authorized to advise the Court that the government does not object to this motion.

    WHEREFORE, an Order in conformity herewith is respectfully requested.

    Respectfully Submitted,

s/David S. Hoskins
Attorney At Law
107 East First Street
P.O. Box 1185
Corbin, KY 40702-1185
Telephone: (606) 526-9009
Facsimile: (606) 526-1021
Email:  hoskinslaw@bellsouth.net
COUNSEL FOR DEFENDANT
RUSSELL CLETUS MARICLE

CERTIFICATE OF SERVICE

The undersigned certifies that on this 6th day of March, 2014, I electronically filed this document using the CM/ECF system, which will send notice of filing to all counsel of record.

                                              s/David S. Hoskins
                                              COUNSEL FOR DEFENDANT
                                              RUSSELL CLETUS MARICLE

Case: 6:09-cr-00016-KKC Doc #: 1608 Filed: 03/06/14 Page: 2 of 2 - Page ID#: 17486