UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

CASE NO. 09-CR-00016-KKC                                    ELECTRONICALLY FILED

UNITED STATES OF AMERICA,                                                PLAINTIFF,

VS.                                    ORDER

RUSSELL CLETUS MARICLE, et al.,                                        DEFENDANTS.

** ** **

This matter being before the Court on the motion of the Defendant, Russell Cletus Maricle, for an Order continuing his sentencing hearing currently scheduled for March 20, 2014, to April 8, 2014, and the Court being sufficiently advised,

IT IS HEREBY ORDERED AND ADJUDGED that the Defendant's motion is GRANTED.

DATED this_____day of_____, 2014.

_____
JUDGE
UNITED STATES DISTRICT COURT