UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

CRIMINAL NO. 09-16-S-DCR

UNITED STATES OF AMERICA                                                    PLAINTIFF

VS.            **MOTION FOR FINAL DECREE
               AND ORDER OF FORFEITURE**

**RUSSELL CLETUS MARICLE, ET. AL.,**                                        DEFENDANTS

* * * * * * * * * *

Comes now the United States and based upon the previously entered Preliminary Judgment of Forfeiture and Settlement Agreements, and Plea Agreements after reversal of convictions, hereby moves this Court for a Final Decree and Order of Forfeiture. A proposed Final Decree and Order of Forfeiture is submitted herewith.

                Respectfully submitted,

                KERRY B. HARVEY
                UNITED STATES ATTORNEY

       By:   s/ David Y. Olinger, Jr.
              AUSA
              Attorney for the United States
              U.S. Attorney's Office
              260 W. Vine Street, Ste. 300
              Lexington, KY.  40507
              Phone: (859)233-2661
              Fax: (859)233-2658
              David.Olinger@usdoj.gov

## CERTIFICATE OF SERVICE

    I hereby certify that on Monday, April 07, 2014, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which sends electronic notice to all registered users.

                                            s/ David Y. Olinger, Jr.
                                             AUSA
                                             Attorney for the United States
                                             U.S. Attorney's Office
                                             260 W. Vine Street, Ste. 300
                                             Lexington, KY.   40507
                                             Phone: (859)233-2661
                                             Fax: (859)233-2658
                                             David.Olinger@usdoj.gov