UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

CRIMINAL NO. 09-16-S-KKC

UNITED STATES OF AMERICA                                            PLAINTIFF

VS.        **MOTION FOR AMENDED FINAL DECREE
           AND ORDER OF FORFEITURE**

**RUSSELL CLETUS MARICLE, ET. AL.,**                                DEFENDANTS

\* \* \* \* \* \* \* \* \* \*

Comes now the United States and based upon the previously entered Final Decree and Order of Forfeiture, moves the Court to amend to accurately reflect the Plea Agreements filed herein. A proposed Amended Final Decree and Order of Forfeiture is submitted herewith.

Respectfully submitted,

KERRY B. HARVEY
UNITED STATES ATTORNEY

By:    s/ David Y. Olinger, Jr.
       AUSA
       Attorney for the United States
       U.S. Attorney's Office
       260 W. Vine Street, Ste. 300
       Lexington, KY.  40507
       Phone: (859)233-2661
       Fax: (859)233-2658
       David.Olinger@usdoj.gov

## CERTIFICATE OF SERVICE

     I hereby certify that on Monday, April 14, 2014, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which sends electronic notice to all registered users.

                                    s/ David Y. Olinger, Jr.
                                    AUSA
                                    Attorney for the United States
                                    U.S. Attorney's Office
                                    260 W. Vine Street, Ste. 300
                                    Lexington, KY.   40507
                                    Phone: (859)233-2661
                                    Fax: (859)233-2658
                                    David.Olinger@usdoj.gov