UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

CASE NO. 09-CR-00016-KKC                                    ELECTRONICALLY FILED

UNITED STATES OF AMERICA,                                                    PLAINTIFF,

VS.        MOTION TO MODIFY CONDITIONS OF RELEASE

RUSSELL C. MARICLE,                                                          DEFENDANT.

** ** **

Comes now the Defendant, Russell C. Maricle, by counsel, and moves the Court to modify his conditions of release so as to allow him to attend the visitation and funeral of Pat Robinson, who passed away on Tuesday, July 8, 2014. Pat Robinson is a cousin of Defendant's wife, Judy Maricle. Mr. Maricle has been asked to officiate the funeral services for Pat Robinson, as he has officiated funeral services for various family members in the past. Mr. Maricle also officiated at the wedding of Pat Robinson and her husband. The visitation and funeral will be held at Rominger Funeral Home in Manchester, Kentucky, but at present, the date and time have not been scheduled. Mr. Maricle has contacted his Probation Officer regarding this matter and was advised to file a motion with the Court.

WHEREFORE, an Order in conformity herewith is respectfully requested.

Respectfully Submitted,

s/David S. Hoskins
Attorney At Law
107 East First Street
P.O. Box 1185
Corbin, KY 40702-1185
Telephone: (606) 526-9009
Facsimile: (606) 526-1021
Email: hoskinslaw@bellsouth.net
COUNSEL FOR DEFENDANT
RUSSELL C. MARICLE

CERTIFICATE OF SERVICE

The undersigned certifies that on this 8th day of July, 2014, the foregoing was filed electronically with the Clerk of the Court by using CM/ECF System which will provide notice to all parties of record.

s/David S. Hoskins
COUNSEL FOR DEFENDANT
RUSSELL C. MARICLE