UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

CRIMINAL NO. 6:09-CR-16-KKC

UNITED STATES OF AMERICA                                              PLAINTIFF

V.            **MOTION FOR RELEASE OF EVIDENCE**

RUSSELL CLETUS MARICLE, et. al.                                       DEFENDANTS

\* \* \* \* \*

The United States, by counsel, moves for the release of the evidence held by the clerk's office from the underlying trial in this matter to the FBI. The time for appeal has passed and the FBI needs to resolve all evidence custody issues before closing interest in the matter.

                                        Respectfully Submitted,

                                        KERRY B. HARVEY
                                        UNITED STATES ATTORNEY

By:   s/Jason D. Parman
        Assistant United States Attorney
        601 Meyers Baker Rd.  Suite 200
        London, KY 40741
        (606) 330-4831
        (606) 864-3590
        Jason.Parman@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 25, 2014, the foregoing was electronically filed through the CM/ECF system, which will send notice of the filing to counsel of record.

 s/ Jason D. Parman
Assistant United States Attorney