UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

CRIMINAL ACTION NO. 6:09-CR-16-KKC

**UNITED STATES OF AMERICA**　　　　　　　　　　　　　　　　**PLAINTIFF**

**V.**　　　　　　　　　　　　　　**ORDER**

**RUSSELL CLETUS MARICLE, et. al.**　　　　　　　　　　　　**DEFENDANTS**

\* \* \* \* \*

The Court ORDERS that the Motion of the United States to release the evidence held by the clerk's office is GRANTED and shall be released to the FBI.

On this _____day of_____, 2014.

_____
KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE

Copies:　United States Marshal
　　　　　United States Probation
　　　　　Jason D. Parman, Assistant United States Attorney