UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

CASE NO. 09-CR-00016-KKC                              ELECTRONICALLY FILED

UNITED STATES OF AMERICA,                                          PLAINTIFF,


VS.                    MOTION FOR REFUND OF MONEY


RUSSELL CLETUS MARICLE, et al.,                                   DEFENDANTS.


\*\* \*\* \*\*

Comes now the Defendant, Russell Cletus Maricle, by counsel, and hereby moves the Court to enter an Order requiring the Plaintiff to repay to Defendant Maricle the sum of $400.00 that was collected from him toward satisfaction of the $500.00 special assessment imposed following the trial in this matter and his original sentencing in 2011.

A special assessment of $100.00 only is applicable to the judgment entered on April 16, 2014.  Accordingly, the government should refund to Mr. Maricle the sum of $400.00.

WHEREFORE, an Order in conformity herewith is respectfully requested.

Respectfully Submitted,

s/David S. Hoskins
DAVID S. HOSKINS
HOSKINS, HILL & HILL, PLLC
400 South Main Street
P.O. Box 1185
Corbin, KY 40702-1185
Telephone: (606) 528-7181
Facsimile: (606) 528-7183
Email:  hoskinslaw@bellsouth.net
COUNSEL FOR DEFENDANT
RUSSELL CLETUS MARICLE

CERTIFICATE OF SERVICE

The undersigned certifies that on this 17th day of March, 2015, I electronically filed this document using the CM/ECF system, which will send notice of filing to all counsel of record.

s/David S. Hoskins
COUNSEL FOR DEFENDANT
RUSSELL CLETUS MARICLE