UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

CASE NO. 09-CR-00016-KKC                                    ELECTRONICALLY FILED

UNITED STATES OF AMERICA,                                              PLAINTIFF,

VS.                                              ORDER

RUSSELL CLETUS MARICLE, et al.,                                       DEFENDANTS.

** ** **

This matter being before the Court on the motion of the Defendant, Russell Cletus Maricle, for an Order requiring the Plaintiff to repay to Defendant Maricle the sum of $400.00 that was collected from him toward satisfaction of the $500.00 special assessment imposed at his original sentencing in 2011, and the Court being sufficiently advised,

IT IS HEREBY ORDERED AND ADJUDGED that the Defendant's motion is GRANTED.

DATED this_____day of_____, 2015.

_____
JUDGE
UNITED STATES DISTRICT COURT