*17-35*

Eastern District of Kentucky
**FILED**
JUL 21 2017
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
For the
EASTERN DISTRICT OF KENTUCKY
CERTIFICATE OF OFFICIAL COURT REPORTER
ARRAIGNMENTS, PLEAS AND SENTENCING PROCEEDINGS

I, K. ANN BANTA, certify that I am a duly appointed Official Court Reporter for the United States District Court named above and that I was present in the courtroom of said court on the dates indicated and in the regular course of my profession made an electronic sound recording of the proceedings for the following cases:

| Location | Date | Document No. | Defendant | Nature of Proceeding |
|---|---|---|---|---|
| London | 4-8-14 | 09-16 | Russell Cletus Maricle | Sent. |
| | | | Douglas C. Adams | " |
| | | | William E. Stivers | " |
| | | | Freddy W. Thompson | |

I have played back said recording and certify that it is a true and correct record of the proceedings, that it is sufficiently intelligible when played by Windows Media Player, that it can be transcribed without undue difficulty and that I have filed the original of said recording with the Clerk of Court.

Lexington      7-21-17       [signature]
(place)        (date)        (signature)

I further certify that I have filed in electronic form my original stenographic notes taken during the proceedings with the Clerk of the Court as required by 28 USC 753(b).

AO Form 35 (03/10) Certificate of Official Court Reporter