Eastern District of Kentucky
**FILED**
Jun - 13 2018
Robert R. Carr
Clerk, U.S. District Court

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
General Order 18-8

| | | |
|---|---|---|
| In re: Criminal Cases Referred to Judge Wier as Magistrate Judge | ) ) ) ) | ORDER |

*** *** ***

The Court, on its own motion, and to reflect the current status, rescinds the referrals to the undersigned on all referred criminal cases. The presiding District Judge may enter a substitute referral, or issue other appropriate Orders, in his or her discretion. The Clerk shall docket this Order in all appropriate cases.

This the 13th day of June, 2018.

**Signed By:**
***Robert E. Wier*** *REW*
**United States District Judge**