UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON

Eastern District of Kentucky
**FILED**

SEB 1 1 2022

AT LONDON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

CRIMINAL ACTION NO. 6:09-16-KKC-1, 2, 3, 4, 5, 7, 8, 9

UNITED STATES OF AMERICA                                               PLAINTIFF

VS.                         RECEIPT FOR PLEA AGREEMENT

Russell Cletus Miracle,                                              DEFENDANT(S)

Douglas C. Adams,

Charles Wayne Jones,

Freddy W. Thompson,

William B. Morris,

Debra L. Morris,

Stanley Bowling,

..................................................................

I hereby acknowledge receipt of the Plea Agreement(s) and Sealed Supplement(s), filed into the record on 11/6/2013 and 4/23/2014, at Record Number(s) 1581, 1582, 1583, 1584, 1585, 1586, 1587, 1588, 1591, 1592, 1650, 1651, 1652, 1653, 1654, 1655.

Date: 2/10/22

UNITED STATES ATTORNEY'S OFFICE
LONDON, KENTUCKY

**PLEASE SIGN AND RETURN TO CLERK'S OFFICE WITHIN SEVEN (7) DAYS**