Eastern District of Kentucky
**FILED**

MAY 25 2023

AT LONDON
Robert R. Carr
**CLERK U.S. DISTRICT COURT**

U.S. District Court
Attn: Clerk
310 S. Main St., Rm 215
London, Kentucky 40741-1907

May 22, 2023

In Re: U.S. v. Miracle, No. 9-16, Criminal Case

Subj: Docket Sheet

Dear Clerk:

    I am writing you requesting a copy of the docket sheet in the above style matter. If there is a fee for this copy, please in form me of the amount and I will remit the same.
    I am thanking you in advance for your time and cooperation in this matter it is most appreciated.

Respectfully,


John Wayne Collins
EKCC #215329, 6-CU-9
200 Road to Justice
West Liberty, Kentucky 41472

*John W. Collins*