U.S. District Court
Attn: Clerk
310 Main St
London, Kentucky 40741-1907

June 26, 2023

Eastern District of Kentucky
**FILED**

JUN 29 2023

AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

In Re:   U.S. v. Maricle, et al, No. 6:09-cr-16

Subj:   Copies of Documents

Dear Clerk:

   Thank you for sending me the docket sheet for the above style matter. After reviewing the entries, there are copies I am wanting. Specifically:

   Transcript of Detention Hearing held on April 20, 2009, **DN 170**; included in this request I am wanting copies of: Government's Exhibits 1-6 and, Defendant's Exhibits 1-8.

   If there is a fee for said copy, please inform me of the fee and I will remit the same.
   I am thanking you in advance for your time and cooperation in this matter it is most appreciated.

Respectfully,

*John W. Collins*

John Wayne Collins
EKCC #215329, D6-CU-9
200 Road to Justice
West Liberty, Kentucky 41472