John Wayne Collins
EKCC #215329, D6-CU-9
200 Road to Justice
West Liberty, Kentucky 41472



27 JUN 2023 PM 2 L
EKCC Inmate Mail
Not Responsible for Content

EKCC
State Prison
Inmate Mail

U.S. District Court
Attn: Clerk
310 Main St
London, Kentucky 40741-1907

40741-190710

Back of Envelope