UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT LONDON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CRIMINAL NO. 6:09-16-SS-KKC |
| Plaintiff, ) | |
| v. ) | |
| ) | **ORDER** |
| RUSSELL CLETUS MARICLE, et al. ) | |
| ) | |
| Defendant. ) | |

\*\* \*\* \*\* \*\* \*\*

The Court has received a letter from a non-party, John W. Collins, requesting copies of exhibits from the Detention Hearing for defendant Maricle (DE #155, #156), held on April 20, 2009 (DE #1703). The Court, having reviewed the request,

ORDERS that the Clerk shall notify Mr. Collins of the costs of the paper copies. Once payment is received, the Clerk shall mail the copies to Mr. Collins. The Court is unable to provides copies of the video exhibits requested.

This 24th day of July, 2023.

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY