U.S. District Court                                          August 1, 2023
Attn: Clerk
310 S. Main St.                                         Eastern District of Kentucky
London, Kentucky 40741-1907                                      **FILED**

In Re:   Copies from No. 6:09-cr-16-KKC                      AUG 14 2023

Dear Clerk:                                                    AT LONDON
                                                              Robert R. Carr
                                                         CLERK U.S. DISTRICT COURT

    Enclosed please find a check in the amount of $106.00 for copies of 212 pages.  See attached virtual notice.
    Please call EKCC at 606.743.2800 or Fax 606.743.2811 to obtain a verification number to affix to the envelope used to mail me the documents as this will ensure speedy delivery and not require the documents to be copied before they are given to me.
    I am thanking you in advance for your time and cooperation in this matter it is most appreciated.

Respectfully,

*John W. Collins 215329*

John Wayne Collins
EKCC #215329, D6-CU-9
200 Road to Justice
West Liberty, Kentucky 41472

606 743.2880

Fax 606 743-2911

**Notices**

6:09-cr-00016-KKC USA v. Maricle et al **CASE CLOSED on 04/28/2014**

CLOSED

## U.S. District Court

### Eastern District of Kentucky

**Notice of Electronic Filing**

The following transaction was entered on 7/28/2023 at 10:08 AM EST and filed on 7/28/2023
**Case Name:**        USA v. Maricle et al
**Case Number:**   6:09-cr-00016-KKC
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**CLERK'S VIRTUAL NOTICE TO non-party John Wayne Collins re [1703] Letter, [1704] Order: The copies requested require a fee of 50 cents per page to be paid in advance. The total pages requested is 212 and the amount due is $106.00. Please make your check or money order payable to Clerk, United States District Court.**

**Please be advised that the Clerk's Office is unable to provide copies of Defendant's Exhibits 6 and 7 as they are video exhibits.**

**cc: non-party John Wayne Collins by US Mail (APR)**

**6:09-cr-00016-KKC-1 Notice has been electronically mailed to:**

Andrew T. Boone , AUSA     Andrew.Boone2@usdoj.gov, CaseView.ECF@usdoj.gov, Molly.U'Wren@usdoj.gov, USAKYE.ECFCrimLex@usdoj.gov

Bennett E. Bayer     bbayer@landrumshouse.com

Brandon J. Storm     brandon@stormlawoffice.com, jaclyn@stormlawoffice.com, quentin@stormlawoffice.com, stormlawoffice@gmail.com

Bridget L. Dunaway     bdunaway@toomsdunaway.com, ayork@toomsdunaway.com, hnolan@toomsdunaway.com

Christine A. Corndorf , AUSA     Christine.Corndorf@usdoj.gov, CaseView.ECF@usdoj.gov, Cindy.Long2@usdoj.gov, USAKYE.ECFCivil@usdoj.gov

Clint J. Harris     clintharris@windstream.net

Daniel A. Simons     daniel@sfblegal.com

David S. Hoskins     davidhoskins@bellsouth.net, hoskinslaw@bellsouth.net

David Y. Olinger , Jr     USAKYE.ECFCrimLex@usdoj.gov, CaseView.ECF@usdoj.gov,