# U.S. District Court

## Kentucky Eastern - London

Receipt Date: Aug 15, 2023 2:02PM

Eastern KY Correctional Complex
200 Road to Justice
West Liberty, KY 41472

| Rcpt. No: 600000765 | | Trans. Date: Aug 15, 2023 2:02PM | | | Cashier ID: #JP |
|---|---|---|---|---|---|
| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
| 100 | Copies (Paper) | | 212 | 0.50 | 106.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| CH | Check | #98892 | 08/10/2023 | | $106.00 |
| | | | Total Due Prior to Payment: | | $106.00 |
| | | | Total Tendered: | | $106.00 |
| | | | Total Cash Received: | | $0.00 |
| | | | Cash Change Amount: | | $0.00 |

**Comments**: For John Wayne Collins 6:09-cr-16

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.