John Wayne Collins
EKCC #215329, D6-CU-9
200 Road to Justice
West Liberty, Kentucky 41472



LEXINGTON KY 405

11 AUG EKCC Inmate Mail
Not Responsible for Content

U.S. District Court
Attn: Clerk
310 S. Main St.
London, Kentucky 40741-1907

40741-190710

Back of Envelope