UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION - LONDON

Eastern District of Kentucky
**F I L E D**
Feb - 05 2025
Robert R. Carr
Clerk, U.S. District Court

## Receipt for Return of Exhibits

**Case Name:** United States of America vs. Russell Cletus Maricle

**Case No:** 6: 09-CR-016-KKC-1

I, David Hoskins, acknowledge the return of the below listed exhibits this date.

_____   2-5-25
Signed                      Dated

**List of Exhibits Returned:** Defendant's Exhibits used at Detention Hearing, DE 156.

- **Exh. 1:** Copy of Trial, Jury and Judgment in Clay Circuit Court Civil Action No. 89-CI-381
- **Exh. 2:** Plea Agreement for Eugene Corky Price
- **Exh. 3:** Case history printout for Clay Circuit Court Case No. 05-CR-62 Eugene Corky Price
- **Exh. 4:** Letter from Brian Collins to Judge Maricle
- **Exh. 5:** Motion to Recuse Judge filed in Cr Case of Commonwealth v. John Wayne Collins
- **Exh. 6:** Video of Corky Price entering guilty plea
- **Exh. 7:** Video of Corky Price testimony during trial of co-dfts
- **Exh. 8:** Newpaper article re swearing in of Judge Maricle